# EXHIBIT B

# State of Minnesota

# District Court

| County of Hennepin | |
|---|---|

| | |
|---|---|
| Judicial District: | Fourth |
| Court File Number: | |
| Case Type: | Other Civil |

| State of Minnesota, by its Attorney General, Keith Ellison | **Civil Cover Sheet** |
|---|---|
| Plaintiff | **(Non-Family Case Type)** |
| | Minn. R. Gen. Prac. 104 |
| vs | |
| Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC), | |
| Defendants | |

Date Case Filed:  October 5, 2022

This civil cover sheet must be filed by the initial filing lawyer or party, if unrepresented by legal counsel, unless the court orders all parties or their legal counsel to complete this form.  Once the initial civil cover sheet is filed, opposing lawyers or unrepresented parties who have not already been ordered to complete this form may submit their own cover sheet within ten days after being served with the initial cover sheet. See  Rule 104 of the General Rules of Practice for the District Courts.

**If information is not known to the filing party at the time of filing, it shall be provided to the Court Administrator in writing by the filing party within seven (7) days of learning the information.**  Any party impleading additional parties shall provide the same information to the Court Administrator.  The Court Administrator shall, upon receipt of the completed certificate, notify all parties or their lawyers, if represented by counsel, of the date of filing the action and the file number assigned.

ATTORNEYS FOR PLAINTIFF

ATTORNEY FOR DEFENDANT

Eric Maloney (#0396326)
Jason Pleggenkuhle (#0391772)
Katherine Moerke (#0312277)
Assistant Attorneys General

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
eric.maloney@ag.state.mn.us
Telephone: (651) 757-1021
jason.pleggenkuhle@ag.state.mn.us
Telephone: (651) 757-1147

katherine.moerke@ag.state.mn.us
Telephone: (651) 728-7174

Note:  If either Plaintiff or Defendant gets an attorney, the attorney's name, address, telephone number and attorney ID number must be given in writing to the Court Administrator immediately.

1.      Provide a concise statement of the case including facts and legal basis:

This is a civil enforcement action against Fleet Farm for its sales of firearms to straw purchasers in violation of Fleet Farm's duties under federal and state law.  The State of Minnesota is bringing claims against Fleet Farm for negligence, aiding and abetting, and public nuisance.  The State seeks to enjoin Fleet Farm's unlawful practices, implement corrective measures, and obtain appropriate monetary relief.

2.      Date Complaint was served:  October 5, 2022

3.      For Expedited Litigation Track (ELT) Pilot Courts only:

a. ☐ the parties jointly and voluntarily agree that this case shall be governed by the Special Rules for ELT Pilot.  Date of agreement: _____

b. ☒ the court is requested to consider excluding this case from ELT for the following reasons:

This is a complex civil enforcement action brought by the Attorney General's Office. This case has complicated facts that require the discovery options provided by the Minnesota Rules of Civil Procedure, and there is a substantial likelihood of dispositive motion practice.

Note:  ELT is mandatory in certain cases, and where mandatory, exclusion may also be sought by timely motion under the Special Rules for ELT Pilot.

c. Anticipated number of trial witnesses: _____

d. Amount of medical expenses to date: _____

e. Amount of lost wages to date: _____

f. Identify any known subrogation interests: _____

4.      For Complex Cases (See Minn. Gen. Prac. 146):

a.      Is this case a "complex case" as defined in Rule 146?   ☐ Yes   ☒ No

    b.    State briefly the reasons for complex case treatment for this case:

_____

_____

    c.    Have the parties filed a "CCP Election" for this case as provided in Rule 146(d)?

    ☐ Yes ☒ No

5.    Estimated discovery completion within __9__ months from the date of this form.

6.    Disclosure / discovery of electronically stored information discussed with other party?

☒ No  ☐ Yes, date of discussion: _____

If Yes, list agreements, plans, and disputes: _____

_____

_____

7.    Proposed trial start date: <u>November 6, 2023</u>

8.    Estimated trial time: __10__ days _____ hours (estimates less than a day must be stated in hours).

9.    Jury trial is:

☐ waived by consent of _____ pursuant to Minn. R. Civ. P. 38.02.
(specify party)

☒ requested by <u>Minnesota Attorney General's Office</u> (NOTE: Applicable fee must be enclosed)
(specify party)

10.    Physical/mental/blood examination pursuant to Minn. R. Civ. P. 35 is requested:

☐ Yes  ☒ No

11.    Identify any party or witness who will require interpreter services, and describe the services needed (specifying language, and if known, particular dialect):

_____

_____

12.    Issues in dispute:

<u>N/A</u>_____

_____

13.    Case Type / Category: <u>Other Civil</u>            (NOTE:  select case type from the Civil Case Type Index found at http://www.mncourts.gov/mncourtsgov/media/scao_library/ documents/eFile%20Support/Handout-Case-Type-Index.pdf.)

14.    Recommended Alternative Dispute Resolution (ADR) mechanism: <u>Mediation</u>

       (See list of ADR processes set forth in Minn. Gen. R. Prac. 114.02(a))

       Recommended ADR provider (known as a "neutral"): _____

       Recommended ADR completion date: _____

       If applicable, reasons why ADR not appropriate for this case:

       _____

       _____

By signing below, the attorney or party submitting this form certifies that the above information is true and correct.

Dated:  October 5, 2022                KEITH ELLISON
                                       Attorney General
                                       State of Minnesota

                                       JAMES W. CANADAY (#030234X)
                                       Deputy Attorney General

                                       **/s/ Eric J. Maloney**
                                       ERIC MALONEY (#0396326)
                                       Assistant Attorney General

                                       JASON PLEGGENKUHLE (#0391772)
                                       Assistant Attorney General

                                       KATHERINE MOERKE (#0312277)
                                       Assistant Attorney General

                                       445 Minnesota Street, Suite 1200
                                       St. Paul, Minnesota 55101-2130
                                       james.canaday@ag.state.mn.us
                                       Telephone: (651) 757-1421
                                       eric.maloney@ag.state.mn.us
                                       Telephone: (651) 757-1021
                                       jason.pleggenkuhle@ag.state.mn.us
                                       Telephone: (651) 757-1147
                                       katherine.moerke@ag.state.mn.us
                                       Telephone: (651) 757-1288

                                       *Attorneys for State of Minnesota*