# EXHIBIT D

| State of Minnesota | District Court |
|---|---|
| County: Hennepin | Judicial District: Fourth |
| | Court File Number: |
| | Case Type: Civil |

State of Minnesota, by its Attorney General, Keith Ellison
Plaintiff

vs

Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),
Defendants

**CIVIL SUMMONS**

This Summons is directed to: **Fleet Farm Group LLC, 1010 Dale Street North, St. Paul, Minnesota 55117.**

1. **You are being sued.** The Plaintiff has started a lawsuit against you. The *Complaint* is attached to this summons. Do not throw these papers away. They are official papers that affect your legal rights, even if nothing has been filed with the Court and there is no court file number on this *Summons*.

2. **You must BOTH reply, in writing, AND get a copy of your reply to the person/business who is suing you within 21 days to protect your rights.** Your reply is called an *Answer*. Getting your reply to the Plaintiff is called service. You must serve a copy of your *Answer or Answer and Counterclaim* (Answer) within 21 days from the date you received the *Summons* and *Complaint*.

   ANSWER: You can find the *Answer* form and instructions on the Minnesota Judicial Branch website at www.mncourts.gov/forms under the "Civil" category. The instructions will explain in detail how to fill out the *Answer* form.

3. **You must respond to each claim.** The *Answer* is your written response to the Plaintiff's *Complaint*. In your *Answer* you must state whether you agree or disagree with each paragraph of the *Complaint*. If you believe the Plaintiff should not be given everything asked for in the *Complaint*, you must say that in your *Answer*.

4.	SERVICE: **You may lose your case if you do not send a written response to the Plaintiff.** If you do not serve a written *Answer* within 21 days, you may lose this case by default. You will not get to tell your side of the story. If you choose not to respond, the Plaintiff may be awarded everything they asked for in their *Complaint*. If you agree with the claims stated in the *Complaint*, you don't need to respond. A default judgment can then be entered against you for what the Plaintiff asked for in the complaint.

To protect your rights, you must serve a copy of your *Answer* on the person who signed this *Summons* in person or by mail at this address: 445 Minnesota Street, Suite 1200, St. Paul, Minnesota 55101.

5.	Carefully read the Instructions (CIV301) for the *Answer* for your next steps.

6.	**Legal Assistance.** You may wish to get legal help from an attorney. If you do not have an attorney and would like legal help:

- Visit www.mncourts.gov/selfhelp and click on the "Legal Advice Clinics" tab to get more information about legal clinics in each Minnesota county.

- Court Administration may have more information about places where you can get legal assistance.

**NOTE: Even if you cannot get legal help, you must still provide a written *Answer* to protect your rights or you may lose the case.**

7.	**Alternative Dispute Resolution (ADR).** The parties may agree to or be ordered to participate in an ADR process under Rule 114 of the Minnesota General Rules of Practice. You must still send serve your written *Answer*, even if you expect to use ADR.

5

Dated: October 5, 2022

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY (#030234X)
Deputy Attorney General

**/s/ Eric J. Maloney**
ERIC MALONEY (#0396326)
Assistant Attorney General

JASON PLEGGENKUHLE (#0391772)
Assistant Attorney General

KATHERINE MOERKE (#0312277)
Assistant Attorney General

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
eric.maloney@ag.state.mn.us
Telephone: (651) 757-1021
jason.pleggenkuhle@ag.state.mn.us
Telephone: (651) 757-1147
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288

*Attorneys for State of Minnesota*

6