# **EXHIBIT G**

State of Minnesota  )
County of Hennepin  )

Affidavit of Service

I, Brandon S. Slopek, state that on Wednesday, October 5, 2022 at 10:00 AM I served the Summons & Complaint upon Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), therein named, personally at 1010 Dale Street North, St. Paul, MN, by handing to and leaving with Bob Gustafson, Agent for CT Corporation System Inc, authorized to accept service, the Registered Agent for Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), a true and correct copy thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct.  Minnesota Statute § 358.116.

Dated: 10/5/2022   _____
Brandon S. Slopek, Process Server


*2560943 - 1*


Metro Legal
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: Fleet Farm