# EXHIBIT J

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT<br>Case Type: Civil Other/Misc. |
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>　　　　Defendants. | Case No.:  27-CV-22-14473<br>The Honorable Judge James Moore<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Todd A. Noteboom, Andrew W. Davis, Sharon R. Markowitz, Andrew P. Leiendecker, and Zachary J. Wright, of the law firm of Stinson LLP, 50 South Sixth Street, Suite 2600, Minneapolis, Minnesota 55402, hereby enter their appearance as counsel in the above-captioned case on behalf of Defendants Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC).

| | |
|---|---|
| Dated:  October 17, 2022 | */s/ Sharon R. Markowitz*<br>Todd A. Noteboom (#0240047)<br>Andrew W. Davis (#0386634)<br>Sharon R. Markowitz (#0392043)<br>Andrew P. Leiendecker (#0399107)<br>Zachary J. Wright (#0402945)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>todd.noteboom@stinson.com<br>andrew.davis@stinson.com<br>sharon.markowitz@stinson.com<br>andrew.leiendecker@stinson.com<br>zachary.wright@stinson.com<br><br>*Attorneys for Defendants* |

177728666.2