# EXHIBIT K

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | Case Type: Civil Other/Misc. |

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>          Plaintiff,<br><br>    vs.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>          Defendants. | Case No.: 27-CV-22-14473<br>The Honorable Judge James Moore<br><br>**DEFENDANT FLEET FARM LLC'S NOTICE TO REMOVE** |

PLEASE TAKE NOTICE that pursuant to Minn. R. Civ. P. Rule 63.03, Defendant Fleet Farm LLC (f/k/a Mills Fleet Farm LLC) removes the Honorable Judge James Moore from the above-captioned proceeding and respectfully requests that this case be reassigned. This Notice is being served and filed within the ten-day deadline of Defendant Fleet Farm LLC receiving notice that the case was assigned to Judge Moore.

| | |
|---|---|
| Dated: October 17, 2022 | */s/ Sharon R. Markowitz*<br>Todd A. Noteboom (#0240047)<br>Andrew W. Davis (#0386634)<br>Sharon R. Markowitz (#0392043)<br>Andrew P. Leiendecker (#0399107)<br>Zachary J. Wright (#0402945)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>todd.noteboom@stinson.com<br>andrew.davis@stinson.com<br>sharon.markowitz@stinson.com<br>andrew.leiendecker@stinson.com<br>zachary.wright@stinson.com<br><br>*Attorneys for Defendant Fleet Farm LLC* |

177728349.1