# EXHIBIT M

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |
| | CASE TYPE: Civil Other/Misc. |

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>           Plaintiff,<br><br>vs.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>           Defendants. | Case No.:  27-CV-22-14473<br>The Honorable Judge Bridget A. Sullivan<br><br>**NOTICE OF FILING OF**<br>**NOTICE OF REMOVAL** |

TO: PLAINTIFF STATE OF MINNESOTA AND ITS ATTORNEY, KEITH ELLISON, MINNESOTA ATTORNEY GENERAL, 445 MINNESOTA STREET, SUITE 1400, ST. PAUL, MINNESOTA, 55101

PLEASE TAKE NOTICE that Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC have filed a Notice of Removal in the United States District Court for the District of Minnesota, removing the above-captioned matter from Hennepin County District Court, the Fourth Judicial District of Minnesota, to the United States District Court for the District of Minnesota

FURTHER TAKE NOTICE that attached hereto is a copy of said Notice of Removal.

177837436.2

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated:  October 26, 2022 | */s/ Todd A. Noteboom* <br> Todd A. Noteboom (#0240047) <br> Andrew W. Davis (#0386634) <br> Sharon R. Markowitz (#0392043) <br> Andrew P. Leiendecker (#0399107) <br> STINSON LLP <br> 50 South Sixth Street, Suite 2600 <br> Minneapolis, MN 55402 <br> (612) 335-1500 <br> todd.noteboom@stinson.com <br> andrew.davis@stinson.com <br> sharon.markowitz@stinson.com <br> andrew.leiendecker@stinson.com <br> <br> ***Attorneys for Defendants*** |

177837436.2