UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>Defendants. | Case No.: _____<br><br>**DECLARATION OF ANDREW W. DAVIS** |

I, Andrew W. Davis, hereby state and declare as follows:

1. I am an attorney at Stinson LLP and am licensed to practice law in the State of Minnesota.

2. I am one of the attorneys representing Defendants Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC) (collectively "Fleet Farm").

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Washington State Office of the Attorney General's press release announcing the filing of a federal lawsuit by a multi-state coalition over firearm regulation joined by Minnesota through the Attorney General, dated January 23, 2020.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of the Washington State Office of the Attorney General's press release announcing a court-ordered injunction issued in same lawsuit, dated March 9, 2020.

5.     Attached hereto as **Exhibit 3** is a true and correct copy of the Office of the Attorney General for the District of Columbia's press release announcing the filing of an amicus brief in a federal lawsuit by a multi-state coalition of state attorneys general, including Minnesota, arguing that the Bureau of Alcohol, Tobacco, Firearms, and Explosives must correct its interpretation of the federal Gun Control Act, dated December 17, 2020.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of a letter to President Biden, then-Acting U.S. Attorney General Monty Wilkinson, and then-Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives Regina Lombardo, from the Washington State Office of the Attorney General, and joined by multiple state attorneys general, including Minnesota, urging the continued regulation of 3D-printed firearms, dated February 25, 2021.

7.     Attached hereto as **Exhibit 5** is a true and correct copy of the Pennsylvania Office of the Attorney General's press release announcing the submission of a comment on a proposed federal rule regarding firearm regulation joined by multiple state attorneys general, including Minnesota, dated August 20, 2021.

8.     Attached hereto as **Exhibit 6** is a true and correct copy of the Minnesota Office of Attorney General's press release announcing the filing of another multi-state

amicus brief in support of a federal rule tightening the regulation of firearms, dated July 11, 2022.

9. Attached as **Exhibit 7** is a true and correct copy of Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Number of Firearms Sourced and Recovered in the United States and Territories*, dated 1/1/2014-12/31/2014.

10. Attached as **Exhibit 8** is a true and correct copy of Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Number of Firearms Sourced and Recovered in the United States and Territories*, dated 1/1/2015-12/31/2015.

11. Attached as **Exhibit 9** is a true and correct copy of Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Number of Firearms Sourced and Recovered in the United States and Territories*, dated 1/1/2016-12/31/2016.

12. Attached as **Exhibit 10** is a true and correct copy of Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Number of Firearms Sourced and Recovered in the United States and Territories*, dated 1/1/2017-12/31/2017.

13. Attached as **Exhibit 11** is a true and correct copy of Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Number of Firearms Sourced and Recovered in the United States and Territories*, dated 1/1/2018-12/31/2018.

14. Attached as **Exhibit 12** is a true and correct copy of Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Number of Firearms Sourced and Recovered in the United States and Territories*, dated 1/1/2019-12/31/2019.

15. Attached as **Exhibit 13** is a true and correct copy of Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Number of Firearms Sourced and Recovered in the United States and Territories*, dated 1/1/2020-12/31/2020.

16. Attached as **Exhibit 14** is a true and correct copy of Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Number of Firearms Sourced and Recovered in the United States and Territories*, dated 1/1/2021-12/31/2021.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed at Minneapolis, Minnesota, this 26th day of October, 2022.

*/s/ Andrew W. Davis*
Andrew W. Davis