# EXHIBIT 2

ADA Accessibility (/ago-accessibility-policy)    Other Languages (/languages)

 **Washington State (/)**
Office of the Attorney General
Attorney General **Bob Ferguson**

(/)

Home (/)  |  News (/news)  |  News Releases (/pressrelease.aspx)  |  **Judge blocks new Trump Administration effort to allow release of 3D-printed ghost guns in AG Ferguson lawsuit**

# Judge blocks new Trump Administration effort to allow release of 3D-printed ghost guns in AG Ferguson lawsuit

(https://www.atg.wa.gov

**FOR IMMEDIATE RELEASE:**
Mar 9 2020

*Federal judge found previous attempt unlawful*

**SEATTLE —** A federal judge has granted Attorney General Bob Ferguson's request to block the Trump Administration's latest effort to allow 3D-printed gun files to be released on the internet. These files would allow plug-and-play access to 3D-print unregistered, untraceable firearms that can also be very difficult to detect, even with a metal detector. Untraceable firearms are sometimes called "ghost guns."

Judge Richard Jones, a George W. Bush appointee, ordered a preliminary injunction (https://agportal-s3bucket.s3.amazonaws.com/uploadedfiles/Another/News/Press_Releases/094_OrderGrantingInPartMotPI.pdf) while Ferguson's multistate lawsuit continues (https://www.atg.wa.gov/news/news-releases/ag-ferguson-leads-multistate-lawsuit-over-new-trump-administration-effort-allow) in Seattle in the U.S. District Court for the Western District of Washington.

In his order, Judge Jones wrote: "The Court must acknowledge the grave reality that is likely to occur without injunctive relief. As the agency's specific findings in the record show, the proliferation of 3-D gun files on the internet likely renders ineffective arms embargoes, export controls, and other measures used to restrict the availability of uniquely dangerous weapons sought by those seeking to commit acts of terrorism or other serious crime — implicates serious national security and public interests."

"These downloadable guns are unregistered and very difficult to detect, even with metal detectors," Ferguson said. "If the Trump Administration has its way, these ghost guns will be available to anyone regardless of age, mental health or criminal history. For the second time, we have blocked that effort in court. We will keep fighting back against this unlawful, dangerous policy as many times as it takes."

As a result of Ferguson's previous multistate lawsuit, a federal judge in Seattle struck down (https://www.atg.wa.gov/news/news-releases/federal-judge-strikes-down-trump-administration-action-allowing-release-3d) the Trump Administration's prior attempt to allow the release of the files.

After losing in court, the Trump Administration is trying again, this time by publishing new rules that would transfer regulation of 3D-printed guns from the State Department to the Department of Commerce, effectively allowing their unlimited distribution.

In the rules, the administration acknowledges the dangers posed by the distribution of 3D-printed gun files: "Such items could be easily used in the proliferation of conventional weapons, the acquisition of destabilizing numbers of such weapons, or for acts of terrorism."

However, due to loopholes in the Commerce regulations, the agency will lack the power to regulate 3D-printed guns in any meaningful way.

The judge's order blocks the Trump Administration from transferring the 3D-printed gun files to Commerce and requires the State Department to continue regulating them while the multistate lawsuit continues.

-30-

*The Office of the Attorney General is the chief legal office for the state of Washington with attorneys and staff in 27 divisions across the state providing legal services to roughly 200 state agencies, boards and commissions. Visit www.atg.wa.gov* (http://www.atg.wa.gov) *to learn more.*

Contacts:

Brionna Aho, Communications Director, (360) 753-2727; Brionna.aho@atg.wa.gov (mailto:Brionna.aho@atg.wa.gov)

News Releases 2022

# News Release Search

Search for News Releases

Advanced Search (/news/news-releases/news-release-search)

## Topics:

- AGO (/news/news-releases/AGO)
- Campaign Finance (/news/news-releases/Campaign%20Finance)
- Civil Rights (/news/news-releases/Civil%20Rights)
- Consumer Protection (/news/news-releases/Consumer%20Protection)
- Courts (/news/news-releases/Courts)
- Crime (/news/news-releases/Crime)
- Health (/news/news-releases/Health)
- Labor and Worker's Rights (/news/news-releases/Labor%20and%20Worker%27s%20Rights)
- Legislature (/news/news-releases/Legislature)
- Opioids (/news/news-releases/Opioids)
- Other Languages (/news/news-releases/Other%20Languages)
- Prescription Drugs; Opioids (/news/news-releases/Prescription%20Drugs%3B%20Opioids)
- Scams (/news/news-releases/Scams)
- Student loans (/news/news-releases/Student%20loans)
- undefined (/news/news-releases/undefined)
- Utilities (/news/news-releases/Utilities)

**News**
Media Contacts (/media-contacts)
News Releases (/pressrelease.aspx)
Ferguson File (/news/ferguson-file)
Social Media (/social-media)

**Office Information**
About Bob Ferguson (/about-bob-ferguson)

AGO Environmental Policies (/environmental-policies)

Mission, Vision & Values (/mission-vision-values)

Contact Us (/contactus.aspx)

Office Divisions (/office-divisions)

Office Locations (/office-locations)

Annual Reports (/annual-reports)

Budget (/budget)

History (/brief-history-office-attorney-general)

Washington's Attorneys General - Past and Present (/washingtons-attorneys-general-past-and-present)

Roles of the Office (/roles-office)

Task Forces (/task-forces)

FAQs (/frequently-asked-questions-faqs)

Procurements & Contracts (/contracts)

Technology (/technology)

Privacy Notice (/privacy-notice)

Rulemaking Activity (/rulemaking-activity)

Tribal Consent & Consultation Policy (/tribal-consent-consultation-policy)

**Serve The People**

<u>Economic Justice & Consumer Protection</u>

Safeguarding Consumers (/safeguarding-consumers)

Antitrust/Unfair Trade Practices (/antitrustunfair-trade-practices)

Medicaid Fraud Control (/medicaid-fraud)

Lemon Law (/lemon-law-0)

Protecting Ratepayers - Public Counsel (/utilities-regulated)

Protecting Youth (/protecting-youth)

Protecting Seniors (/protecting-seniors)

<u>Social Justice & Civil Rights</u>

Civil Rights Division (/wing-luke-civil-rights-division)

Environmental Protection Division (/environmental-protection-division)

Hanford Litigation (/hanford)

Veteran and Military Resources (/veteran-and-military-resources)

Campaign Finance Law Enforcement (/enforcement-campaign-finance-laws)

<u>Criminal Justice & Public Safety</u>

Criminal Justice (/criminal-justice)

Sexually Violent Predators (/sexually-violent-predators)

Homicide Investigation Tracking System (HITS) (/homicide-investigation-tracking-system-hits)

Financial Crimes Unit (/financial-crimes-unit)

Firearms (/firearms)

**Initiatives**

Open Government (/open-government)

Wing Luke Civil Rights Division (/wing-luke-civil-rights-division)

Environmental Justice (/environmental-justice-initiative)

Human Trafficking (/human-trafficking)

Sexual Assault Kit Initiative (/sexual-assault-kit-initiative)

Combating Dark Money/Campaign Finance Unit (/enforcement-campaign-finance-laws)

Opioid Epidemic (/2017-opioid-summit)

Veterans Advocacy (/veteran-and-military-resources)

2022 Legislative Agenda (/2022-legislative-agenda)

Student Loans/Debt Adjustment and Collection (/studentloanresources)

Immigration Services Fraud (/immigration-services)

Vulnerable Adult Abuse (/vulnerable-adult-abuse)

Robocall and Telemarketing Scams (/robocall-and-telemarketing-scams)

Federal Litigation (/federal-litigation)

**Resources**

Consumer Scam Alerts (/scam-alerts)

File a Complaint (/file-complaint)

Executive Ethics Board (http://www.ethics.wa.gov/index.htm)

Sign up for Newsletter Emails (http://atg.us10.list-manage1.com/subscribe?u=28a64d02479d9d79402df2b20&id=ae281aef5b)

Avoiding Unconstitutional Taking (/avoiding-unconstitutional-takings-private-property)

Publications & Reports (/publications-reports)

Student Loan Survival Guide (/studentloanresources)

Veteran and Military Resources (/veteran-and-military-resources)

Civil Rights Resource Guide (/wing-luke-civil-rights-division)

Immigration Guidance (/immigrationguidance)

Open Government Resource Manual (/open-government-resource-manual)

Data Breach Report (https://agportal-s3bucket.s3.amazonaws.com/2021%20Data%20Breach%20Report.pdf)

Keep Washington Working Act FAQ for Law Enforcement (/keep-washington-working-act-faq-law-enforcement)

**AG Opinions**

Opinions by Year (/ago-opinions-year)

Opinions by Topic (/ago-opinion/glossary)

Opinion Requests (/pending-attorney-generals-opinions)

**Employment**

Experience Excellence (/experience-excellence)

Employee Testimonials (/employee-testimonials)

Attorneys & Law Clerks (/attorneys-and-law-clerk-careers)

General Employment Opportunities (/general-employment-opportunities)

Exempt Positions (/exempt-positions)

WA Management Service (/wa-management-service-exempts)

Volunteer and Internship Opportunities (/volunteer-and-internship-opportunities)

Diversity (/diversity)

Office Locations (/office-locations)

Contact Us (/contactus.aspx)

Privacy Notice (/privacy-notice)

Accessibility Policy (/ago-accessibility-policy)

Employee Resources (/employee-resources)

Rulemaking Activity (/rulemaking-activity)

Sitemap (/sitemap)

Access Washington (http://access.wa.gov)

Contact Webmaster (https://fortress.wa.gov/atg/formhandler/ago/WebmasterContactForm.aspx)



(/employee-resources-page)1125 Washington St SE • PO Box 40100 • Olympia, WA 98504 • (360) 753-6200

OFFICE HOURS: 8:00 AM - 5:00 PM Monday - Friday  Closed Weekends & State Holidays