# EXHIBIT 7

# Number of Firearms Sourced and Recovered in the United States and Territories
## January 1, 2014 - December 31, 2014

| | | Recovery State | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ALABAMA | ALASKA | ARIZONA | ARKANSAS | CALIFORNIA | COLORADO | CONNECTICUT | DELAWARE | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | GUAM & NORTHERN MARIANA ISLANDS | HAWAII | IDAHO | ILLINOIS | INDIANA | IOWA | KANSAS | KENTUCKY | LOUISIANA | MAINE | MARYLAND | MASSACHUSETTS | MICHIGAN | MINNESOTA | MISSISSIPPI | MISSOURI | MONTANA | NEBRASKA | NEVADA | NEW HAMPSHIRE | NEW JERSEY | NEW MEXICO | NEW YORK | NORTH CAROLINA | NORTH DAKOTA | OHIO | OKLAHOMA | OREGON | PENNSYLVANIA | PUERTO RICO | RHODE ISLAND | SOUTH CAROLINA | SOUTH DAKOTA | TENNESSEE | TEXAS | US VIRGIN ISLND | UTAH | VERMONT | VIRGINIA | WASHINGTON | WEST VIRGINIA | WISCONSIN | WYOMING | TOTALS |
| **Source State** | ALABAMA | 3,561 | 1 | 11 | 6 | 81 | 16 | 12 | 1 | 12 | 294 | 276 | 0 | 0 | 0 | 109 | 20 | 2 | 3 | 14 | 57 | 2 | 29 | 15 | 71 | 8 | 58 | 10 | 1 | 7 | 6 | 0 | 42 | 7 | 91 | 43 | 1 | 40 | 4 | 6 | 19 | 6 | 2 | 20 | 1 | 129 | 46 | 1 | 0 | 1 | 19 | 10 | 5 | 12 | 0 | 5,191 |
| | ALASKA | 3 | 434 | 17 | 0 | 61 | 5 | 1 | 1 | 1 | 16 | 9 | 0 | 2 | 6 | 5 | 4 | 3 | 2 | 0 | 0 | 1 | 10 | 1 | 7 | 3 | 0 | 7 | 1 | 1 | 5 | 0 | 4 | 2 | 11 | 3 | 5 | 6 | 0 | 19 | 3 | 4 | 1 | 6 | 0 | 4 | 24 | 0 | 3 | 1 | 5 | 56 | 0 | 2 | 5 | 768 |
| | ARIZONA | 6 | 5 | 4,544 | 3 | 1,184 | 45 | 4 | 0 | 4 | 42 | 28 | 0 | 4 | 12 | 51 | 14 | 7 | 9 | 10 | 17 | 4 | 17 | 4 | 26 | 4 | 4 | 24 | 5 | 4 | 115 | 0 | 14 | 27 | 43 | 15 | 13 | 23 | 8 | 41 | 19 | 4 | 4 | 22 | 1 | 9 | 69 | 2 | 19 | 0 | 20 | 24 | 1 | 14 | 2 | 6,606 |
| | ARKANSAS | 7 | 0 | 21 | 487 | 97 | 11 | 1 | 0 | 4 | 36 | 16 | 0 | 1 | 2 | 88 | 14 | 7 | 18 | 6 | 48 | 0 | 11 | 0 | 17 | 14 | 24 | 57 | 1 | 3 | 7 | 0 | 11 | 4 | 24 | 17 | 2 | 16 | 26 | 2 | 5 | 1 | 1 | 4 | 0 | 47 | 97 | 0 | 2 | 0 | 5 | 5 | 1 | 8 | 1 | 1,287 |
| | CALIFORNIA | 21 | 16 | 193 | 5 | 15,169 | 71 | 9 | 2 | 7 | 109 | 53 | 0 | 8 | 24 | 65 | 23 | 9 | 16 | 12 | 32 | 1 | 60 | 11 | 36 | 18 | 13 | 30 | 9 | 3 | 238 | 1 | 35 | 18 | 49 | 56 | 19 | 40 | 18 | 154 | 27 | 3 | 1 | 15 | 1 | 24 | 101 | 0 | 18 | 0 | 37 | 90 | 4 | 24 | 1 | 16,999 |
| | COLORADO | 3 | 7 | 47 | 0 | 189 | 1,762 | 2 | 1 | 6 | 43 | 16 | 0 | 8 | 20 | 4 | 8 | 24 | 8 | 11 | 2 | 20 | 2 | 5 | 8 | 3 | 22 | 3 | 9 | 22 | 2 | 10 | 17 | 12 | 18 | 15 | 9 | 10 | 13 | 14 | 1 | 0 | 6 | 4 | 10 | 48 | 2 | 18 | 0 | 14 | 24 | 2 | 7 | 13 | 2,524 |
| | CONNECTICUT | 2 | 1 | 5 | 1 | 18 | 1 | 534 | 2 | 1 | 30 | 10 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 4 | 4 | 20 | 1 | 0 | 1 | 3 | 1 | 1 | 1 | 4 | 9 | 1 | 59 | 11 | 0 | 14 | 0 | 2 | 4 | 2 | 9 | 8 | 0 | 0 | 7 | 0 | 1 | 2 | 11 | 6 | 0 | 0 | 4 | 0 | 799 |
| | DELAWARE | 0 | 0 | 3 | 0 | 4 | 1 | 2 | 425 | 4 | 6 | 2 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 2 | 5 | 0 | 83 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 0 | 11 | 7 | 0 | 3 | 1 | 2 | 48 | 0 | 2 | 0 | 1 | 1 | 0 | 6 | 0 | 1 | 0 | 4 | 0 | 657 |
| | DISTRICT OF COLUMBIA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 73 |
| | FLORIDA | 85 | 1 | 46 | 14 | 174 | 44 | 21 | 12 | 19 | 11,197 | 308 | 0 | 1 | 4 | 97 | 31 | 12 | 14 | 25 | 66 | 0 | 129 | 46 | 55 | 14 | 28 | 31 | 1 | 11 | 30 | 5 | 133 | 7 | 292 | 173 | 10 | 101 | 8 | 21 | 93 | 349 | 9 | 61 | 0 | 64 | 142 | 39 | 8 | 1 | 68 | 15 | 10 | 11 | 0 | 14,136 |
| | GEORGIA | 182 | 3 | 27 | 6 | 184 | 26 | 19 | 5 | 38 | 532 | 6,715 | 0 | 3 | 162 | 32 | 11 | 11 | 31 | 73 | 5 | 114 | 49 | 69 | 4 | 22 | 23 | 2 | 5 | 17 | 1 | 190 | 1 | 386 | 203 | 6 | 72 | 5 | 11 | 72 | 8 | 4 | 154 | 1 | 280 | 103 | 14 | 6 | 0 | 72 | 9 | 3 | 17 | 0 | 9,989 |
| | GUAM & NORTHERN MARIANA ISLANDS | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 25 |
| | HAWAII | 1 | 0 | 0 | 0 | 14 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 21 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 2 | 4 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 62 |
| | IDAHO | 3 | 2 | 14 | 0 | 151 | 7 | 2 | 0 | 0 | 9 | 2 | 0 | 2 | 366 | 7 | 2 | 2 | 0 | 0 | 2 | 0 | 2 | 1 | 2 | 2 | 0 | 3 | 13 | 3 | 19 | 0 | 2 | 0 | 5 | 5 | 14 | 5 | 0 | 34 | 0 | 0 | 0 | 1 | 0 | 3 | 6 | 0 | 27 | 1 | 2 | 98 | 1 | 1 | 9 | 830 |
| | ILLINOIS | 9 | 0 | 33 | 5 | 73 | 4 | 3 | 0 | 3 | 67 | 22 | 0 | 0 | 0 | 3,590 | 94 | 31 | 13 | 7 | 15 | 1 | 20 | 5 | 29 | 19 | 5 | 126 | 1 | 6 | 14 | 1 | 10 | 5 | 26 | 25 | 7 | 27 | 4 | 7 | 13 | 2 | 0 | 8 | 1 | 16 | 28 | 0 | 2 | 0 | 11 | 7 | 0 | 65 | 0 | 4,465 |
| | INDIANA | 11 | 0 | 26 | 0 | 75 | 23 | 2 | 1 | 0 | 65 | 27 | 0 | 0 | 4 | 1,041 | 3,553 | 17 | 7 | 156 | 6 | 1 | 19 | 0 | 80 | 29 | 8 | 23 | 0 | 3 | 14 | 1 | 11 | 1 | 34 | 26 | 4 | 100 | 4 | 9 | 19 | 3 | 1 | 12 | 1 | 24 | 31 | 0 | 4 | 0 | 13 | 2 | 3 | 36 | 0 | 5,532 |
| | IOWA | 4 | 1 | 5 | 2 | 26 | 10 | 0 | 0 | 4 | 13 | 4 | 0 | 0 | 1 | 109 | 4 | 784 | 5 | 1 | 3 | 0 | 4 | 0 | 2 | 20 | 1 | 12 | 2 | 53 | 4 | 0 | 0 | 3 | 18 | 8 | 0 | 7 | 3 | 2 | 1 | 1 | 1 | 1 | 0 | 2 | 3 | 6 | 0 | 0 | 2 | 2 | 0 | 12 | 3 | 1,149 |
| | KANSAS | 11 | 2 | 14 | 1 | 70 | 28 | 2 | 2 | 4 | 23 | 14 | 0 | 0 | 2 | 20 | 5 | 10 | 1,075 | 3 | 7 | 0 | 4 | 2 | 5 | 8 | 2 | 223 | 1 | 16 | 5 | 0 | 0 | 2 | 5 | 12 | 5 | 4 | 13 | 6 | 2 | 1 | 1 | 4 | 0 | 7 | 42 | 0 | 3 | 0 | 7 | 5 | 0 | 6 | 0 | 1,688 |
| | KENTUCKY | 25 | 0 | 10 | 2 | 51 | 14 | 3 | 4 | 6 | 113 | 42 | 0 | 0 | 1 | 157 | 112 | 1 | 5 | 1,669 | 14 | 2 | 35 | 7 | 108 | 7 | 7 | 30 | 1 | 0 | 14 | 0 | 14 | 2 | 48 | 52 | 1 | 288 | 0 | 5 | 27 | 1 | 0 | 20 | 1 | 104 | 38 | 1 | 0 | 1 | 35 | 6 | 21 | 9 | 0 | 3,107 |
| | LOUISIANA | 28 | 0 | 11 | 10 | 120 | 22 | 2 | 3 | 4 | 89 | 54 | 0 | 1 | 3 | 52 | 12 | 5 | 5 | 8 | 4,274 | 0 | 25 | 5 | 27 | 8 | 102 | 19 | 1 | 1 | 11 | 0 | 20 | 4 | 19 | 42 | 3 | 16 | 8 | 0 | 3 | 8 | 3 | 8 | 3 | 25 | 282 | 0 | 3 | 0 | 25 | 4 | 3 | 9 | 0 | 5,405 |
| | MAINE | 3 | 1 | 2 | 0 | 9 | 2 | 8 | 1 | 3 | 19 | 2 | 0 | 0 | 0 | 4 | 1 | 0 | 2 | 1 | 4 | 152 | 4 | 85 | 0 | 0 | 0 | 4 | 0 | 0 | 1 | 8 | 5 | 0 | 37 | 6 | 0 | 3 | 0 | 3 | 1 | 1 | 5 | 1 | 0 | 6 | 5 | 1 | 3 | 0 | 9 | 1 | 0 | 2 | 0 | 406 |
| | MARYLAND | 4 | 0 | 11 | 1 | 32 | 6 | 2 | 52 | 176 | 45 | 7 | 0 | 0 | 0 | 8 | 3 | 0 | 2 | 4 | 5 | 2 | 2,871 | 3 | 6 | 1 | 4 | 6 | 1 | 2 | 3 | 0 | 19 | 0 | 34 | 36 | 0 | 4 | 2 | 2 | 62 | 1 | 1 | 10 | 0 | 3 | 13 | 0 | 3 | 0 | 74 | 3 | 14 | 0 | 0 | 3,537 |
| | MASSACHUSETTS | 1 | 2 | 3 | 0 | 22 | 3 | 20 | 0 | 2 | 39 | 6 | 0 | 0 | 0 | 7 | 1 | 0 | 0 | 4 | 1 | 5 | 6 | 402 | 1 | 1 | 1 | 7 | 1 | 2 | 5 | 7 | 12 | 5 | 19 | 15 | 1 | 4 | 0 | 0 | 3 | 0 | 14 | 1 | 0 | 9 | 9 | 0 | 2 | 4 | 1 | 1 | 2 | 12 | 0 | 630 |
| | MICHIGAN | 9 | 4 | 30 | 2 | 60 | 13 | 0 | 2 | 1 | 71 | 23 | 0 | 0 | 1 | 102 | 50 | 5 | 3 | 16 | 22 | 1 | 18 | 0 | 2,792 | 9 | 13 | 9 | 1 | 1 | 12 | 1 | 9 | 3 | 24 | 27 | 6 | 77 | 0 | 8 | 12 | 4 | 0 | 9 | 2 | 29 | 30 | 0 | 2 | 1 | 12 | 8 | 1 | 26 | 0 | 3,557 |
| | MINNESOTA | 0 | 3 | 21 | 2 | 32 | 7 | 0 | 0 | 1 | 14 | 4 | 0 | 0 | 0 | 61 | 3 | 9 | 6 | 3 | 8 | 0 | 6 | 2 | 5 | 1,223 | 2 | 4 | 0 | 5 | 11 | 1 | 1 | 0 | 10 | 12 | 30 | 4 | 2 | 3 | 5 | 0 | 0 | 3 | 6 | 5 | 17 | 0 | 2 | 0 | 10 | 4 | 0 | 22 | 3 | 1,571 |
| | MISSISSIPPI | 108 | 2 | 15 | 9 | 72 | 11 | 1 | 3 | 5 | 79 | 61 | 0 | 0 | 4 | 7 | 2 | 1 | 4 | 7 | 212 | 1 | 18 | 3 | 33 | 18 | 1,499 | 28 | 0 | 7 | 8 | 0 | 15 | 3 | 24 | 24 | 2 | 20 | 3 | 4 | 21 | 0 | 1 | 10 | 1 | 172 | 72 | 0 | 2 | 0 | 14 | 0 | 2 | 47 | 1 | 2,957 |
| | MISSOURI | 7 | 1 | 17 | 13 | 91 | 16 | 2 | 0 | 0 | 40 | 18 | 0 | 1 | 1 | 204 | 18 | 15 | 177 | 6 | 10 | 1 | 6 | 6 | 11 | 14 | 7 | 2,692 | 2 | 12 | 6 | 3 | 3 | 1 | 13 | 18 | 9 | 19 | 14 | 9 | 8 | 1 | 1 | 6 | 1 | 24 | 39 | 0 | 1 | 0 | 12 | 6 | 1 | 12 | 1 | 3,596 |
| | MONTANA | 2 | 1 | 6 | 0 | 83 | 13 | 1 | 0 | 0 | 15 | 5 | 0 | 0 | 15 | 5 | 2 | 3 | 2 | 3 | 0 | 0 | 2 | 1 | 1 | 6 | 1 | 3 | 209 | 0 | 15 | 0 | 1 | 4 | 2 | 10 | 46 | 3 | 2 | 15 | 6 | 2 | 0 | 2 | 3 | 0 | 9 | 0 | 4 | 0 | 4 | 45 | 2 | 2 | 12 | 571 |
| | NEBRASKA | 2 | 0 | 10 | 0 | 33 | 27 | 0 | 1 | 2 | 4 | 5 | 0 | 0 | 1 | 10 | 4 | 40 | 10 | 2 | 5 | 1 | 2 | 0 | 4 | 4 | 1 | 4 | 2 | 547 | 4 | 0 | 2 | 1 | 2 | 3 | 2 | 3 | 3 | 4 | 0 | 0 | 0 | 1 | 0 | 3 | 9 | 0 | 1 | 0 | 1 | 3 | 1 | 4 | 2 | 776 |
| | NEVADA | 3 | 3 | 34 | 0 | 774 | 19 | 0 | 0 | 3 | 23 | 6 | 0 | 0 | 13 | 19 | 3 | 4 | 3 | 3 | 7 | 0 | 4 | 0 | 6 | 2 | 0 | 7 | 3 | 0 | 1,449 | 1 | 4 | 11 | 10 | 11 | 3 | 7 | 2 | 30 | 2 | 1 | 1 | 3 | 1 | 2 | 28 | 0 | 20 | 0 | 8 | 11 | 1 | 5 | 2 | 2,555 |
| | NEW HAMPSHIRE | 0 | 0 | 4 | 2 | 17 | 3 | 15 | 0 | 0 | 13 | 3 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 1 | 2 | 16 | 6 | 121 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 128 | 11 | 1 | 13 | 11 | 1 | 4 | 0 | 0 | 3 | 1 | 7 | 4 | 0 | 4 | 0 | 0 | 0 | 12 | 3 | 3 | 0 | 2 | 0 | 427 |
| | NEW JERSEY | 0 | 1 | 4 | 1 | 14 | 0 | 0 | 3 | 2 | 29 | 3 | 0 | 0 | 1 | 4 | 1 | 0 | 0 | 1 | 1 | 2 | 11 | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 3 | 3 | 510 | 1 | 43 | 11 | 1 | 5 | 1 | 2 | 39 | 2 | 0 | 7 | 0 | 4 | 3 | 1 | 0 | 0 | 4 | 1 | 1 | 4 | 0 | 721 |
| | NEW MEXICO | 3 | 1 | 78 | 1 | 120 | 60 | 2 | 2 | 3 | 18 | 5 | 0 | 0 | 1 | 10 | 6 | 1 | 4 | 2 | 5 | 0 | 4 | 0 | 5 | 5 | 3 | 6 | 3 | 5 | 20 | 0 | 2 | 823 | 7 | 9 | 4 | 6 | 1 | 6 | 17 | 0 | 0 | 4 | 1 | 2 | 77 | 0 | 5 | 1 | 6 | 9 | 0 | 7 | 0 | 1,362 |
| | NEW YORK | 2 | 0 | 16 | 0 | 43 | 5 | 19 | 3 | 9 | 95 | 26 | 0 | 0 | 2 | 16 | 4 | 2 | 3 | 5 | 5 | 4 | 20 | 7 | 8 | 1 | 7 | 5 | 0 | 2 | 9 | 2 | 54 | 4 | 1,397 | 33 | 0 | 16 | 0 | 6 | 47 | 1 | 1 | 17 | 1 | 13 | 23 | 1 | 1 | 3 | 16 | 9 | 3 | 1 | 0 | 1,970 |
| | NORTH CAROLINA | 24 | 1 | 16 | 5 | 68 | 16 | 17 | 5 | 72 | 153 | 89 | 0 | 1 | 0 | 32 | 13 | 4 | 8 | 7 | 18 | 1 | 157 | 18 | 22 | 9 | 4 | 13 | 0 | 3 | 7 | 1 | 223 | 3 | 279 | 5,682 | 3 | 48 | 9 | 4 | 68 | 6 | 11 | 212 | 0 | 53 | 44 | 1 | 4 | 0 | 148 | 9 | 7 | 7 | 0 | 7,605 |
| | NORTH DAKOTA | 0 | 0 | 10 | 0 | 28 | 7 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 4 | 3 | 1 | 2 | 4 | 0 | 0 | 3 | 0 | 2 | 1 | 5 | 29 | 0 | 1 | 2 | 0 | 3 | 0 | 0 | 0 | 504 | 2 | 0 | 5 | 2 | 0 | 0 | 0 | 3 | 0 | 4 | 0 | 1 | 0 | 3 | 0 | 0 | 4 | 1 | 637 |
| | OHIO | 23 | 1 | 35 | 0 | 113 | 9 | 14 | 5 | 21 | 152 | 61 | 0 | 0 | 3 | 185 | 79 | 5 | 9 | 81 | 20 | 1 | 54 | 12 | 193 | 16 | 6 | 14 | 1 | 3 | 18 | 0 | 65 | 10 | 152 | 72 | 3 | 6,107 | 3 | 2 | 136 | 18 | 2 | 17 | 0 | 36 | 52 | 1 | 6 | 0 | 51 | 7 | 40 | 11 | 2 | 7,932 |
| | OKLAHOMA | 17 | 1 | 32 | 13 | 143 | 25 | 5 | 1 | 2 | 34 | 17 | 0 | 1 | 4 | 38 | 6 | 3 | 41 | 5 | 19 | 0 | 20 | 1 | 7 | 8 | 7 | 47 | 1 | 4 | 18 | 0 | 2 | 12 | 20 | 10 | 6 | 8 | 805 | 9 | 7 | 0 | 6 | 1 | 9 | 173 | 1 | 2 | 0 | 9 | 13 | 0 | 4 | 6 | 0 | 1,623 |
| | OREGON | 2 | 7 | 38 | 0 | 364 | 9 | 0 | 0 | 2 | 20 | 2 | 0 | 2 | 17 | 10 | 5 | 0 | 2 | 0 | 7 | 1 | 2 | 6 | 1 | 4 | 0 | 4 | 4 | 4 | 30 | 0 | 4 | 0 | 7 | 6 | 15 | 6 | 0 | 1,851 | 5 | 1 | 0 | 1 | 1 | 14 | 0 | 6 | 0 | 5 | 132 | 0 | 4 | 2 | 0 | 2,606 |
| | PENNSYLVANIA | 13 | 3 | 16 | 1 | 69 | 11 | 20 | 75 | 30 | 115 | 44 | 0 | 1 | 2 | 32 | 15 | 1 | 6 | 11 | 5 | 3 | 309 | 24 | 36 | 4 | 5 | 14 | 2 | 1 | 11 | 4 | 386 | 5 | 371 | 81 | 2 | 119 | 2 | 6 | 4,962 | 10 | 2 | 23 | 1 | 19 | 40 | 1 | 5 | 5 | 59 | 8 | 26 | 8 | 2 | 7,026 |
| | PUERTO RICO | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 320 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 346 |
| | RHODE ISLAND | 0 | 0 | 1 | 2 | 3 | 0 | 1 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 1 | 0 | 16 | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 18 | 1 | 0 | 0 | 0 | 3 | 0 | 0 | 2 | 1 | 159 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 224 |
| | SOUTH CAROLINA | 14 | 1 | 7 | 0 | 38 | 7 | 18 | 9 | 33 | 131 | 209 | 0 | 0 | 1 | 20 | 7 | 5 | 1 | 7 | 16 | 2 | 85 | 14 | 17 | 2 | 7 | 11 | 1 | 0 | 8 | 2 | 195 | 2 | 256 | 390 | 2 | 22 | 0 | 3 | 69 | 1 | 8 | 2,284 | 0 | 32 | 22 | 0 | 2 | 2 | 57 | 5 | 4 | 19 | 0 | 4,035 |
| | SOUTH DAKOTA | 0 | 2 | 6 | 1 | 22 | 9 | 1 | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 3 | 2 | 12 | 2 | 1 | 2 | 0 | 2 | 0 | 0 | 16 | 2 | 2 | 0 | 17 | 2 | 0 | 1 | 3 | 3 | 0 | 103 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 248 |
| | TENNESSEE | 56 | 1 | 15 | 9 | 81 | 10 | 6 | 4 | 4 | 122 | 149 | 0 | 0 | 3 | 137 | 28 | 5 | 2 | 53 | 35 | 0 | 39 | 9 | 55 | 7 | 51 | 24 | 1 | 7 | 14 | 0 | 26 | 1 | 57 | 84 | 3 | 45 | 4 | 0 | 34 | 1 | 2 | 30 | 0 | 2,559 | 49 | 0 | 0 | 2 | 57 | 5 | 4 | 19 | 0 | 3,919 |
| | TEXAS | 56 | 11 | 95 | 32 | 494 | 97 | 30 | 8 | 16 | 229 | 88 | 0 | 1 | 13 | 130 | 34 | 12 | 38 | 18 | 300 | 3 | 70 | 9 | 57 | 32 | 24 | 45 | 4 | 23 | 45 | 4 | 30 | 100 | 103 | 90 | 13 | 69 | 66 | 26 | 59 | 21 | 3 | 25 | 1 | 63 | 9,800 | 5 | 15 | 0 | 53 | 43 | 4 | 23 | 1 | 12,631 |
| | US VIRGIN ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 |
| | UTAH | 4 | 0 | 26 | 1 | 186 | 18 | 0 | 1 | 0 | 12 | 5 | 0 | 0 | 17 | 5 | 4 | 0 | 1 | 0 | 2 | 0 | 7 | 1 | 3 | 3 | 2 | 5 | 1 | 2 | 68 | 0 | 1 | 3 | 5 | 16 | 4 | 7 | 1 | 5 | 2 | 0 | 0 | 5 | 0 | 8 | 16 | 0 | 578 | 0 | 1 | 16 | 1 | 3 | 2 | 1,059 |
| | VERMONT | 0 | 0 | 0 | 0 | 6 | 1 | 3 | 0 | 1 | 4 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 25 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 13 | 2 | 55 | 3 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 1 | 62 | 2 | 0 | 0 | 3 | 0 | 195 |
| | VIRGINIA | 13 | 2 | 20 | 4 | 68 | 6 | 12 | 17 | 241 | 134 | 60 | 0 | 1 | 2 | 48 | 14 | 4 | 5 | 10 | 12 | 2 | 533 | 31 | 46 | 11 | 10 | 12 | 2 | 5 | 10 | 2 | 201 | 4 | 395 | 302 | 4 | 47 | 4 | 5 | 121 | 1 | 2 | 56 | 1 | 41 | 42 | 2 | 0 | 1 | 4,146 | 10 | 16 | 8 | 3 | 6,756 |
| | WASHINGTON | 5 | 11 | 47 | 5 | 314 | 25 | 0 | 0 | 4 | 30 | 23 | 0 | 5 | 42 | 17 | 9 | 2 | 5 | 2 | 5 | 0 | 11 | 3 | 12 | 11 | 1 | 13 | 4 | 4 | 16 | 0 | 14 | 10 | 15 | 15 | 11 | 15 | 5 | 167 | 9 | 0 | 0 | 5 | 0 | 5 | 32 | 0 | 5 | 0 | 8 | 1,884 | 0 | 4 | 1 | 2,830 |
| | WEST VIRGINIA | 4 | 0 | 5 | 0 | 31 | 0 | 2 | 5 | 27 | 43 | 27 | 0 | 0 | 2 | 23 | 5 | 0 | 4 | 11 | 8 | 4 | 179 | 4 | 54 | 2 | 4 | 3 | 2 | 0 | 3 | 0 | 37 | 1 | 66 | 61 | 3 | 142 | 0 | 1 | 105 | 0 | 1 | 17 | 1 | 6 | 11 | 0 | 3 | 1 | 54 | 2 | 447 | 6 | 0 | 1,412 |
| | WISCONSIN | 4 | 1 | 16 | 3 | 37 | 9 | 1 | 0 | 0 | 30 | 8 | 0 | 0 | 2 | 260 | 13 | 7 | 2 | 1 | 6 | 1 | 4 | 1 | 48 | 85 | 3 | 5 | 0 | 5 | 5 | 0 | 7 | 3 | 11 | 10 | 8 | 12 | 2 | 10 | 8 | 2 | 0 | 6 | 1 | 17 | 16 | 1 | 6 | 1 | 11 | 3 | 3 | 2,321 | 1 | 2,992 |
| | WYOMING | 1 | 1 | 11 | 0 | 54 | 27 | 0 | 0 | 0 | 8 | 1 | 0 | 0 | 6 | 4 | 2 | 3 | 5 | 1 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 6 | 2 | 6 | 7 | 0 | 0 | 1 | 3 | 3 | 1 | 4 | 2 | 12 | 1 | 0 | 0 | 4 | 3 | 2 | 10 | 0 | 8 | 0 | 5 | 2 | 4 | 1 | 93 | 311 |
| | TOTALS | 4,342 | 536 | 5,677 | 653 | 21,265 | 2,562 | 819 | 656 | 814 | 14,428 | 8,563 | 16 | 59 | 597 | 7,269 | 4,282 | 1,065 | 1,554 | 2,222 | 5,397 | 224 | 5,079 | 979 | 3,980 | 1,718 | 1,939 | 3,632 | 300 | 784 | 2,333 | 189 | 2,379 | 1,114 | 4,585 | 7,767 | 838 | 7,602 | 1,053 | 2,562 | 6,202 | 789 | 262 | 3,110 | 151 | 3,849 | 11,747 | 99 | 804 | 104 | 5,189 | 2,607 | 635 | 2,802 | 161 | 170,344 |

- Includes Firearms Recovered and Traced between 1/1/2014 - 12/31/2014, or, if the recovery date was blank, the trace entry date was between 1/1/2014 - 12/31/2014.
- Duplicate traces, Firearms Not Recovered, Gun Buyback and Firearms Turned In are not included in the statistics.
- Traces must identify a purchaser and the state in which the final dealer is located.
- Statistics are based on a query of the Firearms Tracing System (FTS) on May 1, 2015.
- All traces may not have been submitted or completed at the time of this analysis.

Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Strategic Intelligence and Information
# 153897