# **EXHIBIT 8**

# Number of Firearms Sourced and Recovered in the United States and Territories
## January 1, 2015 - December 31, 2015

| Source State \ Recovery State | ALABAMA | ALASKA | ARIZONA | ARKANSAS | CALIFORNIA | COLORADO | CONNECTICUT | DELAWARE | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | GUAM & NORTHERN MARIANA ISLANDS | HAWAII | IDAHO | ILLINOIS | INDIANA | IOWA | KANSAS | KENTUCKY | LOUISIANA | MAINE | MARYLAND | MASSACHUSETTS | MICHIGAN | MINNESOTA | MISSISSIPPI | MISSOURI | MONTANA | NEBRASKA | NEVADA | NEW HAMPSHIRE | NEW JERSEY | NEW MEXICO | NEW YORK | NORTH CAROLINA | NORTH DAKOTA | OHIO | OKLAHOMA | OREGON | PENNSYLVANIA | PUERTO RICO | RHODE ISLAND | SOUTH CAROLINA | SOUTH DAKOTA | TENNESSEE | TEXAS | US VIRGIN ISLANDS | UTAH | VERMONT | VIRGINIA | WASHINGTON | WEST VIRGINIA | WISCONSIN | WYOMING | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | 3,441 | 2 | 14 | 2 | 86 | 16 | 7 | 3 | 14 | 301 | 301 | 0 | 0 | 1 | 105 | 22 | 10 | 6 | 15 | 78 | 1 | 36 | 13 | 79 | 9 | 68 | 15 | 1 | 8 | 7 | 0 | 41 | 4 | 100 | 59 | 4 | 31 | 5 | 2 | 19 | 2 | 0 | 35 | 3 | 135 | 87 | 0 | 3 | 0 | 34 | 7 | 5 | 17 | 0 | 5,254 |
| ALASKA | 5 | 553 | 14 | 1 | 74 | 7 | 0 | 0 | 1 | 14 | 7 | 0 | 5 | 4 | 8 | 0 | 4 | 1 | 4 | 4 | 8 | 0 | 1 | 3 | 3 | 5 | 0 | 2 | 0 | 2 | 4 | 0 | 2 | 5 | 6 | 12 | 1 | 4 | 4 | 18 | 12 | 0 | 0 | 1 | 1 | 4 | 26 | 0 | 2 | 0 | 10 | 29 | 1 | 1 | 877 |
| ARIZONA | 13 | 4 | 5,276 | 5 | 1,465 | 54 | 8 | 2 | 9 | 51 | 20 | 0 | 2 | 8 | 57 | 20 | 6 | 13 | 8 | 14 | 0 | 19 | 14 | 15 | 22 | 5 | 30 | 11 | 12 | 58 | 2 | 17 | 71 | 38 | 33 | 6 | 25 | 11 | 47 | 21 | 4 | 2 | 9 | 4 | 17 | 141 | 2 | 20 | 0 | 29 | 43 | 3 | 15 | 4 | 7,785 |
| ARKANSAS | 15 | 1 | 11 | 588 | 100 | 13 | 1 | 1 | 3 | 33 | 30 | 0 | 0 | 2 | 108 | 14 | 6 | 19 | 7 | 48 | 0 | 6 | 3 | 23 | 14 | 31 | 61 | 3 | 13 | 3 | 0 | 5 | 6 | 22 | 16 | 1 | 16 | 28 | 6 | 10 | 1 | 2 | 6 | 1 | 138 | 111 | 0 | 2 | 0 | 11 | 8 | 2 | 15 | 1 | 1,564 |
| CALIFORNIA | 19 | 7 | 208 | 4 | 16,545 | 64 | 4 | 2 | 4 | 72 | 29 | 0 | 12 | 38 | 62 | 24 | 14 | 17 | 5 | 30 | 3 | 33 | 12 | 27 | 21 | 13 | 45 | 9 | 9 | 128 | 2 | 15 | 33 | 59 | 43 | 3 | 40 | 11 | 129 | 25 | 2 | 1 | 20 | 3 | 38 | 157 | 3 | 29 | 0 | 33 | 74 | 3 | 9 | 0 | 18,192 |
| COLORADO | 7 | 5 | 62 | 6 | 177 | 1,956 | 1 | 2 | 2 | 45 | 17 | 0 | 1 | 12 | 27 | 6 | 9 | 15 | 3 | 15 | 2 | 14 | 5 | 13 | 5 | 5 | 23 | 8 | 17 | 20 | 0 | 14 | 32 | 23 | 34 | 5 | 22 | 7 | 17 | 11 | 1 | 2 | 7 | 7 | 21 | 84 | 1 | 9 | 0 | 11 | 24 | 2 | 10 | 13 | 2,835 |
| CONNECTICUT | 3 | 2 | 8 | 1 | 25 | 3 | 295 | 0 | 1 | 44 | 7 | 0 | 1 | 0 | 3 | 3 | 0 | 0 | 1 | 0 | 2 | 7 | 13 | 1 | 2 | 1 | 6 | 0 | 0 | 2 | 3 | 6 | 0 | 43 | 15 | 0 | 3 | 0 | 0 | 9 | 1 | 7 | 3 | 0 | 4 | 11 | 1 | 0 | 5 | 7 | 7 | 1 | 1 | 0 | 558 |
| DELAWARE | 1 | 1 | 0 | 2 | 10 | 3 | 0 | 452 | 2 | 10 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 86 | 2 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 23 | 0 | 15 | 7 | 0 | 4 | 1 | 1 | 38 | 0 | 1 | 2 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 674 |
| DISTRICT OF COLUMBIA | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 39 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 19 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 67 |
| FLORIDA | 93 | 4 | 47 | 7 | 197 | 75 | 22 | 17 | 27 | 11,152 | 333 | 1 | 2 | 3 | 133 | 44 | 15 | 18 | 29 | 65 | 10 | 131 | 58 | 74 | 21 | 35 | 39 | 6 | 8 | 33 | 2 | 115 | 10 | 347 | 195 | 0 | 90 | 11 | 25 | 74 | 168 | 17 | 100 | 1 | 93 | 146 | 44 | 9 | 1 | 95 | 17 | 13 | 31 | 2 | 14,305 |
| GEORGIA | 202 | 8 | 33 | 3 | 226 | 33 | 16 | 9 | 32 | 486 | 7,412 | 0 | 0 | 6 | 161 | 38 | 6 | 11 | 25 | 70 | 2 | 168 | 59 | 69 | 9 | 38 | 25 | 1 | 13 | 15 | 1 | 203 | 9 | 401 | 236 | 4 | 56 | 6 | 11 | 108 | 4 | 7 | 172 | 2 | 256 | 109 | 9 | 9 | 1 | 72 | 9 | 8 | 22 | 0 | 10,891 |
| GUAM & NORTHERN MARIANA ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 |
| HAWAII | 0 | 0 | 2 | 0 | 7 | 2 | 0 | 0 | 0 | 1 | 3 | 0 | 34 | 0 | 4 | 0 | 0 | 2 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 4 | 0 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 77 |
| IDAHO | 0 | 0 | 19 | 1 | 134 | 11 | 1 | 1 | 1 | 8 | 8 | 0 | 1 | 464 | 7 | 3 | 2 | 2 | 0 | 7 | 1 | 4 | 0 | 2 | 5 | 3 | 2 | 10 | 1 | 11 | 0 | 2 | 6 | 4 | 4 | 9 | 2 | 0 | 29 | 3 | 0 | 0 | 1 | 0 | 7 | 18 | 0 | 24 | 0 | 4 | 78 | 1 | 4 | 3 | 908 |
| ILLINOIS | 6 | 0 | 38 | 5 | 80 | 14 | 0 | 5 | 4 | 65 | 38 | 0 | 0 | 1 | 4,231 | 96 | 32 | 5 | 11 | 17 | 0 | 21 | 3 | 41 | 28 | 11 | 139 | 2 | 1 | 6 | 0 | 5 | 4 | 18 | 25 | 2 | 21 | 4 | 3 | 20 | 0 | 0 | 10 | 1 | 40 | 47 | 3 | 5 | 0 | 16 | 6 | 1 | 80 | 1 | 5,212 |
| INDIANA | 11 | 0 | 33 | 5 | 82 | 18 | 1 | 6 | 6 | 63 | 50 | 0 | 1 | 5 | 1,158 | 3,853 | 15 | 6 | 161 | 16 | 0 | 24 | 5 | 88 | 24 | 10 | 39 | 1 | 5 | 5 | 1 | 21 | 5 | 47 | 40 | 0 | 130 | 2 | 5 | 22 | 2 | 3 | 26 | 1 | 63 | 45 | 0 | 1 | 0 | 19 | 6 | 4 | 48 | 2 | 6,184 |
| IOWA | 2 | 1 | 14 | 1 | 28 | 10 | 0 | 1 | 0 | 15 | 4 | 0 | 0 | 0 | 128 | 11 | 889 | 8 | 3 | 7 | 0 | 2 | 1 | 11 | 27 | 0 | 17 | 2 | 72 | 3 | 0 | 0 | 3 | 3 | 5 | 2 | 9 | 2 | 2 | 4 | 0 | 0 | 1 | 2 | 4 | 12 | 0 | 1 | 0 | 19 | 6 | 4 | 48 | 2 | 1,353 |
| KANSAS | 7 | 2 | 18 | 7 | 71 | 17 | 1 | 0 | 4 | 17 | 9 | 0 | 0 | 2 | 30 | 5 | 7 | 1,230 | 2 | 7 | 0 | 8 | 4 | 6 | 7 | 6 | 290 | 3 | 26 | 3 | 0 | 4 | 7 | 5 | 8 | 4 | 21 | 4 | 5 | 1 | 0 | 10 | 1 | 9 | 53 | 0 | 1 | 0 | 11 | 9 | 2 | 6 | 2 | 0 | 1,960 |
| KENTUCKY | 16 | 2 | 16 | 4 | 73 | 15 | 5 | 5 | 9 | 80 | 37 | 0 | 0 | 4 | 179 | 137 | 8 | 4 | 1,776 | 25 | 1 | 33 | 13 | 96 | 12 | 9 | 28 | 1 | 4 | 6 | 0 | 29 | 5 | 71 | 64 | 2 | 268 | 7 | 2 | 26 | 1 | 2 | 25 | 1 | 196 | 55 | 1 | 4 | 0 | 25 | 8 | 17 | 15 | 0 | 3,422 |
| LOUISIANA | 33 | 1 | 18 | 15 | 135 | 14 | 2 | 5 | 2 | 96 | 64 | 0 | 0 | 0 | 53 | 9 | 4 | 11 | 9 | 4,739 | 1 | 23 | 6 | 19 | 8 | 119 | 10 | 1 | 9 | 7 | 1 | 19 | 4 | 35 | 27 | 3 | 18 | 10 | 5 | 13 | 1 | 2 | 15 | 2 | 42 | 426 | 3 | 2 | 0 | 18 | 11 | 2 | 10 | 0 | 6,082 |
| MAINE | 1 | 0 | 1 | 0 | 14 | 1 | 16 | 1 | 1 | 15 | 3 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 3 | 221 | 8 | 94 | 2 | 2 | 1 | 0 | 0 | 2 | 1 | 12 | 6 | 0 | 50 | 2 | 0 | 5 | 0 | 0 | 5 | 0 | 5 | 7 | 0 | 0 | 5 | 0 | 1 | 6 | 2 | 1 | 0 | 1 | 0 | 498 |
| MARYLAND | 2 | 2 | 9 | 0 | 33 | 4 | 2 | 50 | 197 | 26 | 15 | 0 | 0 | 2 | 8 | 6 | 2 | 0 | 0 | 5 | 0 | 2,913 | 1 | 5 | 5 | 1 | 1 | 2 | 0 | 2 | 0 | 14 | 2 | 33 | 24 | 0 | 8 | 0 | 2 | 45 | 0 | 0 | 14 | 0 | 9 | 19 | 0 | 9 | 0 | 55 | 3 | 30 | 2 | 0 | 3,553 |
| MASSACHUSETTS | 2 | 0 | 7 | 1 | 18 | 2 | 6 | 0 | 4 | 17 | 3 | 0 | 1 | 1 | 7 | 3 | 1 | 1 | 1 | 7 | 9 | 7 | 419 | 6 | 1 | 1 | 1 | 0 | 0 | 2 | 14 | 10 | 2 | 23 | 16 | 0 | 4 | 0 | 1 | 7 | 1 | 26 | 4 | 0 | 0 | 8 | 10 | 1 | 1 | 5 | 2 | 0 | 0 | 0 | 663 |
| MICHIGAN | 15 | 2 | 30 | 3 | 59 | 14 | 1 | 0 | 2 | 65 | 31 | 0 | 0 | 1 | 81 | 52 | 5 | 2 | 16 | 10 | 0 | 20 | 3 | 3,220 | 19 | 3 | 10 | 1 | 9 | 4 | 0 | 14 | 10 | 13 | 26 | 4 | 98 | 5 | 6 | 13 | 1 | 0 | 15 | 1 | 33 | 42 | 0 | 1 | 0 | 22 | 8 | 8 | 16 | 1 | 4,015 |
| MINNESOTA | 2 | 3 | 19 | 1 | 43 | 14 | 1 | 0 | 2 | 16 | 10 | 0 | 0 | 1 | 79 | 6 | 12 | 0 | 1 | 4 | 1 | 4 | 0 | 8 | 1,469 | 4 | 8 | 2 | 8 | 5 | 0 | 2 | 2 | 8 | 10 | 10 | 9 | 2 | 11 | 8 | 1 | 0 | 3 | 8 | 9 | 17 | 1 | 4 | 1 | 6 | 5 | 1 | 26 | 0 | 1,869 |
| MISSISSIPPI | 73 | 0 | 11 | 19 | 91 | 9 | 1 | 2 | 1 | 84 | 79 | 0 | 0 | 0 | 34 | 6 | 3 | 3 | 7 | 264 | 0 | 13 | 0 | 8 | 19 | 1,966 | 35 | 0 | 5 | 3 | 0 | 15 | 1 | 36 | 27 | 5 | 23 | 4 | 4 | 16 | 0 | 2 | 17 | 0 | 392 | 94 | 0 | 2 | 0 | 10 | 8 | 2 | 33 | 0 | 3,695 |
| MISSOURI | 10 | 2 | 21 | 21 | 87 | 27 | 2 | 0 | 6 | 62 | 20 | 0 | 0 | 3 | 261 | 17 | 29 | 138 | 11 | 15 | 0 | 25 | 9 | 7 | 9 | 9 | 3,171 | 0 | 17 | 3 | 0 | 4 | 6 | 12 | 25 | 2 | 14 | 15 | 6 | 9 | 0 | 0 | 7 | 5 | 40 | 59 | 0 | 5 | 0 | 9 | 6 | 4 | 10 | 5 | 4,223 |
| MONTANA | 4 | 2 | 10 | 0 | 90 | 8 | 0 | 0 | 1 | 15 | 6 | 0 | 0 | 14 | 10 | 2 | 2 | 1 | 4 | 6 | 1 | 6 | 2 | 1 | 3 | 1 | 2 | 396 | 2 | 8 | 1 | 3 | 4 | 4 | 3 | 22 | 8 | 1 | 21 | 1 | 0 | 0 | 3 | 5 | 7 | 5 | 0 | 8 | 1 | 5 | 65 | 0 | 2 | 4 | 770 |
| NEBRASKA | 2 | 0 | 8 | 2 | 27 | 24 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 12 | 4 | 28 | 16 | 1 | 11 | 0 | 2 | 1 | 6 | 5 | 0 | 11 | 5 | 742 | 1 | 0 | 6 | 6 | 3 | 3 | 2 | 1 | 5 | 5 | 0 | 0 | 0 | 3 | 5 | 3 | 15 | 0 | 1 | 0 | 4 | 0 | 1 | 4 | 0 | 984 |
| NEVADA | 1 | 4 | 47 | 0 | 1,013 | 16 | 2 | 2 | 0 | 16 | 11 | 2 | 0 | 9 | 20 | 9 | 4 | 3 | 1 | 8 | 0 | 6 | 3 | 6 | 4 | 1 | 8 | 4 | 5 | 893 | 2 | 4 | 8 | 16 | 6 | 1 | 9 | 2 | 25 | 5 | 1 | 0 | 6 | 3 | 36 | 0 | 21 | 0 | 5 | 22 | 9 | 0 | 7 | 1 | 2,281 |
| NEW HAMPSHIRE | 1 | 0 | 9 | 0 | 20 | 4 | 9 | 1 | 1 | 22 | 3 | 0 | 0 | 0 | 4 | 0 | 1 | 1 | 1 | 5 | 20 | 10 | 136 | 1 | 0 | 2 | 0 | 1 | 1 | 3 | 126 | 9 | 1 | 36 | 10 | 1 | 6 | 0 | 1 | 6 | 0 | 9 | 1 | 0 | 5 | 6 | 0 | 6 | 8 | 2 | 2 | 2 | 0 | 0 | 493 |
| NEW JERSEY | 0 | 0 | 8 | 0 | 15 | 4 | 4 | 10 | 2 | 45 | 6 | 0 | 0 | 0 | 4 | 1 | 0 | 1 | 1 | 4 | 4 | 11 | 5 | 4 | 2 | 3 | 2 | 1 | 0 | 1 | 1 | 500 | 1 | 34 | 18 | 0 | 1 | 0 | 2 | 40 | 1 | 2 | 11 | 0 | 2 | 10 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 770 |
| NEW MEXICO | 2 | 1 | 65 | 9 | 140 | 54 | 0 | 0 | 0 | 20 | 6 | 0 | 1 | 5 | 10 | 1 | 1 | 7 | 4 | 8 | 0 | 2 | 3 | 2 | 4 | 9 | 9 | 0 | 3 | 9 | 0 | 2 | 1,373 | 8 | 9 | 1 | 6 | 5 | 3 | 7 | 0 | 0 | 5 | 1 | 7 | 114 | 0 | 7 | 0 | 5 | 5 | 1 | 1 | 1 | 1,924 |
| NEW YORK | 7 | 0 | 23 | 1 | 53 | 9 | 14 | 3 | 6 | 84 | 13 | 0 | 0 | 4 | 20 | 5 | 0 | 1 | 4 | 3 | 0 | 19 | 11 | 5 | 4 | 3 | 3 | 0 | 3 | 11 | 2 | 59 | 10 | 1,350 | 39 | 0 | 17 | 3 | 6 | 54 | 0 | 1 | 37 | 0 | 15 | 22 | 1 | 2 | 8 | 18 | 7 | 1 | 2 | 1 | 1,964 |
| NORTH CAROLINA | 22 | 5 | 29 | 1 | 130 | 18 | 20 | 12 | 73 | 182 | 112 | 0 | 2 | 4 | 46 | 20 | 4 | 10 | 14 | 26 | 5 | 175 | 22 | 29 | 4 | 17 | 4 | 7 | 0 | 7 | 7 | 192 | 6 | 279 | 6,305 | 2 | 28 | 4 | 11 | 65 | 3 | 10 | 657 | 1 | 39 | 63 | 4 | 5 | 0 | 159 | 8 | 11 | 5 | 2 | 8,866 |
| NORTH DAKOTA | 0 | 0 | 5 | 0 | 21 | 15 | 0 | 0 | 0 | 9 | 4 | 0 | 0 | 6 | 7 | 0 | 6 | 3 | 5 | 6 | 0 | 1 | 1 | 5 | 35 | 0 | 4 | 4 | 1 | 0 | 0 | 0 | 2 | 3 | 218 | 0 | 1 | 0 | 4 | 6 | 1 | 7 | 0 | 4 | 6 | 4 | 0 | 2 | 0 | 409 |
| OHIO | 30 | 2 | 44 | 3 | 149 | 14 | 11 | 5 | 14 | 133 | 71 | 0 | 0 | 3 | 166 | 99 | 6 | 8 | 75 | 12 | 0 | 73 | 15 | 230 | 9 | 13 | 8 | 3 | 7 | 11 | 2 | 76 | 13 | 225 | 79 | 1 | 6,174 | 11 | 17 | 135 | 11 | 2 | 33 | 0 | 52 | 70 | 2 | 4 | 0 | 44 | 11 | 86 | 12 | 2 | 8,276 |
| OKLAHOMA | 9 | 2 | 27 | 19 | 148 | 31 | 2 | 8 | 7 | 29 | 21 | 0 | 0 | 4 | 29 | 8 | 9 | 50 | 4 | 21 | 0 | 15 | 3 | 10 | 12 | 5 | 47 | 3 | 9 | 20 | 0 | 5 | 13 | 11 | 32 | 5 | 11 | 846 | 4 | 20 | 0 | 1 | 9 | 1 | 29 | 199 | 0 | 1 | 0 | 12 | 24 | 6 | 7 | 2 | 1,775 |
| OREGON | 4 | 7 | 37 | 0 | 393 | 10 | 0 | 0 | 1 | 12 | 9 | 0 | 1 | 22 | 13 | 5 | 1 | 5 | 0 | 5 | 2 | 7 | 0 | 3 | 1 | 4 | 4 | 0 | 5 | 0 | 2 | 7 | 9 | 12 | 2 | 9 | 3 | 1,831 | 3 | 1 | 0 | 6 | 1 | 6 | 28 | 0 | 6 | 0 | 8 | 161 | 2 | 1 | 2 | 2,659 |
| PENNSYLVANIA | 10 | 3 | 34 | 2 | 94 | 16 | 17 | 93 | 34 | 155 | 35 | 0 | 0 | 0 | 33 | 7 | 4 | 6 | 8 | 11 | 2 | 295 | 22 | 25 | 6 | 6 | 5 | 2 | 2 | 8 | 1 | 370 | 7 | 412 | 54 | 1 | 103 | 4 | 8 | 4,906 | 0 | 5 | 37 | 2 | 22 | 41 | 0 | 5 | 2 | 46 | 11 | 56 | 12 | 3 | 7,043 |
| PUERTO RICO | 1 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 4 | 0 | 1 | 1 | 2 | 0 | 139 | 0 | 5 | 0 | 0 | 1 | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 163 |
| RHODE ISLAND | 0 | 0 | 0 | 0 | 4 | 0 | 5 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 153 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 201 |
| SOUTH CAROLINA | 13 | 0 | 10 | 4 | 51 | 12 | 10 | 9 | 64 | 93 | 254 | 0 | 2 | 2 | 20 | 15 | 1 | 3 | 7 | 15 | 1 | 103 | 17 | 16 | 6 | 9 | 8 | 2 | 1 | 2 | 5 | 0 | 0 | 135 | 266 | 4 | 26 | 5 | 4 | 61 | 1 | 5 | 2,516 | 1 | 57 | 34 | 0 | 5 | 0 | 45 | 6 | 5 | 6 | 0 | 4,399 |
| SOUTH DAKOTA | 2 | 2 | 6 | 0 | 29 | 13 | 0 | 3 | 0 | 5 | 1 | 0 | 0 | 6 | 2 | 0 | 12 | 0 | 3 | 0 | 0 | 2 | 1 | 4 | 30 | 0 | 2 | 6 | 19 | 1 | 0 | 0 | 1 | 1 | 3 | 2 | 6 | 1 | 0 | 1 | 0 | 0 | 2 | 245 | 3 | 4 | 0 | 0 | 0 | 4 | 1 | 1 | 4 | 0 | 426 |
| TENNESSEE | 72 | 1 | 21 | 34 | 88 | 17 | 3 | 2 | 29 | 117 | 135 | 0 | 0 | 0 | 144 | 37 | 9 | 7 | 62 | 29 | 0 | 94 | 11 | 62 | 11 | 57 | 29 | 3 | 2 | 5 | 2 | 21 | 1 | 56 | 77 | 4 | 36 | 7 | 7 | 25 | 1 | 1 | 55 | 1 | 3,825 | 82 | 0 | 2 | 0 | 51 | 8 | 8 | 18 | 0 | 5,369 |
| TEXAS | 46 | 14 | 134 | 44 | 621 | 115 | 25 | 4 | 15 | 217 | 111 | 2 | 1 | 10 | 166 | 42 | 20 | 46 | 34 | 298 | 3 | 90 | 30 | 56 | 39 | 60 | 53 | 6 | 27 | 20 | 0 | 28 | 126 | 102 | 104 | 7 | 48 | 63 | 27 | 36 | 15 | 4 | 52 | 7 | 101 | 14,083 | 9 | 20 | 0 | 51 | 41 | 7 | 38 | 4 | 17,322 |
| US VIRGIN ISLANDS | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 |
| UTAH | 5 | 1 | 42 | 0 | 206 | 26 | 1 | 1 | 1 | 13 | 6 | 0 | 0 | 2 | 16 | 9 | 1 | 2 | 1 | 2 | 5 | 1 | 5 | 5 | 0 | 5 | 12 | 1 | 5 | 13 | 0 | 3 | 28 | 0 | 1 | 9 | 10 | 7 | 3 | 1 | 2 | 16 | 5 | 1 | 0 | 5 | 1 | 2 | 18 | 0 | 671 | 7 | 11 | 0 | 1,178 |
| VERMONT | 0 | 1 | 3 | 0 | 5 | 2 | 16 | 1 | 0 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 18 | 1 | 61 | 3 | 0 | 1 | 0 | 0 | 3 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 0 | 113 | 2 | 2 | 0 | 0 | 0 | 284 |
| VIRGINIA | 24 | 1 | 18 | 4 | 95 | 9 | 17 | 20 | 338 | 151 | 81 | 0 | 1 | 2 | 35 | 11 | 6 | 3 | 19 | 17 | 3 | 666 | 36 | 43 | 9 | 8 | 13 | 0 | 2 | 8 | 4 | 191 | 16 | 441 | 384 | 1 | 40 | 2 | 6 | 125 | 2 | 6 | 69 | 0 | 58 | 66 | 1 | 5 | 2 | 4,664 | 11 | 24 | 11 | 2 | 7,771 |
| WASHINGTON | 4 | 7 | 48 | 1 | 373 | 16 | 1 | 0 | 4 | 38 | 16 | 0 | 0 | 82 | 29 | 8 | 4 | 7 | 4 | 5 | 0 | 18 | 2 | 18 | 8 | 1 | 12 | 22 | 8 | 21 | 0 | 9 | 6 | 21 | 21 | 4 | 18 | 1 | 174 | 15 | 1 | 1 | 11 | 2 | 14 | 43 | 0 | 8 | 1 | 18 | 1,971 | 3 | 11 | 1 | 3,116 |
| WEST VIRGINIA | 5 | 0 | 3 | 5 | 18 | 4 | 1 | 6 | 22 | 43 | 10 | 0 | 0 | 0 | 20 | 9 | 0 | 0 | 8 | 15 | 1 | 251 | 9 | 79 | 2 | 4 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 62 | 3 | 82 | 72 | 0 | 118 | 1 | 1 | 72 | 0 | 1 | 25 | 2 | 11 | 22 | 0 | 78 | 0 | 691 | 3 | 0 | 1,766 |
| WISCONSIN | 4 | 2 | 18 | 1 | 34 | 14 | 1 | 0 | 0 | 30 | 19 | 0 | 0 | 0 | 288 | 17 | 9 | 2 | 3 | 4 | 0 | 5 | 1 | 19 | 130 | 1 | 7 | 5 | 3 | 4 | 0 | 4 | 5 | 7 | 12 | 1 | 6 | 5 | 4 | 9 | 0 | 4 | 0 | 4 | 7 | 27 | 1 | 6 | 0 | 4 | 4 | 2 | 2,494 | 0 | 3,230 |
| WYOMING | 2 | 0 | 7 | 0 | 35 | 41 | 0 | 0 | 0 | 15 | 2 | 0 | 0 | 3 | 2 | 1 | 0 | 3 | 0 | 1 | 0 | 1 | 0 | 2 | 1 | 0 | 3 | 22 | 4 | 3 | 0 | 0 | 1 | 2 | 1 | 6 | 8 | 2 | 1 | 5 | 0 | 0 | 0 | 4 | 1 | 5 | 0 | 6 | 0 | 3 | 6 | 0 | 1 | 92 | 333 |
| TOTALS | 4,249 | 656 | 6,586 | 834 | 23,716 | 2,893 | 551 | 740 | 981 | 14,293 | 9,468 | 20 | 71 | 754 | 8,254 | 4,688 | 1,230 | 1,700 | 2,361 | 5,921 | 300 | 5,498 | 1,124 | 4,514 | 2,077 | 2,525 | 4,256 | 535 | 1,089 | 1,411 | 181 | 2,281 | 1,851 | 4,863 | 8,715 | 362 | 7,582 | 1,124 | 2,524 | 6,129 | 373 | 282 | 4,073 | 339 | 5,811 | 16,798 | 118 | 935 | 143 | 5,789 | 2,765 | 1,017 | 3,035 | 153 | 190,538 |

- Includes Firearms Recovered and Traced between 1/1/2015 - 12/31/2015, or, if the recovery date was blank, the trace entry date was between 1/1/2015 - 12/31/2015.
- Duplicate traces, Firearms Not Recovered, Gun Buyback and Firearms Turned In are not included in the statistics.
- Traces must identify a purchaser and the state in which the final dealer is located.
- Statistics are based on a query of the Firearms Tracing System (FTS) on April 11, 2016.
- All traces may not have been submitted or completed at the time of this analysis.

Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Strategic Intelligence and Information
#163911