# EXHIBIT 9

# Number of Firearms Sourced and Recovered in the United States and Territories
## January 1, 2016 - December 31, 2016

| Source State \ Recovery State | ALABAMA | ALASKA | ARIZONA | ARKANSAS | CALIFORNIA | COLORADO | CONNECTICUT | DELAWARE | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | GUAM & NORTHERN MARIANA ISLANDS | HAWAII | IDAHO | ILLINOIS | INDIANA | IOWA | KANSAS | KENTUCKY | LOUISIANA | MAINE | MARYLAND | MASSACHUSETTS | MICHIGAN | MINNESOTA | MISSISSIPPI | MISSOURI | MONTANA | NEBRASKA | NEVADA | NEW HAMPSHIRE | NEW JERSEY | NEW MEXICO | NEW YORK | NORTH CAROLINA | NORTH DAKOTA | OHIO | OKLAHOMA | OREGON | PENNSYLVANIA | PUERTO RICO | RHODE ISLAND | SOUTH CAROLINA | SOUTH DAKOTA | TENNESSEE | TEXAS | US VIRGIN ISLANDS | UTAH | VERMONT | VIRGINIA | WASHINGTON | WEST VIRGINIA | WISCONSIN | WYOMING | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | 3,692 | 2 | 15 | 9 | 107 | 26 | 4 | 0 | 28 | 314 | 368 | 0 | 1 | 1 | 111 | 20 | 15 | 8 | 16 | 89 | 1 | 53 | 13 | 49 | 8 | 101 | 22 | 2 | 2 | 1 | 0 | 38 | 5 | 104 | 62 | 2 | 42 | 6 | 6 | 23 | 4 | 4 | 21 | 2 | 156 | 101 | 0 | 5 | 0 | 32 | 10 | 4 | 19 | 0 | 5,724 |
| ALASKA | 1 | 696 | 17 | 1 | 70 | 16 | 0 | 2 | 4 | 20 | 14 | 0 | 7 | 3 | 6 | 4 | 4 | 2 | 0 | 5 | 1 | 8 | 3 | 4 | 7 | 1 | 2 | 5 | 3 | 4 | 0 | 5 | 6 | 10 | 14 | 2 | 3 | 1 | 3 | 19 | 0 | 1 | 5 | 28 | 1 | 5 | 0 | 5 | 0 | 14 | 1 | 3 | 0 | 0 | 1,038 |
| ARIZONA | 14 | 10 | 5,262 | 8 | 1,868 | 70 | 0 | 2 | 5 | 61 | 33 | 1 | 4 | 12 | 65 | 17 | 14 | 7 | 9 | 19 | 1 | 35 | 6 | 26 | 26 | 3 | 32 | 7 | 13 | 37 | 1 | 16 | 50 | 36 | 31 | 6 | 28 | 9 | 50 | 19 | 3 | 3 | 13 | 7 | 23 | 137 | 1 | 24 | 0 | 12 | 45 | 3 | 17 | 2 | 8,203 |
| ARKANSAS | 12 | 2 | 9 | 1,484 | 108 | 15 | 0 | 1 | 1 | 26 | 33 | 1 | 0 | 1 | 99 | 13 | 9 | 19 | 7 | 53 | 0 | 12 | 2 | 21 | 11 | 32 | 68 | 0 | 6 | 2 | 0 | 9 | 5 | 10 | 10 | 1 | 20 | 39 | 8 | 9 | 2 | 0 | 6 | 1 | 148 | 125 | 0 | 2 | 0 | 10 | 8 | 1 | 15 | 1 | 2,477 |
| CALIFORNIA | 15 | 12 | 188 | 13 | 16,876 | 79 | 5 | 5 | 11 | 83 | 49 | 0 | 19 | 32 | 71 | 18 | 10 | 15 | 8 | 31 | 0 | 59 | 10 | 26 | 21 | 9 | 21 | 18 | 21 | 52 | 2 | 12 | 27 | 59 | 55 | 2 | 31 | 15 | 119 | 19 | 7 | 1 | 22 | 11 | 37 | 115 | 1 | 41 | 0 | 22 | 100 | 10 | 14 | 5 | 18,504 |
| COLORADO | 8 | 12 | 75 | 5 | 216 | 2,432 | 1 | 0 | 5 | 43 | 18 | 0 | 4 | 32 | 8 | 6 | 23 | 9 | 13 | 1 | 0 | 5 | 8 | 11 | 3 | 3 | 19 | 10 | 22 | 5 | 0 | 4 | 25 | 33 | 23 | 3 | 14 | 6 | 13 | 8 | 3 | 1 | 6 | 1 | 11 | 12 | 0 | 93 | 0 | 17 | 0 | 12 | 13 | 1 | 10 | 3,330 |
| CONNECTICUT | 2 | 1 | 7 | 1 | 19 | 3 | 211 | 3 | 2 | 27 | 8 | 0 | 0 | 0 | 7 | 2 | 0 | 0 | 2 | 3 | 0 | 13 | 16 | 7 | 0 | 2 | 2 | 1 | 1 | 1 | 0 | 7 | 0 | 36 | 11 | 1 | 3 | 4 | 1 | 6 | 1 | 12 | 7 | 0 | 2 | 7 | 0 | 1 | 0 | 5 | 6 | 0 | 0 | 0 | 451 |
| DELAWARE | 1 | 0 | 1 | 2 | 2 | 0 | 0 | 549 | 6 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 1 | 97 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 25 | 0 | 14 | 7 | 0 | 2 | 0 | 0 | 67 | 0 | 0 | 3 | 0 | 0 | 4 | 0 | 0 | 0 | 5 | 0 | 1 | 1 | 0 | 805 |
| DISTRICT OF COLUMBIA | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 54 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 85 |
| FLORIDA | 115 | 3 | 48 | 15 | 243 | 100 | 34 | 14 | 40 | 12,098 | 423 | 0 | 1 | 5 | 106 | 69 | 11 | 13 | 51 | 84 | 1 | 142 | 63 | 46 | 21 | 49 | 45 | 9 | 10 | 9 | 2 | 140 | 15 | 371 | 201 | 5 | 88 | 14 | 9 | 106 | 204 | 11 | 98 | 4 | 116 | 173 | 40 | 9 | 2 | 101 | 22 | 19 | 23 | 4 | 15,645 |
| GEORGIA | 227 | 7 | 37 | 16 | 234 | 29 | 22 | 19 | 85 | 518 | 8,909 | 0 | 4 | 3 | 161 | 49 | 15 | 18 | 39 | 100 | 1 | 167 | 57 | 69 | 15 | 47 | 31 | 3 | 7 | 2 | 3 | 207 | 11 | 438 | 268 | 3 | 72 | 8 | 16 | 91 | 7 | 12 | 211 | 1 | 324 | 147 | 15 | 3 | 1 | 87 | 12 | 12 | 22 | 1 | 12,864 |
| GUAM & NORTHERN MARIANA ISLANDS | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 |
| HAWAII | 0 | 0 | 0 | 1 | 14 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 61 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 2 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 4 | 0 | 0 | 3 | 1 | 0 | 0 | 0 | 2 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 109 |
| IDAHO | 3 | 2 | 26 | 2 | 171 | 11 | 0 | 1 | 1 | 12 | 5 | 0 | 1 | 503 | 6 | 2 | 0 | 1 | 0 | 1 | 0 | 6 | 0 | 4 | 6 | 2 | 4 | 7 | 2 | 5 | 0 | 3 | 1 | 9 | 2 | 6 | 5 | 2 | 34 | 4 | 0 | 0 | 4 | 4 | 7 | 21 | 0 | 27 | 0 | 4 | 110 | 1 | 2 | 3 | 1,033 |
| ILLINOIS | 13 | 0 | 35 | 10 | 71 | 20 | 1 | 3 | 0 | 80 | 30 | 0 | 0 | 0 | 4,206 | 110 | 47 | 7 | 26 | 17 | 2 | 11 | 7 | 38 | 23 | 17 | 171 | 1 | 7 | 3 | 0 | 4 | 6 | 26 | 31 | 1 | 24 | 6 | 5 | 10 | 4 | 0 | 15 | 4 | 31 | 50 | 0 | 2 | 0 | 4 | 20 | 17 | 1 | 94 | 5,306 |
| INDIANA | 10 | 0 | 37 | 7 | 106 | 11 | 1 | 3 | 6 | 78 | 50 | 0 | 0 | 3 | 1,366 | 4,626 | 17 | 12 | 217 | 14 | 0 | 22 | 2 | 90 | 28 | 5 | 33 | 3 | 8 | 4 | 1 | 20 | 5 | 41 | 26 | 1 | 124 | 4 | 9 | 20 | 1 | 1 | 5 | 2 | 51 | 57 | 1 | 1 | 0 | 23 | 16 | 5 | 51 | 0 | 7,224 |
| IOWA | 3 | 1 | 10 | 4 | 55 | 13 | 1 | 0 | 2 | 13 | 4 | 0 | 0 | 0 | 145 | 4 | 952 | 7 | 2 | 6 | 0 | 3 | 2 | 4 | 34 | 1 | 19 | 0 | 85 | 2 | 0 | 4 | 0 | 4 | 6 | 1 | 4 | 0 | 1 | 2 | 0 | 0 | 7 | 8 | 11 | 11 | 0 | 3 | 0 | 7 | 3 | 1 | 22 | 0 | 1,466 |
| KANSAS | 5 | 0 | 17 | 6 | 75 | 45 | 0 | 0 | 4 | 26 | 19 | 0 | 0 | 1 | 52 | 4 | 8 | 1,377 | 7 | 12 | 0 | 8 | 4 | 5 | 9 | 2 | 343 | 3 | 28 | 1 | 1 | 2 | 5 | 14 | 4 | 1 | 9 | 23 | 5 | 7 | 1 | 2 | 6 | 2 | 14 | 71 | 0 | 3 | 0 | 5 | 13 | 4 | 1 | 5 | 2,266 |
| KENTUCKY | 31 | 3 | 13 | 9 | 85 | 14 | 2 | 4 | 2 | 120 | 65 | 0 | 1 | 3 | 189 | 161 | 8 | 10 | 2,451 | 19 | 0 | 45 | 11 | 110 | 9 | 11 | 35 | 0 | 7 | 1 | 0 | 24 | 3 | 55 | 57 | 4 | 305 | 5 | 4 | 23 | 0 | 3 | 25 | 0 | 186 | 51 | 0 | 2 | 0 | 36 | 9 | 42 | 16 | 1 | 4,276 |
| LOUISIANA | 30 | 0 | 19 | 32 | 157 | 19 | 4 | 0 | 12 | 88 | 72 | 0 | 1 | 1 | 54 | 11 | 8 | 6 | 11 | 5,189 | 0 | 27 | 8 | 9 | 12 | 144 | 14 | 2 | 5 | 6 | 1 | 28 | 5 | 25 | 36 | 4 | 23 | 9 | 5 | 13 | 3 | 0 | 13 | 3 | 42 | 457 | 0 | 3 | 0 | 19 | 6 | 3 | 4 | 2 | 6,645 |
| MAINE | 1 | 3 | 0 | 1 | 12 | 2 | 19 | 0 | 1 | 13 | 6 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 1 | 0 | 208 | 1 | 105 | 1 | 0 | 1 | 3 | 0 | 2 | 0 | 13 | 7 | 0 | 44 | 9 | 1 | 3 | 0 | 1 | 3 | 1 | 4 | 2 | 0 | 3 | 5 | 1 | 1 | 0 | 7 | 9 | 0 | 0 | 2 | 495 |
| MARYLAND | 2 | 0 | 4 | 2 | 29 | 4 | 2 | 46 | 227 | 27 | 11 | 0 | 0 | 1 | 14 | 4 | 0 | 0 | 2 | 5 | 1 | 2,855 | 2 | 3 | 2 | 0 | 2 | 0 | 4 | 1 | 0 | 11 | 1 | 37 | 30 | 0 | 7 | 1 | 3 | 40 | 0 | 1 | 7 | 0 | 5 | 7 | 1 | 1 | 0 | 47 | 5 | 31 | 2 | 2 | 3,487 |
| MASSACHUSETTS | 2 | 0 | 2 | 1 | 22 | 5 | 7 | 1 | 1 | 27 | 6 | 0 | 0 | 0 | 7 | 1 | 0 | 0 | 0 | 1 | 4 | 6 | 444 | 8 | 1 | 0 | 2 | 1 | 2 | 0 | 4 | 2 | 1 | 27 | 8 | 0 | 6 | 0 | 2 | 6 | 0 | 27 | 2 | 0 | 4 | 8 | 0 | 0 | 26 | 1 | 2 | 1 | 2 | 0 | 678 |
| MICHIGAN | 19 | 4 | 35 | 11 | 61 | 14 | 0 | 0 | 5 | 69 | 37 | 0 | 1 | 0 | 59 | 54 | 4 | 5 | 14 | 18 | 5 | 16 | 7 | 3,301 | 13 | 4 | 21 | 0 | 6 | 2 | 0 | 12 | 7 | 33 | 46 | 6 | 109 | 4 | 5 | 17 | 0 | 1 | 9 | 0 | 22 | 57 | 0 | 4 | 0 | 10 | 8 | 7 | 19 | 0 | 4,162 |
| MINNESOTA | 2 | 3 | 17 | 0 | 54 | 12 | 1 | 0 | 0 | 22 | 8 | 0 | 0 | 0 | 80 | 5 | 11 | 7 | 2 | 7 | 1 | 6 | 1 | 7 | 1,704 | 4 | 11 | 3 | 9 | 6 | 0 | 2 | 1 | 6 | 11 | 31 | 7 | 3 | 3 | 2 | 0 | 3 | 5 | 5 | 8 | 13 | 0 | 0 | 1 | 10 | 6 | 0 | 41 | 0 | 2,139 |
| MISSISSIPPI | 93 | 0 | 19 | 32 | 86 | 15 | 0 | 0 | 4 | 88 | 95 | 0 | 0 | 1 | 258 | 20 | 12 | 11 | 18 | 258 | 2 | 15 | 3 | 42 | 16 | 2,550 | 25 | 0 | 12 | 1 | 0 | 12 | 5 | 30 | 35 | 2 | 32 | 3 | 4 | 15 | 0 | 0 | 9 | 1 | 525 | 161 | 0 | 0 | 0 | 17 | 2 | 2 | 32 | 0 | 4,563 |
| MISSOURI | 11 | 2 | 22 | 39 | 109 | 33 | 1 | 1 | 6 | 65 | 29 | 0 | 2 | 0 | 434 | 21 | 29 | 233 | 7 | 18 | 1 | 12 | 8 | 15 | 25 | 8 | 3,871 | 0 | 27 | 1 | 0 | 7 | 9 | 13 | 26 | 5 | 20 | 15 | 9 | 7 | 1 | 0 | 13 | 5 | 43 | 85 | 1 | 3 | 1 | 11 | 7 | 2 | 11 | 1 | 5,325 |
| MONTANA | 1 | 4 | 18 | 2 | 105 | 16 | 0 | 0 | 0 | 7 | 3 | 0 | 0 | 27 | 10 | 0 | 4 | 2 | 1 | 7 | 0 | 4 | 2 | 6 | 7 | 1 | 7 | 394 | 3 | 8 | 0 | 4 | 2 | 1 | 6 | 23 | 4 | 1 | 24 | 3 | 0 | 0 | 2 | 3 | 7 | 11 | 0 | 11 | 0 | 8 | 66 | 0 | 11 | 12 | 839 |
| NEBRASKA | 1 | 0 | 12 | 2 | 21 | 26 | 0 | 0 | 0 | 8 | 3 | 0 | 0 | 0 | 17 | 3 | 32 | 14 | 2 | 5 | 0 | 5 | 0 | 2 | 8 | 0 | 15 | 3 | 722 | 0 | 1 | 3 | 2 | 3 | 3 | 5 | 4 | 0 | 2 | 4 | 0 | 0 | 2 | 14 | 4 | 15 | 0 | 3 | 0 | 1 | 7 | 0 | 5 | 2 | 969 |
| NEVADA | 8 | 3 | 63 | 3 | 1,211 | 25 | 0 | 0 | 1 | 30 | 8 | 0 | 3 | 16 | 20 | 11 | 3 | 3 | 3 | 7 | 0 | 15 | 0 | 11 | 3 | 4 | 12 | 2 | 1 | 545 | 0 | 4 | 13 | 14 | 11 | 1 | 6 | 1 | 20 | 7 | 1 | 0 | 5 | 2 | 8 | 36 | 19 | 21 | 0 | 6 | 28 | 0 | 3 | 3 | 2,221 |
| NEW HAMPSHIRE | 3 | 3 | 11 | 0 | 14 | 3 | 9 | 0 | 3 | 20 | 7 | 0 | 0 | 0 | 11 | 2 | 0 | 1 | 1 | 1 | 12 | 5 | 178 | 1 | 0 | 2 | 2 | 1 | 1 | 1 | 136 | 7 | 1 | 25 | 11 | 0 | 3 | 0 | 2 | 4 | 0 | 4 | 7 | 0 | 3 | 9 | 0 | 1 | 10 | 5 | 0 | 1 | 2 | 0 | 525 |
| NEW JERSEY | 1 | 0 | 5 | 1 | 15 | 4 | 0 | 6 | 1 | 44 | 14 | 0 | 0 | 0 | 11 | 4 | 1 | 2 | 2 | 0 | 0 | 11 | 4 | 1 | 2 | 2 | 4 | 0 | 0 | 1 | 1 | 521 | 0 | 32 | 12 | 0 | 2 | 0 | 0 | 50 | 1 | 0 | 5 | 0 | 1 | 9 | 2 | 0 | 0 | 5 | 2 | 0 | 2 | 0 | 781 |
| NEW MEXICO | 3 | 1 | 82 | 0 | 179 | 68 | 0 | 0 | 2 | 20 | 7 | 0 | 0 | 1 | 4 | 26 | 5 | 4 | 9 | 2 | 0 | 5 | 0 | 5 | 1 | 5 | 4 | 3 | 6 | 2 | 2 | 3 | 0 | 2 | 1,234 | 0 | 14 | 15 | 1 | 9 | 3 | 0 | 4 | 0 | 10 | 157 | 0 | 6 | 0 | 10 | 5 | 1 | 2 | 1 | 1,943 |
| NEW YORK | 7 | 1 | 22 | 4 | 49 | 11 | 7 | 4 | 2 | 83 | 28 | 0 | 0 | 1 | 12 | 6 | 1 | 2 | 3 | 6 | 3 | 26 | 6 | 5 | 3 | 0 | 5 | 2 | 0 | 1 | 1 | 55 | 1 | 1,433 | 51 | 1 | 11 | 1 | 7 | 50 | 2 | 2 | 14 | 2 | 11 | 29 | 0 | 5 | 3 | 18 | 6 | 4 | 8 | 0 | 2,022 |
| NORTH CAROLINA | 11 | 5 | 18 | 9 | 107 | 9 | 21 | 13 | 94 | 180 | 159 | 0 | 2 | 2 | 46 | 20 | 6 | 4 | 15 | 29 | 2 | 219 | 30 | 27 | 10 | 11 | 13 | 3 | 4 | 3 | 4 | 215 | 12 | 348 | 6,939 | 1 | 36 | 2 | 17 | 81 | 4 | 6 | 262 | 2 | 69 | 62 | 3 | 2 | 2 | 208 | 6 | 14 | 12 | 1 | 9,385 |
| NORTH DAKOTA | 0 | 0 | 11 | 0 | 31 | 14 | 3 | 0 | 0 | 13 | 2 | 0 | 0 | 10 | 3 | 4 | 1 | 0 | 4 | 0 | 0 | 3 | 0 | 60 | 2 | 3 | 13 | 2 | 0 | 0 | 0 | 1 | 1 | 3 | 1 | 275 | 3 | 1 | 6 | 2 | 0 | 0 | 6 | 21 | 6 | 6 | 0 | 2 | 0 | 2 | 9 | 1 | 2 | 2 | 543 |
| OHIO | 20 | 1 | 42 | 3 | 150 | 25 | 17 | 10 | 17 | 147 | 62 | 0 | 1 | 2 | 193 | 112 | 8 | 9 | 99 | 21 | 2 | 69 | 18 | 188 | 14 | 12 | 26 | 4 | 6 | 3 | 0 | 61 | 12 | 192 | 97 | 1 | 6,581 | 5 | 13 | 179 | 12 | 2 | 25 | 1 | 56 | 86 | 1 | 4 | 0 | 40 | 13 | 76 | 17 | 0 | 8,755 |
| OKLAHOMA | 11 | 3 | 24 | 35 | 192 | 41 | 4 | 2 | 3 | 45 | 16 | 0 | 0 | 5 | 43 | 16 | 10 | 53 | 7 | 28 | 0 | 18 | 7 | 4 | 12 | 10 | 52 | 3 | 8 | 3 | 0 | 9 | 7 | 21 | 22 | 3 | 8 | 891 | 7 | 11 | 3 | 0 | 7 | 1 | 25 | 240 | 0 | 5 | 0 | 8 | 6 | 8 | 9 | 1 | 1,948 |
| OREGON | 5 | 13 | 36 | 5 | 400 | 11 | 1 | 0 | 2 | 15 | 8 | 0 | 4 | 21 | 12 | 7 | 2 | 3 | 6 | 3 | 0 | 11 | 4 | 4 | 2 | 3 | 8 | 10 | 0 | 5 | 4 | 3 | 6 | 2 | 3 | 1 | 1,780 | 3 | 0 | 3 | 4 | 3 | 0 | 5 | 202 | 0 | 6 | 3 | 2,671 |
| PENNSYLVANIA | 10 | 0 | 25 | 6 | 83 | 19 | 6 | 86 | 35 | 127 | 50 | 0 | 0 | 1 | 43 | 16 | 3 | 4 | 12 | 16 | 1 | 362 | 16 | 32 | 9 | 3 | 17 | 4 | 6 | 1 | 1 | 412 | 8 | 412 | 83 | 1 | 100 | 1 | 12 | 5,246 | 7 | 2 | 24 | 0 | 21 | 51 | 1 | 6 | 0 | 67 | 8 | 32 | 15 | 1 | 7,505 |
| PUERTO RICO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 208 | 0 | 0 | 1 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 229 |
| RHODE ISLAND | 0 | 0 | 4 | 0 | 2 | 1 | 4 | 0 | 2 | 3 | 0 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 3 | 17 | 0 | 1 | 0 | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 17 | 3 | 0 | 0 | 0 | 0 | 0 | 184 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 259 |
| SOUTH CAROLINA | 14 | 1 | 9 | 2 | 64 | 14 | 13 | 12 | 77 | 107 | 286 | 1 | 1 | 1 | 21 | 8 | 2 | 3 | 4 | 8 | 1 | 125 | 30 | 15 | 8 | 10 | 13 | 1 | 3 | 1 | 1 | 170 | 3 | 366 | 588 | 2 | 31 | 4 | 4 | 64 | 2 | 3 | 3,093 | 1 | 37 | 42 | 2 | 3 | 1 | 56 | 5 | 9 | 6 | 1 | 5,350 |
| SOUTH DAKOTA | 1 | 1 | 3 | 1 | 26 | 22 | 1 | 0 | 0 | 13 | 1 | 0 | 0 | 3 | 4 | 1 | 17 | 2 | 0 | 1 | 1 | 1 | 0 | 1 | 28 | 0 | 5 | 2 | 12 | 0 | 0 | 5 | 0 | 0 | 0 | 310 | 0 | 1 | 2 | 0 | 0 | 0 | 2 | 1 | 1 | 13 | 0 | 2 | 0 | 1 | 2 | 0 | 7 | 4 | 504 |
| TENNESSEE | 78 | 6 | 25 | 38 | 93 | 16 | 3 | 5 | 18 | 141 | 143 | 0 | 1 | 1 | 177 | 46 | 12 | 7 | 68 | 37 | 2 | 61 | 9 | 78 | 19 | 70 | 49 | 2 | 8 | 6 | 0 | 34 | 8 | 73 | 104 | 0 | 49 | 8 | 4 | 30 | 2 | 1 | 31 | 1 | 4,655 | 70 | 0 | 3 | 0 | 49 | 7 | 11 | 19 | 2 | 6,381 |
| TEXAS | 52 | 11 | 145 | 85 | 698 | 156 | 11 | 6 | 19 | 237 | 136 | 2 | 3 | 8 | 146 | 45 | 27 | 59 | 32 | 373 | 3 | 68 | 27 | 57 | 25 | 58 | 76 | 5 | 23 | 6 | 1 | 45 | 158 | 115 | 125 | 11 | 55 | 48 | 42 | 61 | 29 | 6 | 43 | 1 | 112 | 16,272 | 8 | 9 | 0 | 82 | 43 | 7 | 28 | 5 | 19,905 |
| US VIRGIN ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| UTAH | 5 | 3 | 46 | 2 | 250 | 32 | 0 | 0 | 0 | 19 | 3 | 0 | 0 | 24 | 5 | 4 | 1 | 2 | 0 | 5 | 1 | 2 | 0 | 5 | 3 | 1 | 14 | 0 | 4 | 9 | 1 | 5 | 12 | 7 | 3 | 1 | 3 | 15 | 2 | 14 | 0 | 1 | 4 | 1 | 9 | 12 | 7 | 3 | 15 | 7 | 3 | 0 | 1 | 2 | 18 | 0 | 923 | 4 | 0 | 6 | 1,513 |
| VERMONT | 0 | 0 | 1 | 0 | 2 | 9 | 2 | 6 | 1 | 4 | 8 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 4 | 30 | 3 | 1 | 1 | 3 | 1 | 3 | 5 | 0 | 71 | 4 | 0 | 1 | 0 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 3 | 0 | 0 | 77 | 3 | 2 | 0 | 2 | 0 | 267 |
| VIRGINIA | 21 | 4 | 22 | 7 | 119 | 20 | 12 | 14 | 494 | 140 | 87 | 0 | 1 | 1 | 33 | 25 | 4 | 7 | 15 | 20 | 3 | 780 | 39 | 37 | 10 | 11 | 20 | 3 | 2 | 2 | 2 | 247 | 11 | 644 | 392 | 3 | 43 | 2 | 15 | 125 | 6 | 6 | 46 | 1 | 48 | 77 | 1 | 5 | 1 | 5,393 | 12 | 75 | 12 | 1 | 9,112 |
| WASHINGTON | 7 | 11 | 50 | 5 | 392 | 62 | 4 | 0 | 2 | 33 | 23 | 1 | 5 | 54 | 18 | 9 | 2 | 8 | 10 | 13 | 2 | 7 | 7 | 6 | 18 | 4 | 14 | 8 | 5 | 8 | 1 | 6 | 11 | 22 | 22 | 3 | 9 | 15 | 4 | 184 | 9 | 1 | 4 | 0 | 3 | 7 | 0 | 50 | 0 | 6 | 2,170 | 4 | 7 | 5 | 3,314 |
| WEST VIRGINIA | 10 | 1 | 22 | 4 | 35 | 2 | 1 | 6 | 40 | 44 | 27 | 0 | 0 | 0 | 12 | 15 | 2 | 6 | 6 | 9 | 1 | 221 | 5 | 61 | 4 | 7 | 7 | 0 | 1 | 0 | 0 | 52 | 6 | 69 | 75 | 5 | 152 | 2 | 8 | 94 | 2 | 0 | 19 | 0 | 12 | 18 | 0 | 2 | 0 | 83 | 2 | 804 | 4 | 0 | 1,927 |
| WISCONSIN | 3 | 5 | 17 | 0 | 46 | 15 | 0 | 0 | 2 | 27 | 19 | 0 | 0 | 4 | 338 | 20 | 23 | 4 | 4 | 4 | 0 | 15 | 0 | 113 | 112 | 10 | 7 | 2 | 4 | 6 | 1 | 4 | 1 | 3 | 9 | 1 | 15 | 0 | 4 | 10 | 3 | 1 | 10 | 7 | 0 | 6 | 2 | 7 | 29 | 2 | 0 | 8 | 6 | 1 | 2,944 | 0 | 3,772 |
| WYOMING | 4 | 1 | 16 | 1 | 45 | 65 | 1 | 0 | 1 | 4 | 1 | 0 | 0 | 10 | 8 | 0 | 0 | 2 | 0 | 4 | 0 | 0 | 0 | 3 | 2 | 5 | 2 | 44 | 0 | 2 | 0 | 1 | 2 | 0 | 11 | 6 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 5 | 2 | 12 | 0 | 10 | 0 | 4 | 7 | 0 | 0 | 116 | 397 |
| TOTAL | 4,586 | 841 | 6,630 | 1,924 | 25,188 | 3,627 | 438 | 818 | 1,341 | 15,444 | 11,400 | 25 | 130 | 766 | 8,745 | 5,608 | 1,357 | 1,997 | 3,188 | 6,567 | 263 | 5,711 | 1,215 | 4,461 | 2,362 | 3,225 | 5,155 | 571 | 1,116 | 767 | 180 | 2,477 | 1,694 | 5,378 | 9,611 | 465 | 8,115 | 1,162 | 2,519 | 6,575 | 530 | 302 | 4,125 | 462 | 6,897 | 19,324 | 122 | 1,190 | 131 | 6,626 | 3,074 | 1,200 | 3,560 | 199 | 211,384 |

- Includes Firearms Recovered and Traced between 1/1/2016 - 12/31/2016, or, if the recovery date was blank, the trace entry date was between 1/1/2016 - 12/31/2016.
- Duplicate traces, Firearms Not Recovered, Gun Buyback and Firearms Turned In are not included in the statistics.
- Traces must identify a purchaser and the state in which the final dealer is located.
- Statistics are based on a query of the Firearms Tracing System (FTS) on April 11, 2017.
- All traces may not have been submitted or completed at the time of this analysis.

Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Strategic Intelligence and Information
#173872