# EXHIBIT 10

# Number of Firearms Sourced and Recovered in the United States and Territories
## January 1, 2017 - December 31, 2017

**Recovery State** (columns) vs **Source State** (rows)

| Source \ Recovery | ALABAMA | ALASKA | ARIZONA | ARKANSAS | CALIFORNIA | COLORADO | CONNECTICUT | DELAWARE | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | GUAM | HAWAII | IDAHO | ILLINOIS | INDIANA | IOWA | KANSAS | KENTUCKY | LOUISIANA | MAINE | MARYLAND | MASSACHUSETTS | MICHIGAN | MINNESOTA | MISSISSIPPI | MISSOURI | MONTANA | NEBRASKA | NEVADA | NEW HAMPSHIRE | NEW JERSEY | NEW MEXICO | NEW YORK | NORTH CAROLINA | NORTH DAKOTA | OHIO | OKLAHOMA | OREGON | PENNSYLVANIA | PUERTO RICO | RHODE ISLAND | SOUTH CAROLINA | SOUTH DAKOTA | TENNESSEE | TEXAS | US VIRGIN ISLANDS | UTAH | VERMONT | VIRGINIA | WASHINGTON | WEST VIRGINIA | WISCONSIN | WYOMING | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | 4,212 | 2 | 18 | 3 | 153 | 16 | 13 | 9 | 17 | 370 | 427 | 1 | 1 | 2 | 149 | 30 | 13 | 16 | 25 | 122 | 0 | 67 | 23 | 64 | 13 | 116 | 19 | 0 | 8 | 16 | 1 | 39 | 6 | 127 | 86 | 1 | 45 | 6 | 12 | 25 | 9 | 3 | 36 | 1 | 194 | 132 | 0 | 3 | 0 | 43 | 4 | 3 | 12 | 0 | 6,713 |
| ALASKA | 5 | 691 | 13 | 2 | 86 | 7 | 0 | 1 | 4 | 16 | 12 | 1 | 6 | 5 | 5 | 3 | 5 | 4 | 8 | 0 | 15 | 2 | 2 | 6 | 1 | 13 | 2 | 3 | 18 | 1 | 3 | 3 | 8 | 10 | 0 | 10 | 2 | 19 | 8 | 4 | 1 | 1 | 5 | 23 | 0 | 2 | 0 | 6 | 40 | 1 | 1 | 2 | 1,088 |
| ARIZONA | 10 | 13 | 3,897 | 2 | 2,185 | 66 | 6 | 1 | 11 | 75 | 32 | 0 | 7 | 7 | 63 | 19 | 17 | 18 | 10 | 28 | 1 | 15 | 9 | 21 | 26 | 8 | 18 | 10 | 9 | 174 | 0 | 14 | 48 | 66 | 42 | 8 | 22 | 6 | 40 | 24 | 4 | 3 | 9 | 10 | 17 | 131 | 3 | 27 | 0 | 25 | 38 | 2 | 16 | 2 | 7,315 |
| ARKANSAS | 16 | 2 | 17 | 870 | 147 | 18 | 3 | 1 | 6 | 44 | 24 | 0 | 0 | 1 | 128 | 20 | 13 | 17 | 10 | 57 | 0 | 7 | 1 | 18 | 13 | 29 | 62 | 0 | 14 | 19 | 0 | 5 | 8 | 13 | 13 | 1 | 20 | 36 | 5 | 9 | 3 | 2 | 8 | 1 | 148 | 149 | 0 | 1 | 1 | 10 | 10 | 0 | 14 | 2 | 2,016 |
| CALIFORNIA | 9 | 4 | 163 | 11 | 17,397 | 57 | 13 | 1 | 7 | 90 | 51 | 4 | 18 | 47 | 63 | 29 | 12 | 21 | 17 | 31 | 3 | 46 | 10 | 26 | 22 | 11 | 24 | 14 | 12 | 319 | 2 | 12 | 64 | 58 | 4 | 0 | 31 | 21 | 149 | 42 | 4 | 4 | 18 | 7 | 44 | 169 | 0 | 40 | 0 | 39 | 104 | 3 | 19 | 7 | 19,392 |
| COLORADO | 12 | 3 | 56 | 5 | 270 | 2,596 | 4 | 2 | 2 | 60 | 25 | 0 | 2 | 11 | 39 | 10 | 17 | 35 | 5 | 22 | 3 | 28 | 4 | 19 | 11 | 7 | 29 | 5 | 15 | 42 | 4 | 15 | 31 | 38 | 31 | 6 | 17 | 6 | 25 | 15 | 2 | 0 | 11 | 17 | 18 | 94 | 0 | 24 | 2 | 14 | 23 | 2 | 12 | 11 | 3,757 |
| CONNECTICUT | 1 | 2 | 5 | 0 | 19 | 3 | 434 | 1 | 2 | 40 | 5 | 0 | 0 | 0 | 6 | 4 | 0 | 2 | 0 | 4 | 2 | 16 | 38 | 4 | 4 | 3 | 3 | 1 | 0 | 3 | 2 | 6 | 1 | 63 | 12 | 0 | 6 | 2 | 2 | 8 | 0 | 8 | 4 | 0 | 5 | 5 | 0 | 1 | 2 | 10 | 7 | 2 | 10 | 0 | 751 |
| DELAWARE | 836 | 0 | 0 | 0 | 7 | 2 | 1 | 533 | 2 | 8 | 6 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 1 | 0 | 0 | 107 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 38 | 0 | 21 | 7 | 0 | 1 | 0 | 0 | 71 | 1 | 0 | 2 | 0 | 2 | 4 | 0 | 0 | 1 | 6 | 1 | 4 | 1 | 0 | 836 |
| DISTRICT OF COLUMBIA | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 60 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 92 |
| FLORIDA | 99 | 5 | 41 | 15 | 270 | 83 | 48 | 16 | 42 | 13,132 | 416 | 0 | 0 | 2 | 124 | 73 | 11 | 29 | 31 | 88 | 3 | 117 | 75 | 74 | 25 | 39 | 37 | 11 | 9 | 52 | 4 | 153 | 9 | 485 | 249 | 5 | 105 | 11 | 27 | 128 | 265 | 8 | 114 | 5 | 132 | 182 | 28 | 17 | 4 | 123 | 25 | 18 | 32 | 3 | 17,099 |
| GEORGIA | 240 | 7 | 40 | 3 | 286 | 44 | 29 | 19 | 118 | 685 | 9,777 | 0 | 2 | 3 | 200 | 46 | 5 | 17 | 45 | 110 | 6 | 230 | 75 | 83 | 18 | 46 | 36 | 2 | 8 | 30 | 2 | 262 | 11 | 558 | 308 | 1 | 88 | 14 | 15 | 154 | 7 | 9 | 285 | 4 | 401 | 174 | 8 | 11 | 1 | 109 | 16 | 11 | 28 | 1 | 14,690 |
| GUAM | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 |
| HAWAII | 0 | 0 | 0 | 0 | 16 | 0 | 1 | 0 | 0 | 4 | 2 | 0 | 28 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 7 | 0 | 1 | 0 | 1 | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 4 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 77 |
| IDAHO | 1 | 5 | 13 | 0 | 209 | 11 | 0 | 0 | 1 | 11 | 2 | 0 | 5 | 663 | 10 | 2 | 3 | 1 | 4 | 8 | 0 | 4 | 4 | 1 | 3 | 3 | 1 | 4 | 0 | 24 | 0 | 1 | 7 | 2 | 6 | 1 | 1 | 0 | 36 | 3 | 1 | 1 | 3 | 6 | 2 | 17 | 0 | 31 | 0 | 3 | 110 | 1 | 1 | 6 | 1,228 |
| ILLINOIS | 9 | 1 | 22 | 8 | 110 | 27 | 1 | 4 | 7 | 64 | 36 | 0 | 4 | 0 | 4,985 | 145 | 69 | 2 | 22 | 19 | 0 | 19 | 2 | 24 | 33 | 10 | 148 | 2 | 7 | 25 | 0 | 8 | 6 | 25 | 23 | 2 | 38 | 3 | 8 | 16 | 2 | 2 | 11 | 1 | 41 | 63 | 0 | 14 | 11 | 3 | 81 | 1 | 6 | 1 | 6,171 |
| INDIANA | 11 | 2 | 29 | 2 | 113 | 26 | 12 | 3 | 3 | 101 | 35 | 0 | 1 | 5 | 1,623 | 5,375 | 16 | 8 | 302 | 20 | 1 | 18 | 8 | 85 | 39 | 17 | 24 | 2 | 7 | 17 | 1 | 25 | 3 | 38 | 42 | 0 | 161 | 2 | 12 | 28 | 3 | 1 | 16 | 1 | 70 | 60 | 0 | 3 | 0 | 26 | 2 | 3 | 52 | 1 | 8,453 |
| IOWA | 5 | 1 | 8 | 4 | 44 | 16 | 0 | 0 | 1 | 17 | 10 | 0 | 0 | 0 | 173 | 5 | 1,212 | 11 | 6 | 2 | 0 | 6 | 2 | 18 | 2 | 1 | 103 | 9 | 0 | 7 | 5 | 4 | 15 | 4 | 4 | 1 | 6 | 0 | 1 | 5 | 3 | 1 | 2 | 12 | 24 | 0 | 0 | 4 | 0 | 8 | 1 | 0 | 9 | 0 | 1,812 |
| KANSAS | 8 | 2 | 15 | 6 | 87 | 54 | 0 | 1 | 1 | 32 | 15 | 0 | 0 | 0 | 48 | 15 | 18 | 1,523 | 9 | 11 | 0 | 15 | 1 | 6 | 11 | 5 | 331 | 2 | 21 | 10 | 0 | 3 | 8 | 7 | 22 | 0 | 9 | 30 | 6 | 12 | 0 | 0 | 5 | 2 | 7 | 64 | 0 | 7 | 0 | 15 | 10 | 2 | 13 | 1 | 2,470 |
| KENTUCKY | 24 | 3 | 10 | 6 | 85 | 16 | 4 | 5 | 17 | 119 | 75 | 0 | 0 | 2 | 345 | 186 | 10 | 6 | 3,266 | 26 | 3 | 52 | 14 | 142 | 9 | 15 | 37 | 1 | 4 | 11 | 1 | 19 | 5 | 54 | 60 | 1 | 387 | 3 | 2 | 45 | 2 | 1 | 31 | 0 | 197 | 58 | 0 | 2 | 0 | 34 | 8 | 37 | 16 | 0 | 5,455 |
| LOUISIANA | 36 | 5 | 15 | 28 | 168 | 41 | 3 | 1 | 9 | 105 | 70 | 0 | 0 | 1 | 50 | 14 | 8 | 10 | 14 | 6,414 | 12 | 27 | 3 | 18 | 7 | 146 | 22 | 2 | 7 | 20 | 0 | 23 | 12 | 34 | 47 | 2 | 23 | 9 | 8 | 18 | 4 | 1 | 14 | 1 | 48 | 522 | 1 | 1 | 1 | 30 | 12 | 4 | 12 | 3 | 8,086 |
| MAINE | 3 | 1 | 1 | 0 | 6 | 1 | 18 | 0 | 1 | 25 | 5 | 0 | 0 | 0 | 3 | 2 | 1 | 0 | 0 | 2 | 210 | 4 | 145 | 3 | 0 | 2 | 2 | 0 | 0 | 2 | 11 | 5 | 1 | 61 | 14 | 0 | 4 | 0 | 1 | 8 | 0 | 1 | 5 | 0 | 4 | 7 | 1 | 0 | 5 | 4 | 0 | 1 | 7 | 1 | 576 |
| MARYLAND | 2 | 1 | 7 | 2 | 38 | 8 | 4 | 51 | 198 | 31 | 15 | 0 | 0 | 0 | 5 | 5 | 3 | 0 | 6 | 3 | 1 | 2,775 | 7 | 7 | 1 | 1 | 4 | 0 | 2 | 3 | 2 | 17 | 0 | 33 | 24 | 0 | 8 | 0 | 0 | 62 | 2 | 1 | 6 | 0 | 4 | 13 | 1 | 0 | 1 | 65 | 2 | 38 | 1 | 0 | 3,458 |
| MASSACHUSETTS | 2 | 6 | 1 | 3 | 30 | 5 | 10 | 12 | 3 | 28 | 3 | 0 | 2 | 1 | 8 | 2 | 0 | 1 | 4 | 2 | 3 | 12 | 410 | 3 | 1 | 1 | 2 | 0 | 0 | 8 | 1 | 8 | 5 | 7 | 3 | 0 | 38 | 9 | 1 | 3 | 1 | 10 | 2 | 18 | 3 | 2 | 3 | 15 | 0 | 1 | 5 | 5 | 1 | 7 | 709 |
| MICHIGAN | 13 | 5 | 20 | 4 | 66 | 10 | 3 | 2 | 9 | 76 | 40 | 0 | 0 | 1 | 120 | 87 | 3 | 6 | 24 | 14 | 0 | 23 | 3 | 3,563 | 17 | 5 | 18 | 4 | 6 | 20 | 0 | 9 | 4 | 33 | 43 | 8 | 109 | 3 | 17 | 3 | 1 | 13 | 3 | 42 | 51 | 1 | 7 | 0 | 21 | 16 | 4 | 24 | 0 | 4,581 |
| MINNESOTA | 7 | 1 | 25 | 2 | 65 | 7 | 0 | 1 | 1 | 24 | 9 | 0 | 0 | 1 | 81 | 9 | 23 | 3 | 7 | 0 | 0 | 5 | 0 | 12 | 1,969 | 2 | 9 | 2 | 14 | 1 | 3 | 5 | 5 | 5 | 2 | 37 | 15 | 2 | 5 | 2 | 2 | 3 | 12 | 6 | 38 | 0 | 1 | 6 | 11 | 1 | 36 | 0 | 2,488 |
| MISSISSIPPI | 92 | 1 | 9 | 27 | 99 | 8 | 1 | 1 | 6 | 87 | 80 | 0 | 0 | 2 | 300 | 28 | 11 | 22 | 11 | 327 | 0 | 16 | 6 | 35 | 20 | 2,578 | 35 | 1 | 1 | 16 | 0 | 14 | 2 | 42 | 50 | 0 | 31 | 7 | 3 | 17 | 1 | 2 | 14 | 4 | 578 | 172 | 0 | 1 | 0 | 22 | 5 | 3 | 38 | 0 | 4,839 |
| MISSOURI | 12 | 3 | 19 | 29 | 129 | 43 | 2 | 4 | 2 | 51 | 36 | 0 | 3 | 2 | 412 | 26 | 27 | 291 | 18 | 25 | 1 | 13 | 1 | 16 | 1 | 5 | 4,023 | 5 | 24 | 24 | 0 | 8 | 4 | 17 | 29 | 4 | 20 | 29 | 15 | 11 | 0 | 0 | 8 | 4 | 47 | 98 | 0 | 5 | 0 | 22 | 16 | 2 | 25 | 1 | 5,632 |
| MONTANA | 5 | 3 | 16 | 0 | 97 | 17 | 0 | 0 | 0 | 8 | 3 | 0 | 0 | 16 | 6 | 4 | 6 | 2 | 0 | 3 | 1 | 5 | 2 | 4 | 12 | 0 | 22 | 383 | 0 | 2 | 1 | 6 | 0 | 6 | 29 | 5 | 1 | 28 | 2 | 0 | 0 | 0 | 2 | 6 | 4 | 19 | 0 | 10 | 0 | 5 | 82 | 0 | 1 | 13 | 843 |
| NEBRASKA | 1 | 3 | 6 | 1 | 23 | 27 | 0 | 0 | 0 | 4 | 6 | 0 | 0 | 0 | 4 | 6 | 36 | 14 | 1 | 2 | 0 | 5 | 0 | 7 | 13 | 3 | 834 | 6 | 0 | 1 | 2 | 2 | 1 | 2 | 12 | 1 | 5 | 2 | 5 | 4 | 0 | 1 | 2 | 20 | 4 | 15 | 0 | 0 | 0 | 9 | 6 | 0 | 4 | 5 | 1,115 |
| NEVADA | 11 | 9 | 57 | 1 | 1,554 | 24 | 1 | 0 | 3 | 26 | 8 | 0 | 1 | 19 | 32 | 7 | 3 | 5 | 4 | 13 | 0 | 6 | 2 | 11 | 9 | 5 | 9 | 4 | 3 | 2,697 | 0 | 7 | 10 | 11 | 7 | 3 | 8 | 2 | 30 | 14 | 0 | 3 | 0 | 8 | 44 | 1 | 21 | 0 | 5 | 63 | 1 | 9 | 1 | 4,771 |
| NEW HAMPSHIRE | 1 | 1 | 4 | 2 | 19 | 1 | 7 | 1 | 2 | 18 | 1 | 0 | 0 | 0 | 3 | 4 | 2 | 2 | 4 | 15 | 3 | 207 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 3 | 171 | 6 | 1 | 31 | 7 | 1 | 3 | 0 | 2 | 0 | 9 | 0 | 5 | 2 | 1 | 7 | 0 | 2 | 16 | 9 | 1 | 0 | 0 | 582 |
| NEW JERSEY | 2 | 1 | 15 | 0 | 20 | 2 | 3 | 4 | 2 | 26 | 6 | 0 | 0 | 1 | 5 | 1 | 2 | 1 | 1 | 19 | 4 | 2 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 7 | 0 | 468 | 1 | 33 | 7 | 0 | 7 | 1 | 0 | 63 | 0 | 0 | 5 | 0 | 4 | 9 | 0 | 2 | 1 | 6 | 3 | 0 | 1 | 0 | 744 |
| NEW MEXICO | 5 | 2 | 55 | 3 | 186 | 66 | 0 | 0 | 2 | 21 | 12 | 0 | 1 | 3 | 12 | 5 | 1 | 7 | 0 | 9 | 0 | 4 | 2 | 3 | 2 | 5 | 12 | 1 | 2 | 33 | 0 | 1 | 1,206 | 12 | 13 | 1 | 8 | 6 | 7 | 5 | 0 | 0 | 9 | 2 | 8 | 140 | 0 | 4 | 0 | 10 | 6 | 2 | 1 | 5 | 1,903 |
| NEW YORK | 7 | 1 | 17 | 3 | 40 | 6 | 14 | 3 | 4 | 97 | 23 | 0 | 1 | 1 | 6 | 2 | 1 | 0 | 3 | 7 | 7 | 13 | 4 | 30 | 1 | 5 | 6 | 2 | 3 | 2 | 16 | 1 | 48 | 1,355 | 41 | 1 | 13 | 3 | 9 | 53 | 2 | 3 | 19 | 0 | 11 | 20 | 0 | 2 | 1 | 15 | 5 | 2 | 9 | 0 | 1,978 |
| NORTH CAROLINA | 22 | 4 | 20 | 5 | 163 | 27 | 26 | 11 | 120 | 176 | 159 | 0 | 1 | 1 | 41 | 20 | 9 | 6 | 20 | 32 | 3 | 215 | 36 | 15 | 15 | 10 | 18 | 3 | 9 | 28 | 1 | 239 | 5 | 377 | 8,206 | 1 | 44 | 7 | 11 | 101 | 1 | 12 | 315 | 5 | 67 | 72 | 3 | 4 | 1 | 193 | 16 | 19 | 14 | 0 | 10,929 |
| NORTH DAKOTA | 0 | 4 | 7 | 0 | 24 | 8 | 1 | 0 | 0 | 7 | 3 | 0 | 0 | 0 | 16 | 0 | 2 | 1 | 0 | 5 | 0 | 3 | 2 | 5 | 72 | 2 | 4 | 9 | 7 | 6 | 0 | 3 | 1 | 5 | 1 | 259 | 1 | 2 | 5 | 0 | 0 | 0 | 3 | 19 | 1 | 12 | 0 | 3 | 0 | 1 | 11 | 3 | 4 | 0 | 529 |
| OHIO | 20 | 5 | 28 | 8 | 134 | 22 | 12 | 10 | 27 | 129 | 72 | 0 | 0 | 3 | 223 | 150 | 6 | 11 | 123 | 29 | 0 | 70 | 38 | 189 | 19 | 17 | 32 | 3 | 3 | 28 | 2 | 75 | 10 | 271 | 104 | 3 | 8,332 | 7 | 163 | 10 | 2 | 36 | 1 | 54 | 85 | 0 | 8 | 1 | 43 | 20 | 78 | 19 | 2 | 10,738 |
| OKLAHOMA | 11 | 4 | 31 | 24 | 222 | 40 | 1 | 6 | 1 | 54 | 23 | 0 | 0 | 1 | 46 | 11 | 11 | 49 | 8 | 32 | 1 | 18 | 6 | 9 | 20 | 4 | 43 | 3 | 13 | 18 | 0 | 9 | 20 | 19 | 19 | 2 | 22 | 1,256 | 4 | 11 | 3 | 0 | 12 | 3 | 20 | 296 | 2 | 3 | 0 | 13 | 14 | 5 | 10 | 0 | 2,454 |
| OREGON | 4 | 6 | 27 | 2 | 449 | 20 | 2 | 1 | 2 | 20 | 9 | 0 | 2 | 40 | 23 | 14 | 2 | 3 | 2 | 5 | 0 | 6 | 0 | 5 | 2 | 0 | 5 | 13 | 0 | 37 | 0 | 3 | 8 | 4 | 4 | 7 | 3 | 7 | 4 | 2,207 | 9 | 0 | 0 | 3 | 3 | 32 | 0 | 14 | 0 | 9 | 217 | 6 | 8 | 1 | 3,254 |
| PENNSYLVANIA | 14 | 5 | 39 | 4 | 90 | 21 | 12 | 89 | 35 | 142 | 41 | 0 | 2 | 2 | 47 | 19 | 3 | 11 | 8 | 22 | 2 | 383 | 18 | 20 | 10 | 8 | 11 | 3 | 1 | 24 | 1 | 389 | 3 | 451 | 112 | 0 | 137 | 2 | 5 | 6,145 | 1 | 8 | 32 | 2 | 22 | 49 | 1 | 11 | 9 | 72 | 11 | 41 | 12 | 2 | 8,612 |
| PUERTO RICO | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 8 | 2 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 225 | 1 | 1 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 251 |
| RHODE ISLAND | 2 | 0 | 0 | 0 | 5 | 0 | 9 | 1 | 0 | 8 | 2 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 2 | 0 | 2 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 6 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 184 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 257 |
| SOUTH CAROLINA | 22 | 6 | 9 | 2 | 78 | 11 | 26 | 8 | 94 | 152 | 259 | 0 | 1 | 1 | 37 | 24 | 2 | 2 | 16 | 22 | 0 | 147 | 29 | 18 | 7 | 11 | 4 | 3 | 1 | 8 | 0 | 199 | 2 | 340 | 712 | 0 | 39 | 2 | 7 | 75 | 4 | 6 | 3,830 | 1 | 37 | 40 | 8 | 4 | 0 | 61 | 4 | 14 | 6 | 0 | 6,392 |
| SOUTH DAKOTA | 2 | 1 | 6 | 4 | 27 | 20 | 0 | 0 | 0 | 7 | 1 | 0 | 0 | 0 | 13 | 0 | 21 | 5 | 1 | 1 | 0 | 4 | 0 | 38 | 7 | 0 | 4 | 20 | 2 | 0 | 0 | 6 | 3 | 5 | 2 | 1 | 7 | 0 | 0 | 2 | 0 | 0 | 1 | 302 | 0 | 8 | 0 | 2 | 0 | 3 | 2 | 0 | 9 | 0 | 534 |
| TENNESSEE | 98 | 2 | 17 | 21 | 148 | 21 | 1 | 3 | 23 | 151 | 193 | 0 | 3 | 1 | 229 | 50 | 10 | 8 | 103 | 43 | 2 | 54 | 14 | 82 | 17 | 131 | 26 | 1 | 7 | 10 | 1 | 40 | 2 | 74 | 125 | 1 | 58 | 9 | 7 | 34 | 2 | 3 | 48 | 1 | 5,458 | 91 | 0 | 6 | 2 | 72 | 23 | 6 | 15 | 0 | 7,539 |
| TEXAS | 76 | 24 | 129 | 62 | 764 | 156 | 13 | 7 | 28 | 209 | 118 | 0 | 5 | 15 | 175 | 59 | 23 | 57 | 43 | 479 | 4 | 101 | 29 | 42 | 56 | 104 | 10 | 24 | 106 | 1 | 43 | 120 | 112 | 116 | 7 | 72 | 104 | 45 | 73 | 25 | 5 | 44 | 9 | 122 | 18,740 | 4 | 13 | 1 | 71 | 62 | 9 | 30 | 5 | 22,804 |
| US VIRGIN ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 |
| UTAH | 2 | 3 | 32 | 0 | 265 | 32 | 1 | 0 | 1 | 9 | 2 | 0 | 0 | 4 | 26 | 0 | 0 | 5 | 1 | 3 | 0 | 5 | 1 | 5 | 5 | 1 | 7 | 11 | 5 | 110 | 1 | 5 | 7 | 11 | 5 | 4 | 5 | 12 | 6 | 1 | 0 | 1 | 2 | 5 | 25 | 1,002 | 1 | 3 | 13 | 0 | 4 | 9 | 0 | 1,666 |
| VERMONT | 2 | 0 | 0 | 1 | 11 | 5 | 26 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 4 | 1 | 0 | 0 | 0 | 2 | 6 | 3 | 11 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 66 | 3 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 5 | 0 | 0 | 0 | 0 | 269 |
| VIRGINIA | 17 | 9 | 10 | 4 | 121 | 19 | 33 | 23 | 538 | 147 | 96 | 0 | 3 | 1 | 51 | 23 | 4 | 9 | 24 | 2 | 0 | 858 | 31 | 35 | 4 | 9 | 17 | 0 | 6 | 15 | 0 | 269 | 4 | 426 | 469 | 2 | 32 | 8 | 4 | 160 | 6 | 6 | 50 | 4 | 63 | 83 | 3 | 1 | 2 | 6,389 | 11 | 52 | 9 | 3 | 10,190 |
| WASHINGTON | 4 | 9 | 28 | 0 | 392 | 20 | 1 | 2 | 10 | 44 | 26 | 0 | 4 | 49 | 24 | 14 | 4 | 9 | 13 | 0 | 0 | 16 | 3 | 6 | 16 | 18 | 7 | 45 | 1 | 4 | 6 | 16 | 2 | 8 | 15 | 4 | 198 | 14 | 2 | 0 | 11 | 5 | 25 | 1 | 53 | 1 | 0 | 10 | 0 | 10 | 2,638 | 3 | 12 | 5 | 3,842 |
| WEST VIRGINIA | 11 | 0 | 1 | 0 | 38 | 7 | 1 | 3 | 45 | 47 | 18 | 0 | 0 | 0 | 27 | 20 | 1 | 6 | 28 | 2 | 1 | 253 | 1 | 89 | 9 | 5 | 19 | 1 | 0 | 2 | 0 | 60 | 2 | 69 | 83 | 0 | 164 | 3 | 4 | 109 | 1 | 1 | 24 | 1 | 10 | 24 | 0 | 1 | 0 | 97 | 4 | 1,033 | 8 | 0 | 2,339 |
| WISCONSIN | 4 | 3 | 21 | 0 | 41 | 14 | 2 | 1 | 2 | 45 | 14 | 0 | 0 | 2 | 429 | 16 | 19 | 4 | 13 | 14 | 0 | 7 | 5 | 14 | 160 | 3 | 11 | 1 | 4 | 13 | 0 | 11 | 3 | 11 | 20 | 3 | 7 | 1 | 3 | 16 | 1 | 1 | 7 | 3 | 16 | 34 | 1 | 2 | 1 | 8 | 29 | 5 | 3,321 | 1 | 4,355 |
| WYOMING | 1 | 0 | 5 | 0 | 50 | 78 | 1 | 0 | 0 | 4 | 3 | 0 | 0 | 4 | 5 | 1 | 7 | 8 | 3 | 2 | 0 | 4 | 1 | 3 | 1 | 0 | 10 | 31 | 8 | 9 | 0 | 0 | 0 | 1 | 2 | 1 | 3 | 1 | 2 | 2 | 0 | 0 | 1 | 15 | 1 | 5 | 0 | 15 | 0 | 2 | 3 | 1 | 1 | 120 | 447 |
| **TOTAL** | 5,176 | 866 | 5,042 | 1,178 | 27,051 | 3,829 | 804 | 835 | 1,475 | 16,864 | 12,308 | 21 | 92 | 972 | 10,425 | 6,600 | 1,666 | 2,272 | 4,246 | 8,129 | 290 | 5,886 | 1,333 | 4,819 | 2,786 | 3,343 | 5,285 | 574 | 1,238 | 4,130 | 223 | 2,591 | 1,625 | 5,565 | 11,325 | 423 | 10,154 | 1,628 | 3,027 | 7,816 | 617 | 315 | 5,084 | 486 | 7,981 | 22,188 | 89 | 1,317 | 102 | 7,778 | 3,730 | 1,412 | 3,947 | 217 | 239,175 |

- Includes Firearms Recovered and Traced between 1/1/2017 - 12/31/2017, or, if the recovery date was blank, the trace entry date was between 1/1/2017 - 12/31/2017.
- Duplicate traces, Firearms Not Recovered, Gun Buyback and Firearms Turned In are not included in the statistics.
- Traces must identify a purchaser and the state in which the final dealer is located.
- Statistics are based on a query of the Firearms Tracing System (FTS) on April 11, 2018.
- All traces may not have been submitted or completed at the time of this analysis.

Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Strategic Intelligence and Information
#184263