# EXHIBIT 11

# Number of Firearms Sourced and Recovered in the United States and Territories
## January 1, 2018 - December 31, 2018

**Recovery State** (columns) / **Source State** (rows)

| Source State | ALABAMA | ALASKA | ARIZONA | ARKANSAS | CALIFORNIA | COLORADO | CONNECTICUT | DELAWARE | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | GUAM | HAWAII | IDAHO | ILLINOIS | INDIANA | IOWA | KANSAS | KENTUCKY | LOUISIANA | MAINE | MARYLAND | MASSACHUSETTS | MICHIGAN | MINNESOTA | MISSISSIPPI | MISSOURI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | 4,444 | 0 | 12 | 13 | 145 | 21 | 13 | 7 | 15 | 387 | 502 | 0 | 1 | 3 | 133 | 30 | 11 | 14 | 29 | 129 | 4 | 48 | 16 | 50 | 19 | 103 | 23 |
| ALASKA | 3 | 614 | 20 | 3 | 87 | 12 | 1 | 0 | 2 | 22 | 5 | 0 | 1 | 5 | 14 | 3 | 1 | 3 | 4 | 4 | 0 | 4 | 3 | 2 | 0 | 3 | 5 |
| ARIZONA | 10 | 12 | 5,254 | 8 | 2,206 | 71 | 3 | 1 | 3 | 54 | 31 | 0 | 2 | 21 | 72 | 26 | 17 | 18 | 9 | 21 | 2 | 30 | 6 | 31 | 23 | 10 | 34 |
| ARKANSAS | 8 | 3 | 10 | 1,398 | 174 | 11 | 5 | 0 | 2 | 46 | 29 | 0 | 0 | 2 | 122 | 18 | 18 | 25 | 12 | 67 | 2 | 16 | 0 | 11 | 16 | 29 | 86 |
| CALIFORNIA | 12 | 13 | 154 | 10 | 17,011 | 80 | 3 | 8 | 18 | 99 | 51 | 2 | 9 | 47 | 68 | 28 | 19 | 21 | 14 | 34 | 0 | 53 | 12 | 11 | 31 | 24 | 41 |
| COLORADO | 7 | 4 | 37 | 13 | 221 | 3,033 | 3 | 2 | 3 | 67 | 32 | 0 | 0 | 8 | 47 | 9 | 5 | 28 | 13 | 18 | 0 | 24 | 4 | 17 | 11 | 5 | 27 |
| CONNECTICUT | 6 | 0 | 9 | 1 | 29 | 3 | 560 | 3 | 4 | 35 | 7 | 0 | 1 | 0 | 8 | 4 | 0 | 2 | 4 | 2 | 2 | 15 | 28 | 5 | 1 | 3 | 3 |
| DELAWARE | 1 | 0 | 0 | 1 | 9 | 1 | 1 | 562 | 2 | 8 | 5 | 0 | 0 | 1 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 128 | 3 | 1 | 0 | 0 | 3 |
| DISTRICT OF COLUMBIA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 0 | 0 | 0 | 0 | 0 |
| FLORIDA | 119 | 3 | 41 | 28 | 273 | 77 | 49 | 20 | 40 | 14,644 | 448 | 1 | 3 | 7 | 123 | 72 | 19 | 22 | 52 | 72 | 4 | 168 | 83 | 48 | 26 | 22 | 47 |
| GEORGIA | 224 | 5 | 32 | 10 | 292 | 50 | 51 | 13 | 110 | 688 | 10,454 | 0 | 3 | 4 | 189 | 49 | 8 | 17 | 40 | 110 | 4 | 253 | 69 | 69 | 12 | 61 | 45 |
| GUAM | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 12 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| HAWAII | 0 | 2 | 5 | 0 | 10 | 1 | 0 | 0 | 1 | 9 | 1 | 1 | 36 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 1 |
| IDAHO | 2 | 4 | 15 | 0 | 190 | 11 | 0 | 0 | 2 | 26 | 4 | 0 | 3 | 666 | 13 | 2 | 1 | 2 | 7 | 4 | 0 | 8 | 1 | 2 | 3 | 2 | 5 |
| ILLINOIS | 8 | 1 | 30 | 16 | 113 | 14 | 1 | 2 | 0 | 83 | 41 | 0 | 1 | 2 | 5,337 | 133 | 65 | 15 | 15 | 20 | 0 | 25 | 10 | 19 | 25 | 6 | 207 |
| INDIANA | 17 | 0 | 29 | 7 | 91 | 21 | 2 | 2 | 4 | 98 | 65 | 0 | 0 | 0 | 1,548 | 5,639 | 15 | 12 | 303 | 16 | 0 | 25 | 21 | 99 | 40 | 4 | 34 |
| IOWA | 2 | 2 | 10 | 1 | 38 | 10 | 0 | 0 | 4 | 30 | 7 | 0 | 0 | 0 | 174 | 13 | 1,337 | 10 | 1 | 7 | 0 | 5 | 2 | 1 | 44 | 2 | 26 |
| KANSAS | 10 | 4 | 16 | 13 | 85 | 63 | 1 | 0 | 4 | 31 | 23 | 0 | 1 | 4 | 37 | 11 | 9 | 1,875 | 4 | 16 | 0 | 11 | 4 | 9 | 11 | 3 | 422 |
| KENTUCKY | 28 | 3 | 19 | 8 | 104 | 13 | 7 | 9 | 14 | 111 | 57 | 0 | 1 | 0 | 265 | 214 | 12 | 6 | 3,375 | 31 | 2 | 58 | 13 | 124 | 13 | 19 | 37 |
| LOUISIANA | 44 | 2 | 11 | 34 | 175 | 24 | 3 | 3 | 8 | 98 | 66 | 0 | 0 | 2 | 63 | 15 | 13 | 9 | 20 | 6,339 | 1 | 50 | 6 | 14 | 8 | 139 | 26 |
| MAINE | 2 | 0 | 4 | 1 | 13 | 3 | 22 | 2 | 0 | 27 | 5 | 0 | 0 | 0 | 3 | 1 | 0 | 2 | 0 | 1 | 253 | 2 | 98 | 2 | 2 | 1 | 3 |
| MARYLAND | 2 | 1 | 4 | 1 | 28 | 6 | 1 | 46 | 179 | 34 | 10 | 0 | 0 | 1 | 7 | 3 | 0 | 0 | 3 | 3 | 1 | 3,596 | 2 | 5 | 0 | 4 | 5 |
| MASSACHUSETTS | 3 | 1 | 9 | 1 | 32 | 4 | 14 | 2 | 4 | 37 | 11 | 0 | 2 | 0 | 5 | 4 | 5 | 1 | 2 | 4 | 2 | 9 | 414 | 8 | 2 | 1 | 6 |
| MICHIGAN | 12 | 2 | 25 | 8 | 81 | 23 | 7 | 2 | 3 | 87 | 37 | 0 | 1 | 8 | 106 | 92 | 8 | 6 | 23 | 15 | 1 | 25 | 1 | 3,520 | 25 | 7 | 15 |
| MINNESOTA | 3 | 2 | 14 | 1 | 49 | 20 | 3 | 1 | 1 | 26 | 9 | 0 | 1 | 2 | 76 | 10 | 21 | 7 | 3 | 10 | 0 | 9 | 3 | 8 | 2,139 | 6 | 12 |
| MISSISSIPPI | 114 | 0 | 9 | 25 | 104 | 18 | 2 | 2 | 8 | 127 | 105 | 0 | 2 | 1 | 219 | 21 | 19 | 6 | 22 | 324 | 2 | 23 | 4 | 36 | 18 | 2,588 | 53 |
| MISSOURI | 12 | 3 | 31 | 34 | 146 | 42 | 3 | 1 | 4 | 83 | 39 | 0 | 0 | 2 | 453 | 30 | 53 | 321 | 13 | 24 | 0 | 18 | 6 | 17 | 29 | 14 | 5,612 |
| MONTANA | 3 | 1 | 15 | 1 | 114 | 29 | 1 | 0 | 0 | 11 | 7 | 0 | 0 | 32 | 1 | 5 | 5 | 2 | 3 | 2 | 0 | 6 | 1 | 2 | 11 | 0 | 1 |
| NEBRASKA | 2 | 0 | 11 | 3 | 27 | 31 | 1 | 0 | 0 | 9 | 5 | 0 | 3 | 2 | 11 | 3 | 29 | 16 | 3 | 3 | 0 | 1 | 1 | 2 | 9 | 1 | 12 |
| NEVADA | 3 | 4 | 48 | 3 | 1,714 | 24 | 1 | 0 | 0 | 22 | 14 | 0 | 2 | 17 | 22 | 14 | 2 | 5 | 6 | 12 | 0 | 17 | 6 | 15 | 5 | 5 | 13 |
| NEW HAMPSHIRE | 0 | 0 | 6 | 0 | 19 | 3 | 12 | 1 | 2 | 24 | 3 | 0 | 0 | 0 | 8 | 4 | 1 | 0 | 3 | 2 | 17 | 10 | 189 | 4 | 0 | 1 | 2 |
| NEW JERSEY | 2 | 0 | 3 | 1 | 15 | 2 | 4 | 2 | 4 | 35 | 15 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 1 | 0 | 0 | 22 | 4 | 6 | 1 | 1 | 1 |
| NEW MEXICO | 3 | 4 | 71 | 2 | 204 | 72 | 3 | 0 | 0 | 22 | 12 | 0 | 1 | 5 | 14 | 5 | 1 | 5 | 5 | 10 | 1 | 8 | 2 | 3 | 10 | 6 | 11 |
| NEW YORK | 7 | 1 | 11 | 1 | 55 | 12 | 19 | 3 | 2 | 98 | 32 | 0 | 1 | 2 | 15 | 9 | 4 | 2 | 8 | 7 | 3 | 39 | 7 | 10 | 6 | 2 | 8 |
| NORTH CAROLINA | 27 | 5 | 22 | 7 | 134 | 26 | 28 | 13 | 104 | 189 | 153 | 0 | 1 | 4 | 44 | 23 | 3 | 5 | 22 | 32 | 3 | 245 | 30 | 19 | 12 | 9 | 10 |
| NORTH DAKOTA | 1 | 4 | 3 | 1 | 27 | 11 | 3 | 2 | 0 | 8 | 3 | 0 | 3 | 4 | 9 | 1 | 4 | 2 | 0 | 7 | 0 | 1 | 0 | 7 | 56 | 1 | 3 |
| OHIO | 21 | 5 | 32 | 9 | 171 | 20 | 14 | 1 | 31 | 154 | 73 | 1 | 0 | 10 | 191 | 115 | 9 | 6 | 102 | 22 | 1 | 110 | 32 | 185 | 18 | 9 | 29 |
| OKLAHOMA | 10 | 4 | 22 | 37 | 273 | 38 | 2 | 2 | 6 | 54 | 22 | 0 | 0 | 2 | 51 | 6 | 9 | 121 | 6 | 32 | 0 | 15 | 2 | 8 | 15 | 8 | 67 |
| OREGON | 2 | 9 | 30 | 3 | 497 | 22 | 0 | 0 | 5 | 23 | 10 | 0 | 9 | 24 | 11 | 4 | 3 | 3 | 4 | 9 | 1 | 9 | 3 | 3 | 11 | 2 | 7 |
| PENNSYLVANIA | 10 | 6 | 24 | 6 | 108 | 19 | 21 | 83 | 38 | 155 | 63 | 0 | 0 | 1 | 39 | 11 | 3 | 8 | 11 | 21 | 1 | 419 | 18 | 27 | 6 | 9 | 18 |
| PUERTO RICO | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 9 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | 0 | 0 |
| RHODE ISLAND | 0 | 0 | 1 | 0 | 2 | 0 | 6 | 0 | 0 | 5 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 17 | 1 | 0 | 1 | 0 |
| SOUTH CAROLINA | 22 | 1 | 11 | 3 | 80 | 14 | 38 | 8 | 95 | 150 | 308 | 0 | 1 | 2 | 28 | 10 | 3 | 4 | 19 | 13 | 1 | 150 | 29 | 18 | 9 | 6 | 19 |
| SOUTH DAKOTA | 0 | 1 | 8 | 0 | 28 | 20 | 0 | 1 | 1 | 10 | 4 | 0 | 0 | 2 | 5 | 1 | 34 | 0 | 0 | 2 | 0 | 3 | 1 | 3 | 31 | 4 | 7 |
| TENNESSEE | 86 | 6 | 20 | 42 | 176 | 19 | 3 | 4 | 19 | 173 | 215 | 0 | 1 | 4 | 227 | 53 | 7 | 16 | 115 | 35 | 0 | 66 | 17 | 69 | 14 | 124 | 37 |
| TEXAS | 52 | 11 | 106 | 93 | 778 | 201 | 25 | 9 | 29 | 280 | 145 | 1 | 5 | 11 | 206 | 43 | 26 | 88 | 36 | 420 | 4 | 110 | 28 | 55 | 37 | 62 | 99 |
| US VIRGIN ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UTAH | 3 | 4 | 30 | 1 | 307 | 31 | 2 | 1 | 1 | 13 | 8 | 0 | 4 | 21 | 6 | 3 | 0 | 6 | 4 | 4 | 0 | 10 | 2 | 2 | 5 | 1 | 8 |
| VERMONT | 0 | 0 | 2 | 0 | 2 | 2 | 21 | 3 | 1 | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 2 | 1 | 1 | 2 | 41 | 1 | 0 | 0 | 0 |
| VIRGINIA | 21 | 5 | 17 | 6 | 168 | 17 | 35 | 23 | 599 | 143 | 97 | 1 | 1 | 1 | 42 | 16 | 2 | 6 | 28 | 32 | 2 | 1,036 | 43 | 24 | 10 | 11 | 14 |
| WASHINGTON | 6 | 16 | 39 | 3 | 397 | 22 | 2 | 1 | 2 | 35 | 20 | 3 | 4 | 66 | 27 | 6 | 8 | 8 | 17 | 12 | 0 | 16 | 4 | 5 | 5 | 4 | 12 |
| WEST VIRGINIA | 5 | 0 | 2 | 2 | 29 | 8 | 4 | 11 | 35 | 42 | 23 | 0 | 0 | 1 | 29 | 19 | 4 | 6 | 26 | 8 | 0 | 260 | 8 | 88 | 5 | 2 | 8 |
| WISCONSIN | 5 | 1 | 26 | 4 | 70 | 13 | 0 | 1 | 2 | 34 | 14 | 0 | 1 | 4 | 419 | 23 | 24 | 11 | 5 | 9 | 0 | 7 | 3 | 15 | 158 | 4 | 16 |
| WYOMING | 1 | 4 | 8 | 1 | 52 | 72 | 0 | 0 | 0 | 10 | 1 | 0 | 0 | 8 | 7 | 1 | 3 | 1 | 0 | 5 | 1 | 1 | 1 | 3 | 6 | 0 | 6 |
| TOTAL | 5,385 | 773 | 6,369 | 1,864 | 27,154 | 4,360 | 1,001 | 857 | 1,454 | 18,673 | 13,297 | 22 | 105 | 1,009 | 10,504 | 6,807 | 1,845 | 2,744 | 4,394 | 7,972 | 316 | 7,204 | 1,299 | 4,686 | 2,939 | 3,329 | 7,186 |

| Source State | MONTANA | NEBRASKA | NEVADA | NEW HAMPSHIRE | NEW JERSEY | NEW MEXICO | NEW YORK | NORTH CAROLINA | NORTH DAKOTA | OHIO | OKLAHOMA | OREGON | PENNSYLVANIA | PUERTO RICO | RHODE ISLAND | SOUTH CAROLINA | SOUTH DAKOTA | TENNESSEE | TEXAS | US VIRGIN ISLANDS | UTAH | VERMONT | VIRGINIA | WASHINGTON | WEST VIRGINIA | WISCONSIN | WYOMING | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | 2 | 7 | 9 | 0 | 42 | 8 | 138 | 97 | 0 | 48 | 7 | 9 | 48 | 2 | 3 | 48 | 1 | 207 | 111 | 0 | 3 | 2 | 57 | 12 | 3 | 15 | 0 | 7,051 |
| ALASKA | 4 | 1 | 9 | 1 | 4 | 1 | 9 | 13 | 3 | 7 | 2 | 25 | 4 | 2 | 0 | 5 | 3 | 6 | 27 | 0 | 6 | 1 | 6 | 39 | 1 | 3 | 1 | 1,004 |
| ARIZONA | 6 | 12 | 109 | 1 | 8 | 48 | 36 | 31 | 8 | 34 | 12 | 53 | 21 | 4 | 1 | 19 | 4 | 28 | 122 | 0 | 38 | 0 | 25 | 55 | 1 | 23 | 0 | 8,674 |
| ARKANSAS | 0 | 14 | 6 | 0 | 7 | 8 | 25 | 29 | 3 | 14 | 73 | 12 | 16 | 3 | 1 | 7 | 1 | 168 | 132 | 1 | 4 | 1 | 10 | 10 | 3 | 16 | 2 | 2,676 |
| CALIFORNIA | 17 | 22 | 151 | 0 | 23 | 28 | 47 | 50 | 1 | 41 | 16 | 155 | 23 | 0 | 0 | 19 | 3 | 38 | 172 | 0 | 35 | 1 | 31 | 105 | 4 | 14 | 5 | 18,874 |
| COLORADO | 9 | 35 | 18 | 1 | 5 | 39 | 27 | 28 | 5 | 21 | 12 | 13 | 16 | 2 | 1 | 14 | 13 | 34 | 97 | 0 | 22 | 1 | 27 | 30 | 1 | 10 | 9 | 4,128 |
| CONNECTICUT | 3 | 1 | 3 | 2 | 10 | 2 | 43 | 15 | 0 | 8 | 1 | 0 | 6 | 3 | 10 | 5 | 0 | 3 | 10 | 0 | 2 | 1 | 11 | 6 | 1 | 0 | 0 | 881 |
| DELAWARE | 0 | 0 | 0 | 0 | 29 | 0 | 17 | 6 | 0 | 1 | 0 | 0 | 61 | 1 | 0 | 4 | 0 | 2 | 4 | 0 | 1 | 0 | 3 | 0 | 1 | 0 | 0 | 862 |
| DISTRICT OF COLUMBIA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 82 |
| FLORIDA | 8 | 12 | 28 | 6 | 156 | 17 | 388 | 252 | 7 | 94 | 21 | 37 | 150 | 289 | 8 | 112 | 3 | 128 | 230 | 26 | 14 | 11 | 135 | 26 | 8 | 25 | 0 | 18,702 |
| GEORGIA | 3 | 6 | 18 | 2 | 258 | 18 | 582 | 294 | 4 | 77 | 19 | 29 | 151 | 12 | 12 | 257 | 1 | 368 | 185 | 6 | 7 | 2 | 104 | 24 | 15 | 33 | 1 | 15,350 |
| GUAM | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 22 |
| HAWAII | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 4 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 4 | 0 | 0 | 0 | 4 | 1 | 1 | 0 | 0 | 92 |
| IDAHO | 11 | 3 | 22 | 0 | 3 | 4 | 2 | 11 | 7 | 6 | 5 | 50 | 1 | 0 | 0 | 1 | 1 | 6 | 20 | 0 | 40 | 1 | 3 | 103 | 2 | 3 | 2 | 1,280 |
| ILLINOIS | 7 | 9 | 12 | 0 | 14 | 2 | 25 | 29 | 0 | 26 | 7 | 9 | 16 | 1 | 2 | 12 | 2 | 54 | 45 | 0 | 4 | 1 | 12 | 17 | 1 | 87 | 2 | 6,585 |
| INDIANA | 2 | 9 | 12 | 0 | 28 | 7 | 43 | 44 | 11 | 177 | 8 | 10 | 28 | 1 | 1 | 22 | 6 | 58 | 67 | 0 | 3 | 0 | 30 | 7 | 4 | 49 | 2 | 8,721 |
| IOWA | 2 | 133 | 2 | 0 | 0 | 7 | 6 | 8 | 2 | 11 | 1 | 3 | 7 | 2 | 0 | 2 | 12 | 6 | 23 | 1 | 2 | 1 | 9 | 2 | 0 | 23 | 1 | 1,992 |
| KANSAS | 3 | 29 | 12 | 0 | 2 | 4 | 10 | 13 | 1 | 17 | 44 | 4 | 6 | 1 | 1 | 7 | 5 | 13 | 75 | 0 | 9 | 0 | 10 | 7 | 2 | 7 | 2 | 2,951 |
| KENTUCKY | 2 | 4 | 8 | 1 | 19 | 7 | 48 | 91 | 4 | 425 | 5 | 5 | 37 | 2 | 0 | 36 | 2 | 252 | 73 | 0 | 8 | 0 | 43 | 6 | 58 | 23 | 0 | 5,702 |
| LOUISIANA | 3 | 8 | 9 | 1 | 19 | 8 | 31 | 35 | 2 | 17 | 7 | 12 | 16 | 1 | 0 | 14 | 1 | 58 | 566 | 3 | 5 | 0 | 13 | 8 | 4 | 11 | 0 | 8,025 |
| MAINE | 0 | 0 | 0 | 21 | 9 | 0 | 50 | 9 | 0 | 2 | 0 | 2 | 7 | 3 | 8 | 3 | 1 | 7 | 10 | 0 | 0 | 1 | 2 | 2 | 1 | 1 | 0 | 586 |
| MARYLAND | 2 | 1 | 3 | 2 | 9 | 3 | 17 | 20 | 0 | 14 | 1 | 4 | 65 | 2 | 0 | 9 | 0 | 6 | 14 | 1 | 2 | 0 | 59 | 2 | 15 | 1 | 0 | 4,194 |
| MASSACHUSETTS | 2 | 1 | 1 | 10 | 5 | 2 | 20 | 13 | 0 | 7 | 1 | 8 | 18 | 0 | 37 | 7 | 0 | 6 | 16 | 1 | 10 | 0 | 7 | 7 | 1 | 3 | 0 | 766 |
| MICHIGAN | 2 | 2 | 5 | 2 | 8 | 7 | 44 | 31 | 1 | 99 | 1 | 6 | 21 | 3 | 0 | 15 | 4 | 51 | 51 | 1 | 3 | 0 | 10 | 8 | 4 | 24 | 1 | 4,544 |
| MINNESOTA | 5 | 5 | 5 | 0 | 2 | 4 | 4 | 10 | 22 | 6 | 4 | 7 | 8 | 0 | 1 | 7 | 12 | 5 | 36 | 0 | 1 | 0 | 8 | 14 | 0 | 35 | 1 | 2,638 |
| MISSISSIPPI | 0 | 7 | 10 | 0 | 24 | 3 | 35 | 35 | 6 | 24 | 8 | 6 | 14 | 1 | 0 | 14 | 3 | 621 | 182 | 1 | 5 | 0 | 22 | 6 | 1 | 49 | 1 | 4,930 |
| MISSOURI | 1 | 28 | 10 | 1 | 3 | 3 | 16 | 31 | 2 | 18 | 46 | 24 | 15 | 1 | 1 | 20 | 4 | 60 | 113 | 1 | 6 | 0 | 9 | 10 | 2 | 21 | 1 | 7,437 |
| MONTANA | 488 | 5 | 10 | 0 | 0 | 7 | 2 | 9 | 22 | 6 | 2 | 35 | 4 | 0 | 1 | 5 | 12 | 7 | 22 | 0 | 8 | 0 | 6 | 76 | 0 | 1 | 10 | 991 |
| NEBRASKA | 4 | 906 | 2 | 0 | 0 | 5 | 4 | 2 | 1 | 5 | 6 | 6 | 2 | 0 | 0 | 2 | 17 | 6 | 18 | 0 | 1 | 0 | 5 | 1 | 1 | 1 | 3 | 1,183 |
| NEVADA | 3 | 4 | 1,777 | 0 | 6 | 11 | 17 | 16 | 0 | 11 | 10 | 37 | 11 | 2 | 0 | 3 | 4 | 16 | 38 | 0 | 38 | 0 | 9 | 20 | 2 | 9 | 1 | 4,019 |
| NEW HAMPSHIRE | 1 | 1 | 3 | 280 | 10 | 3 | 21 | 8 | 0 | 5 | 0 | 1 | 11 | 0 | 9 | 3 | 1 | 6 | 9 | 0 | 2 | 9 | 8 | 3 | 0 | 4 | 0 | 709 |
| NEW JERSEY | 0 | 2 | 1 | 0 | 530 | 4 | 49 | 9 | 0 | 4 | 0 | 6 | 56 | 1 | 0 | 5 | 0 | 2 | 6 | 1 | 4 | 0 | 8 | 0 | 0 | 0 | 0 | 813 |
| NEW MEXICO | 0 | 1 | 20 | 0 | 4 | 1,500 | 11 | 9 | 1 | 6 | 10 | 19 | 3 | 0 | 0 | 2 | 5 | 9 | 151 | 0 | 10 | 1 | 10 | 10 | 0 | 2 | 0 | 2,264 |
| NEW YORK | 1 | 1 | 13 | 0 | 53 | 2 | 1,170 | 59 | 0 | 14 | 2 | 7 | 69 | 2 | 1 | 19 | 1 | 26 | 22 | 0 | 0 | 4 | 31 | 5 | 0 | 5 | 0 | 1,871 |
| NORTH CAROLINA | 1 | 7 | 10 | 1 | 238 | 4 | 303 | 8,538 | 2 | 45 | 3 | 10 | 110 | 3 | 7 | 281 | 2 | 74 | 90 | 2 | 5 | 2 | 222 | 13 | 11 | 12 | 1 | 11,167 |
| NORTH DAKOTA | 8 | 13 | 4 | 0 | 0 | 1 | 4 | 8 | 353 | 0 | 3 | 6 | 3 | 0 | 0 | 2 | 12 | 4 | 12 | 0 | 2 | 0 | 1 | 5 | 0 | 2 | 0 | 604 |
| OHIO | 2 | 5 | 14 | 2 | 87 | 8 | 255 | 100 | 2 | 8,508 | 8 | 13 | 163 | 13 | 3 | 47 | 2 | 72 | 73 | 0 | 12 | 0 | 46 | 26 | 92 | 22 | 1 | 10,947 |
| OKLAHOMA | 4 | 14 | 5 | 0 | 7 | 9 | 27 | 34 | 0 | 18 | 1,732 | 8 | 13 | 1 | 1 | 13 | 8 | 27 | 265 | 1 | 4 | 1 | 16 | 17 | 3 | 8 | 12 | 3,060 |
| OREGON | 8 | 3 | 20 | 0 | 6 | 3 | 9 | 7 | 2 | 9 | 5 | 2,636 | 7 | 0 | 0 | 4 | 6 | 10 | 24 | 0 | 11 | 0 | 7 | 205 | 0 | 4 | 4 | 3,694 |
| PENNSYLVANIA | 6 | 9 | 13 | 4 | 407 | 7 | 337 | 92 | 3 | 104 | 3 | 13 | 6,452 | 6 | 10 | 35 | 3 | 28 | 52 | 0 | 2 | 0 | 75 | 5 | 30 | 6 | 1 | 8,828 |
| PUERTO RICO | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 215 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 244 |
| RHODE ISLAND | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 3 | 0 | 0 | 2 | 0 | 204 | 1 | 0 | 0 | 2 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 256 |
| SOUTH CAROLINA | 3 | 2 | 11 | 1 | 179 | 3 | 326 | 706 | 3 | 44 | 5 | 7 | 87 | 8 | 5 | 4,321 | 1 | 49 | 62 | 1 | 7 | 0 | 78 | 9 | 11 | 7 | 1 | 6,979 |
| SOUTH DAKOTA | 0 | 12 | 1 | 0 | 0 | 1 | 1 | 5 | 12 | 1 | 5 | 0 | 1 | 0 | 0 | 0 | 344 | 3 | 10 | 0 | 2 | 1 | 4 | 4 | 0 | 4 | 0 | 577 |
| TENNESSEE | 1 | 8 | 10 | 1 | 39 | 3 | 88 | 129 | 0 | 76 | 8 | 9 | 32 | 2 | 10 | 55 | 7 | 6,007 | 98 | 0 | 8 | 0 | 74 | 14 | 10 | 29 | 1 | 8,267 |
| TEXAS | 11 | 34 | 37 | 4 | 60 | 146 | 111 | 133 | 7 | 84 | 115 | 38 | 59 | 66 | 9 | 58 | 4 | 138 | 20,543 | 5 | 24 | 1 | 84 | 54 | 10 | 44 | 5 | 24,844 |
| US VIRGIN ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| UTAH | 6 | 3 | 58 | 0 | 1 | 6 | 8 | 9 | 4 | 7 | 7 | 26 | 9 | 1 | 0 | 2 | 3 | 5 | 31 | 0 | 1,201 | 0 | 3 | 10 | 0 | 2 | 10 | 1,889 |
| VERMONT | 1 | 1 | 0 | 15 | 17 | 0 | 74 | 1 | 0 | 0 | 0 | 2 | 9 | 0 | 3 | 11 | 0 | 1 | 2 | 0 | 0 | 107 | 7 | 1 | 0 | 0 | 0 | 341 |
| VIRGINIA | 18 | 5 | 10 | 0 | 258 | 6 | 473 | 469 | 1 | 47 | 5 | 14 | 206 | 4 | 2 | 69 | 1 | 68 | 58 | 2 | 6 | 0 | 6,729 | 9 | 46 | 10 | 2 | 10,918 |
| WASHINGTON | 20 | 2 | 15 | 1 | 13 | 9 | 14 | 23 | 2 | 9 | 6 | 243 | 18 | 2 | 0 | 8 | 6 | 14 | 75 | 0 | 12 | 0 | 13 | 2,868 | 1 | 6 | 3 | 4,123 |
| WEST VIRGINIA | 0 | 3 | 3 | 2 | 46 | 1 | 91 | 112 | 0 | 163 | 4 | 3 | 116 | 1 | 2 | 32 | 0 | 19 | 15 | 1 | 0 | 0 | 100 | 3 | 1,027 | 5 | 0 | 2,374 |
| WISCONSIN | 2 | 10 | 6 | 0 | 7 | 2 | 20 | 19 | 3 | 24 | 3 | 5 | 4 | 0 | 0 | 5 | 1 | 19 | 40 | 0 | 2 | 0 | 7 | 7 | 0 | 3,502 | 1 | 4,558 |
| WYOMING | 12 | 10 | 17 | 0 | 0 | 1 | 1 | 3 | 4 | 4 | 1 | 10 | 6 | 0 | 0 | 2 | 12 | 6 | 20 | 1 | 15 | 0 | 3 | 7 | 0 | 7 | 85 | 419 |
| TOTAL | 694 | 1,410 | 2,524 | 362 | 2,656 | 1,972 | 5,085 | 11,704 | 511 | 10,391 | 2,244 | 3,639 | 8,211 | 663 | 354 | 5,646 | 534 | 8,802 | 24,124 | 69 | 1,607 | 153 | 8,197 | 3,880 | 1,379 | 4,169 | 172 | 254,700 |

- Includes Firearms Recovered and Traced between 1/1/2018 - 12/31/2018, or, if the recovery date was blank, the trace entry date was between 1/1/2018 - 12/31/2018.
- Duplicate traces, Firearms Not Recovered, Gun Buyback and Firearms Turned In are not included in the statistics.
- Traces must identify a purchaser and the state in which the final dealer is located.
- Statistics are based on a query of the Firearms Tracing System (FTS) on April 11, 2019.
- All traces may not have been submitted or completed at the time of this analysis.