# EXHIBIT 12

# Number of Firearms Sourced and Recovered in the United States and Territories
## January 1, 2019 - December 31, 2019

| Source State \ Recovery State | ALABAMA | ALASKA | ARIZONA | ARKANSAS | CALIFORNIA | COLORADO | CONNECTICUT | DELAWARE | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | GUAM & NORTHERN MARIANA ISLANDS | HAWAII | IDAHO | ILLINOIS | INDIANA | IOWA | KANSAS | KENTUCKY | LOUISIANA | MAINE | MARYLAND | MASSACHUSETTS | MICHIGAN | MINNESOTA | MISSISSIPPI | MISSOURI | MONTANA | NEBRASKA | NEVADA | NEW HAMPSHIRE | NEW JERSEY | NEW MEXICO | NEW YORK | NORTH CAROLINA | NORTH DAKOTA | OHIO | OKLAHOMA | OREGON | PENNSYLVANIA | PUERTO RICO | RHODE ISLAND | SOUTH CAROLINA | SOUTH DAKOTA | TENNESSEE | TEXAS | US VIRGIN ISLANDS | UTAH | VERMONT | VIRGINIA | WASHINGTON | WEST VIRGINIA | WISCONSIN | WYOMING | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | 5,187 | 1 | 15 | 11 | 125 | 26 | 15 | 7 | 16 | 366 | 514 | 0 | 2 | 1 | 185 | 35 | 8 | 17 | 33 | 124 | 0 | 64 | 24 | 62 | 8 | 105 | 29 | 2 | 10 | 18 | 1 | 34 | 1 | 143 | 90 | 1 | 54 | 14 | 4 | 36 | 5 | 3 | 33 | 2 | 252 | 101 | 0 | 5 | 0 | 52 | 15 | 6 | 10 | 1 | 7,873 |
| ALASKA | 6 | 747 | 18 | 2 | 75 | 18 | 0 | 0 | 3 | 26 | 13 | 0 | 5 | 3 | 5 | 2 | 4 | 3 | 4 | 4 | 0 | 11 | 1 | 3 | 4 | 4 | 9 | 4 | 3 | 10 | 0 | 1 | 3 | 7 | 14 | 2 | 3 | 2 | 29 | 3 | 5 | 0 | 5 | 0 | 2 | 32 | 3 | 2 | 1 | 9 | 16 | 0 | 5 | 0 | 1,127 |
| ARIZONA | 12 | 12 | 5,892 | 9 | 2,355 | 75 | 6 | 4 | 4 | 42 | 43 | 0 | 5 | 29 | 67 | 23 | 20 | 17 | 9 | 19 | 3 | 29 | 12 | 27 | 27 | 13 | 29 | 6 | 8 | 170 | 1 | 17 | 61 | 43 | 33 | 8 | 38 | 11 | 54 | 22 | 4 | 4 | 14 | 6 | 37 | 110 | 0 | 22 | 0 | 28 | 57 | 1 | 23 | 1 | 9,563 |
| ARKANSAS | 17 | 3 | 9 | 1,992 | 164 | 11 | 1 | 2 | 2 | 62 | 44 | 0 | 0 | 2 | 125 | 12 | 11 | 16 | 9 | 67 | 0 | 16 | 4 | 10 | 10 | 40 | 81 | 0 | 5 | 8 | 0 | 2 | 6 | 12 | 30 | 3 | 16 | 76 | 8 | 16 | 2 | 0 | 13 | 1 | 162 | 153 | 0 | 5 | 0 | 10 | 4 | 6 | 17 | 0 | 3,265 |
| CALIFORNIA | 20 | 6 | 214 | 18 | 16,587 | 62 | 7 | 1 | 12 | 79 | 51 | 1 | 5 | 37 | 41 | 28 | 9 | 11 | 9 | 34 | 1 | 50 | 12 | 12 | 22 | 8 | 31 | 11 | 14 | 320 | 0 | 26 | 38 | 35 | 44 | 5 | 34 | 13 | 156 | 36 | 4 | 10 | 16 | 5 | 44 | 123 | 0 | 34 | 0 | 31 | 89 | 5 | 20 | 5 | 18,486 |
| COLORADO | 14 | 9 | 95 | 6 | 245 | 3,140 | 3 | 0 | 9 | 57 | 21 | 0 | 3 | 17 | 31 | 7 | 16 | 34 | 7 | 18 | 0 | 23 | 1 | 7 | 18 | 0 | 23 | 3 | 31 | 45 | 1 | 9 | 41 | 27 | 23 | 7 | 17 | 9 | 22 | 15 | 5 | 6 | 8 | 14 | 25 | 117 | 1 | 25 | 1 | 19 | 23 | 3 | 12 | 18 | 4,331 |
| CONNECTICUT | 1 | 1 | 3 | 1 | 23 | 5 | 422 | 1 | 3 | 32 | 4 | 0 | 0 | 2 | 7 | 1 | 4 | 1 | 4 | 3 | 5 | 6 | 19 | 3 | 1 | 1 | 1 | 0 | 4 | 2 | 9 | 3 | 38 | 16 | 0 | 6 | 1 | 6 | 10 | 0 | 4 | 8 | 0 | 3 | 8 | 0 | 2 | 12 | 2 | 0 | 4 | 0 | 696 | | |
| DELAWARE | 1 | 2 | 2 | 0 | 10 | 2 | 0 | 638 | 5 | 5 | 2 | 0 | 0 | 0 | 3 | 0 | 0 | 1 | 0 | 0 | 0 | 125 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 5 | 0 | 29 | 0 | 21 | 4 | 0 | 3 | 0 | 3 | 90 | 1 | 1 | 1 | 0 | 1 | 3 | 0 | 0 | 0 | 6 | 1 | 1 | 0 | 0 | 969 |
| DISTRICT OF COLUMBIA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 115 |
| FLORIDA | 119 | 8 | 59 | 11 | 311 | 61 | 51 | 20 | 43 | 15,322 | 436 | 0 | 8 | 130 | 71 | 17 | 23 | 56 | 95 | 4 | 139 | 94 | 65 | 28 | 34 | 54 | 9 | 18 | 42 | 2 | 157 | 20 | 331 | 266 | 5 | 113 | 16 | 26 | 134 | 351 | 11 | 116 | 9 | 155 | 217 | 26 | 13 | 1 | 150 | 30 | 12 | 30 | 3 | 19,522 | |
| GEORGIA | 235 | 4 | 25 | 18 | 301 | 41 | 55 | 30 | 128 | 805 | 11,113 | 0 | 1 | 3 | 220 | 61 | 15 | 18 | 53 | 133 | 5 | 253 | 86 | 71 | 25 | 42 | 34 | 1 | 21 | 30 | 3 | 274 | 15 | 550 | 305 | 4 | 105 | 18 | 14 | 146 | 16 | 16 | 325 | 2 | 404 | 200 | 12 | 12 | 1 | 116 | 23 | 14 | 24 | 2 | 16,428 |
| GUAM & NORTHERN MARIANA ISLANDS | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 |
| HAWAII | 0 | 0 | 0 | 0 | 17 | 2 | 0 | 0 | 1 | 1 | 2 | 0 | 68 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 1 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 5 | 0 | 0 | 0 | 121 |
| IDAHO | 2 | 2 | 20 | 1 | 270 | 11 | 1 | 1 | 1 | 2 | 6 | 0 | 0 | 4 | 3 | 651 | 7 | 1 | 1 | 2 | 1 | 7 | 0 | 2 | 0 | 0 | 1 | 2 | 3 | 17 | 1 | 29 | 0 | 1 | 3 | 6 | 4 | 14 | 3 | 2 | 55 | 5 | 0 | 0 | 0 | 1 | 5 | 23 | 0 | 40 | 0 | 4 | 141 | 0 | 5 | 3 | 1,363 |
| ILLINOIS | 10 | 2 | 28 | 11 | 118 | 24 | 4 | 1 | 4 | 62 | 43 | 0 | 0 | 2 | 5,782 | 145 | 92 | 5 | 23 | 15 | 0 | 24 | 6 | 34 | 45 | 10 | 213 | 2 | 6 | 18 | 1 | 6 | 9 | 21 | 36 | 5 | 32 | 12 | 9 | 12 | 4 | 2 | 10 | 2 | 66 | 50 | 0 | 4 | 0 | 16 | 7 | 3 | 107 | 1 | 7,144 |
| INDIANA | 15 | 3 | 21 | 10 | 99 | 15 | 6 | 2 | 10 | 137 | 49 | 0 | 0 | 4 | 1,882 | 5,889 | 15 | 11 | 355 | 18 | 0 | 29 | 18 | 98 | 41 | 9 | 51 | 0 | 5 | 18 | 1 | 22 | 6 | 38 | 55 | 1 | 194 | 9 | 8 | 38 | 5 | 0 | 20 | 4 | 74 | 85 | 0 | 3 | 1 | 27 | 8 | 7 | 61 | 3 | 9,480 |
| IOWA | 7 | 0 | 13 | 2 | 37 | 16 | 0 | 1 | 1 | 19 | 9 | 0 | 2 | 1 | 172 | 10 | 1,404 | 13 | 2 | 11 | 0 | 8 | 0 | 6 | 33 | 1 | 37 | 5 | 101 | 13 | 0 | 2 | 0 | 8 | 8 | 7 | 9 | 5 | 7 | 5 | 0 | 0 | 6 | 8 | 14 | 22 | 0 | 6 | 0 | 5 | 8 | 2 | 26 | 1 | 2,073 |
| KANSAS | 5 | 2 | 28 | 8 | 80 | 53 | 3 | 0 | 1 | 32 | 9 | 0 | 2 | 2 | 44 | 7 | 8 | 1,637 | 14 | 11 | 1 | 8 | 1 | 8 | 5 | 451 | 3 | 30 | 14 | 1 | 5 | 14 | 20 | 2 | 5 | 42 | 10 | 10 | 3 | 0 | 9 | 4 | 15 | 71 | 0 | 5 | 0 | 10 | 6 | 4 | 3 | 1 | 2,728 | | |
| KENTUCKY | 20 | 1 | 16 | 6 | 108 | 9 | 4 | 2 | 15 | 108 | 92 | 0 | 0 | 2 | 278 | 217 | 14 | 10 | 3,870 | 24 | 0 | 75 | 10 | 179 | 11 | 37 | 31 | 0 | 7 | 13 | 0 | 22 | 10 | 53 | 64 | 1 | 387 | 5 | 10 | 38 | 2 | 0 | 32 | 1 | 247 | 54 | 0 | 7 | 0 | 34 | 23 | 56 | 20 | 0 | 6,198 |
| LOUISIANA | 48 | 1 | 18 | 31 | 146 | 28 | 3 | 1 | 3 | 109 | 72 | 0 | 0 | 1 | 50 | 10 | 9 | 12 | 12 | 6,836 | 1 | 41 | 4 | 21 | 18 | 146 | 26 | 2 | 6 | 16 | 1 | 18 | 11 | 19 | 40 | 6 | 15 | 14 | 11 | 18 | 1 | 1 | 8 | 2 | 71 | 567 | 3 | 2 | 0 | 16 | 5 | 6 | 11 | 1 | 8,521 |
| MAINE | 1 | 0 | 0 | 2 | 7 | 0 | 23 | 1 | 1 | 18 | 2 | 0 | 0 | 0 | 4 | 1 | 1 | 3 | 2 | 0 | 297 | 10 | 114 | 2 | 1 | 0 | 1 | 1 | 0 | 3 | 19 | 6 | 2 | 52 | 7 | 0 | 2 | 0 | 2 | 12 | 1 | 17 | 7 | 0 | 4 | 7 | 0 | 0 | 2 | 16 | 3 | 1 | 1 | 0 | 650 |
| MARYLAND | 3 | 0 | 8 | 2 | 24 | 11 | 4 | 53 | 162 | 34 | 13 | 0 | 0 | 1 | 3 | 0 | 1 | 1 | 6 | 5 | 1 | 3,018 | 4 | 7 | 0 | 2 | 4 | 1 | 1 | 0 | 0 | 24 | 1 | 22 | 34 | 1 | 7 | 2 | 4 | 60 | 2 | 1 | 14 | 0 | 5 | 12 | 0 | 1 | 0 | 55 | 4 | 20 | 1 | 0 | 3,645 |
| MASSACHUSETTS | 1 | 2 | 5 | 1 | 34 | 1 | 11 | 1 | 2 | 31 | 12 | 0 | 0 | 1 | 11 | 0 | 2 | 1 | 0 | 7 | 11 | 7 | 315 | 1 | 1 | 0 | 0 | 0 | 1 | 5 | 11 | 2 | 2 | 24 | 4 | 0 | 7 | 1 | 1 | 14 | 1 | 14 | 6 | 0 | 4 | 17 | 0 | 2 | 0 | 5 | 4 | 2 | 2 | 0 | 602 |
| MICHIGAN | 12 | 3 | 33 | 8 | 69 | 20 | 1 | 1 | 5 | 81 | 36 | 0 | 0 | 2 | 109 | 76 | 3 | 29 | 12 | 0 | 11 | 4 | 4,020 | 16 | 12 | 18 | 2 | 6 | 12 | 0 | 9 | 6 | 29 | 42 | 4 | 114 | 11 | 12 | 28 | 3 | 0 | 14 | 0 | 51 | 49 | 0 | 5 | 0 | 23 | 8 | 4 | 28 | 2 | 5,046 | |
| MINNESOTA | 5 | 3 | 16 | 3 | 63 | 16 | 2 | 0 | 1 | 33 | 9 | 0 | 0 | 2 | 79 | 9 | 18 | 2 | 2 | 7 | 1 | 5 | 1 | 7 | 2,167 | 0 | 8 | 4 | 13 | 8 | 2 | 5 | 5 | 8 | 7 | 36 | 8 | 2 | 3 | 2 | 3 | 1 | 5 | 16 | 4 | 26 | 0 | 3 | 0 | 7 | 10 | 0 | 39 | 1 | 2,677 |
| MISSISSIPPI | 144 | 2 | 16 | 84 | 89 | 16 | 1 | 4 | 10 | 104 | 115 | 0 | 0 | 0 | 50 | 9 | 3 | 18 | 377 | 0 | 23 | 6 | 24 | 14 | 2,485 | 33 | 5 | 3 | 15 | 0 | 2 | 7 | 46 | 43 | 2 | 28 | 4 | 7 | 21 | 2 | 1 | 14 | 1 | 632 | 191 | 0 | 1 | 0 | 28 | 11 | 0 | 47 | 0 | 5,046 | |
| MISSOURI | 14 | 2 | 31 | 50 | 145 | 44 | 5 | 3 | 7 | 57 | 32 | 0 | 0 | 4 | 485 | 27 | 44 | 374 | 23 | 30 | 0 | 19 | 6 | 21 | 27 | 9 | 6,459 | 0 | 34 | 24 | 0 | 18 | 7 | 21 | 32 | 11 | 25 | 23 | 8 | 18 | 3 | 2 | 14 | 0 | 63 | 99 | 0 | 8 | 0 | 25 | 15 | 4 | 29 | 0 | 8,401 |
| MONTANA | 2 | 3 | 21 | 0 | 89 | 28 | 1 | 0 | 0 | 9 | 6 | 0 | 1 | 23 | 12 | 6 | 2 | 1 | 3 | 5 | 0 | 4 | 1 | 2 | 19 | 0 | 5 | 383 | 3 | 14 | 0 | 2 | 4 | 3 | 11 | 27 | 3 | 1 | 17 | 7 | 1 | 1 | 2 | 8 | 5 | 19 | 0 | 16 | 1 | 3 | 83 | 2 | 9 | 8 | 877 |
| NEBRASKA | 3 | 1 | 7 | 1 | 34 | 51 | 1 | 0 | 0 | 17 | 9 | 0 | 0 | 2 | 16 | 1 | 49 | 10 | 2 | 3 | 0 | 3 | 1 | 7 | 1 | 19 | 2 | 2 | 923 | 7 | 0 | 5 | 5 | 4 | 6 | 2 | 2 | 4 | 2 | 7 | 0 | 6 | 6 | 4 | 8 | 5 | 0 | 5 | 4 | 1 | 5 | 4 | 1 | 1 | 1,266 |
| NEVADA | 6 | 5 | 66 | 4 | 1,886 | 19 | 3 | 0 | 2 | 28 | 14 | 0 | 3 | 22 | 18 | 10 | 5 | 3 | 2 | 18 | 2 | 7 | 5 | 10 | 12 | 1 | 12 | 4 | 2 | 3,098 | 1 | 3 | 17 | 12 | 12 | 2 | 13 | 8 | 33 | 6 | 0 | 0 | 5 | 5 | 12 | 41 | 0 | 39 | 0 | 6 | 25 | 1 | 6 | 0 | 5,514 |
| NEW HAMPSHIRE | 3 | 0 | 9 | 1 | 26 | 5 | 13 | 0 | 1 | 40 | 7 | 0 | 0 | 1 | 9 | 6 | 2 | 3 | 2 | 6 | 18 | 4 | 214 | 1 | 2 | 3 | 5 | 0 | 3 | 6 | 219 | 12 | 1 | 24 | 10 | 0 | 3 | 1 | 6 | 4 | 1 | 7 | 5 | 1 | 9 | 17 | 0 | 2 | 14 | 9 | 12 | 1 | 1 | 0 | 751 |
| NEW JERSEY | 1 | 0 | 5 | 5 | 20 | 1 | 6 | 2 | 30 | 6 | 0 | 1 | 2 | 7 | 0 | 3 | 4 | 0 | 21 | 6 | 1 | 1 | 1 | 1 | 1 | 1 | 4 | 527 | 0 | 31 | 23 | 0 | 6 | 1 | 2 | 46 | 0 | 9 | 1 | 2 | 14 | 0 | 2 | 0 | 8 | 1 | 1 | 0 | 2 | 805 | | | | | |
| NEW MEXICO | 2 | 1 | 73 | 4 | 200 | 85 | 1 | 0 | 0 | 20 | 13 | 0 | 0 | 4 | 9 | 14 | 2 | 5 | 2 | 6 | 1 | 5 | 1 | 3 | 2 | 4 | 5 | 1 | 3 | 21 | 0 | 7 | 2,027 | 10 | 11 | 0 | 8 | 1 | 3 | 1 | 0 | 0 | 4 | 9 | 3 | 131 | 0 | 12 | 0 | 7 | 14 | 2 | 1 | 1 | 2,742 |
| NEW YORK | 9 | 3 | 12 | 1 | 58 | 16 | 11 | 3 | 4 | 83 | 16 | 0 | 0 | 1 | 6 | 3 | 6 | 0 | 6 | 0 | 24 | 12 | 1 | 4 | 3 | 4 | 2 | 2 | 6 | 4 | 2 | 36 | 4 | 1,048 | 54 | 2 | 15 | 6 | 10 | 54 | 6 | 1 | 16 | 1 | 18 | 28 | 0 | 2 | 5 | 18 | 8 | 1 | 7 | 1 | 1,658 |
| NORTH CAROLINA | 22 | 3 | 17 | 12 | 140 | 27 | 32 | 17 | 123 | 222 | 184 | 1 | 1 | 8 | 45 | 16 | 6 | 5 | 16 | 35 | 3 | 262 | 30 | 23 | 17 | 11 | 19 | 2 | 6 | 7 | 2 | 237 | 11 | 329 | 9,828 | 5 | 47 | 6 | 21 | 106 | 3 | 12 | 320 | 1 | 267 | 77 | 0 | 5 | 1 | 268 | 8 | 21 | 11 | 1 | 12,697 |
| NORTH DAKOTA | 0 | 2 | 5 | 1 | 30 | 5 | 5 | 2 | 0 | 7 | 4 | 0 | 0 | 1 | 17 | 0 | 7 | 0 | 5 | 8 | 0 | 5 | 0 | 7 | 83 | 2 | 8 | 7 | 6 | 6 | 1 | 1 | 3 | 4 | 2 | 349 | 1 | 0 | 2 | 0 | 0 | 0 | 3 | 14 | 6 | 16 | 0 | 1 | 0 | 8 | 6 | 0 | 5 | 5 | 650 |
| OHIO | 24 | 4 | 34 | 8 | 142 | 22 | 20 | 2 | 24 | 164 | 87 | 0 | 0 | 4 | 233 | 130 | 9 | 16 | 156 | 29 | 0 | 109 | 29 | 199 | 21 | 4 | 24 | 3 | 5 | 26 | 1 | 94 | 11 | 272 | 103 | 2 | 9,273 | 5 | 16 | 168 | 21 | 5 | 36 | 2 | 80 | 67 | 2 | 7 | 0 | 60 | 14 | 99 | 24 | 1 | 11,891 |
| OKLAHOMA | 18 | 6 | 33 | 31 | 237 | 54 | 2 | 1 | 7 | 49 | 23 | 0 | 2 | 2 | 52 | 8 | 8 | 51 | 10 | 31 | 0 | 15 | 3 | 15 | 24 | 6 | 64 | 4 | 10 | 16 | 2 | 3 | 29 | 19 | 32 | 5 | 11 | 1,698 | 16 | 15 | 1 | 0 | 6 | 4 | 24 | 273 | 0 | 18 | 0 | 8 | 3 | 1 | 7 | 2 | 2,956 |
| OREGON | 1 | 7 | 42 | 1 | 467 | 9 | 1 | 1 | 0 | 9 | 11 | 0 | 2 | 26 | 15 | 4 | 4 | 6 | 3 | 7 | 1 | 3 | 1 | 6 | 8 | 2 | 10 | 14 | 3 | 33 | 0 | 1 | 9 | 4 | 10 | 2 | 5 | 5 | 2,891 | 9 | 11 | 0 | 4 | 5 | 3 | 24 | 0 | 20 | 0 | 7 | 253 | 4 | 5 | 0 | 3,970 |
| PENNSYLVANIA | 13 | 5 | 24 | 5 | 92 | 22 | 17 | 94 | 36 | 149 | 51 | 0 | 0 | 2 | 39 | 20 | 6 | 5 | 15 | 28 | 3 | 380 | 20 | 25 | 4 | 16 | 20 | 5 | 3 | 17 | 0 | 424 | 6 | 379 | 92 | 0 | 126 | 6 | 18 | 7,017 | 9 | 4 | 40 | 2 | 33 | 61 | 0 | 12 | 0 | 68 | 10 | 34 | 9 | 1 | 9,467 |
| PUERTO RICO | 0 | 0 | 6 | 0 | 3 | 0 | 0 | 0 | 0 | 13 | 1 | 0 | 0 | 0 | 3 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 188 | 0 | 1 | 0 | 1 | 3 | 2 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 230 |
| RHODE ISLAND | 0 | 1 | 1 | 0 | 7 | 1 | 18 | 0 | 0 | 7 | 4 | 0 | 0 | 0 | 4 | 3 | 0 | 0 | 0 | 0 | 4 | 3 | 13 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 6 | 1 | 1 | 9 | 0 | 4 | 0 | 0 | 149 | 0 | 149 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 232 |
| SOUTH CAROLINA | 19 | 3 | 6 | 2 | 90 | 11 | 45 | 12 | 76 | 152 | 362 | 0 | 1 | 3 | 21 | 9 | 3 | 3 | 19 | 29 | 2 | 149 | 34 | 19 | 6 | 9 | 13 | 3 | 4 | 8 | 0 | 189 | 10 | 420 | 831 | 2 | 36 | 5 | 5 | 95 | 5 | 6 | 4,545 | 0 | 51 | 41 | 1 | 0 | 1 | 79 | 9 | 11 | 11 | 1 | 7,467 |
| SOUTH DAKOTA | 0 | 1 | 5 | 2 | 25 | 17 | 0 | 0 | 0 | 8 | 3 | 0 | 0 | 0 | 11 | 6 | 15 | 3 | 1 | 0 | 0 | 3 | 0 | 1 | 54 | 1 | 4 | 1 | 9 | 6 | 0 | 1 | 0 | 6 | 2 | 12 | 7 | 2 | 3 | 6 | 0 | 0 | 1 | 326 | 3 | 10 | 0 | 1 | 1 | 3 | 2 | 0 | 5 | 3 | 571 |
| TENNESSEE | 109 | 1 | 22 | 69 | 138 | 22 | 9 | 2 | 22 | 156 | 207 | 0 | 1 | 7 | 235 | 50 | 10 | 6 | 109 | 47 | 4 | 52 | 23 | 96 | 16 | 124 | 49 | 3 | 4 | 12 | 0 | 40 | 8 | 70 | 128 | 4 | 60 | 19 | 10 | 31 | 15 | 4 | 38 | 1 | 6,635 | 105 | 0 | 3 | 0 | 76 | 7 | 9 | 25 | 0 | 8,892 |
| TEXAS | 48 | 10 | 107 | 97 | 836 | 190 | 34 | 7 | 33 | 304 | 145 | 0 | 4 | 16 | 216 | 52 | 42 | 56 | 43 | 505 | 3 | 110 | 30 | 57 | 55 | 71 | 105 | 7 | 37 | 88 | 4 | 37 | 182 | 107 | 142 | 20 | 94 | 122 | 51 | 76 | 106 | 1 | 54 | 9 | 157 | 20,119 | 7 | 25 | 0 | 84 | 63 | 9 | 44 | 3 | 24,825 |
| US VIRGIN ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 11 |
| UTAH | 2 | 8 | 30 | 1 | 306 | 46 | 1 | 4 | 0 | 12 | 7 | 0 | 0 | 15 | 14 | 2 | 4 | 12 | 6 | 4 | 2 | 12 | 4 | 5 | 2 | 7 | 3 | 3 | 5 | 77 | 0 | 4 | 15 | 8 | 5 | 7 | 2 | 18 | 8 | 7 | 0 | 0 | 6 | 6 | 24 | 0 | 1,526 | 0 | 7 | 13 | 1 | 2 | 13 | 0 | 2,258 |
| VERMONT | 0 | 0 | 0 | 0 | 11 | 0 | 20 | 1 | 0 | 6 | 3 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 2 | 0 | 48 | 0 | 53 | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 13 | 0 | 0 | 2 | 1 | 2 | 2 | 0 | 0 | 0 | 0 | 6 | 2 | 0 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 300 |
| VIRGINIA | 15 | 3 | 27 | 8 | 117 | 31 | 27 | 18 | 662 | 157 | 97 | 0 | 4 | 1 | 47 | 27 | 8 | 10 | 20 | 29 | 0 | 1,054 | 38 | 18 | 6 | 7 | 25 | 4 | 4 | 9 | 1 | 257 | 8 | 474 | 488 | 1 | 45 | 7 | 10 | 212 | 9 | 5 | 60 | 1 | 77 | 68 | 1 | 7 | 1 | 7,241 | 9 | 45 | 8 | 2 | 11,516 |
| WASHINGTON | 8 | 17 | 56 | 3 | 338 | 26 | 1 | 1 | 1 | 31 | 14 | 1 | 3 | 58 | 17 | 0 | 3 | 9 | 9 | 21 | 1 | 30 | 1 | 8 | 5 | 4 | 13 | 31 | 5 | 36 | 0 | 8 | 20 | 15 | 29 | 4 | 16 | 6 | 229 | 15 | 2 | 1 | 16 | 9 | 14 | 53 | 0 | 12 | 0 | 15 | 2,883 | 1 | 6 | 2 | 4,125 |
| WEST VIRGINIA | 3 | 2 | 6 | 1 | 35 | 2 | 1 | 1 | 11 | 35 | 40 | 0 | 0 | 0 | 23 | 26 | 0 | 1 | 2 | 30 | 0 | 11 | 2 | 30 | 11 | 0 | 247 | 0 | 9 | 103 | 0 | 7 | 4 | 2 | 16 | 0 | 196 | 0 | 1 | 118 | 0 | 1 | 5 | 0 | 24 | 23 | 0 | 8 | 0 | 96 | 9 | 1,178 | 9 | 1 | 2,548 |
| WISCONSIN | 5 | 1 | 18 | 4 | 48 | 8 | 2 | 0 | 0 | 45 | 14 | 0 | 1 | 1 | 460 | 19 | 33 | 5 | 10 | 7 | 1 | 8 | 1 | 172 | 5 | 13 | 12 | 1 | 18 | 8 | 0 | 5 | 0 | 5 | 14 | 3 | 10 | 5 | 6 | 4 | 0 | 4 | 2 | 19 | 2 | 20 | 0 | 3 | 0 | 5 | 8 | 0 | 3,413 | 0 | 4,472 |
| WYOMING | 2 | 1 | 7 | 0 | 44 | 93 | 1 | 0 | 0 | 9 | 4 | 0 | 0 | 6 | 10 | 1 | 5 | 6 | 0 | 2 | 0 | 4 | 0 | 2 | 1 | 0 | 3 | 2 | 5 | 7 | 0 | 0 | 1 | 2 | 3 | 0 | 5 | 0 | 3 | 1 | 0 | 0 | 1 | 3 | 5 | 9 | 0 | 16 | 0 | 5 | 12 | 0 | 17 | 124 | 472 |
| TOTAL | 6,215 | 903 | 7,228 | 2,549 | 26,922 | 4,498 | 897 | 953 | 1,554 | 19,396 | 14,058 | 18 | 122 | 987 | 11,574 | 7,078 | 1,955 | 2,437 | 5,014 | 8,712 | 373 | 6,543 | 1,267 | 5,311 | 3,061 | 3,233 | 8,071 | 578 | 1,392 | 4,368 | 290 | 2,700 | 2,660 | 4,974 | 13,149 | 574 | 11,215 | 2,203 | 3,847 | 8,810 | 814 | 290 | 5,901 | 506 | 9,610 | 23,597 | 63 | 1,928 | 129 | 8,793 | 3,994 | 1,581 | 4,140 | 215 | 269,250 |

- Includes Firearms Recovered and Traced between 1/1/2019 - 12/31/2019, or, if the recovery date was blank, the trace entry date was between 1/1/2019 - 12/31/2019.
- Duplicate traces, Firearms Not Recovered, Gun Buyback and Firearms Turned In are not included in the statistics.
- Traces must identify a purchaser and the state in which the final dealer is located.
- Statistics are based on a query of the Firearms Tracing System (FTS) on April 10, 2020.
- All traces may not have been submitted or completed at the time of this analysis.

Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Strategic Intelligence and Information
#203473