# EXHIBIT 13

# Number of Firearms Sourced and Recovered in the United States and Territories
## January 1, 2020 - December 31, 2020

**Recovery State** (columns) × **Source State** (rows)

| Source State | ALABAMA | ALASKA | ARIZONA | ARKANSAS | CALIFORNIA | COLORADO | CONNECTICUT | DELAWARE | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | GUAM & NORTHERN MARIANA ISLANDS | HAWAII | IDAHO | ILLINOIS | INDIANA | IOWA | KANSAS | KENTUCKY | LOUISIANA | MAINE | MARYLAND | MASSACHUSETTS | MICHIGAN | MINNESOTA | MISSISSIPPI | MISSOURI | MONTANA | NEBRASKA | NEVADA | NEW HAMPSHIRE | NEW JERSEY | NEW MEXICO | NEW YORK | NORTH CAROLINA | NORTH DAKOTA | OHIO | OKLAHOMA | OREGON | PENNSYLVANIA | PUERTO RICO | RHODE ISLAND | SOUTH CAROLINA | SOUTH DAKOTA | TENNESSEE | TEXAS | US VIRGIN ISLANDS | UTAH | VERMONT | VIRGINIA | WASHINGTON | WEST VIRGINIA | WISCONSIN | WYOMING | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | 5,419 | 0 | 19 | 10 | 151 | 19 | 14 | 5 | 33 | 432 | 497 | 0 | 1 | 2 | 162 | 18 | 8 | 10 | 28 | 81 | 1 | 53 | 36 | 73 | 17 | 103 | 21 | 3 | 5 | 14 | 0 | 46 | 10 | 150 | 90 | 3 | 59 | 10 | 13 | 67 | 4 | 2 | 65 | 1 | 202 | 170 | 0 | 6 | 2 | 41 | 8 | 5 | 8 | 2 | 8,199 |
| ALASKA | 7 | 559 | 13 | 2 | 69 | 13 | 1 | 0 | 0 | 16 | 12 | 0 | 3 | 2 | 7 | 5 | 2 | 6 | 6 | 4 | 0 | 7 | 3 | 4 | 0 | 1 | 1 | 5 | 2 | 1 | 9 | 0 | 4 | 5 | 2 | 14 | 0 | 6 | 1 | 17 | 5 | 3 | 0 | 3 | 6 | 31 | 1 | 4 | 1 | 5 | 34 | 0 | 2 | 0 | 907 |
| ARIZONA | 6 | 5 | 7,571 | 5 | 3,352 | 90 | 5 | 3 | 6 | 66 | 41 | 3 | 2 | 12 | 69 | 20 | 32 | 15 | 5 | 26 | 5 | 35 | 5 | 30 | 31 | 9 | 26 | 11 | 18 | 254 | 1 | 18 | 58 | 42 | 46 | 3 | 34 | 21 | 42 | 31 | 0 | 2 | 16 | 2 | 25 | 110 | 2 | 42 | 0 | 27 | 47 | 5 | 25 | 1 | 12,361 |
| ARKANSAS | 13 | 3 | 10 | 2,180 | 190 | 14 | 3 | 1 | 3 | 53 | 29 | 0 | 0 | 2 | 112 | 10 | 9 | 15 | 6 | 54 | 0 | 10 | 4 | 26 | 19 | 48 | 70 | 3 | 10 | 16 | 1 | 7 | 11 | 13 | 26 | 2 | 15 | 63 | 4 | 9 | 2 | 0 | 15 | 3 | 184 | 209 | 0 | 5 | 1 | 8 | 5 | 2 | 18 | 0 | 3,516 |
| CALIFORNIA | 8 | 3 | 171 | 9 | 15,184 | 75 | 5 | 4 | 8 | 112 | 43 | 3 | 6 | 42 | 43 | 10 | 0 | 20 | 14 | 30 | 1 | 48 | 12 | 20 | 15 | 7 | 23 | 12 | 13 | 315 | 3 | 23 | 29 | 30 | 61 | 5 | 39 | 18 | 144 | 44 | 2 | 1 | 28 | 9 | 29 | 156 | 2 | 44 | 2 | 28 | 107 | 2 | 9 | 5 | 17,086 |
| COLORADO | 9 | 2 | 84 | 8 | 247 | 3,669 | 2 | 2 | 2 | 69 | 31 | 0 | 0 | 38 | 13 | 14 | 37 | 3 | 20 | 0 | 16 | 6 | 10 | 28 | 8 | 26 | 19 | 25 | 41 | 0 | 5 | 56 | 36 | 26 | 0 | 20 | 15 | 30 | 16 | 1 | 3 | 14 | 10 | 15 | 121 | 1 | 35 | 1 | 12 | 23 | 4 | 17 | 14 | 4,918 |
| CONNECTICUT | 0 | 0 | 3 | 1 | 18 | 4 | 328 | 1 | 1 | 25 | 8 | 0 | 0 | 0 | 1 | 1 | 1 | 2 | 0 | 3 | 3 | 6 | 21 | 1 | 3 | 0 | 8 | 2 | 1 | 3 | 2 | 7 | 1 | 31 | 24 | 1 | 9 | 1 | 7 | 16 | 0 | 6 | 15 | 1 | 7 | 16 | 1 | 2 | 2 | 3 | 4 | 2 | 3 | 0 | 607 |
| DELAWARE | 0 | 0 | 3 | 0 | 22 | 3 | 2 | 820 | 10 | 8 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 138 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 44 | 0 | 9 | 8 | 0 | 3 | 0 | 2 | 98 | 0 | 0 | 2 | 0 | 2 | 7 | 0 | 3 | 0 | 5 | 0 | 0 | 0 | 1,203 |
| DISTRICT OF COLUMBIA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 91 |
| FLORIDA | 130 | 9 | 70 | 24 | 344 | 102 | 49 | 17 | 26 | 18,015 | 492 | 0 | 3 | 7 | 102 | 62 | 13 | 23 | 49 | 77 | 8 | 133 | 112 | 83 | 29 | 45 | 50 | 12 | 14 | 60 | 4 | 142 | 21 | 347 | 301 | 12 | 122 | 14 | 43 | 115 | 175 | 16 | 130 | 11 | 118 | 249 | 63 | 17 | 1 | 137 | 37 | 14 | 34 | 2 | 22,285 |
| GEORGIA | 256 | 3 | 31 | 14 | 349 | 53 | 72 | 36 | 122 | 818 | 13,216 | 0 | 0 | 1 | 198 | 46 | 24 | 9 | 51 | 101 | 3 | 340 | 117 | 110 | 27 | 55 | 51 | 2 | 11 | 57 | 3 | 311 | 12 | 632 | 375 | 1 | 112 | 20 | 19 | 227 | 10 | 12 | 366 | 2 | 399 | 223 | 15 | 7 | 1 | 122 | 19 | 14 | 41 | 3 | 19,120 |
| GUAM & NORTHERN MARIANA ISLANDS | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 20 |
| HAWAII | 0 | 0 | 1 | 1 | 9 | 0 | 0 | 0 | 1 | 2 | 2 | 0 | 32 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 1 | 0 | 0 | 1 | 0 | 3 | 0 | 66 |
| IDAHO | 2 | 3 | 28 | 2 | 283 | 14 | 2 | 1 | 0 | 9 | 6 | 0 | 1 | 647 | 5 | 4 | 2 | 0 | 0 | 1 | 0 | 3 | 3 | 6 | 1 | 2 | 8 | 13 | 2 | 28 | 0 | 2 | 3 | 3 | 6 | 6 | 9 | 0 | 79 | 3 | 1 | 0 | 3 | 0 | 4 | 24 | 0 | 46 | 0 | 4 | 137 | 2 | 4 | 5 | 1,417 |
| ILLINOIS | 7 | 1 | 44 | 5 | 108 | 22 | 3 | 2 | 9 | 94 | 45 | 0 | 0 | 2 | 5,827 | 145 | 71 | 7 | 25 | 16 | 1 | 15 | 7 | 28 | 39 | 4 | 200 | 3 | 7 | 20 | 0 | 8 | 5 | 10 | 25 | 2 | 43 | 8 | 5 | 16 | 0 | 2 | 17 | 2 | 31 | 52 | 2 | 4 | 0 | 18 | 7 | 4 | 98 | 0 | 7,116 |
| INDIANA | 12 | 2 | 32 | 5 | 113 | 20 | 4 | 3 | 7 | 118 | 74 | 0 | 0 | 1 | 1,954 | 6,038 | 23 | 6 | 240 | 18 | 0 | 24 | 11 | 147 | 56 | 13 | 30 | 2 | 8 | 24 | 3 | 31 | 6 | 47 | 58 | 2 | 207 | 7 | 16 | 31 | 0 | 5 | 20 | 2 | 61 | 67 | 0 | 5 | 0 | 26 | 12 | 8 | 84 | 1 | 9,684 |
| IOWA | 5 | 1 | 11 | 1 | 51 | 14 | 0 | 0 | 1 | 11 | 8 | 0 | 0 | 1 | 214 | 10 | 1,480 | 10 | 3 | 9 | 1 | 4 | 2 | 8 | 28 | 5 | 20 | 0 | 154 | 5 | 0 | 4 | 5 | 7 | 6 | 2 | 5 | 5 | 3 | 3 | 0 | 0 | 8 | 12 | 7 | 27 | 0 | 4 | 0 | 6 | 3 | 0 | 16 | 3 | 2,183 |
| KANSAS | 8 | 3 | 17 | 15 | 94 | 54 | 2 | 2 | 3 | 48 | 18 | 0 | 0 | 3 | 34 | 3 | 9 | 2,169 | 1 | 15 | 2 | 8 | 1 | 11 | 13 | 13 | 512 | 4 | 31 | 13 | 0 | 7 | 10 | 9 | 17 | 2 | 10 | 46 | 4 | 12 | 1 | 0 | 9 | 1 | 14 | 84 | 0 | 6 | 0 | 9 | 5 | 0 | 8 | 4 | 3,360 |
| KENTUCKY | 33 | 0 | 15 | 10 | 92 | 26 | 4 | 2 | 38 | 136 | 75 | 0 | 0 | 3 | 308 | 203 | 6 | 3 | 3,656 | 23 | 0 | 58 | 14 | 183 | 11 | 18 | 43 | 6 | 2 | 4 | 3 | 28 | 5 | 41 | 62 | 3 | 501 | 6 | 8 | 36 | 4 | 0 | 42 | 3 | 255 | 71 | 0 | 3 | 0 | 54 | 9 | 48 | 20 | 2 | 6,180 |
| LOUISIANA | 56 | 2 | 17 | 44 | 165 | 28 | 2 | 2 | 8 | 137 | 85 | 0 | 2 | 0 | 61 | 10 | 7 | 14 | 9 | 7,486 | 1 | 29 | 10 | 18 | 8 | 133 | 21 | 1 | 8 | 24 | 0 | 24 | 11 | 23 | 32 | 2 | 25 | 17 | 5 | 25 | 1 | 3 | 16 | 6 | 47 | 747 | 1 | 6 | 2 | 34 | 9 | 3 | 11 | 3 | 9,446 |
| MAINE | 2 | 0 | 4 | 0 | 10 | 3 | 14 | 3 | 2 | 18 | 5 | 0 | 0 | 0 | 3 | 0 | 2 | 388 | 1 | 1 | 127 | 6 | 4 | 1 | 0 | 1 | 3 | 0 | 26 | 13 | 0 | 69 | 12 | 0 | 2 | 1 | 2 | 13 | 0 | 13 | 2 | 0 | 2 | 4 | 0 | 1 | 5 | 1 | 0 | 1 | 0 | 774 |
| MARYLAND | 4 | 0 | 5 | 1 | 22 | 6 | 1 | 46 | 156 | 56 | 23 | 0 | 1 | 2 | 6 | 2 | 2 | 1 | 3 | 4 | 6 | 2,848 | 1 | 6 | 1 | 0 | 1 | 0 | 1 | 5 | 0 | 9 | 1 | 17 | 37 | 2 | 6 | 1 | 2 | 64 | 1 | 1 | 14 | 0 | 6 | 19 | 0 | 2 | 57 | 2 | 10 | 0 | 1 | 0 | 3,460 |
| MASSACHUSETTS | 4 | 0 | 7 | 1 | 32 | 5 | 12 | 2 | 1 | 33 | 8 | 0 | 0 | 1 | 2 | 8 | 2 | 3 | 0 | 2 | 2 | 5 | 13 | 281 | 5 | 1 | 2 | 0 | 0 | 1 | 21 | 3 | 0 | 19 | 13 | 1 | 7 | 0 | 2 | 11 | 0 | 17 | 3 | 0 | 6 | 13 | 0 | 3 | 0 | 10 | 1 | 0 | 4 | 1 | 584 |
| MICHIGAN | 10 | 3 | 37 | 5 | 54 | 19 | 3 | 4 | 10 | 96 | 37 | 0 | 0 | 2 | 124 | 98 | 6 | 4 | 23 | 14 | 0 | 27 | 4 | 7,686 | 16 | 4 | 21 | 7 | 9 | 17 | 3 | 14 | 5 | 29 | 64 | 10 | 178 | 10 | 9 | 24 | 0 | 13 | 4 | 2 | 31 | 70 | 0 | 4 | 1 | 22 | 7 | 17 | 37 | 1 | 8,891 |
| MINNESOTA | 5 | 0 | 16 | 3 | 53 | 19 | 0 | 0 | 1 | 19 | 13 | 0 | 0 | 3 | 69 | 15 | 28 | 4 | 4 | 5 | 0 | 8 | 2 | 2,297 | 3 | 1 | 11 | 7 | 16 | 12 | 1 | 6 | 1 | 5 | 7 | 41 | 9 | 0 | 8 | 5 | 2 | 0 | 6 | 15 | 12 | 26 | 0 | 4 | 1 | 2 | 9 | 1 | 54 | 0 | 2,838 |
| MISSISSIPPI | 173 | 0 | 12 | 58 | 132 | 27 | 0 | 1 | 8 | 129 | 116 | 0 | 1 | 1 | 276 | 28 | 8 | 12 | 342 | 1 | 1 | 24 | 12 | 52 | 37 | 3,096 | 48 | 1 | 13 | 26 | 1 | 21 | 7 | 66 | 51 | 5 | 24 | 16 | 8 | 30 | 1 | 2 | 25 | 3 | 784 | 267 | 2 | 4 | 4 | 23 | 6 | 5 | 50 | 0 | 6,067 |
| MISSOURI | 19 | 4 | 41 | 61 | 178 | 46 | 0 | 4 | 8 | 104 | 65 | 0 | 0 | 4 | 638 | 30 | 57 | 351 | 20 | 31 | 0 | 27 | 2 | 21 | 29 | 9 | 6,343 | 1 | 69 | 29 | 1 | 15 | 8 | 19 | 33 | 4 | 18 | 36 | 14 | 23 | 0 | 1 | 12 | 4 | 62 | 120 | 0 | 9 | 0 | 15 | 20 | 1 | 30 | 2 | 8,639 |
| MONTANA | 2 | 2 | 22 | 4 | 118 | 21 | 2 | 1 | 0 | 8 | 10 | 0 | 0 | 40 | 10 | 6 | 1 | 2 | 2 | 4 | 0 | 1 | 0 | 3 | 16 | 1 | 9 | 719 | 3 | 12 | 0 | 2 | 6 | 3 | 6 | 24 | 7 | 2 | 19 | 5 | 0 | 0 | 4 | 7 | 2 | 17 | 0 | 9 | 0 | 3 | 81 | 0 | 2 | 6 | 1,220 |
| NEBRASKA | 1 | 0 | 12 | 1 | 25 | 33 | 2 | 0 | 0 | 6 | 12 | 0 | 0 | 1 | 7 | 1 | 29 | 14 | 3 | 3 | 1 | 5 | 1 | 1 | 8 | 2 | 15 | 1 | 1,132 | 3 | 1 | 5 | 2 | 2 | 6 | 3 | 4 | 5 | 2 | 0 | 10 | 4 | 19 | 0 | 3 | 1 | 2 | 3 | 0 | 1 | 0 | 668 | - | - | 1,412 |
| NEVADA | 6 | 3 | 58 | 5 | 2,083 | 24 | 1 | 1 | 0 | 36 | 11 | 0 | 2 | 16 | 20 | 9 | 5 | 7 | 3 | 16 | 2 | 8 | 1 | 18 | 6 | 4 | 13 | 7 | 10 | 3,566 | 1 | 7 | 10 | 12 | 12 | 1 | 15 | 6 | 27 | 13 | 1 | 1 | 11 | 1 | 12 | 55 | 1 | 47 | 0 | 14 | 27 | 0 | 7 | 3 | 6,224 |
| NEW HAMPSHIRE | 1 | 0 | 8 | 1 | 25 | 3 | 21 | 0 | 2 | 37 | 7 | 0 | 0 | 1 | 6 | 2 | 2 | 2 | 4 | 1 | 19 | 5 | 172 | 1 | 1 | 1 | 1 | 2 | 0 | 2 | 409 | 4 | 2 | 18 | 12 | 0 | 2 | 0 | 2 | 13 | 1 | 10 | 9 | 0 | 7 | 13 | 0 | 1 | 26 | 5 | 1 | 0 | 4 | 0 | 873 |
| NEW JERSEY | 1 | 0 | 2 | 0 | 16 | 2 | 1 | 4 | 4 | 40 | 8 | 0 | 0 | 0 | 6 | 1 | 1 | 0 | 2 | 0 | 0 | 2 | 0 | 2 | 2 | 0 | 2 | 0 | 2 | 2 | 0 | 487 | 1 | 23 | 16 | 0 | 4 | 2 | 1 | 52 | 0 | 7 | 0 | 0 | 7 | 5 | 4 | 0 | 2 | 1 | 3 | 0 | 3 | 0 | 718 |
| NEW MEXICO | 1 | 1 | 69 | 5 | 205 | 86 | 1 | 0 | 3 | 29 | 10 | 0 | 1 | 2 | 12 | 4 | 3 | 7 | 5 | 3 | 0 | 7 | 2 | 5 | 5 | 0 | 11 | 4 | 4 | 39 | 0 | 4 | 2,292 | 8 | 9 | 0 | 7 | 8 | 9 | 13 | 1 | 0 | 5 | 2 | 10 | 181 | 0 | 11 | 0 | 5 | 7 | 0 | 2 | 2 | 3,104 |
| NEW YORK | 3 | 1 | 7 | 1 | 40 | 6 | 12 | 4 | 6 | 82 | 36 | 0 | 1 | 3 | 7 | 5 | 2 | 4 | 5 | 2 | 2 | 19 | 7 | 7 | 5 | 1 | 3 | 0 | 1 | 7 | 1 | 24 | 8 | 910 | 51 | 1 | 15 | 5 | 4 | 81 | 2 | 3 | 31 | 2 | 9 | 16 | 1 | 1 | 6 | 18 | 2 | 1 | 4 | 0 | 1,476 |
| NORTH CAROLINA | 24 | 0 | 32 | 8 | 129 | 29 | 42 | 21 | 111 | 215 | 176 | 0 | 1 | 3 | 36 | 21 | 9 | 9 | 20 | 32 | 2 | 221 | 52 | 32 | 15 | 14 | 31 | 4 | 11 | 20 | 3 | 250 | 7 | 370 | 11,626 | 0 | 59 | 8 | 14 | 174 | 4 | 15 | 390 | 2 | 77 | 113 | 0 | 8 | 1 | 259 | 19 | 14 | 23 | 1 | 14,761 |
| NORTH DAKOTA | 1 | 2 | 4 | 0 | 36 | 18 | 1 | 0 | 0 | 7 | 19 | 0 | 0 | 4 | 14 | 2 | 3 | 1 | 4 | 1 | 0 | 4 | 0 | 10 | 66 | 2 | 7 | 15 | 1 | 5 | 0 | 1 | 3 | 2 | 1 | 437 | 4 | 2 | 7 | 4 | 0 | 0 | 0 | 17 | 1 | 12 | 0 | 0 | 0 | 11 | 0 | 4 | 3 | 7 | 741 |
| OHIO | 30 | 6 | 41 | 6 | 173 | 25 | 12 | 6 | 17 | 196 | 84 | 0 | 0 | 7 | 209 | 122 | 16 | 13 | 175 | 19 | 0 | 114 | 32 | 292 | 29 | 7 | 22 | 6 | 10 | 24 | 3 | 78 | 8 | 234 | 112 | 4 | 11,795 | 11 | 15 | 209 | 8 | 3 | 49 | 3 | 62 | 91 | 0 | 9 | 0 | 58 | 16 | 95 | 25 | 3 | 14,584 |
| OKLAHOMA | 12 | 0 | 40 | 51 | 283 | 44 | 1 | 6 | 0 | 38 | 26 | 0 | 0 | 0 | 44 | 16 | 14 | 91 | 5 | 37 | 0 | 22 | 2 | 11 | 19 | 6 | 48 | 1 | 13 | 15 | 2 | 7 | 24 | 21 | 19 | 6 | 17 | 2,310 | 10 | 17 | 3 | 1 | 6 | 2 | 27 | 374 | 13 | 9 | 0 | 10 | 9 | 3 | 5 | 0 | 3,753 |
| OREGON | 5 | 4 | 32 | 3 | 555 | 11 | 1 | 1 | 1 | 3 | 26 | 0 | 0 | 14 | 0 | 2 | 41 | 7 | 3 | 5 | 2 | 4 | 6 | 0 | 11 | 3 | 5 | 4 | 2 | 11 | 9 | 4 | 49 | 0 | 0 | 7 | 1 | 0 | 13 | 3 | 13 | 4 | 3,049 | 10 | 0 | 0 | 4 | 1 | 6 | 27 | 1 | 11 | 0 | 10 | 224 | 3 | 1 | 4 | 4,215 |
| PENNSYLVANIA | 17 | 1 | 24 | 10 | 90 | 36 | 17 | 111 | 33 | 147 | 45 | 0 | 2 | 3 | 28 | 22 | 8 | 9 | 7 | 19 | 3 | 313 | 25 | 32 | 8 | 7 | 16 | 6 | 5 | 11 | 3 | 431 | 6 | 334 | 100 | 0 | 138 | 8 | 10 | 7,984 | 7 | 6 | 45 | 4 | 35 | 65 | 0 | 3 | 2 | 66 | 15 | 37 | 6 | 1 | 10,361 |
| PUERTO RICO | 0 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 1 | 5 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 2 | 44 | 0 | 1 | 0 | 0 | 2 | 7 | 2 | 0 | 3 | 1 | 2 | 0 | 0 | 85 |
| RHODE ISLAND | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 5 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 23 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 176 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 242 |
| SOUTH CAROLINA | 27 | 3 | 17 | 5 | 102 | 16 | 53 | 10 | 90 | 172 | 418 | 0 | 1 | 3 | 31 | 10 | 7 | 9 | 15 | 31 | 0 | 188 | 55 | 33 | 9 | 10 | 7 | 1 | 3 | 9 | 1 | 226 | 9 | 427 | 927 | 1 | 45 | 2 | 7 | 147 | 2 | 8 | 6,279 | 1 | 60 | 92 | 1 | 7 | 1 | 86 | 7 | 5 | 7 | 0 | 9,679 |
| SOUTH DAKOTA | 1 | 0 | 10 | 1 | 19 | 23 | 0 | 0 | 0 | 10 | 4 | 0 | 1 | 0 | 10 | 5 | 16 | 5 | 4 | 2 | 0 | 1 | 1 | 3 | 41 | 0 | 6 | 5 | 23 | 6 | 0 | 1 | 0 | 8 | 13 | 3 | 1 | 4 | 1 | 0 | 0 | 0 | 2 | 392 | 5 | 15 | 0 | 5 | 0 | 2 | 13 | 0 | 5 | 2 | 668 |
| TENNESSEE | 120 | 0 | 29 | 82 | 216 | 20 | 6 | 8 | 23 | 176 | 235 | 0 | 0 | 3 | 226 | 54 | 10 | 13 | 152 | 46 | 1 | 61 | 12 | 149 | 23 | 109 | 45 | 3 | 9 | 22 | 1 | 50 | 10 | 101 | 137 | 2 | 82 | 14 | 8 | 55 | 10 | 1 | 75 | 1 | 7,504 | 190 | 0 | 8 | 0 | 72 | 7 | 9 | 8 | 0 | 10,210 |
| TEXAS | 91 | 4 | 139 | 122 | 1,003 | 238 | 12 | 8 | 31 | 292 | 167 | 0 | 2 | 13 | 192 | 45 | 39 | 65 | 45 | 525 | 1 | 105 | 26 | 96 | 53 | 76 | 86 | 13 | 46 | 85 | 1 | 60 | 173 | 122 | 145 | 10 | 89 | 153 | 55 | 89 | 35 | 2 | 59 | 7 | 139 | 27,354 | 8 | 20 | 0 | 86 | 52 | 11 | 52 | 5 | 32,347 |
| US VIRGIN ISLANDS | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 |
| UTAH | 2 | 1 | 43 | 4 | 443 | 36 | 1 | 0 | 2 | 17 | 7 | 0 | 1 | 16 | 2 | 3 | 2 | 4 | 8 | 1 | 2 | 6 | 2 | 6 | 6 | 1 | 5 | 2 | 5 | 114 | 1 | 3 | 7 | 4 | 9 | 7 | 6 | 1 | 19 | 6 | 0 | 0 | 5 | 2 | 8 | 44 | 0 | 1,768 | 0 | 7 | 18 | 2 | 3 | 10 | 2,683 |
| VERMONT | 1 | 0 | 0 | 0 | 2 | 1 | 24 | 0 | 1 | 14 | 3 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 2 | 0 | 12 | 2 | 6 | 52 | 1 | 0 | 0 | 1 | 0 | 1 | 5 | 2 | 0 | 56 | 4 | 0 | 2 | 0 | 2 | 7 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 166 | 3 | 0 | 0 | 1 | 0 | 398 |
| VIRGINIA | 20 | 0 | 29 | 6 | 119 | 35 | 43 | 46 | 667 | 184 | 104 | 0 | 0 | 3 | 52 | 21 | 3 | 10 | 21 | 32 | 2 | 1,070 | 46 | 39 | 6 | 13 | 12 | 1 | 5 | 19 | 3 | 293 | 5 | 491 | 585 | 2 | 58 | 6 | 12 | 264 | 2 | 8 | 83 | 4 | 79 | 101 | 0 | 7 | 2 | 8,393 | 17 | 53 | 4 | 1 | 13,083 |
| WASHINGTON | 3 | 8 | 69 | 7 | 399 | 20 | 4 | 2 | 6 | 59 | 24 | 0 | 3 | 51 | 16 | 7 | 7 | 5 | 3 | 6 | 1 | 14 | 12 | 4 | 10 | 12 | 3 | 31 | 4 | 24 | 1 | 17 | 5 | 12 | 25 | 1 | 17 | 5 | 224 | 14 | 2 | 1 | 13 | 6 | 13 | 85 | 0 | 12 | 3 | 19 | 3,004 | 1 | 8 | 2 | 4,320 |
| WEST VIRGINIA | 6 | 0 | 8 | 3 | 28 | 10 | 1 | 0 | 8 | 45 | 51 | 0 | 0 | 2 | 19 | 7 | 1 | 5 | 2 | 19 | 7 | 1 | 247 | 8 | 177 | 11 | 7 | 0 | 3 | 2 | 1 | 5 | 1 | 74 | 105 | 3 | 208 | 4 | 4 | 118 | 1 | 1 | 29 | 1 | 24 | 16 | 0 | 0 | 0 | 95 | 4 | 1,275 | 5 | 0 | 2,731 |
| WISCONSIN | 10 | 1 | 26 | 1 | 42 | 12 | 0 | 1 | 4 | 35 | 12 | 0 | 0 | 6 | 462 | 25 | 35 | 5 | 8 | 2 | 1 | 9 | 3 | 178 | 5 | 13 | 11 | 7 | 11 | 11 | 1 | 11 | 4 | 7 | 16 | 2 | 13 | 4 | 3 | 19 | 1 | 0 | 13 | 7 | 12 | 28 | 1 | 2 | 0 | 8 | 6 | 1 | 4,190 | 5 | 5,300 |
| WYOMING | 1 | 2 | 11 | 1 | 46 | 99 | 0 | 0 | 0 | 5 | 2 | 0 | 0 | 6 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 5 | 13 | 3 | 2 | 0 | 2 | 5 | 0 | 9 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 16 | 0 | 21 | 0 | 5 | 7 | 0 | 2 | 98 | 449 |
| TOTAL | 6,574 | 643 | 8,994 | 2,788 | 27,536 | 5,197 | 786 | 1,195 | 1,580 | 22,530 | 16,409 | 19 | 70 | 983 | 11,708 | 7,174 | 2,062 | 3,006 | 4,673 | 9,201 | 469 | 6,357 | 1,324 | 9,504 | 3,247 | 3,856 | 7,918 | 953 | 1,735 | 5,060 | 517 | 2,798 | 2,869 | 4,897 | 15,352 | 656 | 14,072 | 2,877 | 4,001 | #### | 334 | 326 | 7,969 | 570 | #### | 31,827 | 141 | 2,236 | 228 | 9,910 | 4,071 | 1,668 | 4,963 | 198 | 306,686 |

- Includes Firearms Recovered and Traced between 1/1/2020 - 12/31/2020, or, if the recovery date was blank, the trace entry date was between 1/1/2020 - 12/31/2020.
- Duplicate traces, Firearms Not Recovered, Gun Buyback and Firearms Turned In are not included in the statistics.
- Traces must identify a purchaser and the state in which the final dealer is located.
- Statistics are based on a query of the Firearms Tracing System (FTS) on April 12, 2021.
- All traces may not have been submitted or completed at the time of this analysis.
Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Strategic Intelligence and Information
#211768