# EXHIBIT 14

# Number of Firearms Sourced and Recovered in the United States and Territories
## January 1, 2021 - December 31, 2021

| Source State \ Recovery State | ALABAMA | ALASKA | ARIZONA | ARKANSAS | CALIFORNIA | COLORADO | CONNECTICUT | DELAWARE | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | GUAM & NORTHERN MARIANA ISLANDS | HAWAII | IDAHO | ILLINOIS | INDIANA | IOWA | KANSAS | KENTUCKY | LOUISIANA | MAINE | MARYLAND | MASSACHUSETTS | MICHIGAN | MINNESOTA | MISSISSIPPI | MISSOURI | MONTANA | NEBRASKA | NEVADA | NEW HAMPSHIRE | NEW JERSEY | NEW MEXICO | NEW YORK | NORTH CAROLINA | NORTH DAKOTA | OHIO | OKLAHOMA | OREGON | PENNSYLVANIA | PUERTO RICO | RHODE ISLAND | SOUTH CAROLINA | SOUTH DAKOTA | TENNESSEE | TEXAS | US VIRGIN ISLANDS | UTAH | VERMONT | VIRGINIA | WASHINGTON | WEST VIRGINIA | WISCONSIN | WYOMING | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | 6,377 | 0 | 27 | 20 | 157 | 32 | 31 | 10 | 37 | 501 | 502 | 0 | 0 | 3 | 207 | 35 | 8 | 22 | 28 | 128 | 1 | 73 | 45 | 84 | 8 | 132 | 24 | 1 | 11 | 22 | 2 | 56 | 4 | 230 | 110 | 2 | 66 | 17 | 8 | 55 | 8 | 4 | 69 | 1 | 254 | 153 | 1 | 5 | 0 | 41 | 10 | 5 | 21 | 1 | 9,649 |
| ALASKA | 4 | 537 | 14 | 2 | 75 | 6 | 1 | 1 | 1 | 24 | 6 | 0 | 9 | 1 | 6 | 10 | 0 | 4 | 1 | 11 | 0 | 6 | 2 | 6 | 4 | 1 | 1 | 0 | 3 | 8 | 5 | 16 | 0 | 6 | 2 | 27 | 5 | 1 | 2 | 5 | 0 | 8 | 3 | 0 | 19 | 14 | 6 | 136 | 2 | 8 | 35 | 0 | 7 | 0 | 930 |
| ARIZONA | 7 | 3 | 8,523 | 8 | 4,725 | 64 | 5 | 6 | 4 | 100 | 18 | 1 | 1 | 18 | 79 | 23 | 10 | 16 | 14 | 31 | 1 | 22 | 14 | 38 | 35 | 7 | 37 | 12 | 13 | 296 | 5 | 20 | 74 | 47 | 65 | 3 | 39 | 20 | 59 | 27 | 2 | 1 | 23 | 8 | 41 | 169 | 0 | 38 | 0 | 26 | 53 | 2 | 23 | 2 | 14,877 |
| ARKANSAS | 11 | 0 | 23 | 2,358 | 244 | 24 | 2 | 1 | 3 | 70 | 41 | 0 | 0 | 1 | 147 | 17 | 7 | 18 | 10 | 79 | 1 | 7 | 6 | 33 | 12 | 35 | 81 | 0 | 9 | 16 | 1 | 11 | 5 | 32 | 24 | 2 | 19 | 90 | 6 | 12 | 1 | 0 | 9 | 3 | 207 | 291 | 0 | 4 | 0 | 15 | 6 | 0 | 30 | 1 | 4,025 |
| CALIFORNIA | 10 | 5 | 203 | 15 | 15,667 | 59 | 7 | 5 | 4 | 101 | 31 | 0 | 4 | 42 | 58 | 30 | 9 | 26 | 10 | 33 | 1 | 35 | 17 | 18 | 13 | 3 | 31 | 19 | 13 | 315 | 0 | 30 | 36 | 66 | 66 | 3 | 29 | 31 | 163 | 32 | 2 | 1 | 24 | 9 | 49 | 182 | 0 | 50 | 1 | 49 | 75 | 5 | 12 | 4 | 17,703 |
| COLORADO | 8 | 0 | 71 | 11 | 240 | 4,174 | 4 | 5 | 6 | 80 | 41 | 0 | 2 | 11 | 49 | 17 | 17 | 35 | 13 | 27 | 0 | 27 | 14 | 13 | 25 | 8 | 31 | 11 | 43 | 43 | 0 | 15 | 57 | 25 | 32 | 9 | 29 | 39 | 27 | 22 | 1 | 1 | 23 | 19 | 26 | 149 | 0 | 35 | 0 | 12 | 33 | 0 | 18 | 12 | 5,611 |
| CONNECTICUT | 0 | 0 | 9 | 1 | 36 | 4 | 495 | 1 | 2 | 42 | 6 | 0 | 1 | 0 | 19 | 1 | 0 | 1 | 2 | 4 | 4 | 1 | 8 | 35 | 5 | 3 | 4 | 0 | 1 | 0 | 7 | 4 | 17 | 1 | 38 | 12 | 0 | 8 | 2 | 2 | 7 | 1 | 4 | 14 | 0 | 5 | 0 | 24 | 0 | 2 | 2 | 11 | 7 | 0 | 3 | 1 | 847 |
| DELAWARE | 1 | 1 | 2 | 0 | 10 | 0 | 2 | 919 | 2 | 12 | 5 | 0 | 0 | 0 | 3 | 0 | 0 | 1 | 0 | 0 | 141 | 0 | 2 | 2 | 2 | 0 | 2 | 0 | 40 | 0 | 26 | 7 | 0 | 0 | 1 | 0 | 138 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 9 | 2 | 0 | 1 | 0 | 1,339 |
| DISTRICT OF COLUMBIA | 0 | 0 | 0 | 1 | 3 | 2 | 0 | 0 | 67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 123 |
| FLORIDA | 128 | 9 | 64 | 14 | 383 | 95 | 83 | 25 | 34 | 22,971 | 526 | 0 | 4 | 9 | 157 | 72 | 15 | 20 | 55 | 93 | 7 | 134 | 130 | 93 | 117 | 35 | 99 | 15 | 17 | 55 | 12 | 169 | 18 | 484 | 359 | 4 | 149 | 35 | 28 | 180 | 312 | 24 | 176 | 8 | 172 | 298 | 14 | 15 | 0 | 132 | 30 | 10 | 37 | 0 | 28,125 |
| GEORGIA | 339 | 1 | 42 | 21 | 565 | 49 | 82 | 33 | 131 | 1,154 | 14,467 | 1 | 2 | 7 | 273 | 66 | 22 | 17 | 69 | 122 | 5 | 376 | 177 | 135 | 34 | 56 | 36 | 0 | 8 | 61 | 10 | 409 | 18 | 981 | 467 | 1 | 139 | 27 | 13 | 309 | 16 | 20 | 390 | 5 | 512 | 266 | 8 | 10 | 1 | 147 | 23 | 8 | 42 | 5 | 22,174 |
| GUAM & NORTHERN MARIANA ISLANDS | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 33 |
| HAWAII | 0 | 0 | 3 | 0 | 7 | 2 | 1 | 0 | 0 | 5 | 0 | 0 | 12 | 0 | 2 | 0 | 1 | 2 | 0 | 0 | 0 | 3 | 1 | 0 | 0 | 0 | 3 | 0 | 2 | 1 | 0 | 2 | 0 | 2 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 55 |
| IDAHO | 2 | 1 | 30 | 0 | 329 | 29 | 0 | 0 | 1 | 12 | 6 | 1 | 1 | 764 | 8 | 3 | 0 | 4 | 3 | 6 | 1 | 3 | 0 | 11 | 3 | 4 | 8 | 13 | 1 | 47 | 1 | 1 | 4 | 7 | 6 | 1 | 2 | 3 | 66 | 4 | 2 | 1 | 2 | 1 | 8 | 19 | 0 | 47 | 0 | 8 | 155 | 0 | 1 | 9 | 1,639 |
| ILLINOIS | 22 | 2 | 42 | 9 | 182 | 29 | 5 | 2 | 6 | 125 | 45 | 0 | 1 | 4 | 6,955 | 186 | 74 | 16 | 27 | 21 | 0 | 13 | 10 | 38 | 36 | 14 | 248 | 3 | 13 | 27 | 3 | 10 | 4 | 23 | 63 | 8 | 46 | 21 | 6 | 22 | 3 | 2 | 18 | 4 | 57 | 108 | 0 | 8 | 0 | 8 | 10 | 1 | 14 | 0 | 8,738 |
| INDIANA | 23 | 0 | 36 | 9 | 134 | 30 | 13 | 5 | 8 | 190 | 74 | 0 | 0 | 4 | 2,601 | 7,247 | 31 | 10 | 270 | 20 | 0 | 15 | 13 | 169 | 64 | 8 | 41 | 3 | 10 | 20 | 2 | 26 | 9 | 49 | 54 | 2 | 234 | 25 | 6 | 48 | 6 | 7 | 22 | 4 | 89 | 110 | 0 | 9 | 1 | 20 | 12 | 17 | 76 | 1 | 11,875 |
| IOWA | 4 | 1 | 17 | 5 | 56 | 22 | 1 | 0 | 2 | 15 | 8 | 0 | 1 | 0 | 260 | 19 | 1,598 | 11 | 2 | 6 | 0 | 3 | 3 | 12 | 62 | 3 | 15 | 1 | 159 | 11 | 1 | 5 | 2 | 8 | 15 | 4 | 6 | 4 | 2 | 5 | 0 | 0 | 2 | 8 | 13 | 25 | 0 | 0 | 1 | 3 | 8 | 0 | 26 | 1 | 2,437 |
| KANSAS | 6 | 0 | 18 | 6 | 150 | 54 | 1 | 0 | 2 | 56 | 15 | 0 | 0 | 3 | 51 | 14 | 15 | 2,485 | 7 | 13 | 0 | 7 | 1 | 12 | 20 | 3 | 556 | 2 | 35 | 6 | 1 | 7 | 6 | 16 | 14 | 5 | 16 | 60 | 8 | 10 | 0 | 0 | 10 | 2 | 15 | 108 | 0 | 7 | 0 | 9 | 15 | 4 | 9 | 1 | 3,861 |
| KENTUCKY | 30 | 0 | 20 | 9 | 123 | 17 | 4 | 4 | 35 | 165 | 87 | 0 | 1 | 1 | 480 | 237 | 20 | 11 | 4,566 | 41 | 0 | 50 | 23 | 215 | 16 | 16 | 43 | 3 | 8 | 10 | 4 | 31 | 5 | 99 | 92 | 1 | 537 | 10 | 14 | 35 | 8 | 2 | 37 | 2 | 268 | 83 | 0 | 4 | 0 | 62 | 7 | 36 | 23 | 1 | 7,596 |
| LOUISIANA | 62 | 2 | 20 | 32 | 207 | 35 | 4 | 1 | 6 | 140 | 80 | 0 | 0 | 3 | 60 | 22 | 9 | 15 | 10 | 9,199 | 2 | 34 | 8 | 26 | 9 | 164 | 22 | 2 | 11 | 22 | 3 | 19 | 6 | 46 | 56 | 5 | 36 | 32 | 12 | 14 | 2 | 3 | 19 | 2 | 64 | 1,084 | 1 | 9 | 0 | 22 | 16 | 3 | 17 | 0 | 11,678 |
| MAINE | 3 | 0 | 1 | 0 | 16 | 3 | 23 | 2 | 3 | 23 | 5 | 0 | 1 | 1 | 3 | 0 | 1 | 1 | 3 | 299 | 4 | 160 | 7 | 2 | 9 | 2 | 1 | 0 | 0 | 1 | 17 | 13 | 2 | 98 | 14 | 1 | 2 | 2 | 0 | 15 | 0 | 16 | 6 | 0 | 4 | 2 | 0 | 1 | 6 | 2 | 1 | 0 | 0 | 0 | 766 |
| MARYLAND | 5 | 0 | 7 | 0 | 16 | 7 | 4 | 30 | 164 | 46 | 15 | 0 | 1 | 0 | 8 | 2 | 1 | 0 | 1 | 6 | 1 | 2,941 | 7 | 7 | 1 | 1 | 0 | 0 | 1 | 3 | 0 | 18 | 3 | 25 | 34 | 1 | 12 | 4 | 3 | 65 | 1 | 1 | 15 | 0 | 6 | 21 | 0 | 1 | 0 | 50 | 4 | 7 | 0 | 0 | 3,547 |
| MASSACHUSETTS | 3 | 0 | 11 | 1 | 37 | 3 | 12 | 1 | 3 | 50 | 6 | 0 | 0 | 1 | 12 | 2 | 1 | 2 | 4 | 7 | 4 | 7 | 654 | 5 | 9 | 1 | 2 | 0 | 0 | 6 | 10 | 7 | 1 | 31 | 17 | 0 | 10 | 4 | 8 | 14 | 3 | 14 | 1 | 34 | 6 | 25 | 0 | 2 | 1 | 11 | 3 | 1 | 1 | 0 | 1,037 |
| MICHIGAN | 15 | 3 | 36 | 9 | 86 | 15 | 3 | 3 | 7 | 102 | 47 | 0 | 1 | 4 | 166 | 139 | 8 | 11 | 30 | 19 | 1 | 18 | 5 | 8,590 | 22 | 9 | 10 | 5 | 10 | 28 | 2 | 8 | 4 | 46 | 55 | 3 | 200 | 18 | 5 | 29 | 5 | 0 | 17 | 1 | 42 | 88 | 1 | 4 | 0 | 22 | 11 | 6 | 39 | 1 | 10,009 |
| MINNESOTA | 3 | 1 | 18 | 2 | 73 | 20 | 1 | 2 | 5 | 26 | 9 | 0 | 1 | 0 | 104 | 13 | 14 | 4 | 2 | 9 | 0 | 3 | 2 | 12 | 2,704 | 3 | 10 | 5 | 17 | 20 | 1 | 1 | 2 | 7 | 11 | 45 | 18 | 6 | 5 | 4 | 3 | 1 | 6 | 14 | 6 | 41 | 0 | 6 | 0 | 5 | 15 | 0 | 62 | 1 | 3,342 |
| MISSISSIPPI | 219 | 1 | 9 | 64 | 153 | 24 | 3 | 4 | 11 | 164 | 124 | 0 | 0 | 4 | 395 | 53 | 16 | 12 | 2 | 384 | 0 | 13 | 11 | 48 | 38 | 3,294 | 39 | 3 | 18 | 15 | 1 | 5 | 13 | 51 | 59 | 1 | 61 | 4 | 38 | 14 | 5 | 0 | 4 | 11 | 1 | 1,039 | 386 | 2 | 3 | 1 | 31 | 5 | 2 | 61 | 0 | 6,911 |
| MISSOURI | 20 | 2 | 35 | 59 | 241 | 44 | 4 | 6 | 5 | 102 | 62 | 0 | 1 | 3 | 867 | 46 | 59 | 469 | 26 | 29 | 0 | 26 | 8 | 39 | 32 | 17 | 6,896 | 10 | 48 | 47 | 0 | 22 | 10 | 35 | 40 | 11 | 41 | 71 | 15 | 11 | 0 | 1 | 14 | 4 | 95 | 149 | 1 | 13 | 0 | 30 | 8 | 2 | 35 | 0 | 9,811 |
| MONTANA | 1 | 3 | 21 | 1 | 163 | 25 | 1 | 0 | 2 | 11 | 11 | 0 | 1 | 43 | 8 | 1 | 2 | 4 | 1 | 5 | 0 | 5 | 1 | 3 | 16 | 0 | 9 | 627 | 7 | 19 | 2 | 3 | 3 | 8 | 13 | 2 | 7 | 32 | 6 | 1 | 0 | 4 | 10 | 6 | 34 | 0 | 23 | 0 | 5 | 79 | 1 | 5 | 10 | 0 | 1,244 |
| NEBRASKA | 1 | 0 | 12 | 1 | 40 | 33 | 1 | 0 | 2 | 11 | 6 | 0 | 0 | 0 | 11 | 3 | 33 | 19 | 1 | 3 | 0 | 6 | 0 | 7 | 11 | 1 | 11 | 1 | 1,142 | 3 | 0 | 1 | 7 | 9 | 0 | 2 | 6 | 2 | 2 | 1 | 4 | 12 | 3 | 30 | 0 | 5 | 0 | 4 | 0 | 4 | 1 | 0 | 1,455 |
| NEVADA | 8 | 9 | 57 | 4 | 2,275 | 26 | 2 | 0 | 1 | 35 | 12 | 0 | 2 | 21 | 30 | 13 | 0 | 6 | 4 | 6 | 0 | 9 | 4 | 14 | 7 | 3 | 9 | 4 | 3 | 3,897 | 0 | 5 | 11 | 18 | 11 | 4 | 14 | 5 | 36 | 16 | 1 | 0 | 10 | 5 | 11 | 57 | 0 | 49 | 1 | 14 | 20 | 4 | 10 | 3 | 6,776 |
| NEW HAMPSHIRE | 2 | 2 | 8 | 1 | 30 | 11 | 19 | 0 | 1 | 36 | 6 | 0 | 0 | 2 | 12 | 5 | 0 | 2 | 1 | 4 | 17 | 5 | 246 | 10 | 6 | 0 | 4 | 0 | 2 | 5 | 8 | 401 | 9 | 1 | 22 | 16 | 0 | 9 | 4 | 5 | 1 | 0 | 4 | 32 | 0 | 4 | 11 | 6 | 1 | 0 | 7 | 0 | 1,018 |
| NEW JERSEY | 7 | 83 | 3 | 0 | 15 | 1 | 2 | 10 | 1 | 29 | 9 | 0 | 0 | 0 | 4 | 1 | 0 | 1 | 2 | 3 | 1 | 11 | 6 | 2 | 3 | 1 | 0 | 1 | 1 | 5 | 2 | 520 | 2 | 29 | 13 | 0 | 6 | 2 | 1 | 52 | 0 | 1 | 8 | 1 | 12 | 12 | 0 | 1 | 0 | 9 | 0 | 0 | 1 | 0 | 783 |
| NEW MEXICO | 3 | 4 | 101 | 2 | 218 | 96 | 1 | 2 | 2 | 32 | 3 | 0 | 0 | 1 | 11 | 10 | 2 | 10 | 7 | 3 | 1 | 6 | 3 | 8 | 3 | 2 | 8 | 3 | 12 | 33 | 0 | 4 | 2,623 | 10 | 14 | 1 | 6 | 14 | 11 | 8 | 0 | 0 | 4 | 11 | 222 | 1 | 10 | 0 | 12 | 9 | 4 | 0 | 3,563 |
| NEW YORK | 8 | 3 | 21 | 4 | 28 | 11 | 7 | 2 | 1 | 96 | 23 | 0 | 0 | 1 | 9 | 3 | 1 | 1 | 5 | 9 | 0 | 19 | 18 | 3 | 2 | 0 | 2 | 4 | 1 | 9 | 14 | 44 | 4 | 1,061 | 44 | 2 | 14 | 2 | 5 | 52 | 1 | 0 | 32 | 1 | 10 | 24 | 0 | 2 | 3 | 16 | 6 | 1 | 5 | 0 | 1,632 |
| NORTH CAROLINA | 25 | 5 | 32 | 4 | 159 | 29 | 65 | 28 | 119 | 254 | 209 | 0 | 0 | 4 | 42 | 30 | 7 | 30 | 15 | 30 | 4 | 288 | 77 | 47 | 14 | 14 | 40 | 5 | 6 | 16 | 14 | 265 | 12 | 498 | 14,446 | 3 | 68 | 14 | 17 | 155 | 2 | 16 | 510 | 1 | 101 | 101 | 1 | 9 | 2 | 274 | 15 | 22 | 12 | 2 | 18,158 |
| NORTH DAKOTA | 0 | 0 | 32 | 2 | 59 | 9 | 2 | 0 | 2 | 16 | 3 | 0 | 0 | 6 | 16 | 0 | 21 | 0 | 0 | 4 | 0 | 3 | 0 | 13 | 74 | 0 | 6 | 12 | 4 | 8 | 1 | 2 | 6 | 4 | 7 | 427 | 2 | 2 | 5 | 4 | 0 | 0 | 0 | 7 | 2 | 18 | 0 | 2 | 0 | 6 | 0 | 4 | 1 | 7 | 778 |
| OHIO | 22 | 1 | 37 | 14 | 216 | 38 | 10 | 9 | 37 | 240 | 86 | 0 | 0 | 6 | 223 | 163 | 17 | 7 | 175 | 24 | 3 | 139 | 37 | 355 | 37 | 9 | 18 | 4 | 6 | 28 | 5 | 79 | 7 | 398 | 125 | 3 | 15,440 | 17 | 7 | 261 | 18 | 7 | 42 | 0 | 72 | 106 | 4 | 3 | 1 | 61 | 22 | 86 | 34 | 0 | 18,758 |
| OKLAHOMA | 15 | 1 | 25 | 49 | 454 | 52 | 3 | 1 | 7 | 69 | 24 | 0 | 1 | 4 | 78 | 16 | 14 | 107 | 17 | 46 | 1 | 11 | 11 | 11 | 12 | 11 | 63 | 2 | 22 | 26 | 2 | 11 | 20 | 22 | 34 | 5 | 22 | 3,517 | 15 | 20 | 4 | 2 | 13 | 10 | 37 | 439 | 0 | 8 | 1 | 11 | 8 | 2 | 9 | 1 | 5,367 |
| OREGON | 2 | 9 | 40 | 2 | 539 | 25 | 2 | 2 | 0 | 35 | 13 | 0 | 3 | 46 | 7 | 5 | 1 | 9 | 5 | 14 | 0 | 7 | 5 | 5 | 11 | 1 | 5 | 15 | 5 | 54 | 0 | 5 | 4 | 7 | 13 | 2 | 13 | 5 | 3,232 | 11 | 0 | 0 | 6 | 3 | 9 | 39 | 0 | 13 | 1 | 7 | 230 | 1 | 7 | 3 | 4,478 |
| PENNSYLVANIA | 15 | 3 | 45 | 8 | 92 | 27 | 15 | 127 | 29 | 212 | 60 | 0 | 1 | 4 | 45 | 20 | 7 | 3 | 21 | 36 | 2 | 325 | 34 | 54 | 10 | 4 | 13 | 5 | 8 | 20 | 3 | 496 | 6 | 525 | 105 | 1 | 150 | 15 | 11 | 8,824 | 5 | 9 | 39 | 3 | 36 | 65 | 0 | 7 | 0 | 57 | 8 | 26 | 7 | 3 | 11,642 |
| PUERTO RICO | 0 | 0 | 2 | 0 | 5 | 0 | 1 | 0 | 0 | 12 | 2 | 0 | 0 | 0 | 4 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 88 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 144 |
| RHODE ISLAND | 0 | 0 | 2 | 0 | 27 | 0 | 5 | 1 | 1 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 38 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 11 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 277 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 393 |
| SOUTH CAROLINA | 23 | 0 | 21 | 7 | 97 | 14 | 70 | 11 | 109 | 245 | 426 | 0 | 0 | 0 | 32 | 9 | 1 | 10 | 10 | 25 | 4 | 259 | 61 | 26 | 12 | 13 | 17 | 2 | 4 | 13 | 4 | 309 | 5 | 617 | 1,223 | 1 | 59 | 10 | 4 | 247 | 5 | 14 | 7,516 | 2 | 52 | 54 | 0 | 5 | 0 | 91 | 12 | 7 | 10 | 1 | 11,771 |
| SOUTH DAKOTA | 1 | 2 | 10 | 0 | 34 | 29 | 1 | 0 | 2 | 4 | 2 | 0 | 0 | 2 | 8 | 4 | 16 | 1 | 0 | 4 | 0 | 2 | 1 | 2 | 39 | 0 | 8 | 13 | 22 | 5 | 0 | 0 | 3 | 5 | 7 | 4 | 1 | 4 | 2 | 0 | 0 | 0 | 4 | 451 | 2 | 10 | 0 | 7 | 0 | 3 | 0 | 6 | 1 | 7 | 731 |
| TENNESSEE | 112 | 1 | 30 | 90 | 225 | 33 | 32 | 5 | 19 | 232 | 262 | 0 | 1 | 5 | 324 | 76 | 12 | 18 | 167 | 41 | 1 | 64 | 20 | 168 | 25 | 139 | 47 | 4 | 11 | 22 | 2 | 46 | 3 | 151 | 155 | 2 | 105 | 25 | 5 | 48 | 11 | 5 | 77 | 1 | 9,072 | 164 | 0 | 6 | 0 | 71 | 11 | 7 | 35 | 0 | 12,188 |
| TEXAS | 88 | 9 | 144 | 150 | 1,653 | 221 | 19 | 11 | 22 | 392 | 167 | 0 | 2 | 12 | 257 | 72 | 37 | 71 | 40 | 724 | 6 | 132 | 51 | 75 | 71 | 105 | 109 | 5 | 51 | 114 | 3 | 57 | 177 | 187 | 180 | 21 | 130 | 240 | 49 | 105 | 90 | 8 | 168 | 5 | 168 | 33,736 | 5 | 41 | 0 | 100 | 51 | 8 | 63 | 7 | 40,313 |
| US VIRGIN ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| UTAH | 3 | 0 | 40 | 1 | 648 | 42 | 0 | 1 | 2 | 25 | 10 | 0 | 1 | 21 | 10 | 2 | 1 | 3 | 1 | 6 | 0 | 7 | 7 | 11 | 1 | 3 | 11 | 3 | 4 | 88 | 2 | 1 | 8 | 5 | 8 | 1 | 7 | 17 | 11 | 10 | 2 | 1 | 11 | 5 | 43 | 69 | 0 | 1,962 | 0 | 5 | 24 | 2 | 7 | 8 | 3,137 |
| VERMONT | 0 | 3 | 2 | 0 | 7 | 2 | 2 | 0 | 0 | 32 | 4 | 0 | 0 | 0 | 14 | 0 | 0 | 1 | 0 | 0 | 5 | 0 | 3 | 3 | 2 | 0 | 1 | 0 | 0 | 0 | 14 | 0 | 0 | 60 | 0 | 1 | 0 | 2 | 1 | 8 | 0 | 1 | 2 | 0 | 3 | 2 | 0 | 0 | 162 | 1 | 1 | 0 | 0 | 0 | 434 |
| VIRGINIA | 26 | 0 | 23 | 3 | 131 | 20 | 37 | 51 | 619 | 217 | 142 | 0 | 0 | 4 | 47 | 19 | 8 | 5 | 21 | 27 | 1 | 1,128 | 60 | 37 | 8 | 9 | 20 | 3 | 15 | 2 | 9 | 297 | 6 | 622 | 703 | 0 | 70 | 9 | 11 | 259 | 4 | 16 | 104 | 0 | 94 | 102 | 3 | 8,614 | 15 | 47 | 16 | 5 | 13,684 |
| WASHINGTON | 7 | 12 | 63 | 0 | 407 | 51 | 4 | 1 | 5 | 51 | 20 | 1 | 71 | 35 | 7 | 2 | 6 | 10 | 17 | 0 | 24 | 3 | 15 | 5 | 15 | 4 | 28 | 4 | 4 | 47 | 2 | 10 | 8 | 31 | 31 | 3 | 16 | 10 | 282 | 10 | 1 | 0 | 6 | 3 | 0 | 20 | 0 | 68 | 0 | 19 | 3,200 | 1 | 7 | 0 | 4,644 |
| WEST VIRGINIA | 2 | 0 | 2 | 0 | 36 | 5 | 1 | 21 | 8 | 44 | 50 | 0 | 0 | 2 | 25 | 10 | 0 | 2 | 24 | 9 | 0 | 248 | 8 | 168 | 2 | 1 | 8 | 0 | 2 | 3 | 2 | 0 | 1 | 63 | 112 | 1 | 118 | 6 | 3 | 229 | 6 | 3 | 170 | 0 | 9 | 25 | 0 | 26 | 0 | 91 | 0 | 1,057 | 3 | 0 | 2,653 |
| WISCONSIN | 8 | 1 | 28 | 3 | 79 | 18 | 2 | 3 | 0 | 47 | 26 | 0 | 0 | 2 | 584 | 30 | 34 | 5 | 15 | 12 | 2 | 6 | 1 | 34 | 205 | 1 | 8 | 4 | 10 | 6 | 2 | 11 | 6 | 10 | 24 | 3 | 24 | 5 | 4 | 10 | 2 | 0 | 6 | 5 | 18 | 47 | 0 | 4 | 1 | 14 | 8 | 0 | 5,200 | 2 | 6,575 |
| WYOMING | 1 | 0 | 15 | 0 | 58 | 94 | 0 | 0 | 0 | 2 | 13 | 1 | 0 | 8 | 1 | 3 | 3 | 4 | 2 | 4 | 0 | 2 | 1 | 4 | 1 | 0 | 6 | 11 | 6 | 10 | 1 | 0 | 6 | 3 | 7 | 4 | 4 | 1 | 1 | 2 | 0 | 0 | 0 | 6 | 13 | 25 | 0 | 25 | 0 | 1 | 1 | 0 | 0 | 135 | 516 |
| TOTAL | 7,676 | 639 | 10,097 | 3,009 | 31,609 | 5,727 | 1,143 | 1,341 | 1,574 | 28,666 | 17,776 | 22 | 57 | 1,140 | 14,792 | 8,756 | 2,146 | 3,542 | 5,728 | 11,357 | 374 | 6,717 | 2,115 | 10,691 | 3,862 | 4,145 | 8,668 | 871 | 1,787 | 5,546 | 553 | 3,202 | 3,211 | 6,896 | 19,003 | 623 | 18,085 | 4,469 | 4,293 | 11,386 | 628 | 514 | 9,428 | 638 | 12,770 | 39,281 | 48 | 2,496 | 194 | 10,242 | 4,288 | 1,391 | 6,146 | 229 | 361,587 |

- Includes Firearms Recovered and Traced between 1/1/2021 - 12/31/2021, or, if the recovery date was blank, the trace entry date was between 1/1/2021 - 12/31/2021.
- Duplicate traces, Firearms Not Recovered, Gun Buyback and Firearms Turned In are not included in the statistics.
- Traces must identify a purchaser and the state in which the final dealer is located.
- Statistics are based on a query of the Firearms Tracing System (FTS) on April 18, 2022.
- All traces may not have been submitted or completed at the time of this analysis.

Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Strategic Intelligence and Information
#222054