UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>  Plaintiff,<br><br>vs.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>  Defendants. | Case No.: 22-2694<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Defendants Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC) make the following disclosures pursuant to Federal Rule of Civil Procedure 7.1(a):

**Fleet Farm LLC** is wholly owned by **Fleet Farm Wholesale Supply Co LLC**, which is wholly owned by **Fleet Farm Group LLC**, which is wholly owned by Fleet Farm Guarantor LLC, which is wholly owned by Fleet Farm Intermediate Holdco LLC, which is wholly owned by Fleet Farm HoldCo LLC.  Fleet Farm Holdco LLC is majority owned, indirectly, by investment vehicles managed by one or more subsidiaries of KKR & Co. Inc., which is a publicly traded corporation listed on the New York Stock Exchange

1

(NYSE: KKR), and, based on filings made with the U.S. Securities and Exchange Commission, there is no corporation that owns 10.0% or more of the NYSE-listed common stock of KKR & Co. Inc.

| | |
|---|---|
| Dated:  October 26, 2022 | /s/ Todd A. Noteboom<br>Todd A. Noteboom (#0240047)<br>Andrew W. Davis (#0386634)<br>Sharon R. Markowitz (#0392043)<br>Andrew P. Leiendecker (#0399107)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>todd.noteboom@stinson.com<br>andrew.davis@stinson.com<br>sharon.markowitz@stinson.com<br>andrew.leiendecker@stinson.com<br><br>***Attorneys for Defendants*** |

3526696.0002/177822694.1