UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>      Plaintiff,<br><br>  vs.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>      Defendants. | Case No.: 22-CV-02694<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on October 26, 2022, I caused Defendants' Notice of Removal (Dkt. No. 1), Declaration of Andrew W. Davis (Dkt. No. 2), and Corporate Disclosure Statement (Dkt. No. 3) to be served via United States Mail, postage prepaid and mailed from Hennepin County, Minnesota, upon the following recipients:

>James A. Canaday
>Eric J. Maloney
>Jason Pleggenkuhle
>Katherine Moerke
>MINNESOTA ATTORNEY GENERAL'S OFFICE
>455 Minnesota Street, Suite 1200
>St. Paul, Minnesota 55101-2130
>
>*Attorneys for Plaintiff*

1

| | |
|---|---|
| Dated:  October 26, 2022 | */s/ Andrew W. Davis* <br> Todd A. Noteboom (#0240047) <br> Andrew W. Davis (#0386634) <br> Sharon R. Markowitz (#0392043) <br> Andrew P. Leiendecker (#0399107) <br> STINSON LLP <br> 50 South Sixth Street, Suite 2600 <br> Minneapolis, MN 55402 <br> (612) 335-1500 <br> todd.noteboom@stinson.com <br> andrew.davis@stinson.com <br> sharon.markowitz@stinson.com <br> andrew.leiendecker@stinson.com <br> <br> ***Attorneys for Defendants*** |