UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>　　　　Defendants. | Case No.: 22-cv-02694<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

　　The undersigned attorney hereby notifies the Court and counsel that Andrew W. Davis of the law firm Stinson LLP shall appear as counsel of record for Defendants Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC) in the above-captioned case.

| | |
|---|---|
| Dated: October 28, 2022 | */s/ Andrew W. Davis*<br>Todd A. Noteboom (#0240047)<br>Andrew W. Davis (#0386634)<br>Sharon R. Markowitz (#0392043)<br>Andrew P. Leiendecker (#0399107)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>todd.noteboom@stinson.com<br>andrew.davis@stinson.com<br>sharon.markowitz@stinson.com<br>andrew.leiendecker@stinson.com<br><br>***Attorneys for Defendants*** |

177916815