# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>Defendants. | Case No.: 22-CV-02694 (JRT/JFD)<br><br>**STIPULATION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff State of Minnesota by its Attorney General, Keith Ellison ("Plaintiff"), and Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC ("Defendants") (collectively, the "Parties") hereby stipulate and request that the Court extend Defendants' deadline to answer or otherwise respond to the Complaint to November 23, 2022.

Good cause exists for the proposed extension, as set forth below:

1. Plaintiff served the Complaint on Defendants on October 5, 2022.

2. Defendants removed this case to federal court on October 26, 2022.

3. Pursuant to Fed. R. Civ. P. 81(c)(2), Defendants' deadline to answer or otherwise respond to the Complaint is November 2, 2022.

177975098.1

4.   The Parties have agreed to extend the deadline for Defendants to answer or otherwise respond to the Complaint until November 23, 2022.

5.   Plaintiff intends to promptly file a motion to remand to state court because, in Plaintiff's view, there is no federal subject matter jurisdiction over this action. By agreeing to extend the deadline for Defendants to respond to the Complaint, Plaintiff does not consent to federal court jurisdiction or concede that there is federal court jurisdiction.

6.   "Under Rule 6(b), '[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires.'" *Seifert v. IMT Ins. Co.*, 542 F. Supp. 3d 874, 877 n.3 (D. Minn. 2021) (quoting Fed. R. Civ. P. 6(b)(1)). "[M]otions to extend are to be liberally permitted . . . to secure the just, speedy, and inexpensive determination of every action" and "will normally be granted absent bad faith or prejudice." *Id.* (quoting *Baden v. Craig-Hallum, Inc.*, 115 F.R.D. 582, 585 (D. Minn. 1987) and citing 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (4th ed.)); *see also Ruszczyk as Tr. for Ruszczyk v. Noor*, 349 F. Supp. 3d 754, 767 (D. Minn. 2018) (stating the same).

7.   Good cause exists for the extension of time to answer or otherwise respond to the Complaint. Counsel for Defendants have only recently been retained in this matter. In Defendants' view, additional time is also required for counsel to fully investigate and evaluate the Plaintiff's allegations and to prepare an appropriate response. In addition, several of Defendants' counsel have scheduling conflicts due to commitments and out-of-

177975098.1

state travel on other cases during the weeks of October 31 and November 7, which necessitate additional time to answer or otherwise respond to the Complaint.

8. The Parties therefore jointly request that the Court extend the deadline for Defendants to answer or otherwise respond to the Complaint to November 23, 2022.

177975098.1

Dated:  November 1, 2022

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY (#030234X)
Deputy Attorney General

 /s/ Katherine Moerke
KATHERINE MOERKE (#0312277)
Assistant Attorney General

ERIC J. MALONEY (#0396326)
Assistant Attorney General

JASON PLEGGENKUHLE (#0391772)
Assistant Attorney General

455 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
eric.maloney@ag.state.mn.us
Telephone: (651) 757-1021
jason.pleggenkuhle@ag.state.mn.us
Telephone: (651) 757-1147
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288

*Attorneys for State of Minnesota*

177975098.1

Dated:  November 1, 2022

/s/ *Andrew W Davis*
Todd A. Noteboom (#0240047)
Andrew W. Davis (#0386634)
Sharon R. Markowitz (#0392043)
Andrew P. Leiendecker (#0399107)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.davis@stinson.com
sharon.markowitz@stinson.com
andrew.leiendecker@stinson.com

*Attorneys for Defendants*

177975098.1