# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>Defendants. | Case No.: 22-CV-02694 (JRT/JFD)<br><br>**[PROPOSED] ORDER** |

Based on all the files, records, and proceedings herein, and the Stipulation to Extend the Deadline to Answer or Otherwise Respond to the Complaint [Docket No. 9], **IT IS HEREBY ORDERED that:**

1. The deadline for Defendants to answer or otherwise respond to the Complaint is extended to November 23, 2022.

Dated: _____, 2022     _____
                                                                                United States Magistrate Judge

177975188.1