## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| STATE OF MINNESOTA, by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>FLEET FARM LLC, f/k/a Mills Fleet Farm LLC; FLEET FARM GROUP LLC, f/k/a Mills Fleet Farm Group LLC, and FLEET FARM WHOLESALE SUPPLY CO. LLC, f/k/a Fleet Wholesale Supply Co. LLC,<br><br>Defendants. | Case No.: 22-CV-02694 (JRT/JFD)<br><br>ORDER TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

Based on all the files, records, and proceedings herein, and the Stipulation to Extend the Deadline to Answer or Otherwise Respond to the Complaint [Dkt No. 9], **IT IS HEREBY ORDERED that:**

1. The deadline for Defendants to answer or otherwise respond to the Complaint is extended to November 23, 2022.

Date: November 1, 2022

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge