UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison, | Civil Case No: 22-CV-02694 (JRT/JFD) |
| Plaintiff, | |
| vs. | **STATE OF MINNESOTA'S MOTION TO REMAND TO STATE COURT** |
| Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC), | |
| Defendants. | |

The State of Minnesota moves to remand the State's action against Defendants to Minnesota state court, following Defendants' October 26, 2022 Notice of Removal, because this Court lacks subject matter jurisdiction. The State's Motion is based on the accompanying memorandum of law.

|  |  |
|---|---|
| Dated: November 7, 2022 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>**/s/ Katherine A. Moerke**<br>KATHERINE A. MOERKE (#0312277)<br>Assistant Attorney General<br>JAMES W. CANADAY (#030234X)<br>Deputy Attorney General<br>JASON T. PLEGGENKUHLE (#0391772)<br>Assistant Attorney General<br>ERIC J. MALONEY (#0396326)<br>Assistant Attorney General<br><br>445 Minnesota Street, Suite 1200<br>St. Paul, Minnesota 55101-2130<br>(651) 757-1021<br>eric.maloney@ag.state.mn.us<br>james.canaday@ag.state.mn.us<br>jason.pleggenkuhle@ag.state.mn.us<br>katherine.moerke@ag.state.mn.us<br>*Attorneys for State of Minnesota* |