UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison, | Civil Case No: 22-CV-02694 (JRT/JFD) |
| Plaintiff, | |
| vs. | **NOTICE OF HEARING ON STATE OF MINNESOTA'S MOTION TO REMAND TO STATE COURT** |
| Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC), | |
| Defendants. | |

Please take notice that, in accordance with District of Minnesota Local Rule 7.1 and Judge Tunheim's practice pointers, the State of Minnesota's Motion to Remand to State Court will be heard when the motion hearing is scheduled by Judge Tunheim following completion of the parties' briefing.

Dated:  November 7, 2022

KEITH ELLISON
Attorney General
State of Minnesota

**/s/ Katherine A. Moerke**
KATHERINE A. MOERKE (#0312277)
Assistant Attorney General
JAMES W. CANADAY (#030234X)
Deputy Attorney General
JASON T. PLEGGENKUHLE (#0391772)
Assistant Attorney General
ERIC J. MALONEY (#0396326)
Assistant Attorney General

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 757-1021
eric.maloney@ag.state.mn.us
james.canaday@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us
katherine.moerke@ag.state.mn.us
*Attorneys for State of Minnesota*