UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>   Plaintiff,<br><br>vs.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>   Defendants. | Civil Case No: 22-CV-02694 (JRT/JFD)<br><br>**MEET-AND-CONFER STATEMENT UNDER DISTRICT OF MINNESOTA LOCAL RULE 7.1(a) FOR THE STATE OF MINNESOTA'S MOTION TO REMAND TO STATE COURT** |

I certify that counsel for the State of Minnesota met and conferred with counsel for Defendants before filing the State of Minnesota's Motion to Remand State Court in a good-faith effort to resolve the issues raised by the motion. Specifically, Assistant Attorney General Jason Pleggenkuhle and I spoke with Andrew Davis and Todd Noteboom on Wednesday, November 2, 2022. Given Defendants' October 26, 2022, Notice of Removal, Defendants did not agree to the State's Motion to Remand to State Court. Thus, the parties do not agree on the resolution of all or part of the Motion.

|  |  |
|---|---|
| Dated: November 7, 2022 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>**/s/ Katherine A. Moerke**<br>KATHERINE A. MOERKE (#0312277)<br>Assistant Attorney General<br>JAMES W. CANADAY (#030234X)<br>Deputy Attorney General<br>JASON T. PLEGGENKUHLE (#0391772)<br>Assistant Attorney General<br>ERIC J. MALONEY (#0396326)<br>Assistant Attorney General<br><br>445 Minnesota Street, Suite 1200<br>St. Paul, Minnesota 55101-2130<br>(651) 757-1021<br>eric.maloney@ag.state.mn.us<br>james.canaday@ag.state.mn.us<br>jason.pleggenkuhle@ag.state.mn.us<br>katherine.moerke@ag.state.mn.us<br>*Attorneys for State of Minnesota* |