UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison, | Civil Case No: 22-CV-02694 (JRT/JFD) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(f) AND 7.1(h) FOR THE STATE OF MINNESOTA'S MOTION TO REMAND TO STATE COURT** |
| Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC), | |
| Defendants. | |

I affirm that the memorandum law in filed in support of the State of Minnesota's Motion to Remand complies with the limits in District of Minnesota Local Rule 7.1(f) and with the type-size limit of LR 7.1(h). The memorandum contains 6,367 words. I am relying on the word-count function of Microsoft Word for Office 365 and certify that the function was applied specifically to include all text, including headings, footnotes, and quotations.

Dated:  November 7, 2022

KEITH ELLISON
Attorney General
State of Minnesota

**/s/ Katherine A. Moerke**
KATHERINE A. MOERKE (#0312277)
Assistant Attorney General
JAMES W. CANADAY (#030234X)
Deputy Attorney General
JASON T. PLEGGENKUHLE (#0391772)
Assistant Attorney General
ERIC J. MALONEY (#0396326)
Assistant Attorney General

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 757-1021
eric.maloney@ag.state.mn.us
james.canaday@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us
katherine.moerke@ag.state.mn.us
*Attorneys for State of Minnesota*