UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison, | Civil Case No: 22-CV-02694 (JRT/JFD) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING THE STATE OF MINNESOTA'S MOTION TO REMAND TO STATE COURT** |
| Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC), | |
| Defendants. | |

The State of Minnesota moved to remand the State's action against Defendants to Minnesota state court because this Court lacks subject matter jurisdiction. Based on the parties' briefing, arguments, and the entire record in this matter, the Court grants the State's Motion [ECF No. ___] and rules as follows:

1.      There is no federal question jurisdiction for the State's action against Defendants under 28 U.S.C. § 1331;

2.      There is no jurisdiction for the State's action against Defendants under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d); and

3.      The State's action is hereby remanded to Minnesota state court.

Dated: _____, 2022

_____
The Honorable John R. Tunheim
*U.S. District Judge, District of Minnesota*