# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>      Plaintiff,<br><br>  v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>      Defendants. | Case No.: 22-cv-02694 (JRT/JFD)<br><br>**DEFENDANTS' LOCAL RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

    I, Todd A. Noteboom, certify that Defendants' Memorandum in Support of Motion to Dismiss complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h) because: (1) it contains 8,828 words, excluding the parts of the Memorandum exempted by Local Rule 7.1(f)(1)(C); and (2) it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in a 13-point Times New Roman font in the text and footnotes.

Dated: November 23, 2022                          */s/ Todd A. Noteboom*
                                                               Todd A. Noteboom

                                                               **ATTORNEY FOR DEFENDANTS**