UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No.:  22-cv-02694 (JRT/JFD)<br><br>**DECLARATION OF ANDREW W. DAVIS IN SUPPORT OF MOTION TO DISMISS** |

I, Andrew W. Davis, state that the following are true and correct factual statements of which I have personal knowledge:

1. I am a partner at Stinson LLP and am licensed to practice law in the State of Minnesota.

2. I am one of the attorneys representing Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC.

3. Attached as **Exhibit A** is a true and correct copy of the standard Bureau of Alcohol, Tobacco, Firearms and Explosives' ("ATF") Form 4473, which is publicly available at https://www.atf.gov/firearms/docs/4473-part-1-firearms-transaction-record-over-counter-atf-form-53009/download.

- 2 -

4. Attached as **Exhibit B** is a true and correct copy of the standard ATF Form 3310.4, which is publicly available at https://www.atf.gov/firearms/docs/form/report-multiple-sale-or-other-disposition-pistols-and-revolvers-atf-form-33104/download.

This declaration is made pursuant to 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 23, 2022, in Minneapolis, Minnesota.

*/s/ Andrew W. Davis*
Andrew W. Davis