UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　Defendants. | Case No.:  22-cv-02694 (JRT/JFD)<br><br>**MEET AND CONFER STATEMENT REGARDING DEFENDANTS' MOTION TO DISMISS** |

The undersigned counsel hereby certifies that counsel for the parties conferred by video conference on November 21, 2022, regarding Defendants' Motion to Dismiss. The parties were unable to resolve any part of the motion.

Dated:  November 23, 2022　　　　　/s/ Todd A. Noteboom
　　　　　　　　　　　　　　　　　Todd A. Noteboom (#0240047)
　　　　　　　　　　　　　　　　　Andrew W. Davis (#0386634)
　　　　　　　　　　　　　　　　　Sharon R. Markowitz (#0392043)
　　　　　　　　　　　　　　　　　Andrew P. Leiendecker (#0399107)
　　　　　　　	　　　　　　　　　STINSON LLP
　　　　　　　	　　　　　　　　　50 South Sixth Street, Suite 2600
　　　　　　　	　　　　　　　　　Minneapolis, MN 55402
　　　　　　　	　　　　　　　　　(612) 335-1500
　　　　　　　	　　　　　　　　　todd.noteboom@stinson.com
　　　　　　　	　　　　　　　　　andrew.davis@stinson.com
　　　　　　　	　　　　　　　　　sharon.markowitz@stinson.com
　　　　　　　	　　　　　　　　　andrew.leiendecker@stinson.com

　　　　　　　	　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**