# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No.: 22-cv-02694 (JRT/JFD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

This matter came before the Court pursuant to Fed. R. Civ. P. 12(b)(6) and Defendants' Motion to Dismiss.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss is **GRANTED** in its entirety, and

2. The above-captioned action is hereby dismissed with prejudice, in its entirety, and without costs or disbursements to either party.

Dated: _____

_____
Hon. John R. Tunheim
United States District Court Judge