UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　　Defendants. | Case No.:  22-cv-02694 (JRT/JFD)<br><br>**DEFENDANTS' LOCAL RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

　　　I, Todd A. Noteboom, certify that Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Remand complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h) because: (1) it contains 9,358 words, excluding the parts of the Memorandum exempted by Local Rule 7.1(f)(1)(C); and (2) it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in a 13-point Times New Roman font in the text and footnotes.

Dated: November 28, 2022　　　　　　　　　*/s/ Todd A. Noteboom*
　　　　　　　　　　　　　　　　　　　　　Todd A. Noteboom

　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANTS**