UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison, | Civil Case No: 22-CV-02694 (JRT/JFD) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(f) AND 7.1(h) FOR THE STATE OF MINNESOTA'S REPLY IN SUPPORT OF MOTION TO REMAND TO STATE COURT** |
| Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC), | |
| Defendants. | |

I affirm that the Reply Memorandum of Law in Support of the State of Minnesota's Motion to Remand to State Court complies with the limits in District of Minnesota Local Rule 7.1(f) and with the type-size limit of LR 7.1(h). The Reply Memorandum contains 5,343 words, and the Supporting Memorandum and the Reply Memorandum together contain 11,710 words. I am relying on the word-count function of Microsoft Word for Office 365 and certify that the function was applied specifically to include all text, including headings, footnotes, and quotations.

Dated: December 9, 2022

KEITH ELLISON
Attorney General
State of Minnesota

**/s/ Katherine A. Moerke**
KATHERINE A. MOERKE (#0312277)
Assistant Attorney General
JAMES W. CANADAY (#030234X)
Deputy Attorney General
JASON T. PLEGGENKUHLE (#0391772)
Assistant Attorney General
ERIC J. MALONEY (#0396326)
Assistant Attorney General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
(651) 728-7174
katherine.moerke@ag.state.mn.us
james.canaday@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us
eric.maloney@ag.state.mn.us
*Attorneys for State of Minnesota*