UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>        Plaintiff,<br><br>vs.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>        Defendants. | Civil Case No: 22-CV-02694 (JRT/JFD)<br><br>**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(f) AND 7.1(h) FOR THE STATE OF MINNESOTA'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION DISMISS** |

I affirm that the State's Memorandum of Law in Opposition to Defendant's Motion to Dismiss complies with the limits in District of Minnesota Local Rule 7.1(f) and with the type-size limit of LR 7.1(h). The State's Memorandum of Law in Opposition to Defendant's Motion to Dismiss contains 11,860 words. I am relying on the word-count function of Microsoft Word for Office 365 and certify that the function was applied specifically to include all text, including headings, footnotes, and quotations.

Dated: December 14, 2022

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


**/s/ Eric J. Maloney**
ERIC J. MALONEY (#0396326)
Assistant Attorney General
JAMES W. CANADAY (#030234X)
Deputy Attorney General
JASON T. PLEGGENKUHLE (#0391772)
Assistant Attorney General
KATHERINE A. MOERKE (#0312277)
Assistant Attorney General


445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1021 (Voice)
eric.maloney@ag.state.mn.us
james.canaday@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us
katherine.moerke@ag.state.mn.us

*Attorneys for State of Minnesota*