UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>   Plaintiff,<br><br> vs.<br><br>Fleet Farm LLC (f/k/a Mills Fleet Farm LLC), Fleet Farm Group LLC (f/k/a Mills Fleet Farm Group LLC), and Fleet Farm Wholesale Supply Co. LLC (f/k/a Fleet Wholesale Supply Co. LLC),<br><br>   Defendants. | Civil Case No: 22-CV-02694 (JRT/JFD)<br><br>**AMENDED NOTICE OF HEARING ON STATE OF MINNESOTA'S MOTION TO REMAND TO STATE COURT** |

Please take notice that, in accordance with District of Minnesota Local Rule 7.1 and Judge Tunheim's practice pointers, the State of Minnesota's Motion to Remand to State Court will be heard on January 11, 2023, at 2 p.m. via videoconference.

| | |
|---|---|
| Dated: December 14, 2022 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>**/s/ Katherine A. Moerke**<br>KATHERINE A. MOERKE (#0312277)<br>Assistant Attorney General<br>JAMES W. CANADAY (#030234X)<br>Deputy Attorney General<br>JASON T. PLEGGENKUHLE (#0391772)<br>Assistant Attorney General<br>ERIC J. MALONEY (#0396326)<br>Assistant Attorney General<br><br>445 Minnesota Street, Suite 1200<br>St. Paul, Minnesota 55101-2130<br>(651) 757-1021<br>eric.maloney@ag.state.mn.us<br>james.canaday@ag.state.mn.us<br>jason.pleggenkuhle@ag.state.mn.us<br>katherine.moerke@ag.state.mn.us<br>*Attorneys for State of Minnesota* |