## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No.:  22-cv-02694 (JRT/JFD)<br><br>**DEFENDANTS' LOCAL RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

I, Todd A. Noteboom, certify that Defendants' Reply Memorandum of Law in Support of Motion to Dismiss ("Reply") complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h) because: (1) it contains 3,168 words, excluding the parts of the Memorandum exempted by Local Rule 7.1(f)(1)(C); and (2) it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in a 13-point Times New Roman font in the text and footnotes.  Collectively, this Reply and Defendants' Memorandum of Law in Support of Motion to Dismiss, *see* ECF Doc. 20, contain 11,996 words.

Dated: December 28, 2022             */s/ Todd A. Noteboom*
                                     Todd A. Noteboom

                                     **ATTORNEY FOR DEFENDANTS**