# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| State of Minnesota, | **COURT MINUTES** |
| Plaintiff, | BEFORE: John R. Tunheim |
| v. | U.S. District Judge |
| Fleet Farm, LLC, et al., | Case No: 22-2694 (JRT/JFD) |
| Defendants. | Date: January 11, 2022 |
| | Deputy: Heather Arent |
| | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: Video conference |
| | Time Commenced: 2:22 p.m. |
| | Time Concluded: 3:32 p.m. |
| | Time in Court: 1 Hour & 10 Minutes |

Hearing on:

    Plaintiff's Motion to Remand [Docket No. 12]
    Defendants' Motion to Dismiss [Docket No. 18]

APPEARANCES:

    Plaintiff:    Katherine Moerke, Eric Maloney, Jason Pleggenkuhle
    Defendant:    Andrew Davis, Todd Noteboom, Andrew Leiendecker

PROCEEDINGS:

    Motions taken Under Advisement

**IT IS ORDERED:

    ☒ Written order forthcoming.

                        s/Heather Arent
                        Courtroom Deputy