**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR CERTIFICATION PURSUANT TO <u>28 U.S.C. § 1292(b)</u>** |

**PLEASE TAKE NOTICE** that, in accordance with District of Minnesota Local Rule 7.1 and Judge Tunheim's practice pointers, Defendants' Motion for Certification Pursuant to 28 U.S.C. § 1292(b) will be heard at a date and time to be determined by Judge Tunheim, following completion of the parties' briefing.

Dated:  August 11, 2023

*/s/ Todd A. Noteboom*
Todd A. Noteboom (#0240047)
Andrew W. Davis (#0386634)
Sharon R. Markowitz (#0392043)
Andrew P. Leiendecker (#0399107)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.davis@stinson.com
sharon.markowitz@stinson.com
andrew.leiendecker@stinson.com

**ATTORNEYS FOR DEFENDANTS**