## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**STATE OF MINNESOTA'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1** |

I affirm that the State's Memorandum of Law in Opposition to Defendant's Motion for Certification Pursuant to 28 U.S.C. § 1292(b) complies with the limits in District of Minnesota Local Rule 7.1(f) and with the type-size limit of LR 7.1(h). The Memorandum of Law contains 5,917 words. I am relying on the word-count function of Microsoft Word for Office 365 and certify that the function was applied specifically to include all text, including headings, footnotes, and quotations.

Dated:  September 1, 2023

/s/ **Eric J. Maloney**
ERIC J. MALONEY (#0396326)
Assistant Attorney General

*Attorney for State of Minnesota*