# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**STATE OF MINNESOTA'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS** |

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and District of Minnesota Local Rule 7.1, the State of Minnesota by its Attorney General, Keith Ellison (the "State"), hereby moves this Court to compel discovery from Defendants. This Motion is based on all the files, records, and proceedings in this case, as well as the accompanying Memorandum of Law and supporting documents to be filed in accordance with District of Minnesota Local Rule 7.1(b).

Dated: January 30, 2024

Respectfully submitted,

**STATE OF MINNESOTA**

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY (#030234X)
Deputy Attorney General

/**s**/ Katherine A. Moerke
KATHERINE MOERKE (#0312277)
JASON PLEGGENKUHLE (#0391772)
ERIC J. MALONEY (#0396326)
Assistant Attorneys General

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
eric.maloney@ag.state.mn.us
Telephone: (651) 757-1021

**UNIVERSITY OF MINNESOTA GUN VIOLENCE PREVENTION CLINIC**

MEGAN WALSH (#0394837)
Special Assistant Attorney General

ARIELLE HUGEL
WILLIAM ROBERTS
NICHOLAS TAYLOR
Certified Student Attorneys

University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
Phone: 612-625-5515
wals0270@umn.edu

*Attorneys for State of Minnesota*