**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>    Plaintiff,<br><br>  v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>    Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF THE STATE OF MINNESOTA'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS** |

I, Katherine A. Moerke, Assistant Attorney General for the State of Minnesota, declare as follows:

1.    Attached as Exhibit 1 is a true and correct copy of the State of Minnesota's First Set of Requests for Production to Defendants dated July 20, 2023.

2.    Attached as Exhibit 2 is a true and correct copy of the State of Minnesota's First Set of Interrogatories to Defendants dated July 20, 2023.

3.    Attached as Exhibit 3 is a true and correct copy of Defendants' Responses and Objections to Plaintiff's First Set of Requests for Production of Documents dated August 21, 2023.

4.    Attached as Exhibit 4 is a true and correct copy of Defendants' Responses and Objections to Plaintiff's First Set of Interrogatories dated August 21, 2023.

5.    Attached as Exhibit 5 is a true and correct copy of Plaintiff's Notice of Rule 30(b)(6) Deposition dated January 29, 2024.

6.      Attached as Exhibit 6 is a true and correct copy of Defendants' Responses and Objections to Plaintiff's Notice of Rule 30(b)(6) Deposition of Defendants dated February 9, 2024.

7.      Attached as Exhibit 7 is a true and correct copy of a letter from Counsel for the State of Minnesota to Counsel for Fleet Farm dated September 18, 2023.

8.      Attached as Exhibit 8 is a true and correct copy of a letter from Counsel for the State of Minnesota to Counsel for Fleet Farm dated September 25, 2023.

9.      Attached as Exhibit 9 is a true and correct copy of a letter from Counsel for Fleet Farm to Counsel for the State of Minnesota dated October 3, 2023.

10.     Attached as Exhibit 10 is a true and correct copy of an email exchange between Counsel for the State of Minnesota and Counsel for Fleet Farm ending October 27, 2023.

11.     Attached as Exhibit 11 is a true and correct copy of a letter from Counsel for Fleet Farm to Counsel for the State of Minnesota dated November 10, 2023.

12.     Attached as Exhibit 12 is a true and correct copy of a letter from Counsel for the State of Minnesota to Counsel for Fleet Farm dated November 17, 2023.

13.     Attached as Exhibit 13 is a true and correct copy of a letter from Counsel for the State of Minnesota to Counsel for Fleet Farm dated November 22, 2023.

14.     Attached as Exhibit 14 is a true and correct copy of a letter from Counsel for Fleet Farm to Counsel for the State of Minnesota dated December 5, 2023.

15.     Attached as Exhibit 15 is a true and correct copy of a letter from Counsel for Fleet Farm to Counsel for the State of Minnesota dated January 24, 2024.

16.    Attached as Exhibit 16 is a true and correct copy of an email exchange between Counsel for the State of Minnesota and Counsel for Fleet Farm ending January 25, 2024.

17.    Attached as Exhibit 17 is a true and correct copy of a letter from Counsel for the State of Minnesota to Counsel for Fleet Farm dated January 26, 2024.

18.    Attached as Exhibit 18 is a true and correct copy of a letter from Counsel for Fleet Farm to Counsel for the State of Minnesota dated February 2, 2024.

19.    Attached as Exhibit 19 is a true and correct copy of a document production transmittal letter from Counsel for Fleet Farm to Counsel to the State of Minnesota dated December 18, 2023.

20.    Attached as Exhibit 20 is a true and correct copy of a document production transmittal letter from Counsel for Fleet Farm to Counsel to the State of Minnesota dated January 19, 2024.

21.    Attached as Exhibit 21 is a true and correct copy of a document production transmittal letter from Counsel for Fleet Farm to Counsel to the State of Minnesota dated February 19, 2024.

22.    Attached as Exhibit 22 is a true and correct copy of a document production transmittal letter from Counsel for Fleet Farm to Counsel to the State of Minnesota dated February 26, 2024.

23.    Attached as Exhibit 23 is a true and correct copy of a document produced by Fleet Farm to the State with Production No. FF_0002715-21, which Fleet Farm initially designated as Confidential under the Protective Order but agreed could be de-designated

and filed publicly so long as the individual's social security number and birth date and month are redacted. The State has redacted this document in accordance with Fed. R. Civ. P. 5.2(a).

24.     Attached as Exhibit 24 is a true and correct copy of ATF Form 3310.4, which is publicly available at https://www.atf.gov/firearms/docs/form/report-multiple-sale-or-other-disposition-pistols-and-revolvers-atf-form-33104/download.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2024, in St. Paul, Minnesota.

/s/ Katherine A. Moerke
Katherine A. Moerke