**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>    Plaintiff,<br><br>    v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>    Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**NOTICE OF RULE 30(B)(6) DEPOSITION OF DEFENDANTS** |

In accordance with Rules 26 and 30 of the Federal Rules of Civil Procedure, the State of Minnesota by its Attorney General, Keith Ellison, will take the deposition of Defendants on February 23, 2024 at 9 a.m. or another date and time determined by agreement of the Parties at the Office of the Minnesota Attorney General, 445 Minnesota Street, St. Paul, MN 55101-2131. The deposition will be recorded via stenographic means and taken before a notary public.

In accordance with Federal Rule of Civil Procedure 30(b)(6), Defendants shall designate as their representative(s) one or more persons who consent to testify on their behalf with respect to the attached Topics for Examination. The Definitions in the State's First Set of Interrogatories and First Set of Requests for Production are incorporated by reference.

Dated: January 29, 2024

Respectfully submitted,

**STATE OF MINNESOTA**

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY (#030234X)
Deputy Attorney General

**/s/ Katherine A. Moerke**
KATHERINE MOERKE (#0312277)
JASON PLEGGENKUHLE (#0391772)
ERIC J. MALONEY (#0396326)
Assistant Attorneys General

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
katherine.moerke@ag.state.mn.us
Telephone: (651) 728-7174

**UNIVERSITY OF MINNESOTA GUN VIOLENCE PREVENTION CLINIC**

MEGAN WALSH (#0394837)
Special Assistant Attorney General

ARIELLE HUGEL
WILLIAM ROBERTS
NICHOLAS TAYLOR
Certified Student Attorneys

University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
Phone: 612-625-5515
wals0270@umn.edu

*Attorneys for State of Minnesota*

2

**Topics for Examination for Rule 30(b)(6) Deposition of Fleet Farm**

1.      Fleet Farm's awareness and knowledge about straw purchasing of firearms.

2.      Fleet Farm's policies, procedures, and practices regarding straw purchasing of firearms, including any changes made after Fleet Farm became aware of straw purchasing by Horton or Elwood or the commencement of this lawsuit.

3.      Fleet Farm's training for employees regarding straw purchasing of firearms, including methods, frequency, and topics of training and which employees receive training, including any changes made after Fleet Farm became aware of straw purchasing by Horton or Elwood or the commencement of this lawsuit.

4.      Fleet Farm's auditing and employee discipline related to violations or potential violations of Fleet Farm policies or procedures relating to the sale of firearms, including the details of the conduct, Fleet Farm's investigation, and the outcome of the auditing or discipline process.

5.      All suspected or confirmed straw purchasers of firearms who Fleet Farm has identified, including names, dates, circumstances, and any related reporting of information to the ATF or other law enforcement agencies.

6.      Fleet Farm's sales of firearms to Jerome Horton and any related actions taken by Fleet Farm.

7.      Fleet Farm's sales of firearms to Sarah Elwood and any related actions taken by Fleet Farm.

8.      All occasions during the relevant time period when Fleet Farm has not proceeded with a firearms sale desired by a prospective purchaser.

9.      Fleet Farm's organizational structure with respect to firearms sales and departments that interact with firearms, including the Hunting Department.

10.      Fleet Farm's creation and maintenance of records, documents, and data used and maintained in the ordinary course of business related to Fleet Farm's sales of firearms, including Fleet Farm's creation and maintenance of surveillance video, Fleet Farm's creation and maintenance of personnel data, and Fleet Farm's general document retention policies and procedures.