# Katherine Moerke

**From:** Davis, Andrew W. <andrew.davis@stinson.com>
**Sent:** Friday, October 27, 2023 2:15 PM
**To:** Katherine Moerke; Leiendecker, Andrew P.; Noteboom, Todd
**Cc:** Jason Pleggenkuhle; Eric Maloney; Julie Jeppesen; Hemenway, Zachary H.; Arielle Hugel; Will Roberts; Nick Taylor; Megan Walsh; Wright, Zachary J.
**Subject:** RE: State of Minnesota v. Fleet Farm - Discovery Deficiencies

Katie,

Thank you for your email.  We anticipate being able to circulate proposed search terms and custodians to you the week of November 6, and anticipate the next rolling production of documents following shortly thereafter.

Regarding Fleet Farm hard copy documents potentially responsive to the State's discovery requests, we have identified and discussed with you the fact that Fleet Farm maintains the ATF Form 4473s in hard copy at the individual store level. Because Fleet Farm FFLs generate a Form 4473 for each firearm transaction, there are nearly 150,000 distinct ATF Form 4473s maintained in hard copy across Fleet Farm's 17 retail stores in Minnesota reflecting sales during the relevant time period.

The expense and burden associated with the collection, review, scanning, and production of such a large quantity of hard copy documents is unreasonable, is not proportional to the needs of the case, and outweighs any possible benefit of such discovery, particularly given that a substantial number of the Form 4473s relate to long guns such as rifles, shotguns, and similar hunting firearms, and that the overwhelming majority of such firearms are undoubtedly purchased by law abiding citizens whose purchases are irrelevant to the State's claims, making such documents irrelevant to the claims in the case.

That said, based on Fleet Farm's understanding of the State's claims, Fleet Farm recognizes that some number of Form 4473s could conceivably have relevance to the claims or defenses in this case, particularly those Form 4473s that correspond to firearm sales where multiple handguns were purchased in a single transaction or within a five-day period. Accordingly, Fleet Farm proposes the following, reasonable process to identify and produce Form 4473s that are potentially relevant to the State's claims: (1) Fleet Farm will review its internal Acquisition and Disposition (A & D) Log and identify those instances in which 2 or more handguns were purchased at a Fleet Farm retail store in Minnesota by a single purchaser within a five day period, for the period from January 1, 2017 through October 5, 2022; and (2) Fleet Farm will then identify, collect, and produce the applicable Form 4473 for each such sale.

We believe this is a reasonable proposal that helps mitigate the burden and expense to Fleet Farm associated with this discovery request, and that provides the State with the information (to the extent it exists) that the State may assert is potentially relevant to its claims in this case.

Please let us know if this proposal is acceptable to the State. If it is, we will memorialize our agreement in a written letter to the State.

Finally, we note that the State has proposed a start date of January 1, 2017 for certain of its document requests, while Fleet Farm has proposed a start date of October 5, 2016, unless otherwise specified. Please confirm whether you prefer that Fleet Farm use January 1, 2017 or October 5, 2016, as the starting date for the production of responsive documents, unless otherwise specified.

Please let me know if it would be helpful to schedule a call to discuss this proposal.

Hope you have a nice weekend,

Andy


**Andrew W. Davis**
Partner
Pronouns: He/Him

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct: 612.335.1556 \ Bio

Assistant: MPL.LSSTeam2@stinson.com \ 612.335.1966

**STINSON.COM**

**From:** Katherine Moerke <Katherine.Moerke@ag.state.mn.us>
**Sent:** Tuesday, October 24, 2023 11:02 AM
**To:** Davis, Andrew W. <andrew.davis@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Noteboom, Todd <todd.noteboom@stinson.com>
**Cc:** Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; Eric Maloney <Eric.Maloney@ag.state.mn.us>; Julie Jeppesen <Julie.Jeppesen@ag.state.mn.us>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Arielle Hugel <hugel004@umn.edu>; Will Roberts <robe2331@umn.edu>; Nick Taylor <tayl1110@umn.edu>; Megan Walsh <wals0270@umn.edu>
**Subject:** RE: State of Minnesota v. Fleet Farm - Discovery Deficiencies

Counsel,

I am following up about Defendants' responses to the State's First Set of Requests for Production and Interrogatories and the parties' prior correspondence (i.e., the State's September 18 and 25, 2023 letters and Defendants' September 21, 2023 and October 3, 2023 letters).

Are you able to provide a date for the next rolling production of documents by Defendants? In addition, are you able to provide a date when you will provide search terms and custodians for certain ESI from Defendants for input and discussion? With respect to files in individual Fleet Farm stores, have you decided whether you will produce these files or the State may proceed with inspections? We are ready to proceed either way.

The State maintains its position reflected in correspondence that Defendants' responses to several interrogatories violate Rule 33 and that Defendants' failure to specify a time for production of documents violates Rule 34(b)(2)(B).

Sincerely,
Katie

**From:** Davis, Andrew W. <andrew.davis@stinson.com>
**Sent:** Tuesday, October 3, 2023 10:59 AM
**To:** Katherine Moerke <Katherine.Moerke@ag.state.mn.us>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Noteboom, Todd <todd.noteboom@stinson.com>
**Cc:** Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; Eric Maloney <Eric.Maloney@ag.state.mn.us>; Julie Jeppesen <Julie.Jeppesen@ag.state.mn.us>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>
**Subject:** RE: State of Minnesota v. Fleet Farm - Discovery Deficiencies

Katie,

Please see the attached correspondence. Thank you.

Andy

**Andrew W. Davis**
Partner
Pronouns: He/Him

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct: 612.335.1556 \ Bio

Assistant: MPL.LSSTeam2@stinson.com \ 612.335.1966

STINSON.COM
This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** Katherine Moerke <Katherine.Moerke@ag.state.mn.us>
**Sent:** Monday, September 25, 2023 12:27 PM
**To:** Davis, Andrew W. <andrew.davis@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Noteboom, Todd <todd.noteboom@stinson.com>
**Cc:** Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; Eric Maloney <Eric.Maloney@ag.state.mn.us>; Julie Jeppesen <Julie.Jeppesen@ag.state.mn.us>
**Subject:** RE: State of Minnesota v. Fleet Farm - Discovery Deficiencies

**External Email – Use Caution**

Andy and Zach,

Thank you for the meet-and-confer call last week. Please see the attached letter following up on our call.

Sincerely,
Katie

**From:** Katherine Moerke
**Sent:** Monday, September 18, 2023 3:55 PM
**To:** Davis, Andrew W. <andrew.davis@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Noteboom, Todd <todd.noteboom@stinson.com>
**Cc:** Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; Eric Maloney <Eric.Maloney@ag.state.mn.us>; Julie Jeppesen <Julie.Jeppesen@ag.state.mn.us>
**Subject:** State of Minnesota v. Fleet Farm - Discovery Deficiencies

Dear Counsel,

Please see the enclosed letter about discovery deficiencies and let us know when you are available to meet and confer.

Sincerely,
Katie

Katherine A. Moerke
Assistant Attorney General
Consumer, Wage, and Antitrust Division
Minnesota Attorney General's Office
445 Minnesota St., Suite 1200
St. Paul, MN 55102
(651) 728-7174

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.