## Katherine Moerke

| | |
|---|---|
| **From:** | Katherine Moerke |
| **Sent:** | Thursday, January 25, 2024 12:28 PM |
| **To:** | Davis, Andrew W.; Wright, Zachary J.; Noteboom, Todd; Leiendecker, Andrew P.; Hemenway, Zachary H.; Harrison, Courtney J. |
| **Cc:** | Eric Maloney; Jason Pleggenkuhle; James Canaday; Megan Walsh; Arielle Hugel; Will Roberts; Nick Taylor; Chris Osborne |
| **Subject:** | RE: State of Minnesota v. Fleet Farm - Defendants' response to the State's RFP No. 6 |

Counsel,

The State is in receipt of your letter sent yesterday, January 24, 2024, regarding Defendants' response to RFP No. 6. The State is disappointed that Defendants took more than a month to respond to the State's December 22, 2023 compromise proposal to address Defendants' arguments about responsive documents, especially given that Defendants ultimately rejected the State's fourth compromise, offered no counter-proposal, and instead re-offered Defendants' prior proposal, which the State has rejected.

Your letter also continues to mischaracterize what the State is seeking by focusing on individual ATF Forms 4473s and 3310.4s rather than Defendants' A&D logs, which are not burdensome to produce. Further, your assertion that "Plaintiff has recognized that the customer information provided in Fleet Farm's A&D logs should be no broader than the Form 4473s produced in this case, and that it is appropriate for Fleet Farm to 'redact personally identifying information (i.e., names, addresses, phone numbers, etc.) for all purchasers other than purchasers' whose Form 4473s are produced is incorrect. The State was only willing to limited redactions of A&D logs if this allowed the parties to reach a compromise without Court intervention.

The State intends to proceed with a motion to compel, including for complete A&D logs in response to RFP No. 6.

Sincerely,
Katie

---

**From:** Davis, Andrew W. <andrew.davis@stinson.com>
**Sent:** Monday, January 8, 2024 1:36 PM
**To:** Katherine Moerke <Katherine.Moerke@ag.state.mn.us>; Wright, Zachary J. <zachary.wright@stinson.com>; Noteboom, Todd <todd.noteboom@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>
**Cc:** Eric Maloney <Eric.Maloney@ag.state.mn.us>; Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; James Canaday <James.Canaday@ag.state.mn.us>; Megan Walsh <wals0270@umn.edu>; Arielle Hugel <hugel004@umn.edu>; Will Roberts <robe2331@umn.edu>; Nick Taylor <tayl1110@umn.edu>; Chris Osborne <Chris.Osborne@ag.state.mn.us>
**Subject:** RE: State of Minnesota v. Fleet Farm - Defendants' response to the State's RFP No. 6

Katie,

We are still reviewing the State's proposed compromise proposal in your December 22, 2023 letter and will respond shortly. Thank you.

Andy

**Andrew W. Davis**
Partner
Pronouns: He/Him

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct: 612.335.1556 \ Bio

Assistant: MPL.LSSTeam2@stinson.com \ 612.335.1966

**STINSON.COM**
This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** Katherine Moerke <Katherine.Moerke@ag.state.mn.us>
**Sent:** Friday, December 22, 2023 3:11 PM
**To:** Davis, Andrew W. <andrew.davis@stinson.com>; Wright, Zachary J. <zachary.wright@stinson.com>; Noteboom, Todd <todd.noteboom@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>
**Cc:** Eric Maloney <Eric.Maloney@ag.state.mn.us>; Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; James Canaday <James.Canaday@ag.state.mn.us>; Megan Walsh <wals0270@umn.edu>; Arielle Hugel <hugel004@umn.edu>; Will Roberts <robe2331@umn.edu>; Nick Taylor <tayl1110@umn.edu>; Chris Osborne <Chris.Osborne@ag.state.mn.us>
**Subject:** State of Minnesota v. Fleet Farm - Defendants' response to the State's RFP No. 6

**External Email – Use Caution**

Counsel,

Please see the attached letter about Defendants' production in response to the State's RFP No. 6, which contains another compromise proposal from the State to seek to resolve this dispute.

Katie

Katherine A. Moerke
Assistant Attorney General
Antitrust Division
Minnesota Attorney General's Office
445 Minnesota St., Suite 1400
St. Paul, MN 55102
(651) 728-7174


Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.