

Andrew Davis
DIRECT: 612.335.1556
OFFICE: 612.335.1500

Andrew.Davis@stinson.com

December 18, 2023

**VIA EMAIL**

Katherine A. Moerke
Eric J. Maloney
James W. Canaday
Jason T. Pleggenkuhle
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
katherine.moerke@ag.state.mn.us
eric.maloney@ag.state.mn.us
james.canaday@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us

Megan Walsh
Arielle Hugel
William Roberts
Nick Taylor
University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
wals0270@umn.edu
hugel004@umn.edu
robe2331@umn.edu
tayl1110@umn.edu

Re:     *State of Minnesota v. Fleet Farm LLC, et al.*, Case No. 0:22-cv-02694-JRT-JFD

Counsel:

Fleet Farm is producing to you today a production of documents pursuant to the terms of the Order Regarding Electronically Stored Information and Paper Documents (ECF 53). These documents are responsive to the First Set of RFP to Fleet Farm and/or the First Set of Interrogatories to Fleet Farm.

Pursuant to the terms of the Parties' agreement, **Appendix A** contains documents that have been identified as responsive to certain interrogatories under Fed. R. Civ. P. 33(d).

Portions of this production have been marked CONFIDENTIAL pursuant to the Protective Order entered in this case (ECF 49).

A link to the production is below:

https://stinson.sharefile.com/d-s94f8fd2375e74bf293006479a9a2af8c

Contained in this production are documents branded with the following Bates Range:

FF_0000958 – FF_0005668

Katherine A. Moerke, et al.
December 18, 2023

The production also includes corresponding load files pursuant to the Stipulated Order. The production is password-protected. I will be providing the password by separate cover email.

Fleet Farm has taken reasonable efforts to ensure that this production does not include materials subject to the attorney-client privilege, work product protection, or any other applicable privilege or protection. Pursuant to the Protective Order, the inadvertent or unintentional production of such materials does not constitute a waiver of, or estoppel as to, any claim of privilege, work product, or other ground for withholding production to which Fleet Farm or any other person otherwise would be entitled.

Sincerely,

**Stinson LLP**

Andrew W. Davis

cc:     Todd Noteboom
        Andrew Leiendecker
        Zachary Hemenway
        Courtney Harrison
        Zachary Wright

2

Katherine A. Moerke, et al.
December 18, 2023

## APPENDIX A

**Interrogatory 5:**

| | | |
|---|---|---|
| | FF_0002311 | FF_0002793 |
| | FF_0002312 | FF_0002831 |
| FF_0000958 | FF_0002316 | FF_0002832 |
| FF_0000960 | FF_0002317 | FF_0002836 |
| FF_0000961 | FF_0002335 | FF_0002837 |
| FF_0000962 | FF_0002337 | FF_0002870 |
| FF_0001051 | FF_0002369 | FF_0002871 |
| FF_0001189 | FF_0002370 | FF_0002878 |
| FF_0001201 | FF_0002387 | FF_0002881 |
| FF_0001212 | FF_0002390 | FF_0002882 |
| FF_0001215 | FF_0002436 | FF_0002884 |
| FF_0001331 | FF_0002438 | FF_0002917 |
| FF_0001334 | FF_0002445 | FF_0002933 |
| FF_0001463 | FF_0002446 | FF_0002978 |
| FF_0001467 | FF_0002465 | FF_0002998 |
| FF_0001468 | FF_0002466 | FF_0003017 |
| FF_0001496 | FF_0002493 | FF_0003018 |
| FF_0001497 | FF_0002501 | FF_0003025 |
| FF_0001498 | FF_0002506 | FF_0003026 |
| FF_0001499 | FF_0002509 | FF_0003077 |
| FF_0001507 | FF_0002523 | FF_0003079 |
| FF_0001514 | FF_0002524 | FF_0003088 |
| FF_0001520 | FF_0002525 | FF_0003097 |
| FF_0001531 | FF_0002559 | FF_0003104 |
| FF_0001542 | FF_0002560 | FF_0003111 |
| FF_0001547 | FF_0002582 | FF_0003115 |
| FF_0001554 | FF_0002584 | FF_0003124 |
| FF_0002084 | FF_0002616 | FF_0003127 |
| FF_0002086 | FF_0002624 | FF_0003186 |
| FF_0002103 | FF_0002652 | FF_0003204 |
| FF_0002104 | FF_0002661 | FF_0003205 |
| FF_0002121 | FF_0002664 | FF_0003212 |
| FF_0002122 | FF_0002667 | FF_0003213 |
| FF_0002139 | FF_0002669 | FF_0003217 |
| FF_0002149 | FF_0002671 | FF_0003221 |
| FF_0002150 | FF_0002675 | FF_0003225 |
| FF_0002153 | FF_0002677 | FF_0003230 |
| FF_0002157 | FF_0002684 | FF_0003249 |
| FF_0002158 | FF_0002686 | FF_0003268 |
| FF_0002177 | FF_0002688 | FF_0003269 |
| FF_0002193 | FF_0002730 | FF_0003288 |
| FF_0002194 | FF_0002751 | FF_0003305 |
| FF_0002209 | FF_0002761 | FF_0003312 |
| FF_0002210 | FF_0002762 | FF_0003330 |

Katherine A. Moerke, et al.
December 18, 2023

| | |
|---|---|
| FF_0003336 | FF_0003809 |
| FF_0003342 | FF_0003831 |
| FF_0003352 | |
| FF_0003357 | |
| FF_0003371 | |
| FF_0003398 | |
| FF_0003408 | |
| FF_0003421 | |
| FF_0003422 | |
| FF_0003423 | |
| FF_0003424 | |
| FF_0003442 | |
| FF_0003444 | |
| FF_0003445 | |
| FF_0003446 | |
| FF_0003449 | |
| FF_0003450 | |
| FF_0003541 | |
| FF_0003543 | |
| FF_0003558 | |
| FF_0003559 | |
| FF_0003612 | |
| FF_0003613 | |
| FF_0003619 | |
| FF_0003625 | |
| FF_0003630 | |
| FF_0003635 | |
| FF_0003641 | |
| FF_0003647 | |
| FF_0003652 | |
| FF_0003657 | |
| FF_0003663 | |
| FF_0003669 | |
| FF_0003675 | |
| FF_0003710 | |
| FF_0003727 | |
| FF_0003732 | |
| FF_0003750 | |
| FF_0003753 | |
| FF_0003754 | |
| FF_0003756 | |
| FF_0003757 | |
| FF_0003758 | |
| FF_0003773 | |
| FF_0003788 | |
| FF_0003793 | |

Katherine A. Moerke, et al.
December 18, 2023

**Interrogatory 9**

FF_0000963
FF_0000964
FF_0001173
FF_0001174
FF_0001175
FF_0001176
FF_0004004
FF_0004029
FF_0004039
FF_0001229
FF_0001234
FF_0001320
FF_0001330
FF_0001332
FF_0001355
FF_0001360
FF_0001364
FF_0001460
FF_0001473
FF_0001479
FF_0001484
FF_0001485
FF_0001487
FF_0001488
FF_0001490
FF_0001491
FF_0001492
FF_0001493
FF_0001494
FF_0001495
FF_0001561
FF_0001566
FF_0004093
FF_0004098
FF_0001567
FF_0001653
FF_0001663
FF_0001668
FF_0001754
FF_0001764
FF_0001765
FF_0001766
FF_0001768
FF_0001769

FF_0001771
FF_0001772
FF_0001773
FF_0001774
FF_0001775
FF_0001776
FF_0001777
FF_0001781
FF_0001867
FF_0001877
FF_0001882
FF_0001894
FF_0001899
FF_0001910
FF_0001914
FF_0001934
FF_0002229
FF_0002334
FF_0002367
FF_0002368
FF_0002379
FF_0002407
FF_0002408
FF_0002409
FF_0002411
FF_0004459
FF_0002412
FF_0002413
FF_0002414
FF_0004461
FF_0002415
FF_0004462
FF_0002416
FF_0004463
FF_0004549
FF_0002420
FF_0002425
FF_0002486
FF_0002639
FF_0002644
FF_0002897
FF_0002899

5

Katherine A. Moerke, et al.
December 18, 2023

**Interrogatory 14:**

FF_0001484
FF_0001893
FF_0002408
FF_0002744
FF_0002745
FF_0002746