

Andrew Davis
DIRECT: 612.335.1556
OFFICE: 612.335.1500

Andrew.Davis@stinson.com

January 19, 2024

**<u>VIA EMAIL</u>**

| | |
|---|---|
| Katherine A. Moerke | Megan Walsh |
| Eric J. Maloney | Arielle Hugel |
| James W. Canaday | William Roberts |
| Jason T. Pleggenkuhle | Nick Taylor |
| Office of the Minnesota Attorney General | University of Minnesota Law School |
| 445 Minnesota Street, Suite 1200 | 190 Mondale Hall |
| St. Paul, MN 55101-2130 | 229 19th Avenue South |
| katherine.moerke@ag.state.mn.us | Minneapolis, MN 55455 |
| eric.maloney@ag.state.mn.us | wals0270@umn.edu |
| james.canaday@ag.state.mn.us | hugel004@umn.edu |
| jason.pleggenkuhle@ag.state.mn.us | robe2331@umn.edu |
| | tayl1110@umn.edu |

Re:    *State of Minnesota v. Fleet Farm LLC, et al.,* Case No. 0:22-cv-02694-JRT-JFD

Counsel:

Fleet Farm is producing to you today a production of documents pursuant to the terms of the Order Regarding Electronically Stored Information and Paper Documents (ECF 53). These documents are responsive to the First Set of RFP to Fleet Farm and/or the First Set of Interrogatories to Fleet Farm.

Pursuant to the terms of the Parties' agreement, **Appendix A** contains documents that have been identified as responsive to certain interrogatories under Fed. R. Civ. P. 33(d).

Portions of this production have been marked CONFIDENTIAL pursuant to the Protective Order entered in this case (ECF 49).

A link to the production is below:

https://stinson.sharefile.com/d-s37cba4395dd24d55b1110b2bf45f29e3

Contained in this production are documents branded with the following Bates Range:

FF_0005269 – FF_0014696

STINSON LLP \ STINSON.COM

Katherine A. Moerke, et al.
January 19, 2024

The production also includes corresponding load files pursuant to the Stipulated Order. The production is password-protected. I will be providing the password by separate cover email.

Fleet Farm has taken reasonable efforts to ensure that this production does not include materials subject to the attorney-client privilege, work product protection, or any other applicable privilege or protection. Pursuant to the Protective Order, the inadvertent or unintentional production of such materials does not constitute a waiver of, or estoppel as to, any claim of privilege, work product, or other ground for withholding production to which Fleet Farm or any other person otherwise would be entitled.

Sincerely,

**Stinson LLP**

Andrew W. Davis

cc:     Todd Noteboom
        Andrew Leiendecker
        Zachary Hemenway
        Courtney Harrison
        Zachary Wright

2

Katherine A. Moerke, et al.
January 19, 2024

## APPENDIX A

**Interrogatory 5:**

| | | |
|---|---|---|
| | FF_0005831 | FF_0012266 |
| | FF_0005857 | FF_0012267 |
| FF_0005276 | FF_0005949 | FF_0012279 |
| FF_0005328 | FF_0005950 | FF_0012281 |
| FF_0005377 | FF_0012064 | FF_0012283 |
| FF_0005401 | FF_0005968 | FF_0012285 |
| FF_0005465 | FF_0005970 | FF_0012287 |
| FF_0005452 | FF_0005972 | FF_0012289 |
| FF_0005535 | FF_0012099 | FF_0012291 |
| FF_0005581 | FF_0012128 | FF_0012293 |
| FF_0005592 | FF_0012171 | FF_0012294 |
| FF_0005605 | FF_0012184 | FF_0012313 |
| FF_0005607 | FF_0012188 | FF_0012315 |
| FF_0005610 | FF_0006013 | FF_0012317 |
| FF_0005612 | FF_0012244 | FF_0012318 |
| FF_0005616 | FF_0012245 | FF_0012343 |
| FF_0005652 | FF_0012249 | FF_0012345 |
| FF_0005617 | FF_0012250 | FF_0012347 |
| FF_0005619 | FF_0012408 | FF_0012350 |
| FF_0005621 | FF_0012409 | FF_0012362 |
| FF_0005653 | FF_0012411 | FF_0012397 |
| FF_0005654 | FF_0012364 | FF_0012399 |
| FF_0005673 | FF_0012412 | FF_0012402 |
| FF_0005676 | FF_0012415 | FF_0012404 |
| FF_0005679 | FF_0012417 | FF_0012406 |
| FF_0005680 | FF_0012419 | FF_0012473 |
| FF_0005682 | FF_0012423 | FF_0012532 |
| FF_0005684 | FF_0012429 | FF_0012568 |
| FF_0005685 | FF_0012431 | FF_0012571 |
| FF_0005686 | FF_0012433 | FF_0012574 |
| FF_0005687 | FF_0012435 | FF_0012538 |
| FF_0005688 | FF_0012440 | FF_0012683 |
| FF_0005689 | FF_0012443 | FF_0012684 |
| FF_0005690 | FF_0012461 | FF_0012697 |
| FF_0005691 | FF_0012464 | FF_0012701 |
| FF_0005633 | FF_0012263 | FF_0012704 |
| FF_0005647 | FF_0012264 | FF_0012707 |
| FF_0005649 | FF_0012374 | FF_0012774 |
| FF_0005710 | FF_0012375 | FF_0012775 |
| FF_0005734 | FF_0012389 | FF_0012786 |
| FF_0005775 | FF_0012391 | FF_0012836 |
| FF_0005798 | FF_0012393 | FF_0012841 |
| FF_0005802 | FF_0012395 | FF_0012846 |
| FF_0005816 | FF_0012265 | FF_0012857 |

3

Katherine A. Moerke, et al.
January 19, 2024

FF_0012849
FF_0012853
FF_0012883
FF_0012885
FF_0012887
FF_0012928
FF_0012973
FF_0013039
FF_0013042
FF_0013044
FF_0012975
FF_0012976
FF_0012977
FF_0012983
FF_0012986
FF_0013011
FF_0013013
FF_0013015
FF_0013107
FF_0013081
FF_0013088
FF_0013156
FF_0013429
FF_0013441
FF_0013447
FF_0013474
FF_0013479
FF_0013497
FF_0013500
FF_0013501
FF_0013503
FF_0013504
FF_0013505
FF_0013520
FF_0013535
FF_0013540
FF_0013556
FF_0013578
FF_0013582
FF_0013584
FF_0013585
FF_0013595
FF_0013656
FF_0013704
FF_0013705
FF_0013716

FF_0013698
FF_0013701
FF_0013734
FF_0013740
FF_0013751
FF_0013768
FF_0013769

Katherine A. Moerke, et al.
January 19, 2024

## Interrogatory 9

FF_0013699
FF_0013713
FF_0013783
FF_0013784

Katherine A. Moerke, et al.
January 19, 2024

**Interrogatory 14:**

FF_0005966

6

Katherine A. Moerke, et al.
January 19, 2024

**Interrogatory 15:**

FF_0005311
FF_0005314
FF_0005317
FF_0005320
FF_0005338
FF_0005504
FF_0005507
FF_0005511
FF_0005514
FF_0005516
FF_0005502
FF_0005566
FF_0005568
FF_0005628
FF_0005650
FF_0005831
FF_0005877
FF_0005880
FF_0005883
FF_0005886
FF_0005889
FF_0005892
FF_0005895
FF_0005898
FF_0005901
FF_0005905
FF_0005909
FF_0005913
FF_0005917
FF_0005921
FF_0005925
FF_0005929
FF_0005932
FF_0005935
FF_0005947
FF_0012047
FF_0012051
FF_0012033
FF_0012040
FF_0012044
FF_0005984
FF_0005991
FF_0005996
FF_0006005

FF_0012372
FF_0012535
FF_0012655
FF_0012788
FF_0012797
FF_0012813
FF_0012862
FF_0012875
FF_0012876
FF_0012880
FF_0012818
FF_0012829
FF_0012831
FF_0012832
FF_0012834
FF_0012846
FF_0012857
FF_0012860
FF_0012844
FF_0012849
FF_0012853
FF_0013039
FF_0013042
FF_0013056
FF_0013059
FF_0013062
FF_0013064
FF_0013457
FF_0013461
FF_0013714
FF_0013712
FF_0013738

7