

Andrew Davis
DIRECT: 612.335.1556
OFFICE: 612.335.1500

Andrew.Davis@stinson.com

February 19, 2024

**<u>VIA EMAIL</u>**

Katherine A. Moerke
Eric J. Maloney
James W. Canaday
Jason T. Pleggenkuhle
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
katherine.moerke@ag.state.mn.us
eric.maloney@ag.state.mn.us
james.canaday@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us

Megan Walsh
Arielle Hugel
William Roberts
Nick Taylor
University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
wals0270@umn.edu
hugel004@umn.edu
robe2331@umn.edu
tayl1110@umn.edu

Re:    *State of Minnesota v. Fleet Farm LLC, et al.,* Case No. 0:22-cv-02694-JRT-JFD

Counsel:

Fleet Farm is producing to you today a production of documents pursuant to the terms of the Order Regarding Electronically Stored Information and Paper Documents (ECF 53). These documents are responsive to the First Set of RFP to Fleet Farm and/or the First Set of Interrogatories to Fleet Farm.

Pursuant to the terms of the Parties' agreement, **Appendix A** contains documents that have been identified as responsive to certain interrogatories under Fed. R. Civ. P. 33(d).

Portions of this production have been marked CONFIDENTIAL pursuant to the Protective Order entered in this case (ECF 49).

A link to the production is below:

https://stinson.sharefile.com/d-sdcf0c34403af41ec9500e6618d5645f2

Contained in this production are documents branded with the following Bates Range:

FF_0014697 – FF_0029743

Katherine A. Moerke, et al.
February 19, 2024

The production also includes corresponding load files pursuant to the Stipulated Order. The production is password-protected. I will be providing the password by separate cover email.

Fleet Farm has taken reasonable efforts to ensure that this production does not include materials subject to the attorney-client privilege, work product protection, or any other applicable privilege or protection. Pursuant to the Protective Order, the inadvertent or unintentional production of such materials does not constitute a waiver of, or estoppel as to, any claim of privilege, work product, or other ground for withholding production to which Fleet Farm or any other person otherwise would be entitled.

Sincerely,

**Stinson LLP**

Andrew W. Davis

cc:     Todd Noteboom
        Andrew Leiendecker
        Zachary Hemenway
        Courtney Harrison
        Zachary Wright

2

Katherine A. Moerke, et al.
February 19, 2024

## <u>APPENDIX A</u>

**Interrogatory 5:**

| | | |
|---|---|---|
| FF_0017572 | FF_0022867 | FF_0023285 |
| FF_0021543 | FF_0022868 | FF_0023287 |
| FF_0021545 | FF_0022922 | FF_0023288 |
| FF_0021549 | FF_0022923 | FF_0023878 |
| FF_0021551 | FF_0022927 | FF_0023880 |
| FF_0021828 | FF_0022931 | FF_0023885 |
| FF_0022214 | FF_0022938 | FF_0023887 |
| FF_0022216 | FF_0022945 | FF_0023888 |
| FF_0021938 | FF_0022956 | FF_0023895 |
| FF_0021939 | FF_0022967 | FF_0023918 |
| FF_0022250 | FF_0022981 | FF_0023920 |
| FF_0022291 | FF_0023016 | FF_0023925 |
| FF_0022292 | FF_0023017 | FF_0023927 |
| FF_0022293 | FF_0023022 | FF_0023928 |
| FF_0022316 | FF_0023027 | FF_0023935 |
| FF_0022321 | FF_0023037 | FF_0023945 |
| FF_0022327 | FF_0023053 | FF_0023950 |
| FF_0022340 | FF_0023058 | FF_0023952 |
| FF_0022341 | FF_0023064 | FF_0023962 |
| FF_0022342 | FF_0023065 | FF_0023964 |
| FF_0022347 | FF_0023066 | FF_0023969 |
| FF_0022353 | FF_0023073 | FF_0023971 |
| FF_0022366 | FF_0023076 | FF_0023972 |
| FF_0022367 | FF_0023082 | FF_0023979 |
| FF_0022372 | FF_0023101 | FF_0023989 |
| FF_0022378 | FF_0023108 | FF_0023994 |
| FF_0022391 | FF_0023180 | FF_0023996 |
| FF_0022392 | FF_0023182 | FF_0023348 |
| FF_0022405 | FF_0023196 | FF_0023349 |
| FF_0022406 | FF_0023197 | FF_0023364 |
| FF_0022655 | FF_0023209 | FF_0023365 |
| FF_0022656 | FF_0023210 | FF_0023398 |
| FF_0022790 | FF_0023216 | FF_0023399 |
| FF_0022791 | FF_0023220 | FF_0025780 |
| FF_0022820 | FF_0023221 | FF_0025781 |
| FF_0022821 | FF_0023227 | FF_0025785 |
| FF_0022647 | FF_0023259 | FF_0025845 |
| FF_0022648 | FF_0023260 | FF_0025847 |
| | FF_0023283 | FF_0025852 |
| | FF_0023284 | FF_0025854 |

3

Katherine A. Moerke, et al.
February 19, 2024

| | |
|---|---|
| FF_0025855 | FF_0029389 |
| FF_0025862 | FF_0029390 |
| FF_0025872 | FF_0029592 |
| FF_0025877 | FF_0029594 |
| FF_0025879 | |
| FF_0025889 | |
| FF_0024714 | |
| FF_0024716 | |
| FF_0024797 | |
| FF_0025038 | |
| FF_0025039 | |
| FF_0025072 | |
| FF_0025160 | |
| FF_0026201 | |
| FF_0026203 | |
| FF_0026213 | |
| FF_0026223 | |
| FF_0026458 | |
| FF_0026464 | |
| FF_0024258 | |
| FF_0027370 | |
| FF_0027449 | |
| FF_0027454 | |
| FF_0027460 | |
| FF_0027473 | |
| FF_0027474 | |
| FF_0027479 | |
| FF_0027485 | |
| FF_0027732 | |
| FF_0027866 | |
| FF_0028188 | |
| FF_0028198 | |
| FF_0028208 | |
| FF_0028223 | |
| FF_0028229 | |
| FF_0028297 | |
| FF_0028911 | |
| FF_0028913 | |
| FF_0028543 | |
| FF_0028602 | |
| FF_0029321 | |
| FF_0029337 | |

4

Katherine A. Moerke, et al.
February 19, 2024

**Interrogatory 9:**

FF_0021139
FF_0021143
FF_0028820

Katherine A. Moerke, et al.
February 19, 2024

**Interrogatory 15:**

| | | |
|---|---|---|
| FF_0014712 | FF_0017830 | FF_0021445 |
| FF_0014719 | FF_0017854 | FF_0021446 |
| FF_0016794 | FF_0017867 | FF_0021216 |
| FF_0015007 | FF_0017880 | FF_0021218 |
| FF_0015705 | FF_0017892 | FF_0021265 |
| FF_0016168 | FF_0017913 | FF_0021471 |
| FF_0016181 | FF_0017931 | FF_0021472 |
| FF_0016183 | FF_0017947 | FF_0021489 |
| FF_0016232 | FF_0017964 | FF_0021943 |
| FF_0016236 | FF_0017978 | FF_0021947 |
| FF_0016254 | FF_0017983 | FF_0021952 |
| FF_0016277 | FF_0017987 | FF_0022224 |
| FF_0016284 | FF_0018004 | FF_0022248 |
| FF_0016304 | FF_0018020 | FF_0022252 |
| FF_0016329 | FF_0020616 | FF_0022254 |
| FF_0016351 | FF_0020657 | FF_0022274 |
| FF_0016376 | FF_0020694 | FF_0022286 |
| FF_0016411 | FF_0020731 | FF_0022288 |
| FF_0016426 | FF_0020751 | FF_0021959 |
| FF_0016440 | FF_0020790 | FF_0021962 |
| FF_0016463 | FF_0020812 | FF_0021965 |
| FF_0016500 | FF_0020834 | FF_0021967 |
| FF_0016539 | FF_0020856 | FF_0021968 |
| FF_0016575 | FF_0020878 | FF_0021985 |
| FF_0016591 | FF_0020927 | FF_0021988 |
| FF_0016606 | FF_0020977 | FF_0021991 |
| FF_0016625 | FF_0020990 | FF_0021992 |
| FF_0016654 | FF_0021000 | FF_0022002 |
| FF_0016673 | FF_0021013 | FF_0022004 |
| FF_0016695 | FF_0021024 | FF_0022006 |
| FF_0016714 | FF_0021041 | FF_0022026 |
| FF_0016722 | FF_0021050 | FF_0022031 |
| FF_0016735 | FF_0021059 | FF_0022033 |
| FF_0015176 | FF_0021071 | FF_0022038 |
| FF_0015179 | FF_0020554 | FF_0022045 |
| FF_0015180 | FF_0021268 | FF_0022047 |
| FF_0015181 | FF_0021282 | FF_0022048 |
| FF_0017620 | FF_0021389 | FF_0022050 |
| FF_0017187 | FF_0021144 | FF_0022524 |
| FF_0020534 | FF_0021419 | FF_0022526 |
| | FF_0021439 | FF_0022547 |
| | FF_0021442 | FF_0022572 |

6

Katherine A. Moerke, et al.
February 19, 2024

| | | |
|---|---|---|
| FF_0022575 | FF_0022995 | FF_0024717 |
| FF_0022596 | FF_0023002 | FF_0024728 |
| FF_0022618 | FF_0023010 | FF_0024787 |
| FF_0022627 | FF_0023015 | FF_0024796 |
| FF_0022290 | FF_0023047 | FF_0024800 |
| FF_0022294 | FF_0023048 | FF_0024801 |
| FF_0022303 | FF_0023050 | FF_0024804 |
| FF_0022312 | FF_0023051 | FF_0024806 |
| FF_0022314 | FF_0023121 | FF_0024899 |
| FF_0022424 | FF_0023159 | FF_0024972 |
| FF_0022669 | FF_0023160 | FF_0025003 |
| FF_0022688 | FF_0023312 | FF_0027217 |
| FF_0022693 | FF_0023316 | FF_0026609 |
| FF_0022700 | FF_0023694 | FF_0026693 |
| FF_0022707 | FF_0023697 | FF_0029012 |
| FF_0022714 | FF_0023698 | FF_0029015 |
| FF_0022719 | FF_0023699 | FF_0029020 |
| FF_0022723 | FF_0023713 | FF_0029022 |
| FF_0022733 | FF_0023716 | FF_0029023 |
| FF_0022750 | FF_0023719 | FF_0029025 |
| FF_0022766 | FF_0023722 | FF_0029026 |
| FF_0022782 | FF_0023725 | FF_0029027 |
| FF_0022808 | FF_0023774 | FF_0029085 |
| FF_0022814 | FF_0023792 | FF_0028532 |
| FF_0022825 | FF_0023796 | FF_0028559 |
| FF_0022827 | FF_0023802 | FF_0028565 |
| FF_0022828 | FF_0023803 | FF_0028573 |
| FF_0022830 | FF_0023805 | FF_0028581 |
| FF_0022087 | FF_0023807 | FF_0028343 |
| FF_0022089 | FF_0023813 | FF_0028356 |
| FF_0022091 | FF_0023815 | FF_0028357 |
| FF_0022093 | FF_0023817 | FF_0028358 |
| FF_0022095 | FF_0023825 | FF_0029312 |
| FF_0022097 | FF_0023826 | FF_0029313 |
| FF_0022099 | FF_0023447 | FF_0029314 |
| FF_0022101 | FF_0023451 | FF_0029315 |
| FF_0022103 | FF_0023480 | FF_0029316 |
| FF_0022889 | FF_0023483 | FF_0029333 |
| FF_0022899 | FF_0023508 | FF_0029334 |
| FF_0022900 | FF_0025630 | FF_0029335 |
| FF_0022919 | FF_0026004 | FF_0029347 |
| FF_0022920 | FF_0024566 | FF_0029348 |

Katherine A. Moerke, et al.
February 19, 2024

FF_0029350
FF_0029351
FF_0029361
FF_0029362
FF_0029363
FF_0029364
FF_0029365
FF_0029366
FF_0029442
FF_0029445
FF_0029448
FF_0029454
FF_0029456
FF_0029482