

Andrew Davis
DIRECT: 612.335.1556
OFFICE: 612.335.1500

Andrew.Davis@stinson.com

February 26, 2024

**<u>VIA EMAIL</u>**

| | |
|---|---|
| Katherine A. Moerke | Megan Walsh |
| Eric J. Maloney | Arielle Hugel |
| James W. Canaday | William Roberts |
| Jason T. Pleggenkuhle | Nick Taylor |
| Office of the Minnesota Attorney General | University of Minnesota Law School |
| 445 Minnesota Street, Suite 1200 | 190 Mondale Hall |
| St. Paul, MN 55101-2130 | 229 19th Avenue South |
| katherine.moerke@ag.state.mn.us | Minneapolis, MN 55455 |
| eric.maloney@ag.state.mn.us | wals0270@umn.edu |
| james.canaday@ag.state.mn.us | hugel004@umn.edu |
| jason.pleggenkuhle@ag.state.mn.us | robe2331@umn.edu |
| | tayl1110@umn.edu |

Re:    *State of Minnesota v. Fleet Farm LLC, et al.,* Case No. 0:22-cv-02694-JRT-JFD

Counsel:

Fleet Farm is producing to you today a production of documents pursuant to the terms of the Order Regarding Electronically Stored Information and Paper Documents (ECF 53). These documents are responsive to the First Set of RFP to Fleet Farm and/or the First Set of Interrogatories to Fleet Farm.

Pursuant to the terms of the Parties' agreement, **Appendix A** contains documents that have been identified as responsive to certain interrogatories under Fed. R. Civ. P. 33(d).

Portions of this production have been marked CONFIDENTIAL pursuant to the Protective Order entered in this case (ECF 49).

A link to the production is below:

https://stinson.sharefile.com/public/share/web-s04852de9480047fbb84f9ed49500a0ee

Contained in this production are documents branded with the following Bates Range:

FF_0029744 – FF_0029982

STINSON LLP \ STINSON.COM

Katherine A. Moerke, et al.
February 26, 2024

The production also includes corresponding load files pursuant to the Stipulated Order. The production is password-protected. I will be providing the password by separate cover email.

Fleet Farm has taken reasonable efforts to ensure that this production does not include materials subject to the attorney-client privilege, work product protection, or any other applicable privilege or protection.  Pursuant to the Protective Order, the inadvertent or unintentional production of such materials does not constitute a waiver of, or estoppel as to, any claim of privilege, work product, or other ground for withholding production to which Fleet Farm or any other person otherwise would be entitled.

Sincerely,

**Stinson LLP**

Andrew W. Davis


cc:      Todd Noteboom
         Andrew Leiendecker
         Zachary Hemenway
         Courtney Harrison
         Zachary Wright

Katherine A. Moerke, et al.
February 26, 2024

# APPENDIX A

**Interrogatory 5:**

FF_0029744
FF_0029753
FF_0029760
FF_0029767
FF_0029774
FF_0029780
FF_0029785
FF_0029792
FF_0029801
FF_0029809
FF_0029818
FF_0029823
FF_0029826
FF_0029828
FF_0029834
FF_0029844
FF_0029851
FF_0029856
FF_0029864
FF_0029866
FF_0029871

3

Katherine A. Moerke, et al.
February 26, 2024

**Interrogatory 11:**

FF_0029982

4

Katherine A. Moerke, et al.
February 26, 2024

**Interrogatory 12:**

FF_0029982

5