| | |
|---|---|
| **From:** | Jackie Walz [/O=MILLS FLEET FARM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D841CB6AE5FD43E29CC1793525952754-JACKIE] |
| **Sent:** | 10/29/2021 12:07:09 PM |
| **To:** | Mike Radl [/o=Mills Fleet Farm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2e99008966d449838732dab1f38436d7-Mike Ra] |
| **Subject:** | Re: Straw Purchase |

I will when I get back
Jackie Walz
Fleet Farm
Senior HR Manager

On Oct 29, 2021, at 11:52 AM, Mike Radl <Mike.Radl@fleetfarm.com> wrote:



Mike Radl
Safety & Firearms Compliance Manager
Fleet Farm Store Support Center
2401 S. Memorial Drive
Appleton, WI   54915
920/731-8121 x 2620
Mike.Radl@fleetfarm.com
www.fleetfarm.com



**From:** Jackie Walz
**Sent:** Friday, October 29, 2021 11:50 AM
**To:** Brad Hansen <Brad.Hansen@fleetfarm.com>

CONFIDENTIAL

**Cc:** Mike Radl <Mike.Radl@fleetfarm.com>
**Subject:** Re: Straw Purchase

Yes, give me a call on Monday.

Jackie Walz
Fleet Farm
Senior HR Manager

On Oct 29, 2021, at 11:44 AM, Brad Hansen <Brad.Hansen@fleetfarm.com> wrote:

Mike and Jackie,

Ankeny reached out regarding a possible straw purchase situation at their store. This straw purchase also involves a Team Member possible assisting with the straw purchase. I have spoken with Mike regarding this and he is planning on contacting the ATF regarding it. Jackie, can we touch base next week on this to see how we want to address the Team Members involvement in the Straw Purchase?

Below is the information from the Ankeny store along with copies of the 4473 forms.

**Brad Hansen**

Today a Sporting Goods employee, who requested to remain anonymous, reported to Sales Manager Bri that Mark Jewell, the Sporting Goods Team Lead, had a friend of his come into the store and try to purchase a firearm. Mark's friend was denied by NICS so Mark told him to have his wife come in and buy it for him (which is a straw purchase). Mark ensured he was not part of the sale so it would not be linked back to him. The employees who sold the firearm to the wife had no idea what was going on. The employee provided Bri with a last name of Chumbley for the customer.

Upon hearing this Bri came to me to help investigate the claim. I looked up Mark on Facebook and searched his Facebook friends for someone with the last name of Chumbley- Cheryl Chumbley was one of his friends on there. Bri recognized her and her husband as customers that have shopped her before and Mark was friends with. I then searched SOM/Report Server for a firearm sale with that name- two pistols were sold to Cheryl Chumbley on 9/2/2021. Then we looked for dead forms for the denied sale- Ted Chumbley, who has the same address listed as Cheryl, had filled out a 4473 form on 8/29/2021. We received a response from NICS on 9/1/2021 saying he was denied. A search of his name on Iowa Courts showed that he has several assault and domestic charges on his record which is most likely why he was denied. Video of the denied sale is gone, however, video of Cheryl Chumbley's sale was still there so I reviewed and saved it. Ted Chumbley was accompanying Cheryl Chumbley during the sale (identified based on the Facebook photos). Cheryl bought the exact same gun (serial numbers matched) that Ted had been denied for the day prior. Below are the 4473 forms.

Please let us know how you would like us to handle this situation (notify PD of straw purchase, discipline Mark, etc.). I was also informed today that Mark had recently let a gun go out the door without receiving a response from NICS- he called the customer back in saying there was a recall on the gun to get the customer/gun back in the store (not sure when this happened, but it was recent- just shows that he is not responsibly selling firearms).

CONFIDENTIAL

FF_0002716

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record**

OMB No. 1140-0020

WARNING: The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 923 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink unless completed under ATF Rel. 2016-2. PLEASE PRINT.

Transferor's/Seller's Transaction Serial Number (if any)

### Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| | 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|---|
| 1. | HK/Heckler & Koch GMbH | VP9 | 224-326596 | Pistol | 9x19mm |
| 2. | Heckler and Koch | HK45 | HKU-055230 | Pistol | 45 Auto |
| 3. | | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

Two

7. Check if any part of this transaction is a pawn redemption. Record Line Number(s) From Question 1: ☐

8. Check if this transaction is to facilitate a private party transfer. ☐

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| CHUMBLEY | CHERYL | ANN |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| 2585 NE 53 CT | DES MOINES | IA | 50317 | POLK |

11. Place of Birth

U.S. City and State -OR- Foreign Country: DES MOINES IA

12. Height: Ft 5 In. 4

13. Weight (lbs.) 190

14. Sex: ☐ Male ☑ Female ☐ Non-Binary

15. Birth Date: Month █ Day █ Year █

16. Social Security Number (optional, but will help prevent misidentification): █

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☐ Hispanic or Latino
☑ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native  ☐ Black or African American  ☑ White
☐ Asian  ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A)  ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions:

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning:** You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| c. | Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☑ |

Previous Editions Are Obsolete

Page 1 of 6

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

CONFIDENTIAL

... as a mental defective OR have you ever been committed to a mental institution?

|  | Yes | No |
|---|---|---|
| ... from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| ... including a Military Protection Order issued by a military judge or magistrate, restraining you from ... your child or an intimate partner or child of such partner? | ☐ | ☑ |
| ... in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of ... a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☑ |
| ... your United States citizenship? | ☐ | ☑ |
| ... illegally or unlawfully in the United States? | ☐ | ☑ |
| ... alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☑ |
| ... do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☑ |

... answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form ... that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law. ... also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from ... or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm. ... the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or ... statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal ... also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and ... without a Federal firearms license is a violation of Federal law.

**Transferee** *[signature: Cheryl Thimbley]*

23. Certification Date: M 09 D 02 Y 2021

**Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)**

24. Category of firearm(s) to be transferred (check or mark all that apply):
☑ Handgun  ☐ Long Gun (rifle or shotgun)  ☐ Other Firearm (frame, receiver, etc.)

25. If sale or transfer is at a qualifying gun show or event.
Name of Function: _____
City, State: _____

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| IOWA DL | ▮▮▮▮ | 12 | 13 | 2028 |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):
PCS Base/City and State: _____   PCS Effective Date: _____   PCS Order Number (if any): _____

26.d. Exception to the Nonimmigrant Aliens Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473.

27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency:

| Month | Day | Year |
|---|---|---|
| | | |

27.b. The NICS or State transaction number (if provided) was:

27.c. The response initially provided by NICS or the appropriate State agency was:
☐ Proceed  ☐ Delayed _____ [The firearm(s) may be transferred on _____ if State law permits (optional)]  ☐ Denied  ☐ Cancelled

27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:
☐ Proceed _____ (date)  ☐ Denied _____ (date)  ☐ Cancelled _____ (date)  ☐ Overturned _____
☐ No response was provided within 3 business days.

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:
_____ (date)  ☐ Proceed  ☐ Denied  ☐ Cancelled

27.f. Name and Brady identification number of the NICS examiner (optional)
_____ (name)   _____ (number)

27.g. Name of FFL Employee Completing NICS check. (optional)

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

Page 2 of 6           **STAPLE IF PAGES BECOME SEPARATED**           ATF Form 4473 (5) Revised May 2020

CONFIDENTIAL

FF_0002718

29. ☑ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, or as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| IOWA PERMIT TO CARRY | 03/28/2018 | 03/28/2023 | 100KV0581 |

**Section D - Must Be Completed Personally By Transferee/Buyer**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

I certify that all of my responses in Section B of this form are still true, correct, and complete.

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |

**Section E - Must Be Completed By Transferor/Seller**

32. For Use by Licensee

*[signature: Cotton]*

33. Trade/corporate name and address of transferor/seller and Federal Firearm Licensee Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used)

Fleet Farm
3875 SE Delaware Ave
Ankeny, IA, 50021. FFL: 542153012G03259

The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| Harrison Simon | *[signature]* | Month 09 | Day 09 | Year 2021 |

**REMINDER - By the Close of Business Complete ATF Form 3310-4 for Multiple Sales of Handguns Within 5 Consecutive Business Days**

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances - Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 20-15-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions, and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED. If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968), you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

CONFIDENTIAL

FF_0002719

Decd

OMB No. 1140-0020

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record**

Transferor's/Seller's Transaction Serial Number (if any)

WARNING: The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State to which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink unless completed under ATF Rel. 2016-2. PLEASE PRINT.

**Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B**

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Heckler and Koch | HK45 | 19KU-055230 | Pistol | 45 Auto |
| 2. | | | | |
| 3. | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g. one, two, etc. Do not use numerals.)

One

7. Check if any part of this transaction is a pawn redemption. ☐ Record Line Number(s) From Question 1:

8. Check if this transaction is to facilitate a private party transfer. ☐

**Section B - Must Be Completed Personally By Transferee/Buyer**

9. Transferee's/Buyer's Full Name (if legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| CHUMBLEY | TED | JAMES |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| 2585 NE 53RD CT | DES MOINES | IA | 50317 | POLK |

| 11. Place of Birth | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country | Ft. 6 In. 2 | 275 | ☑ Male ☐ Female ☐ Non-Binary | Month ▮ | Day ▮ | Year ▮ |
| DES MOINES IA | | | | | | |

16. Social Security Number (optional, but will help prevent misidentification) ▮▮▮▮

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☐ Hispanic or Latino
☑ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a and 18.b. must be answered.)
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A.)   ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I-94#).

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| c. | Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | ☑ |

Previous Editions Are Obsolete
Page 1 of 6

STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9)
Revised May 2020

FF_0002720

ATF Form 4473 — Firearms Transaction Record (photographed, partially legible)

Aubrey Hastings
Loss Prevention
Fleet Farm – AKY
3875 SE Delaware Ave
Ankeny, IA  50021
(515) 964-3150
LPaky@fleetfarm.com

CONFIDENTIAL