## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No. 22-cv-02694 (JRT/JFD)<br><br>**DECLARATION OF ANDREW W. DAVIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

I, Andrew W. Davis, state that the following are true and correct factual statements of which I have personal knowledge:

1.      I am a partner at Stinson LLP and am licensed to practice law in the State of Minnesota.

2.      I am one of the attorneys representing Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC (together, "Fleet Farm") in the above-captioned matter.

3.      I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Compel.

4.      Attached as **Exhibit A** is a true and correct copy of a letter correspondence sent by Plaintiff's counsel on December 22, 2023.

5.      Attached as **Exhibit B** is a true and correct copy of a letter correspondence sent by Fleet Farm's counsel on September 21, 2023.

- 1 -

6.    Attached as **Exhibit C** is a true and correct copy of an email chain between Plaintiff's counsel and Fleet Farm's counsel entitled "State of Minnesota v. Fleet Farm – Proposed Search Terms and Electronic Document Custodians."

7.    Attached as **Exhibit D** is a true and correct copy of an email chain between Plaintiff's counsel and Fleet Farm's counsel entitled "State of Minnesota v. Fleet Farm LLC et al., Case No. 22-cv-2694.

8.    Attached as **Exhibit E** is a true and correct copy of a letter correspondence sent by Fleet Farm's counsel on February 21, 2024.

9.    Attached as **Exhibit F** is a true and correct copy of Defendants' Amended Responses and Objections to Plaintiff's Interrogatory Nos. 2, 6, and 13.

10.    Attached as **Exhibit G** is a true and correct copy of a document produced by Fleet Farm in this matter at FF_0001484.

11.    As reflected in the attached Exhibits B through D, Plaintiff's counsel and Fleet Farm's counsel have exchanged several communications and proposals between November 7, 2023 and February 21, 2024 regarding the search terms and custodians that Fleet Farm will use to identify potentially responsive documents.

12.    While search term and custodian discussions were ongoing, Fleet Farm's counsel began the process of running search terms over the designated custodial files and identifying documents responsive to Plaintiff's discovery requests, as well as conducting targeted collections of certain categories of responsive documents.

13.    This document review is ongoing, and as of today, 32,824 documents have been reviewed for responsiveness.

14.     As of today, Fleet Farm has made five rolling productions of documents, producing 6,910 documents totaling 29,982 pages, and it anticipates producing additional documents in the near future.

15.     As of today, Plaintiff has made two document productions, producing 248 documents totaling 2,160 pages.  Many of these documents are either publicly available court submissions or news articles.

This declaration is made pursuant to 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on March 5, 2024, in Minneapolis, Minnesota.


                                        */s/ Andrew W. Davis*
                                        Andrew W. Davis