# EXHIBIT A

**The Office of**
# Minnesota Attorney General Keith Ellison
helping people afford their lives and live with dignity, safety, and respect  •  *www.ag.state.mn.us*

Via e-mail

December 22, 2023

Andrew W. Davis
Andrew P. Leiendecker
Todd Noteboom
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

>      Re:    *State v. Fleet Farm LLC, et al.*, Case No.: 0:22-cv-02694-JRT-JFD

Dear Counsel:

I write again about Fleet Farm's production in response to the State's Request for Production No. 6 and to follow up on our December 20, 2023, meet-and-confer call. The State will write separately about the other issues discussed during the call.

Fleet Farm's August 21, 2023, Responses and Objections to Plaintiff's First Set of Requests for Production indicated that, notwithstanding Fleet Farm's objections to RFP No. 6, Fleet Farm would produce (1) Form 4473s, (2) Form 3310.4s, and (3) A&D logs:

> **DOCUMENT REQUEST NO. 6.**
> All firearms transaction records, including acquisition and disposition records, since January 1, 2017.
>
> **RESPONSE:** In addition to the foregoing General Objections, Defendants object to Request No. 6 on the grounds that it is overly broad and unduly burdensome, and that the phrases "firearm transactions records" and "acquisition and disposition records" are vague and ambiguous. Defendants interpret these terms collectively as referring to the ATF Form 4473, the ATF Form 3310.4, and the ATF required Acquisition and Disposition (A&D) log.
>
> Subject to and without waiving these objections, Defendants state that they will conduct a reasonable search and produce, at a reasonable time, ATF Form 4473s, ATF Form 3310.4s, and A&D logs from Fleet Farm retail stores in Minnesota and the Fleet Farm distribution center located in Chippewa Falls, Wisconsin, from the defined time period.

Counsel for Fleet Farm, LLC, et al.
December 22, 2023
Page 2

After serving this discovery response, however, Fleet Farm reversed course and indicated that it is not willing to produce all of these documents—i.e., Form 4473s, Form 3310.4s, and A&D logs—from the relevant time period in response to RFP No. 6.

On October 27, 2023, Fleet Farm argued that producing all ATF Form 4473s was burdensome and not proportional. Fleet Farm proposed the following process "to identify and produce Form 4473s that are potentially relevant to the State's claims":

(1) Fleet Farm will review its internal Acquisition and Disposition (A &D) Log and identify those instances in which 2 or more handguns were purchased at a Fleet Farm retail store in Minnesota by a single purchaser within a five day period, for the period from January 1, 2017 through October 5, 2022; and (2) Fleet Farm will then identify, collect, and produce the applicable Form 4473 for each such sale.

On November 1, 2023, the State rejected Fleet Farm's October 27 proposal and proposed the following process to address Fleet Farm's argument about burden based on Form 4473s being located at individual stores:

(1) Fleet Farm promptly produces the A&D logs from retail stores in Minnesota (rather than having Fleet Farm expend the burden to review and identify certain transactions on these A&D logs as your October 27 email proposed);
(2) Fleet Farm promptly produces the Form 3310.4s; and
(3) the State inspects and scans Form 4473s at individual Fleet Farm stores.

On November 10, 2023, Fleet Farm wrote to the State and argued again that producing all ATF Form 4473s was burdensome and not proportional. Fleet Farm ignored the State's November 1 proposal and repeated Fleet Farm's October 27 proposal:

(1) produce all Form 4473s from the relevant time period reflecting instances where an individual bought multiple handguns from one or more Fleet Farm stores within a five-business-day window; and (2) not produce Form 4473s from the relevant time period reflecting purchases of long guns or purchases by individuals who did not purchase multiple handguns from one or more Fleet Farms stores within a five-business-day window.

On November 17, 2023, the State explained to Fleet Farm why the State is not willing to limit the production of Form 4473s as Fleet Farm proposed. The State also made two new additional alternative proposals to Fleet Farm to address Fleet Farm's arguments about burden and proportionality:

1. All Form 4473s for purchases where the same purchaser purchased multiple firearms from Fleet Farm retail stores from October 5, 2016 to the present (i.e., whether multiple purchases were made within 5 days of another or not and whether purchases were made from the same or different Fleet Farm stores); or

Counsel for Fleet Farm, LLC, et al.
December 22, 2023
Page 3

2. All Form 4473s specifically identified by the State following the State's receipt and review of Fleet Farm's A&D logs.

The State also stated that "[t]here appears to be no dispute between the parties about Fleet Farm's production of the latter two categories: Form 3310.4s and A&D logs. Accordingly, please let us know when Fleet Farm will produce these documents." The State requested a response from Fleet Farm by November 27, 2023.

On December 5, 2023, Fleet Farm rejected the State's three proposals made on November 1 and November 17. Fleet Farm also made its second proposal regarding the production of Form 4473s: "produce all Form 4473s (and, where applicable, the corresponding Form 3310.4s) for purchasers who purchased thirteen or more handguns from one or more Fleet Farm store in Minnesota in the time period of January 1, 2017 through October 5, 2022." Fleet Farm indicated it was willing to meet and confer on December 20, 2023.

During our December 20, 2023, call, you indicated that Fleet Farm was willing to produce A&D logs, but, for the first time, sought to limit the content of the logs to correspond to the production of Form 4473s. Despite the State's three prior proposals to narrow Fleet Farm's production in response to RFP No. 6 as a compromise, you requested yet another compromise proposal from the State. To continue to seek the resolve this dispute without Court intervention, the State proposes the following:

- Fleet Farm produces all A&D logs in their entirety but may redact personally identifying information (i.e., names, addresses, phone numbers, etc.) for all purchasers other than purchasers who purchased two or more firearms from any Fleet Farm stores within any 14-day period.
- Fleet Farm also produces Form 4473s and Form 3310.4s corresponding to the entries in the A&D logs for which Fleet Farm has not redacted personally identifying information in accordance with the above. The State assumes that this would capture all Form 3310.4s in Fleet Farm's possession for the responsive time period.
- Moving forward, Fleet Farm will un-redact A&D log entries for any additional persons that Fleet Farm identifies as straw purchasers in response to Interrogatory No. 12 or that the State has or will identify as a suspected straw purchaser based on other information.

Please let us know whether Fleet Farm agrees to the State's fourth compromise proposal by January 8, 2023.

Sincerely,

KATHERINE MOERKE
Assistant Attorney General

Counsel for Fleet Farm, LLC, et al.
December 22, 2023
Page 4

(651) 728-7174
katherine.moerke@ag.state.mn.us

cc: Eric Maloney, Office of Minnesota Attorney General
    Megan Walsh, Arielle Hugel, William Roberts, and Nick Taylor, University of Minnesota Law
    School