# EXHIBIT C

**From:**              Eric Maloney <Eric.Maloney@ag.state.mn.us>
**Sent:**              Friday, November 17, 2023 4:51 PM
**To:**                Davis, Andrew W.; Katherine Moerke; Jason Pleggenkuhle; Megan Walsh; Arielle Hugel; Will Roberts; Nick Taylor
**Cc:**                Noteboom, Todd; Leiendecker, Andrew P.; Hemenway, Zachary H.; Wright, Zachary J.; Harrison, Courtney J.
**Subject:**           RE: State of Minnesota v. Fleet Farm - Proposed Search Terms and Electronic Document Custodians
**Attachments:**       Fleet Farm_s proposed search terms (MN AGO edits).DOCX

## External Email – Use Caution

Counsel:

Attached please find the State's thoughts on additional or modified search terms that Fleet Farm could utilize in searching for ESI responsive to the State's discovery requests. For newly added search terms, we have added the related document request number(s) in brackets. A few notes in response to your emails on this topic:

First, your custodian list appears to be incomplete. You did not include all of the individuals with knowledge related to the complaint who were disclosed in Fleet Farm's response to the State's Interrogatory No. 2, including Jana Cartier, Chris McCool, and Nick Widi. Is it Fleet Farm's position that those three individuals do not possess responsive ESI?

The State will accept a production of responsive ESI from the six custodians listed, but the State also expects that Fleet Farm will continue to evaluate appropriate custodians and be amenable to searching for ESI from additional custodians proposed by the State. This is particularly true when Fleet Farm has not yet produced a comprehensive list of potential custodians that would allow the state to evaluate the propriety of Fleet Farm's proposed custodians.

Second, could you clarify from which platforms you have already collected ESI for the listed custodians? From reviewing already-produced Fleet Farm documents, it is apparent that Fleet Farm uses a number of different platforms/applications that could contain responsive ESI, including Meta Workplace, BI Publisher, and Lotus Notes, as well as whatever email application is used. All of these and other platforms or applications used by Fleet Farm that contain potentially responsive ESI should be searched, in addition to traditional email and network drives.

Finally, the State has been and will continue to work in good faith with Fleet Farm on appropriate, tailored search terms that serve the dual role of ensuring that Fleet Farm fully responds to the State's discovery requests, while minimizing Fleet Farm's search and review burden. However, Fleet Farm's intimation that it will not consider any additional search terms or custodians after Fleet Farm conducts the current search and review is unworkable and not in compliance with Fleet Farm's ongoing discovery obligations. The State expects that, as it reviews newly produced Fleet Farm documents, Fleet Farm will work in good faith with the State on additional search terms and custodians as necessary.

We look forward to your response and imminent production.

Sincerely,
Eric

1

**Eric J. Maloney**
Assistant Attorney General
Consumer, Wage, and Antitrust Division
**Office of Minnesota Attorney General Keith Ellison**
445 Minnesota Street, Suite 1200, St. Paul, MN 55101-2130
(651) 757-1021 (office)
(651) 728-4093 (mobile)
eric.maloney@ag.state.mn.us
www.ag.state.mn.us

---

**From:** Davis, Andrew W. <andrew.davis@stinson.com>
**Sent:** Monday, November 13, 2023 2:54 PM
**To:** Katherine Moerke <Katherine.Moerke@ag.state.mn.us>; Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; Eric Maloney <Eric.Maloney@ag.state.mn.us>; Megan Walsh <wals0270@umn.edu>; Arielle Hugel <hugel004@umn.edu>; Will Roberts <robe2331@umn.edu>; Nick Taylor <tayl1110@umn.edu>
**Cc:** Noteboom, Todd <todd.noteboom@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Wright, Zachary J. <zachary.wright@stinson.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>
**Subject:** RE: State of Minnesota v. Fleet Farm - Proposed Search Terms and Electronic Document Custodians

Counsel:

Please advise whether you intend to provide any proposed edits or comment on Fleet Farm's proposed search terms and custodian list. We have now collected electronic documents from each of the identified custodians and intend to begin reviewing Fleet Farm documents for production as soon as practicable. In the interest of avoiding a protracted and unnecessarily expensive discovery process, we are willing to consider reasonable suggestions the AGO may have to the current set of search terms before the review gets underway. However, we will not be inclined to revisit search terms after Fleet Farm has invested substantial time and resources in conducting its review and production of responsive documents. If we receive no response from you by end of day on November 17, we will assume that you have no comment and will proceed accordingly. If you require a reasonable amount of additional time to review and provide edits or comment, please let us know. Thank you.

Sincerely,
Andy Davis

**Andrew W. Davis**
Partner
Pronouns: He/Him

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct: 612.335.1556  \  Bio

Assistant: MPL.LSSTeam2@stinson.com  \  612.335.1966

**STINSON.COM**

2

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** Davis, Andrew W.
**Sent:** Tuesday, November 7, 2023 5:10 PM
**To:** 'Katherine Moerke' <Katherine.Moerke@ag.state.mn.us>; Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; Eric Maloney <Eric.Maloney@ag.state.mn.us>; Megan Walsh <wals0270@umn.edu>; Arielle Hugel <hugel004@umn.edu>; Will Roberts <robe2331@umn.edu>; Nick Taylor <tayl1110@umn.edu>
**Cc:** Noteboom, Todd <todd.noteboom@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Wright, Zachary J. <zachary.wright@stinson.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>
**Subject:** State of Minnesota v. Fleet Farm - Proposed Search Terms and Electronic Document Custodians

Counsel,

As previously discussed, attached is the list of Fleet Farm's proposed search terms for electronic documents from Fleet Farm custodians. Please note that we are still gathering electronic documents from one of the custodians. We expect to have completed the collection process by the end of this week or early next week.

The following are custodians Fleet Farm has identified as possessing potentially responsive electronic documents. These are Fleet Farm employees who have had involvement with Fleet Farm training and policies/procedures related to straw purchases, and/or were responsible for communicating with Fleet Farm stores and/or the government related to straw purchases.

- Brad Hansen: Loss Prevention Manager
- Kyle Helland: Senior Director - Merchandising
- Derrick Hoernke: Director of Real Estate and Facilities
- Mike Radl: Loss Prevention Field Supervisor
- Ryan Stoehr: Associate Director of Merchandising – Sporting Goods
- Michelle Granato: Firearms Specialist

Please let us know if you have any questions or proposed edits to the list of search terms.

We will respond separately to your email of November 1, 2023.

Sincerely,

Andy

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.