# EXHIBIT D

| | |
|---|---|
| **From:** | Leiendecker, Andrew P. |
| **Sent:** | Wednesday, February 21, 2024 4:34 PM |
| **To:** | 'Eric Maloney'; Davis, Andrew W.; Katherine Moerke; Jason Pleggenkuhle; James Canaday; Megan Walsh; Arielle Hugel; Will Roberts; Nick Taylor |
| **Cc:** | Noteboom, Todd; Hemenway, Zachary H.; Harrison, Courtney J.; Wright, Zachary J. |
| **Subject:** | RE: State of Minnesota v. Fleet Farm LLC et al., Case No. 22-cv-2694 |
| **Attachments:** | 02.21.24 Ltr from Fleet Farm to AGO.pdf; Fleet Farm _ 2.21.24 Search Terms.xlsx |

Counsel,

Please see the attached correspondence, along with an updated version of the hit report.

Best,

Andrew

---

**From:** Eric Maloney <Eric.Maloney@ag.state.mn.us>
**Sent:** Monday, January 29, 2024 4:45 PM
**To:** Davis, Andrew W. <andrew.davis@stinson.com>; Katherine Moerke <Katherine.Moerke@ag.state.mn.us>; Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; James Canaday <James.Canaday@ag.state.mn.us>; Megan Walsh <wals0270@umn.edu>; Arielle Hugel <hugel004@umn.edu>; Will Roberts <robe2331@umn.edu>; Nick Taylor <tayl1110@umn.edu>
**Cc:** Noteboom, Todd <todd.noteboom@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>; Wright, Zachary J. <zachary.wright@stinson.com>
**Subject:** RE: State of Minnesota v. Fleet Farm LLC et al., Case No. 22-cv-2694

**External Email – Use Caution**

Counsel:

Attached please find a version of the hit report originally provided by Defendants on December 5, 2023, with responses by the State regarding each proposed search term.

Further, in my original email passing along our thoughts on search terms, I asked Fleet Farm about custodians and about platforms/software applications. Your December 5, 2023 response did not respond to my questions. I restate them again here:

*First, your custodian list appears to be incomplete. You did not include all of the individuals with knowledge related to the complaint who were disclosed in Fleet Farm's response to the State's Interrogatory No. 2, including Jana Cartier, Chris McCool, and Nick Widi.* **Is it Fleet Farm's position that those three individuals do not possess responsive ESI?**

. . . .

**Second, could you clarify from which platforms you have already collected ESI for the listed custodians?** *From reviewing already-produced Fleet Farm documents, it is apparent that Fleet Farm uses a number of different platforms/applications that could contain responsive ESI, including Meta Workplace, BI Publisher, and Lotus Notes, as*

1

*well as whatever email application is used. All of these and other platforms or applications used by Fleet Farm that contain potentially responsive ESI should be searched, in addition to traditional email and network drives.*

Your response simply stated that Fleet Farm's production and responses to date comply with discovery obligations under the Rules of Civil Procedure. I am encouraged to hear that Defendants are complying with the Rules, but also ask that you respond to my questions above.

Finally, the State appreciates Fleet Farm's willingness to collaborate regarding Fleet Farm's ESI search terms. The State disagrees with Fleet Farm's summation of the State's intent regarding this process and the insinuation that the State is seeking discovery beyond the proportionality bounds of Rule 26.

Sincerely,
Eric


**Eric J. Maloney**
Assistant Attorney General
Consumer, Wage, and Antitrust Division
**Office of Minnesota Attorney General Keith Ellison**
445 Minnesota Street, Suite 1200, St. Paul, MN 55101-2130
(651) 757-1021 (office)
(651) 728-4093 (mobile)
eric.maloney@ag.state.mn.us
*www.ag.state.mn.us*

---

**From:** Davis, Andrew W. <andrew.davis@stinson.com>
**Sent:** Tuesday, December 5, 2023 5:13 PM
**To:** Katherine Moerke <Katherine.Moerke@ag.state.mn.us>; Eric Maloney <Eric.Maloney@ag.state.mn.us>; Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; James Canaday <James.Canaday@ag.state.mn.us>; Megan Walsh <wals0270@umn.edu>; Arielle Hugel <hugel004@umn.edu>; Will Roberts <robe2331@umn.edu>; Nick Taylor <tayl1110@umn.edu>
**Cc:** Noteboom, Todd <todd.noteboom@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>; Wright, Zachary J. <zachary.wright@stinson.com>
**Subject:** State of Minnesota v. Fleet Farm LLC et al., Case No. 22-cv-2694

Counsel,

Attached please find Defendants' response to Plaintiff's November 17 and November 22 letters.

Additionally, attached please find a hit report for the Plaintiff's proposed search terms along with a revised search term proposal from Defendants, responding to Mr. Maloney's email of November 17.

As it pertains to the selection of custodians and the collection from various databases, Fleet Farm has complied with its obligation to conduct a reasonable search for non-duplicative, responsive information.  Fleet Farm's proposed custodian list reflects these efforts and meets the standards imposed by the Rules of Civil Procedure.  Similarly, Fleet Farm has and will continue to comply with its obligations to collect and preserve documents from databases, to the extent those databases are likely to hold responsive, non-duplicative information.

Finally, your email misstates our intent in seeking to confer as to search terms.  Fleet Farm sought the AG's input as to search terms in an attempt to collaborate and resolve issues without Court intervention, just as the Court's Discovery Guide contemplates.  Your email seems to indicate the AG does not seek to collaborate but rather seeks to direct Fleet

Farm's search process on the one hand and on the other hand reserve all rights to demand Fleet Farm re-do any and all searches.  This is inconsistent with the spirit of the rules encouraging collaboration and the proportionality requirements of Rule 26.

Fleet Farm remains open to confer and will continue to participate in this collaborative process, but it will do so within the scope and confines of the rules requiring all search terms be reasonable and proportional.

Sincerely,

**Andrew W. Davis**
Partner
Pronouns: He/Him

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct: 612.335.1556  \  Bio

Assistant: MPL.LSSTeam2@stinson.com  \  612.335.1966

**STINSON.COM**
This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.