# EXHIBIT E



Andrew Davis

DIRECT: 612.335.1556
OFFICE: 612.335.1500

Andrew.Davis@stinson.com

February 21, 2024

**<u>VIA EMAIL</u>**

Katherine A. Moerke
Eric J. Maloney
James W. Canaday
Jason T. Pleggenkuhle
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
katherine.moerke@ag.state.mn.us
eric.maloney@ag.state.mn.us
james.canaday@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us

Megan Walsh
Arielle Hugel
William Roberts
Nick Taylor
University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
wals0270@umn.edu
hugel004@umn.edu
robe2331@umn.edu
tayl1110@umn.edu

Re:    *State of Minnesota v. Fleet Farm LLC, et al.,* Case No. 0:22-cv-02694-JRT-JFD

Counsel:

I write in response to your January 29 email regarding Fleet Farm's search terms and custodians.

Beginning with custodians, your January 29 email asks whether Jana Cartier, Chris McCool, and Nick Widi possess responsive ESI. Fleet Farm reiterates it has determined these three individuals are unlikely to hold any significant amount of unique, responsive ESI, and that its discovery efforts to date have complied with its obligations under the Rules of Civil Procedure. Regardless, in the spirit of compromise, Fleet Farm agrees to run search terms on these three individuals' custodial files and produce any responsive, non-duplicative ESI contained in those files.

Turning to search terms, Fleet Farm will accept some, but not all, of the State's proposed search terms, as detailed below:

- **Row 2**: Fleet Farm rejects the State's proposed "e-trace or trace*" search term. RFP No. 7 seeks only "information related to firearm traces ***exchanged between Fleet Farm and the ATF***," and Fleet Farm has similarly agreed to provide "documents reflecting communications between Defendants and ATF relating to" trace requests. Any documents potentially responsive to this request are encompassed by the "trace and '.gov'" search term that Fleet Farm has already run.



Katherine A. Moerke, et al.
February 21, 2024

- **Row 3**: Accepted.

- **Row 14**: Accepted.

- **Row 16**: The State's proposed search terms continues to have incorrect syntax, and are both overly burdensome and not proportional to the needs of the case. In the spirit of compromise, Fleet Farm will run the following searches for potentially responsive documents in lieu of the State's proposed searches, and because the documents requested pertain to communications with law enforcement, Fleet Farm has limited its search to hits on emails:

  1. (("request for information" or "information request" or conference* or violat* or present* or inspect* or audit* or "demand letter" or warning* or remedial or training) and (Alexandria or baxter or blaine or "Brooklyn park" or Cambridge or carver or "fergus falls" or hastings or Hermantown)) and (.gov or ATF).

  2. (("request for information" OR "information request" OR conference* OR violat* OR present* OR inspect* OR audit* OR "demand letter" OR warning* OR remedial OR training) AND (Lakeville OR Mankato OR Monticello OR Oakdale OR Owatonna OR Rochester OR "Waite Park" OR Winona)) AND (.gov OR ATF).

- **Row 17**: Mooted by acceptance of Row 14.

- **Row 18**: Accepted.

- **Row 19**: Mooted by acceptance of Row 3.

- **Rows 20 and 21**: Rejected, per Fleet Farm's prior representations that these categories of documents have been, and will continue to be produced by, targeted collections.

- **Row 23**: Mooted by acceptance of Row 3.

- **Rows 24 and 25**: Accepted.

- **Row 26**: Fleet Farm rejects the State's proposed search term because "marquisha *or* wiley" is overly broad. In the spirit of compromise, Fleet Farm will run "marquisha *w/3* wiley" to identify potentially responsive documents. The State has agreed that it is appropriate for Fleet Farm to use the "w/3" limiter to identify documents regarding all other individuals named in Plaintiff's discovery requests (see Rows 9, 10, 11, 24, and 25).

- **Rows 27 through 30**: Fleet Farm will not run these search terms absent a Request for Production specifically seeking documents relating to these individuals.

2

Katherine A. Moerke, et al.
February 21, 2024

- **Rows 31 through 35**:  Rejected, per Fleet Farm's prior representations that these categories of documents have been, and will continue to be produced by, targeted collections.

- **Rows 36 and 37**:  Mooted by acceptance of Row 3.

Fleet Farm reiterates that it has sought the State's input as to search terms in an attempt to collaborate and resolve discovery issues without Court intervention, as contemplated by the Court's Discovery Guide.  Fleet Farm remains willing to confer with the State regarding its document production efforts, but will do so within the scope and confines of Rule 26, which requires that document productions be reasonable and proportional.

Sincerely,

**Stinson LLP**

Andrew W. Davis


cc:     Todd Noteboom
        Andrew Leiendecker
        Zachary Hemenway
        Courtney Harrison
        Zachary Wright

3