# EXHIBIT G

| | |
|---|---|
| **From:** | Michelle Granato [/O=MILLS FLEET FARM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=83D7176F64A64DDCB97465598D108558-MICHELL] |
| **Sent:** | 10/20/2021 3:40:45 PM |
| **To:** | Derrick Hoernke [/o=Mills Fleet Farm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=54be870bba024752a838b32a2d37a1f4-Derrick] |
| **CC:** | Mike Radl [/o=Mills Fleet Farm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2e99008966d449838732dab1f38436d7-Mike Ra] |
| **Subject:** | Kylie Williamson |
| **Attachments:** | Kylie Williamson Org email request.pdf |

Quick follow up on my phone conversation with Agent Kylie Williamson today.

I contacted Kylie to ensure that she had everything she needed from her email dated 10/14/21 (attached) and to let her know there was another purchase on 10/17/21 at our Oakdale store.

Kylie informed me she was aware of that purchase because she was contacted by Evan Lodin seeking instruction on the transfer. Jerome Horton background check came back as proceed and they wanted confirmation they should allow the transfer. Kylie had the store get video she needed and told them to proceed with the transfer.

Kylie also wanted us to know that the cooperation she received was fantastic and everything she requested was provided very quickly. She was impressed by our organization in gathering the items not just at one store but every store involved.
She expressed that in no way did we do anything wrong by selling this individual the firearms. There was nothing in his background that would have rendered a denied response.

Kylie didn't think there was anything more she would need and thanked me for coordinating the effort with the stores. She asked if I would be the point of contact if she need anything additionally. I replied that I could be but would like her to copy Mike as well in case I am out of the office or win the lottery (LOL).

Wanted to get this in writing before I forgot.


Michelle Granato
Store Support Center
SCC Firearms Specialist
Fleet Farm
2401 S. Memorial Drive
Appleton, WI 54915
920-731-8121 ext 2286

