## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No. 22-cv-02694 (JRT/JFD)<br><br><br>**DECLARATION OF MICHAEL RADL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

I, Michael Radl, state that the following are true and correct factual statements of which I have personal knowledge:

1.    I submit this declaration in support of Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC's (together, "Fleet Farm") Opposition to Plaintiff's Motion to Compel ("Opposition").

2.    I am the Safety & Firearms Compliance Manager at Fleet Farm Wholesale Supply Co. LLC.  In this role, my responsibilities include ensuring compliance with all federal, state and local firearm regulations.  I have been in this position for approximately eight years and have conducted over 200 compliance inspections at our store locations and over 100 training seminars with store employees.  Prior to being the Safety & Compliance Manager, I was a Regional Loss Prevention Manager for approximately ten years, during which time my responsibilities included investigating internal and external theft, and working closely with law enforcement in connection with the prosecution of criminal cases.

- 1 -

3. As Fleet Farm's Safety & Firearms Compliance Manager, I am familiar with, among other things, the Bureau of Alcohol, Tobacco, Firearms and Explosives' ("ATF") oversight of and regulations governing federal firearm licensees ("FFLs"), and Fleet Farm's obligations and processes relating to the retention and storage of ATF Form 4473s and other firearms sales records.

4. Under federal law, Fleet Farm stores are required to have prospective firearm purchasers complete an ATF Form 4473 ("Form 4473")—also known as a "Firearms Transaction Record"—before completing a firearm transaction. Attached as **Exhibit A** is a true and correct copy of a blank Form 4473.

5. A Form 4473 requires a prospective customer to provide certain sensitive personal identifying information, including their complete name, residential address, date and location of birth, height, weight, ethnicity, race, social security number (this is optional, but in practice, most customers provide this information), UPIN or AMD ID (where applicable), U.S.-issued alien or admission number (where applicable), and driver's license information.

6. As relevant to Fleet Farm's Opposition, before completing a firearm transaction, Fleet Farm stores are generally required to submit certain information on the Form 4473 to the Federal Bureau of Investigation's National Instant Criminal Background Check System ("NICS").

7. After a Fleet Farm store submits the information contained on a Form 4473 to NICS, NICS sends the store a "Proceed," "Denied," "Cancelled," or "Delayed" response. Fleet Farm's policy is to never transfer a firearm until the store has received a "Proceed"

message from NICS. Attached as **Exhibit B** is a true and correct copy of a Fleet Farm "Virtual Firearm Training" presentation, which articulates this policy, and which I understand was produced by Fleet Farm in this matter at FF_0000133.

8.    Federal law also requires Fleet Farm stores to maintain copies of all Form 4473s on their premises. *See* 18 U.S.C. § 923(g)(1)(A); 27 C.F.R. § 478.121(a). The only exception to this rule is that a Fleet Farm store may maintain paper forms that are more than 20 years old at a separate, offsite location. *See* 27 C.F.R. § 478.129(b).

9.    Fleet Farm stores are also required to submit and retain in their records the ATF Form 3310.4 ("Form 3310.4")—also known as a "Report of Multiple Sale or Other Disposition of Pistols and Revolvers"—to document instances where a person has acquired multiple handguns from the same FFL in either a single transaction or within five consecutive business days. Specifically, each Fleet Farm store is required to submit copies of a Form 3310.4 to the ATF National Tracing Center and the Chief Local Law Enforcement Official, and retain one copy of the Form 3310.4 in its records (attaching the Form 3310.4 to the corresponding Form 4473). Attached as **Exhibit C** is a true and correct copy of a blank Form 3310.4.

10.    When a firearm transaction results in a Form 3310.4 being generated, Fleet Farm's policy, consistent with federal law and ATF guidelines, is that the Form 3310.4 is stapled to and stored alongside the Form 4473. Accordingly, the only way to search for a Form 3310.4 is to identify the Form 4473 documenting the transfer that resulted in the Form 3310.4 being generated.

11. Each Fleet Farm retail store, as well as Fleet Farm's distribution center, is also required to maintain a firearms dealer acquisition and disposition record, also known as an "A&D log." Fleet Farm's A&D logs are maintained electronically, and they include a significant amount of information for each firearm that was (or currently is) in the possession of Fleet Farm's distribution center or Fleet Farm's retail stores.

12. Specifically, pursuant to federal regulations, the A&D log is required to include a description of the firearm received or disposed, the date the firearm was received and the person from whom it was received, and the date the firearm was disposed and the name and address of the person to whom it was disposed. *See* 27 C.F.R. § 478.125(e). Specific firearm information must also be gathered and recorded, including the firearm manufacturer, importer, serial number, model, type, and caliber/gauge. *See id.*

13. All of the information contained in the A&D logs regarding the firearm transferred and the person to whom it was transferred is also reflected in the corresponding Form 4473.

14. Fleet Farm has seventeen stores in Minnesota, and, as required by federal law, each store is registered as a separate FFL. These stores are located in the following cities: Alexandria, Baxter, Blaine, Brooklyn Park, Cambridge, Carver, Fergus Falls, Hastings, Hermantown, Lakeville, Mankato, Monticello, Oakdale, Owatonna, Rochester, Waite Park, and Winona.

15. According to Fleet Farm's records, between January 1, 2017 and October 5, 2022, Fleet Farm's Minnesota stores sold more than 150,000 firearms. Fleet Farm's records also indicate these transactions are documented on more than 140,000 Form 4473s

(this number is lower than the total number of firearms sold because some Form 4473s will include multiple firearms that were part of the same transaction), and that more than 75,000 of the firearms sold were shotguns or rifles.

16.    Because Form 4473s (and any corresponding Form 3310.4s) are required to be maintained on site (absent special permission from ATF to temporarily remove the forms from an FFLs' premises), these forms are stored at all seventeen Fleet Farm locations throughout Minnesota. Generally speaking, these forms are stapled together and stored in filing cabinets in chronological order by month and year. As a matter of course, these forms are not digitized.[1]

17.    In order to produce copies of the hardcopy Form 4473s (and corresponding Form 3310.4s) for firearm sales at Fleet Farm's Minnesota stores, it would be necessary to have one or more persons: (1) travel to all seventeen Fleet Farm store locations in Minnesota; (2) carefully sort through and collect the relevant Form 4473s from the filing cabinets housing the forms; (3) unstaple and scan each page of the relevant Form 4473s (which are typically seven pages long) and any corresponding Form 3310.4s (which are typically two pages long); and (4) restaple and re-file the Form 4473s to the filing cabinets, taking care to ensure, as prescribed by ATF regulations, the exact same chronological order is maintained for the forms. *See* 27 C.F.R. § 478.129(b).

---

[1] Although federal law now permits the digitization of Form 4473s, *see* ATF Rul. 2022-01, Fleet Farm stores have not yet elected to implement an electronic Form 4473 retention system.

- 5 -

18.    It would be challenging to have Fleet Farm employees perform the above-described tasks because Fleet Farm's employees are already fully engaged with existing job duties and responsibilities (including, but not limited to, assisting customers and ensuring compliance with Fleet Farm's policies and procedures).  Accordingly, it is likely that Fleet Farm would need to either hire third-party contractors to perform this work, or pay for their legal team to perform this task.

19.    My understanding is that Plaintiff currently proposes to have Fleet Farm collect and produce all Form 4473s (and, where applicable, accompanying Form 3310.4s) for individuals who purchased two or more firearms from any Fleet Farm store in Minnesota within any 14-calendar-day period.  If the relevant time period for Plaintiff's proposal is defined as January 1, 2017 through October 5, 2022, Plaintiff's proposal would encompass more than 24,000 Form 4473s, likely exceeding 168,000 pieces of paper.

20.    My understanding is that Fleet Farm currently proposes to collect and produce all Form 4473s and accompanying Form 3310.4s for individuals who purchased thirteen or more handguns from one or more Fleet Farm store(s) in Minnesota between January 1, 2017 and October 5, 2022.  Fleet Farm's proposal would encompass more than 1,300 Form 4473s, likely exceeding 9,100 pieces of paper.

This declaration is made pursuant to 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 5, 2024, in Appleton, Wisconsin.

Michael Radl

- 6 -