# EXHIBIT B



# Virtual Firearm Training

FF_0000133

## Virtual Training Etiquette

- Mute your MIC
- 5 Minute Q & A will take place after each topic
- Discussions longer than 5 minutes will be tabled and addressed after the training is complete.



2

## Virtual Training Agenda

- **<u>NAVIGATING SOM OPTIONS</u>**
- **<u>FEDERAL & STATE REGULATIONS</u>**
- **<u>4473 FORM REVIEW</u>**
- **<u>SALES TRANSACTION PROCESS</u>**
- **<u>BACKGROUND CHECK PROCESS</u>**
- **<u>ACQUIRING PROCESS</u>**
- **<u>REPAIRS/REFUNDS/EXCHANGES</u>**
- **<u>STORE TRANSFERS</u>**
- **<u>AUDITING</u>**
- **<u>BI REPORTS</u>**
- **<u>STRAW SALES</u>**



Confidential

FF_0000135



Navigating SOM

Confidential

## SOM Options

# DEMO



Confidential

FF_0000137



# Federal and State Regulation



FF_0000138

## Federal & State Regulations

Federal Regulations:

- Customer must be at least 21 yrs. of age to purchase handguns and "Other" (frames, receivers and firearms that are neither handguns nor long guns having a pistol grip and expel a shotgun shell) **AND** be a state resident

- Customer must be at least 18 yrs. of age to purchase long guns or black powder firearms

- **We cannot sell the firearm type "Handguns" or "Other" to out-of-state residents**.

- Federal law allows the sale of long guns to out-of-state residents as long as the store location's state and the state in which the customer lives allows for the sale/purchase of a long gun

- Customers must show proof of identification and residency

- If two or more handguns are purchased by the same customer at the same store within a 5-day period an ATF 3310 Report of Multiple Sale or Disposition of Pistols ATF form must be completed and sent to the ATF **and** CLEO (Chief Law Enforcement office).  SOM will automatically generate this form for electronically completed sales.  Stores must have a supply of paper 3310 forms on hand for manual sales (See 3310 Section)

- A Youth Handgun Safety Act Pamphlet must be offered to each customer who is purchasing a handgun

- Firearm Traces must be completed in 24 hours.

7

Confidential

# Out of State Long Gun



## Acceptable Proof of ID and Residence

Identification – must contain name, photo and date of birth
- Current and <u>Non-Expired</u> Government Issued ID
  - ○ Drivers License/ID Card (this includes those marked "Not for Federal Identification")
  - ○ Passport/Immigration Card
  - ○ Temporary Drivers License/ID Card (paper ID)
  - ○ Military ID
  - ○ ***Tribal Identification does NOT meet the Brady ID requirements.***
  - ○ ***An Amish customer's ID <u>must</u> contain a photo per federal requirements – no photo, no sale***

Proof of Residency – must be government issued and contain name and current address, PO Box is not acceptable for the address. Persons in a protection program must use their current address. Acceptable supplemental documents include
- Current and Non-Expired Government Issued ID
- Government Issued Document
  - ○ Vehicle Registration/Title
  - ○ Conceal Carry Permit
  - ○ DNR Hunting/Fishing License (Except MN)
  - ○ A recent mailing from a government agency addressed to customer
    - ○ Letters/Documents from court/Child Support Office
    - ○ Tax bill



9

FF_0000141



FF_0000142



# 4473 FORM REVIEW



Confidential

## 4473 - Section A

- 1 - 5 must be verified to the actual stamping of the firearm steel when the firearm is added to the form. Any discrepancies must be corrected with a thin line through it and the correction written in the appropriate square.

- 6 must equal the number of firearms recorded in 1-5 of section A and the extension sheet if more than three firearms are in the transfer. Canceled / denied sale keep the quantity listed.

- This process is included in the double check as our last verification to ensure this section is correct.

We must always validate the serial number on the 4473 form matches the box and the steel before the firearm leaves the store.

Confidential

# 4473 Section B

- 9 must contain the customers legal name. this should be established when the photo ID is verified by the Team member, If the ID lists a middle initial but the customer has a full middle name they should list their full legal name. **Tribal ID'S do not qualify.**

- 10 must be the complete address and again should be established when the ID is verified. If the address is incorrect or in the case of a passport being presented the customer will need to supplement their photo ID with a government issued document. This will be needed in Section C. **Military living off base will always list that address first.**

- 11 must contain U.S. city and state or foreign country.

- 12 Height & 13 Weight don't need to match the ID in fact it may not even be listed on the ID used, such as a passport or some states don't list that information on the DL.

- 14 Sex must match the noted sex on the ID.

- 15 Date Of Birth must match the ID.

Confidential

FF_0000145

## 4473 Section B Continued



- 18.a Ethnicity & 18.b Race is base on the customer selecting the closest representation

- 19 Country of Citizenship if "Other Country " is selected a country must be listed

- 20 must be completed with their admission or alien number when other is selected in 19. **You must verify their card isn't expired**.

- 21a question is yes

- 21.b – 21.m are no. If a customer answers one of the questions as to disqualify the purchase the printed form is presented to them for review. AT NO TIME CAN WE COACH THEM on answering them correctly.

- 21.n.1 is only required when the customer isn't a USA citizen and selects "Other" in question 19.

- 22 & 23 the customer is certifying that all information they provided in section B is accurate. Any corrections must be made prior to certification. The background check can only be done after certification.



FF_0000146

## 4473 Section C

Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

*[Image of ATF Form 4473, Section C, page 2 of 7, Revised December 2022]*

- 24 Category of Firearms determine the age that is required to purchase the firearm. Based on the D.O.B. (15) provided in section B.

- 26.a Identification must be government issued and contain name, photo and D.O.B. Record the type, number and expiration (if any) is recorded to be used in the NICS check. **Tribal ID'S do not qualify.**

- 26.b Supplemental Government Issued Documentation used for the lack of or incorrect address in the ID. Important it must be issued by a government entity. Car insurance, credit card statements are NOT allowed.

- 26.c Official Military Orders is used to record the permanent change of station to establish residency for active duty. **Military ID must be noted in 26.a.**

The double checker must validate that the information recorded matches the documents presented.



## 4473 Section C Continued



- After the form has been checked for errors and the customer has certified (signed) in 22/23 the background check can be made.
- 27.a the date NICS or State agency is contacted.
- 27.b the NICS (NTN) or State transaction number is entered.
- 27.c The initial response provided in the background check.

This information is hand written on the 4473 form from SOM (Review and Enter NICS Info) when the check is electronic. This must be present on all 4473 forms that have had a NICS or state check.

- 27.d is used when the initial response is delayed and a final response is received.
- 27.f Name and Brady ID number is used when the check is phoned in.
- 29 No NICS check is only used when a state issued permit

FF_0000148

# 4473 Section D and Section E



## Section D

- When a transfer takes place on a different day from the original certification, the customer must recertify in section D.
- 30 / 31 certify that information in section B is still correct and true.

## Section E

- 32 is used by the FFL to record their information. We will use it for the double checker signature, and recording permits required to purchase a firearm. **Remember this form could be used as evidence keep it neat!**
- 33 must contain the store name, address and FFL number.
- 34 / 35 are signed every time a background check is submitted.
- 36 is only dated when the transfer is completed and has left the store.

34-36 should only be signed after the transaction is complete. Once you sign and date additional firearms can't be added to section A because you have certified it. The steps should be

PR response from NICS or qualifying permit is used.

Sale is rung through point of sale and leaves the store.

FF_0000149

## Important Reminders

- Firearm sale steps must be done in this order to stay compliant to Federal and State regulations.
  - ✓ Identification and residency requirements are established prior to starting the 4473 form.
  - ✓ Questions 21.a – 21.m must be answered in a manner as not to disqualify the customer. Disqualified sales will not continue with a background check and are marked "Refused" in the top margin and 32.
  - ✓ Customer must complete section B with signed certification before a background can be run.
  - ✓ Wisconsin stores selling a handgun will not complete the WI DOJ Handgun Form until it is determined that the customer meets the federal requirements on the 4473 form.
  - ✓ Customers will only recertify Section D when the transfer occurs on a day after the certification date found in 23.
  - ✓ Team Members certify after the firearm is paid for and leaves the store.
  - ✓ Firearm is disposed at that time the certification is completed in 34 – 36.



Confidential

## SOM / EFS Sale Transaction Process

# Demo



Confidential



Confidential

FF_0000152



# Background Check NICS



Confidential

## Background Check – Procedure

**Customer must certify the 4473 form by signing and dating that Section B is accurate and correct, before the background check is submitted.** The following steps are taken in SOM.

- Customer completes section B in EFS
- Team Member selects "Review and Print 4473" in SOM Sales option
- Printed 4473 form is presented to the customer for review and their certification signature and date
- **If any of the questions were answered as disqualifying and not corrected, the background check MUST not be submitted and the sale is immediately declined**
- Team Member selects "Continue" then "Confirm" in SOM to submit the NICS check

NICS Responses:
- Proceed – sale can proceed
- Delayed – further research is needed, cannot proceed with sale
- Denied – sale must be denied

Once the NICS response is received, the Team Member will select "Review and Enter NICS" option in SOM to retrieve the NTN number. This is recorded in 27.b on the 4473 printout form.



22

## Background Check – Delayed Procedure

- All background checks are good for 30-days from the date they are submitted. If the customer attempts to pick up the firearm after this period, the customer must complete another ATF Form 4473 and another background check submitted

- Buyers under the age of 21 will be automatically placed in a delayed status in accordance to U21 legislation.

- Apply a "MDSE 21 Hold Tag" to the firearm box for any firearm in which you are still awaiting a NICS response to ensure the firearm is not sold to another customer during the waiting period



| HOLD THIS FIREARM | AWAITING NICS | MILLS FLEET FARM |
| UNTIL  3-18-2011 | RESPONSE | |
| DATE TO BE ENTERED FOR 7 DAYS AFTER CUSTOMER CONTACTED WITH RESPONSE. | NTN NUMBER  AJ9511-4211 | |
| CUSTOMER NAME  Henry Hunter | CONTACTED BY  Sam Seller | |
| CUSTOMER PHONE  630-888-9999 | DATE/TIME  3-11-11  4:30 | |

- MSDE 21 Hold ~~... ...~~ otes Templates and should be printed at the store.

- Fleet Farm doesn't transfer on a delay response using the Brady 3 day transfer rule. A *"**Proceed" is required for all transfers.**

- Delayed to proceed firearms will be held for 7 days once the customer is contacted.

23

Confidential

FF_0000155

# Background Check- Appealing



FF_0000156





# Acquiring Process



FF_0000158

## Firearm ArrivalOverview

A firearm can arrive at the store by a few different means, including being shipped from our DC, shipped direct from the supplier or brought in by a customer for repair or return.

**Firearms must be acquired by the end of the business day in which they arrived at the store.**

Acquiring a firearm will require the use of a TC-51 device or computer workstation to complete.

Procedures may need to be completed for inventory purposes in SIM.



Confidential

## Receiving Steps

- Logistic will immediately contact a Firearms Specialist or a member of Management when firearms arrive.
- **Firearm shipments cannot be left unattended while in Receiving**
- A member from each respective area will validate the number of firearms listed on the shipment manifest or packing slip match what is physically received.
- Both team members initial and date the paperwork.
- A copy is made for the Sporting Goods department.
- Any discrepancies will require the team members to validate the actual serial number that is missing and note it on the paperwork.
- Firearms are taken to the Gun Storage room



## SOM Special Order / Regular Order Receipts

DEMO



29



Confidential

FF_0000162



# Repairs/Refunds/Exchanges



Confidential

## Firearms Exchange Procedure

If a customer needs to exchange their firearm because it was defective, wrong caliber, decided on another model, etc. this will be handled as a manual sale:

1. The exchange must be for the same type of firearm (long gun for long gun, handgun for handgun)

2. Using a new blank paper 4473 form, complete the appropriate firearm information fields in Section A for the new firearm, in Section E notate in the box 32 "Exchange" and note the serial number of the original firearm.

3. Have the customer complete their personal information in Section B as well as their signature/date.  They do not need to complete the yes/no questions

4. Locate the original 4473 form and photocopy the first page. On the copy write "Replaced" in the top margin. Draw a line through the old serial number and record the new serial number, date and initial

Confidential

FF_0000164

## Firearms Exchange Procedure (cont'd)

5.  Attach the photocopy to the original ATF Form 4473 and re-file back in the original disposal date folder

6.  No background check is required.

7.  The customer should be walked to Customer Service to have Customer Service team complete the POS exchange process

8.  Dispose the new firearm in SOM using the Manual Sale process

9.  Acquire the returned firearm into SOM using the "Refund" option
    - Conduct a serial number search in the "Firearm Tracking Information" option
    - Highlight the firearm , then right-click and select "Refund"

10. New 4473 form is filed in the folder for the disposal date of the new exchanged serial number

Confidential

## Fleet Farm Customer Firearm Repair Policy

- All customers entering the store with a firearm must stop at the service desk.

- A Firearms Team Member will meet the customer at Customer Service to ensure the firearm is NOT loaded and the safety is on.

- We will only facilitate repairs on firearms purchased from a Fleet Farm store.



Confidential                                                                                                FF_0000166

## Firearms Repair Process (cont'd)

If the firearm needs to be sent for repair:

1. The customer will need a loyalty account which can be set up at the Customer Service Desk.  We cannot facilitate the repair without an account.  Incomplete account set up will require you to have the service desk update the missing information. This should be established while the customer was at the service desk upon arrival.

2. Once the customer has an account, search for their account using their phone number or email in the "Customer Service" option in SOM.  Right-click on their name, select "Firearm Repair" and complete the fields

3. SOM will redirect you to the "Firearms Repair Information" option located in the main Firearms option list.  Right-click on the Repair Work Order and select "Print"

4. Have the customer sign/date the Repair Form.  Make 2 additional signed copies and give one to the customer and attach the other to the firearm. The original is filed in the Open Repair.

5. Contact the Manufacturer for the timeframe of the repair for the customer's reference.  Also obtain a Return Authorization (RA) number and prepaid shipping label if that is an option



Confidential

## Shipping Firearms for Repair

If the manufacturer supplies a prepaid shipping label we will use their preferred shipping method.

**If we are paying for shipping, FedEx Ground is used for long guns and handguns will be shipped FedEx 2nd Day Air.**

- Two copies are made of the shipping label. Attach one to the repair paperwork the other is used for the package. The tracking number is used when disposing the firearm.

- Ensure the firearm is unloaded and the safety is engaged. Securely package the firearm in an appropriate sized box. Include a copy of the Repair Order inside the box.

- Repair firearms will be kept secure in the gun storage room until the designated carrier arrives for pick up. They are never left unattended in the Receiving area.



## Shipping Firearms for Repair - SOM

After the firearm has been picked up by shipper, the firearm is marked "Shipped" in SOM:

1. Search for the repair in SOM "Firearms Repair Information"

2. Right-click on the firearm select "Ship Firearm"

3. Complete the Resource Name, Shipped Via, Ship Date and Tracking Number fields

4. If the customer selected email as their contact method for their account, they will receive an email informing them the firearm was sent for repair



# Repaired/Replaced Firearm Returned

When a firearm arrives back from repair, it must be picked up immediately in Receiving and secured in the firearm storage room. Obtain a copy of the Repair Order from the "Open Repairs" file and determine if the firearm was repaired or replaced by the manufacturer

**For firearms that were repaired:**

1. Firearm Repair Information, search for the firearm, right-click and select "Receive Firearm"

2. Complete the Received Date and select "No" for Replaced Firearm dropdown

**For firearms that were replaced:**

1. Firearm Repair Information, search for the firearm, right-click and select Receive Firearm

2. Complete the Received Date, select "Yes" for Replaced Firearm and enter the replacement serial number fields

3. Locate and original ATF Form 4473 and follow the Firearm Exchange process



## Repaired Firearm Returned (cont'd)

There are times the manufacturer will not have the ability to repair or replace and will issue credit. It is important that you request a copy of the credit memo before we contact the customer. A copy of the credit memo should be forwarded to the Accounts Payable department at the SSC in Appleton.

If the customer received a credit rather than their firearm back from repair, the activity "Credit from Manufacture" in SOM must be posted before the repair can be marked closed in the activity:

1. Firearm Repair Information, search for the firearm, right-click and "Add Activity"

2. Select "Credit from Manufacturer" from the Firearm Repair Activity Type dropdown and add comments

3. Close the repair in the Activity



## Customer Pickup of Repaired Firearm

The customer should be notified as soon as possible to return to the store to pick up their firearm after the receipt acquisition is made:

1. Firearm Repair Information, search for the firearm, right-click and "Add Activity"

2. Select "Ready For Pickup" for the Firearm Repair Activity Type dropdown to have the system email the customer

3. You can also call the customer and select "Successful Call" if you spoke with the customer or "Unsuccessful Call" if you did not

4. When the customer arrives, check their photo ID to ensure it matches the paperwork. Review the repair with them. If the firearm was replaced you will need them to complete the paper ATF Form 4473 as described in the Exchange process

5. Have the customer sign the Repair Order acknowledging pickup and walk them to the store's exit

6. To dispose the firearm back to the customer, go to Firearm Repair Information, search for the firearm repair order, right-click and select "Customer Pickup"

7. Enter the pickup date/time



## Internal Repairs

When a firearm from our store's inventory is in need of repair, the firearm should be moved to Unavailable in SIM and an Internal Repair created in SOM

1. From the "Firearm Tracking", select "Main Options" menu, select "Firearms Repair" option, click "Add Internal Repair" and enter the firearm information and complete the bolded fields.

2. Follow the same shipping procedures discussed earlier

3. When the repaired firearm is received right-click on the repair and select "Receive Firearm".

4. The repair must be marked "Closed" to release the firearm to sell.

    a. Firearm Repair Information, search for the firearm, right-click and "Add Activity"

    b. Select "Closed" from the Firearm Repair Activity Type dropdown and add comments

    c. The firearm must be moved to Available in SIM



Confidential



Confidential

FF_0000174



FF_0000175



# Store to Store Transfer



Confidential

## Overview

- Stores must obtain approval from their respective Regional Director to transfer a firearm to another store.

- The requesting store should contact the store that has the firearm to confirm it is available and not being held on a delay for a customer or is a display with obvious wear or damage



FF_0000177

## Store to Store Transferring Procedure

**Transferring Store**

- Email replenishmentrequests@fleetfarm.com with the firearm information and request for transfer
- Write the firearm's serial number on the store transfer paperwork
- Package firearm in its original box along with a copy of the store transfer paperwork
- Package the boxed firearm within another box
- Advise Receiving of the transfer and request a printed shipping label and apply to the box
  - The firearm must remained secured in the firearm storage room until it is ready to be picked up by FedEx
- When firearm is picked up by FedEx, dispose the firearm in SOM
  - Search for the firearm's serial number in "Firearm Tracking Information"
  - Right-click on the firearm header and select "Transfer"
  - Complete fields and including the shipping tracking number
  - Click "Save" at the top of the screen



Confidential

## Store to Store Transferring Procedure

### Receiving Store

- When called to Receiving to retrieve firearm, open box and provide Receiving with a copy of the store transfer paperwork
- Conduct a box-to-steel inspection
- Acquire firearm in SOM
  - Conduct a serial number search in the "Firearm Transaction Information"
  - Right-click on the firearm and select "Transfer"
  - Click "Save" at the top of the screen



Confidential

## Store Transfer Disposal

# Demo

Confidential

FF_0000180



FF_0000181



Auditing

Confidential

## Daily Auditing Responsibilities

Firearms inventory and form audits must be completed at each location to ensure the integrity of the firearms inventory and ATF compliance is being practiced.

- Daily Audits
  - Visual display audit for stores with openly-displayed firearms (Orange Tag Program in effect)
  - Daily form audits will be conducted by the Zone Leads or the Sales Manager prior to the forms being filed. Team Lead will compare Disposal (11.g report) / 4473 forms to ensure no forms are misplaced and the firearm and customer's information (name and address) in SOM matches any manual corrections made on the 4473. At no time will more than 5 days worth of forms be waiting for the final audit.
  - Zone Leads will edit any SOM entries found that don't reflect manual corrections made to 4473 form. (See SOM Record Editing section)
  - Employee errors are logged immediately on the 'Error Tracking Sheet' and reviewed with the employee for corrective action. Zone Sales Manager must administer disciplinary action when warranted.

Any time a firearm (display) is found to be missing, a firearm inventory audit must be completed <u>immediately</u>.  If a firearm is not accounted for, contact the SSC Firearms Specialist <u>immediately</u>



Confidential

## Orange Tag Program





- Daily Awareness of Display Inventory
- As displays sell, the selling Team Member must immediately place the Orange Tag in the empty display spot to ensure integrity of program Train eyes to look for tags every time you walk by
- A firearm inventory audit <u>must</u> be conducted if an empty display spot is found without an Orange Tag
- Team Members should <u>never</u> assume a coworker sold the display and place an orange tag on the empty spot without verifying inventory!
- Additional Orange Tags can be requested by contacting the Firearms Buyer at SSC

**Any time a firearm (display) is found to be missing, an firearm inventory audit must be completed <u>immediately</u>. If a firearm is not accounted for, contact the SSC Firearms Specialist immediately**



Confidential

## Weekly Auditing Responsibilities

- Weekly inventory audits
  - Zone Leads and Firearm Specialist need to conduct a weekly physical firearm inventory audit
  - Every firearm's serial number barcode must be scanned Every firearm display must have a matching serial number barcode label applied to the back of the pricing tag
  - **During this audit, Team Members are required to scan the serial number barcode attached to the display.  Team Members should NEVER simply scan the barcode of the empty display box!!! Discrepancies <u>must</u> be addressed the same day as the audit.** Contact the SSC Firearms Specialist if you need help to investigate and correct a discrepancy
  - Completed discrepancy reports are printed and signed by the Team Member conducting the audit and filed in the "Weekly Firearm Audits" folder.



Confidential

FF_0000185

## Bi-Annual Auditing Responsibilities

- Bi-Annual Box-to-Steel (BTS) Audit is conducted in March and September.
    - With the assistance of Loss Prevention, all firearms should be scanned in the same manner as the weekly audits
    - Every firearm box must be opened and the serial number on the box is verified that it matches the serial number on the firearm
    - Display firearm tags should be inspected to ensure the serial number label matches the serial number on the display firearm Loss Prevention will complete a CAMS audit



Confidential

FF_0000186



Confidential

FF_0000187



# BI Reports ACQ/DSP



Confidential

ACQ / DSP / Customer

# Demo

57

Confidential

FF_0000189



Confidential

FF_0000190



# Straw Purchase



Confidential

## Straw Purchase

 It is a federal offense for a customer to purchase a firearm for another person who is not eligible to own/posses a firearm.  This is called a "Straw Purchase"

An example of a Straw Purchase includes:

- The customer is observed receiving money from another customer before or during the firearm purchasing process
- Conversation is overheard that indicates that the customer is purchasing the firearm for someone else
- A friend is observed helping the customer complete the ATF Form 4473
- One person is asking the questions regarding the firearm but the other steps forward to complete the 4473 form.
- The transactions feels wrong and deceitful

Confidential

FF_0000192

## Straw Purchase

The following are examples that should NOT be considered a Straw Purchase:

- Customer purchasing a firearm as a gift
- Spouses or others openly making payment
- Address incorrect on ID
- Disqualifying question answered incorrectly



Confidential

FF_0000193

## Straw Purchase (cont'd)

If you suspect a Straw Purchase, have the customer complete the ATF Form 4473, including obtaining their signature:

- From the back room, contact Management and explain your observations
- A Manager should respond to inform the customer of the denied sale
- Ensure the ATF Form 4473 is retained and filed
- Management or LP will submit a Straw Purchase Alert

From time to time Straw Purchase Alerts are emailed from other stores within the company. Ensure you read these alerts to be aware of the customer who may attempt to purchase a firearm at your store.



Confidential



FF_0000195