**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison, <br><br> Plaintiff, <br><br> v. <br><br> Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC, <br><br> Defendants. | Case No.:  22-cv-02694 (JRT/JFD) <br><br><br> **DEFENDANTS' STATEMENT THAT ENTIRE DOCUMENT IS CONFIDENTIAL** |

Defendants filed Exhibit B to the Declaration of Michael Radl in Support of Defendants' Opposition to Plaintiff's Motion to Compel under seal pursuant to Local Rule 5.6 and the Protective Order, ECF Doc. 49.  This document was filed under seal because it contains sensitive commercial information and was designated confidential under the Protective Order.  The entirety of this document is confidential.

- 1 -

- 2 -

Dated:  March 5, 2024

Respectfully submitted,

*/s/ Todd A. Noteboom*
Todd A. Noteboom (#0240047)
Andrew W. Davis (#0386634)
Sharon R. Markowitz (#0392043)
Andrew P. Leiendecker (#0399107)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.davis@stinson.com
sharon.markowitz@stinson.com
andrew.leiendecker@stinson.com

**ATTORNEYS FOR DEFENDANTS**