## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No. 22-cv-02694 (JRT/JFD)<br><br>**DECLARATION OF JILL LEESER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

I, Jill Leeser, state that the following are true and correct factual statements of which I have personal knowledge:

1.    I submit this declaration in support of Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC's (together, "Fleet Farm") Opposition to Plaintiff's Motion to Compel.

2.    I am the Director of Human Resources at Fleet Farm. In this role, I am responsible for Human Resources at Fleet Farm's Corporate Office and Distribution Centers. I have been in this position for approximately three years.

3.    As Fleet Farm's Director of Human Resources, I am familiar with, among other things, Fleet Farm's system for maintaining and storing employee evaluations.

4.    My understanding is that Plaintiff has asked that Fleet Farm produce documents related to Fleet Farm's disciplinary actions against individuals related to firearm

- 1 -

transactions in the State of Minnesota, as well as performance evaluations of any Fleet Farm personnel that have been disciplined for actions related to firearm transactions.

5.  Fleet Farm's human resources documents, including its employee evaluations and personnel files, have been digitized in recent years, with many of these digital records being scans of hard-copy files.

6.  All of Fleet Farm's human resources documents—such as onboarding information, training documentation, annual reviews, and employee discipline, etc.—are uploaded to and maintained in UltiPro, which is Fleet Farm's Human Resources Information System ("HRIS").

7.  The HRIS has very limited search functionality.  Specifically, Fleet Farm cannot search the HRIS by keyword, and with limited exceptions (such as filtering full-time versus part-time employees, or active versus inactive employees), it cannot filter its records to search by employee "type" (e.g., Fleet Farm cannot search its records to isolate employees involved in firearm sales).  Within the HRIS, a report can be created of all documents uploaded within an individual employee's file, which can be filtered for certain categories of documents (such as payroll, performance, medical, onboarding, insurance and benefits, separation, etc.) and certain document titles.

8.  Fleet Farm does not have a set naming convention for the documents that are uploaded to a particular category, such that searching the HRIS by keyword will not capture all relevant documents.

9.  Fleet Farm's records between October 5, 2016 and October 5, 2022 consist of more than 430,000 documents for its Minnesota employees.

10.    Of those job titles likely to have a reasonable relation to firearms—such as Sales Team Member, Firearms Specialist, Certified Firearms Specialist, Sporting Goods Team Member, Sales Team Lead responsible for Sporting Goods, Manager, Customer Service, Cashier—there are 12,513 documents in the performance categories identified in Paragraph 7 above.

11.    To obtain all of the employee records sought by Plaintiff's discovery requests, Fleet Farm would be required to manually review the entirety of every single Minnesota-based current and former employees' personnel file to both (1) determine whether that employee had a position related to firearm sales, and (2) to the extent they exist, isolate files within that employee's records related to firearms.

This declaration is made pursuant to 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 5, 2024, in Appleton, Wisconsin.

Jill Leeser

-3-