## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>            Plaintiff,<br><br>   v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>            Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br><br>**JOINT MOTION REGARDING CONTINUED SEALING** |

Plaintiff State of Minnesota by its Attorney General, Keith Ellison, and Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC, temporarily filed certain documents under seal in connection with Plaintiff's Motion to Compel Discovery from Defendants. *See* ECF Doc. 70. Pursuant to Local Rule 5.6(d)(2), the parties hereby submit this Joint Motion Regarding Continued Sealing of Docket Nos. 77, 82, and 85. The parties' positions on the continued sealing of these documents is noted below.

- 1 -

| Sealed Docket No. | Docket No. of Redacted Version (if filed) | Description of Document | Precisely identify: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | Nonparty that Designated Document Confidential (If Any) | Reason Why Document Should Remained Sealed or be Unsealed |
|---|---|---|---|---|---|
| 77 | 78 | Exhibit 4 to Declaration of Katherine A. Moerke in Support of the State of Minnesota's Motion to Compel Discovery from Defendants | Unopposed that entire document should remain sealed for purposes of motion to compel. | N/A | This document should remain sealed because Defendants contend that portions of Defendants' interrogatory responses disclose commercially sensitive information and information regarding the specific security measures, monitoring systems, and related policies that Fleet Farm implements regarding firearms. |
| 82 | 83 | Exhibit F to Declaration of Andrew W. Davis in Support of Opposition to Plaintiff's Motion to Compel | Unopposed that entire document should remain sealed for purposes of motion to compel. | N/A | This document should remain sealed because Defendants contend that portions of Defendants' amended interrogatory responses contain commercially sensitive |

| Sealed Docket No. | Docket No. of Redacted Version (if filed) | Description of Document | Precisely identify: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | Nonparty that Designated Document Confidential (If Any) | Reason Why Document Should Remained Sealed or be Unsealed |
|---|---|---|---|---|---|
| | | | | | information and information regarding the specific monitoring systems and policies that Fleet Farm implements regarding firearms. |
| 85 | 86 | Exhibit B to Declaration of Michael Radl in Support of Opposition to Plaintiff's Motion to Compel | Unopposed that entire document should remain sealed for purposes of motion to compel. | N/A | This document should remain sealed because Defendants contend that it contains commercially sensitive information and information regarding the specific monitoring systems and policies that Fleet Farm implements to prevent straw purchases. |

Dated:  March 26, 2024

**STATE OF MINNESOTA**

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY (#030234X)
Deputy Attorney General

*/s/ Katherine A. Moerke* (with permission)
KATHERINE MOERKE (#0312277)
ERIC J. MALONEY (#0396326)
JASON PLEGGENKUHLE (#0391772)
Assistant Attorneys General

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
katherine.moerke@ag.state.mn.us
Telephone: (651) 728-7174

**UNIVERSITY OF MINNESOTA GUN
VIOLENCE PREVENTION CLINIC**

MEGAN WALSH (#0394837)
Special Assistant Attorney General

ARIELLE HUGEL
WILLIAM ROBERTS
NICHOLAS TAYLOR
Certified Student Attorneys

University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
Phone: 612-625-5515
wals0270@umn.edu

***Attorneys for State of Minnesota***

Respectfully submitted,

*/s/ Andrew W. Davis*
Todd A. Noteboom (#0240047)
Andrew W. Davis (#0386634)
Sharon R. Markowitz (#0392043)
Andrew P. Leiendecker (#0399107)

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
todd.noteboom@stinson.com
andrew.davis@stinson.com
sharon.markowitz@stinson.com
andrew.leiendecker@stinson.com
Telephone: (612) 335-1500

***Attorneys for Defendants***

- 4 -