UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of MN,<br>by its Attorney General, Keith Ellison, | Civil Action No. 22-CV-02694-JRT-JFD |
| Plaintiff, | |
| vs. | **THE MODERN SPORTMAN'S MOTION TO QUASH DEFENDANT'S SUBPOENA DUCES TECUM** |
| Fleet Farm LLC, et al., | |
| Defendant. | |

The Modern Sportsman, by and through its attorneys, hereby move this Court for an Order granting its Motion to Quash Defendant's Subpoena pursuant to Federal Rules of Civil Procedure 26(b)(1), 45(d)(3)(A)(iv) and 45(d)(3)(B)(i).

This Motion is based upon The Modern Sportsman's Memorandum of Law in support of its Motion to Quash Plaintiff's Subpoena, the Declarations and Exhibits to be filed, as well as all of the files, records and proceedings herein.

**SMITH JADIN JOHNSON, PLLC**

Dated: June 28, 2024

/s/ Alexander Jadin
Alexander M. Jadin (#0387219)
Andrew M. Hatch (#0403078)
7900 Xerxes Avenue, Suite 2020
Bloomington, MN 55431
Telephone: (952) 388-0289
Facsimile: (612) 235-7927
ajadin@sjjlawfirm.com
ahatch@sjjlawfirm.com
*Attorneys for The Modern Sportsman*

1