## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No.: 22-cv-02694 (JRT/JFD)<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO COMPEL RESPONSE TO SUBPOENA *DUCES TECUM*** |

**PLEASE TAKE NOTICE** that, in accordance with District of Minnesota Local Rule 7.1 and Magistrate Judge Docherty's Practice Pointers and Preferences, Defendants' forthcoming Motion to Compel Response to Subpoena *Duces Tecum* issued to non-party Bill's Gun Shop & Range will be heard on July 26, 2024 at 11:00 AM at the United States District Courthouse, 316 North Robert Street, St. Paul, Minnesota, 55101, in Courtroom 6A. Defendants' motion and supporting documents will be filed in accordance with D. Minn. L.R. 7.1(b).

190835620

Dated: July 9, 2024

 */s/ Andrew W. Davis*
Todd A. Noteboom (#0240047)
Andrew W. Davis (#0386634)
Sharon R. Markowitz (#0392043)
Andrew P. Leiendecker (#0399107)
Zachary J. Wright (#0402945)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.davis@stinson.com
sharon.markowitz@stinson.com
andrew.leiendecker@stinson.com
zachary.wright@stinson.com

**ATTORNEYS FOR DEFENDANTS**