# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　Defendants. | Case No.:  22-cv-02694 (JRT/JFD)<br><br>**CERTIFICATE OF SERVICE** |

　　　　Andrew W. Davis, of the City of Minneapolis, County of Hennepin, in the State of Minnesota, hereby certifies that on the 9th day of July, 2024, he caused the ***Notice of Hearing on Defendants' Motion to Compel Response to Subpoena Duces Tecum*** to be served on the following by email and United States mail, by depositing a true and correct copy thereof in a sealed envelope, postage prepaid in the United States Mail at Minneapolis, Minnesota, addressed as follows:

　Andrew Bardwell, Esq.
　Skolnick & Bardwell, P.A.
　1150 SPS Tower, 333 South Seventh Street
　Minneapolis, MN 55402
　abardwell@skolnickbardwell.com

190858310

| | |
|---|---|
| Dated:  July 9, 2024 | /s/ Andrew W. Davis |

Todd A. Noteboom (#0240047)
Andrew W. Davis (#0386634)
Sharon R. Markowitz (#0392043)
Andrew P. Leiendecker (#0399107)
Zachary J. Wright (#0402945)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
todd.noteboom@stinson.com
andrew.davis@stinson.com
sharon.markowitz@stinson.com
andrew.leiendecker@stinson.com
zachary.wright@stinson.com

**ATTORNEYS FOR DEFENDANTS**