## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No. 22-cv-02694 (JRT/JFD)<br><br><br>**DECLARATION OF ZACHARY J. WRIGHT IN OPPOSITION TO NON-PARTY THE MODERN SPORTSMAN'S MOTION TO QUASH DEFENDANTS' SUBPOENA *DUCES TECUM*** |

I, Zachary J. Wright, state that the following are true and correct factual statements of which I have personal knowledge:

1.      I am an attorney at Stinson LLP and am licensed to practice law in the State of Minnesota.

2.      I am one of the attorneys representing Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC in the above-captioned matter.

3.      I submit this declaration in Opposition to Non-Party The Modern Sportsman's Motion to Quash Defendants' Subpoena *Duces Tecum*.

4.      Attached as **Exhibit A** is a true and correct copy of an excerpt from the Subpoena *Duces Tecum* directed to The Modern Sportsman.  This excerpt does not include the internal subpoena Exhibits B (First Amended Complaint), C (Protective Order), and D (Order Regarding Production of Electronically Stored Information and Paper Documents).

190837876

5.      Attached as **Exhibit B** is a true and correct copy of the Affidavits of Personal Service of the Subpoena *Duces Tecum* directed to The Modern Sportsman (**Exhibit A**) at its last known addresses in Savage, Minnesota, and Burnsville, Minnesota, dated May 29, 2024.

6.      Attached as **Exhibit C** is a true and correct copy of The Modern Sportsman's Response to Subpoena *Duces Tecum* dated June 12, 2024.

7.      Attached as **Exhibit D** is a true and correct copy of the State of Minnesota's Responses to Defendants' First Set of Interrogatories dated December 4, 2023.

8.      Attached as **Exhibit E** is a true and correct copy of *United States v. Elwood, et al.*, CR-21-147-(ADM/TNL) (D. Minn. June 24, 2021), ECF Doc. 33, Indictment.

9.      Attached as **Exhibit F** is a true and correct copy of *United States v. Elwood, et al.*, CR-21-147-(ADM/TNL) (D. Minn. Dec. 28, 2021), ECF Doc. 97, Plea Agreement and Sentencing Stipulations.

10.     Attached as **Exhibit G** is a true and correct copy of State of Minnesota's Responses to Defendants' First Set of Requests for Production of Documents dated December 4, 2023.

11.     Attached as **Exhibit H** is a true and correct copy of an excerpt from the Subpoena *Duces Tecum* directed to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). This excerpt does not include the internal subpoena Exhibits B (Complaint), C (Protective Order), and D (Order Regarding Production of Electronically Stored Information and Paper Documents).

2

190837876

3

This declaration is made pursuant to 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 12, 2024, in Minneapolis, Minnesota.

*/s/ Zachary J. Wright*
Zachary J. Wright

190837876