# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　Defendants. | Case No. 22-cv-02694 (JRT/JFD)<br><br>**DECLARATION OF ZACHARY J. WRIGHT IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL RESPONSE TO SUBPOENA** ***DUCES TECUM*** |

I, Zachary J. Wright, state that the following are true and correct factual statements of which I have personal knowledge:

1. I am an attorney at Stinson LLP and am licensed to practice law in the State of Minnesota.

2. I am one of the attorneys representing Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC in the above-captioned matter.

3. I submit this declaration in Support of Defendants' Motion to Compel Response to Subpoena *Duces Tecum*.

4. Attached as **Exhibit A** is a true and correct copy of an excerpt from the Subpoena *Duces Tecum* directed to Bill's Gun Shop and Range. This excerpt does not include the internal subpoena Exhibits B (First Amended Complaint), C (Protective Order),

190903584

and D (Order Regarding Production of Electronically Stored Information and Paper Documents).

5. Attached as **Exhibit B** is a true and correct copy of the Affidavit of Personal Service of the Subpoena *Duces Tecum* directed to Bill's Gun Shop and Range at its last known address in Robbinsdale, Minnesota, dated May 31, 2024.

6. Attached as **Exhibit C** is a true and correct copy of Lefty's Shooting & Outdoor Sporting Goods Incorporated d/b/a Bill's Gun Shop and Range's Responses and Objections to the Subpoena *Duces Tecum* dated June 13, 2024.

7. Attached as **Exhibit D** is a true and correct copy of Affidavit of Personal Service of the Subpoena *Duces Tecum* directed to Capra's Sporting Goods at its last known address in Blaine, Minnesota, dated May 29, 2024.

8. Attached as **Exhibit E** is a true and correct copy of the executed Certified Mail Return Receipt directed to Capra's Sporting Goods dated May 30, 2024.

9. On July 2, 2024, Fleet Farm attempted to send a letter via certified mail to Capra's following up on the subpoena. The U.S. Postal Service was unable to deliver the letter because the business was closed. Attached as **Exhibit F** is a true and correct copy of the Certified Mail Return Receipt to Capra's Sporting Goods dated July 2, 2024, along with the United States Postal Service tracking information dated July 9, 2024.

10. On July 10, 2024, Fleet Farm counsel attempted to contact Capra's by telephone call to the phone number listed on Capra's website. Upon connecting, an automated voice system provided a list of menu options selectable by dialing the corresponding number. Fleet Farm counsel first attempted to reach Capra's business office

by dialing the number six, the call was routed to a voicemail box, and the voicemail greeting stated the caller had reached "Maggie" at Capra's, but the voicemail box was full, so the call was automatically disconnected. Fleet Farm counsel then called back and attempted to reach Capra's firearms department by dialing the number one, but was again directed to a voicemail (this time with no greeting) and automatically disconnected because the voicemail box was full. Capra's website provided no other means of contacting Capra's than the telephone number. Attached as **Exhibit G** is a true and correct copy of Capra's Sporting Goods website located in Blaine, Minnesota.

11. Fleet Farm thereafter sent another letter regarding the subpoena to Capra's at its business address and to the entity the Minnesota Secretary of State lists as Capra's parent company, Capra's Outdoors Inc. ("Capra's Outdoors"), at its registered address. Attached as **Exhibit H** is a true and correct copy of the Minnesota Secretary of State's Business Record Details relating to Capra's Sporting Goods. Attached as **Exhibit I** is a true and correct copy of the Minnesota Secretary of State's Business Record Details relating to Capra's Outdoors, Inc. Attached as **Exhibit J** is a true and correct copy of correspondence sent to Capra's Outdoors, Inc., and Capra's Sporting Goods dated July 11, 2024.

12. At the time of filing this memorandum, neither Capra's nor Capra's Outdoors has contacted Fleet Farm, and Fleet Farm counsel has been unable to contact either entity. Fleet Farm intends to initiate service of these motion papers on both Capra's and Capra's Outdoors after filing the papers with the Court.

13. Attached as **Exhibit K** is a true and correct copy of the State of Minnesota's Responses to Defendants' First Set of Interrogatories dated December 4, 2023.

190903584

14. Attached as **Exhibit L** is a true and correct copy of *United States v. Elwood, et al.*, CR-21-147-(ADM/TNL) (D. Minn. June 24, 2021), ECF Doc. 33, Indictment.

15. Attached as **Exhibit M** is a true and correct copy of *United States v. Elwood, et al.*, CR-21-147-(ADM/TNL) (D. Minn. Dec. 28, 2021), ECF Doc. 97, Plea Agreement and Sentencing Stipulations.

16. Attached as **Exhibit N** is a true and correct copy of State of Minnesota's Responses to Defendants' First Set of Requests for Production of Documents dated December 4, 2023.

17. Attached as **Exhibit O** is a true and correct copy of an excerpt from the Subpoena *Duces Tecum* directed to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). This excerpt does not include the internal subpoena Exhibits B (Complaint), C (Protective Order), and D (Order Regarding Production of Electronically Stored Information and Paper Documents).

This declaration is made pursuant to 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 12, 2024, in Minneapolis, Minnesota.

*/s/ Zachary J. Wright*
Zachary J. Wright

190903584