# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　　Defendants. | Case No.:  22-cv-02694 (JRT/JFD)<br><br>**CERTIFICATE OF SERVICE** |

Todd A. Noteboom, of the City of Minneapolis, County of Hennepin, in the State of Minnesota, hereby certifies that on the 12th day of July, 2024, he caused the following documents:

- Defendants' Motion to Compel Response to Subpoena *Duces Tecum*;

- Memorandum in Support of Defendants' Motion to Compel Response to Subpoena *Duces Tecum* (including Defendants' Word Count Compliance);

- Declaration of Zachary J. Wright in Support of Defendants' Motion to Compel Response to Subpoena *Duces Tecum*;

- Meet-and-Confer Statement Regarding Defendants' Motion to Compel Response to Subpoena *Duces Tecum*; and

- [Proposed] Order Granting Defendants' Motion to Compel Response to Subpoena *Duces Tecum*;

to be served on the following by email and United States Certified Mail/Return Receipt Requested, by depositing true and correct copies thereof in a sealed envelope, postage prepaid in the United States Mail at Minneapolis, Minnesota, addressed as follows:

190978678

Andrew Bardwell, Esq.
Skolnick & Bardwell, P.A.
1150 SPS Tower, 333 South Seventh Street
Minneapolis, MN 55402
abardwell@skolnickbardwell.com

Dated: July 12, 2024	 */s/ Todd A. Noteboom*
	Todd A. Noteboom (#0240047)
	Andrew W. Davis (#0386634)
	Sharon R. Markowitz (#0392043)
	Andrew P. Leiendecker (#0399107)
	Zachary J. Wright (#0402945)
	STINSON LLP
	50 South Sixth Street, Suite 2600
	Minneapolis, MN 55402
	(612) 335-1500
	todd.noteboom@stinson.com
	andrew.davis@stinson.com
	sharon.markowitz@stinson.com
	andrew.leiendecker@stinson.com
	zachary.wright@stinson.com

	**ATTORNEYS FOR DEFENDANTS**