

Todd Noteboom
**PARTNER**
DIRECT: 612.335.1894
OFFICE: 612.335.1500

todd.noteboom@stinson.com

July 26, 2024

Hon. John F. Docherty
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re:    *State of Minnesota v. Fleet Farm LLC, et al.*, Case No. 0:22-cv-02694-JRT-JFD

Dear Magistrate Judge Docherty:

Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC (collectively "Fleet Farm") write in response to docket entry ECF 128, in which the Court requested counsel file a written update on the docket regarding the status of Fleet Farm's motion to compel a response to the subpoena *duces tecum* (the "Subpoena") issued to Capra's Sporting Goods ("Capra's").

Fleet Farm served the Subpoena on Capra's via personal service on May 29, 2024 and via certified mail on May 30, 2024. ECF Doc. 118-1, Exhibits D, E, and F. Capra's did not respond to the Subpoena by the June 28, 2024 deadline, and counsel's efforts thereafter to contact Capra's have been unsuccessful. Fleet Farm respectfully refers the Court to the sworn declaration describing counsel's efforts to do so in ECF Doc. 118, ¶¶ 7–12.

Fleet Farm thereafter filed a motion to compel (ECF Docs. 116–20), and served the motion papers on both Capra's and Capra's Outdoors Inc.[1] via certified mail after filing the papers with the Court. Fleet Farm has not received confirmation of their delivery: the certified mail packets are available for pickup in the respective locations (Blaine and Cedar, Minnesota), which occurs when delivery is initially unsuccessful. *See* Attachment A (certified mail receipts and tracking status sheets).

---

[1] Capra's Outdoors is believed to be Capra's corporate parent, and was served as a courtesy and in a further effort to provide notice.



The Honorable John F. Docherty
July 26, 2024
Page 2

Fleet Farm respectfully requests the Court grant its motion to compel Capra's to respond to the Subpoena.

Respectfully submitted,

**Stinson LLP**

*/s/ Todd Noteboom*

Todd Noteboom

TAN:zjw

# ATTACHMENT A



Andrew Davis
**PARTNER**
DIRECT: 612.335.1556
OFFICE: 612.335.1500

andrew.davis@stinson.com

July 12, 2024

**VIA CERTIFIED U.S. MAIL**

Capra's Outdoors Inc.
20300 Palisade St NE
Cedar, MN 55011-9606

Capra's Sporting Goods
8565 Central Ave NE
Blaine, MN 55434

Re:   *State of Minnesota v. Fleet Farm LLC, et al.*, Case No. 0:22-cv-02694-JRT-JFD

To Whom It May Concern:

Enclosed and served upon you in the above-referenced matter, please find:

- Defendants' Notice of Hearing on Defendants' Motion to Compel Response to Subpoena *Duces Tecum*;

- Defendants' Motion to Compel Response to Subpoena *Duces Tecum*;

- Memorandum in Support of Defendants' Motion to Compel Response to Subpoena *Duces Tecum* (including Defendants' Word Count Compliance);

- Declaration of Zachary J. Wright in Support of Defendants' Motion to Compel Response to Subpoena *Duces Tecum*;

- Meet-and-Confer Statement Regarding Defendants' Motion to Compel Response to Subpoena *Duces Tecum*; and

- [Proposed] Order Granting Defendants' Motion to Compel Response to Subpoena *Duces Tecum*;



Capra's Outdoors Inc.
Capra's Sporting Goods
July 12, 2024
Page 2

If you have any questions, please do not hesitate to contact me.

Sincerely,

**Stinson LLP**

Andrew Davis

cc:    Todd Noteboom
       Andrew Leiendecker
       Zachary Wright

190977814





ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

9414726699042226072804

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivery Attempt
**Reminder to Schedule Redelivery of your item**
July 20, 2024

### Available for Pickup
BLAINE
10611 BALTIMORE ST NE STE 100
MINNEAPOLIS MN 55449-9930
M-F 0830-1700; SAT 0900-1300
July 16, 2024, 10:31 am

### Notice Left (No Authorized Recipient Available)
MINNEAPOLIS, MN 55434
July 15, 2024, 10:01 am

### Out for Delivery
MINNEAPOLIS, MN 55434
July 15, 2024, 6:10 am

### Arrived at Post Office
MINNEAPOLIS, MN 55449

Feedback

July 15, 2024, 5:59 am

**Arrived at USPS Facility**
MINNEAPOLIS, MN 55449
July 14, 2024, 6:09 am

**Departed USPS Facility**
MINNEAPOLIS, MN 55448
July 14, 2024, 6:00 am

**Arrived at USPS Facility**
MINNEAPOLIS, MN 55448
July 14, 2024, 5:49 am

**Departed USPS Regional Facility**
MINNEAPOLIS MN DISTRIBUTION CENTER
July 14, 2024, 5:26 am

**Arrived at USPS Regional Facility**
MINNEAPOLIS MN DISTRIBUTION CENTER
July 13, 2024, 2:31 am

**Departed USPS Facility**
SAINT PAUL, MN 55131
July 12, 2024, 11:43 pm

**Arrived at USPS Facility**
SAINT PAUL, MN 55131
July 12, 2024, 11:19 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

9414726699042226072798

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivery Attempt
**Reminder to Schedule Redelivery of your item**
July 18, 2024

### Available for Redelivery or Pickup
CEDAR
21427 ABERDEEN ST NE
CEDAR MN 55011-9660
M-F 0600-1700; SAT 0600-1200
July 15, 2024, 11:43 am

### Notice Left (No Authorized Recipient Available)
CEDAR, MN 55011
July 13, 2024, 12:16 pm

### Departed USPS Regional Facility
SAINT PAUL MN NETWORK DISTRIBUTION CENTER
July 13, 2024, 4:32 am

### Arrived at USPS Regional Facility
SAINT PAUL MN NETWORK DISTRIBUTION CENTER

Feedback

July 13, 2024, 1:10 am

**Arrived at USPS Facility**
SAINT PAUL, MN 55131
July 12, 2024, 11:23 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**