UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br><br>        Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>        Defendants. | Case No. 22-cv-02694-JRT-JFD<br><br>**ORDER** |

This matter is before the Court on Defendants' Motion to Compel Response to Subpoena Duces Tecum (Dkt. No. 116). Defendants have notified the Court via email that the motion is moot as to nonparty Bill's Gun Shop and Range. Nonparty Capra's Sporting Goods has not responded to the subpoena despite receipt of the subpoena on May 30, 2024, and multiple attempts by Defendants' counsel to contact Capra's.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion to Compel Response to Subpoena Duces Tecum (Dkt. No. 116) is **DENIED AS MOOT** as to Bill's Gun Shop and Range and **GRANTED** as to Capra's Sporting Goods. Capra's Sporting Goods shall respond to the subpoena and produce responsive documents by **August 29, 2024**. Defendants shall immediately provide notice of this Order to Capra's by attempting personal service, through certified mail, and through first-class mail at both of the following addresses: (1) Capra's Outdoors Inc.,

20300 Palisade Street NE, Cedar, MN 55011-9606; and (2) Capra's Sporting Goods, 8565 Central Avenue NE, Blaine, MN 55434.

Dated: July 29, 2024                                *John Docherty*
                                                    United States Magistrate Judge

2