UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　　Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**STATE OF MINNESOTA'S MOTION TO FURTHER MODIFY AMENDED PRETRIAL SCHEDULING ORDER AND COMPEL DISCOVERY** |

　　The State of Minnesota moves the Court to further modify the Amended Pretrial Scheduling Order (ECF No. 131) and compel discovery based on a highly relevant document produced last week by Fleet Farm, in accordance with Federal Rules of Civil Procedure 16(b)(4) and 37(c) and District of Minnesota Local Rules 16.3 and 37.1. This Motion is based on all the files, records, and proceedings in this case, as well as the accompanying memorandum of law and supporting documents.

1

Dated: August 2, 2024

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY (#030234X)
Deputy Attorney General

**/s/ *Katherine A. Moerke***
KATHERINE MOERKE (#0312277)
JASON PLEGGENKUHLE (#0391772)
ERIC J. MALONEY (#0396326)
Assistant Attorneys General

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288
eric.maloney@ag.state.mn.us
Telephone: (651) 757-1021
jason.pleggenkuhle@ag.state.mn.us
Telephone: (651) 757-1147

**UNIVERSITY OF MINNESOTA GUN VIOLENCE PREVENTION CLINIC**

MEGAN WALSH (#0394837)
Special Assistant Attorney General

University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
Phone: 612-625-5515
wals0270@umn.edu

*Attorneys for State of Minnesota*

2