**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>    Plaintiff,<br><br>    v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>    Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(f) AND 7.1(h) FOR MEMORANDUM IN SUPPORT OF MOTION TO FURTHER MODIFY AMENDED PRETRIAL SCHEDULING ORDER AND COMPEL DISCOVERY** |

I affirm that the State of Minnesota's Memorandum in Support of Motion to Further Modify Amended Pretrial Scheduling Order and Compel Discovery complies with the limits in District of Minnesota Local Rule 7.1(f) and with the type-size limit of LR 7.1(h). The Memorandum contains 6,239 words. I am relying on the word-count function of Microsoft Word for Office 365 and certify that the function was applied specifically to include all text, including headings, footnotes, and quotations.

Dated: August 2, 2024

Respectfully submitted,

**STATE OF MINNESOTA**

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY (#030234X)
Deputy Attorney General

**/s/ Katherine A. Moerke**
KATHERINE MOERKE (#0312277)
ERIC J. MALONEY (#0396326)
JASON PLEGGENKUHLE (#0391772)
Assistant Attorneys General

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
katherine.moerke@ag.state.mn.us
Telephone: (651) 728-7174

**UNIVERSITY OF MINNESOTA GUN
VIOLENCE PREVENTION CLINIC**

MEGAN WALSH (#0394837)
Special Assistant Attorney General

ARIELLE HUGEL
WILLIAM ROBERTS
NICHOLAS TAYLOR
Certified Student Attorneys

University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
Phone: 612-625-5515
wals0270@umn.edu

*Attorneys for State of Minnesota*