# Blaine Store Incident Report

**Fleet Farm**

**STORE #: 3100**

10250 Lexington Ave NE, Blaine, MN 55014 763-785-4647

## Case Information

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 10/18/2021 1:54:00 PM | **Assigned To:** | Eric Bongard |
| **Store Case #:** | 2021-3100-ASST-40 | **Case Owner:** | Joseph Dorn |
| **Incident Type:** | Assisting Law Enforcement | **Police Officer** | Hoisington |
| **Method of Operation:** | Other | **Badge#:** | |
| **Anyone Injured:** | | **Police Case No:** | |
| **Fled:** | | **Police Called:** | |
| **Total Case Value:** | $5,463.88 | **Police Arrived:** | |
| **Action:** | | **Police Charge:** | |
| **Video Obtained:** | Yes | **Apprehended By:** | Joseph Dorn |
| | | **Released:** | |

## Suspect Information

| | | | |
|---|---|---|---|
| **Last Name:** | Horton Jr | **Date of Birth** | ██████ |
| **First Name:** | Jerome | **Sex:** | |
| **Middle Name:** | F | **Adult/Juvenile:** | Adult |
| **Address:** | 2215 Blaisdell Ave South Apt 4 | **Identification:** | State Issued ID |
| **City/State/Zip:** | Minneapolis MN 55404 | **Identification #:** | ********** |
| **Phone#:** | 612-730-1706 | **ID State:** | |

## Vehicle Information

| | | | | | |
|---|---|---|---|---|---|
| **Vehicle Make:** | | **Vehicle Model:** | | **Vehicle Style:** | |
| **Vehicle Color:** | | **Vehicle Year:** | | | |
| **License Plate#:** | | **State:** | | | |
| **Vehicle Notes:** | | | | | |

## Merchandise

| Description | UPC | Department | Dam | Rec | Qty | Price each | Total Price |
|---|---|---|---|---|---|---|---|
| APX Centurion 9mm - Blued | 082442894379 | Firearms/Ammo/Shooting | No | No | 1 | $379.99 | $379.99 |
| Critical Defense 9mm 115 Gr. FTX 25 Rnds | 090255902501 | Firearms/Ammo/Shooting | No | No | 1 | $23.99 | $23.99 |
| STR-9C 1 10 rd Ext mag 1 BS Night | 037084317427 | Firearms/Ammo/Shooting | No | No | 1 | $349.99 | $349.99 |
| GLK 43X 9MM PST 10RD FS - BLACK | 764503037894 | Firearms/Ammo/Shooting | No | No | 1 | $499.99 | $499.99 |
| Ec9s 9mm Pistol 7rd Black - 3283 | 736676032839 | Firearms/Ammo/Shooting | No | No | 1 | $269.99 | $269.99 |
| Mc2c 9mm With Safety 9mm - Black | 015813890144 | Firearms/Ammo/Shooting | No | No | 1 | $419.99 | $419.99 |
| Glk 45 9mm Pst 17rd Fss Fs - Black | 764503030895 | Firearms/Ammo/Shooting | No | No | 1 | $549.99 | $549.99 |
| GLK 19X 9mm PST 17 Round Night Sights | 764503026911 | Firearms/Ammo/Shooting | No | No | 1 | $599.99 | $599.99 |
| Glk 17 Gen5 9mm Pst 17r Fss F - Black | 764503037108 | Firearms/Ammo/Shooting | No | No | 1 | $549.99 | $549.99 |
| Glk 19g3 9mm Pst 15rd Fs - Matte Black Matte | 764503502194 | Firearms/Ammo/Shooting | No | No | 1 | $519.99 | $519.99 |
| GLK 26G5 US 9MM 10RD FSS FS - Matte Black | 764503037337 | Firearms/Ammo/Shooting | No | No | 1 | $549.99 | $549.99 |
| RAD RAD-15 RP PST 5.56 7B 30SB - BLACK | 814034021975 | Firearms/Ammo/Shooting | No | No | 1 | $749.99 | $749.99 |
| | | | | | | **GRAND TOTAL:** | $5,463.88 |

| | |
|---|---|
| **Evidence Disposition:** | Unknown Status |

## Court Information:

| Trial Date | Court Location | Disposition | Plea | Penalty | Notes |
|---|---|---|---|---|---|
| | | | | | |

## Journal Notes

| Journal Date | Created By | Summary | Detail |
|---|---|---|---|
| 2/25/2022 | Cory Klebs | Recollecting 7-31-21 Purchase | |

## Incident Narrative

On 10/18/2021 I Joseph Alexander Dorn (10/15/1981) received information from Operations Manager Cory Klebs that Special Agent Hoisington with the ATF is requesting records of purchases and any video footage that we may have for an ongoing criminal investigation. I was able to obtain all transactions receipts that will show the items purchased, method of payment used and footage of the suspect. All information was provided to ATF Special Agent Hoisington.

**Signature/Title:** _____   **Date Signed:** _____ / _____ / _____

**Witness Signature/Title:** _____   **Date Signed:** _____ / _____ / _____

**Release Acknowledgement** (if applicable)**:** _____   **Date Signed:** _____ / _____ / _____