**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect   •   *www.ag.state.mn.us*

Via e-mail

July 11, 2024

Andrew W. Davis
Andrew P. Leiendecker
Todd Noteboom
Courtney Harrison
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Re:   *State v. Fleet Farm LLC, et al.*, Case No.: 0:22-cv-02694-JRT-JFD

Dear Counsel:

I write about two apparent discovery deficiencies in Fleet Farm's production: (1) missing documents regarding straw purchaser Jerome Horton, and (2) missing documents regarding straw purchaser Wayne Danielson.

## I.      Missing Documents Regarding Jerome Horton

In response to Fleet Farm's subpoena for documents, the ATF produced Fleet Farm documents regarding Jerome Horton that do not appear to have been produced to the State by Fleet Farm. These documents include, but are not necessarily limited to, ATF0001503, ATF0002337, ATF0002339, ATF0002365, ATF0002379, ATF0002382, and ATF0002384. Such documents are responsive to the State of Minnesota's Requests for Production Nos. 2 and 12. Given this apparent deficiency in Fleet Farm's production, we are concerned that Fleet Farm has not adequately searched for and produced relevant documents regarding Jerome Horton, and we expect Fleet Farm to take measures to promptly correct this deficiency.

## II.     Missing Documents Regarding Wayne Danielson

Fleet Farm has produced documents indicating that Fleet Farm sold firearms to Wayne Danielson, who has been convicted of straw purchasing. *See* FF_0013735-37. But Fleet Farm has not produced other documents regarding Wayne Danielson, including any invoices, receipts, or Forms 4473. In fact, the ATF's production shows that Fleet Farm provided the ATF with documents regarding Wayne Danielson that Fleet Farm appears to have failed to produce to the State. *See, e.g.*, ATF0003132. Such documents are responsive to the State of Minnesota's Requests for Production Nos. 2 and 18. We expect Fleet Farm to take measures to promptly correct this deficiency.

Counsel for Fleet Farm, LLC, et al.
July 11, 2024
Page 2


*\*\**


 Please let us know if you are available to meet and confer about these deficiencies on Thursday, July 18, 2024 between 3 and 5 p.m.


      Sincerely,

      KATHERINE MOERKE
      Assistant Attorney General
      (651) 728-7174
      katherine.moerke@ag.state.mn.us

cc: Eric Maloney, Office of Minnesota Attorney General