## Katherine Moerke

| | |
|---|---|
| **From:** | Eric Maloney |
| **Sent:** | Monday, July 22, 2024 2:54 PM |
| **To:** | Harrison, Courtney J.; Davis, Andrew W.; Katherine Moerke; Hemenway, Zachary H.; Noteboom, Todd; Leiendecker, Andrew P.; Wright, Zachary J. |
| **Cc:** | Jason Pleggenkuhle; James Canaday; 'wals0270@umn.edu'; Chris Osborne |
| **Subject:** | RE: State of Minnesota v. Fleet Farm - Letter re. discovery deficiencies |
| **Attachments:** | 6.11.24 Transmittal Letter from Fleet Farm.pdf |

Courtney:

It appears that Fleet Farm applied already-used bates numbers to this most recent production. See attached correspondence from Fleet Farm's June 11 production noting that that production starts at the same bates number (FF_0075284). Could you re-number and re-produce with the correct bates numbering?

Sincerely,
Eric

Eric J. Maloney
Assistant Attorney General
Consumer Protection Division
Office of Minnesota Attorney General Keith Ellison
445 Minnesota Street, Suite 1200, St. Paul, MN 55101-2130
(651) 757-1021 (office)
(651) 728-4093 (mobile)
eric.maloney@ag.state.mn.us
https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.ag.state.mn.us%2F&data=05%7C02%7CKatherine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%7Cf7afafcea31e4f27b08853903af622b5%7C0%7C0%7C638572749143359445%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=uiEb8u3%2BGJDKmrnM0looI7gYNtgxlLnKyEAQkpyNOOI%3D&reserved=0

-----Original Message-----
From: Harrison, Courtney J. <courtney.harrison@stinson.com>
Sent: Friday, July 19, 2024 6:34 PM
To: Eric Maloney <Eric.Maloney@ag.state.mn.us>; Davis, Andrew W. <andrew.davis@stinson.com>; Katherine Moerke <Katherine.Moerke@ag.state.mn.us>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Noteboom, Todd <todd.noteboom@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Wright, Zachary J. <zachary.wright@stinson.com>
Cc: Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; James Canaday <James.Canaday@ag.state.mn.us>; 'wals0270@umn.edu' <wals0270@umn.edu>; Chris Osborne <Chris.Osborne@ag.state.mn.us>
Subject: RE: State of Minnesota v. Fleet Farm - Letter re. discovery deficiencies

Counsel,

I write in follow-up to our call this afternoon regarding the State's letter dated July 11, 2024.  As I explained on the call, Fleet Farm has complied with all of its obligations regarding document collection in this case. The alleged "discrepancies" identified by the State are due to Fleet Farm either no longer possessing those documents due to the passage of time or

due to a technological issue that resulted in a small number of documents not getting produced despite being collected (and which are being produced now).

First, regarding Mr. Danielson, the State's characterization of Fleet Farm's document production is inaccurate. The State claims Fleet Farm failed to produce "invoices, receipts, or Forms 4473" for Wayne Danielson. In fact, Fleet Farm produced a dozen documents related to Mr. Danielson, including 4473s. See, e.g., FF_0029068, FF_0029069, FF_0029560.

Second, the State's characterization of ATF0003132 as a document Fleet Farm should have produced is incorrect. This document is an order form with receipts, which is maintained in paper by Fleet Farm. The relevant RFP, as identified by the State, is RFP 18. In response to that RFP, Fleet Farm limited its offer of production to those documents responsive to RFPs 6 and 8.

As you are aware, the parties conferred extensively about what documents should be produced in response to RFPs 6 and 8, and the ultimate result was a production of data from Fleet Farm's A&D log. At no point did the State specify it wanted order forms or receipts. To the contrary – these documents are paper documents, and the State specified it was not seeking paper documents at this time. See transcript of 3.12.24 hearing at p. 11.

It was Fleet Farm's understanding, therefore, that the State was not seeking documents related to Mr. Danielson other than those that were returned in the search the State requested Fleet Farm run and any that fell within the scope of the eventual response to RFPs 6 and 8. Pursuant to the Court's Discovery Guidelines, Fleet Farm conferred extensively with the State and reached an agreement not only on custodians but also on an exhaustive set of search terms. The Court also set a date range for collection and production obligations.

Fleet Farm has fully satisfied these obligations, producing all responsive, non-privileged documents that hit on the agreed search terms for the agreed custodians during the at-issue date range. This search included all documents that hit on broad search terms, such as the names of Jerome Horton and Wayne Danielson.

Third, the ATF's production of certain documents related to Mr. Horton that Fleet Farm did not produce is not indicative of Fleet Farm withholding documents. Rather, there are two explanations. As it relates to all of the identified Horton documents except ATF0001503, Fleet Farm did not produce those documents because they no longer exist at Fleet Farm.

By the time this lawsuit was filed and Fleet Farm was on notice of any preservation obligations, certain documents had already been deleted pursuant to Fleet Farm's routine data destruction guidelines.

As it relates to ATF0001503, Fleet Farm has identified a technological error that resulted in a small number of documents – collected from Fleet Farm's Loss Prevention Management System (LPMS)– not being produced. Fleet Farm searched and collected responsive documents from its LPMS system and sent those documents to counsel. Due to an apparent technological issue, not all of the documents that were sent by Fleet Farm via an FTP transfer were received by counsel. Because counsel received other documents from the LPMS system (which were produced), this error was not uncovered until the State's letter.

Upon receipt of the letter, Fleet Farm took immediate action to investigate this issue and assess the scope of any missing documents. It was determined that fewer than two dozen documents were impacted – including Fleet Farm's internal copy of ATF0001503. While these documents are largely duplicative of other files produced by Fleet Farm or by the ATF, Fleet Farm produces them here:

https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fstinson.sharefile.com%2Fpublic%2Fshare%2Fweb-s8518d6db50634628addc2138e42d6389&data=05%7C02%7CKatherine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%7Cf7afafcea31e4f27b08853903af622b5%7C0%7C0%7C638572749143367182%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=WchuemMDWNRxAuhfkzxs3EFQQSC4LGIXW1AVNaUYuUU%3D&reserved=0

FF_0075284 – FF_0075355
Total Docs: 21

(password sent separately - all documents have been designated CONFIDENTIAL)

Given this production, Fleet Farm has collected and produced all responsive, non-privileged documents in its care, custody, and control, as dictated by the collection protocol the parties agreed on long ago.    There is no "deficiency" to correct.

Best,


Courtney J. Harrison
Partner
Pronouns: She/Her

STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Direct: 816.691.2354 \ Mobile: 573.303.4713 \
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.stinson.com%2Fpeople-CourtneyHarrison&data=05%7C02%7CKatherine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%7Cf7afafcea31e4f27b08853903af622b5%7C0%7C0%7C638572749143372324%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=B5peLEBlhc%2FnXMjqFEJq5GobAxIF2D5Xvj9W7ilB%2B5k%3D&reserved=0

Assistant: mailto:KCM.LSSTeam1@stinson.com \ 816.691.2738

https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.stinson.com%2F&data=05%7C02%7CKatherine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%7Cf7afafcea31e4f27b08853903af622b5%7C0%7C0%7C638572749143376633%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=jVLkACfRE%2F%2BwRVk3kT%2BuQ4WXJN0JKTjDsE0nk2oOw9w%3D&reserved=0

-----Original Message-----
From: Eric Maloney <Eric.Maloney@ag.state.mn.us>
Sent: Thursday, July 18, 2024 9:45 AM
To: Harrison, Courtney J. <courtney.harrison@stinson.com>; Davis, Andrew W. <andrew.davis@stinson.com>; Katherine Moerke <Katherine.Moerke@ag.state.mn.us>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Noteboom, Todd <todd.noteboom@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Wright, Zachary J. <zachary.wright@stinson.com>
Cc: Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; James Canaday <James.Canaday@ag.state.mn.us>; 'wals0270@umn.edu' <wals0270@umn.edu>; Chris Osborne <Chris.Osborne@ag.state.mn.us>
Subject: RE: State of Minnesota v. Fleet Farm - Letter re. discovery deficiencies

External Email – Use Caution


Friday at 11:30am works for us. Could you circulate a meeting invite? Thank you.

Sincerely,
Eric

3

Eric J. Maloney
Assistant Attorney General
Consumer Protection Division
Office of Minnesota Attorney General Keith Ellison
445 Minnesota Street, Suite 1200, St. Paul, MN 55101-2130
(651) 757-1021 (office)
(651) 728-4093 (mobile)
eric.maloney@ag.state.mn.us
https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.ag.state.mn.us%2F&data=05%7C02%7CKathe
rine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%7Cf7afafcea31e4f27b08853903af622b5%7C0
%7C0%7C638572749143380664%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1h
aWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=A2g37%2FjFD5HronETeG3wS8tuxJ71TDxVbJpsLZ7IX1k%3D&reserved=
0

-----Original Message-----
From: Harrison, Courtney J. <courtney.harrison@stinson.com>
Sent: Wednesday, July 17, 2024 4:23 PM
To: Eric Maloney <Eric.Maloney@ag.state.mn.us>; Davis, Andrew W. <andrew.davis@stinson.com>; Katherine Moerke
<Katherine.Moerke@ag.state.mn.us>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Noteboom, Todd
<todd.noteboom@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Wright, Zachary J.
<zachary.wright@stinson.com>
Cc: Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; James Canaday <James.Canaday@ag.state.mn.us>;
'wals0270@umn.edu' <wals0270@umn.edu>; Chris Osborne <Chris.Osborne@ag.state.mn.us>
Subject: RE: State of Minnesota v. Fleet Farm - Letter re. discovery deficiencies

Eric,

Following up, would you be available Friday before 10am, between 11am and 2pm, or after 430PM (all central)?



Courtney J. Harrison
Partner
Pronouns: She/Her

STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Direct: 816.691.2354 \ Mobile: 573.303.4713 \
Bio<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.stinson.com%2Fpeople-
CourtneyHarrison&data=05%7C02%7CKatherine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%
7Cf7afafcea31e4f27b08853903af622b5%7C0%7C0%7C638572749143384642%7CUnknown%7CTWFpbGZsb3d8eyJWIjoi
MC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=olkv9G4Yz3B%2Ff%2BvP
4WKrxhkcwYeH7Kaoy9QvK3tl%2BE8%3D&reserved=0>

Assistant: KCM.LSSTeam1@stinson.com<mailto:KCM.LSSTeam1@stinson.com> \ 816.691.2738

STINSON.COM<https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.stinson.com%2F&data=05%7
C02%7CKatherine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%7Cf7afafcea31e4f27b08853903
af622b5%7C0%7C0%7C638572749143389040%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luM

zIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=n4A8%2FKJ5DoLWf%2Bp0sUBFrdaMa8jWSSRKFC%2FQsyT9Co8%3D&reserved=0>

-------- Original Message --------
From: Eric Maloney <Eric.Maloney@ag.state.mn.us>
Date: Tue, July 16, 2024 1:20 PM -0500
To: "Davis, Andrew W." <andrew.davis@stinson.com>, Katherine Moerke <Katherine.Moerke@ag.state.mn.us>, "Hemenway, Zachary H." <zachary.hemenway@stinson.com>, "Noteboom, Todd" <todd.noteboom@stinson.com>, "Leiendecker, Andrew P." <andrew.leiendecker@stinson.com>, "Harrison, Courtney J." <courtney.harrison@stinson.com>, "Wright, Zachary J." <zachary.wright@stinson.com>
CC: Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>, James Canaday <James.Canaday@ag.state.mn.us>, "'wals0270@umn.edu'" <wals0270@umn.edu>, Chris Osborne <Chris.Osborne@ag.state.mn.us>
Subject: RE: State of Minnesota v. Fleet Farm - Letter re. discovery deficiencies

Yes, we are amenable to meet-and-confer regarding the deficiency letter after the deposition concludes, depending on timing.

Eric J. Maloney
Assistant Attorney General
Consumer Protection Division
Office of Minnesota Attorney General Keith Ellison
445 Minnesota Street, Suite 1200, St. Paul, MN 55101-2130
(651) 757-1021 (office)
(651) 728-4093 (mobile)
eric.maloney@ag.state.mn.us<mailto:eric.maloney@ag.state.mn.us>
https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.ag.state.mn.us%2F&data=05%7C02%7CKatherine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%7Cf7afafcea31e4f27b08853903af622b5%7C0%7C0%7C638572749143393166%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=0LC0dWGLl13uYOSr17HuKbpuHbhnNptVC44XLihMkZU%3D&reserved=0<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ag.state.mn.us%2F&data=05%7C02%7CKatherine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%7Cf7afafcea31e4f27b08853903af622b5%7C0%7C0%7C638572749143397081%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=9MD%2FrLIoCpmtbfukfxUsnSSPvaFj9ybTnCS%2F8kqshuQ%3D&reserved=0>

From: Davis, Andrew W. <andrew.davis@stinson.com>
Sent: Tuesday, July 16, 2024 12:46 PM
To: Katherine Moerke <Katherine.Moerke@ag.state.mn.us>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>; Noteboom, Todd <todd.noteboom@stinson.com>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com>; Harrison, Courtney J. <courtney.harrison@stinson.com>; Wright, Zachary J. <zachary.wright@stinson.com>
Cc: Eric Maloney <Eric.Maloney@ag.state.mn.us>; Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us>; James Canaday <James.Canaday@ag.state.mn.us>; 'wals0270@umn.edu' <wals0270@umn.edu>; Chris Osborne <Chris.Osborne@ag.state.mn.us>
Subject: RE: State of Minnesota v. Fleet Farm - Letter re. discovery deficiencies

Counsel,

We are in receipt of your deficiency letter.  Please let us know if you are available to meet and confer at the end of the Brad Hansen deposition tomorrow, or during a break. We have limited availability on Thursday July 18.

Best,

Andy


Andrew W. Davis
Partner
Pronouns: He/Him

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct: 612.335.1556 \
Bio<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.stinson.com%2Fpeople-AndrewDavis&data=05%7C02%7CKatherine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%7Cf7afafcea31e4f27b08853903af622b5%7C0%7C0%7C638572749143400939%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=ohprEz%2FVOIdIv0fr18SlwVDXQ79FsLt9AyIinvRcfGc%3D&reserved=0>

Assistant: MPL.LSSTeam2@stinson.com<mailto:MPL.LSSTeam2@stinson.com> \ 612.335.1966

STINSON.COM<https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.stinson.com%2F&data=05%7C02%7CKatherine.Moerke%40ag.state.mn.us%7Cec89fd5ecd6c4b422ec308dcaa8811e3%7Cf7afafcea31e4f27b08853903af622b5%7C0%7C0%7C638572749143404923%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=boawMXieinINWGgqR9N6wT63VKiUpwYrho04bJfDocw%3D&reserved=0>


This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.
From: Katherine Moerke <Katherine.Moerke@ag.state.mn.us<mailto:Katherine.Moerke@ag.state.mn.us>>
Sent: Thursday, July 11, 2024 2:16 PM
To: Davis, Andrew W. <andrew.davis@stinson.com<mailto:andrew.davis@stinson.com>>; Hemenway, Zachary H. <zachary.hemenway@stinson.com<mailto:zachary.hemenway@stinson.com>>; Noteboom, Todd <todd.noteboom@stinson.com<mailto:todd.noteboom@stinson.com>>; Leiendecker, Andrew P. <andrew.leiendecker@stinson.com<mailto:andrew.leiendecker@stinson.com>>; Harrison, Courtney J. <courtney.harrison@stinson.com<mailto:courtney.harrison@stinson.com>>; Wright, Zachary J. <zachary.wright@stinson.com<mailto:zachary.wright@stinson.com>>
Cc: Eric Maloney <Eric.Maloney@ag.state.mn.us<mailto:Eric.Maloney@ag.state.mn.us>>; Jason Pleggenkuhle <Jason.Pleggenkuhle@ag.state.mn.us<mailto:Jason.Pleggenkuhle@ag.state.mn.us>>; James Canaday <James.Canaday@ag.state.mn.us<mailto:James.Canaday@ag.state.mn.us>>; 'wals0270@umn.edu' <wals0270@umn.edu<mailto:wals0270@umn.edu>>; Chris Osborne <Chris.Osborne@ag.state.mn.us<mailto:Chris.Osborne@ag.state.mn.us>>
Subject: State of Minnesota v. Fleet Farm - Letter re. discovery deficiencies

External Email - Use Caution
Counsel,

Please see the attached letter and let us know if you are able to meet and confer on July 18.

Sincerely,
Katherine A. Moerke
Assistant Attorney General
Antitrust Division

Minnesota Attorney General's Office
445 Minnesota St., Suite 1400
St. Paul, MN 55101
(651) 728-7174


Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. This electronic communication is available in alternative formats to individuals with disabilities by contacting the sender. Thank you.