## Katherine Moerke

| | |
|---|---|
| **From:** | Davis, Andrew W. <andrew.davis@stinson.com> |
| **Sent:** | Tuesday, November 7, 2023 5:10 PM |
| **To:** | Katherine Moerke; Jason Pleggenkuhle; Eric Maloney; Megan Walsh; Arielle Hugel; Will Roberts; Nick Taylor |
| **Cc:** | Noteboom, Todd; Leiendecker, Andrew P.; Hemenway, Zachary H.; Wright, Zachary J.; Harrison, Courtney J. |
| **Subject:** | State of Minnesota v. Fleet Farm - Proposed Search Terms and Electronic Document Custodians |
| **Attachments:** | Fleet Farm's proposed search terms.docx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Counsel,

As previously discussed, attached is the list of Fleet Farm's proposed search terms for electronic documents from Fleet Farm custodians. Please note that we are still gathering electronic documents from one of the custodians. We expect to have completed the collection process by the end of this week or early next week.

The following are custodians Fleet Farm has identified as possessing potentially responsive electronic documents. These are Fleet Farm employees who have had involvement with Fleet Farm training and policies/procedures related to straw purchases, and/or were responsible for communicating with Fleet Farm stores and/or the government related to straw purchases.

- Brad Hansen: Loss Prevention Manager
- Kyle Helland: Senior Director - Merchandising
- Derrick Hoernke: Director of Real Estate and Facilities
- Mike Radl: Loss Prevention Field Supervisor
- Ryan Stoehr: Associate Director of Merchandising – Sporting Goods
- Michelle Granato: Firearms Specialist

Please let us know if you have any questions or proposed edits to the list of search terms.

We will respond separately to your email of November 1, 2023.

Sincerely,

Andy

**Andrew W. Davis**
Partner
Pronouns: He/Him

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct: 612.335.1556 \ Bio

Assistant: MPL.LSSTeam2@stinson.com \ 612.335.1966

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.