# Blaine Store Incident Report



**STORE #: 3100**

10250 Lexington Ave NE, Blaine, MN 55014 763-785-4647

## Case Information

| | | | |
|---|---|---|---|
| Incident Date/Time: | 10/18/2021 1:54:00 PM | Assigned To: | Eric Bongard |
| Store Case #: | 2021-3100-ASST-40 | Case Owner: | Joseph Dorn |
| Incident Type: | Assisting Law Enforcement | Police Officer | Hoisington |
| Method of Operation: | Other | Badge#: | |
| Anyone Injured: | | Police Case No: | |
| Fled: | | Police Called: | |
| Total Case Value: | $5,463.88 | Police Arrived: | |
| Action: | | Police Charge: | |
| Video Obtained: | Yes | Apprehended By: | Joseph Dorn |
| | | Released: | |

## Suspect Information

| | | | |
|---|---|---|---|
| Last Name: | Horton Jr | Date of Birth | 8/20/1996 |
| First Name: | Jerome | Sex: | |
| Middle Name: | F | Adult/Juvenile: | Adult |
| Address: | 2215 Blaisdell Ave South Apt 4 | Identification: | State Issued ID |
| City/State/Zip: | Minneapolis MN 55404 | Identification #: | ********** |
| Phone#: | 612-730-1706 | ID State: | |

## Vehicle Information

| | | | | | |
|---|---|---|---|---|---|
| Vehicle Make: | | Vehicle Model: | | Vehicle Style: | |
| Vehicle Color: | | Vehicle Year: | | | |
| License Plate#: | | State: | | | |
| Vehicle Notes: | | | | | |

## Merchandise

| Description | UPC | Department | Dam | Rec | Qty | Price each | Total Price |
|---|---|---|---|---|---|---|---|
| APX Centurion 9mm - Blued | 082442894379 | Firearms/Ammo/ Shooting | No | No | 1 | $379.99 | $379.99 |
| Critical Defense 9mm 115 Gr. FTX 25 Rnds | 090255902501 | Firearms/Ammo/ Shooting | No | No | 1 | $23.99 | $23.99 |
| STR-9C 1 10 rd Ext mag 1 BS Night | 037084317427 | Firearms/Ammo/ Shooting | No | No | 1 | $349.99 | $349.99 |
| GLK 43X 9MM PST 10RD FS - BLACK | 764503037894 | Firearms/Ammo/ Shooting | No | No | 1 | $499.99 | $499.99 |
| Ec9s 9mm Pistol 7rd Black - 3283 | 736676032839 | Firearms/Ammo/ Shooting | No | No | 1 | $269.99 | $269.99 |
| Mc2c 9mm With Safety 9mm - Black | 015813890144 | Firearms/Ammo/ Shooting | No | No | 1 | $419.99 | $419.99 |
| Glk 45 9mm Pst 17rd Fss Fs - Black | 764503030895 | Firearms/Ammo/ Shooting | No | No | 1 | $549.99 | $549.99 |
| GLK 19X 9mm PST 17 Round Night Sights | 764503026911 | Firearms/Ammo/ Shooting | No | No | 1 | $599.99 | $599.99 |
| Glk 17 Gen5 9mm Pst 17r Fss F - Black | 764503037108 | Firearms/Ammo/ Shooting | No | No | 1 | $549.99 | $549.99 |
| Glk 19g3 9mm Pst 15rd Fs - Matte Black Matte | 764503502194 | Firearms/Ammo/ Shooting | No | No | 1 | $519.99 | $519.99 |
| GLK 26G5 US 9MM 10RD FSS FS - Matte Black | 764503037337 | Firearms/Ammo/ Shooting | No | No | 1 | $549.99 | $549.99 |
| RAD RAD-15 RP PST 5.56 7B 30SB - BLACK | 814034021975 | Firearms/Ammo/ Shooting | No | No | 1 | $749.99 | $749.99 |
| | | | | | | **GRAND TOTAL:** | $5,463.88 |

| | |
|---|---|
| **Evidence Disposition:** | Unknown Status |

## Court Information:

| Trial Date | Court Location | Disposition | Plea | Penalty | Notes |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## Journal Notes

CONFIDENTIAL

| Journal Date | Created By | Summary | Detail |
|---|---|---|---|
| 2/25/2022 | Cory Klebs | Recollecting 7-31-21 Purchase | on 7/31/2021 I Operations Manager Cory Daniel Klebs (04/08/1991) was the closing manager for the evening and remember getting called to the Gun Counter to complete a double check on a firearm sale per company policy just before 5pm from team member Bret Nordquist. I arrived at the counter and was presented 3 handguns that were involved in the sale. Upon reviewing the ID that was provided to ensure the Permit to purchase was valid everything checked out. The name on the provided document were Jerome Fletcher Horton Jr. Around this time Nordquist pointed out that the sale was flagged in the system for having a previous ATF form 3310 issued on 7/27/2021. I found this odd and continued to check if there were any errors in the ATF 4473 form for the sale that I was there to double check and found none and the background check had already came back as a proceed. I then stepped away from the counter into the gun cage to give our Assistant Manager Hunter Coil that was over the department if there were any updated company policies that I may have missed about a limit of how many firearms could be purchased in any given time period which he responded with a no. I then double checked with Nordquist if he had any reason to believe that this could be a straw purchase and he stated that he did not. I then did a triple check of the ATF 4473 form and co-signed the paperwork and then had Nordquist ring up the purchase. After the purchase was finalized and the firearms were disposed of Nordquist printed the ATF 3310 form that was just generated and we completed our process of sending the info to our local CLEO via email and mail. I then took the information we had at the time and e-scanned the info over to Michelle Granato at our corporate office to see if she could give any input on the sales if we should stop any future sales which we never go a response back. |

## Incident Narrative

On 10/18/2021 I Joseph Alexander Dorn (10/15/1981) received information from Operations Manager Cory Klebs that Special Agent Hoisington with the ATF is requesting records of purchases and any video footage that we may have for an ongoing criminal investigation. I was able to obtain all transactions receipts that will show the items purchased, method of payment used and footage of the suspect. All information was provided to ATF Special Agent Hoisington.

Signature/Title: _____     Date Signed: _____ / _____ / _____

Witness Signature/Title: _____     Date Signed: _____ / _____ / _____

Release Acknowledgement (if applicable): _____     Date Signed: _____ / _____ / _____