# Blaine Store Incident Report
**STORE #: 3100**
10250 Lexington Ave NE, Blaine, MN 55014 (763) 785-4647



## Case Information

| | | | |
|---|---|---|---|
| Incident Date/Time: | 10/18/2021 1:54:00 PM | Assigned To: | Joseph Dorn |
| Store Case #: | 2021-3100-ASST-40 | Case Owner: | Joseph Dorn |
| Incident Type: | Assisting Law Enforcement | Police Officer | Hoisington |
| Method of Operation: | Other | Badge#: | |
| Anyone Injured: | | Police Case No: | |
| Fled: | | Police Called: | |
| Total Case Value: | $5,463.88 | Police Arrived: | |
| Action: | | Police Charge: | |
| Video Obtained: | Yes | Apprehended By: | Joseph Dorn |
| | | Released: | |

## Suspect Information

| | | | |
|---|---|---|---|
| Last Name: | Horton Jr | Date of Birth | 8/20/1996 |
| First Name: | Jerome | Sex: | |
| Middle Name: | F | Adult/Juvenile: | Adult |
| Address: | 2215 Blaisdell Ave South Apt 4 | Identification: | State Issued ID |
| City/State/Zip: | Minneapolis MN 55404 | Identification #: | ********** |
| Phone#: | 612-730-1706 | ID State: | |

## Vehicle Information

| | | | |
|---|---|---|---|
| Vehicle Make: | | Vehicle Model: | Vehicle Style: |
| Vehicle Color: | | Vehicle Year: | |
| License Plate#: | | State: | |
| Vehicle Notes: | | | |

## Merchandise

| Description | UPC | Department | Dam | Rec | Qty | Price each | Total Price | |
|---|---|---|---|---|---|---|---|---|
| APX Centurion 9mm - Blued | 082442894379 | Firearms/Ammo/Shooting | No | No | 1 | $379.99 | $379.99 | 7-23-21 |
| Critical Defense 9mm 115 Gr. FTX 25 Rnds | 090255902501 | Firearms/Ammo/Shooting | No | No | 1 | $23.99 | $23.99 | 7-23-21 |
| STR-9C 1 10 rd Ext mag 1 BS Night | 037084317427 | Firearms/Ammo/Shooting | No | No | 1 | $349.99 | $349.99 | 7-27-21 |
| GLK 43X 9MM PST 10RD FS - BLACK | 764503037894 | Firearms/Ammo/Shooting | No | No | 1 | $499.99 | $499.99 | 7-27-21 |
| Ec9s 9mm Pistol 7rd Black - 3283 | 736676032839 | Firearms/Ammo/Shooting | No | No | 1 | $269.99 | $269.99 | 7-31-21 |
| Mc2c 9mm With Safety 9mm - Black | 015813890144 | Firearms/Ammo/Shooting | No | No | 1 | $419.99 | $419.99 | 7-31-21 |
| Glk 45 9mm Pst 17rd Fss Fs - Black | 764503030895 | Firearms/Ammo/Shooting | No | No | 1 | $549.99 | $549.99 | 7-31-21 |
| GLK 19X 9mm PST 17 Round Night Sights | 764503026911 | Firearms/Ammo/Shooting | No | No | 1 | $599.99 | $599.99 | 8-14-21 |
| Glk 17 Gen5 9mm Pst 17r Fss F - Black | 764503037108 | Firearms/Ammo/Shooting | No | No | 1 | $549.99 | $549.99 | 9-13-21 |
| Glk 19g3 9mm Pst 15rd Fs - Matte Black Matte | 764503502194 | Firearms/Ammo/Shooting | No | No | 1 | $519.99 | $519.99 | 9-18-21 |
| GLK 26G5 US 9MM 10RD FSS FS - Matte Black | 764503037337 | Firearms/Ammo/Shooting | No | No | 1 | $549.99 | $549.99 | 9-26-21 |
| RAD RAD-15 RP PST 5.56 7B 30SB - BLACK | 814034021975 | Firearms/Ammo/Shooting | No | No | 1 | $749.99 | $749.99 | 9-26-21 |

| | | |
|---|---|---|
| | GRAND TOTAL: | $5,463.88 |

| Evidence Disposition: | Unknown Status |
|---|---|

## Court Information:

| Trial Date | Court Location | Disposition | Plea | Penalty | Notes |
|---|---|---|---|---|---|
| | | | | | |

## Journal Notes

CONFIDENTIAL

| Journal Date | Created By | Summary | Detail |
|---|---|---|---|
| | | | |

**Incident Narrative**

On 10/18/2021 I Joseph Alexander Dorn (10/15/1981) received information from Operations Manager Cory Klebs that Special Agent ▉Interference▉ with the ATF is requesting records of purchases and any video footage that we may have for an ongoing criminal investigation. I was able to obtain all transactions receipts that will show the items purchased, method of payment used and footage of the suspect. All information was provided to ATF Special Agent ▉Interference▉.

Signature/Title: _____ LPTL _____   Date Signed: 10 / 18 / 2021

Witness Signature/Title: _____   Date Signed: ___ / ___ / _____

Release Acknowledgement (if applicable): _____   Date Signed: ___ / ___ / _____

ATF-000101-00000002                    CONFIDENTIAL

ATF0001504