**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect  •  *www.ag.state.mn.us*

Via e-mail

July 26, 2024

Andrew W. Davis
Andrew P. Leiendecker
Todd Noteboom
Courtney Harrison
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Re:    *State v. Fleet Farm LLC, et al.*, Case No.: 0:22-cv-02694-JRT-JFD

Dear Counsel:

I write regarding a document—FF_0075711—that Fleet Farm produced earlier this week. Fleet Farm produced this document on Monday, July 22, 2024, as a result of my July 11, 2024 letter to Fleet Farm explaining that the production of documents by the ATF indicated that Fleet Farm had failed to produce relevant documents regarding straw purchaser Jerome Horton. The parties met and conferred about my July 11 letter on Friday, July 19, 2024. Fleet Farm represented that some of the "alleged 'discrepancies' identified by the State are . . . due to a technological issue that resulted in a small number of documents not getting produced despite being collected (and which are being produced now)" and that "these documents are largely duplicative of other files produced by Fleet Farm or by the ATF." July 19, 2024 email from Courtney Harrison.

We reviewed document FF_0075711 last evening, and it is highly relevant—and indeed central—to the State's allegations in this lawsuit. This document is a Blaine Store Incident Report regarding Jerome Horton. In the "Journal Notes" dated February 25, 2022 in this document, Fleet Farm employee Cory Klebs provided substantial narrative detail about Fleet Farm's sales of firearms to Jerome Horton on July 31, 2021, summarizing this narrative detail as "Recollecting 7-31-21 Purchase." Mr. Kleb's narrative detail describes Mr. Kleb's role in Fleet Farm's sales to Mr. Horton on July 31, 2021, Mr. Kleb's concerns that Mr. Horton might be a straw purchaser, Mr. Kleb's communication of his concerns to Fleet Farm's firearms compliance team and his question about whether Fleet Farm should keep selling firearms to Mr. Horton, and Mr. Kleb's recollection that Fleet Farm's firearms compliance team never responded to him:

- "on 7/31/2021 I Operations Manager Cory Daniel Klebs (04/08/1991) was the closing manager for the evening and remember getting called to the Gun Counter to complete a double check on a firearm sale per company policy just before 5pm from team member Bret Nordquist."

Counsel for Fleet Farm, LLC, et al.
July 26, 2024
Page 2

- "I arrived at the counter and was presented 3 handguns that were involved in the sale."
- "The name on the provided document were Jerome Fletcher Horton Jr. Around this time Nordquist pointed out that the sale was flagged in the system for having a previous ATF form 3310 issued on 7/27/2021. I found this odd . . ."
- "I then double checked with Nordquist if he had any reason to believe that this could be a straw purchase and he stated that he did not."
- "After the purchase was finalized and the firearms were disposed of Nordquist printed the ATF 3310 form that was just generated and we completed our process of sending the info to our local CLEO via email and mail."
- "I then took the information we had at the time and e-scanned the info over to Michelle Granato at our corporate office to see if she could give any input on the sales if we should stop any future sales which we never go[t] a response back."

If Fleet Farm had produced document FF_0075711 earlier in discovery, the State would have noticed different depositions, including of Cory Klebs, and the State would have questioned Michelle Granato extensively about this document during her deposition on June 19, 2024. Accordingly, the State requests that Fleet Farm agree to ask the Court for an extension of discovery until September 6, 2024 for all purposes by the State and that the State be permitted to take additional discovery beyond the limits in the Pretrial Scheduling Order, including for at least the following:

- Re-opening the deposition of Michelle Granato (who testified she did not even know who Cory Klebs was);
- Taking the deposition of Cory Klebs;
- Serving up to five additional document requests, including for documents showing what information and questions Cory Klebs sent about Jerome Horton to Michelle Granato on or about July 31, 2021; and
- Serving up to five additional interrogatories related to the matters in document FF_0075711.

Please let us know if you agree to our request by 4 p.m today. If you do not agree, we will seek immediate relief from the Court and will contact chambers to schedule a motion hearing.

Sincerely,

KATHERINE MOERKE
Assistant Attorney General
(651) 728-7174
katherine.moerke@ag.state.mn.us

cc: Eric Maloney, Office of Minnesota Attorney General