# EXHIBIT A

---

**From:** Cory D. Klebs [/O=MILLS FLEET FARM/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=705A28E9E5904BE484ACCA1385F7E639-CORY D.]
**Sent:** 10/18/2021 3:27:15 PM
**To:** Derrick Hoernke [/o=Mills Fleet Farm/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=54be870bba024752a838b32a2d37a1f4-Derrick]
**Subject:** RE: ATF Active Investigation ▮

Derrick,

If you go to page 11 of the Horton jr. file it is Link Customer # ▮▮▮▮▮▮▮▮ When I pull his account it the profile
was never completed so all we have is a phone number with a lot of activity. Phone number is ▮▮▮▮▮▮

Thank you,

Cory D. Klebs
Operations Manager
Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014
(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



---

**From:** Derrick Hoernke
**Sent:** Monday, October 18, 2021 1:43 PM
**To:** Cory D. Klebs <Cory.Klebs@fleetfarm.com>
**Subject:** RE: ATF Active Investigation ▮

Cory, I don't see a loyalty number attached to any of his transactions.

Derrick Hoernke:  Director of Loss Prevention and Facilities & Services
Office: (920)997-8346



---

**From:** Cory D. Klebs
**Sent:** Monday, October 18, 2021 9:42 AM
**To:** Derrick Hoernke <Derrick.Hoernke@fleetfarm.com>
**Subject:** RE: ATF Active Investigation ▮

Derrick,

CONFIDENTIAL

FF_0001355

Here is what was sent to the ATF. We discovered that the first 4473 in the Horton jr. file was a no sale after taking a closer look over the weekend. I have since sent the Horton jr.-2 file as well.

Thank you,

Cory D. Klebs
Operations Manager
Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014
(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



**From:** Derrick Hoernke
**Sent:** Monday, October 18, 2021 9:12 AM
**To:** Cory D. Klebs <Cory.Klebs@fleetfarm.com>
**Subject:** RE: ATF Active Investigation ▮

Cory, please send me the paperwork you have given to the ATF.

Thank you

Derrick Hoernke:  Director of Loss Prevention and Facilities & Services
Office: (920)997-8346



**From:** Cory D. Klebs
**Sent:** Monday, October 18, 2021 9:02 AM
**To:** ▮▮▮▮▮▮ DOJ1 ▮▮▮▮▮▮
**Cc:** Derrick Hoernke <Derrick.Hoernke@fleetfarm.com>
**Subject:** RE: ATF Active Investigation ▮

 DOJ1

I just met with your agent ▮▮ DOJ2 ▮▮ and got a card form him and will give him a call after we have the video surveillance ready. He also mentioned a request to get the customer Fleet Rewards Loyalty information. If you send a request to Derrick Hoernke who I have attached to this email he will be able to provide the information you are looking for.

Thank you,

Cory D. Klebs
Operations Manager

FF_0001356

Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014
(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



**From:** <span style="color:red">DOJ1</span>
**Sent:** Friday, October 15, 2021 9:31 PM
**To:** Cory D. Klebs <Cory.Klebs@fleetfarm.com>
**Subject:** [EXTERNAL SOURCE] RE: ATF Active Investigation ▮

**External Email. Do not take action unless you recognize the sender and know the content is safe.**
**If you are unsure if this email is legitimate, contact the sender via phone.**

This is great, thank you very much for your quick response – it is very much appreciated.  Whenever the video is ready, please let me know and I will come pick it up.

Thank you again,
<span style="color:red">DOJ1</span>

**From:** Cory D. Klebs <Cory.Klebs@fleetfarm.com>
**Sent:** Friday, October 15, 2021 2:44 PM
**To:** <span style="color:red">DOJ1</span>
**Cc:** Eric Bongard <Eric.Bongard@fleetfarm.com>; Brad Hansen <Brad.Hansen@fleetfarm.com>; BLN All Management <BLNmgmt@fleetfarm.com>; Michelle Granato <Michelle.Granato@fleetfarm.com>; BLN LP <LPbln@fleetfarm.com>
**Subject:** [EXTERNAL] RE: ATF Active Investigation ▮

<span style="color:red">DOJ1</span>

I have attached to this email all of the paperwork we have on the subject. I have attached all 7 transactions that we have had at our Blaine location highlighting the upc's scanned and the payment method used at the beginning of each 4473. Along with the 4473 I have the triggered 3310 form on the multiple sales transactions. We have had a total of 11 firearms purchased by the subject with a date range from 7/23/2021-9/26/2021. I do not have anyone in until Monday afternoon to burn video of these transactions and that would need to be picked up at the store in dvd form. Please let us know if you need anything else from us.

Thank you,

Cory D. Klebs
Operations Manager
Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014

CONFIDENTIAL

(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



**From:** Michelle Granato
**Sent:** Friday, October 15, 2021 10:37 AM
**To:** BLN LP <LPbln@fleetfarm.com>; BLN All Management <BLNmgmt@fleetfarm.com>
**Cc:** Eric Bongard <Eric.Bongard@fleetfarm.com>; Brad Hansen <Brad.Hansen@fleetfarm.com>; DOJ1
DOJ1
**Subject:** ATF Active Investigation

Good Morning,

Please provide to requested 4473 form, payment method and video footage (if available) for the attached individual. This being requested by    DOJ1    whom I have copied on the email. I am also copying his original email on this email.

---

To Whom it May Concern,

My name is    DOJ1    As a part of an ongoing criminal investigation I'm wondering if you could query your records for purchases made by the individual listed below.

Jerome Fletcher HORTON JR (DOB:          )

We are aware that this individual has made at least the following purchases from Fleet Farm Locations here in MN:

7/7/2021 – 8400 Lakeland Ave. North, Brooklyn Park, MN
7/24/2021 – 635 Hadley Ave. North, Oakdale, MN
7/31/2021 – 10250 Lexinigton Ave NE, Blaine, MN
8/31/2021 – 17070 Kenrick Ave., Lakeville, MN
9/26/2021 – 10250 lexington Ave NE, Blaine, MN

The aforementioned purchases are associated with multiple sale reporting requirements. We are interested in obtaining records for those purchases as well as any other firearms purchased by Mr. HORTON.

In addition, we would request any available records regarding the method of payment and any available surveillance video associated with any firearms related purchases made by Mr. HORTON.

If feasible, please feel free to contact me on my cell phone at          should Mr. HORTON attempt another firearms purchase in the future.

If it is possible to provide records electronically, they can be emailed to me directly at    DOJ1    If it is preferred that the records be provided in person, please let me know and myself or another agent will be happy to meet with you.

Thank you in advance for your assistance with this matter.

FF_0001358

Regards,



## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

CONFIDENTIAL

FF_0001359

# EXHIBIT B

**From:**       Cory D. Klebs [/O=MILLS FLEET FARM/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=705A28E9E5904BE484ACCA1385F7E639-CORY D.]
**Sent:**       10/18/2021 9:01:44 AM
**To:**         ███████████ DOJ1 ███████████
**CC:**         Derrick Hoernke [/o=Mills Fleet Farm/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=54be870bba024752a838b32a2d37a1f4-Derrick]
**Subject:**    RE: ATF Active Investigation ███

**DOJ1**

I just met with your agent ███ **DOJ2** ███ and got a card form him and will give him a call after we have the video surveillance ready. He also mentioned a request to get the customer Fleet Rewards Loyalty information. If you send a request to Derrick Hoernke who I have attached to this email he will be able to provide the information you are looking for.

Thank you,

Cory D. Klebs
Operations Manager
Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014
(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



**From:** ███████████ DOJ1 ███████████
**Sent:** Friday, October 15, 2021 9:31 PM
**To:** Cory D. Klebs <Cory.Klebs@fleetfarm.com>
**Subject:** [EXTERNAL SOURCE] RE: ATF Active Investigation 3100

> **External Email. Do not take action unless you recognize the sender and know the content is safe.**
> **If you are unsure if this email is legitimate, contact the sender via phone.**

This is great, thank you very much for your quick response – it is very much appreciated.  Whenever the video is ready, please let me know and I will come pick it up.

Thank you again,
**DOJ1**

**From:** Cory D. Klebs <Cory.Klebs@fleetfarm.com>
**Sent:** Friday, October 15, 2021 2:44 PM

**To:** ███████ DOJ1 ███████
**Cc:** Eric Bongard <Eric.Bongard@fleetfarm.com>; Brad Hansen <Brad.Hansen@fleetfarm.com>; BLN All Management <BLNmgmt@fleetfarm.com>; Michelle Granato <Michelle.Granato@fleetfarm.com>; BLN LP <LPbln@fleetfarm.com>
**Subject:** [EXTERNAL] RE: ATF Active Investigation 3100

DOJ1

I have attached to this email all of the paperwork we have on the subject. I have attached all 7 transactions that we have had at our Blaine location highlighting the upc's scanned and the payment method used at the beginning of each 4473. Along with the 4473 I have the triggered 3310 form on the multiple sales transactions. We have had a total of 11 firearms purchased by the subject with a date range from 7/23/2021-9/26/2021. I do not have anyone in until Monday afternoon to burn video of these transactions and that would need to be picked up at the store in dvd form. Please let us know if you need anything else from us.

Thank you,

Cory D. Klebs
Operations Manager
Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014
(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



**Built for REAL CUSTOMER SERVICE**
People. Process. Technology.

**From:** Michelle Granato
**Sent:** Friday, October 15, 2021 10:37 AM
**To:** BLN LP <LPbln@fleetfarm.com>; BLN All Management <BLNmgmt@fleetfarm.com>
**Cc:** Eric Bongard <Eric.Bongard@fleetfarm.com>; Brad Hansen <Brad.Hansen@fleetfarm.com>; ███ DOJ1 ███ ███DOJ1███
**Subject:** ATF Active Investigation ███

Good Morning,

Please provide to requested 4473 form, payment method and video footage (if available) for the attached individual. This being requested by ███ DOJ1 ███ whom I have copied on the email. I am also copying his original email on this email.

---

To Whom it May Concern,

My name is ███████ DOJ1 ███████ As a part of an ongoing criminal investigation I'm wondering if you could query your records for purchases made by the individual listed below.

Jerome Fletcher HORTON JR (DOB: ███████)

We are aware that this individual has made at least the following purchases from Fleet Farm Locations here in MN:

CONFIDENTIAL

FF_0001461

7/7/2021 – 8400 Lakeland Ave. North, Brooklyn Park, MN
7/24/2021 – 635 Hadley Ave. North, Oakdale, MN
7/31/2021 – 10250 Lexinigton Ave NE, Blaine, MN
8/31/2021 – 17070 Kenrick Ave., Lakeville, MN
9/26/2021 – 10250 lexington Ave NE, Blaine, MN

The aforementioned purchases are associated with multiple sale reporting requirements. We are interested in obtaining records for those purchases as well as any other firearms purchased by Mr. HORTON.

In addition, we would request any available records regarding the method of payment and any available surveillance video associated with any firearms related purchases made by Mr. HORTON.

If feasible, please feel free to contact me on my cell phone at ▮▮▮▮▮ should Mr. HORTON attempt another firearms purchase in the future.

If it is possible to provide records electronically, they can be emailed to me directly at ▮▮▮DOJ1▮▮▮ If it is preferred that the records be provided in person, please let me know and myself or another agent will be happy to meet with you.

Thank you in advance for your assistance with this matter.
Regards,



## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.