**EXHIBIT J**



# Records Management

**Policies and Guidelines**
*UPDATED* July 31, 2019

**NOTE:** These Policies and Guidelines replace and supersede all prior **Standard Operating Procedures** with respect to Records Management.

> **Email Retention**
>
> Becomes effective
>
> **November 1, 2019!**

1.  <u>Policy</u>. The Company shall maintain specific schedules for the retention or destruction of documents. This schedule shall conform to applicable contractual obligations, operational requirements, laws, and regulations.

2.  <u>Scope</u>. This policy shall be applied Company-wide, and is applicable to records regardless of format (e.g. hard copy, electronic). Each employee is responsible for his/her own Company records. Compliance is mandatory for all employees.

3.  <u>Litigation Holds</u>. Nothing in any schedule for document retention or destruction shall supersede a litigation hold. Litigation holds are effective when the Company becomes aware that a claim is or may be made. When this occurs, all documents in any format that may be material to the claim shall be preserved until otherwise notified by Company attorneys.

4.  <u>Department Review</u>. Each department shall perform an annual review of records it creates or maintains to determine whether retention is required under published retention schedules. Records that need not be maintained shall be destroyed.

5.  <u>Records Management Delegate</u>. Each department shall assign one or more records management delegates who shall ensure that the department's records are managed and retained in accordance with published retention schedules.

6.  <u>Information Technology Delegate</u>. IT shall assign one or more records management delegates who shall (a) work with the Licensing & Records Manager to determine appropriate locations, equipment and methods for retention of electronic information, and (b) work with records management delegates to track and destroy electronic information and documents, and imaged documents, as may be required by published retention schedules.

7.  <u>Certification</u>. Each department shall annually certify compliance with this policy.

*Approved By (signature / date):* _____
    Chief Executive Officer

*Approved By (signature / date):* _____
    EVP, General Counsel

CONFIDENTIAL

| ACCOUNTING / FINANCE | Retention Period |
|---|---|
| Accounting and budget procedures | Until superseded |
| Accounts Payable original copy - including ledgers and sub ledgers | Later of 7 years or upon completion of any tax audit |
| Annual financial statements | Permanent |
| Appropriation requests | Until 5 years after project completion |
| Internal financial audits and investigations | 7 years after completion of audit |
| Banking records, deposit slips, bank statements, reconciliations | 7 years + current year |
| Budgets | 5 years + current year |
| Canceled Checks and Drafts | Later of 7 years or upon completion of tax audit |
| Credit Applications | Later of 7 years or upon completion of tax audit |
| Cash Receipts and Disbursements Journals | Permanent |
| Check Registers | 5 years + current year |
| Construction Expense Data | 5 years + current year |
| Credit and Collection - including cash receipts, registers and reconciliations, charged off/uncollectible accounts | Later of 7 years or upon completion of any tax audit |
| Charitable contributions documentation - approved and given | 7 years + current year |
| Charitable contribution application - denials | No retention |
| Expense Reports, Travel Statements and Reimbursements | Later of 7 years or upon completion of any tax audit |
| Fixed Assets Records - invoices, depreciation schedules | Permanent |
| General Ledger | Permanent |
| Internal Control Questionnaires | 7 years + current year |
| Internal Revenue Service 1099 Data | Later of 7 years or upon completion of tax audit |
| Inventory / Inventory Control Documentation | 3 years + current year |
| Invoices - originals | 7 years + current year |
| Invoices - convenience copies | 1 year or sooner if no longer needed |
| Lease Payments | Later of 7 years or upon completion of tax audit |
| Mortgages, Notes and Leases - expired | 7 years + current year |

CONFIDENTIAL                                                                      FF_0014680

| | |
|---|---|
| Petty Cash Log | 3 years + current year |
| Receipts - travel, P-card | Later of 60 days or until statement is reconciled |
| Sub Ledgers - including cash receipts, cost, expense | Later of 7 years or upon completion of tax audit |
| Travel Arrangements - working copies | Later of 60 days or until statement is reconciled |
| Vendor Statements | 30 days or until any issues are resolved |
| Vendor W-9 | 4 years beyond vendor becoming inactive |

| ADMINISTRATIVE | Retention Period |
|---|---|
| Manuals and User Guides | Until replaced or cancelled |
| Organizational Charts | Until superseded |
| Policies, Management Guides, Directives which express or interpret Company policy | Until replaced or cancelled |
| Training Programs | Until replaced or cancelled |

| COMMUNICATIONS | Retention Period |
|---|---|
| Calendars | 1 year |
| Company Announcements | 1 year |
| Company-originated newsletters, catalogs and brochures for internal use | 3 years after superseded or terminated |
| Company Directories | Until superseded |
| Customer inquiries and responses | 1 year |
| Outlook Email / Correspondence and attachments – Inbox, Sent Items folders | 90 days |
| Outlook Email / Correspondence and attachments – Deleted Items folder | 21 days |
| Outlook Email / Correspondence and attachments – User-created folders | 1 year |
| Lync Instant Messages – Conversation History folder | No Retention |
| Meeting Agendas | 30 days |
| Notes of appreciation, congratulations, announcements and plans for meetings | 30 days |

CONFIDENTIAL                                                                                           FF_0014681

| | |
|---|---|
| Personal note files | As needed |
| Public Press or News Releases | 10 years |
| Voice Mail | 30 days |

| CONTRACTS / AGREEMENTS | *Retention Period* |
|---|---|
| Assignment of Registered Intellectual Property - signed originals of patents, trademarks, copyrights and other intellectual property rights | Life of the underlying patent, trademark, copyright or other intellectual right plus 6 years |
| Assignment of Rights Other Than Intellectual Property Rights | 6 years after the underlying rights are no longer used |
| Assignment of Unregistered Intellectual Property | Until the property is no longer used or of value to the company |
| Bids/Proposals Not Resulting in Contract or Agreement | No retention |
| Bills of Lading and Other Transportation Contracts | 5 years after termination of underlying contract or agreement |
| Consulting Contracts or Agreements | 5 years after termination of contract |
| Contracts involving Purchase, Sale, Ownership or Licensing of Intellectual Property | 6 years after termination of contract |
| Environmental Contracts and Agreements | Permanent |
| Equipment Service Contracts | 5 years after equipment is no longer in use |
| Labor Contracts | Permanent |
| Non-Disclosure and Confidentiality Agreements | 5 years after period of non-disclosure expires |
| Other Sales Contracts and Agreements | 5 years after termination of contract |
| Product Guarantees and Warranties | 5 years after expiration of warranty |
| Real Estate Contracts for Purchase or Sale | Permanent |
| Service Contracts or Agreements | 5 years after termination of contract |

| CORPORATE | *Retention Period* |
|---|---|
| Articles of Incorporation | Permanent |

CONFIDENTIAL

FF_0014682

| | |
|---|---|
| Bylaws, Amendments & Resolutions | Permanent |
| Capital Stocks and Bonds Records | Permanent |
| Charters | Permanent |
| Corporate Organizational Structure | Until superseded |
| M&A - Acquisitions, Mergers, Consolidations, Reorganizations, Dissolutions, Joint Ventures - signed original agreements with appendices and exhibits | Permanent |
| M&A - Acquisitions, Mergers, Consolidations, Reorganizations, Dissolutions, Joint Ventures - papers, correspondence, drafts, etc., collected in connection with negotiations and preparation | 5 years |
| M&A - Acquisitions, Mergers, Consolidations, Reorganizations, Dissolutions, Joint Ventures - records of considered and rejected acquisitions, mergers | 5 years |
| Minutes - Shareholder, Board of Director and Director Committee | Permanent |
| Subsidiary, Division Lists | Permanent |

| ENVIRONMENTAL | Retention Period |
|---|---|
| Asbestos Surveys, Inspection Reports, Remediation Records | Permanent |
| Contamination Investigations and Remediation - consultant reports, correspondence with government agencies, related documents | Permanent |
| Environmental Enforcement Investigations - Notices of Violation, CERCLA/RCRA Actions, Underground Storage Tank Investigations together with related reports and correspondence | 5 years after investigation completed |
| Hazardous Waste Contingency Plans | 5 years after superseded |
| Hazardous Waste Determinations -test results, waste analyses or other record used in making determination | While waste is being generated plus 5 years, or for 5 years provided more recent waste determinations are available |
| Hazardous Waste Employee Training Logs | 5 years after facility closure, or 5 years after termination of employee, whichever is first |

CONFIDENTIAL

FF_0014683

| | |
|---|---|
| Hazardous Waste Manifests and Other Waste Disposal Shipping Papers/Records (CESQG Waste, Used Oil, Universal Waste) | 5 years |
| Hazardous Waste Records - shipments, notification of intent to export, EPA acknowledgement of consent, exception reports for exported wastes, annual report of exported wastes, annual report of exported wastes, confirmation of delivery of hazardous waste; waste manifests and other waste disposal shipping papers/records (CESQG waste, used oil, universal waste) | 5 years |
| Hazardous Waste Shipments - notification of intent to export, EPA acknowledgment of consent, exception reports for exported wastes, annual report of exported wastes, confirmation of delivery of hazardous waste | 5 years |
| Hazardous Waste Storage Inspection Logs | 5 years |
| HAZMAT Registration Certificate, HAZMAT Shipping Papers (other than manifests and other waste disposal shipping documents) | 5 years |
| HAZMAT Training Records - DOT/IATA/ICAO/IMDG | 5 years |
| Official Reports - Judicial, Administrative and Compliance - prepared for or submitted to regulatory entities | Permanent |
| SPCC (Spill Prevention, Control and Countermeasure) Inspection Records and Training Records and Materials | 5 years |
| SPCC Plan | 5 years after superseded |
| Storage Tanks Underground and Above (Active) - closure/change-in-service records | Permanent |
| Storage Tanks Underground and Above (Active) - financial assurance records | 5 years following closure |
| Storage Tanks Underground and Above (Active) - notification/registration | Permanent |
| Storage Tanks Underground and Above (Active) - inventory monitoring, monthly and 10-year inspection reports and repair records; cathodic protection and leak detection monitoring | 2 years following closure |
| Storage Tanks Underground and Above (Active) - sampling, testing and monitoring results | 5 years following closure |

CONFIDENTIAL                                                                                            FF_0014684

| | |
|---|---|
| Toxic Materials/Community Right-To-Know SARA 313 Form R Annual Report and Calculations, Form R Supplier Notifications, Form R Documents Supporting Exemptions; Tier 1 /II Inventory Reports; Submittal of MSDS or List | 5 years after submittal is superseded |
| Water NPDES Permit(s) including Storm Water Permits - data used to complete applications - including original copy of permit an application; monitoring documentation including DMRs; inspection records; and data used to complete applications | Active plus 5 years |

| HUMAN RESOURCES, PAYROLL and BENEFITS | Retention Period |
|---|---|
| Administrative Statistical or Analytical Reports - original copy of continuing statistics | Permanent |
| Background Checks | 6 years after last date of employment |
| Benefits - annual summary report for participants | Later of 10 years or upon completion of tax audit |
| Bloodborne Pathogen Exposure records | 30 years after last date of employment |
| Bonus documentation | Later of 7 years or upon completion of tax audit |
| COBRA documentation | Permanent |
| Code of Conduct - acknowledgements from employees | Permanent |
| Collective Bargaining Negotiations and Supporting Documents | Permanent |
| Commendations - performance and reports | 6 years after last date of employment |
| Conflict of Interest Questionnaires - *if conflicts noted* | 10 years |
| Conflict of Interest Questionnaires - *no conflicts noted* | 5 years |
| Department of Labor filings | Later of 10 years upon completion of tax audit |
| Disability and Sick Benefits - original copy | Permanent |
| Disability / Medical | 6 years after last date of employment |
| Disciplinary Actions - performance and reports | 6 years after last date of employment |
| EEO-1 reports | 10 years |
| Employee Benefit Plans and Trusts other than Pension - original copy including legal background and opinions | 20 years after superseded or terminated |
| Employee Group Insurance Data – including documents subject to HIPA | 6 years after superseded or terminated |
| Employee general information | Until superseded |

CONFIDENTIAL

FF_0014685

| | |
|---|---|
| Employee Agreements - cell phone, P-Card, company-authorized driver forms | 6 years after last date of employment |
| Employment Advertising and Recruiting | 1 year |
| Employment Applications and Resumes - hired | 1 year after last date of employment |
| Employment Applications and Resumes – not hired | 1 year |
| Employment Contracts and Agreements | 3 years after termination of contract |
| Family and Medical Leave Act - notices to employees, leave requests, dates and hours of leave | 3 years following most recent leave taken |
| Form 5300 Series for IRS Determination Letters | Later of 10 years or upon completion of tax audit |
| Form 5500s | Later of 10 years or upon completion of tax audit |
| Group Life and Hospital Claims | 6 years |
| I-9 Forms | 3 years from the date of hire or 1 year following termination, whichever is later |
| Job Descriptions | Until superseded |
| Legal Records - documentation and/or investigations of EEO-related matters and other charges or legal proceedings | 7 years or until final disposition |
| Legal Records - salary garnishments | 7 years |
| Local Wage Bid Sheets - seniority lists and other records of contract compliance | 5 years after termination of contract |
| Lost Time / Accident Reports | 6 years |
| Military Service and related matters | 5 years following return from military service |
| Organizational Charts | Until superseded |
| Payroll | 3 years |
| Payroll - Employee Tax Records - payroll deduction forms such as W-2, W2C, W-4, 1099, quarterly wage reports, etc. | 4 years from date taxes are due or paid, or upon completion of tax audit, whichever is later |
| Payroll - Non-Tax Payroll Deductions - voluntary deduction authorization forms such as savings plan contributions, employee purchases, insurance and credit union matters | 6 years after last date of employment |
| Payroll - time cards, attendance/vacation records, PTO | 3 years |
| Payroll - wage and rate schedules | 7 years |

CONFIDENTIAL                                                                                    FF_0014686

| | |
|---|---|
| Pension Plans | Permanent |
| Performance Appraisals | 6 years after last date of employment |
| Personnel Policy - bulletin board type notices - original copy | 10 years after superseded or terminated |
| Personnel Policy Manuals | Until superseded |
| Qualified Domestic Relations Orders | Until matter has been resolved and documents are not required for benefits purposes |
| Requests for Accommodations (Americans with Disabilities Act) | 2 years following termination of employment |
| Retiree Benefits - original copy | 7 years after death of retiree, joint annuitant or beneficiary |
| Salary Planning Sheets | 2 years |
| Training Courses | Until superseded |
| Training Courses - safety | 5 years following the end of the calendar year covered |
| Unemployment - including wage verifications, discharge documents | 6 years after last date of payment |
| Workers' Compensation Records - IA | 3 years after last date of employment |
| Workers' Compensation Records - ND | 1 year after last date of employment |
| Workers' Compensation Records - MN | 6 years after last date of employment |
| Workers' Compensation Records - WI | 12 years after last date of employment |

| INFORMATION TECHNOLOGY | Retention Period |
|---|---|
| Application Programming Specifications | 5 years after superseded |
| Audit – Information Systems | 7 years after completion of audit |
| Backups – operational backups for servers, workstations, and applications | 90 days |
| Logs – database use, firewall, network security, proxy, server, workstation, web filtering; load balancer, router, switch | 1 year |
| Disaster Recovery Plan | Permanent |
| Help Desk Tickets | 2 years after request is complete or issue resolved |
| Intrusion Prevention / Detection System | 1 year |

CONFIDENTIAL                                                                                    FF_0014687

| Manuals and User Guides - hardware, software, IT, educational, training | Until superseded |
|---|---|
| Network Flow Data | 2 years |
| Packet Capture Data | 2 years |
| Product Literature - hardware and software | Until superseded |
| Source Codes – "sunsetted" applications | 2 generations after application taken offline |
| System Testing Results | Later of 5 years or until all issues are resolved |

| INSURANCE / RISK MANAGEMENT | Retention Period |
|---|---|
| Acquisitions - due diligence regarding insurance | Permanent |
| Claims against insurers | 3 years after settlement or termination of claim, unless litigation is instituted |
| Divestitures - documents supporting insurance coverage | 10 years |
| Insurance Activity - annual reports | Permanent |
| Policies - liability | Permanent |
| Property Claims | 5 years |
| Workers' Compensation - state filings, check registers, loss analysis | 5 years |

| LEGAL | Retention Period |
|---|---|
| Antitrust Investigations | 5 years after termination of investigation |
| Claims | 5 years after date of settlement or conclusion |
| Ethics Administrative Files | 10 years |
| Ethics "Hotline" Files - records of calls and responsive actions | 10 years |
| Governmental Reports - to federal, state, county or municipal authorities | 10 years |
| Investigations - including injury to customer, or damage by customer | 2 years after termination of investigation |
| Investigations - governmental | 2 years after termination of investigation |
| Investigations - internal, other than antitrust and not involving internal audit | 2 years after termination of investigation |

CONFIDENTIAL

FF_0014688

| | |
|---|---|
| Investigations - internal audit | 7 years after completion of investigation |
| Litigation – releases, court documents and work papers | 7 years after termination of litigation |
| Powers of Attorney | 10 years after expiration |
| Product Recalls | Permanent |
| Record Retention Compliance Certificates | 1 year |
| Regulatory Licenses, Permits and Registrations | Permanent |

| LOSS PREVENTION / FRONT-END OPERATIONS | Retention Period |
|---|---|
| Banning Letters | Permanent |
| Code Adam Forms | Permanent |
| Compliance - vendor alarm tests for fire points, security points; checklists for safety and store compliance, customer service, fuel island, and service garage - *with no issues* | 2 years |
| Compliance - vendor alarm tests for fire points, security points; checklists for safety and store compliance, customer service, fuel island, and service garage - *with issues* | Later of 2 years or until all issues are resolved |

| MARKETING and SALES | Retention Period |
|---|---|
| Advertising - competitors | As required for historical reference purposes |
| Advertising Materials - including transcripts of radio and TV ads | As required for historical reference purposes |
| Advertising Research Reports, Market Research and Development Reports | 3 years |
| Customer mailing lists and information | Until superseded |
| Customer - prize recipients, including identity, address, payment history | 3 years |
| Customer Service - call center logs | 3 years |
| Customer Service - call center manual orders | 3 years |
| E-commerce and Web Site information | 3 years |
| Forecasts or Strategies - product, industry, market, customer. etc. | 3 years after superseded |

CONFIDENTIAL

FF_0014689

| | |
|---|---|
| Labels | Until superseded |
| Price Sheets or Lists | Until superseded or terminated |
| Product Guarantees and Warranties | 5 years after expiration of warranty |
| Product Shipping Specifications | Until superseded |
| Product Specifications | Permanent |
| Sales Reports - for internal management purposes | 5 years |

| MEDICAL, SAFETY and HEALTH | Retention Period |
|---|---|
| Asbestos Monitoring (OSHA 1910.1001) - employee exposure and monitoring | Permanent |
| Lead Exposure (OSHA 1910.1025) - employee exposure and monitoring | Permanent |
| Material Safety Data Sheets (OSHA 1910.1020) | 30 years after expiration |
| Medical and Exposure (OSHA 1910.20) - employee exposure and monitoring | Permanent |
| OSHA Form #300 | 6 years |
| OSHA Form #300A | 6 years |
| OSHA Reports and Inspections - Crane, Equipment and Slings (OSHA 1910.180 and 184) | 3 years |
| OSHA Reports and Inspections - Fire Extinguishers (OSHA 1910.157) | 3 years |
| Safety and Health Procedures | 10 years after superseded |
| Safety and Health Reports | 3 years |
| Workers' Compensation Reports | 5 years |

| MERCHANDISING | Retention Period |
|---|---|
| Store Layouts | Until superseded |
| Supplier Deals - including original contracts, calculations, supporting documentation | 7 years after contract expiration |

| MERCHANDISING / DATA INTEGRITY | Retention Period |
|---|---|

CONFIDENTIAL

FF_0014690

| | |
|---|---|
| Supplier Pack - all original, signed documents from supplier, including supplier contract | Permanent |
| Supplier Analysis Worksheet - includes Yearly Business Review worksheet | 7 years |
| Supplier Quotes | 7 years |
| Cost Changes | 7 years |
| New Item Worksheets | 7 years |
| Comp Checks | 7 years |
| Supplier Catalogs | Current year + previous year |
| Certificates of Insurance | 5 years beyond expiration |
| Compliance Documents - includes EPA, CPSIA, CPSA, etc. | 10 years |
| Import Documents - including support for DI's classification of product, iComply/Intertek product test reports and certificates | 7 years |
| Product Certificates - iComply/Intertek (non-import) | 7 years |
| Gun Registrations - including background check, 4473s | Permanent |
| Ammunition Disposition Sheets | 2 years from last entry date |
| Warranty Book | Permanent |

| MERCHANDISING / PRICING | Retention Period |
|---|---|
| Pricing - change verification reports, add merchant reports | 2 years |

| PURCHASING | Retention Period |
|---|---|
| Purchase Contracts, Orders and Agreements | 5 years after termination |
| Purchase Requisitions - Purchase Orders, Work Orders | 5 years after termination of contract |
| Vendor Data | Until superseded or no longer useful |

| REAL ESTATE | Retention Period |
|---|---|
| Appraisals | 5 years after termination of ownership |

CONFIDENTIAL                                                                                    FF_0014691

| | |
|---|---|
| Budgets Proposals / Estimates / Quotes | Permanent |
| CAD Drawings (electronic) | Permanent |
| Contracts for Purchase or Sale of Real Estate | Permanent |
| Correspondence Evidencing a Contract | Permanent |
| Deeds and Related Documents | Permanent |
| Development Agreements | Permanent |
| DOT / Roadway Documents | Permanent |
| Easement Agreements | Permanent |
| Environmental Reports – Phase I, II | Permanent |
| Financial Information | Permanent |
| Letters of Intent | Permanent |
| Leases | 5 years after termination of lease |
| Listing Agreements | Permanent |
| Maintenance and Repair Records | 5 years after termination of ownership |
| Non-Disclosure Agreements | Permanent |
| Offer to Purchase | Permanent |
| Permits | Permanent |
| Property Surveys | Permanent |
| Site Plans / Drawings | Permanent |
| Title Commitments / Policies / Title Opinions / Abstracts | Permanent |
| Topographical Studies and Maps | Permanent |

| SECURITY | Retention Period |
|---|---|
| Employee Identification Badges | Duration of employment |
| Fire and Theft Investigations | Permanent |
| Daily Journals – LP team | 2 years |
| Security Infraction Reports | 5 years |

CONFIDENTIAL                                                                                          FF_0014692

| | |
|---|---|
| Security Investigative Reports - including customer incident videos, and shoplifter case videos | Later of 7 years or until the case is settled/closed |
| Vehicle Logs | 5 years |
| Visit Requests and Registers | 5 years |

| STORE OPERATIONS / FUEL | *Retention Period* |
|---|---|
| Annual Tank Tightness Test records - EPA | Permanent |
| Calibration – reports and worksheets | 1 year + current year |
| Data Chart for Line Leak Testing – MN, ND | Permanent |
| Discharge Reporting Form | Permanent |
| Fire Department Inspection/Checklist - DILHR | Permanent |
| Fuel – orders, invoices, delivery reports, inventory worksheets and reports, terminal BILs, supplier fuel quotes, published rack averages | 1 year + current year |
| Fuel/Waste Oil Alarm Log | 3 years |
| Gas Station - inventory control worksheets, shift reports, reconciliation reports, competitive checklists, tank level monitor reports | 1 year + current year |
| Gas Station - service log | 1 year + current year |
| Gas Station - water check records, depth verification, hose/nozzle/swivel replacement log, maintenance checklists | 3 years + current year |
| Leak Report - tank level monitor reports | Permanent |
| Legal Minimums | 1 year + current year |
| Passed Test - tanks, lines, sensors | 1 year + current year |
| Spill Prevention Training Record | Permanent |
| Tank/Pipe Maintenance records - EPA | 7 years |
| Tank/Pipe Installation Certification records - EPA | Permanent |
| Tank/Pipe Leak Detection records - EPA | 1 year |
| Tank/Pipe Repair Calibration Records - EPA (for leak detection system) | 7 years |

CONFIDENTIAL

FF_0014693

| Tank Water Check record | 3 years |
|---|---|
| Underground Tank System Prevention & Detection Functionality Verification - WI | Permanent |
| UST Compliance Inspection Summary Form - IA | Permanent |
| Water Removal Report | 3 years |
| Work Orders for any changes to the tanks or piping (EPA) | Permanent |
| Work Orders for any repairs to tanks or piping (EPA) | 7 years |
| Work Orders for tank monitoring system | Permanent |

| TAX | Retention Period |
|---|---|
| Federal and State Tax Deposits | Later of 4 years + current, or upon completion of tax audit |
| Federal Corporate Income Tax Returns | Permanent |
| Federal Unemployment Tax Return - and essential related work papers | 10 years |
| Federal, State, Local and Municipal Personal Income Tax Records (1099, W-2, etc.) | Later of 7 years or upon completion of tax audit |
| FICA (Social Security) Records - and essential related work papers | Later of 4 years + current, or upon completion of tax audit |
| Inspection Fee Returns - and essential related work papers | Later of 7 years or upon completion of tax audit |
| Opinions - legal or governmental | Permanent |
| Penalty Tax or Special Filings | 10 years |
| Real Estate Tax Statements | 10 years |
| Real Estate and Personal Property - returns and essential related work papers | 7 years + current year |
| Real Estate and Personal Property - tax receipts and essential related work papers | 10 years |
| Real Estate and Personal Property - valuation data and essential related work papers | 10 years |
| Sales and Use Tax Records - exemption certificates and essential related work papers | 10 years after expiration of exemption |

CONFIDENTIAL                                                                                    FF_0014694

| | |
|---|---|
| Sales and Use Tax Records - returns and essential related work papers | 4 years + current year |
| Sales and Use Tax Records - tabulations and essential related work papers | Later of 10 years or upon completion of tax audit |
| State Corporate Income and Franchise Returns - and essential related work papers | Permanent |
| State Unemployment Tax Return - and essential related work papers | 10 years |

| TRADEMARK and COPYRIGHT | Retention Period |
|---|---|
| Trademark, DBA and Copyright Registrations - original copy and related supporting proceedings and/or records | Permanent |
| Trademark Application and Supporting Documents | Until issuance of the trademark or abandonment of the application |
| Trademark Renewal Certificates and Documents Needed for Renewals | Retain for life of trademark registration |

| TRANSPORTATION and IMPORT / EXPORT | Retention Period |
|---|---|
| Bills of Lading | 5 years after termination of underlying contract or agreement |
| Claims for Damage - to shipments, to property and monetary | 3 years after completion of settlement, unless litigation is instituted |
| Claims, Freight Charges - over/under charges under legal tariffs | 3 years after completion of settlement, unless litigation is instituted |
| Country of Origin Analysis and Marking | 5 years from the date of the analysis and/or marking |
| Customs Valuation | 5 years from the date of valuation |
| Freight Payment | Later of 7 years or upon completion of tax audit |
| Guidelines on U.S. Customs Tariff Classification | 5 years from the date of the activity requiring maintenance of the record |
| Import Bonds | 5 years from the date of execution |
| Rate, Route, Classification Negotiations - for establishment or adjustment of freight movements | 5 years after termination of movement |
| Receiving Reports | Later of 7 years or upon completion of tax audit |

CONFIDENTIAL                                                                                    FF_0014695

| | |
|---|---|
| Shipping Notices | 2 years |
| Statutes and Regulations Governing Transportation - including opinions and other records of guidance | 3 years after superseded |
| Tariff Schedules | 3 years after superseded |
| Transportation Equipment Records - owned or leased | 5 years after disposition of equipment |
| Transportation Facilities Records - owned or leased | 5 years after disposition of facility |

CONFIDENTIAL

FF_0014696