# EXHIBIT A

| | |
|---|---|
| **From**: | Cory D. Klebs [/O=MILLS FLEET FARM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=705A28E9E5904BE484ACCA1385F7E639-CORY D.] |
| **Sent**: | 10/18/2021 3:27:15 PM |
| **To**: | Derrick Hoernke [/o=Mills Fleet Farm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=54be870bba024752a838b32a2d37a1f4-Derrick] |
| **Subject**: | RE: ATF Active Investigation |

Cory D. Klebs
Operations Manager
Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014
(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



**From:** Derrick Hoernke
**Sent:** Monday, October 18, 2021 1:43 PM
**To:** Cory D. Klebs <Cory.Klebs@fleetfarm.com>
**Subject:** RE: ATF Active Investigation

Derrick Hoernke:  Director of Loss Prevention and Facilities & Services
Office: (920)997-8346



**From:** Cory D. Klebs
**Sent:** Monday, October 18, 2021 9:42 AM
**To:** Derrick Hoernke <Derrick.Hoernke@fleetfarm.com>
**Subject:** RE: ATF Active Investigation

Cory D. Klebs
Operations Manager
Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014
(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



**From:** Derrick Hoernke
**Sent:** Monday, October 18, 2021 9:12 AM
**To:** Cory D. Klebs <Cory.Klebs@fleetfarm.com>
**Subject:** RE: ATF Active Investigation

Derrick Hoernke:  Director of Loss Prevention and Facilities & Services
Office: (920)997-8346



**From:** Cory D. Klebs
**Sent:** Monday, October 18, 2021 9:02 AM
**To:**
**Cc:** Derrick Hoernke <Derrick.Hoernke@fleetfarm.com>
**Subject:** RE: ATF Active Investigation

Cory D. Klebs
Operations Manager

Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014
(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



**From:** ▮
**Sent:** Friday, October 15, 2021 9:31 PM
**To:** Cory D. Klebs <Cory.Klebs@fleetfarm.com>
**Subject:** [EXTERNAL SOURCE] RE: ATF Active Investigation ▮



**From:** Cory D. Klebs <Cory.Klebs@fleetfarm.com>
**Sent:** Friday, October 15, 2021 2:44 PM
**To:** ▮
**Cc:** Eric Bongard <Eric.Bongard@fleetfarm.com>; Brad Hansen <Brad.Hansen@fleetfarm.com>; BLN All Management <BLNmgmt@fleetfarm.com>; Michelle Granato <Michelle.Granato@fleetfarm.com>; BLN LP <LPbln@fleetfarm.com>
**Subject:** [EXTERNAL] RE: ATF Active Investigation ▮

Cory D. Klebs
Operations Manager
Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014

(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



**From:** Michelle Granato
**Sent:** Friday, October 15, 2021 10:37 AM
**To:** BLN LP <LPbln@fleetfarm.com>; BLN All Management <BLNmgmt@fleetfarm.com>
**Cc:** Eric Bongard <Eric.Bongard@fleetfarm.com>; Brad Hansen <Brad.Hansen@fleetfarm.com>; 
**Subject:** ATF Active Investigation





**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

CONFIDENTIAL
FF_0001359