# EXHIBIT J



# Records Management
## Policies and Guidelines
*UPDATED* July 31, 2019

**Email Retention**

Becomes effective

**November 1, 2019!**



CONFIDENTIAL

| | |
|---|---|
| Sales and Use Tax Records - returns and essential related work papers | 4 years + current year |
| Sales and Use Tax Records - tabulations and essential related work papers | Later of 10 years or upon completion of tax audit |
| State Corporate Income and Franchise Returns - and essential related work papers | Permanent |
| State Unemployment Tax Return - and essential related work papers | 10 years |

| TRADEMARK and COPYRIGHT | *Retention Period* |
|---|---|
| Trademark, DBA and Copyright Registrations - original copy and related supporting proceedings and/or records | Permanent |
| Trademark Application and Supporting Documents | Until issuance of the trademark or abandonment of the application |
| Trademark Renewal Certificates and Documents Needed for Renewals | Retain for life of trademark registration |

| TRANSPORTATION and IMPORT / EXPORT | *Retention Period* |
|---|---|
| Bills of Lading | 5 years after termination of underlying contract or agreement |
| Claims for Damage - to shipments, to property and monetary | 3 years after completion of settlement, unless litigation is instituted |
| Claims, Freight Charges - over/under charges under legal tariffs | 3 years after completion of settlement, unless litigation is instituted |
| Country of Origin Analysis and Marking | 5 years from the date of the analysis and/or marking |
| Customs Valuation | 5 years from the date of valuation |
| Freight Payment | Later of 7 years or upon completion of tax audit |
| Guidelines on U.S. Customs Tariff Classification | 5 years from the date of the activity requiring maintenance of the record |
| Import Bonds | 5 years from the date of execution |
| Rate, Route, Classification Negotiations - for establishment or adjustment of freight movements | 5 years after termination of movement |
| Receiving Reports | Later of 7 years or upon completion of tax audit |

CONFIDENTIAL    FF_0014695

| | |
|---|---|
| Shipping Notices | 2 years |
| Statutes and Regulations Governing Transportation - including opinions and other records of guidance | 3 years after superseded |
| Tariff Schedules | 3 years after superseded |
| Transportation Equipment Records - owned or leased | 5 years after disposition of equipment |
| Transportation Facilities Records - owned or leased | 5 years after disposition of facility |

CONFIDENTIAL

FF_0014696