# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**ORDER**<br>**GRANTING DEFENDANTS'**<br>**UNOPPOSED MOTION TO MODIFY**<br>**THE PRETRIAL SCHEDULING**<br>**ORDER** |

This matter came before the Court on Defendants' Unopposed Motion to Modify the Pretrial Scheduling Order (Dkt. No. 155). The Court has reviewed the Motion and finds it sets forth good cause for the relief requested.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Unopposed Motion to Modify the Pretrial Scheduling Order is **GRANTED**;

2. The fact discovery deadline is extended from September 30, 2024 to October 3, 2024, for the limited purpose of extending the deadline for Defendants to respond to Plaintiff's Third Set of Interrogatories, served on August 26, 2024.

3. Defendants' shall have until October 3, 2024 to serve their objections and responses to Plaintiff's Third Set of Interrogatories.

- 2 -

Dated: September 27, 2024        *s/ John F. Docherty*
                                 JOHN F. DOCHERTY
                                 United States Magistrate Judge