## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**ORDER<br>GRANTING DEFENDANTS'<br>UNOPPOSED MOTION TO MODIFY<br>THE PRETRIAL SCHEDULING<br>ORDER** |

This matter came before the Court on Defendants' Unopposed Motion to Modify the Pretrial Scheduling Order (Dkt. No 166). The Court has reviewed the Motion and finds it sets forth good cause for the requested modification of the Pretrial Scheduling Orer in this case.

Therefore, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Unopposed Motion to Modify the Pretrial Scheduling Order is **GRANTED**;

2. The expert discovery deadline is extended from January 31, 2025 to February 6, 2025, for the limited purpose of permitting Defendants to depose Plaintiff's expert witness, Joseph Bisbee, on February 6, 2025.

Dated: December 16, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge