# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**JOINT STIPULATION REGARDING CERTAIN AFFIRMATIVE DEFENSES** |

WHEREAS, the dispositive motion deadline in this case is April 4, 2025; and

WHEREAS, the State of Minnesota has indicated it intends to move for summary judgment on some of Fleet Farm's affirmative defenses; and

WHEREAS, the parties have met and conferred regarding this issue, and agree that certain of Fleet Farm's affirmative defenses may be stricken;

THEREFORE, the parties, through the undersigned counsel, HEREBY STIPULATE AND AGREE to the following:

1.　Fleet Farm's Fifth, Seventh, Eighth, and Tenth Affirmative Defenses may be dismissed.

2.　Fleet Farm's Fifteenth Affirmative Defense may be dismissed, subject to Fleet Farm's right to raise this defense if an intervening change in law occurs during the pendency of this matter. *E.g.*, *Golan v. FreeEats.com, Inc.*, 930 F.3d 950, 957 (8th Cir. 2019); *Valspar Corp. v. PPG Indus., Inc.*, 2017 WL 3382063, at *2 (D. Minn. Aug. 4, 2017).

| | |
|---|---|
| Dated: April 3, 2025 | Respectfully submitted, |
| | |
| KEITH ELLISON<br>Attorney General<br>State of Minnesota | /s/ *Andrew P. Leiendecker*<br>Todd A. Noteboom (#0240047)<br>Andrew W. Davis (#0386634)<br>Sharon R. Markowitz (#0392043) |
| JAMES W. CANADAY (#030234X)<br>Deputy Attorney General | Andrew P. Leiendecker (#0399107)<br>Zachary J. Wright (#0402945)<br>STINSON LLP |
| /s/ *Katherine Moerke* (with permission)<br>KATHERINE MOERKE (#0312277)<br>JASON PLEGGENKUHLE (#0391772)<br>ERIC J. MALONEY (#0396326)<br>Assistant Attorneys General | 50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1500<br>todd.noteboom@stinson.com<br>andrew.davis@stinson.com<br>sharon.markowitz@stinson.com<br>andrew.leiendecker@stinson.com<br>zachary.wright@stinson.com |
| 445 Minnesota Street, Suite 1200<br>St. Paul, Minnesota 55101-2130<br>james.canaday@ag.state.mn.us<br>Telephone: (651) 757-1421<br>katherine.moerke@ag.state.mn.us<br>Telephone: (651) 757-1288<br>eric.maloney@ag.state.mn.us<br>Telephone: (651) 757-1021<br>jason.pleggenkuhle@ag.state.mn.us<br>Telephone: (651) 757-1147 | **ATTORNEYS FOR DEFENDANTS** |
| **UNIVERSITY OF MINNESOTA GUN VIOLENCE PREVENTION CLINIC** | |
| MEGAN WALSH (#0394837)<br>Special Assistant Attorney General | |
| University of Minnesota Law School<br>190 Mondale Hall<br>229 19th Avenue South<br>Minneapolis, MN 55455<br>Phone: 612-625-5515<br>wals0270@umn.edu | |
| *Attorneys for State of Minnesota* | |