**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>       Plaintiff,<br><br>   v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>       Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**DECLARATION OF ANDREW P. LEIENDECKER IN SUPPORT OF FLEET FARM'S MOTION TO EXCUDE CERTAIN TESTIMONY OF JOSEPH BISBEE** |

I, Andrew P. Leiendecker, state that the following are true and correct factual statements of which I have personal knowledge:

1.      I am a partner at Stinson LLP and am licensed to practice law in the State of Minnesota.

2.      I am one of the attorneys representing Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC (together, "Fleet Farm") in the above-captioned matter.

3.      I submit this declaration in support of Fleet Farm's Motion to Exclude Certain Testimony of Joseph Bisbee.

4.      Attached as **Exhibit A** is a true and correct copy of the October 4, 2024 Expert Report of Joseph Bisbee.

5.      Attached as **Exhibit B** is at true and correct copy of excerpts from the February 6, 2025 deposition of Joseph Bisbee.

- 1 -

- 2 -

6.      Attached as **Exhibit C** is a true and correct copy of the November 1, 2024 Rebuttal Expert Report of Joseph Bisbee.

This declaration is made pursuant to 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 4, 2025, in Minneapolis, Minnesota.

*/s/ Andrew P. Leiendecker*
Andrew P. Leiendecker