# EXHIBIT 1

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

```
                    ┌──────────────┐
  ┌───────────────┐ │              │ ┌───────────────┐
  │ CHIEF OF STAFF │─│   DIRECTOR   │─│ CHIEF COUNSEL │
  └───────────────┘ │              │ └───────────────┘
                    └──────────────┘
                           │
                    ┌──────────────┐
                    │ DEPUTY DIRECTOR │
                    │ (CHIEF OPERATING │
                    │    OFFICER)    │
                    └──────────────┘
```

| OFFICE OF PUBLIC AND GOVERNMENTAL AFFAIRS | OFFICE OF STRATEGIC INTELLIGENCE AND INFORMATION | OFFICE OF SCIENCE AND TECHNOLOGY (CHIEF INFORMATION OFFICER) | OFFICE OF MANAGEMENT (CHIEF FINANCIAL OFFICER) | OFFICE OF ENFORCEMENT PROGRAMS AND SERVICES | OFFICE OF FIELD OPERATIONS | OFFICE OF TRAINING AND PROFESSIONAL DEVELOPMENT | OFFICE OF PROFESSIONAL RESPONSIBILITY AND SECURITY OPERATIONS |

Approved by:  Date:

ALBERTO R. GONZALES
Attorney General

# EXHIBIT 2



## BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

CHIEF OF STAFF — **DIRECTOR** — CHIEF COUNSEL

DEPUTY DIRECTOR
(CHIEF OPERATING OFFICER)

| OFFICE OF PUBLIC AND GOVERNMENTAL AFFAIRS | OFFICE OF STRATEGIC INTELLIGENCE AND INFORMATION | OFFICE OF SCIENCE AND TECHNOLOGY | OFFICE OF MANAGEMENT | OFFICE OF ENFORCEMENT PROGRAMS AND SERVICES | OFFICE OF FIELD OPERATIONS | OFFICE OF HUMAN RESOURCES AND PROFESSIONAL DEVELOPMENT | OFFICE OF PROFESSIONAL RESPONSIBILITY AND SECURITY OPERATIONS |

Approved by: _____   Date: 5/16/13
ERIC H. HOLDER, JR.
Attorney General

Exhibit A - Organizational Chart

# EXHIBIT 3

# Organizational Chart
## Bureau of Alcohol, Tobacco, Firearms and Explosives



Approved by: _MERRICK B. GARLAND_    Date: **2/18/2022**

MERRICK B. GARLAND
Attorney General

# EXHIBIT 4

Case 3:23-cv-30004-JFB-JPB   Doc. 100-1   Filed 04/04/25   Page 8 of 8



ATF | Bureau of Alcohol, Tobacco, Firearms and Explosives

eRegs | Careers | Locations | Contact us

[search] 🔍

Who we are ⌄   What we do ⌄   Resources ⌄

ATF › Careers › Special agent › Becoming a special agent

🌐 Español

## Careers ⌄

- Careers in action: employee profiles
- Special agent ⌄
  - Becoming a special agent ⌄
    - Informational packet
    - Physical task test
    - Written exam
  - Salary and benefits
  - Specializations ›
  - Questions and answers
- Industry operations investigator ›
- Rapid Response Teams ›
- Forensics and STEM ›
- Professional/technical ›
- Students and recent grads ›
- Veterans
- Applicants with disabilities
- Equal opportunity employer
- Benefits for federal employees
- Drug policy
- Learning and training ›
- Questions and answers
- Contact a recruiter

# Becoming a Special Agent

The career of an ATF special agent is unique and one of the most challenging in federal law enforcement. ATF's highly trained agents are responsible for investigating violations of federal laws relating to firearms, explosives, arson, and alcohol and tobacco diversion. They rely on a combination of tactical, analytical and intelligence gathering skills to identify leads that will support criminal cases.

Special agents must be tough, both physically and mentally. They must also be able to handle rigorous training, personal risks, irregular hours, and extensive travel. Special agents are subject to reassignment to any ATF office in the United States or overseas. As of fiscal year 2020, there are 2,597 special agents currently working at ATF.

## Responsibilities

- Investigation of criminal acts relating to arson, alcohol, explosives, firearms and tobacco
- Witness interrogation as part of criminal investigations
- Evidence collection, analysis and documentation
- Search warrant execution
- Participation in interagency task forces
- Undercover operations
- Crime scene management
- Basic firearms competencies
- Firearms and ammunition identification
- Firearms and tactical training
- Close-quarters defensive countermeasures



💬 Feedback

## Eligibility Requirements

- Between 21-37 years of age
- U.S. citizenship
- Able to obtain Top Secret clearance
- Eligible to work for the U.S. federal government
- Undergraduate degree, or experience, or a combination of education and experience
- Valid driver's license



## Application Process Timeline

The entire process can take 12 months or longer from start to finish. Failure to pass any of the steps below may eliminate you from the hiring process.

### Online Application

ATF job announcements are available on USAjobs.gov. Applicants are encouraged to:

- Login to USAjobs.gov and review the current special agent job announcements
- Learn how to build your resume
- Submit your application by the deadline
- Receive notification of rankings

If qualified, you will receive a selection notice that you have passed the first phase, as well as a notification letter with more details on the written and physical tests.

### Written and Physical Tests

- Special agent written exam
- Special agent physical task test (PTT)

You must pass **both tests** to continue in the process.

### Interview and Background Check

- Panel interview
- Candidate letter notice
- Background investigation
- Polygraph test
- Medical exam
- Drug test



If you pass the panel interview, background investigation and all other tests, you will receive an "Enter on Duty" letter to report to training and new hire orientation.

## Contact Us

Email your questions or comments regarding the special agent career or application process to SAinfo@atf.gov✉ .

*Last Updated: November 18, 2024*

Return to top

## Subscribe for ATF updates

Enter your email address

[                    ] Sign Up



PROTECTING THE PUBLIC
SERVING OUR NATION

f  𝕏  ▶  ⬚

**Submit an anonymous tip**

1-888-ATF-TIPS   atftips@atf.gov ✉



ATF.gov
An official website of the U.S. Department of Justice

About DOJ
Accessibility support

FOIA requests
Legal policies and disclaimers

No FEAR Act data
Office of the Inspector General

Performance reports
Privacy policy

Looking for U.S. government information and services? Visit USA.gov