**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**DECLARATION OF ERIC J. MALONEY IN SUPPORT OF THE STATE OF MINNESOTA'S MOTION TO EXCLUDE EXPERT TESTIMONY OF GARY KLECK** |

I, ERIC J. MALONEY, declare as follows:

1.     I am an Assistant Attorney General licensed to practice law in the State of Minnesota. I am one of the attorneys representing the State of Minnesota in the above-captioned matter and am familiar with the facts underlying this action.

2.     Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Gary Kleck, which was served on the State as Exhibit B to Fleet Farm's October 4, 2024, Rule 26(a)(2) Designation and Disclosure of Initial Expert Witnesses.

3.     Attached as **Exhibit 2** is a true and correct copy of the January 24, 2025, deposition of Gary Kleck. Fleet Farm counsel agreed on April 2, 2025, to de-designate this deposition transcript and no longer assert it is "confidential."

4.     Attached as **Exhibit 3** is a true and correct copy of *Following the Gun: Enforcing Federal Laws Against Firearms Traffickers*, Bureau of Alcohol, Tobacco, and Firearms (June 2000), which was introduced at Professor Kleck's deposition as Exhibit 212.

5.      Attached as **Exhibit 4** is a true and correct copy of Christopher S. Koper, *Purchase of Multiple Firearms as a Risk Factor for Criminal Gun Use: Implications for Gun Policy and Enforcement*, 4 Criminology & Pub. Pol'y 749 (Nov. 2005), which was introduced at Professor Kleck's deposition as Exhibit 220.

6.      Attached as **Exhibit 5** is a presentation from the National Sports Shooting Foundation, the "Firearm Industry Trade Association," entitled *Straw Purchases: Tactics to Help Avoid Them and What to Do If You Think You Made One*, which was introduced as Exhibit 201 at the depositions of Fleet Farm's other expert witnesses, Andrew Graham and Williams Napier.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2025, in St. Paul, Minnesota.

/s/ **Eric J. Maloney**
ERIC J. MALONEY