**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　　Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF THE STATE OF MINNESOTA'S MOTION FOR SUMMARY JUDGMENT ON FLEET FARM AFFIRMATIVE DEFENSES** |

I, Katherine A. Moerke, Assistant Attorney General for the State of Minnesota, declare as follows:

Attached as Exhibit A is a true and correct copy of excerpts from the State of Minnesota's Second Supplemental Responses to Defendants' First Set of Interrogatories dated November 6, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2025, in St. Paul, Minnesota.

　　　　　　　　　　　　　　　*s/ Katherine A. Moerke*
　　　　　　　　　　　　　　　Katherine A. Moerke

1