# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>    Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>    Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**LOCAL RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

    I, Todd A. Noteboom, certify that Fleet Farm's Memorandum in Support of its Motion for Summary Judgment ("Memorandum") complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h) because: (1) it contains 8,215 words, excluding the parts of the Memorandum exempted by Local Rule 7.1(f)(1)(C); and (2) it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in a 13-point Times New Roman font in the text and footnotes.

| | |
|---|---|
| Dated: April 4, 2025 | */s/ Todd A. Noteboom*<br>Todd A. Noteboom<br><br>**ATTORNEY FOR DEFENDANTS** |