**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>Plaintiff,<br><br>v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**DECLARATION OF KEVIN MCKOWN IN SUPPORT OF FLEET FARM'S MOTION FOR SUMMARY JUDGMENT** |

I, Kevin McKown, state that the following are true and correct factual statements of which I have personal knowledge:

1.      I submit this declaration in support of Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC's (together, "Fleet Farm") Opposition to Plaintiff's Motion to Compel ("Opposition").

2.      I am the Director of Firearms Compliance at Fleet Farm.

3.      I have reviewed the licenses for all seventeen Fleet Farm Minnesota stores that were active between October 5, 2016 and October 1, 2023, which have all been produced in this case.  Based on my review, all of Fleet Farm's Minnesota stores were registered with and licensed by ATF to sell firearms throughout this time period.

4.      Attached as **Exhibit 1** is a true and correct copy of a spreadsheet reflecting the total number of firearm sales from Fleet Farm's Minnesota stores from 2017 through 2023, which was produced in this case confidentially and in native format at FF_0075801.

- 1 -

5.      Attached as **Exhibit 2** is a true and correct copy of a spreadsheet reflecting instances between January 2018 and October 2023 that Fleet Farm refused to sell a firearm to a customer, which was produced in this case confidentially and in native format at FF_0042289.

6.      Attached as **Exhibit 3** is a true and correct copy of filtered Acquisition and Disposition Log ("A&D Log") from Fleet Farm's St. Cloud store, which was produced in this case confidentially and in native format at FF_0039861.

7.      Attached as **Exhibit 4** is a true and correct copy of filtered A&D Log from Fleet Farm's Baxter store, which was produced in this case confidentially and in native format at FF_0039862.

8.      Attached as **Exhibit 5** is a true and correct copy of filtered A&D Log from Fleet Farm's Brooklyn Park store, which was produced in this case confidentially and in native format at FF_0039863.

9.      Attached as **Exhibit 6** is a true and correct copy of filtered A&D Log from Fleet Farm's Lakeville store, which was produced in this case confidentially and in native format at FF_0039864.

10.     Attached as **Exhibit 7** is a true and correct copy of filtered A&D Log from Fleet Farm's Winona store, which was produced in this case confidentially and in native format at FF_0039865.

11.     Attached as **Exhibit 8** is a true and correct copy of filtered A&D Log from Fleet Farm's Oakdale store, which was produced in this case confidentially and in native format at FF_0039866.

12.    Attached as **Exhibit 9** is a true and correct copy of filtered A&D Log from Fleet Farm's Owatonna store, which was produced in this case confidentially and in native format at FF_0039867.

13.    Attached as **Exhibit 10** is a true and correct copy of filtered A&D Log from Fleet Farm's Blaine store, which was produced in this case confidentially and in native format at FF_0039868.

14.    Attached as **Exhibit 11** is a true and correct copy of filtered A&D Log from Fleet Farm's Carver store, which was produced in this case confidentially and in native format at FF_0039869.

15.    Attached as **Exhibit 12** is a true and correct copy of filtered A&D Log from Fleet Farm's Cambridge store, which was produced in this case confidentially and in native format at FF_0039870.

16.    Attached as **Exhibit 13** is a true and correct copy of filtered A&D Log from Fleet Farm's Mankato store, which was produced in this case confidentially and in native format at FF_0039871.

17.    Attached as **Exhibit 14** is a true and correct copy of filtered A&D Log from Fleet Farm's Hermantown store, which was produced in this case confidentially and in native format at FF_0039872.

18.    Attached as **Exhibit 15** is a true and correct copy of filtered A&D Log from Fleet Farm's Fergus Falls store, which was produced in this case confidentially and in native format at FF_0039873.

19. Attached as **Exhibit 16** is a true and correct copy of filtered A&D Log from Fleet Farm's Hastings store, which was produced in this case confidentially and in native format at FF_0039874.

20. Attached as **Exhibit 17** is a true and correct copy of filtered A&D Log from Fleet Farm's Alexandria store, which was produced in this case confidentially and in native format at FF_0039875.

21. Attached as **Exhibit 18** is a true and correct copy of filtered A&D Log from Fleet Farm's Rochester store, which was produced in this case confidentially and in native format at FF_0039876.

22. Attached as **Exhibit 19** is a true and correct copy of filtered A&D Log from Fleet Farm's Monticello store, which was produced in this case confidentially and in native format at FF_0039877.

23. Attached as **Exhibit 20** is a true and correct copy of the A&D Log from Fleet Farm's Hermantown store reflecting sales to Wayne Danielson, which was produced in this case at FF_0013736.

24. Attached as **Exhibit 21** is a true and correct copy of the list of Fleet Farm's "Firearm Training" modules that are used to train Fleet Farm employees before they are permitted to sell firearms, which was produced in this case at FF_0001497.

25. Attached as **Exhibit 22** is a true and correct copy of Fleet Farm's "Firearm Training" module on "Straw Purchases," which was produced in this case at FF_0001507.

- 4 -

26.     Attached as **Exhibit 23** is at true and correct copy of Fleet Farm's All Store Quarterly Firearm Compliance Webinar dated November 9 and 10, 2021, which was produced in this case at FF_0000012.

27.     Attached as **Exhibit 24** is at true and correct copy of Fleet Farm's All Store Quarterly Firearm Compliance Webinar dated November 9 and 10, 2022, which was produced in this case at FF_0040797.

28.     Attached as **Exhibit 25** is at true and correct copy of Fleet Farm's All Store Quarterly Firearm Compliance Webinar dated April 2023, which was produced in this case at FF_0040813.

29.     Attached as **Exhibit 26** is at true and correct copy of Fleet Farm's All Store Quarterly Firearm Compliance Webinar dated August 2023, which was produced in this case at FF_0040832.

30.     Attached as **Exhibit 27** is at true and correct copy of Fleet Farm's 4th Quarter Firearm Compliance Webinar dated November 2023, which was produced in this case at FF_0040770.

31.     Attached as **Exhibit 28** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's June 20, 2020 sale to Sarah Elwood, which was produced in this case at FF_0000034.

32.     Attached as **Exhibit 29** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's July 30, 2020 sale to Sarah Elwood, which was produced in this case at FF_0000570.

33.     Attached as **Exhibit 30** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's January 4, 2021 sale to Sarah Elwood, which was produced in this case at FF_0000254.

34.     Attached as **Exhibit 31** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's January 11, 2021 sale to Sarah Elwood, which was produced in this case at FF_0000467.

35.     Attached as **Exhibit 32** is a true and correct copy of the firearm transaction records for Fleet Farm's Blaine store's January 31, 2021 sale to Sarah Elwood, which was produced in this case at FF_0000201.

36.     Attached as **Exhibit 33** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's March 15, 2021 sale to Sarah Elwood, which was produced in this case at FF_0000307.

37.     Attached as **Exhibit 34** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's May 1, 2021 sale to Sarah Elwood, which was produced in this case at FF_0000614.

38.     Attached as **Exhibit 35** is a true and correct copy of the firearm transaction records for Fleet Farm's Lakeville store's May 1, 2021 sale to Sarah Elwood, which was produced in this case at FF_0000311.

39.     Attached as **Exhibit 36** is a true and correct copy of the firearm transaction records for Fleet Farm's Blaine store's May 6, 2021 sale to Sarah Elwood, which was produced in this case at FF_0014673.

40.    Attached as **Exhibit 37** is a true and correct copy of the firearm transaction records for Fleet Farm's Blaine store's May 12, 2021 sale to Sarah Elwood, which was produced in this case at FF_0000056.

41.    Attached as **Exhibit 38** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's June 15, 2021 sale to Jerome Horton, which was produced in this case at FF_0000713.

42.    Attached as **Exhibit 39** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's July 4, 2021 sale to Jerome Horton, which was produced in this case at FF_0000471.

43.    Attached as **Exhibit 40** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's July 7, 2021 sale to Jerome Horton, which was produced in this case at FF_0000259.

44.    Attached as **Exhibit 41** is a true and correct copy of the firearm transaction records for Fleet Farm's Oakdale store's July 10, 2021 sale to Jerome Horton, which was produced in this case at FF_0000008.

45.    Attached as **Exhibit 42** is a true and correct copy of the firearm transaction records for Fleet Farm's Blaine store's July 23, 2021 sale to Jerome Horton, which was produced in this case at FF_0000438.

46.    Attached as **Exhibit 43** is a true and correct copy of the firearm transaction records for Fleet Farm's Oakdale store's July 24, 2021 sale to Jerome Horton, which was produced in this case at FF_0000127.

47.     Attached as **Exhibit 44** is a true and correct copy of the firearm transaction records for Fleet Farm's Oakdale store's July 26, 2021 sale to Jerome Horton, which was produced in this case at FF_0000234.

48.     Attached as **Exhibit 45** is a true and correct copy of the firearm transaction records for Fleet Farm's Blaine store's July 27, 2021 sale to Jerome Horton, which was produced in this case at FF_0000331.

49.     Attached as **Exhibit 46** is a true and correct copy of the firearm transaction records for Fleet Farm's Blaine store's July 31, 2021 sale to Jerome Horton, which was produced in this case at FF_0000363.

50.     Attached as **Exhibit 47** is a true and correct copy of the firearm transaction records for Fleet Farm's Blaine store's August 14, 2021 sale to Jerome Horton, which was produced in this case at FF_0000049.

51.     Attached as **Exhibit 48** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's August 20, 2021 sale to Jerome Horton, which was produced in this case at FF_0000588.

52.     Attached as **Exhibit 49** is a true and correct copy of the firearm transaction records for Fleet Farm's Lakeville store's August 31, 2021 sale to Jerome Horton, which was produced in this case at FF_0000238.

53.     Attached as **Exhibit 50** is a true and correct copy of the firearm transaction records for Fleet Farm's Blaine store's September 13, 2021 sale to Jerome Horton, which was produced in this case at FF_0000607.

54.     Attached as **Exhibit 51** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's September 17, 2021 sale to Jerome Horton, which was produced in this case at FF_0000246.

55.     Attached as **Exhibit 52** is a true and correct copy of the firearm transaction records for Fleet Farm's Blaine store's September 18, 2021 sale to Jerome Horton, which was produced in this case at FF_0000574.

56.     Attached as **Exhibit 53** is a true and correct copy of the firearm transaction records for Fleet Farm's Blaine store's September 26, 2021 sale to Jerome Horton, which was produced in this case at FF_0000479.

57.     Attached as **Exhibit 54** is a true and correct copy of the firearm transaction records for Fleet Farm's Brooklyn Park store's October 11, 2021 sale to Jerome Horton, which was produced in this case at FF_0000581.

58.     Attached as **Exhibit 55** is a true and correct copy of the firearm transaction records for Fleet Farm's Oakdale store's October 17, 2021 sale to Jerome Horton, which was produced in this case at FF_0000208.

This declaration is made pursuant to 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 2, 2025, in Appleton, Wisconsin.

Kevin McKown