# EXHIBIT 20

## Fleet Farm Firearm ATF ACQ/DIS Detail Report
### Hermantown (S 3600)

| | | |
|---|---|---|
| **Report Loc. Type:** S | **Report Loc.:** 3600 | |
| **Manufacturer:** All | **Importer:** All | **Firearm Type:** All |
| **Serial Number:** All | **SKU:** All | |

| | | | | | |
|---|---|---|---|---|---|
| **Acq. Date (From Year):** All | **Acq. Date (From Month):** All | **Acq. Date (From Day):** All | **Acq. Date (To Year):** All | **Acq. Date (To Month):** All | **Acq. Date (To Day):** All |
| **Acq. Loc. Type:** All | | **Acq. Loc.:** All | | | |
| **Dis. Date (From Year):** All | **Dis. Date (From Month):** All | **Dis. Date (From Day):** All | **Dis. Date (To Year):** All | **Dis. Date (To Month):** All | **Dis. Date (To Day):** All |
| **Dis. Loc Type:** C | | **Dis. Loc:** All | | | |
| **Dis. Cust. First Name:** Wayne | | **Dis. Cust. Last Name:** Danielson | | **Dis. Cust. Address:** | |
| **Dis. Transaction Type:** | | **Dis. Transaction Reason:** | | | |

| **Mode:** All | **Final Trans. Only?:** No | **Sort Mode:** Serial Number | **Audit Mode:** No |
|---|---|---|---|

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** 492-18716<br>**Manufacturer:** Ruger<br>**Importer:**<br>**Model:** 22 Charger<br>**Firearm Type:** Pistol | **Action Type:** Semi-auto<br>**Caliber:** .22 LR<br>**UPC:** 736676049233<br>**VPN:** 4923<br>**SKU:** 100939563 | Chippewa Falls DC (W 98030)<br>2900 Lakeview Drive<br>Chippewa Falls, WI 54729<br>**Orig. FFL Number:** 39-09319<br>**Acquire Timestamp:** 08/23/2021 | DANIELSON, WAYNE ROBERT<br>218 W 2ND AVE N<br>AURORA, MN 55705<br>**Dispose Timestamp:** 09/05/2021 |
| **Serial Number:** ADC131731<br>**Manufacturer:** Taurus<br>**Importer:** Taurus Intl Mfg<br>**Model:** 605<br>**Firearm Type:** Revolver | **Action Type:** Revolver<br>**Caliber:** 357 Magnum<br>**UPC:** 725327609698<br>**VPN:** 2-605029PLY<br>**SKU:** 100277846 | Chippewa Falls DC (W 98030)<br>2900 Lakeview Drive<br>Chippewa Falls, WI 54729<br>**Orig. FFL Number:** 39-09319<br>**Acquire Timestamp:** 07/25/2022 | DANIELSON, WAYNE ROBERT<br>218 W 2ND AVE N<br>AURORA, MN 55705<br>**Dispose Timestamp:** 08/04/2022 |
| **Serial Number:** RIA2106651<br>**Manufacturer:** ACP<br>**Importer:** APINTL<br>**Model:** 200<br>**Firearm Type:** Revolver | **Action Type:** Revolver<br>**Caliber:** .38 SPL<br>**UPC:** 4806015512615<br>**VPN:** 51261<br>**SKU:** 101114498 | Chippewa Falls DC (W 98030)<br>2900 Lakeview Drive<br>Chippewa Falls, WI 54729<br>**Orig. FFL Number:** 39-09319<br>**Acquire Timestamp:** 11/20/2019 | DANIELSON, WAYNE ROBERT<br>218 W 2ND AVE N<br>AURORA, MN 55705<br>**Dispose Timestamp:** 12/02/2019 |
| **Serial Number:** RIA2501707<br>**Manufacturer:** ACP<br>**Importer:** APINTL<br>**Model:** 200<br>**Firearm Type:** Revolver | **Action Type:** Revolver<br>**Caliber:** .38 SPL<br>**UPC:** 4806015512615<br>**VPN:** 51261<br>**SKU:** 101114498 | Chippewa Falls DC (W 98030)<br>2900 Lakeview Drive<br>Chippewa Falls, WI 54729<br>**Orig. FFL Number:** 39-09319<br>**Acquire Timestamp:** 04/08/2022 | DANIELSON, WAYNE ROBERT<br>218 W 2ND AVE N<br>AURORA, MN 55705<br>**Dispose Timestamp:** 05/16/2022 |

**Report Count: 4**

CONFIDENTIAL

# EXHIBIT 21

# Firearm Training

## Module 1

- Straw Purchase
- Safety and Security

## Module 2

- Firearm Federal Regulations
- Firearm Wisconsin Regulations
- Firearm Minnesota Regulations
- Firearm 4473 Form Instructions
- Firearm Special Circumstances (Military, Dual Residency, Immigrant)
- Firearm Multiple Handgun 3310.4 Form

## Module 3

- Firearm Electronic 4473 Form Process
- Firearm Manual Sale Process
- Firearm Back Ground Check
- Firearm NICS Qualifying Permits
- Firearm Fleet Farm MDSE 31 Form

## Module 4

- Firearm Acquisitions
- Firearm Audits
- Firearm Acquisition / Disposition Edits
- SOM Inquiry Options / BI 11.g Reports
- Firearm Filing Procedures
- Firearm 3rd Party Transfers
- Firearm Store to Store Transfers
- Firearm Exchange-Repair-Return
- Firearm Special Orders
- Firearm Ordering Supplies

CONFIDENTIAL

FF_0001497