# EXHIBIT 3

**No image available for this record.**

CONFIDENTIAL

FF_0039861

## St. Cloud (S 2100)

| | | | | | |
|---|---|---|---|---|---|
| **Report Loc. Type:** S | | **Report Loc.:** 2100 | | | |
| **Manufacturer:** All | | **Importer:** All | | **Firearm Type:** All | |
| **Serial Number:** All | | **SKU:** All | | | |
| **Acq. Date (From Year):** All | **Acq. Date (From Month):** All | **Acq. Date (From Day):** All | **Acq. Date (To Year):** All | **Acq. Date (To Month):** All | **Acq. Date (To Day):** All |
| **Acq. Loc. Type:** All | | **Acq. Loc.:** All | | | |
| **Dis. Date (From Year):** 2017 | **Dis. Date (From Month):** 1 | **Dis. Date (From Day):** 1 | **Dis. Date (To Year):** 2023 | **Dis. Date (To Month):** 10 | **Dis. Date (To Day):** All |
| **Dis. Loc Type:** C | | **Dis. Loc:** All | | | |
| **Dis. Cust. First Name:** | | **Dis. Cust. Last Name:** | | **Dis. Cust. Address:** | |
| **Dis. Transaction Type:** | | **Dis. Transaction Reason:** | | | |
| **Mode:** All | **Final Trans. Only?:** No | | **Sort Mode:** Serial Number | | **Audit Mode:** No |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** B017473Z | **Action Type:** Semi-auto | Appleton Distribution Center (W 97095) | ARNESON, MICHAEL LEE |
| **Manufacturer:** Pietro Berretta | **Caliber:** 9mm | 1300 S. Lynndale Drive | 225 JOHNSON AVE NW |
| **Importer:** Beretta USA Corp | **UPC:** 082442893303 | Appleton, WI 54914 | COKATO, MN 55321 |
| **Model:** M9A3 | **VPN:** J92M9A3M | **Orig. FFL Number:** 39-04971 | **Dispose Timestamp:** 04/29/2019 |
| **Firearm Type:** Pistol | **SKU:** 101109574 | **Acquire Timestamp:** 02/28/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** WT006881 | **Action Type:** Semi-auto | Chippewa Falls DC (W 98030) | ARNESON, MICHAEL LEE |
| **Manufacturer:** CARL WALTHER ULM/DO. | **Caliber:** .22 WMR | 2900 Lakeview Drive | 225 JOHNSON AVE NW |
| **Importer:** WALTHER ARMS | **UPC:** 723364224591 | Chippewa Falls, WI 54729 | COKATO, MN 55321 |
| **Model:** WMP | **VPN:** 5220300 | **Orig. FFL Number:** 39-09319 | **Dispose Timestamp:** 09/30/2022 |
| **Firearm Type:** Pistol | **SKU:** 101746867 | **Acquire Timestamp:** 09/26/2022 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** ADCY729 | **Action Type:** Semi-auto | Chippewa Falls DC (W 98030) | BLAIR, RICHARD ALLAN |
| **Manufacturer:** Glock | **Caliber:** 9x19 | 2900 Lakeview Drive | 11010 135TH AVE NE |
| **Importer:** Glock | **UPC:** 764503026058 | Chippewa Falls, WI 54729 | FOLEY, MN 56329 |
| **Model:** 17Gen5 | **VPN:** PA1750203 | **Orig. FFL Number:** 39-09319 | **Dispose Timestamp:** 04/11/2020 |
| **Firearm Type:** Pistol | **SKU:** 101022400 | **Acquire Timestamp:** 10/22/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** ADMN951 | **Action Type:** Semi-auto | Chippewa Falls DC (W 98030) | BLAIR, RICHARD ALLAN |
| **Manufacturer:** Glock | **Caliber:** 9x19mm | 2900 Lakeview Drive | 11010 135TH AVE NE |
| **Importer:** Glock Inc | **UPC:** 764503040313 | Chippewa Falls, WI 54729 | FOLEY, MN 56329 |
| **Model:** 19X | **VPN:** UX1950703 | **Orig. FFL Number:** 39-09319 | **Dispose Timestamp:** 04/16/2020 |
| **Firearm Type:** Pistol | **SKU:** 101110380 | **Acquire Timestamp:** 03/20/2020 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** ADRX579 | **Action Type:** Semi-auto | Chippewa Falls DC (W 98030) | BLAIR, RICHARD ALLAN |
| **Manufacturer:** Glock | **Caliber:** 9x19 | 2900 Lakeview Drive | 11010 135TH AVE NE |
| **Importer:** | **UPC:** 850386008158 | Chippewa Falls, WI 54729 | FOLEY, MN 56329 |
| **Model:** G43 | **VPN:** ACG-00815 | **Orig. FFL Number:** 39-09319 | **Dispose Timestamp:** 04/11/2020 |
| **Firearm Type:** Pistol | **SKU:** 101237923 | **Acquire Timestamp:** 11/30/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** PB0279167 | **Action Type:** Semi-auto | Chippewa Falls DC (W 98030) | richard allan blair |
| **Manufacturer:** Kimber | **Caliber:** 9mm | 2900 Lakeview Drive | 11010 135th ave ne |
| **Importer:** | **UPC:** 669278376356 | Chippewa Falls, WI 54729 | foley, MN 56329 |
| **Model:** Micro 9 | **VPN:** 3700635 | **Orig. FFL Number:** 39-09319 | **Dispose Timestamp:** 04/21/2020 |
| **Firearm Type:** Pistol | **SKU:** 101492438 | **Acquire Timestamp:** 03/20/2020 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** 1PT044311 | **Action Type:** Semi-auto | Appleton Distribution Center (W 97095) | FOULKES II, FRED SCHLOTTER |
| **Manufacturer:** Taurus | **Caliber:** .22 LR | 1300 S. Lynndale Drive | 421 ASPEN AVE E |
| **Importer:** | **UPC:** 725327932017 | Appleton, WI 54914 | PILLAGER, MN 56473 |

| Model: TX | VPN: 1-TX22141 | Orig. FFL Number: 39-04971 | Dispose Timestamp: 02/09/2020 |
|---|---|---|---|
| Firearm Type: Pistol | SKU: 101238105 | Acquire Timestamp: 07/08/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: 368-00511 | Action Type: Semi-auto | Appleton Distribution Center (W 97095) | FOULKES II, FRED SCHLOTTER |
| Manufacturer: Ruger | Caliber: .22 LR | 1300 S. Lynndale Drive | 421 ASPEN AVE E |
| Importer: | UPC: 736676036004 | Appleton, WI 54914 | PILLAGER, MN 56473 |
| Model: SR22 | VPN: 3600 | Orig. FFL Number: 39-04971 | Dispose Timestamp: 01/07/2020 |
| Firearm Type: Pistol | SKU: 100392901 | Acquire Timestamp: 01/10/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: AEBN429 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | FOULKES II, FRED SCHLOTTER |
| Manufacturer: Glock | Caliber: .22 LR | 2900 Lakeview Drive | 421 ASPEN AVE E |
| Importer: | UPC: 764503035920 | Chippewa Falls, WI 54729 | PILLAGER, MN 56473 |
| Model: Glock 44 | VPN: UA4450101 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 02/09/2020 |
| Firearm Type: Pistol | SKU: 101476709 | Acquire Timestamp: 02/04/2020 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: HJF3093 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | fred schlotterr foulkes II |
| Manufacturer: Smith  & Wesson | Caliber: .22 LR | 2900 Lakeview Drive | 421 aspen ave e |
| Importer: | UPC: 022188083903 | Chippewa Falls, WI 54729 | pillager, MN 56473 |
| Model: M&P | VPN: 108390 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 06/29/2019 |
| Firearm Type: Pistol | SKU: 100619942 | Acquire Timestamp: 06/20/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: MS570703 | Action Type: Revolver | Chippewa Falls DC (W 98030) | FOULKES II, FRED SCHLOTTER |
| Manufacturer: Taurus Armas | Caliber: 45LC / 410 | 2900 Lakeview Drive | 421 ASPEN AVE E |
| Importer: Taurus Intl Mfg | UPC: 725327610694 | Chippewa Falls, WI 54729 | PILLAGER, MN 56473 |
| Model: The Judge | VPN: 2-441021PFS | Orig. FFL Number: 39-09319 | Dispose Timestamp: 02/09/2020 |
| Firearm Type: Revolver | SKU: 100277541 | Acquire Timestamp: 11/06/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: RIA2105127 | Action Type: Revolver | Chippewa Falls DC (W 98030) | FOULKES II, FRED SCHLOTTER |
| Manufacturer: ACP | Caliber: .38 SPL | 2900 Lakeview Drive | 421 ASPEN AVE E |
| Importer: APINTL | UPC: 4806015512615 | Chippewa Falls, WI 54729 | PILLAGER, MN 56473 |
| Model: 200 | VPN: 51261 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 06/29/2019 |
| Firearm Type: Revolver | SKU: 101114498 | Acquire Timestamp: 06/27/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: RIA2105128 | Action Type: Revolver | Chippewa Falls DC (W 98030) | FOULKES II, FRED SCHLOTTER |
| Manufacturer: ACP | Caliber: .38 SPL | 2900 Lakeview Drive | 421 ASPEN AVE E |
| Importer: APINTL | UPC: 4806015512615 | Chippewa Falls, WI 54729 | PILLAGER, MN 56473 |
| Model: 200 | VPN: 51261 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 06/29/2019 |
| Firearm Type: Revolver | SKU: 101114498 | Acquire Timestamp: 06/27/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: RIA2144384 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | FOULKES II, FRED SCHLOTTER |
| Manufacturer: ACP | Caliber: .45 ACP | 2900 Lakeview Drive | 421 ASPEN AVE E |
| Importer: APINTL | UPC: 4806015514213 | Chippewa Falls, WI 54729 | PILLAGER, MN 56473 |
| Model: M1911 A1-FS | VPN: 51421 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 10/08/2019 |
| Firearm Type: Pistol | SKU: 101114470 | Acquire Timestamp: 09/28/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: 381419356 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | GRANT, LUCAS STEPHEN |
| Manufacturer: Ruger | Caliber: 380 Auto | 2900 Lakeview Drive | 572 KAYLA LN |
| Importer: | UPC: 736676137169 | Chippewa Falls, WI 54729 | HANOVER, MN 55341 |
| Model: LCP MAX | VPN: 13716 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 03/05/2023 |
| Firearm Type: Pistol | SKU: 101648211 | Acquire Timestamp: 01/26/2023 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: 385-28718 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | GRANT, LUCAS STEPHEN |
| Manufacturer: Ruger | Caliber: 9mm Luger | 2900 Lakeview Drive | 572 KAYLA LN |
| Importer: | UPC: 736676038107 | Chippewa Falls, WI 54729 | HANOVER, MN 55341 |
| Model: Security 9 | VPN: 3810 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 03/05/2023 |
| Firearm Type: Pistol | SKU: 101091326 | Acquire Timestamp: 10/15/2022 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: 493-37769 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | GRANT, LUCAS STEPHEN |
| Manufacturer: Ruger | Caliber: .22 LR | 2900 Lakeview Drive | 572 KAYLA LN |
| Importer: | UPC: 736676049233 | Chippewa Falls, WI 54729 | HANOVER, MN 55341 |
| Model: 22 Charger | VPN: 4923 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 04/02/2023 |
| Firearm Type: Pistol | SKU: 100939563 | Acquire Timestamp: 02/24/2023 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: 913-63927 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | GRANT, LUCAS STEPHEN |
| Manufacturer: Ruger | Caliber: 9mm Luger | 2900 Lakeview Drive | 572 KAYLA LN |
| Importer: | UPC: 736676291007 | Chippewa Falls, WI 54729 | HANOVER, MN 55341 |
| Model: PC Charger | VPN: 29100-RUG | Orig. FFL Number: 39-09319 | Dispose Timestamp: 03/05/2023 |
| Firearm Type: Pistol | SKU: 101506069 | Acquire Timestamp: 02/16/2023 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: 1PT335046 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | HAWS, WILLIAM HUGO |
| Manufacturer: Taurus | Caliber: .22 LR | 2900 Lakeview Drive | 108 14TH AVE N |
| Importer: | UPC: 725327932017 | Chippewa Falls, WI 54729 | SAINT CLOUD, MN 56303 |
| Model: TX | VPN: 1-TX22141 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 10/27/2020 |
| Firearm Type: Pistol | SKU: 101238105 | Acquire Timestamp: 10/22/2020 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: 20BC23196 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | HAWS, WILLIAM HUGO |
| Manufacturer: Canik | Caliber: 9x19 | 2900 Lakeview Drive | 108 14TH AVE N |
| Importer: Century Arms International Inc. | UPC: 787450382329 | Chippewa Falls, WI 54729 | SAINT CLOUD, MN 56303 |
| Model: TP9SFX | VPN: HG3774G-N | Orig. FFL Number: 39-09319 | Dispose Timestamp: 07/28/2020 |
| Firearm Type: Pistol | SKU: 100939748 | Acquire Timestamp: 07/27/2020 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: ABH780178 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | HAWS, WILLIAM HUGO |
| Manufacturer: Taurus Armas | Caliber: 9mm | 2900 Lakeview Drive | 108 14TH AVE N |
| Importer: Taurus | UPC: 725327617747 | Chippewa Falls, WI 54729 | SAINT CLOUD, MN 56303 |
| Model: G2c | VPN: 1-G2C939-12DP | Orig. FFL Number: 39-09319 | Dispose Timestamp: 08/16/2020 |
| Firearm Type: Pistol | SKU: 101238102 | Acquire Timestamp: 08/15/2020 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: AT275040 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | HAWS, WILLIAM HUGO |
| Manufacturer: HS Produkt | Caliber: 9x19 | 2900 Lakeview Drive | 108 14TH AVE N |
| Importer: Springfield Armory | UPC: 706397932497 | Chippewa Falls, WI 54729 | SAINT CLOUD, MN 56303 |
| Model: XD-M Elite | VPN: XDMET9459FHCOSP | Orig. FFL Number: 39-09319 | Dispose Timestamp: 07/15/2020 |
| Firearm Type: Pistol | SKU: 101505900 | Acquire Timestamp: 07/06/2020 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: BKLW896 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | HAWS, WILLIAM HUGO |
| Manufacturer: Glock | Caliber: 9x19 | 2900 Lakeview Drive | 108 14TH  AVE N |
| Importer: Glock Inc | UPC: 764503030895 | Chippewa Falls, WI 54729 | SAINT CLOUD, MN 56303 |
| Model: G45 | VPN: PA455S203 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 08/15/2020 |
| Firearm Type: Pistol | SKU: 101485649 | Acquire Timestamp: 02/13/2020 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| Serial Number: F052676 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | HAWS, WILLIAM HUGO |
| Manufacturer: CZ | Caliber: 9x19 | 2900 Lakeview Drive | 108 14TH AVE N |

| Importer: CZ-USA | UPC: 806703913513 | Chippewa Falls, WI 54729 | SAINT CLOUD, MN 56303 |
| Model: Scorpion EVO 3 S1 | VPN: 91351 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 05/18/2021 |
| Firearm Type: Pistol | SKU: 101615133 | Acquire Timestamp: 04/21/2021 | |

| Firearm Info | | Origination Location | Destination Location |
| --- | --- | --- | --- |
| Serial Number: FCJ5790 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | HAWS, WILLIAM HUGO |
| Manufacturer: Smith & Wesson | Caliber: 9mm | 2900 Lakeview Drive | 108 14TH AVE N |
| Importer: | UPC: 022188872415 | Chippewa Falls, WI 54729 | SAINT CLOUD, MN 56303 |
| Model: SD9 | VPN: 11998 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 07/14/2020 |
| Firearm Type: Pistol | SKU: 101036539 | Acquire Timestamp: 07/12/2020 | |

| Firearm Info | | Origination Location | Destination Location |
| --- | --- | --- | --- |
| Serial Number: FCK5930 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | HAWS, WILLIAM HUGO |
| Manufacturer: Smith & Wesson | Caliber: 9mm | 2900 Lakeview Drive | 108 14TH AVE N |
| Importer: | UPC: 022188872415 | Chippewa Falls, WI 54729 | SAINT CLOUD, MN 56303 |
| Model: SD9 | VPN: 11998 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 10/21/2020 |
| Firearm Type: Pistol | SKU: 101036539 | Acquire Timestamp: 07/12/2020 | |

| Firearm Info | | Origination Location | Destination Location |
| --- | --- | --- | --- |
| Serial Number: FCK5933 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | HAWS, WILLIAM HUGO |
| Manufacturer: Smith & Wesson | Caliber: 9mm | 2900 Lakeview Drive | 108 14TH AVE N |
| Importer: | UPC: 022188872415 | Chippewa Falls, WI 54729 | SAINT CLOUD, MN 56303 |
| Model: SD9 | VPN: 11998 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 07/14/2020 |
| Firearm Type: Pistol | SKU: 101036539 | Acquire Timestamp: 07/12/2020 | |

| Firearm Info | | Origination Location | Destination Location |
| --- | --- | --- | --- |
| Serial Number: RIA2244428 | Action Type: Revolver | Chippewa Falls DC (W 98030) | HAWS, WILLIAM HUGO |
| Manufacturer: ACP | Caliber: .38 SPL | 2900 Lakeview Drive | 108 14TH AVE N |
| Importer: APINTL | UPC: 4806015512837 | Chippewa Falls, WI 54729 | SAINT CLOUD, MN 56303 |
| Model: 206 | VPN: 51283 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 01/12/2021 |
| Firearm Type: Revolver | SKU: 101114508 | Acquire Timestamp: 12/12/2020 | |

| Firearm Info | | Origination Location | Destination Location |
| --- | --- | --- | --- |
| Serial Number: 500500727 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | JIANG, DENGFENG WILLIAM |
| Manufacturer: Ruger | Caliber: .22 LR | 2900 Lakeview Drive | 17060 142ND ST SE |
| Importer: | UPC: 736676401499 | Chippewa Falls, WI 54729 | BIG LAKE, MN 55309 |
| Model: Mark IV | VPN: 40149 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 05/23/2022 |
| Firearm Type: Pistol | SKU: 100896556 | Acquire Timestamp: 04/21/2022 | |

| Firearm Info | | Origination Location | Destination Location |
| --- | --- | --- | --- |
| Serial Number: BM051826 | Action Type: Semi-auto | Chippewa Falls DC (W 98030) | JIANG, DENGFENG WILLIAM |
| Manufacturer: UMAREX | Caliber: .22 LR | 2900 Lakeview Drive | 17060 142ND ST SE |
| Importer: Beretta USA Corp | UPC: 082442736372 | Chippewa Falls, WI 54729 | BIG LAKE, MN 55309 |
| Model: 92FS | VPN: J90A1M9A1F19 | Orig. FFL Number: 39-09319 | Dispose Timestamp: 03/16/2022 |
| Firearm Type: Pistol | SKU: 101109571 | Acquire Timestamp: 03/03/2022 | |

| Firearm Info | | Origination Location | Destination Location |
| --- | --- | --- | --- |
| Serial Number: DRJ1697 | Action Type: Revolver | SANNER NICOLE LYNN | JIANG, DENGFENG WILLIAM |
| Manufacturer: Smith & Wesson | Caliber: 357 Magnum | 1030 MCKINLEY PL S | 17060 142ND ST SE |
| Importer: | UPC: 022188641981 | SAINT CLOUD, MN 56301 | BIG LAKE, MN 55309 |
| Model: 686-6 | VPN: 164198 | Acquire Timestamp: 10/24/2022 | Dispose Timestamp: 11/21/2022 |
| Firearm Type: Revolver | SKU: 100936335 | | |

| Firearm Info | | Origination Location | Destination Location |
| --- | --- | --- | --- |
| Serial Number: ABD465106 | Action Type: Revolver | Chippewa Falls DC (W 98030) | WELLE, RONALD EUGENE |
| Manufacturer: Taurus Armas | Caliber: .45/.410 | 2900 Lakeview Drive | 28791 325TH AVE |
| Importer: Taurus Intl Mfg | UPC: 725327604525 | Chippewa Falls, WI 54729 | MELROSE, MN 56352 |
| Model: The Judge | VPN: 2-441039MAG | Orig. FFL Number: 39-09319 | Dispose Timestamp: 06/26/2020 |
| Firearm Type: Revolver | SKU: 100207939 | Acquire Timestamp: 06/03/2020 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** RIA2104347 | **Action Type:** Revolver | Appleton Distribution Center (W 97095) | Ronald Eugene Welle |
| **Manufacturer:** ACP | **Caliber:** .38 SPL | 1300 S. Lynndale Drive | 791 325TH AVE |
| **Importer:** APINTL | **UPC:** 4806015512615 | Appleton, WI 54914 | Melrose, MN 56352 |
| **Model:** 200 | **VPN:** 51261 | **Orig. FFL Number:** 39-04971 | **Dispose Timestamp:** 05/24/2019 |
| **Firearm Type:** Revolver | **SKU:** 101114498 | **Acquire Timestamp:** 04/23/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** RIA2104629 | **Action Type:** Revolver | Appleton Distribution Center (W 97095) | Ronald Eugene Welle |
| **Manufacturer:** ACP | **Caliber:** .38 SPL | 1300 S. Lynndale Drive | 791 325TH AVE |
| **Importer:** APINTL | **UPC:** 4806015512615 | Appleton, WI 54914 | Melrose, MN 56352 |
| **Model:** 200 | **VPN:** 51261 | **Orig. FFL Number:** 39-04971 | **Dispose Timestamp:** 05/24/2019 |
| **Firearm Type:** Revolver | **SKU:** 101114498 | **Acquire Timestamp:** 05/09/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** RIA2104639 | **Action Type:** Revolver | Appleton Distribution Center (W 97095) | Ronald Eugene Welle |
| **Manufacturer:** ACP | **Caliber:** .38 SPL | 1300 S. Lynndale Drive | 791 325TH AVE |
| **Importer:** APINTL | **UPC:** 4806015512615 | Appleton, WI 54914 | Melrose, MN 56352 |
| **Model:** 200 | **VPN:** 51261 | **Orig. FFL Number:** 39-04971 | **Dispose Timestamp:** 05/24/2019 |
| **Firearm Type:** Revolver | **SKU:** 101114498 | **Acquire Timestamp:** 05/09/2019 | |

| Firearm Info | | Origination Location | Destination Location |
|---|---|---|---|
| **Serial Number:** RIA2104665 | **Action Type:** Revolver | Appleton Distribution Center (W 97095) | Ronald Eugene Welle |
| **Manufacturer:** ACP | **Caliber:** .38 SPL | 1300 S. Lynndale Drive | 791 325TH AVE |
| **Importer:** APINTL | **UPC:** 4806015512615 | Appleton, WI 54914 | Melrose, MN 56352 |
| **Model:** 200 | **VPN:** 51261 | **Orig. FFL Number:** 39-04971 | **Dispose Timestamp:** 05/24/2019 |
| **Firearm Type:** Revolver | **SKU:** 101114498 | **Acquire Timestamp:** 05/09/2019 | |