# EXHIBIT 24



CONFIDENTIAL

FF_0040797

## Agenda

- Weekly Firearm Audits – SIM Discrepancies
- Shipping Procedures
- 3rd Party Firearms and Customer Firearms
- BTS Procedure Review
- Straw Purchases
- Black Friday Preparedness
- Firearm Layaway Procedures
- Protecting Our Kids Act – U21
- Open Mic Q&A



2

FF_0040798

## Weekly Firearm Audits – SIM Discrepancies

- Recently implemented
- Help ensure accurate SIM inventory
- Reduce the "fire drill" come cycle count time
- Discover possible POS/BOPIS transaction problems
- Increased ability to recover loss



FF_0040799

## Weekly Firearm Audits – SIM Discrepancies

- What causes a SIM discrepancy?
  - BOPIS orders not processed properly - customer not charged
  - Customer repair/gunsmith firearms
  - Customer never charged at POS
  - Store transfer that was not processed correctly
  - Special Order firearm or Employee Purchase Program firearm
- Investigate and correct
  - ICC
  - SSC ICC
  - LP
  - Mike & Michelle





4

The following actions must be taken to investigate and correct inventory:

Work with your store LP team to check recent sales – Does your disposition record match sales records?

Make sure all BOPIS orders are processed through POS

Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?

Available vs Unavailable status – Need to verify total SOH not just available SOH

Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues

SOM acquisitions should correspond with SIM receipts

Was the firearm a special order?

Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

## Shipping Procedures



Firearm security does not end at the Security Cage or Gun Vault door!

- Firearms will never be left unattended in Receiving or placed near dock doors
- Outgoing firearms remain secured in cage/vault until FedEx/NFI driver arrives – use clipboard procedure
- Incoming firearms must be monitored until Firearms employee arrives to complete receiving procedures
- Logistics employees must immediately open and verify contents of any package that could contain a firearm –
    - 3rd party transfers,
    - Repairs
    - Gunsmithing
- Don't forget to acquire or dispose!



**Fleet Farm**
**Built for real life**

5

FF_0040801

# 3rd Party FFL Transfers/Customer Owned Firearms





ANY and ALL firearms that are going to be on your premise overnight MUST be acquired

- 3rd Party FFL Transfers
- Employee Purchase Program
- Repairs/Gunsmithing
- Scope Mounting

**Fleet Farm**
Built for real life

6

CONFIDENTIAL

FF_0040802

## Box-To-Steel (BTS) Biannual Audits



Process Review
- Must be scheduled well in advance with the appropriate number of team members
  - Must include LP and Sales Manager
- Completed in ThinkTime and NOT CAMS!!
- Must be completed in March and September
- Display steel should be matched to the serial number label
  - No requirement to verify empty display boxes



7

CONFIDENTIAL

## Straw Sales Awareness

Always be aware of the activity around the firearm counter and displays!



- Exchange of money
- Lack of interest of firearm from buyer
- Friend shows more interest in firearm
- Buyer doesn't ask to handle firearm before committing to purchase
- People standing around buyer while completing 4473
- Paying cash for more than one firearm
- Purchasing multiple low dollar pistols
- Pay attention to any SOM generated 3310s
- Ask customers questions



8

## Straw Sales Awareness

Customer Awareness – Don't Lie For The Other Guy

- All stores should have at least one, if not more, counter pads
- All stores should have at least one poster displayed
- Additional smaller posters will be sent to all stores to post next to each 4473 terminal

Please remember to write "Refused" on front page in the top margin if you refuse a sale

- Do complete a NICS check if sale will be refused
- A NICS "approved" customer can still be refused
- Contact LP to send out an alert



Fleet Farm
Built for real life

9

## Black Friday

# Be Prepared!!



- Order Supplies NOW
  - 4473
  - 3310
  - WI DOJ Forms
  - NICS Delay/Denied Pamphlets
  - Youth Handgun Safety Act
  - Printer toner/paper
  - MN BCA Envelopes w/stamps
- Review playbook and have a plan
  - Line/stanchion locations
  - Black Friday Firearms Binder
  - Firearm Reserve Tickets
  - Waiting List
  - Signage



Fleet Farm
Built for real life

10

FF_0040806

## Firearms Layaway Process

**Layaway transactions for firearm(s) with related accessories must be a separate transaction from other items**

**Sporting Goods Initiation Process:**
- Customer chooses firearm (and related accessories) at firearm counter
- Customer informed:
  - That they will need to complete 4473 and background check at time of pickup
  - To bring all documentation needed at pickup time, ID, handgun permits, or other documentation as applicable.
- Labeled with Layaway Sticker (1 of 2, 2of 2 etc.)

**Customer Service Initiation Process:**
- A copy of the Firearm Order form is given to CS to include with related accessories on layaway
- Customer Layaway is created at Customer Service and customer pays down payment
  - WI Handgun Background Fee will be rung in the initial transaction

**Layaway with Firearms Pickup Process:**
- Customer Service determines order is for a firearm and will send the customer to Sporting Goods to complete the 4473 paperwork
- Sporting Goods locates firearm and have the customer complete the 4473.
- Sporting Goods brings Customer, firearm and related accessories to Customer Service.
- Customer Service finalizes the layaway transaction
- Customer is given merchandise and paid receipt.
- Sporting Goods TM disposes firearm in SOM

**Auditing Layaway Firearms:**
- LP will audit all layaway firearms weekly



11

# Firearms Layaway Process

- If NICS response is 'denied':
  - CS will cancel the Layaway transaction and ring any items that the customer is going to purchase
  - If a WI Handgun fee was charged, this will be refunded since the firearm purchase was unable to be completed
- If NICS response is 'delayed':
  - CS will cancel the Layaway transaction, then IMMEDIATELY process a refund for the firearm and any accessories that the customer is not taking home today.
  - Hold the firearm and accessories for the customer until the NICS check is finalized.
    - The customer will then pay for the firearm and accessories when they pick them up.
    - At no time will we take full payment for a firearm prior to the NICS check being cleared.



12

CONFIDENTIAL

FF_0040808

# Bipartisan Safer Communities Act

- Enhanced Background Checks – "U21"
  - Starting November 14th
  - Enhanced background check process for persons between the ages of 18-20
  - All transactions will initially be delayed
  - Brady Transfer Date – up to 10 business days, instead of the usual 3 day
    - Fleet Farm policy remains unaffected, only transfer firearms with a PROCEED response
    - NICS will be calling to advise of any Brady Date transfer updates – for now
    - Employee must verify FFL number and codeword
    - NICS still working on making updates their E-Check system to notify electronically



13

FF_0040809

# Need Help?

- **Workplace**
  - Procedure Updates
  - Urgent Messages/Posts
  - Procedure Clarification
  - Fellow TM Questions
- **FLC/ThinkTime**
  - All procedures and policies
- **Quarterly Webinars**
  - Review recent issues
  - Reminders
  - Q&A
- **Neighboring Stores**
- **Mike & Michelle**
  - Available anytime!
  - Mike (x2620), Michelle (x2286)
  - firearmhelp@fleetfarm.com



14

CONFIDENTIAL

FF_0040810

## Q&A



CONFIDENTIAL

FF_0040811

# We appreciate all of you....



**Fleet Farm** Built for real life

16

FF_0040812