# EXHIBIT 25



**All Store Quarterly Firearm Compliance Webinar**

April 2023

Fleet Farm

CONFIDENTIAL

FF_0040813

## Agenda

- Guest Speaker – Tyler Summers

- Recent ATF Inspections

- Updated 4473 Form Review

- Repairs/Returns/Exchange Process Review

- Manually Adding Firearms To Sale

- Straw Purchase Awareness

- *NEW* 3rd Party FFL Transfer Fee

- Open Mic



2

CONFIDENTIAL

FF_0040814

## Guest Speaker - Tyler Summers



CONFIDENTIAL

## Zero Tolerance Policy – effective June 2021

5 Willful Violations:

1) Transferring a firearm to a prohibited person
2) Failure to run a required background check
3) Falsifying records
4) Failure to respond to an ATF trace request
5) Refusal to permit ATF inspection



Interesting facts…
- FFL revocations at highest rate in 16 years
- ATF may revoke for first-time violation



CONFIDENTIAL

FF_0040816

## ATF Inspections

- Inspections so far this year
  - FAR
  - CRI
  - WKE

- Report of Violation (ROV)

- Possible issuance of a Warning Letter





5

CONFIDENTIAL

FF_0040817

## ATF Inspections – Findings



Common Findings

- Missing signatures/dates
- Incorrect dates
- Disqualifying questions
- 3310 Forms not submitted
- Missing NICS info



CONFIDENTIAL

FF_0040818

## ATF Inspections – How to improve

- Take your time reviewing the form
- Take the forms and ID to the backroom
- Use 4473 overlay tool
- Stop and think on non-typical transaction
- Practice with coworkers
- Error Tracking Log

- PS – post FFL in cage/vault





CONFIDENTIAL

# ATF-4473 Form Update – Page 1

- #10 – City Limits

- #21 b & c Questions





CONFIDENTIAL

FF_0040820

# ATF-4473 Form Update – Page 2

- #25 – Gun Shows



CONFIDENTIAL

FF_0040821

# ATF-4473 Form Update – Page 3

- #27d – NICS Response



## Repairs

- For Repairs - Only Fleet Farm purchased firearms
- Scope mounting – any firearm
  - Use "Create Firearm" button to acquire non-Fleet Farm sold firearm
- Must be acquired
- Repair Order
- Replacements
- Stay on top of repairs





11

CONFIDENTIAL

## Refunds



- Refunds not typically allowed

- Management approval

- Unfired, all parts, pieces, lock and manual

- Tracking Option
  - Right-click "Refund"

- DO NOT use "Refund" option to reacquire a gun that was accidentally disposed



CONFIDENTIAL

## Exchanges

- Management approval

- Refund/Manual Sale

- 4473
  - Customer and employee completes new form – skip questions
  - No background check needed
  - Pull original form, photocopy first page and cross-out firearm and note "Replaced with" and note new firearm info and refile





13

CONFIDENTIAL

FF_0040825

# Manual Addition of Firearm 4473



Manufacturer is wrong and importer is not listed

" Savage Arms (Canada) Inc/Savage Arms Inc"

Type is wrong

"Rifle"

Caliber is wrong

".22 LR"

- Can only be of the same "Type" as first firearm
- Must complete a new 4473 and background check for firearm of different "Type"
- Take firearm info off the steel
- Don't forget to change #6
- Manual Sale to dispose additional firearms

CONFIDENTIAL

FF_0040826

## Straw Purchase Awareness



- Be aware of the activities around the gun counter and displays
- Don't be afraid to ask questions
- Watch for:
  - Multiple purchases of lower-cost pistols (Ruger, Taurus, etc.)
  - Pays with cash of Visa/MC debit/gift cards
  - Friends come and go
  - Lack of interest



FDL incident

CONFIDENTIAL

FF_0040827



### 3rd Party FFL Transfer - Fee

$25.00 per firearm

+

$10.00 Handgun Fee (WI)

## Need Help?

- **Reference Binder**
- **Workplace**
  - Procedure Updates
  - Urgent Messages/Posts
  - Procedure Clarification
  - Fellow TM Questions
- **FLC/ThinkTime**
  - All procedures and policies
- **Quarterly Webinars**
  - Review recent issues
  - Reminders
  - Q&A
- **Neighboring Stores**
- **Mike & Michelle**
  - Available anytime!
  - Mike (x2620), Michelle (x2286)
  - firearmhelp@fleetfarm.com



FF_0040829

## Open Mic



FF_0040830



FF_0040831