# EXHIBIT 26



# All Store Quarterly Firearm Compliance Webinar

August 2023

Fleet Farm

CONFIDENTIAL

FF_0040832

## Agenda

- Straw Purchase Awareness

- Firearm Sales Alerts

- ATF Zero Tolerance Violations

- 3310 Procedures

- Acquiring 3rd Party Firearms

- Firearm Display Security

- Open Mic



2

CONFIDENTIAL

FF_0040833

## Straw Purchase Awareness



- Ask questions
- Watch for:
  - Multiple purchases of lower-cost pistols in same caliber (Ruger, Taurus, 9 mm, etc.)
  - Pays with cash or Visa/MC debit/gift cards
  - Friends come and go
  - Lack of interest
- Call LP to monitor suspected straw purchasers
  - Exchange of money

FDL incident

CONFIDENTIAL

FF_0040834

## Straw Purchase Example 1

FDL incident

CONFIDENTIAL

## Firearm Sales Alerts – Update

- If a customer's name matches the name of a Firearm Sales Alert that was issued within the past 1 year, a message will appear  in SOM after completion of sections A and C and from the Firearm Sales Information screen





5

CONFIDENTIAL

## Firearm Sales Alerts – Update

- Make sure to inform LP or Management of any suspicious purchases or attempts so a Firearm Sales Alert is sent via Lotus Notes LP Alerts

- More functionality will be coming soon





## Zero Tolerance Policy – effective June 2021

5 Willful Violations:

1) Transferring a firearm to a prohibited person
2) Failure to run a required background check
3) Falsifying records
4) Failure to respond to an ATF trace request
5) Refusal to permit ATF inspection





FF_0040838

# ATF Inspections – Findings



## Common Findings

- Missing signatures/dates
- Incorrect dates
- Disqualifying questions
- 3310 Forms not submitted
- Missing NICS info



CONFIDENTIAL

FF_0040839

## ATF Inspections – How to improve

- Take your time reviewing the form
- Take the forms and ID to the backroom
- Use 4473 overlay tool
- Stop and think on non-typical transaction
- Practice with coworkers
- Error Tracking Log

- PS – post FFL in cage/vault





CONFIDENTIAL

# ATF-4473 Form Update – Page 1

- #10 – City Limits

- #21 b & c Questions





10

CONFIDENTIAL

# ATF-4473 Form Update – Page 2

- #25 – Gun Shows



CONFIDENTIAL

FF_0040842

# ATF-4473 Form Update – Page 3

- #27d – NICS Response



FF_0040843

## Repairs

- For Repairs - Only Fleet Farm purchased firearms
- Scope mounting – any firearm
  - Use "Create Firearm" button to acquire non-Fleet Farm sold firearm
- Must be acquired
- Repair Order
- Replacements
- Stay on top of repairs





13

CONFIDENTIAL

FF_0040844

## Refunds



- Refunds not typically allowed

- Management approval

- Unfired, all parts, pieces, lock and manual

- Tracking Option
  - Right-click "Refund"

- DO NOT use "Refund" option to reacquire a gun that was accidentally disposed



CONFIDENTIAL

## Exchanges

- Management approval

- Refund/Manual Sale

- 4473
  - Customer and employee completes new form – skip questions
  - No background check needed
  - Pull original form, photocopy first page and cross-out firearm and note "Replaced with" and note new firearm info and refile





CONFIDENTIAL

## Manual Addition of Firearm 4473



Manufacturer is wrong and importer is not listed

" Savage Arms (Canada) Inc/Savage Arms Inc"

Caliber is wrong

".22 LR"

Type is wrong

"Rifle"

- Can only be of the same "Type" as first firearm
- Must complete a new 4473 and background check for firearm of different "Type"
- Take firearm info off the steel
- Don't forget to change #6
- Manual Sale to dispose additional firearms

CONFIDENTIAL

FF_0040847



3rd Party FFL Transfer – Fee

$25.00 per firearm

+

$10.00 Handgun Fee (WI)

FF_0040848

## Need Help?

- **Reference Binder**
- **Workplace**
  - Procedure Updates
  - Urgent Messages/Posts
  - Procedure Clarification
  - Fellow TM Questions
- **FLC/ThinkTime**
  - All procedures and policies
- **Quarterly Webinars**
  - Review recent issues
  - Reminders
  - Q&A
- **Neighboring Stores**
- **Mike & Michelle**
  - Available anytime!
  - Mike (x2620), Michelle (x2286)
  - firearmhelp@fleetfarm.com



CONFIDENTIAL

## Open Mic





CONFIDENTIAL

FF_0040851