# EXHIBIT 27



CONFIDENTIAL

## Agenda

- BSCA - Fatal 5
- How to prevent "fatal" errors
- Theft Detection
- Straw Purchase Awareness
- Black Friday Preparedness
- Firearm Layaway Procedures
- Open Mic Q&A



2

CONFIDENTIAL



The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

FF_0040772



The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL



The following actions must be taken to investigate and correct inventory:

Work with your store LP team to check recent sales – Does your disposition record match sales records?

Make sure all BOPIS orders are processed through POS

Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?

Available vs Unavailable status – Need to verify total SOH not just available SOH

Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues

SOM acquisitions should correspond with SIM receipts

Was the firearm a special order?

Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL



The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

FF_0040775

## Bi-Partisan Safer Communities Act (BSCA)

- **Failure to respond to a trace**
  - Taking over 24 hours to respond to a trace
  - Cannot produce







**Fleet Farm**
Built for real life

The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

## Bi-Partisan Safer Communities Act (BSCA)

- **Refusing to permit ATF to conduct an inspection**
  - This better never happen!





Fleet Farm
Built for real life

8

The following actions must be taken to investigate and correct inventory:

Work with your store LP team to check recent sales – Does your disposition record match sales records?

Make sure all BOPIS orders are processed through POS

Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?

Available vs Unavailable status – Need to verify total SOH not just available SOH

Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues

SOM acquisitions should correspond with SIM receipts

Was the firearm a special order?

Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

## How you can prevent "FATAL" errors





9

The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

FF_0040778

## How you can prevent "FATAL" errors



**Take your time!**
- Treat every transaction like it could be "the one"
- Don't let the hassle & bustle cause you to take short-cuts
- Take form to vault/cage for double check
- Call for help if overwhelmed
- Acknowledge waiting customers



10

The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

FF_0040779

How you can prevent "FATAL" errors

**Use tools from the toolbox**
- Firearm Binder
- Layover Tool
  - Incomplete fields
  - Disqualifying question answered "Yes"
- Neighboring Stores
- Call Mike or Michelle





11

The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

How you can prevent "FATAL" errors



**Qualifying Permits**
- IA/ND/SD only
- Ensure its not expired!
- DO NOT accept out-of-state permits
- Only good for 5 years from issuance
- Don't forget to complete #29



12

The following actions must be taken to investigate and correct inventory:

Work with your store LP team to check recent sales – Does your disposition record match sales records?

Make sure all BOPIS orders are processed through POS

Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?

Available vs Unavailable status – Need to verify total SOH not just available SOH

Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues

SOM acquisitions should correspond with SIM receipts

Was the firearm a special order?

Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

FF_0040781

## How you can prevent "FATAL" errors



**Don't Lose the 4473!**
- Accidentally giving to customer



13

The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

How you can prevent "FATAL" errors

When in doubt...don't transfer the gun!





14

The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

FF_0040783

## How you can prevent "FATAL" errors

Dispose firearms immediately after sale!

- Ensure 3310s are submitted the same day as sale

Fleet Farm
Built for real life

15

The following actions must be taken to investigate and correct inventory:

Work with your store LP team to check recent sales – Does your disposition record match sales records?

Make sure all BOPIS orders are processed through POS

Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?

Available vs Unavailable status – Need to verify total SOH not just available SOH

Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues

SOM acquisitions should correspond with SIM receipts

Was the firearm a special order?

Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

FF_0040784

## Theft Prevention & Detection



Fleet Farm
Built for real life

16

The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

Theft Prevention & Detection

# ORANGE TAG PROGRAM



Fleet Farm
Built for real life

17

The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

FF_0040786

## Theft Prevention & Detection

# WEEKLY AUIDTS





**Fleet Farm**
**Built for real life**

18

The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

FF_0040787



The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

## Theft Prevention & Detection

# Firearm Control




- Show no more than two handguns at one time
- One team member to one customer
- Never turn your back with displays out of case or sitting on back counter

**Fleet Farm**
**Built for real life**

20

The following actions must be taken to investigate and correct inventory:
Work with your store LP team to check recent sales – Does your disposition record match sales records?
Make sure all BOPIS orders are processed through POS
Has the firearm been a part of a promotion (Orange Friday), and has it been properly adjusted for?
Available vs Unavailable status – Need to verify total SOH not just available SOH
Verify recent receipts – Work with your store ICC to check item movement and validate there are no receipt issues
SOM acquisitions should correspond with SIM receipts
Was the firearm a special order?
Special orders are not received in SIM and are sold using a generic SKU

CONFIDENTIAL

## Straw Sales Awareness

Always be aware of the activity around the firearm counter and displays!

- Exchange of money
- Lack of interest of firearm from buyer
- Friend shows more interest in firearm
- Buyer doesn't ask to handle firearm before committing to purchase
- People standing around buyer while completing 4473
- Paying cash for more than one firearm
- Purchasing multiple low dollar pistols
- Pay attention to any SOM generated 3310s
- Ask customers questions



**DON'T FORGET TO SEND OUT THAT ALERT!**



21

FF_0040790

## Black Friday

### Be Prepared!!



- Order Supplies NOW
  - 4473
  - 3310
  - WI DOJ Forms
  - NICS Delay/Denied Pamphlets
  - Youth Handgun Safety Act
  - Printer toner/paper
  - MN BCA Envelopes w/stamps
- Review playbook and have a plan
  - Line/stanchion locations
  - Black Friday Firearms Binder
  - Firearm Reserve Tickets
  - Waiting List
  - Signage



**Fleet Farm**
Built for real life

22

CONFIDENTIAL

## Firearms Layaway Process

**Layaway transactions for firearm(s) with related accessories must be a separate transaction from other items**

**Sporting Goods Initiation Process:**

- Customer chooses firearm (and related accessories) at firearm counter (Special Orders not allowed)
- Customer informed:
    - That they will need to complete 4473 and background check <u>at time of pickup</u>
    - To bring all documentation needed at pickup time, ID, handgun permits, or other documentation as applicable.
- Labeled with Layaway Sticker (1 of 2, 2of 2 etc.)

**Customer Service Initiation Process:**

- Take customer and a copy of the Firearm Order form to CS to include with related accessories on layaway (if applicable)
- Customer Layaway is created at Customer Service and customer pays down payment
    - WI Handgun Background Fee will be rung in the initial transaction

**Layaway with Firearms Pickup Process:**

- Customer Service determines order is for a firearm and will send the customer to Sporting Goods to complete the 4473 paperwork
- Sporting Goods locates firearm and have the customer complete the 4473.
- Sporting Goods brings Customer, firearm and related accessories to Customer Service.
- Customer Service finalizes the layaway transaction
- Customer is given merchandise and paid receipt.
- Sporting Goods TM disposes firearm in SOM

**Auditing Layaway Firearms:**

- LP will audit all layaway firearms weekly



23

CONFIDENTIAL

FF_0040792

# Firearms Layaway Process

- If NICS response is 'denied':
    - CS will cancel the Layaway transaction and ring any items that the customer is going to purchase
    - If a WI Handgun fee was charged, this will be refunded since the firearm purchase was unable to be completed
- If NICS response is 'delayed':
    - CS will cancel the Layaway transaction, then IMMEDIATELY process a refund for the firearm and any accessories that the customer is not taking home today.
    - Hold the firearm and accessories for the customer until the NICS check is finalized.
        - The customer will then pay for the firearm and accessories when they pick them up.
        - At no time will we take full payment for a firearm prior to the NICS check being cleared.



24

CONFIDENTIAL

FF_0040793

## Need Help?

- **Workplace**
  - Procedure Updates
  - Urgent Messages/Posts
  - Procedure Clarification
  - Fellow TM Questions
- **FLC/ThinkTime**
  - All procedures and policies
- **Quarterly Webinars**
  - Review recent issues
  - Reminders
  - Q&A
- **Neighboring Stores**
- **Mike & Michelle**
  - Available anytime!
  - Mike (x2620), Michelle (x2286)
  - firearmhelp@fleetfarm.com



25

CONFIDENTIAL

FF_0040794

## Q&A



FF_0040795

## We appreciate all of you....



FF_0040796