**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**DECLARATION OF ANDREW W. DAVIS IN SUPPORT OF FLEET FARM'S MOTION FOR SUMMARY JUDGMENT** |

I, Andrew W. Davis, state that the following are true and correct factual statements of which I have personal knowledge:

1.　　I am a partner at Stinson LLP and am licensed to practice law in the State of Minnesota.

2.　　I am one of the attorneys representing Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC (together, "Fleet Farm") in the above-captioned matter.

3.　　I submit this declaration in support of Fleet Farm's Motion for Summary Judgment.

4.　　Attached as **Exhibit A** is a true and correct copy of a document produced by the State of Minnesota in this case at AGO0002211.

5.　　Attached as **Exhibit B** is a true and correct copy of excerpts from the transcript of the March 12, 2024 hearing in this case.

- 1 -

6.    Attached as **Exhibit C** is a true and correct copy of the State of Minnesota's July 10, 2024 Amended Responses to Defendants' Second Set of Interrogatories.

7.    Attached as **Exhibit D** is a true and correct copy of the Indictment in *United States of America v. Wayne Robert Danielson*, Case No. 0:23-cr-00005-JNE-LIB, produced in this case at FF_0075794.

8.    Attached as **Exhibit E** is a true and correct copy of the Motion for Dismissal in *United States of America v. Wayne Robert Danielson*, Case No. 0:23-cr-00005-JNE-LIB, produced in this case at FF_0075792.

9.    Attached as **Exhibit F** is a true and correct copy of the Order in *United States of America v. Wayne Robert Danielson*, Case No. 0:23-cr-00005-JNE-LIB, dismissing the Indictment, produced in this case at FF_0075793.

10.    Attached as **Exhibit G** is a true and correct copy of Fleet Farm's August 2, 2024 Responses and Objections to Plaintiff's Second Set of Interrogatories.

11.    Attached as **Exhibit H** is a true and correct copy of the October 4, 2024 Expert Report of Joseph Bisbee.

12.    Attached as **Exhibit I** is a true and correct copy of the State of Minnesota's November 6, 2024 Second Supplemental Responses to Defendants' First Set of Interrogatories.

13.    Attached as **Exhibit J** is a true and correct copy of a Brooklyn Center Police Department report, produced in this case at AGO0000173.

14.    Attached as **Exhibit K** is a true and correct copy of a document produced by the State of Minnesota in this case at AGO0000371.

15.    Attached as **Exhibit L** is a true and correct copy of a document produced by the State of Minnesota in this case at AGO0000666.

16.    Attached as **Exhibit M** is a true and correct copy of a document produced by the State of Minnesota in this case at AGO0000842.

17.    Attached as **Exhibit N** is a true and correct copy of a document produced by the State of Minnesota in this case at AGO0000861.

18.    Attached as **Exhibit O** is a true and correct copy of a document produced by the State of Minnesota in this case at AGO0000912.

19.    Attached as **Exhibit P** is at true and correct copy of excerpts from the February 6, 2025 deposition of Joseph Bisbee.

20.    Attached as **Exhibit Q** is a true and correct copy of the October 4, 2024 Expert Report of Gary Kleck.

21.    Attached as **Exhibit R** is a true and correct copy of the November 1, 2024 Rebuttal Expert Report of Joseph Bisbee.

22.    Attached as **Exhibit S** is a true and correct copy of excerpts from the September 5, 2024 deposition of Cory Klebs.

23.    Attached as **Exhibit T** is a true and correct copy of excerpts from the June 20, 2024 deposition of Michael Radl.

24.    Attached as **Exhibit U** is a true and correct copy of excerpts from the June 13, 2024 deposition of Kevin McKown, as Fleet Farm's Rule 30(b)(6) designee.

- 3 -

25.      Attached as **Exhibit V** is a true and correct copy of the Plea Agreement and Sentencing Stipulations filed in *United States of America v. Sarah Jean Elwood*, Case No. 0:21-cv-00147-ADM-TNL, produced in this case at AGO0000207.

26.      Attached as **Exhibit W** is a true and correct copy of the Plea Agreement and Sentencing Stipulations filed in *United States of America v. Jerome Fletcher Horton, Jr.*, Case No. 0:22-cr-00006-DWF, produced in this case at AGO0000261.

27.      Attached as **Exhibit X** is a true and correct copy of the Felony Criminal Complaint filed in *State of Minnesota v. Devondre Trevon Phillips*, Court File No. 62-CR-21-5805, produced in this case at AGO0000322.

28.      Attached as **Exhibit Y** is a true and correct copy of a document produced by the State of Minnesota in this case at AGO0000150.

29.      Attached as **Exhibit Z** is a true and correct copy of the Criminal Complaint and Affidavit of Kylie Williamson filed in *United States of America v. Jerome Fletcher Horton, Jr.*, Case No. 0:22-cr-00006-DWF, produced in this case at AGO0001903.

30.      Attached as **Exhibit AA** is a true and correct copy of the operative complaint in *Wiley, et al. v. Fleet Farm LLC, et al.*, Case No. 0:24-cv-04135-LMP-JFD.

31.      Attached as **Exhibit BB** is a true and correct copy of the State of Minnesota's August 1, 2024 Supplemental Initial Disclosures.

- 5 -

This declaration is made pursuant to 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 4, 2025, in Minneapolis, Minnesota.

*/s/ Andrew W. Davis*
Andrew W. Davis