# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison, <br><br> Plaintiff, <br><br> v. <br><br> Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC, <br><br> Defendants. | Case No.: 0:22-cv-02694-JRT-JFD <br><br> **STATE OF MINNESOTA'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff State of Minnesota by its Attorney General, Keith Ellison ("State" or "Plaintiff"), hereby makes its second supplementation of its responses and objections to the First Set of Interrogatories to Plaintiff from Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC (together, "Fleet Farm" or "Defendants") dated November 2, 2023 (the "Interrogatories" and each, an "Interrogatory") as follows:

**GENERAL OBJECTIONS**

1.    The State objects to Defendants' definitions and interrogatories to the extent that they attempt to seek information from state agencies, which are outside of the possession, custody, or control of the State. The Attorney General is an independent constitutional officer of the State of Minnesota and cannot answer for or on behalf of other entities, including state agencies. The scope of the State's answers will be limited to information within the possession, custody, or control of the State. The appropriate mechanism for seeking discovery from any non-party agencies is by way of subpoena.

2.     The State's fact investigation, formal discovery, and trial preparation are continuing. The State's responses are based on information currently known or available after a reasonable inquiry. In addition, to date, Defendants have not completed production of responsive documents to the State's pending discovery requests. The State's responses are, therefore, based only on information currently known or available to it after a reasonable inquiry. The State reserves the right to amend and supplement its responses upon further investigation, discovery, and trial preparation.

3.     Defendant's discovery requests may seek data classified as not public, private, protected nonpublic, or confidential under the Minnesota Government Data Practices Act, Minn. Stat. § 13.01 *et seq*. ("MGDPA"). Pursuant to the Protective Order entered by the Court on August 21, 2023 (ECF Doc. 49), the State may produce and designate certain not public data as confidential.

4.     The State objects generally to Defendants' discovery requests to the extent that they purport to impose burdens, duties, or obligations greater than or contrary to those established by the Federal Rules of Civil Procedure and under the Pretrial Scheduling Order (ECF Doc. 41), Protective Order, or ESI Protocol (ECF Doc. 53).

5.     The State objects generally to these interrogatories to the extent that they purport to require disclosure of information protected from discovery as trial-preparation materials, by the work product doctrine, or by any applicable privilege, including but not limited to attorney-client privilege, deliberative process privilege, investigative files and law enforcement privilege, the common interest doctrine, the public officer privilege (Minn. Stat. § 595.02, subd. 1(e)), or any other applicable privilege.

2

6. The State objects generally to these interrogatories to the extent they seek information outside of the AGO's possession, custody, or control, and to the extent that they seek information from documents in the possession, custody, or control of Defendants, including documents the State has sought from Defendants in discovery. The State objects to these requests to the extent they seek information about any person's communications or dealings with Defendants to the extent that Defendants have access to this information.

7. The State objects to these discovery requests to the extent that they are not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the proposed discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

8. The State objects generally to these interrogatories to the extent they are vague, ambiguous, cumulative, duplicative, overly broad or unduly burdensome.

9. The State objects to these interrogatories to the extent they ask the State to draw a legal conclusion.

10. Upon further investigation, discovery and trial preparation, the State reserves the right to alter, revise, amend, correct, clarify or supplement its answers. The State also reserves all questions as to competency, relevancy, materiality, privilege, scope, and admissibility as evidence for any purpose of the information sought by Defendants.

11. The general objections set forth above, and the objections to specific interrogatories set forth below, are made as to matters that are clearly objectionable from the face of each interrogatory or request for production of documents. These objections

3

are made without prejudice to, or waiver of, the State's right to object on all appropriate grounds to specific interrogatories or requests. The State incorporates these general objections into each response below.

## ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify all persons who have or may have factual knowledge relating to the allegations, claims, and requested relief set forth in the Complaint. Your answer to this Interrogatory should include, without limitation, for each person identified, the full name and address of the person, a detailed description of the facts the person knows or remembers, and a statement of whether you have obtained, or attempted to obtain, one or more statements from that person.

**RESPONSE TO INTERROGATORY NO. 1:**

The State objects to this interrogatory to the extent it seeks information that is not within the AGO's possession, custody, or control and is within the possession, custody, or control of Defendants.  The State further objects to this interrogatory because requesting that the State identify "all persons who have or may have factual knowledge" relating to the Complaint, including a "detailed description of the facts the person knows or remembers," is vague, overly broad, and unduly burdensome. The State further objects that this interrogatory is wholly duplicative of information the State has already provided, and will continue to supplement, in its Rule 26(a)(1)(A) Initial Disclosures. The State also objects to the extent this interrogatory seeks information protected by the work product doctrine or any other applicable privilege.

Subject to and without waiving the foregoing objections and general objections, the State responds that in the State's Rule 26(a)(1)(A) Initial Disclosures served on Defendants

4

on August 10, 2023, the State identified the name, address, and phone number (to the extent known) of all individuals known to the State who may have knowledge of the matters in this case and whom the State may call as a witness to support its claims, subject to information currently available to the State. As indicated in the State's Initial Disclosures, these individuals include: (1) Defendants' current and/or former owners, managers, employees agents, contractors, and other representatives, who are likely to have discoverable information related to Defendants' operations, practices, and records related to the allegations, claims, and requested relief in the Complaint; (2) certain government agencies, including the ATF and local police departments, that are likely to have discoverable information related to straw purchasing of firearms at Defendants' stores and the crimes committed with the firearms sold by Fleet Farm to straw purchasers, as well as other consequences from such sales, as detailed in the police records already produced by the State as Bates Nos. AGO0000173–AGO0000189, AGO0000371–AGO0000423, AGO0000666– AGO0001135; and (3) the specific straw purchasers and others identified in the Complaint, including Sarah Elwood, Jerome Horton, and Gabriel Young-Duncan, who are likely to have discoverable information related to the straw purchasing activity described in the Complaint.

The State objects to providing a "detailed description of the facts" that each of these persons "knows or remembers," to the extent the State even could do so, as an improper request seeking trial-preparation materials and work product, including protected opinion work-product mental impressions, preliminary conclusions, and how the State may marshal facts in this matter. Defendants have as equal or greater access to seek this information

5

from these persons as the State. Any statements obtained by the State from these persons will be produced expeditiously by the State to Defendants in response to Defendants' Requests for Production.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**INTERROGATORY NO. 2:**

Identify and describe all documents and information in your possession related to the allegations, claims, or requested relief in the Complaint.

**RESPONSE TO INTERROGATORY NO. 2:**

The State objects to this interrogatory because requesting that the AGO identify "all documents and information in your possession" relating to the Complaint is vague, overly broad, and unduly burdensome. The State also objects to the extent this interrogatory seeks information protected by the work product doctrine or privilege, including attorney-client, deliberative process, and the investigative files and law enforcement privileges.

Subject to and without waiving the foregoing objections and general objections, the State responds that it produced 146 documents totaling 1,943 pages to Defendants as initial disclosure documents, including Fleet Farm registration documents and court filings, and publicly available documents and information about criminal cases involving the straw purchases identified in the Complaint and about gun violence, such as court records, police reports, news articles, and studies and reports. The State intends to produce additional documents in response to Defendants' Requests for Production by December 20, 2023. Given the extraordinarily broad scope of this interrogatory, the State can only specify that

6

Defendants review all documents produced by the State as containing the information sought by this interrogatory.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**INTERROGATORY NO. 3:**

Identify and describe any policies or procedures in Plaintiff's possession related to the sale of firearms, straw purchaser awareness, detection, and/or prevention, compliance with state and federal firearms laws, or reporting suspicious behavior relating to completed or attempted firearm transactions to law enforcement.

**RESPONSE TO INTERROGATORY NO. 3:**

The State objects to this request to the extent it is unclear whose firearm "policies and procedures" are sought by Defendant, rendering the request vague, ambiguous, and irrelevant. The State objects to this request as overbroad to the extent it seeks to have the State "identify and describe" these "policies and procedures." The State objects to this request to the extent to the extent Defendants are referencing Fleet Farm policies and procedures, as such information is not within the AGO's possession, custody, or control and is within the possession, custody, or control of Defendants. The State served requests for production of documents on Defendants on July 20, 2023, and continues to wait for Defendants to produce responsive documents.

Subject to and without waiving the foregoing objections and general objections, the State responds that it will produce portions of the Office Manual of the Minnesota Attorney General and the AGO's Emergency Operations Plans that contain firearms-related policies or procedures of the AGO. Beyond that, the State is unaware of any internal policy or

7

procedure of the Attorney General's Office related to the sale of firearms, straw purchaser awareness, detection, and/or prevention, or reporting suspicious behavior relating to completed or attempted firearm transactions to law enforcement.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**INTERROGATORY NO. 4:**

Identify all persons who have communicated with the ATF, FBI, NICS, BCA, any other federal or state law enforcement agency or body, or any other third party, regarding the allegations, claims, and requested relief in the Complaint—including, but not limited to, communications regarding the completed or attempted firearm transactions at Fleet Farm stores—and describe the date, location, parties, participants, nature of each such communication, and any documents concerning those communications.

**RESPONSE TO INTERROGATORY NO. 4:**

The State objects to this interrogatory because requesting that the State identify "all persons" (not limited to persons associated with the AGO) who have communicated with "any . . . third party"—i.e., anyone beyond the AGO—relating to the Complaint is vague, overly broad, and unduly burdensome. The State also objects to the extent this interrogatory seeks information protected by the work product doctrine or privilege, including attorney-client, deliberative process, and the investigative files and law enforcement privileges.

Subject to and without waiving the foregoing objections and general objections, the State responds as follows:

- During 2022 and 2023, AGO personnel (James Canaday, Donna Cassutt, Marianne Ellis John Keller, Eric Maloney, Katherine Moerke, and Jason Pleggenkuhle) have communicated with Everytown for Gun Safety

8

regarding the allegations, claims, and requested relief in the Complaint. The substance of the communications and related documents are attorney-client privileged, work product, and subject to a common interest.

- During 2023, AGO personnel (James Canaday, Eric Maloney, Katherine Moerke, and Jason Pleggenkuhle) have communicated with the New Jersey AGO regarding the allegations, claims, and requested relief in the Complaint. The substance of the communications and related documents are attorney-client privileged, work product, and subject to a common interest.

- Assistant Attorney General Jason Pleggenkuhle has submitted Freedom of Information Act requests to the ATF regarding ATF records related to Defendants.

- AGO personnel have communicated with police departments to obtain police reports related to the straw purchasers referenced in the Complaint.

- AGO personnel have communicated with individuals affected by the shooting at the Seventh Street Truck Park bar.

As stated in response to Interrogatory No. 1, the State will expeditiously produce any statements obtained from witnesses by the State to Defendants in response to Defendants' Requests for Production.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

9

**INTERROGATORY NO. 5:**

Identify all persons who have communicated with Jerome Horton, Gabriel Lee Young-Duncan, Sarah Elwood, Jeffrey Jackson, Geryiell Walker, or any other individual identified in the Complaint, or whose conduct you anticipate referencing in this litigation, and describe the date, location, participants, nature of each such communication, and any documents concerning those communications.

**RESPONSE TO INTERROGATORY NO. 5:**

The State objects to this interrogatory because requesting that the AGO identify "all persons . . . whose conduct you anticipate referencing in this litigation" is vague, overly broad, and unduly burdensome. The State also objects to the extent this interrogatory seeks information protected by the work product doctrine or privilege, including attorney-client, deliberative process, and the investigative files and law enforcement privileges. The State also objects that this interrogatory is duplicative of Interrogatory No. 4.

Subject to and without waiving the foregoing objections and general objections, the State responds that the AGO has not communicated with Jerome Horton, Gabriel Lee Young-Duncan, Sarah Elwood, Jeffrey Jackson, Geryiell Walker, or any other individual identified in the Complaint. As stated in response to Interrogatory No. 1, the State will expeditiously produce any statements obtained from witnesses by the State to Defendants in response to Defendants' Requests for Production. While there are no responsive communications to date, the State objects to generally providing "the date, location, participants, nature of each such communication, and any documents concerning those communications," as an improper request seeking trial-preparation materials and work product, including protected opinion work-product mental impressions, preliminary conclusions, and how the State may marshal facts in this matter.

10

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**INTERROGATORY NO. 6:**

Describe your investigation into Fleet Farm's firearm sales practices, including when any such investigation began, the specific actions taken in the investigation, who conducted or participated in the investigation, the persons interviewed in connection with the investigation, and any documents generated or reviewed in connection with the investigation.

**RESPONSE TO INTERROGATORY NO. 6:**

The State objects to the extent this interrogatory seeks information protected by privilege, including attorney-client, work-product, deliberative process, and the investigative files and law enforcement privileges. The State further objects that details of its investigation are not relevant to this matter.

Subject to and without waiving the foregoing objections and general objections, the State responds that it produced 146 documents totaling 1,943 pages gathered in the course of the State's investigation to Defendants as Initial Disclosure documents, including Fleet Farm registration documents and court filings, and publicly available documents and information about criminal cases involving the straw purchases identified in the Complaint and about gun violence, such as court records, police reports, news articles, and studies and reports. The State intends to produce additional documents in response to Defendants' Requests for Production on December 20, 2023. The State objects to providing further detail on the timing or process of its investigation on the basis of both privilege and relevance.

11

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**INTERROGATORY NO. 7:**

Describe any and all of your investigations into any Minnesota FFL's firearm sales practices, including when any such investigations began, the specific actions taken in the investigation, who conducted or participated in the investigation, the persons interviewed in connection with the investigation, any documents generated or reviewed in connection with the investigation, and the outcome of the investigation.

**RESPONSE TO INTERROGATORY NO. 7:**

The State objects to the extent this interrogatory seeks information protected by privilege, including attorney-client, work product, deliberative process, and the investigative files and law enforcement privileges. The State further objects that whether or not the State investigated non-Fleet Farm FFLs in Minnesota is entirely irrelevant to this matter.

Subject to and without waiving the foregoing objections and general objections, the State refers to its answer to Interrogatory No. 6 regarding the State's investigation into Defendants' firearm sales practices. With respect to Minnesota FFLs besides Defendants, the State objects because the information sought is privileged and irrelevant.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**INTERROGATORY NO. 8:**

Describe any and all efforts that you have taken or have considered taking, including proposing, supporting, or drafting legislation, relating to the monitoring and/or regulation of commercial firearm transactions in the State of Minnesota.

12

**RESPONSE TO INTERROGATORY NO. 8:**

The State objects to this interrogatory as irrelevant because it seeks information unrelated to the allegations, claims, and relief sought in this matter. The State further objects to this interrogatory as seeking privileged information and documents because the interrogatory seeks documents related to "efforts" that the State "ha[s] considered taking" regarding monitoring or regulating commercial firearm transactions.

The State further objects to this request because requesting information related to "any and all efforts" taken or considered regarding monitoring or regulating commercial firearm transactions, including legislative efforts, is vague, overly broad, and unduly burdensome.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**INTERROGATORY NO. 9:**

Identify and describe each state and federal statute, regulation, and/or guideline (formal or informal) that you claim Fleet Farm violated through its firearm sales practices, excluding any alleged violations based on the conduct of a straw purchaser or other third party through aiding and abetting, describe the factual basis for each such violation, and identify all documents relating to each such violation.

**RESPONSE TO INTERROGATORY NO. 9:**

The State objects to this interrogatory as a premature contention interrogatory that, at this stage of the litigation, improperly invades the State's work product. The State also objects to this interrogatory to the extent it requires the State to draw a legal conclusion.

Subject to and without waiving the foregoing objections and general objections, the State responds that the Complaint alleges that Defendants knowingly violated, and/or aided

13

and abetted Horton in the violation of numerous laws and regulations, including 18 U.S.C. § 922(a)(1) and (6), 18 U.S.C. § 922(m), 18 U.S.C. § 923(a), 18 U.S.C. § 924(a)(1)(A) and (D), 18 U.S.C. § 924(a)(3), 27 C.F.R. § 478.21(a), 27 C.F.R. § 478.124(c)(1) and (c)(5), Minn. Stat. § 624.7132, subd. 15(a)(2), Minn. Stat. § 624.7132, subd. 15(a)(4), and Minn. Stat. § 624.7133. *See* Compl. ¶¶ 52, 61, 74, 75, 81, 84, 99, 111, and 112.

The State's Memorandum in Opposition to Defendants' Motion for Certification describes in detail which laws the State alleged in the Complaint that Defendants directly violated, including Minn. Stat. § 624.7132, subd. 15(a)(2), 18 U.S.C. § 922(m), 18 U.S.C. § 924(a)(1)(A), 27 C.F.R. 478.124(c)(1), and 27 C.F.R. 478.124(c)(5). *See* ECF No. 50 at 10–12 (citing Compl. ¶¶ 27 and 36).

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 9:**

The State incorporates its prior general and specific objections to this interrogatory. The State further objects that its response to this interrogatory remains premature given the State's outstanding Motion to Further Modify the Amended Pretrial Scheduling Order and Compel Discovery from Fleet Farm regarding the circumstances described in FF_0075711.

Subject to and without waiving the foregoing objections and general objections, the State further responds that the Amended Complaint alleges that Fleet Farm has also violated Minnesota Statutes section 624.7132, subd. 15(a)(2).

14

The State contends that every firearm sold by Fleet Farm to Jerome Horton or Sarah Elwood is a violation of each of the foregoing federal and state laws and regulations. That includes, but is not limited to, the following sales:

| Fleet Farm Location | Straw Purchase Date | Firearm Make, Model, Caliber | Serial Number |
|---|---|---|---|
| Brooklyn Park | 6/20/2020 | Century Arms TP9SF 9mm | 20BH09180 |
| Brooklyn Park | 7/30/2020 | Taurus G2C 9mm | ABD463393 |
| Brooklyn Park | 1/4/2021 | Taurus Spectrum 380 Auto | 1F033220 |
| Brooklyn Park | 1/11/2021 | Taurus PT111G2A 9mm | ABH838724 |
| Blaine | 1/31/2021 | Taurus Spectrum 380 Auto | 1F024926 |
| Blaine | 1/31/2021 | Taurus Spectrum 380 Auto | 1F033065 |
| Brooklyn Park | 3/15/2021 | Springfield XDS 9mm | BA181757 |
| Brooklyn Park | 5/1/2021 | Ruger EC9S 9mm | 459-15215 |
| Lakeville | 5/1/2021 | Smith & Wesson M&P 9 Shield Plus 9mm | JFY6090 |
| Blaine | 5/6/2021 | Glock 19 9mm | BTNN877 |
| Blaine | 5/6/2021 | Ruger 5 7 5.7x28 | 642-13405 |
| Blaine | 5/12/2021 | Glock 17 9mm | BTMG955 |
| Blaine | 5/12/2021 | Ruger 5 7 5.7x28 | 642-12901 |
| Brooklyn Park | 6/15/2021 | Taurus G2C 9mm | 1C020445 |
| Brooklyn Park | 7/4/2021 | Ruger Security 9 9mm | 38463707 |
| Brooklyn Park | 7/7/2021 | Glock 19 9mm | BTNX619 |
| Oakdale | 7/10/2021 | Glock G43X 9mm | BTTU573 |
| Blaine | 7/23/2021 | Beretta APX 9mm | A152030X |
| Oakdale | 7/24/2021 | FNH 503 9mm | CV016470 |
| Oakdale | 7/24/2021 | Springfield Armory XDS 9mm | BA456304 |
| Oakdale | 7/26/2021 | Glock 26 9mm | AFVB754 |
| Blaine | 7/27/2021 | Glock 43X 9mm | BTTU0778 |
| Blaine | 7/27/2021 | Stoeger STR-9C 9mm | T642921S02199 |
| Blaine | 7/31/2021 | Glock 45 9mm | BSTE309 |
| Blaine | 7/31/2021 | Mossberg MC2C 9mm | 017520MC |
| Blaine | 7/31/2021 | Ruger EC95 9mm | 45955269 |
| Blaine | 8/14/2021 | Glock 19X 9mm | BUCB186 |
| Brooklyn Park | 8/20/2021 | Glock G19 9mm | BSXE226 |
| Lakeville | 8/31/2021 | Glock 26 9mm | AFVC844 |
| Lakeville | 8/31/2021 | Mossberg MC2C 9mm | 014211MC |
| Blaine | 9/13/2021 | Glock G17 9mm | BUGR628 |
| Brooklyn Park | 9/17/2021 | Ruger 57 5.7x28 | 64322362 |

| Fleet Farm Location | Straw Purchase Date | Firearm Make, Model, Caliber | Serial Number |
|---|---|---|---|
| Blaine | 9/18/2021 | Glock G19 9mm | BUAS957 |
| Blaine | 9/26/2021 | Glock 26 9mm | AFSE457 |
| Blaine | 9/26/2021 | Radical Firearms RF-15 .556 | 21046140 |
| Brooklyn Park | 10/11/2021 | Taurus G3C 9mm | 1KA06796 |
| Oakdale | 10/17/2021 | Glock 26 9mm | AGBR071 |

The State further contends that every instance in which Fleet Farm knew or should have known that a gun buyer was a straw purchaser but failed to act diligently to further assess the buyer or stop the sale, is a violation of each of the foregoing federal and state laws and regulations.

The documents showing Fleet Farm's violations include:

- Fleet Farm surveillance videos of sales to Jerome Horton;

- All paperwork associated with Fleet Farm's sales to Jerome Horton and Sarah Elwood, including Forms 4473 and Forms 3310.4;

- Internal Fleet Farm communications regarding Jerome Horton and Sarah Elwood;

- Internal Fleet Farm training materials regarding the detection and prevention of straw purchasing, including training materials that directly describe sales to Jerome Horton as depicted on Form 3310s as "suspicious" sales;

- The disciplinary history of Fleet Farm employees that sold firearms to Jerome Horton and Sarah Elwood;

- Fleet Farm audits of store locations that sold firearms to Jerome Horton and Sarah Elwood;

- ATF documents regarding Jerome Horton and Sarah Elwood;

- ATF training materials and other documents that show the list of "red flags" that federal firearms licensee must look for to prevent straw purchasing;

16

- Documents associated with the federal prosecutions of Jerome Horton and Sarah Elwood; and

- Documents associated with investigations and prosecutions of individuals who unlawfully possessed and committed crimes with the firearms purchased by Jerome Horton and Sarah Elwood.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**INTERROGATORY NO. 10:**

Identify and describe each red flag of straw purchasing, *see* Compl. ¶ 25, that you contend Fleet Farm ignored or otherwise did not recognize when completing firearm sales to Jerome Horton or Sarah Elwood.

**RESPONSE TO INTERROGATORY NO. 10:**

The State objects to this interrogatory as a premature contention interrogatory that, at this stage of the litigation, improperly invades the State's work product. The State also objects to this request to the extent that Defendants possess information and documents about Jerome Horton and Sarah Elwood's firearm purchases that Defendants have not produced to the State, as such information is not within the AGO's possession, custody, or control and is within the possession, custody, or control of Defendants. The State served requests for production of documents on Defendants on July 20, 2023, and continues to wait for Defendants to produce responsive documents. The State also objects to this interrogatory to the extent it requires the State to draw a legal conclusion.

Subject to and without waiving the foregoing objections and general objections, the State responds that red flags that indicate a straw purchase include, but are not limited to the following:

17

- Multiple firearm purchases in a single transaction or separate one-gun transactions in short periods of time, particularly of multiple firearms of similar make, model, and caliber;

- Multiple handgun purchases, particularly 9mm caliber handguns as these are the most frequently recovered crime guns;

- The purchase of firearms with cash;

- When the buyer is accompanied to the store by others who leave before the transaction or do not purchase firearms themselves;

- When the buyer uses phone calls, text messages, or other means to communicate with others about which firearms to purchase;

- When the buyer does not keep the firearms in their residence for their own use; and

- A short "time to crime"—i.e., the time between the purchase of the firearm and the recovery of the firearm by police in connection with a crime. The ATF has noted that the recovery of a crime gun within three years of its initial purchase "is considered a short time-to-crime and a significant trafficking indicator" that "suggests illegal diversion or criminal intent associated with the retail purchase from the FFL."

*See* Compl. ¶ 25.

With regard to Jerome Horton, the Complaint alleges that Defendants sold 24 firearms to Horton in a four-month span, sold him multiple guns at once on five different days, sold him guns at multiple visits within very short time periods, sold him largely the same type of small-caliber handgun most likely to be diverted for criminal use, sold him single handguns within days or weeks of each other from different Fleet Farm retail stores, and that Horton was captured on Defendant's surveillance system using the camera feature on his cellphone to take photographs or videos of guns during at least one visit to a Fleet Farm store. Compl. ¶¶ 38–42.

With regard to Sarah Elwood, the Complaint alleges that Defendants sold Elwood 13 firearms in a 12-month span, sold her multiple handguns at once on four different days, sold her handguns at multiple visits mere days apart, and sold her small-caliber handguns more likely to be diverted for criminal use. Compl. ¶¶ 54–57.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

The State incorporates its prior general and specific objections to this interrogatory. The State further objects that its response to this interrogatory remains premature given the State's outstanding Motion to Further Modify the Amended Pretrial Scheduling Order and Compel Discovery from Fleet Farm regarding the circumstances described in FF_0075711.

Subject to and without waiving the foregoing objections and general objections, the State further responds that Fleet Farm ignored or otherwise did not recognize the following additional red flags of straw purchasing, besides those identified in the State's original response, when completing firearm sales to Jerome Horton or Sarah Elwood:

- The purchase of 9mm handguns at a lower price point;

- Firearm sales requiring a 3310.4 form;

- Firearm sales where there have been prior sales requiring a 3310.4 form; and

- Past purchase history of buying firearms at different Fleet Farm store locations to avoid possible detection as repeat purchasers from one location.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

19

**INTERROGATORY NO. 11:**

Identify and describe the specific claimed harms, and the specific costs that you contend were incurred as a result of those claimed harms, referenced and alleged in Paragraphs 109 and 110 of the Complaint.

**RESPONSE TO INTERROGATORY NO. 11:**

The State objects to this interrogatory as a premature contention interrogatory that, at this stage of the litigation, improperly invades the State's work product.

Subject to and without waiving the foregoing objections and general objections, the State responds that the Complaint alleges the specific claimed harms associated with the public nuisance caused by Defendants' misconduct, including that the unlawful proliferation of firearms "interferes with rights common to the general public, deprives Minnesota residents and visitors of the peaceful use of public streets, sidewalks, parks, and other public places, interferes with commerce, travel, and the quality of daily life, and endangers the health, welfare, peace, safety, well-being, convenience, and property of considerable numbers of residents of, and visitors to, Minnesota." Compl. ¶ 109. The Complaint specifies the crimes that the State is aware of which have been committed with firearms unlawfully sold by Defendants, and notes that most of the firearms unlawfully sold by Defendants are unaccounted for and pose an ongoing danger to the health and safety of Minnesotans. Compl. ¶¶ 45–49, 51, 60. The Complaint also details that the costs incurred by state government due to the unlawful proliferation of firearms include the costs of investigating, monitoring, treating, policing, and remediating the misuse of firearms in Minnesota, and that these harms and costs continue to accrue. Compl. ¶ 110.

20

Discovery is ongoing and incomplete, and the State is waiting for substantial discovery from Defendants. The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11:**

The State incorporates its prior general and specific objections to this interrogatory. The State also objects to this interrogatory as premature to the extent it seeks information that may be provided by an expert witness for the State. The State will provide expert information in accordance with the Federal Rules of Civil Procedure and the deadline set for expert disclosures in the Court's scheduling order.

The State further objects that its response to this interrogatory remains premature given the State's outstanding Motion to Further Modify the Amended Pretrial Scheduling Order and Compel Discovery from Fleet Farm regarding the circumstances described in FF_0075711.

Subject to and without waiving the foregoing objections and general objections, the State further responds that Fleet Farm's actions and inaction have directly resulted in the facilitation and commission of multiple crimes in Minnesota, as detailed in the State's First Amended Complaint. Moreover, because numerous guns sold by Fleet Farm to Jerome Horton and Sarah Elwood remain unaccounted-for, Fleet Farm is responsible for crimes caused in the future by these firearms as well. The AGO is continuing to assess the costs to the State associated with investigating, monitoring, treating, policing, and remediating the misuse of firearms in Minnesota for which Fleet Farm is responsible.

21

The State reserves the right to supplement this response or otherwise identify information upon further investigation, discovery, and trial preparation.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11:**

The State incorporates its prior general and specific objections to this interrogatory. Subject to and without waiving the foregoing objections and general objections, the State further responds that the State will not be seeking damages from Fleet Farm in this action due to the costs to the State associated with investigating, monitoring, treating, policing, and remediating the misuse of firearms in Minnesota for which Fleet Farm is responsible.

**INTERROGATORY NO. 12:**

Identify and describe the specific instances and actions that you contend constitute Fleet Farm "breach[ing] . . . their duties in Minnesota" and the specific "damages for injury" that you contend were "sustained" as a result of these claimed "repeated breaches." Compl., Prayer for Relief ¶ 4.

**RESPONSE TO INTERROGATORY NO. 12:**

The State objects to this interrogatory as a premature contention interrogatory that, at this stage of the litigation, improperly invades the State's work product. The State also objects to this request to the extent that Defendants possess information and documents about firearm purchases that it has not produced to the State that would inform which instances and actions the State contends were breaches of duty and what injuries resulted. The State served requests for production of documents on Defendants on July 20, 2023, and continues to wait for Defendants to produce responsive documents. The State also objects to this interrogatory to the extent it requires the State to draw a legal conclusion.

Subject to and without waiving the foregoing objections and general objections, the State responds that, based on information known to the State, each firearm sale by Defendants to a straw purchaser, including Jerome Horton and Sarah Elwood, constitutes a breach of Defendants' duty to exercise reasonable care in distributing and selling firearms and to refrain from engaging in any activity creating reasonably foreseeable risks of injury to others. The State is in the process of calculating the amounts it will seek from Defendants in the form of damages, which has been impeded by Defendants' delay in producing information and documents to the State bearing on this issue.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 12:**

The State incorporates its prior general and specific objections to this interrogatory. The State further objects that its response to this interrogatory remains premature given the State's outstanding Motion to Further Modify the Amended Pretrial Scheduling Order and Compel Discovery from Fleet Farm regarding the circumstances described in FF_0075711.

Subject to and without waiving the foregoing objections and general objections, the State incorporates by reference the list of violations detailed in the State's supplemental response to Interrogatory No. 9. The State further incorporates by reference the nature of the damages sought as detailed in the State's supplemental response to Interrogatory No. 11.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

23

**INTERROGATORY NO. 13:**

Identify and describe all categories of Fleet Farm profits that you are seeking to disgorge, including, but not limited to, the specific product lines from which you seek disgorgement of profits and the specific Fleet Farm stores whose profits you seek to disgorge. *See* Compl., Requested Relief ¶ 5.

**RESPONSE TO INTERROGATORY NO. 13:**

The State objects to this interrogatory as a premature contention interrogatory that, at this stage of the litigation, improperly invades the State's work product. The State also objects to this request to the extent that Defendants possess information and documents that it has not produced to the State that would inform the State's requested disgorgement. The State served requests for production of documents on Defendants on July 20, 2023, and continues to wait for Defendants to produce responsive documents. The State also objects to this interrogatory to the extent it requires the State to draw a legal conclusion.

Subject to and without waiving the foregoing objections and general objections, the State responds that the State seeks to disgorge all monies wrongfully obtained by Defendants from the sale of firearms to straw purchasers. Defendants thus far have delayed production of information that would enable the State to calculate an appropriate disgorgement remedy.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13:**

The State incorporates its prior general and specific objections to this interrogatory. The State further objects that its response to this interrogatory remains premature given the

24

State's outstanding Motion to Further Modify the Amended Pretrial Scheduling Order and Compel Discovery from Fleet Farm regarding the circumstances described in FF_0075711.

Subject to and without waiving the foregoing objections and general objections, the State further responds that it seeks to disgorge Fleet Farm's profits from all firearm sales made by Fleet Farm to Jerome Horton and Sarah Elwood, including the following:

| Fleet Farm Location | Straw Purchase Date | Firearm Make, Model, Caliber | Serial Number |
|---|---|---|---|
| Brooklyn Park | 6/20/2020 | Century Arms TP9SF 9mm | 20BH09180 |
| Brooklyn Park | 7/30/2020 | Taurus G2C 9mm | ABD463393 |
| Brooklyn Park | 1/4/2021 | Taurus Spectrum 380 Auto | 1F033220 |
| Brooklyn Park | 1/11/2021 | Taurus PT111G2A 9mm | ABH838724 |
| Blaine | 1/31/2021 | Taurus Spectrum 380 Auto | 1F024926 |
| Blaine | 1/31/2021 | Taurus Spectrum 380 Auto | 1F033065 |
| Brooklyn Park | 3/15/2021 | Springfield XDS 9mm | BA181757 |
| Brooklyn Park | 5/1/2021 | Ruger EC9S 9mm | 459-15215 |
| Lakeville | 5/1/2021 | Smith & Wesson M&P 9 Shield Plus 9mm | JFY6090 |
| Blaine | 5/6/2021 | Glock 19 9mm | BTNN877 |
| Blaine | 5/6/2021 | Ruger 5 7 5.7x28 | 642-13405 |
| Blaine | 5/12/2021 | Glock 17 9mm | BTMG955 |
| Blaine | 5/12/2021 | Ruger 5 7 5.7x28 | 642-12901 |
| Brooklyn Park | 6/15/2021 | Taurus G2C 9mm | 1C020445 |
| Brooklyn Park | 7/4/2021 | Ruger Security 9 9mm | 38463707 |
| Brooklyn Park | 7/7/2021 | Glock 19 9mm | BTNX619 |
| Oakdale | 7/10/2021 | Glock G43X 9mm | BTTU573 |
| Blaine | 7/23/2021 | Beretta APX 9mm | A152030X |
| Oakdale | 7/24/2021 | FNH 503 9mm | CV016470 |
| Oakdale | 7/24/2021 | Springfield Armory XDS 9mm | BA456304 |
| Oakdale | 7/26/2021 | Glock 26 9mm | AFVB754 |
| Blaine | 7/27/2021 | Glock 43X 9mm | BTTU0778 |
| Blaine | 7/27/2021 | Stoeger STR-9C 9mm | T642921S02199 |
| Blaine | 7/31/2021 | Glock 45 9mm | BSTE309 |
| Blaine | 7/31/2021 | Mossberg MC2C 9mm | 017520MC |
| Blaine | 7/31/2021 | Ruger EC95 9mm | 45955269 |
| Blaine | 8/14/2021 | Glock 19X 9mm | BUCB186 |
| Brooklyn Park | 8/20/2021 | Glock G19 9mm | BSXE226 |

25

| Fleet Farm Location | Straw Purchase Date | Firearm Make, Model, Caliber | Serial Number |
|---|---|---|---|
| Lakeville | 8/31/2021 | Glock 26 9mm | AFVC844 |
| Lakeville | 8/31/2021 | Mossberg MC2C 9mm | 014211MC |
| Blaine | 9/13/2021 | Glock G17 9mm | BUGR628 |
| Brooklyn Park | 9/17/2021 | Ruger 57 5.7x28 | 64322362 |
| Blaine | 9/18/2021 | Glock G19 9mm | BUAS957 |
| Blaine | 9/26/2021 | Glock 26 9mm | AFSE457 |
| Blaine | 9/26/2021 | Radical Firearms RF-15 .556 | 21046140 |
| Brooklyn Park | 10/11/2021 | Taurus G3C 9mm | 1KA06796 |
| Oakdale | 10/17/2021 | Glock 26 9mm | AGBR071 |

The State has requested complete revenue and profit information related to these sales from Fleet Farm, which would be used to calculate the proper amount of disgorgement in this case.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**INTERROGATORY NO. 14:**

Identify and describe all efforts taken by you to prevent, mitigate, or otherwise reduce and/or respond to the harms referenced and alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 14:**

The State objects to this interrogatory to the extent it seeks information that is not within the possession, custody, or control of the Attorney General's Office or is within the possession, custody, or control of Defendants.

The State further objects to this interrogatory on the grounds that it seeks information that is irrelevant and immaterial, since, inter alia, as a matter of law it is Defendants—and not the State—that has the duty, obligation and the superior resources

26

and opportunity to reduce or eliminate the damage resulting from Defendants' own misconduct (including Defendants' repeated and intentional misconduct). Also, the interrogatory seeks information which is irrelevant and immaterial to the extent the interrogatory seeks information about legislative or discretionary acts or policies that are privileged and/or immune.

Subject to and without waiving the foregoing objections and general objections, the State responds that Defendants' misconduct in selling firearms to persons that Defendants knew or should have known were straw purchasers has endangered public health and safety, resulting in the commission of known and unknown firearm-related crimes and misconduct and fueling the firearms black market in Minnesota.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**INTERROGATORY NO. 15:**

Identify the complete nature of all damages Plaintiff seeks in this lawsuit, the precise dollar amount which Plaintiff seeks as compensation for all such damages (including any compensation that Plaintiff seeks as reimbursement for interest, costs, disbursements, or attorney fees to which Plaintiff claims an entitlement), a detailed explanation and accounting of how Plaintiff calculated the precise dollar amount to which they claim an entitlement; a detailed explanation of how the damages are claimed to have been caused by Fleet Farm's alleged conduct; and the full name and address of all individuals who are said to have knowledge.

**RESPONSE TO INTERROGATORY NO. 15:**

The State objects to this interrogatory as a premature contention interrogatory that, at this stage of the litigation, improperly invades the State's work product. The State objects to this Interrogatory as overly broad and unduly burdensome, with five discrete subparts

27

and wide-ranging requests for not just information about the State's claimed monetary relief, but also information about causation and a request for information about individuals that is wholly duplicative of Interrogatory No. 1. The State further objects to this Interrogatory on the basis that the State's calculation of appropriate monetary relief is dependent on information and documents that are in Defendants' possession, custody, and/or control and have not been produced to the State. The State also objects to this request insofar as it seeks information that is protected by the work-product doctrine or is privileged, including under attorney-client privilege, deliberative process privilege, or the investigative files and law enforcement privilege.

Subject to and without waiving the foregoing objections and general objections, the State responds that is seeking monetary relief in the form of damages for injury sustained as a result of Defendants' repeated breaches of their duties in Minnesota, disgorgement of all profits from Defendants' unlawful sales of firearms in Minnesota, and abatement as necessary to remedy the harm and injury to the State resulting from Defendants' misconduct. The State's calculation of appropriate monetary relief is dependent on information and documents that are in Defendants' possession, custody, and/or control and have not been produced to the State.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 15:**

The State incorporates its prior general and specific objections to this interrogatory. The State further objects that this interrogatory is largely duplicative of Interrogatory Nos. 11, 12, and 13.

The State also objects to this interrogatory as premature to the extent it seeks information that may be provided by an expert witness for the State. The State will provide expert information in accordance with the Federal Rules of Civil Procedure and the deadline set for expert disclosures in the Court's scheduling order.

The State also objects to this interrogatory as premature to the extent it asks the State to detail cost and attorney fee information in the middle of litigation, well in advance of the cost taxing and attorney fee motion process detailed in Fed. R. Civ. P. 54(d).

The State further objects that its response to this interrogatory remains premature given the State's outstanding Motion to Further Modify the Amended Pretrial Scheduling Order and Compel Discovery from Fleet Farm regarding the circumstances described in FF_0075711.

Subject to and without waiving the foregoing objections and general objections, the State further responds that it is seeking the following monetary relief from Defendants:

**Abatement:**

The State is seeking monetary relief in the form of a payment of abatement by Fleet Farm in the amount necessary to remedy the harm to the State resulting from Fleet Farm's misconduct in selling firearms to straw purchasers. This includes the amount of money needed to remediate and reverse the harm caused by firearms sold by Fleet Farm that were

29

later used in crimes and thereby harmed public health and safety. The State is seeking to

have Fleet Farm undertake the following costs of complying with injunctive relief designed

to abate the nuisance Fleet Farm created, including the following:

- The cost of a court-appointed monitor of Fleet Farm, whose responsibilities shall include, but not be limited to, monitoring of Defendants' sales practices through observation, records monitoring, and random and repeated integrity-testing, and implementing corrective policies and procedures, with the costs of the monitor to be paid by Defendants;

- Mandatory and ongoing training of all Fleet Farm personnel involved in the sale of firearms by a court-approved training entity, with the costs of that training to be paid by Fleet Farm;

- Fleet Farm's retention of all trace requests received by the ATF for a period of five years, to keep a record of all employees whose sales result in a trace request, and to conduct heightened screening (as determined by the monitor) of sales to individuals who have been the subject of trace requests from the ATF;

- Heightened screening by Fleet Farm (as determined by the monitor) of sales to individuals that make multiple purchases of firearms from different store locations or within short, staggered periods of time;

- Fleet Farm undertaking corrective action to identify and assist in recovering the remaining firearms that were sold to straw purchasers and others identified as transferees of firearms as stated herein.

*See* ECF No. 79 at 38, ¶ 2.

The State may also seek to have Fleet Farm provide funding for community violence

prevention programs, youth outreach and education, services for survivors of gun violence,

and other public safety and public health programs that are needed to stem the tide of gun

violence fueled, in part, by Fleet Farm's careless sale of firearms to straw purchasers.

30

**Damages:**

The State incorporates by reference its responses to Interrogatory Nos. 11 and 12 regarding damages.

**Disgorgement:**

The State incorporates by reference its response to Interrogatory No. 13 regarding disgorgement.

**Civil Penalties:**

The State's First Amended Complaint seeks civil penalties for Fleet Farm's misconduct. ECF No. 79 at 38, ¶ 7; *see also* Minn. Stat. § 8.31, subd. 3 ("On becoming satisfied that any of those laws has been or is being violated, or is about to be violated, the attorney general shall be entitled, on behalf of the state; . . . (b) to sue for and recover for the state, from any person who is found to have violated any of the laws referred to in subdivision 1, a civil penalty, in an amount to be determined by the court, not in excess of $25,000."). After a court determines the number of violations a Defendant committed, the court must assess a per-violation penalty of up to $25,000 based on a multi-factor test that considers: "(1) the good or bad faith of the defendant; (2) the injury to the public; (3) the defendant's ability to pay; and (4) the desire to eliminate the benefits derived by the violation." *State v. Alpine Air Prods., Inc.*, 490 N.W.2d 888, 896-97 (Minn. Ct. App. 1992).

The State contends that Fleet Farm's misconduct, when evaluated under the *Alpine Air* factors, warrants the maximum per-penalty violation of $25,000. The State further contends that each of Fleet Farm's sales of at least 37 firearms to Jerome Horton and Sarah Elwood are separate violations of both Minnesota Statutes section 609.74 and Minnesota

31

Statutes section 624.7132. Accordingly, the State will be seeking at least $1,850,000 in civil penalties from Fleet Farm for at least 37 violations of two different Minnesota statutes.

**Attorney Fees and Costs:**

The State will also seek recovery of its costs and reasonable attorney fees from Fleet Farm, as allowed by statute. Minn. Stat. § 8.31, subd. 3a; *Curtis v. Altria Grp., Inc.*, 813 N.W.2d 891, 898-99 (Minn. 2012); *State v. Minn. Sch. of Bus., Inc.*, No. A18-1761, 2019 WL 2333921 at *7, *13 (Minn. Ct. App. June 3, 2019) (holding district court errs in denying the State its full remedies upon successfully prosecuting a claim for unlawful practices in business, commerce, or trade). The State is entitled to market rates for attorney fees. *See* Order for Attorney Fees Costs and Disbursements, *State v. Minn. Sch. of Bus., Inc.*, No. 27-CV-14-12558, 2017 WL 4220962 (Minn. Dist. Ct. Jan. 4, 2017) (awarding assistant attorneys general hourly rate of $395); Order on Attorney's Fees and For Entry of Final Judgment, *State v. Steven Meldahl and S.J.M Properties, Inc.*, No. 27-CV-19-16424, 2022 WL 1516216 (Minn. Dist. Ct. Mar. 23, 2022) (awarding assistant attorneys general hourly rates between $350 and $400).

To date, the State has dedicated more than 1,500 hours of attorney and staff time to this case, along with incurring significant costs, and the State will continue to accrue significant attorney fees and costs as litigation continues. At the conclusion of the case, the State will seek allowed costs and reasonable attorney fees in accordance with Minn. Stat. § 8.31, Fed. R. Civ. P. 54, and Local Rule 54.3.

The State reserves the right to amend and supplement its response or otherwise identify information upon further investigation, discovery, and trial preparation.

**AS TO OBJECTIONS:**

Dated:  November 6, 2024

KEITH ELLISON
Attorney General
State of Minnesota

**/s/ Eric J. Maloney**
ERIC J. MALONEY (#0396326)
Assistant Attorney General
JAMES W. CANADAY (#030234X)
Deputy Attorney General
JASON T. PLEGGENKUHLE (#0391772)
Assistant Attorney General
KATHERINE A. MOERKE (#0312277)
Assistant Attorney General

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 757-1021
eric.maloney@ag.state.mn.us
james.canaday@ag.state.mn.us
jason.pleggenkuhle@ag.state.mn.us
katherine.moerke@ag.state.mn.us

**UNIVERSITY OF MINNESOTA GUN VIOLENCE PREVENTION CLINIC**

MEGAN WALSH (#0394837)
Special Assistant Attorney General
ARIELLE HUGEL
WILLIAM ROBERTS
CALLAN SHOWERS
Certified Student Attorneys

University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
Phone: 612-625-5515
wals0270@umn.edu

*Attorneys for State of Minnesota*

33

## VERIFICATION

I am Marianne L. Ellis, Manager of Outside Counsel Relationships and Investigator at the Minnesota Attorney General's Office. I have read the State of Minnesota's Second Supplemental Responses to Defendants' First Set of Interrogatories ("Second Supplemental Responses") dated November 6, 2024, and know the contents thereof. The Second Supplemental Responses are true to the best of my current knowledge, recollection, information, and belief based on a reasonable investigation. I make no verification with respect to any objections stated within the Second Supplemental Responses.

I declare under penalty of perjury that everything I have stated in this Verification is true and correct.

Executed November 6, 2024                              By: /s/ Marianne L. Ellis

Dakota County, Minnesota

34

# EXHIBIT J

**ORIGINAL**

21-003408

9/27/21 MO
_____
Date / Initials

☒ In Custody

| Date / Initials |
| When sent |

Flesland
**Supervisor**

Valleau
**Assigned**

☐ City Attorney (e-mail case #)

☐ Court (e-mail report only)
4thbrookdaleupdate@courts.state.mn.us

☒ Investigations                                      9/27/21                ☐ **Active**

## Citations / Tab Charges
☐ City Attorney (e-mail case #)
☐ Respondent's/Defendant's copy mailed

## Damage to Squad, Equipment, City Property, Officer Injury
☐ Patrol Commander (e-mail case #)

| **Defendant(s)** |
| (City Attorney Only) |

## Dangerous Dog Forms and Reports
☐ City Clerk (e-mail report/supps , interoffice mail forms)
bsuclu@ci.brooklyn-center.mn.us

## Domestics
☐ DART (assigned to DART via Intel Db)
☐ Cornerstone (e-mail case report and lethality form)
policereports@cornerstonemn.org

## DWI - eCharging
☐ DVS Paperwork Published

## Formal Complaint
☐ City Attorney (e-mail case #)
☒ docSHOP / ProCase                Submitted by LP
                                                          on 9/27/21

## Forfeiture/Seizure Notices
☐ Investigative Commander (e-mail case #)

## Other
☐ _____
☐ _____
☐ _____
☐ _____

P:\FORMS\Support Services\Records\Fillable Coversheet_Original                    Jan 2021

CONFIDENTIAL                                                                 AGO0000173

# Brooklyn Center Police Department

6645 Humboldt Ave N Brooklyn Center, MN 55430

(763) 569-3333



Case #:BC21003408

| Event |
| --- |

## 2550 FREEWAY BLVD BROOKLYN CENTER, Minnesota 55430

| | |
| --- | --- |
| Incident Type: | WEAPONS |
| Reported Date/Time: | 09/26/2021 16:55:31 |
| Occurred Start Date/Time: | 09/26/2021 16:55:31 |
| Time Assigned: | 16:55 |
| Time Arrived: | 16:55 |
| Time Cleared: | 18:04 |
| Agency Disposition: | CLOSED |
| State Reporting Case Status: | ARREST OF ADULT/ADULT AND JUVENILE |
| Synopsis: | One adult male arrested for being a prohibited person in possession of a firearm. |
| Photos: | Yes |
| Domestic Related: | No |
| Alcohol/Drug Use: | No |
| Gang Related: | No |
| Crime Lab: | No |
| Unlocked Vehicle: | No |
| Graffiti: | No |
| Beat: | BC005 |
| Exceptional Clearance (Records Use Only): | NOT APPLICABLE |

| Suspects (1) |
| --- |

## TOY, CHARLES CURTIS III

| | |
| --- | --- |
| Related Offenses: | 624.714.1a Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor; Second or Subsequent - Felony |
| Arrested or Cited: | Yes |
| DOB: | FRCP 5.2 2000 |
| Age: | 21 |
| Race: | Black or African American |
| Ethnicity: | NON-HISPANIC |
| Sex: | MALE |
| Height: | 603 |
| Weight: | 190 |
| Eye Color: | Brown |
| Driver's License Number: | X000029309700 |
| Driver's License State: | Minnesota |
| Brooklyn Center Resident: | NON-RESIDENT |
| Address: | 1245 E SAINT GERMAIN ST |
| Apartment: | 1 |
| City: | SAINT CLOUD |
| State: | Minnesota |
| Zip Code: | 56304-0615 |

CONFIDENTIAL     AGO0000174

# Brooklyn Center Police Department

6645 Humboldt Ave N Brooklyn Center, MN 55430

(763) 569-3333



Case #:BC21003408

---

## Victim (1)

### ENTERED FOR VALIDATION

| | |
|---|---|
| Related Offense: | 624.714.1a Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor; Second or Subsequent - Felony |
| Victim Type: | SOCIETY/PUBLIC |

## Person Mentioned Data (1)

### MOORE, DESMIN TYRE

| | |
|---|---|
| DOB: | FRCP 5.2 1999 |
| Age: | 22 |
| Race: | Black or African American |
| Ethnicity: | NON-HISPANIC |
| Sex: | MALE |
| Height: | 600 |
| Weight: | 197 |
| Eye Color: | Brown |
| Work Phone: | (763)-267-5455 |
| Driver's License Number: | G467091081017 |
| Driver's License State: | Minnesota |
| Address: | 4219 DUPONT AVE N |
| Apartment: | 1 |
| City: | MINNEAPOLIS |
| State: | Minnesota |
| Zip Code: | 55412 |

## Offenses (1)

### 624.714.1a Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor; Second or Subsequent - Felony

| | |
|---|---|
| UCR/NIBRS Code: | 520 Weapon Law Violations |
| Severity: | GROSS MISDEMEANOR |
| Offense Status: | ARREST OF ADULT/ADULT AND JUVENILE |
| Counts: | 1 |
| Premise: | Parking/Drop Lot/Garage |
| Weapon Types: | HANDGUN |
| Bias Motivation: | NONE |
| Criminal Activity/Gang Info: | POSSESSING/CONCEALING |

---

CONFIDENTIAL

AGO0000175

# Brooklyn Center Police Department

6645 Humboldt Ave N Brooklyn Center, MN 55430

(763) 569-3333



Case #:BC21003408

---

| Vehicle (1) |
| --- |

## 2002 Chevrolet Impala

| | |
| --- | --- |
| Involvement Type: | MENTIONED |
| License Plate Number: | 715TYH |
| License Plate State: | Minnesota |
| VIN: | 2G1WH55K329215271 |
| Style: | SEDAN, 4 DOOR; TRUCK/PICK-UP 4 DOOR |
| Color: | Blue |
| Vehicle Owner: | TOY CHARLES CURTIS |

---

| Property (1) |
| --- |

## GLOCK 26

| | |
| --- | --- |
| Property Status: | PROPERTY INVENTORIED |
| Color: | BLACK |
| Serial: | AFVB754 |

---

| Narrative (2) |
| --- |

**MAIN REPORT**

GAULDIN, COOPER 32188                                                09/27/2021

On 09/26/21 at approximately 1652 hours, I, Officer Gauldin, was traveling eastbound on Freeway Boulevard, passing the Country Inn and Suites, located at 2550 Freeway Boulevard. I observed a vehicle driving westbound past me which displayed Minnesota plate 715TYH. I ran a status check on the vehicle and learned that the registered owner of the vehicle had a suspended driver's license. I saw the driver of the vehicle was a black male with dreads. The vehicle was occupied two or three times.

The vehicle pulled into the parking lot of the County Inn and Suites and backed into a parking spot. I turned around and drove through the parking lot and confirmed that the male driver that I saw driving and who was currently sitting in the driver's seat, was the registered owner of the vehicle through a photo in one of our police databases.

I positioned my patrol car in a parking lot a few blocks down and ran some status checks on the driver. I learned that the driver, who I was able to identify as Charles Curtis Toy, FRCP 5.2 00, had previously been arrested on two separate occasions for possession of a firearm.

I informed my partner, Officer Johnson, that I was going to be stopping out with the vehicle in the parking lot of the Country Inn and Suites. At 1655 hours, I drove through the parking lot and again located Charles sitting in the driver's seat of the vehicle with one other passenger. I activated my overhead emergency lights and initiated a traffic stop on the vehicle in the parking lot. I immediately exited the vehicle and approached the driver.

I confirmed with him that his name was Charles and that he was the owner of the vehicle. As I approached the vehicle, I could smell a very strong odor of marijuana coming from the vehicle. I

---

CONFIDENTIAL
                                                                                    AGO0000176



## Brooklyn Center Police Department

6645 Humboldt Ave N Brooklyn Center, MN 55430
(763) 569-3333

Case #:BC21003408

immediately removed Charles from the vehicle and did a pat search of him due to his weapons history that he had. He informed me that someone had smoked marijuana in the vehicle but he was unsure when it had occurred and stated that he was not apart of it. As Charles was standing outside of his vehicle talking to me, I could smell a very strong odor of marijuana coming from Charles and the vehicle.

I detained Charles in the back of my squad car and made contact with the passenger, who was identified as Desmin Tyre Moore, FRCP 5.2/99. Moore was cooperative with officers and was detained in the back of Officer Johnson's squad car. I looked underneath the driver's seat and immediately saw a black Glock 26 with an extended magazine, containing 28 bullets in it. I went back to my squad car where Charles was detained and asked Charles if he had a permit to carry a firearm and he stated he did not have a permit. I immediately placed him under arrest and placed him in handcuffs as he was sitting in the back of my squad.

I continued to search the vehicle and located multiple small baggies with what appeared to be marijuana throughout the car. Also mixed in with the carpet on the ground in both the front and back seat of the vehicle was marijuana residue, known as shake. Officer Johnson photographed the firearm and removed it from underneath the seat. There was one 9mm round in the chamber of the gun and 28 in the extended magazine. The firearm was a black Glock 26 with a serial number of AFVB754. I ran a status check on the firearm and it came back clear.

As Charles was in the back of my patrol car, I ran a criminal history check on him and learned that he had been convicted in July of this year for a felony possession of a pistol without a permit, making him a prohibited person to carry a firearm. I recovered the firearm from the vehicle and entered it into the evidence appropriately according to department policy.

I read Charles a Miranda Rights statement and recorded it. Charles stated that he understood his rights and stated that he did not know anything about a firearm and said it was not his. He declined to speak anymore regarding the case and also refused to do a DNA sample. I ended the conversation and uploaded the recording to the case file.

After talking with Moore, I believed that he was telling me the truth and he stated that he did not know that there was a gun in the car and had just gotten a ride with Charles to get a hotel room for the night. I released Moore from the scene and secured the vehicle in the parking lot. I transported Charles to the Hennepin County Jail where he was booked for being a prohibited person in possession of a firearm.

Gauldin/typed MO

09/27/21

**SUPP1 CV 09/28/21**
VALLEAU, CHARLES 32141                                                09/28/2021

On 09/28/21, I Detective Valleau, was assigned this case for investigation.

CONFIDENTIAL                                                                        AGO0000177

# Brooklyn Center Police Department

6645 Humboldt Ave N Brooklyn Center, MN 55430

(763) 569-3333

Case #:BC21003408

I reviewed the report and learned Charles Curtis Toy ( ██FRCP 5.2██ /2000) had been arrested for felon in possession of a firearm. I submitted the case to the Hennepin County Attorneys Office for a review of charges. The case was initially charged and signed by a judge, but further review determined the felony conviction the complaint was based on was not the party in custody. The case from June referenced in the officer's report was determined by the prosecutor to have been resolved as a crime less than a felony.

Based upon this information I request the case be sent to the city attorney for a review of charges of GM possession of a pistol without a w permit

Please close this case with arrest.

| Officer (2) | | |
|---|---|---|
| Reporting Officer: | GAULDIN, COOPER  (32188) | 09/27/2021 10:40:00 |
| Supplementing Officer: | VALLEAU, CHARLES  (32141) | 09/28/2021 14:11:00 |

Printed On 10/04/2021                    Page 5 of 5                    Printed By PENNIG, LAUREN

CONFIDENTIAL                                                                        AGO0000178

# Brooklyn Center Police Department

6645 Humboldt Ave N Brooklyn Center, MN 55430

(763) 569-3333

Case #:BC21003408                                          Incident #: BC21003408.003.003

---

## Narrative (1)

**SUPP2 CV 06/27/22 0801**

**VALLEAU, CHARLES 32141**                                                    06/27/2022

On 06/24/22, I Detective Valleau, learned a complaint had been prepared charging Charles Curtis Toy by Summons with Carrying a Pistol in Public without a Permit (Gross Misdemeanor). I signed the complaint in e-charging. The complaint was signed by Judge Conroy in Hennepin County District Court.

This case remains closed with arrest.

Valleau.

---

## Officer (1)

Supplementing Officer:              VALLEAU, CHARLES  (32141)          06/27/2022 08:00:00

---

Printed On07/14/2022                          Page 1 of 1                          Printed By PENNIG, LAUR

CONFIDENTIAL                                                                        AGO0000179

**State of Minnesota**
**County of Hennepin**

**District Court**
**4th Judicial District**

| | |
|---|---|
| Prosecutor File No. | 21A10074 |
| Court File No. | 27-CR-21-18044 |

---

**State of Minnesota,**

                    Plaintiff,

          vs.

**CHARLES CURTIS TOY**    FRCP 5.2/2000

1245 EAST ST. GERMAINE ST
#1
ST. CLOUD, MN 53304

                    Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of Violence**
Minnesota Statute: 624.713.1(2), with reference to:  609.11.5(b), 624.713.2(b)
Maximum Sentence: 15 YEARS AND/OR $30,000
Offense Level: Felony

Offense Date (on or about): 09/26/2021

Control #(ICR#): 21003408

Charge Description: That on or about September 26, 2021, in Brooklyn Center, Hennepin County, Minnesota, CHARLES CURTIS TOY possessed ammunition or a firearm and CHARLES CURTIS TOY has been convicted or adjudicated delinquent in this state or elsewhere of a crime of violence for which the sentence or court supervision expired on or after August 1, 1993.
 Minimum Sentence: 5 YEARS

1

CONFIDENTIAL

AGO0000180

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On September 26, 2021, officers with the Brooklyn Center Police Department were on routine patrol in the area of 2500 Freeway Boulevard near the Country Inn and Suites in Brooklyn Center, Hennepin County, Minnesota. At approximately 5:00 p.m., the officers observed a vehicle driving along Freeway Boulevard. The officers ran the vehicle's license plate. As a result. the officers noted that the registered owner of the vehicle had a suspended driver's license. Police confirmed that the male driving the suspect vehicle was the registered owner of the vehicle.

The officers observed the suspect pull into the Country Inn and Suites parking lot and park the vehicle. The officers then initiated a traffic stop on the parked vehicle. Police observed that the registered owner of the vehicle, CHARLES CURTIS TOY, FRCP 5.2/2000 (Defendant herein), was still seated in the driver's seat of the vehicle. There was also one passenger. As the officer spoke with Defendant, he noticed a very strong odor of marijuana coming from the vehicle. When the officer asked Defendant about this, Defendant indicated that someone had smoked marijuana in the vehicle, but he didn't know when. The officers removed the occupants of the vehicle and conducted a search based upon the odor of marijuana. Officers looked under the driver's seat of the vehicle and located a fully loaded Glock 26 firearm with an extended magazine containing 28 bullets. There was also a round in the chamber of the firearm. Police also located several small baggies of what appeared to be marijuana throughout the car, as well as marijuana residue on the floorboards of the vehicle.

Defendant is prohibited from possessing a firearm due to a prior conviction for a crime of violence. Defendant was convicted of Second-Degree Assault in Court File No. 73-CR-17-9372 on June 21, 2018.

Defendant is currently in custody.

2

CONFIDENTIAL

AGO0000181

# SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Charles Valleau | Electronically Signed: |
| | Detective | 09/28/2021 08:35 AM |
| | 6645 Humboldt Avenue N | Hennepin County,  Minnesota |
| | Brooklyn Center, MN 55430 | |
| | Badge: 141 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Joseph R. Paquette | Electronically Signed: |
| | 300 S 6th St | 09/28/2021 08:33 AM |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |

3

CONFIDENTIAL

AGO0000182

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

### ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

### ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*          ☐ *Execute Nationwide*          ☐ *Execute in Border States*

### ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $100,000.00
Conditions of Release:  No Possession of Weapons; Make All Appearances; Remain Law Abiding

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: September 28, 2021.

| | | |
|---|---|---|
| **Judicial Officer** | Laurie Miller<br>District Court Judge | Electronically Signed: 09/28/2021 09:52 AM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

| **COUNTY OF HENNEPIN<br>STATE OF MINNESOTA** | |
|---|---|
| **State of Minnesota**<br>Plaintiff<br>vs.<br>**CHARLES CURTIS TOY**<br>Defendant | *LAW ENFORCEMENT OFFICER RETURN OF SERVICE*<br>*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*<br><br>Signature of Authorized Service Agent: |

4

CONFIDENTIAL                                                                                      AGO0000183

**DEFENDANT FACT SHEET**

| | |
|---|---|
| Name: | CHARLES CURTIS TOY |
| DOB: | FRCP 5.2 FRCP 5.2 /2000 |
| Address: | 1245 EAST ST. GERMAINE ST<br>#1<br>ST. CLOUD, MN 53304 |
| Alias Names/DOB: | |
| SID: | MN20CB4327 |
| Height: | |
| Weight: | |
| Eye Color: | |
| Hair Color: | |
| Gender: | MALE |
| Race: | Black |
| Fingerprints Required per Statute: | Yes |
| Fingerprint match to Criminal History Record: | Yes |
| Driver's License #: | |
| SILS Person ID #: | 877623 |
| SILS Tracking No. | 3246003 |
| Alcohol Concentration: | |

5

CONFIDENTIAL

AGO0000184

## STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 9/26/2021 | 624.713.1(2)<br>Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of Violence | Felony | W1643 | | MN0270200 | 21003408 |
| | Penalty | 9/26/2021 | 624.713.2(b)<br>Possesses any type of firearm/ammo - Crime of Violence - ineligible under 624.713.1(2) | Felony | W1643 | | MN0270200 | 21003408 |
| | Penalty | 9/26/2021 | 609.11.5(b)<br>Minimum Sentences of Imprisonment-Firearm-Felon Convicted Crime of Violence | Felony | W1643 | | MN0270200 | 21003408 |

6

CONFIDENTIAL

AGO0000185

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No.   CCS0008203
Court File No.

State of Minnesota,

Plaintiff,

vs.

**CHARLES CURTIS TOY III**   FRCP 5.2/2000
1245 EAST ST. GERMAINE ST
#1
SAINT CLOUD, MN 56304

Defendant.

**COMPLAINT**

Summons

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor**
Minnesota Statute: 624.714.1a
Maximum Sentence: 1 year or $3,000 fine or both
Offense Level: Gross Misdemeanor

Offense Date (on or about): 09/26/2021

Control #(ICR#): 21003408

Charge Description: On or about September 26, 2021, in the County of Hennepin, State of Minnesota, CHARLES CURTIS TOY III held or possessed a pistol in a motor vehicle, or on or about the person's clothes, or was otherwise in possession or control in a public place or public area without first having obtained a permit to carry the pistol.

1

CONFIDENTIAL                    AGO0000186

## STATEMENT OF PROBABLE CAUSE

On 09/26/21 at approximately 4:52PM, Officer Gauldin observed a vehicle, Minnesota license 715-TYH traveling Westbound on Freeway Boulevard, in the City of Brooklyn Center, County of Hennepin, State of Minnesota. A records check revealed that the registered owner of the suspect vehicle had a suspended driver's license. Officer Gauldin observed a vehicle pulling into the Country Inns and Suites and parked in the parking lot. Officer Gauldin determined that the male driver matched the description of the registered owner of the vehicle. Officer Gauldin then initiated a traffic stop and approached the driver, confirming that he was the registered owner, Charles Curtis Toy III, FRCP 5.2 /00, the defendant herein.

In speaking with the defendant, Officer Gauldin detected a very strong odor of Marijuana coming from the vehicle. The defendant admitted that someone had smoked Marijuana in the vehicle but he was not sure who it was. The defendant was removed from the vehicle and Officer Gauldin could still smell a very strong odor of Marijuana coming from the defendant. Officer Gauldin observed a black handgun on the floor of the vehicle under the driver's seat. The handgun was a Glock 26 with an extended magazine, containing 28 bullets. Officer Gauldin asked the defendant if he had a permit to carry and the defendant stated that he did not. The defendant was then placed under arrest.

During a search of the vehicle, Officers located multiple small baggies throughout the vehicle containing what appeared to be Marijuana. The handgun was also removed from the vehicle and was discovered to have one round in the chamber as well as the 28 bullets in the magazine.

2

CONFIDENTIAL

AGO0000187

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

**Complainant**      Charles Valleau                Electronically Signed:
                     Detective                     06/24/2022 11:40 AM
                     6645 Humboldt Avenue N        Hennepin County,  Minnesota
                     Brooklyn Center, MN 55430
                     Badge: 141

Being authorized to prosecute the offenses charged, I approve this complaint.

**Prosecuting Attorney**   David K Ross                Electronically Signed:
                           City Attorney               06/24/2022 11:25 AM
                           6300 Shingle Creek Parkway
                           Suite 305
                           Brooklyn Center, MN 55430
                           (763) 561-2800

3

CONFIDENTIAL                                                                    AGO0000188

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☒ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*          ☐ *Execute Nationwide*          ☐ *Execute in Border States*

## ☐ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $
Conditions of Release:

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: June 24, 2022.

| | | |
|---|---|---|
| **Judicial Officer** | Lois R. Conroy<br>District Court Judge | Electronically Signed: 06/24/2022 04:39 PM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

| COUNTY OF HENNEPIN<br>STATE OF MINNESOTA | |
|---|---|
| **State of Minnesota**<br>Plaintiff<br><br>vs.<br><br>**CHARLES CURTIS TOY III**<br>Defendant | *LAW ENFORCEMENT OFFICER RETURN OF SERVICE*<br>*I hereby Certify and Return that I have served a copy of this Summons upon the Defendant herein named.*<br><br>Signature of Authorized Service Agent: |

4

CONFIDENTIAL                                                                                    AGO0000189

# EXHIBIT K



# MINNEAPOLIS POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### CASE REPORT WITH NARRATIVES
#### Incident Date 08/13/2021
#### (DISCHARGE WEAPON)

GO# MP 2021-181642
CLEARED BY
COMPLAINT

# Table of Contents

**Event GO# MP 2021-181642** ................................................................................... 1

**Offense(s)** ........................................................................................................ 1

**Related Event(s)** ............................................................................................... 3

**Person(s)** ......................................................................................................... 3

    1. ARRESTEE # 1 - SUTTON, DOUGLAS JEROME ............................................... 3

    2. GUN TRACE # 1 - HORTON, JEROME FLETCHER ............................................ 5

**Narrative(s)** ...................................................................................................... 7

    1. NON-PUBLIC NARRATIVE ......................................................................... 7

    2. PUBLIC NARRATIVE .............................................................................. 9

    3. JUDICIAL PROBABLE CAUSE - SUTTON, DOUGLAS JEROME DOB:

**Related Arrest(s)**  ..........................................................................................................  **40**

   **1. Related Arrest Report AB# 2021-2684**  ........................................................  **40**

**Attachment(s)**  ................................................................................................................  **41**

   **1. OTHER DOCUMENTS - SHOTSPOTTER ACTIVATION INFO**  ..............................  **41**

   **2. CRIME LAB REPORTS - EXAMINER REPORT #1 BY FS G. DREES**  ...................  **43**

   **3. CRIME LAB REPORTS - NIBIN REPORT#1 - FIREARMS - FS ZIRZOW**  .............  **45**

   **4. CRIME LAB REQUEST FOR SERVICES - SQUAD VIDEO WORKSHEET**  ..........  **47**

   **5. OUTSIDE AGENCY REPORTS - ATF E-TRACE REPORT**  ................................  **49**

CONFIDENTIAL

AGO0000372



**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

## General Offense Information

| | |
|---|---|
| Operational Status | CLEARED BY COMPLAINT |
| Reported On | AUG-13-2021  (FRI.) 32 |
| Occurred On | AUG-13-2021  (FRI.) 32 |
| Approved On | AUG-13-2021  (FRI.) |
| Approved By | 2813 - HAUGLAND, JOHN |
| Report Submitted By | 5428 - PALAPA ALONSO, MARISELA |
| Org Unit | PCT 4 MIDDLEWATCH |
| Accompanied By | 6773 - RYAN, MATTHEW          Downtime  404 |
| Address | 3558 FREMONT AVE N |
| Municipality | MINNEAPOLIS |
| County | HENNEPIN |
| | Precinct  4 Sector  2 Neighborhood  6 |
| Felony/ Misdemeanor | FELONY |
| Family Violence | NO |
| Cargo Theft | NO |

### EVENT VIDEO

| | |
|---|---|
| Is There Video Of The Event | YES |
| Type Of Video | BODY WORN CAMERA, IN CAR CAMERA |
| Is The Video Attached To The GO | NO |
| Witness Owned Video | |
| Remarks | |
| P Number | |

## Offenses (Completed/Attempted)

| | |
|---|---|
| Offense # | 1   DISWEA-0   DISCHARGE WEAPON - COMPLETED |
| Location | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| Suspected Of Using | N/A |
| Criminal Activity | USING / CONSUMING |
| Weapon Type | HANDGUN |
| Bias | NONE (NO BIAS) |

| | |
|---|---|
| Offense # | 2   WEAP-0   CARRY A WEAPON WITHOUT A PERMI - COMPLETED |
| Location | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| Suspected Of Using | N/A |
| Criminal Activity | POSSESSING / CONCEALING |
| Weapon Type | HANDGUN |
| Bias | NONE (NO BIAS) |

CONFIDENTIAL                                                    AGO0000373

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-181642
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 08/13/2021
(DISCHARGE WEAPON)

**Offense #** 3   FORCE-0   USE OF FORCE  -  COMPLETED
**Location** STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY
**Suspected Of Using** N/A
**Bias** NONE (NO BIAS)

CONFIDENTIAL                    AGO0000374



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-181642

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
**(DISCHARGE WEAPON)**

# Related Event(s)

**1. CP  MP2021-181642**

**2. AB  MP2021-2684**

## COMPLAINT INFORMATION

**Incident Location**

**Address**  3558 FREMONT AVE N
**Precinct** 4 **Sector** 2 **Neighborhood** 6

### GENERAL INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** | SOUND OF SHOTS FIRED (P) | **Priority** | 1 |
| **Dispatched Time** | 00:32:38 | **En Route Time** | 00:32:38 |
| **At Scene Time** | 00:32:38 | | |
| **Unit IDs** | 410 **-** 427 **-** 432 | | |
| **Remarks** | COMPLAINANT: | | |

### CLEARANCE INFORMATION

**Final Case Type**  SOUND OF SHOTS FIRED (P)
**Cleared By**  BKG-BOOKING

# Person(s)

**1.  ARRESTEE # 1 - SUTTON, DOUGLAS JEROME**

## PERSON PHOTO

MUGSHOT  TAKEN ON 08/13/2021

\#

## CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | BLACK |
| **Date Of Birth** | FRCP 5.2 2002 |
| **Address** | 3554 GIRARD AVE N |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |
| **ZIP Code** | 55412 |

---

CONFIDENTIAL

AGO0000375



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD Doc. 209-3 Filed 04/04/23 Page 60 of 284

GO# MP 2021-181642

**CLEARED BY**
**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

CELLULAR   (612)  223-4678

*BCA ECHARGING*

BCA ECharging ID   6389848
HCAO Case Number   21A08441

## PERSON PARTICULARS

| | |
|---|---|
| **DL#** | X714265145812 |
| **Occupation** | STUDENGT |
| **Employer** | SOUTHWEST HIGH SCHOOL   3414 47TH ST W,MINNEAPOLIS,MN, |
| **Ethnicity** | NON-HISPANIC AND NON-LATINO ORIGIN |
| **Height** | 5'08 |
| **Weight** | 175 LBS. |
| **Build** | MEDIUM |
| **Eye Color** | BROWN |
| **Hair Color** | BROWN |

## MASTER NAME INDEX REFERENCE / MNI

| | |
|---|---|
| **Name** | SUTTON , DOUGLAS  JEROME |
| **Sex** | MALE |
| **Race** | BLACK |
| **Date Of Birth** | FRCP 5.2 2002 |
| **Ethnicity** | NON-HISPANIC AND NON-LATINO ORIGIN |
| **Address** | 3554 GIRARD AVE N |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |
| **County** | HENNEPIN |
| **ZIP Code** | 55412 |

*PHONE NUMBERS*

CELLULAR   (612)  223-4678

## CHARGE SUMMARY

*CHARGE # 1*

| | |
|---|---|
| **Offense Date** | AUG-13-2021  (FRI.) 32 |
| **Domestic Violence** | NO |

*CHARGE # 2*

| | |
|---|---|
| **Offense Date** | AUG-13-2021  (FRI.) 32 |
| **Offense** | RECKLESS DISCHARGE OF FIREARM WITHIN A MUNICIPALITY  - COMPLETED |
| **Charge Statute** | F  609.66.1A(A)(3) |
| **Domestic Violence** | NO |

## LINKAGE FACTORS



GO# MP 2021-181642

**MINNEAPOLIS POLICE DEPARTMENT**

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**

**CASE REPORT WITH NARRATIVES**

Incident Date 08/13/2021

**(DISCHARGE WEAPON)**

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/23   Page 61 of 284

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | I - 18-21 YEARS |
| **Armed With** | HANDGUN |
| **Offense** | WEAP- 0  CARRY A WEAPON WITHOUT A PERMI  - COMPLETED |
| **Arrest Date** | AUG-13-2021  (FRI.) |
| **Arrest Type** | ON VIEW ARREST (LOCAL ARREST NO WARRANT) |

## 2.  GUN TRACE # 1 - HORTON, JEROME FLETCHER

### PERSON PHOTO



**PHOTO  TAKEN ON 09/18/2013**

**CD# MP 226523**

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | BLACK |
| **Date Of Birth** | |



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-181642

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/23   Page 62 of 284

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

---

|   |   |   |   |
|---|---|---|---|
| **Address** | 123 59TH ST E | **Apartment** | 204 |
| **Municipality** | MINNEAPOLIS | | |
| **State** | MINNESOTA | | |
| **County** | HENNEPIN | | |
| **ZIP Code** | 55419 | | |

*PHONE NUMBERS*

**HOME**   (612) 886-1535
**CELLULAR**   UNK-NOWN

## LINKAGE FACTORS

**Age Range**   J - 22-29 YEARS

---

CONFIDENTIAL                                                        AGO0000378



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**

CASE REPORT WITH NARRATIVES

Incident Date 08/13/2021

**(DISCHARGE WEAPON)**

GO# MP 2021-181642

CLEARED BY
COMPLAINT

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE

**Subject**

**Author** 5428 - PALAPA ALONSO, MARISELA

**Related Date** Aug-13-2021  2:12

On 8/12/21 at approximately 0030 hours, I was working squad 432 along with Officer Ryan. We were going southbound on Fremont Av N and 36th Av N when we heard a shot fired to the west of us.

As we approach the corner of 36th Av/ Fremont Av N, we noticed a male, later identified as DOUGLAS SUTTON walking southbound coming out of the alley on 36th Av N between Fremont and Girard. We noticed that he was walking at a fast pace so we immediately pulled up behind him and my partner told him to stop while I aired out our location and that we had a male at gun point.

SUTTON stopped when he was told and sat on the ground with his hands up in the alley behind 3558 Girard Av N. SUTTON admitted he had a gun on him and my partner handcuffed him and recovered a gun from the front pocket of SUTTON's hoodie. SUTTON admitted he had fired it once in the alley one block north of where we had stopped him.

SUTTON stated that he had been with some friends in Brooklyn Center and they had just dropped him off on Dowling Av N. He said he then walked down the alley, which was located between Fremont and Girard Av N., and kicked something in the grass. He stated that he realized it was a gun and he picked it up and shot it in the air.

SUTTON had asked to talk to his mother and my partner called her while we were on our way to HCJ. SUTTON was able to speak to his mother. He told her that he had found the gun in the alley and picked it up. He said that he fired it because he wanted to see if it worked so he could sell it.

The gun recovered had a partially loaded magazine with one round in the chamber. Gun, loaded magazine, and ammo were taken to P&E.

SUTTON's green hat and black cloth face mask were also taken to P&E. Pictures were taken and uploaded to Evidence.com.

SUTTON was booked at HCJ.

CONFIDENTIAL

AGO0000379

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-181642
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

CONFIDENTIAL

AGO0000380

# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 08/13/2021
### (DISCHARGE WEAPON)

## Narrative Text Page(s)

### Narrative Text

**Type** PUBLIC NARRATIVE

**Subject**

**Author** 5428 - PALAPA ALONSO, MARISELA

**Related Date** Aug-13-2021  2:36

Officers stopped a suspicious person after shots were heard in the area. Suspect had gun on him and admitted to firing one round. Suspect was booked at HCJ.

CONFIDENTIAL

AGO0000381

# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

GO# MP 2021-181642
CLEARED BY
COMPLAINT

## Narrative Text Page(s)

### Narrative Text

      **Type** JUDICIAL PROBABLE CAUSE
    **Subject** SUTTON, DOUGLAS JEROME DOB: 2002
      **Author**
**Related Date**



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD   Doc. 255-3   Filed 04/04/23   Page 67 of 284

GO# MP 2021-181642

**CLEARED BY**
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 6773 - RYAN, MATTHEW
**Related Date** Aug-13-2021  2:21

On 08/13/2021 at approximately 0032 hours, I was working Squad 432 in marked squad 462 with my partner Officer Palapa. We were in the area of 37th Ave N and Fremont Ave N when we heard a shot very close to our location. I continued to drive SB on Fremont Ave N and approached 36th Ave N. Just to the west of us coming out of the alley from the north going south, I observed a male wearing all black. He appeared to be moving fast but not running. I turned the corner and as the male entered the alley to the south of 36th Ave N between Fremont Ave N and Girard Ave N, I pulled the squad in behind him. I turned on my spot light and yelled out my open window for the male to stop.

I activated my BWC and then exited the squad with my duty gun out and pointed towards the male who was now sitting on the ground. As I approached him at gun point, I asked the male if he knew why we were stopping him. He replied yes sir and then I asked him if he had a gun on him. He said yes and that he just found it and shot it. I placed him in handcuffs and then stood him up. When I asked him where the gun was he said it was in his pocket. I located the gun in his front pocket of his hoodie. I reached into the hoodie pocket and pulled the gun out with by the end of the grip with a couple fingers. I did not have gloves on at the time I initially pulled the gun out of his pocket to secure it.

The male was later identified as Arrested Party/ Sutton and was also found to be 19 years old. Once the male was secured in the rear of our squad, I put rubber gloves on and checked the gun. It was found to be a Glock 9mm. It was loaded with one in the chamber and a partially loaded magazine. There was a corresponding shotspotter activation behind 3614 Girard Ave N at 0031:45 hours.

I contacted Sgt. Haugland Squad 403 and he authorized PC to book Arrested Party/ Sutton at HCJ for PC Weapons. He also advised us to added discharge weapon to the report because Arrested Party/ Sutton admitted to discharging a fire arm within city limits.

While on the way to jail the Arrested Party/ Sutton wanted me to contact his mother. I called her from my department issued cell phone and explained to her what had happened and she wanted to speak with her son. I put my phone on speaker phone and held it up to the back so he could speak with his mom. He told his mom something to effect that he was walking home and found the gun and shot it in the air to make sure it works.

We booked him into HCJ and photos of his outer clothing that he was wearing were taken. The gun

**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**CASE REPORT WITH NARRATIVES**

Incident Date 08/13/2021

**(DISCHARGE WEAPON)**

was later inventoried at the MPD Property Evidence Unit. It was held for Prints and DNA.

CONFIDENTIAL                                                                     AGO0000384



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 08/13/2021
#### (DISCHARGE WEAPON)

## Narrative Text Page(s)

### Narrative Text

**Type** NCIC CONFIRMATION/HIT

**Subject** ERG.MN02711V1.BTTU573.GLC.43X.9.PI.20210813.211816

**Author** 3931 - KWIECIEN, LLOYD (INACTIVE)

**Related Date** Aug-13-2021  8:28

```
  TO:   MPL348-00007238 20210813 08:27:39 4AE9001C46
FROM:   NCIC1-02195568 20210813 08:27:38 4AE9000B8A
1L014AE9000B8A3ERG
MN02711V1
NIC/G345382344 SER/BTTU573
OCA/21181642
*****YOU MAY SUBMIT A TRACE REQUEST FOR THIS WEAPON THROUGH THE
ATF'S ETRACE APPLICATION AT WWW.ATFONLINE.GOV/ETRACE OR BY CALLING
1-800-788-7133 OR BY FAX TO 1-800-578-7223. AN AGENCY MUST HAVE
AN ETRACE MOU/ACCOUNT IN ORDER TO SUBMIT A TRACE VIA ETRACE. PLEASE
CONTACT THE ETRACE CUSTOMER SERVICE GROUP VIA EMAIL AT ETRACEADMIN@ATF.GOV
FOR ADDITIONAL INFORMATION.*****


>>>> ORIGINATING TRANSACTION <<<<


MKE/ERG2711V1.MKE1/ERG.SER/BTTU573.MAK/GLC.MOD/43X.CAL/9.TYP/P.CAT/I.DOT/Aug-13
2021.OCA/21181642.MIS/GLOCK 43X 9MM SEMI-AUTO PISTOL, FINISH:BLACK.
```

CONFIDENTIAL                                                                           AGO0000385



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

CASE REPORT WITH NARRATIVES

Incident Date 08/13/2021

**(DISCHARGE WEAPON)**

GO# MP 2021-181642

**CLEARED BY**

**COMPLAINT**

---

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE

**Subject**

**Author** 6753 - SPEE, DIRK N

**Related Date** Aug-13-2021 22:58

On 8/13/21 at approximately 0032 hours I was working marked squad 410. We backed another squad that had a person at gun point.

After arriving I checked the area for a spent casing. We referenced the shot spotter app. I did not locate any casings in the area.

BWC footage was uploaded to evidence.com.

CONFIDENTIAL                                                                        AGO0000386

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-181642

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 5428 - PALAPA ALONSO, MARISELA
**Related Date** Aug-13-2021 22:47

It should be noted, the address should be either 3557 Fremont Av N or 3558 Girard Ave N. It was in the alley between those two addresses.

CONFIDENTIAL

AGO0000387

**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

GO# MP 2021-181642
CLEARED BY
COMPLAINT

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** ATF E-TRACE REQUEST SUBMITTED
**Author** 124818 - HAMANN, MEHGAN
**Related Date** Oct-12-2021

On 10/12/2021, I submitted a trace request for the firearm recovered in this case. The ATF e-Trace submission confirmation number is T20210446777. A copy of the trace report will be attached to this case when it is available.

CONFIDENTIAL                                                          AGO0000388


**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
**(DISCHARGE WEAPON)**

GO# MP 2021-181642
CLEARED BY
COMPLAINT

---

## Narrative Text Page(s)

### Narrative Text

**Type** CASE DISPOSITION
**Subject** Sutton, Douglas Jerome
**Author** MPLSIN - MPLSINTEGRATION
**Related Date** May-06-2022   :48

```
Case Information=============================================

Status:                    Under Court Jurisdiction

Last Status Update Date:   5/3/2022

Defendant:                 Sutton, Douglas Jerome

Court Case Number:         27CR2115330

Prosecuting Agency:        MN027013A

Prosecuter File Number:    21A08441

CCN:                       21181642




Charges==========================================================

Number        Statute           Level/Sent     Disposition   Description

1             609.66.1(a)(1)    GMD/GMD        CONV          Dangerous Weapo
Use

2             624.714.1a        GMD/GMD        DISMISS       Carry/Possess P
Place - Gross Misdemeanor; Second or Subsequent - Felony




Disposition History=======================================

Date          Charge       Disposition

5/3/2022      1            DispositionAdded

5/3/2022      2            ChargeModified

5/3/2022      2            DispositionAdded
```

CONFIDENTIAL

AGO0000389


CASE 0:22-cv-02694-JRT-JFD   Doc. 206-3   Filed 04/04/23   Page 74 of 284

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-181642

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
**Incident Date 08/13/2021**
**(DISCHARGE WEAPON)**

```
Last Disposition==============================================

Last Disposition Update: 5/3/2022

Last Event: Sentenced



Disposition:  Condition - Adult

Status:

Event:  Sentenced

Charge #:  1

Disposition: Convicted

Level of Sentence: Gross Misdemeanor



Disposition:  Local Confinement

Status:  Active 5/3/2022

Event:  Sentenced

Charge #:  1

Ag
ency:  Hennepin County Workhouse - Adult Corrections

StayDays:  364

StayForYears:  2

StayMonths:  0

StayYears:  0

TermDays:  364

TimeToServeDays:  0

TimeToServeMonths:  0
```

CONFIDENTIAL                                                              AGO0000390



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
**(DISCHARGE WEAPON)**

GO# MP 2021-181642
CLEARED BY
COMPLAINT

TimeToServeYears:  0

Disposition: Convicted

Level of Sentence: Gross Misdemeanor


Disposition:  Probation - Adult

Status:  Active 5/3/2022

Event:  Sentenced

Charge #:  1

Agency:  Hennepin County Community Corrections - Adult Field Services

DischargeDate:  2024-05-03

StartDate:  2022-05-03

TermYears:  2

Type:  Supervised probation

Disposition: Convicted

Level of Sentence: Gross Misdemeanor


Disposition:  Service - Adult

Status:  Active 5/3/2022

Event:  Sentenced

Charge #:  1

DueDate:  2022-10-30

ForDays:  180

InLieuOfConfinementDays:  5

StartDate:  2022-05-03

TermAmount:  5

CONFIDENTIAL                                                                   AGO0000391



**MINNEAPOLIS POLICE DEPARTMENT**

**GO# MP 2021-181642**

**CLEARED BY**
**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
**Incident Date 08/13/2021**
**(DISCHARGE WEAPON)**

TermUnit:  Days

Type:   sentence to service

Disposition: Convicted

Level of Sentence: Gross Misdemeanor

CONFIDENTIAL                                                                          AGO0000392



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 08/13/2021
#### (DISCHARGE WEAPON)

**Follow Up Report # 1**

Follow Up Report # 1

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 4093 - LEPINSKI, ADAM JOSEPH | **Rank** | POLICE SERGEANT |
| **Capacity** | LEAD INVESTIGATOR | **Org Unit** | GUN INVESTIGATION UNIT |
| **Assigned On** | AUG-13-2021 (FRI.) 1209 | **By** | 4093 - LEPINSKI, ADAM JOSEPH |
| **Report Due On** | OCT-12-2021 (TUE.) | | |

CONFIDENTIAL

AGO0000393



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

**Follow Up Report # 1**

## Related Attachment - COURT ORDER

**Description**   CRIMINAL COMPLAINT

**Reference Number**

CONFIDENTIAL

AGO0000394



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-181642

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
**(DISCHARGE WEAPON)**

**Follow Up Report # 1**

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No.        21A08441
Court File No.

---

**State of Minnesota,**

        Plaintiff,

    vs.

**DOUGLAS JEROME SUTTON**   **DOB:** <span style="background:black">FRCP 5.2</span>2002

3554 Girard Ave N
Minneapolis, MN 55412

        Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

## COUNT I

**Charge: Dangerous Weapons-Reckless Discharge of Firearm Within a Municipality**
Minnesota Statute: 609.66.1a(a)(3)
Maximum Sentence: 2 years and/or$5000
Offense Level: Felony

Offense Date (on or about): 08/13/2021

Control #(ICR#): 21181642

Charge Description: That on or about August 13, 2021, in Minneapolis, Hennepin County, Minnesota, Defendant Douglas Jerome Sutton, recklessly discharged a firearm within a municipality.

## COUNT II

**Charge: Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor; Second or Subsequent - Felony**
Minnesota Statute: 624.714.1a, with reference to: 609.03.2, 624.714.1a
Maximum Sentence: 1 YEAR AND/OR $3,000
Offense Level: Gross Misdemeanor

Offense Date (on or about): 08/13/2021

Control #(ICR#): 21181642

Charge Description: That on or about August 13, 2021, in Minneapolis, Hennepin County, Minnesota, Defendant Douglas Jerome Sutton, held or possessed on or about his clothes or person, or otherwise possessed or controlled in a public place or area, a pistol, without first having obtained a permit to carry a pistol.

1

---

CONFIDENTIAL

AGO0000395



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
**Incident Date 08/13/2021**
**(DISCHARGE WEAPON)**

**Follow Up Report # 1**

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On about August 13, 2021, at about 12:32 a.m., Minneapolis police were at the intersection of 37th Avenue and North Fremont Avenue, in Minneapolis, Hennepin County, Minnesota, when they heard a gunshot fired very close by. Then, officers saw a person, identified as Defendant Douglas Jerome Sutton (DOB: 2002), walking at a fast pace which drew the officer's attention given that a gun shot was just heard. The officers told Defendant to stop which he did. Defendant admitted to having a gun on him. Defendant said he fired the gun once in the alley about one block away from where officers stopped him. Defendant said he fired the gun in the air. Officers placed Defendant under arrest. After Defendant was placed under arrest, officers searched Defendant and a gun was recovered from Defendant's pocket. The gun had a partially loaded magazine with one round in the chamber.

After Defendant was placed under arrest, he was read his Miranda Rights. Defendant understood his rights and agreed to talk with officers. Defendant, in addition reiterating the information that he told the officers on scene, said he did not have a permit to carry.

Defendant is currently in custody.

2

CONFIDENTIAL                                                                     AGO0000396



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
**Incident Date 08/13/2021**
**(DISCHARGE WEAPON)**

**Follow Up Report # 1**

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Adam Lepinski | Electronically Signed: |
|---|---|---|
| | Police Officer | 08/16/2021 10:41 AM |
| | 350 S 5th St | Hennepin County,  MN |
| | Minneapolis, MN 55415-1389 | |
| | Badge: 4093 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Dominic Joseph Haik | Electronically Signed: |
|---|---|---|
| | 300 S 6th St | 08/16/2021 10:04 AM |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |

3

CONFIDENTIAL                                                         AGO0000397



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-181642

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
**Incident Date 08/13/2021**
**(DISCHARGE WEAPON)**

**Follow Up Report # 1**

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

☐ **SUMMONS**

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

☐ **WARRANT**

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*        ☐ *Execute Nationwide*        ☐ *Execute in Border States*

☒ **ORDER OF DETENTION**

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $20,000.00
Conditions of Release:  No Possession of Weapons; Make All Appearances; Remain Law Abiding

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: _____ ___, _____.

**Judicial Officer**                    \<judge name\>

Sworn testimony has been given before the Judicial Officer by the following witnesses:

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

### State of Minnesota
Plaintiff
vs.

### Douglas Jerome Sutton
Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*

Signature of Authorized Service Agent:

4

CONFIDENTIAL                                                                              AGO0000398



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 08/13/2021
### (DISCHARGE WEAPON)

**Follow Up Report # 1**

## DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | Douglas Jerome Sutton |
| **DOB:** | ▮FRCP 5.2▮2002 |
| **Address:** | 3554 Girard Ave N<br>Minneapolis, MN 55412 |
| **Alias Names/DOB:** | Douglas Sutton    DOB: ▮FRCP 5▮2002 |
| **SID:** | MN21D22533 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | Black |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 846686 |
| **SILS Tracking No.** | 3239707 |
| **Alcohol Concentration:** | |

5

CONFIDENTIAL

AGO0000399



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 08/13/2021
### (DISCHARGE WEAPON)

**Follow Up Report #  1**

## STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 8/13/2021 | 609.66.1a(a)(3) Dangerous Weapons-Reckless Discharge of Firearm Within a Municipality | Felony | W1149 | | MN0271100 | 21181642 |
| 2 | Charge | 8/13/2021 | 624.714.1a Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor; Second or Subsequent - Felony | Gross Misdemeanor | W2628 | | MN0271100 | 21181642 |
| | Penalty | 8/13/2021 | 624.714.1a Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor; Second or Subsequent - Felony | Gross Misdemeanor | W2628 | | MN0271100 | 21181642 |
| | Penalty | 8/13/2021 | 609.03.2 Punishment When Not Otherwise Fixed-Gross Misdemeanor | Gross Misdemeanor | W2628 | | MN0271100 | 21181642 |

6

CONFIDENTIAL

AGO0000400



CASE 0:22-cv-02694-JRT-JFD Doc. 205-3 Filed 04/04/23 Page 85 of 284

**MINNEAPOLIS POLICE DEPARTMENT**

**GO# MP 2021-181642**

**CLEARED BY**

**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**

**CASE REPORT WITH NARRATIVES**

Incident Date 08/13/2021

**(DISCHARGE WEAPON)**

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

**Type** SCALES INTERVIEW

**Subject** CASE ASSIGNMENT / SCALES INTERVIEW WITH SUTTON

**Author** 4093 - LEPINSKI, ADAM JOSEPH

**Related Date** Aug-14-2021 16:23

On 08/13/2021, I was working as a Sergeant with the Minneapolis Police Gun Investigations Unit. On this date, I assigned this case to myself for follow-up. I reviewed the arresting officers reports and portions of the BWC camera from the arrest. I learned that officers were on patrol when they heard a gunshot. They located a male, believed to be the one who fired the gun, in an alleyway and stopped him. This male was ARRESTED PARTY/ SUTTON and he stated to officers that he had a gun on him. Officers handcuffed SUTTON and did recover a Glock handgun from his front hoody pocket. SUTTON was booked into Hennepin County Jail.

On 08/13/2021, at approximately 1246 hrs, I went to Hennepin County Jail to conduct an interview with SUTTON. We met in a small interview room and our contact was audio/video recorded on my BWC. I introduced myself to SUTTON and explained why I was there. I then in-depthly explained his Miranda rights since he indicated he did not have much experience with law enforcement or prior arrests. He stated he understood his rights.

In his post-Miranda statement, SUTTON ultimately told me the same thing he told the arresting officers, which is summarized below not verbatim:

SUTTON said he was walking home [to 3554 Girard Av N] when he kicked something on the ground by accident. He thought it was a beer can that he had kicked but in fact it was a handgun. He decided to pick it up but was curious if it worked or not. SUTTON and I looked at Google Maps on my phone and he described finding the gun in the alley behind approximately 3610/3614 Girard AV N. He said the gun was "in the cut" between the houses somewhere. To test the firearm he found, SUTTON pointed the gun straight up in the air and pulled the trigger to see if it fired. The gun did fire. He fired one time and was stopped by the police a short time later. He said he took the firearm because he wanted to sell it to make money. He mentioned he wanted to get rid of it quickly because he wasn't sure if it was used in a crime or not.
SUTTON said he didn't fire at anyone, just up in the air. We discussed how it was still dangerous to do that, especially in a city, because the bullet still comes down somewhere.

SUTTON said he did not have a permit to carry (he was only 19 years old anyways), he is not a police officer and SUTTON was found in possession of the firearm in public.

The interview ended and BWC video will be uploaded to Evidence.com.

DNA was not collected since the firearm was located on SUTTON's person.

SUTTON does not have any criminal history.

Case will be submitted to HCAO for consideration for reckless discharge of a firearm.

CONFIDENTIAL

AGO0000401



# MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2021-181642**

**CLEARED BY**
**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** SHOTSPOTTER INFORMATION
**Author** 4093 - LEPINSKI, ADAM JOSEPH
**Related Date** Aug-14-2021 16:27

There was a ShotSpotter Activation for this incident. The activation indicated one round at 3614 Girard AV N near the alleyway. This location is consistent with SUTTON's statement on where he located the firearm. The activation was at 00:31:45hrs on 8/13/21.

CONFIDENTIAL                                                    AGO0000402



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
**Incident Date 08/13/2021**
**(DISCHARGE WEAPON)**

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

```
            Type eCHARGING INCIDENT REFERRAL
         Subject (ARRESTEE #1) SUTTON, DOUGLAS J  (DOB: FRCP 5.2 2002
          Author 4093 - LEPINSKI, ADAM JOSEPH
   Related Date Aug-14-2021 16:32
      Specify
   Case Type           [Adult Violent  ]


   _____



      Fingerprints Taken?      [No    ]
      Custody Status           [In Custody - This Case   ]
      Other Custody Text       [                                          ]
      Not in Custody Type      [          ]
      Due Date                 [Aug-16-2021  ]   Time  [Noon     ]
   _____



      [    ]Juvenile Co-defendant        [    ]Gang Member
      [    ]Bridge                       [X ]Weapon
      [    ]Interpreter Needed

   _____



      [X ]Call Before Charging?
      Investigator   [LEPINSKI, ADAM JOSEPH                 ]    [4093    ]
      Office Phone   [612-499-3799]    Cell Phone   [            ]
   _____
```

CONFIDENTIAL

AGO0000403



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**CASE REPORT WITH NARRATIVES**

**Incident Date 08/13/2021**

**(DISCHARGE WEAPON)**

GO# MP 2021-181642

CLEARED BY
COMPLAINT

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/23   Page 88 of 284

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

    **Type** CRIMINAL COMPLAINT

    **Subject** (ARRESTEE #1) SUTTON, DOUGLAS J  (DOB:

    **Author**

**Related Date**



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-181642

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

Follow Up Report #  1

Charge:
[
]


Severity:[            ]

Statute/Ordinance:
[
]

_____


Charge:
[
]


Severity:[            ]

Statute/Ordinance:
[
]

_____


Charge:
[
]


Severity:[            ]

Statute/Ordinance:
[
]

_____


Charge:

CONFIDENTIAL

AGO0000405



**MINNEAPOLIS POLICE DEPARTMENT**

**GO# MP 2021-181642**

**CLEARED BY**
**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
**Incident Date 08/13/2021**
**(DISCHARGE WEAPON)**

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/23   Page 90 of 284

**Follow Up Report #  1**

[
]


Severity:[          ]

Statute/Ordinance:
[
]

_____



Case closure recommendation: [CLOSED BY COMPLAINT              ]

CONFIDENTIAL

AGO0000406



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-181642

CASE 0:22-cv-02694-JRT-JFD   Doc. 209-3   Filed 04/04/23   Page 91 of 284

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

## Clearance Information

| | |
|---|---|
| **Agency** | MINNEAPOLIS POLICE DEPARTMENT |
| **Cleared Status** | CLEARED BY ARREST  - NOT APPLICABLE |
| **Cleared On** | AUG-16-2021  (MON.) |
| **Cleared By Officer 1** | 4093 -  LEPINSKI, ADAM JOSEPH |
| **Org Unit** | GIU -  GUN INVESTIGATION UNIT |
| **Complainant/Victim Notified** | NO |

CONFIDENTIAL

AGO0000407



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-181642

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

# Related Property Report(s)

## REPORT INFORMATION

**Property Report #**  174629
**Case Status**  EVIDENCE
**Submitted On**  AUG-13-2021  (FRI.)                                        **By**  PALAPA ALONSO, MARISELA

### RELATED EVENTS

**Offense**  GO  MP  2021 - 181642

**Related Items**  5

## FIREARM - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP174629 - 1
**Make**  GLOCK, INC.
**Item**  PISTOL                              **Type**  SEMI-AUTO
**Model**  43X                                **Caliber**  9
**Barrel Length**  3.0                         **Finish**  BLK
**Serial #**  BTTU573
**Value**  $0.00
**Description**  GLOCK 43X 9MM SEMI-AUTO PISTOL
**Serial # Obliterated**  NO
**Value**  $0.00
**Flags**  EVIDENCE, ENTERED ON NCIC
**Current Location**  PW G

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP174629 - 2
**Article**  YGUNMAG- ALL OTHER PROPERTY
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  MAGAZINE
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW G

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP174629 - 3

CONFIDENTIAL

AGO0000408



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
**Incident Date 08/13/2021**
**(DISCHARGE WEAPON)**

| | |
|---|---|
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | 9MM CARTRIDGE FROM CHAMBER |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP174629 - 4 |
| **Article** | PHAT- PERSONAL ACCESSORIES |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | GREEN HAT/BLACK FACE MASK |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW A |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP174629 - 5 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **# Of Pieces** | 7 |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | QUANTITY LIVE CARTRIDGES FROM MAGAZINE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

CONFIDENTIAL

AGO0000409


**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD   Doc. 209-3   Filed 04/04/23   Page 94 of 284

GO# MP 2021-181642

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

## REPORT INFORMATION

**Property Report #** 174934
**Case Status** EVIDENCE
**Submitted On** AUG-15-2021 (SUN.)     **By** DREES, GABRIEL LYNN

*RELATED EVENTS*

**Offense** GO MP 2021 - 181642

**Location** NA
**Related Items** 3

## ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP174934 - 1
**Article** YSWAB- ALL OTHER PROPERTY
**# Of Pieces** 1
**Serial # 1** UNKNOWN
**Value** $0.00
**Description** DNA SWABS FROM PISTOL (174629-1)
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PW A

## ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP174934 - 2
**Article** YSWAB- ALL OTHER PROPERTY
**# Of Pieces** 1
**Serial # 1** UNKNOWN
**Value** $0.00
**Description** DNA SWAB FROM (1) 9MM LIVE CARTRIDGE (174629-3)
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PW A

## ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP174934 - 3
**Article** YSWAB- ALL OTHER PROPERTY
**# Of Pieces** 1
**Serial # 1** UNKNOWN

CONFIDENTIAL

AGO0000410



# MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2021-181642**

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

|  |  |
|---|---|
| **Value** | $0.00 |
| **Description** | DNA SWAB FROM (7) 9MM LIVE CARTRIDGES, COLLECTIVELY (174629- |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW A |

CONFIDENTIAL
AGO0000411



**MINNEAPOLIS POLICE DEPARTMENT**
GO# MP 2021-181642
CASE 0:22-cv-02694-JRT-JFD    Doc. 265-3    Filed 04/04/23    Page 96 of 284
CLEARED BY
COMPLAINT
**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

## Related Arrest Report AB# 2021-2684

**Arrestee**  SUTTON,  DOUGLAS  JEROME
**Date Of Birth**  FRCP 5.2 2002
**Related CD#**  30740

## Arrest Information

**Status**  NOT CHARGED
**Type Of Arrest**  ON VIEW ARREST (LOCAL ARREST NO WARRANT)
**Reason For Arrest**  PROBABLE CAUSE (PETTY, MISDEMEANOR, GROSS, FELONY)
**Arrest Date**  AUG-13-2021  (FRI.) 32
**Approved By**  2813 - HAUGLAND, JOHN
**Approval Date**  AUG-13-2021  (FRI.)
**Rush File Required**  NO
**Booked Into Cell**  NO
**Arresting Officer(s)**  5428 -  ALONSO, MARISELA,  6773 -  RYAN, MATTHEW
**Summary Of Facts**  DISCHARGED WEAPON IN ALLEY

### ARREST LOCATION

**Address**  3558 FREMONT AVE N
**Municipality**  MINNEAPOLIS
**County**  HENNEPIN
**Precinct** 4 **Sector** 2 **Neighborhood** 6
**SODA Zone**  NO                    **Drug Free Zone**  NO

CONFIDENTIAL                    AGO0000412

# MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2021-181642**
**CLEARED BY**
**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
**(DISCHARGE WEAPON)**

## Related Attachment - OTHER DOCUMENTS

**Description**  SHOTSPOTTER ACTIVATION INFO
**Reference Number**

CONFIDENTIAL                                                                      AGO0000413



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-181642

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
### (DISCHARGE WEAPON)

---

Lepinski, Adam J.

| | |
|---|---|
| From: | ShotSpotter Respond <noreply@shotspotter.net> |
| Sent: | Friday, August 13, 2021 12:32 AM |
| To: | Lepinski, Adam J. |
| Subject: | [EXTERNAL] Single Gunshot: 3614 Girard Ave N, Minneapolis, MN |

**● ShotSpotter Respond™**

[aerial map image with red location pin]

wIXⅡbↁ♂5

ⅡⅡ□9b ⁙ ! - 5ⅼh

I ⑤⑥XⒼⅡÂⅡ㎞ ⒶIX ᷿ZᶁIXⅡ.

° Dᵧ Ⅱⅆᵗ⑥ʜᴛ⒯ᶾⅹ⒞Ⅱ⑥③

! oo⇡ⅡⅡⱺᶠ⑥ⱿᵌᶴⒹⒼ⒦Ⱖo! ⇡ᵗ bᴴⱥ ⒼⅢⅼ∪ⅈXⓍ⒢ⱥ b

5Ⅰ⛛ⱺ᷿ʰₑₕⅆₒ᷿ⅆⱳ�ₒⱳₒⱳ᷄

. ₜ∪ⅎⓄⁱₜⱠⅥ⛌ Ⲁ ↑ᴁⅢₐ�ₜ᷄ⱨ

∪ⱦᴐⱺ Ⅰ₣Ɫ5 ᴏ᷿ⱶⱡ᷿ⱦₒ᷿ⱦₒ᷿ⱨⱨ

/ᴅⱴᶲ᷿ⱭDⱮⱼᴛ ᴅⅰ ᴛ Ⅰ⛛ᴃ᷿ⱵⱶⱪⅮⱮ⛌ⱩᴋⱩⅮⱮ᷀ⱨ↑ⱲⅮⅪ

ⅮⅨⱱⅮ⟦Ⱪⱷ ↑ₜⱭⱼⱩⱥ⟦ₒ ⟦Ⱪⱶ ₜ Ⅰ⛛ᴃᴛ ⱦⱭ⟦᷿ⱬₜ ꜞₑⅨⱶⱭⱠⱪ ꜞⒼⅡⱤ⟦ᴏ ⱱⅵ᷿ⱥⅨ ⟦ⅮⱮᴋ ⱼ᷿ⱶⱣ↑ ⒼⅡⱄₒᴛ Ⅰ₟ⱠⱮꜞᴢ ⅠⅩ ₜₜⱭⱠⱪₜ ᴇₗⅩⱵ ₒⱤⱼ᷿ⱪ⟦ₜ ꜞ ₜ ⅠₚⱢⱷ Ⅰ ⒼⒾⱧᴐⱶⱬⅠⱬ᷿ⅮⱮ᷿ⱥⱢⱦ ꜞⒼⅡⱤₒ ⱱⱵ᷿ⱭⅮⱷ᷀ꜞᴃⅨⱷ ᴛ ᴛⱦⱭⱬ᷿ⱨₒ

,9ⱭⱰ9wᵇ! [ ᴴᴰⱭⱪⱦ ᴛ Ⅰ⛛ᴃꜞXⱵⱮⒼⒾꜞ᷿ⱦₒ ⱴⱮꜞᴵⅪꜞ ⒾXꜞⱮⒼᵇ⟦ ⒾXꜞⱮⱷᴰꜞⱲ /ⱥ᷿ꜞⱵⱭ ⒼⅢⅼⱼⅰXXⱧⱷ᷿⛳ꜞ%Ɫⱪ ⱷ ᴛ ꜞ⇡⟦ₐⱪ᷀ⱦ ᴀⱢⱢꜞⱮⅠⱧⅩꜞ᷿Ɑꜞⱦ ⅢⅡXx ⅡⱠⱢᴇ ꜞᴐⱪⱭ⮀ꜞ IXꜞⱢ⛛ꜞⱢⱶₐⱭⱷⱼ ᴛ ꜞⱮꜞⱮ᷀

1

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-181642
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 08/13/2021
**(DISCHARGE WEAPON)**

## Related Attachment - CRIME LAB REPORTS

**Description**   EXAMINER REPORT #1 BY FS G. DREES
**Reference Number**

CONFIDENTIAL                    AGO0000415

# MINNEAPOLIS POLICE DEPARTMENT

CASE 0:22-cv-02694-JRT-JFD   Doc. 203-6   Filed 04/04/25   Page 100 of 284

GO# MP 2021-181642

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
**(DISCHARGE WEAPON)**






MPD Crime Lab Unit (CLU) – Field Operations – Evidence Examination

MPD Case #: 21-181642

Report By: FS G. Drees

Examiner Report: # 1

Examination Start Date: 8/15/21

Requestor:  Gun Investigations Unit
Items were obtained from the Property and Evidence Unit under property report (PR) # 174629.

Exhibit(s) Examined:
1 - (174629-1)   Glock semi-automatic pistol, model: 43X, caliber: 9x19, S/N: BTTU573
2 - (174629-2)   Magazine (firearm)
3 - (174629-3)   9mm live cartridge
4 - (174629-5)   (7) 9mm live cartridges from magazine (174629-2) (removed in CLU by FS G. Drees)

Photographed by: FS G. Drees

Exhibit 1, 3, & 4 were swabbed for DNA and the following were collected:
5 - (174934-1)   DNA Swabs from pistol (174629-1)
6 - (174934-2)   DNA Swab from (1) 9mm live cartridge (174629-3)
7 - (174934-3)   DNA Swab from (7) 9mm live cartridges, collectively (174629-5)

Exhibits 1 & 2 were processed for friction ridge impression (FRI) evidence.

No friction ridge impressions of value were developed.

Exhibits 1-4 will be held for the Firearms section for further examination within the Crime Lab Unit.

Disposition of items included in this report:
Photographs – To be retained in Evidence.com
Collected Item(s) – To be inventoried in the Property and Evidence Unit
Property Inventory Item(s) – To be returned to the Property and Evidence Unit

*This report contains the conclusions, opinions, and/or interpretations of the examiner(s) named within the report.*

End of Report for MPD Case # 21-181642

*This report shall not be reproduced except in full without approval of the laboratory*

Signature of:
Forensic Scientist G. Drees:

Page 1 of 1

21-181642

*Address: Minneapolis Police Crime Laboratory, 505 4ᵗʰ Avenue South, Minneapolis, MN 55415*

CONFIDENTIAL

AGO0000416

**MINNEAPOLIS POLICE DEPARTMENT**
GO# MP 2021-181642
CLEARED BY
COMPLAINT
**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 08/13/2021
**(DISCHARGE WEAPON)**

## Related Attachment - CRIME LAB REPORTS

**Description**   NIBIN REPORT#1 - FIREARMS - FS ZIRZOW
**Reference Number**

CONFIDENTIAL                                                                                        AGO0000417



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
**(DISCHARGE WEAPON)**

---

**Minneapolis Police Department Crime Laboratory**
**Firearms Unit NIBIN Entry Report**

424 South 4th Street, Room 201
Minneapolis, MN 55415

THE INFORMATION IN THIS REPORT IS PRESUMPTIVE ONLY
TEST-FIRING FOR NATIONAL INTEGRATED BALLISTIC INFORMATION NETWORK (NIBIN) ENTRY DOES NOT CONSTITUTE A COMPLETE FUNCTION
TEST AND/OR FIREARM EXAMINATION OF THESE ITEMS.
COMPLETE FIREARMS EXAMINATION WILL REQUIRE A WORK ORDER REQUEST.

**NOTE:** UNLESS OTHERWISE NOTED, ALL IMAGES ENTERED INTO NIBIN ARE AUTOMATICALLY CORRELATED WITH IMAGES FROM ALL OTHER NIBIN SITES IN MINNESOTA.
ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NIBIN NATIONAL CORRELATION
TRAINING CENTER (NNCTC). ANY CONFIRMED HITS WILL BE REPORTED IN A SEPARATE REPORT FROM MPD FIREARMS EXAMINER.

MPD Case #: **21- 181642**

Requested By: ☒ Gun Investigations Unit (proactive)  ☐ Assigned Investigator **A. Lipinski**
Date of Offense: **8/13/21**
Offense: ☐ Weapon ☐ Pfarm ☐ Assault ☐ Domestic ☐ Homicide ☐ Recgun ☐ Recprop ☐ Damprp ☒ Diswea
☐ Other (specify) _____

---

**TEST FIRE:**
The following firearm was received from the Property and Evidence Unit for NIBIN entry:

Firearm Tag #: **174629-1**

Manufacturer: **Glock**          Model: **43x**

Cal/Gauge: **9mm**     Serial Number: **BTTU573**

Type of Firearm: ☒ Pistol  ☐ Other (specify) _____

Rifling: **6**     ☒ Right ☐ Left ☐ Conventional ☒ Polygonal

Safety Functional: ☒ Yes ☐ No ☐ N/A

Safety Type: ☐ Thumb ☒ Trigger ☐ Magazine ☐ Grip ☐ Decock ☐ Other (specify) _____

Test Fired: ☒ Yes ☐ No   Date test fired (if different than NIBIN entry date) _____
Functioned Normally: ☒ Yes ☐ No  (If no see notes)

NIBIN Entry Date: **8/16/21   AZ**
**ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NNCTC.

**Remarks:**

Missing rear sight

NIBIN Entry Report Completed by:   Forensic Scientist Aaron Zirzow

End of Report for MPD Case # **21-181642**

FAF-2
Rev. 2

Page 1 of 1

Issuing Authority: AZ
Issue Date: 6/1/2021

This report shall not be reproduced except in full without approval of the laboratory

---

CONFIDENTIAL

AGO0000418

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-181642

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

## Related Attachment - CRIME LAB REQUEST FOR SERVICES

**Description**   SQUAD VIDEO WORKSHEET
**Reference Number**

CONFIDENTIAL                    AGO0000419



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-181642

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 08/13/2021
(DISCHARGE WEAPON)

| Minneapolis Police Department Crime Lab Unit | Digital Media | Digital MVR Squad Video Copy |
|---|---|---|

MPD Case # 21-181642     Completed by - initials DS

Date Request Recieved 9/3/21     Copy Date 9/8/21

| | | | |
|---|---|---|---|
| MVR Digital Squad P# | 410/76909 | MVR Digital File # | 1308178 |
| Video Start Date & Time | 8/13/21 02:29 | Video Duration in Minutes | 20 |
| Video Comments | N/A | | |
| MVR Digital Squad P# | 427/76955 | MVR Digital File # | 1308152 |
| Video Start Date & Time | 8/13/21 00:32 | Video Duration in Minutes | 3 |
| Video Comments | N/A | | |
| MVR Digital Squad P# | 432/76941 | MVR Digital File # | 1308176 |
| Video Start Date & Time | 8/13/21 00:34 | Video Duration in Minutes | 47 |
| Video Comments | N/A | | |
| MVR Digital Squad P# | 460/76932 | MVR Digital File # | |
| Video Start Date & Time | | Video Duration in Minutes | |
| Video Comments | NO VIDEO | | |
| MVR Digital Squad P# | | MVR Digital File # | |
| Video Start Date & Time | | Video Duration in Minutes | |
| Video Comments | | | |
| MVR Digital Squad P# | | MVR Digital File # | |
| Video Start Date & Time | | Video Duration in Minutes | |
| Video Comments | | | |

ELLE THOMSON     Additional Comments

SQD VIDEO SNT TO HCAOW DRIVE     8/13/21 SHOTS FIRRD 3558 FREMONT N 00:32-02:47

**Changes to original request will be noted on the work order request.

DMF-01
Version 1

Page 1 of 1

Approved: SHJ
Effective: 8/20/2020

CONFIDENTIAL     AGO0000420

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-181642

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
**Incident Date 08/13/2021**
**(DISCHARGE WEAPON)**

## Related Attachment - OUTSIDE AGENCY REPORTS

**Description**  ATF E-TRACE REPORT
**Reference Number**



# MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2021-181642**

**CLEARED BY**

**COMPLAINT**

## GENERAL OFFENSE HARDCOPY

### CASE REPORT WITH NARRATIVES

Incident Date 08/13/2021

(DISCHARGE WEAPON)

---

## DEPARTMENT OF JUSTICE

### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

### NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: October 28, 2021

### FIREARMS TRACE SUMMARY

Trace Number: T20210446777     Request Date: October 12, 2021     Completion Date: October 27, 2021

MEHGAN HAMANN
MINNEAPOLIS POLICE DEPARTMENT
3000 MINNEHAHA AVE SOUTH
MINNEAPOLIS, MN 55406
PHONE: (612) 673-3502 Ext:

Badge No:        124818
Investigation No:  2021-181642

### FIREARM INFORMATION

Manufacturer: GLOCK GMBH
Model: 43X
Caliber: 9
Serial Number: BTTU573
Type: PISTOL
Country: AUSTRIA
Importer: GLOCK INC, SMYRNA GA
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 08/13/2021
Time to Crime: 34 days

3558 N GIRARD AV
MINNEAPOLIS, MN 55412
Possessor:  DOUGLAS JEROME SUTTON
DOB:  [FRCP 5.2] [FRCP 5.2] 2002
POB:       UNITED STATES

### PURCHASER INFORMATION

Purchase Date: 07/10/2021

JEROME FLETCHER HORTON JR
2215 BLAISDELL AV APT 4
MINNEAPOLIS, MN 55404
DOB: [FRCP 5.2] [FRCP 5.2] 1996
POB: MINNEAPOLIS, MN UNITED STATES
Race: BLACK                    Height: 5 ft 9 in
Sex: Male                      Weight: 189 lbs
ID 1: MN DRIVER'S LICENSE: S769190696122
ID 2: SOCIAL SECURITY: 4827
Contact the local ATF office for additional information.

### DEALER INFORMATION

FFL: 34134573

FLEET FARM
5635 HADLEY AVE N
OAKDALE, MN 55128-0000
Phone:     (651) 779-7725     Ship-To-Date:
Ext:

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

Additional Remarks:

PURCHASER LISTED ETHNICITY AS NOT HISPANIC OR LATINO.

**The information in this report must be validated prior to use in any criminal proceedings.**

Trace: T20210446777                                              Page 1 of  1

FOR OFFICIAL USE ONLY

---

CONFIDENTIAL                                                          AGO0000422



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**

CASE REPORT WITH NARRATIVES

Incident Date 08/13/2021

**(DISCHARGE WEAPON)**

GO# MP 2021-181642

CLEARED BY

COMPLAINT

**\*\*\* END OF HARDCOPY \*\*\***

CONFIDENTIAL                                                          AGO0000423

# EXHIBIT L

# MINNEAPOLIS POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Table of Contents

Event GO# MP 2021-224635 ................................................................ 1

Offense(s) ................................................................................. 1

Related Event(s) ........................................................................ 3

Person(s) ................................................................................. 3

1. ARRESTEE # 1 - SCOTT, SHAMAR JAMAREUS ................................... 3
    USE OF FORCE DETAILS .......................................................... 5
    USE OF FORCE DETAILS .......................................................... 5
    USE OF FORCE DETAILS .......................................................... 6
2. ARRESTEE # 2 - TANNER, NAMIRI LOVE LAQUANDAS ......................... 6
    USE OF FORCE DETAILS .......................................................... 8
3. ARRESTEE # 3 - TOY, AUSTIN JOEVON ........................................ 8
    USE OF FORCE DETAILS .......................................................... 10
    USE OF FORCE DETAILS .......................................................... 10
    USE OF FORCE DETAILS .......................................................... 11
4. ARRESTEE # 4 - EDWARDS, WILLIAM ERIC ................................... 11
    USE OF FORCE DETAILS .......................................................... 13
5. INVOLVED # 1 - JONES, TARSHEIKA QUANICE ............................... 13
    USE OF FORCE DETAILS .......................................................... 15
6. INVOLVED # 2 - MOORE, DESMIN TYRE ....................................... 15
    USE OF FORCE DETAILS .......................................................... 16
7. INVOLVED # 3 - STEWART, DWAYNE JR ....................................... 17
    USE OF FORCE DETAILS .......................................................... 18
8. INVOLVED # 4 - WRIGHT, DANIELE NMN ..................................... 18
    USE OF FORCE DETAILS .......................................................... 19
9. GUN TRACE # 1 - HORTON JR, JEROME FLETCHER ........................... 19
10. GUN TRACE # 2 - FRANKLIN, NOLAN MYLIK .................................. 20
11. OTHER # 1 - STEWART, DWAYNE ............................................. 21
    USE OF FORCE DETAILS .......................................................... 22

Vehicle(s) ............................................................................... 22

1. TOWED # 1 - GMH636, MN VIN# 3FA6P0H75DR175301 ....................... 22

Narrative(s) ............................................................................ 24

1. NON-PUBLIC NARRATIVE - WESTERN PERIMETER, NO CONTACT WITH SUSPECTS ............... 24
2. NON-PUBLIC NARRATIVE ...................................................... 25
3. PUBLIC NARRATIVE .......................................................... 26
4. NON-PUBLIC NARRATIVE - AST W/ GUN STOP - ARREST OF SCOTT, GUN RECOVERY ........... 27
5. NON-PUBLIC NARRATIVE - ASSIST | SCOTT ARREST | USE OF FORCE | NARC RECOVE ........ 29

CONFIDENTIAL

6. NON-PUBLIC NARRATIVE - SURVEILLANCE/ ARREST AND SEARCH OF TANNER ..................... 31

7. NON-PUBLIC NARRATIVE ...................................................................... 34

8. NON-PUBLIC NARRATIVE - ARREST OF TOY ............................................... 36

9. NON-PUBLIC NARRATIVE - ARREST ......................................................... 38

10. NON-PUBLIC NARRATIVE - ASSIST ......................................................... 40

11. NON-PUBLIC NARRATIVE - ARRESTING OFFICER EDWARDS / FIREARM RECOVERY ........... 41

12. NON-PUBLIC NARRATIVE - ARREST/TRANSPORT OF SCOTT ................................ 43

13. NON-PUBLIC NARRATIVE ..................................................................... 45

14. NON-PUBLIC NARRATIVE ..................................................................... 46

15. NCIC - NO RECORD - QG.MN02711V1.SER/AT173138.RSH/N .............................. 47

16. NCIC- RECOVERED FIREARM - ERG.MN02711V1.AT173138.SPR.XD 9.9.PI.20210930.2122 ....... 48

17. NCIC - NO RECORD - QG.MN02711V1.SER/BA456304.RSH/N .............................. 49

18. NCIC- RECOVERED FIREARM - ERG.MN02711V1.BA456304.SPR.XDS 9.9.PI.20210930.212 ...... 50

19. NON-PUBLIC NARRATIVE ..................................................................... 51

20. NON-PUBLIC NARRATIVE - VEHICLE SEARCH WARRANT .................................. 52

21. NON-PUBLIC NARRATIVE - SEARCH WARRANT ........................................... 53

22. eCHARGING INCIDENT REFERRAL - (ARRESTEE #2) TANNER, NAMIRI L (DOB: ▉FRCP 5.2▉2001) .... 55

23. eCHARGING INCIDENT REFERRAL - (ARRESTEE #3) TOY, AUSTIN J (DOB: ▉FRCP 5.2▉2001) ....... 56

24. eCHARGING INCIDENT REFERRAL - (ARRESTEE #1) SCOTT, SHAMAR J (DOB: ▉FRCP 5.2▉2000) ..... 57

25. eCHARGING INCIDENT REFERRAL - (ARRESTEE #4) EDWARDS, WILLIAM E (DOB: ▉FRCP 5.2▉199 .......... 58

26. NON-PUBLIC NARRATIVE - PC PICKUP ISSUED FOR DWAYNE STEWART ................... 59

27. NCIC - NO RECORD - QG.MN02711V1.SER/BTEW814.RSH/N .............................. 60

28. NCIC - NO RECORD - QG.MN02711V1.SER/BTSC787.RSH/N .............................. 61

29. JUDICIAL PROBABLE CAUSE - (ARRESTEE #2) TANNER, NAMIRI L (DOB: ▉FRCP 5.2▉2001) ......... 62

30. JUDICIAL PROBABLE CAUSE - (ARRESTEE #3) TOY, AUSTIN J (DOB: ▉FRCP 5.2▉2001) .............. 63

31. NON-PUBLIC NARRATIVE ..................................................................... 64

32. NON-PUBLIC NARRATIVE ..................................................................... 66

33. NON-PUBLIC NARRATIVE - EVIDENCE TO BCA ........................................... 67

34. NON-PUBLIC NARRATIVE - ARREST PC PICKUP AND DNA ................................ 68

35. NON-PUBLIC NARRATIVE - PC PICKUP ISSUED DANIELE WRIGHT ....................... 69

36. NON-PUBLIC NARRATIVE - ATF E-TRACE REQUEST SUBMITTED .......................... 70

Follow Up(s) ..................................................................................... 71

1. LEAD INVESTIGATOR  YOUNG, JUSTIN ...................................................... 71

 - NON-PUBLIC NARRATIVE - CRIMINAL HISTORY SUMMARY SHAMAR SCOTT ........................ 72

 - NON-PUBLIC NARRATIVE - CRIMINAL HISTORY SUMMARY WILLIAM EDWARDS ..................... 73

 - NON-PUBLIC NARRATIVE - SCALES INTERVIEW WILLIAM EDWARDS ........................... 74

 - NON-PUBLIC NARRATIVE - SCALES INTERVIEW SHAMAR SCOTT ............................ 75

 - NON-PUBLIC NARRATIVE - CRIMINAL HISTORY SUMMARY TANNER ......................... 76

 - NON-PUBLIC NARRATIVE - CRIM HISTORY SUMMARY FOR AUSTIN TOY ..................... 77

 - NON-PUBLIC NARRATIVE - ITEMS RETURNED FROM BCA ................................. 78

 - CRIMINAL COMPLAINT - (ARRESTEE #2) TANNER, NAMIRI L (DOB: ▉FRCP 5.2▉2001) ................. 79

 - CRIMINAL COMPLAINT - (ARRESTEE #1) SCOTT, SHAMAR J (DOB: ▉FRCP 5.2▉2000) ................. 82

 - CASE CLOSURE - CASE CLOSURE ........................................................... 85

Clearance Information .......................................................................... 86

Related Property Report(s) ..................................................................... 87

CONFIDENTIAL

AGO0000667

1. PROPERTY REPORT #  180750  (EVIDENCE) .................................................................... 87
    FIREARM (TAG # MP180750 - 1) ....................................................................................... 87
    ARTICLE (TAG # MP180750 - 2) ....................................................................................... 87
    ARTICLE (TAG # MP180750 - 3) ....................................................................................... 87
    ARTICLE (TAG # MP180750 - 4) ....................................................................................... 88

2. PROPERTY REPORT #  180743  (EVIDENCE) .................................................................... 89
    ARTICLE (TAG # MP180743 - 1) ....................................................................................... 89
    ARTICLE (TAG # MP180743 - 2) ....................................................................................... 89
    SECURITIES (TAG # MP180743 - 3) ................................................................................ 89
    DRUGS (TAG # MP180743 - 4) ......................................................................................... 90
    DRUGS (TAG # MP180743 - 5) ......................................................................................... 90
    ARTICLE (TAG # MP180743 - 6) ....................................................................................... 91
    FIREARM (TAG # MP180743 - 7) ...................................................................................... 91
    FIREARM (TAG # MP180743 - 8) ...................................................................................... 91
    FIREARM (TAG # MP180743 - 9) ...................................................................................... 92
    ARTICLE (TAG # MP180743 - 10) ..................................................................................... 92
    ARTICLE (TAG # MP180743 - 11) ..................................................................................... 92
    ARTICLE (TAG # MP180743 - 12) ..................................................................................... 92
    ARTICLE (TAG # MP180743 - 13) ..................................................................................... 93
    ARTICLE (TAG # MP180743 - 14) ..................................................................................... 93
    DRUGS (TAG # MP180743 - 15) ....................................................................................... 93
    ARTICLE (TAG # MP180743 - 16) ..................................................................................... 93
    ARTICLE (TAG # MP180743 - 17) ..................................................................................... 94
    ARTICLE (TAG # MP180743 - 18) ..................................................................................... 94
    ARTICLE (TAG # MP180743 - 19) ..................................................................................... 94

3. PROPERTY REPORT #  180746  (EVIDENCE) .................................................................... 96
    ARTICLE (TAG # MP180746 - 1) ....................................................................................... 96
    ARTICLE (TAG # MP180746 - 2) ....................................................................................... 96
    ARTICLE (TAG # MP180746 - 3) ....................................................................................... 96
    ARTICLE (TAG # MP180746 - 4) ....................................................................................... 97
    FIREARM (TAG # MP180746 - 5) ...................................................................................... 97
    ARTICLE (TAG # MP180746 - 6) ....................................................................................... 97
    ARTICLE (TAG # MP180746 - 7) ....................................................................................... 97
    ARTICLE (TAG # MP180746 - 8) ....................................................................................... 98
    ARTICLE (TAG # MP180746 - 9) ....................................................................................... 98
    ARTICLE (TAG # MP180746 - 10) ..................................................................................... 98

4. PROPERTY REPORT #  180873  (EVIDENCE) .................................................................... 100
    ARTICLE (TAG # MP180873 - 1) ....................................................................................... 100
    ARTICLE (TAG # MP180873 - 2) ....................................................................................... 100

5. PROPERTY REPORT #  180792  (EVIDENCE) .................................................................... 101
    DRUGS (TAG # MP180792 - 1) ......................................................................................... 101
    DRUGS (TAG # MP180792 - 2) ......................................................................................... 101
    ARTICLE (TAG # MP180792 - 3) ....................................................................................... 101
    SECURITIES (TAG # MP180792 - 4) ................................................................................ 102
    ARTICLE (TAG # MP180792 - 5) ....................................................................................... 102
    ARTICLE (TAG # MP180792 - 6) ....................................................................................... 103
    ARTICLE (TAG # MP180792 - 7) ....................................................................................... 103
    ARTICLE (TAG # MP180792 - 8) ....................................................................................... 103

6. PROPERTY REPORT #  180795  (EVIDENCE) .................................................................... 104
    DRUGS (TAG # MP180795 - 1) ......................................................................................... 104
    ARTICLE (TAG # MP180795 - 2) ....................................................................................... 104

CONFIDENTIAL

DRUGS (TAG # MP180795 - 3) ............................................................................................ 104

ARTICLE (TAG # MP180795 - 4) ...................................................................................... 105

7. PROPERTY REPORT #  180869  (EVIDENCE) ................................................................ 106

ARTICLE (TAG # MP180869 - 1) ...................................................................................... 106

8. PROPERTY REPORT #  181279  (EVIDENCE) ................................................................ 107

ARTICLE (TAG # MP181279 - 1) ...................................................................................... 107

ARTICLE (TAG # MP181279 - 2) ...................................................................................... 107

ARTICLE (TAG # MP181279 - 3) ...................................................................................... 107

ARTICLE (TAG # MP181279 - 4) ...................................................................................... 108

ARTICLE (TAG # MP181279 - 5) ...................................................................................... 108

ARTICLE (TAG # MP181279 - 6) ...................................................................................... 108

9. PROPERTY REPORT #  181292  (EVIDENCE) ................................................................ 109

ARTICLE (TAG # MP181292 - 7) ...................................................................................... 109

ARTICLE (TAG # MP181292 - 8) ...................................................................................... 109

ARTICLE (TAG # MP181292 - 9) ...................................................................................... 109

ARTICLE (TAG # MP181292 - 10) .................................................................................... 110

ARTICLE (TAG # MP181292 - 11) .................................................................................... 110

ARTICLE (TAG # MP181292 - 12) .................................................................................... 110

10. PROPERTY REPORT #  182392  (EVIDENCE) .............................................................. 111

ARTICLE (TAG # MP182392 - 1) ...................................................................................... 111

**Attachment(s)** ......................................................................................................................... 112

1. CRIME LAB REPORTS - EXAMINER REPORT #1 BY FS J. LEVACK .............................. 112

2. CRIME LAB REPORTS - EXAMINER REPORT #1 BY FS J. VONHAUGG ......................... 115

3. CRIME LAB REPORTS - NIBIN REPORT#1 BY FT T. SITTLOW ...................................... 117

4. SEARCH WARRANT - SW STEWART AND MN GMH636 AND PAGE 5 ........................... 123

5. SEARCH WARRANT - SW DNA TANNER AND PAGE 5 ................................................... 132

6. SEARCH WARRANT - SW DNA TOY AND PAGE 5 ......................................................... 140

7. CRIME LAB REQUEST FOR SERVICES - SQUAD VIDEO WORKSHEET ....................... 149

8. OTHER DOCUMENTS - TANNER CHARGING COMPLAINT ............................................ 152

9. OUTSIDE AGENCY REPORTS - ATF E-TRACE REPORT FOR SPRINGFIELD XD9 PR 180750-1 .. 159

10. OUTSIDE AGENCY REPORTS - ATF E-TRACE REPORT FOR GLOCK 30GEN4 (PR 180743-8) .. 161

11. OUTSIDE AGENCY REPORTS - ATF E-TRACE FOR PMF (PR 180743-9) ...................... 163

12. OUTSIDE AGENCY REPORTS - ATF E-TRACE REPORT FOR SPRINGF. XDS PR 180746-5 ....... 165

13. OUTSIDE AGENCY REPORTS - ATF E-TRACE REPORT FOR GLOCK 22 (PR 180743-7) ........... 167

14. NCIC/BCA DOCUMENTS - BCA LAB REPORT FOR DRUGS .......................................... 169

AGO0000669

**GO# MP 2021-224635**

**CLEARED BY
COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## General Offense Information

| | |
|---|---|
| Operational Status | CLEARED BY COMPLAINT |
| Reported On | SEP-30-2021  (THU.) 1900 |
| Occurred On | SEP-30-2021  (THU.) 1614 |
| Approved On | OCT-01-2021  (FRI.) |
| Approved By | 6385  -  SCHROEDER, ANDREW |
| Report Submitted By | 7894  -  YOUNG, JUSTIN |
| Org Unit | GUN INVESTIGATION UNIT |
| Address | 21ST ST E / ELLIOT AVE |
| Municipality | MINNEAPOLIS |
| County | HENNEPIN |
| | **Precinct** 3 **Sector**  1 **Neighborhood**  89 |
| Felony/ Misdemeanor | FELONY |
| Family Violence | NO |
| Cargo Theft | NO |

### EVENT VIDEO

| | |
|---|---|
| Is There Video Of The Event | YES |
| Type Of Video | BODY WORN CAMERA, IN CAR CAMERA |

## Offenses (Completed/Attempted)

| | |
|---|---|
| Offense # | 1   PFARM-0   FELON POSS-FIREARM  -  COMPLETED |
| Location | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| Suspected Of Using | N/A |
| Criminal Activity | POSSESSING / CONCEALING |
| Weapon Type | HANDGUN |
| Bias | NONE (NO BIAS) |

| | |
|---|---|
| Offense # | 2   WEAP-0   CARRY A WEAPON WITHOUT A PERMI  -  COMPLETED |
| Location | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| Suspected Of Using | N/A |
| Criminal Activity | POSSESSING / CONCEALING |
| Weapon Type | HANDGUN |
| Bias | NONE (NO BIAS) |

| | |
|---|---|
| Offense # | 3   NARC-0   NARCOTICS VIOLATION  -  COMPLETED |
| Location | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| Suspected Of Using | N/A |
| Criminal Activity | POSSESSING / CONCEALING |
| Bias | NONE (NO BIAS) |

CONFIDENTIAL                                                                                     AGO0000670



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

| | |
|---|---|
| **Offense #** | 4   FLEEFT-0   FLEE OFFICER ON FOOT  -  COMPLETED |
| **Location** | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| **Suspected Of Using** | N/A |
| **Bias** | NONE (NO BIAS) |

| | |
|---|---|
| **Offense #** | 5   FORCE-0   USE OF FORCE  -  COMPLETED |
| **Location** | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| **Suspected Of Using** | N/A |
| **Bias** | NONE (NO BIAS) |

| | |
|---|---|
| **Offense #** | 6   PCPKUP-0   P.C. PICKUP ARREST  -  COMPLETED |
| **Location** | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| **Suspected Of Using** | N/A |
| **Bias** | NONE (NO BIAS) |

| | |
|---|---|
| **Offense #** | 7   SRCHWT-0   SEARCH WARRANT - NON 1280  -  COMPLETED |
| **Location** | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| **Suspected Of Using** | N/A |
| **Bias** | NONE (NO BIAS) |

CONFIDENTIAL

AGO0000671



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Related Event(s)

1. CP  MP2021-224635

2. SC  MP2021-442

### COMPLAINT INFORMATION

**Incident Location**      **Address**   21ST ST E / ELLIOT AVE

**Precinct** 3 **Sector** 1 **Neighborhood** 89

*GENERAL INFORMATION*

| | | | |
|---|---|---|---|
| **Case Type** | SUSPICIOUS PERSON (P) | **Priority** | 2 |
| **Dispatched Time** | 16:14:50 | **En Route Time** | 16:14:50 |
| **At Scene Time** | 16:14:50 | | |
| **Unit IDs** | 180  - 181  - 182 | | |
| **Remarks** | COMPLAINANT: | | |

*CLEARANCE INFORMATION*

**Final Case Type**  SUSPICIOUS PERSON (P)

**Cleared By**  BKG-BOOKING

## Person(s)

1. **ARRESTEE # 1 - SCOTT, SHAMAR JAMAREUS**

### PERSON PHOTO

MUGSHOT  TAKEN ON 09/30/2021

\#

### CASE SPECIFIC INFORMATION

**Sex**  MALE

**Race**  BLACK

**Date Of Birth**  FRCP 5.2 2000

**Address**  6315 CAMDEN AVE N       **Apartment**  101

**Municipality**  BROOKLYN CENTER

**State**  MINNESOTA

**ZIP Code**  55430

---

CONFIDENTIAL                                                                    AGO0000672



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

**BUSINESS** (612) 249-3418

### *BCA ECHARGING*

**BCA ECharging ID** 6466826
**HCAO Case Number** 21A10262

## PERSON PARTICULARS

**DL#** C853044426216
**Place Of Birth** MINNESOTA
**Occupation** STUDENT
**Employer** FRIDLEY ALC  ,,,
**Height** 5'8     **Weight** 140 LBS.
**Build** SLIM     **Complexion** DARK
**Eye Color** BROWN
**Hair Color** BLACK     **Hair Style** AFRO, SHORT

## MASTER NAME INDEX REFERENCE / MNI

**Name** SCOTT , SHAMAR  JAMAREUS
**Sex** MALE
**Race** BLACK
**Date Of Birth** FRCP 5.2 2000
**Address** 7201 36TH AVE N     **Apartment** 211
**Municipality** CRYSTAL
**State** MINNESOTA
**ZIP Code** 55427

### *PHONE NUMBERS*

**OTHER/UNKNOWN** (612) 267-0817
**BUSINESS** (612) 249-3418

## CHARGE SUMMARY

### *CHARGE # 1*

**Offense Date** SEP-30-2021  (THU.)
**Offense** FELON POSS-FIREARM  - COMPLETED
**Charge Statute** F
**Domestic Violence** NO

## LINKAGE FACTORS

**Resident Status** NONRESIDENT
**Age Range** I - 18-21 YEARS
**Access To Firearm** YES
**Armed Stats** ARMED AT TIME OF ARREST

CONFIDENTIAL

AGO0000673



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

**CLEARED BY**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 09/30/2021
### (FELON POSS-FIREARM)

**COMPLAINT**

**Armed With** HANDGUN

**Offense** PFARM- 0  FELON POSS-FIREARM  - FELON POSS-FIREARM

**Arrest Date** SEP-30-2021  (THU.)

**Arrest Type** ON VIEW ARREST (LOCAL ARREST NO WARRANT)

## USE OF FORCE DETAILS

**Date Occured** SEP-30-2021  (THU.)

**Location** 21ST ST E / ELLIOT AVE

**Nature Of Contact** ARREST

**Subjects Present** 1

**Subject's Conduct** AGGRAVATED AGGRESSIVE RESISTANCE

**Weapons Used** HANDCUFFS, BODILY FORCE

### OFFICERS INVOLVED

**Reporting Officer** 5759  - POBUDA, JONATHON

**Date Reported** SEP-30-2021  (THU.)

### SUPERVISOR INFORMATION

**Supervisor Notified** 5759 - POBUDA, JONATHON

**Date Notified** SEP-30-2021  (THU.)

**Time Notified** 1910

**Responded** YES

### BODILY FORCE

**What Kind Of Force Did You Use?** CONTROL PRESSURE WHILE HANDCUFFING, JOINT MANIPULATION, TAKEDOWN, BODY WEIGHT TO PIN

**Where Was Force Directd** ARMS/HANDS, TORSO

## USE OF FORCE DETAILS

**Date Occured** SEP-30-2021  (THU.)

**Location** 21ST ST E / ELLIOT AVE

**Nature Of Contact** ARREST

**Subjects Present** 10

**Subject's Conduct** AGGRESSIVE RESISTANCE

**Weapons Used** FIREARM

### OFFICERS INVOLVED

**Reporting Officer** 4093  - LEPINSKI, ADAM JOSEPH

**Date Reported** SEP-30-2021  (THU.)

### FIREARMS

**Type Of Firearm Used?** HAND GUN UNHOLSTERED, HAND GUN POINTED

CONFIDENTIAL

AGO0000674



MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## USE OF FORCE DETAILS

| | |
|---|---|
| **Date Occured** | SEP-30-2021 (THU.) |
| **Location** | 21ST ST E / ELLIOT AVE |
| **Nature Of Contact** | ARREST |
| **Subject's Conduct** | AGGRESSIVE RESISTANCE |
| **Weapons Used** | FIREARM |

### OFFICERS INVOLVED

| | |
|---|---|
| **Reporting Officer** | 1424 - DAOHEUANG, SOUPHAPHONE |
| **Date Reported** | OCT-01-2021 (FRI.) |

### FIREARMS

| | |
|---|---|
| **Type Of Firearm Used?** | HAND GUN POINTED |

## 2.  ARRESTEE # 2 - TANNER, NAMIRI LOVE LAQUANDAS

### PERSON PHOTO

MUGSHOT  TAKEN ON 10/09/2021

#

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | BLACK |
| **Date Of Birth** | FRCP 5.2 2001 |
| **Address** | 54 WOOD ST |
| **Municipality** | ST PAUL |
| **State** | MINNESOTA |
| **HOME** | (612) 423-1001 |
| **CELLULAR** | (612) 261-8984 |

### BCA ECHARGING

| | |
|---|---|
| **BCA ECharging ID** | 6466824 |
| **HCAO Case Number** | 21A10260 |

### PERSON PARTICULARS

| | |
|---|---|
| **DL#** | D000052524400 |

CONFIDENTIAL

AGO0000675



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

| | |
|---|---|
| **Occupation** STUDENT | |
| **Employer** STUDIO 4   ,,, | |
| **Ethnicity** UNKNOWN | |
| **Height** 5'5 | **Weight** 127 LBS. |
| **Build** SLIM | **Complexion** DARK |
| **Eye Color** BROWN | |
| **Hair Color** BLACK | **Hair Style** AFRO, SHORT |

## MASTER NAME INDEX REFERENCE / MNI

**Name** TANNER , NAMIRI  LOVE  LAQUANDAS
**Sex** MALE
**Race** BLACK
**Date Of Birth** FRCP 5.2 2001
**Ethnicity** NON-HISPANIC AND NON-LATINO ORIGIN
**Address** 54 E WOOD ST                    **Apartment** B
**Municipality** ST PAUL
**State** MINNESOTA

*PHONE NUMBERS*

**CELLULAR** (612)  261-8984
**HOME** (612)  423-1001
**OTHER/UNKNOWN** (612)  423-1001

## ALIAS(ES)

| Name | Address | Sex | DOB |
|---|---|---|---|
| LOVE, NAMIRI | | | |
| TANNER-LAQUNDAS, NAMIRI LOVE | | | |
| LOVE, X | | M | |
| LIKO, | | U | |

## CHARGE SUMMARY

*CHARGE # 1*

**Offense Date** SEP-30-2021  (THU.) 1614
**Offense** NARCOTICS VIOLATION  - COMPLETED
**Charge Statute** F
**Domestic Violence** NO

*CHARGE # 2*

**Offense Date** SEP-30-2021  (THU.) 1614

CONFIDENTIAL                                                                AGO0000676

**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

| | |
|---|---|
| **Offense** | P.C. PICKUP ARREST  - COMPLETED |
| **Charge Statute** | F |
| **Domestic Violence** | NO |

## LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | I - 18-21 YEARS |
| **Armed With** | UNARMED |
| **Offense** | NARC- 0  NARCOTICS VIOLATION  - NARCOTICS VIOLATION |
| **Arrest Date** | SEP-30-2021  (THU.) |
| **Arrest Type** | ON VIEW ARREST (LOCAL ARREST NO WARRANT) |

## USE OF FORCE DETAILS

| | |
|---|---|
| **Date Occured** | SEP-30-2021  (THU.) |
| **Location** | 21 ST E/ELLIOT AV |
| **Nature Of Contact** | INVESTIGATIVE DETENTION |
| **Subjects Present** | 1 |
| **Subject's Conduct** | COMPLIANT |
| **Weapons Used** | HANDCUFFS |
| **Unconscious** | NO |
| **Injury Photographed** | NO |

### OFFICERS INVOLVED

| | |
|---|---|
| **Reporting Officer** | 7903  - YANG, JOHN |
| **Date Reported** | SEP-30-2021  (THU.) |
| **Responded** | NO |

### FIREARMS

| | |
|---|---|
| **Type Of Firearm Used?** | HAND GUN UNHOLSTERED |

## 3.  ARRESTEE # 3 - TOY, AUSTIN JOEVON

## PERSON PHOTO



MUGSHOT  TAKEN ON 09/30/2021

#

---

CONFIDENTIAL                                                          AGO0000677



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | BLACK |
| **Date Of Birth** | FRCP 5.2 2001 |
| **Address** | 15 GRANT ST E |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |
| **ZIP Code** | 55403-2628 |
| **CELLULAR** | UNK- |

### BCA ECHARGING

| | |
|---|---|
| **BCA ECharging ID** | 6466825 |
| **HCAO Case Number** | 21A10261 |

## PERSON PARTICULARS

| | | | |
|---|---|---|---|
| **DL#** | V000014632700 | | |
| **Ethnicity** | UNKNOWN | | |
| **Height** | 6'01 | **Weight** | 164 LBS. |
| **Build** | SLIM | **Complexion** | MEDIUM |
| **Eye Color** | BROWN | | |
| **Hair Color** | BLACK | **Hair Style** | FADE/HIGH & TIGHT/MILITARY |
| **Additional Remarks** | NICKNAME "ACE" | | |

## MASTER NAME INDEX REFERENCE / MNI

| | | | |
|---|---|---|---|
| **Name** | TOY , AUSTIN  JOEVON | | |
| **Sex** | MALE | | |
| **Race** | BLACK | | |
| **Date Of Birth** | FRCP 5.2 2001 | | |
| **Ethnicity** | UNKNOWN | | |
| **Address** | 15 GRANT ST E | **Apartment** | 912 |
| **Municipality** | MINNEAPOLIS | | |
| **State** | MINNESOTA | | |
| **County** | HENNEPIN | | |
| **ZIP Code** | 55403-2628 | | |

### PHONE NUMBERS

| | |
|---|---|
| **CELLULAR** | UNK- |

CONFIDENTIAL

AGO0000678

# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/30/2021
(FELON POSS-FIREARM)

CLEARED BY
COMPLAINT



## ALIAS(ES)

| Name | Address | Sex | DOB |
|---|---|---|---|
| GHEE ACEO, | HTTPS://WWW.FACEBOOK.COM/CRAZZII.ACE.7/TIMELINE?LST=100040950901168%3A100021908106420%3A1566434969 | | |
| ACE, | | M | **FRCP 5.2** 2001 |

## CHARGE SUMMARY

### CHARGE # 1

**Offense Date** SEP-30-2021  (THU.) 1614
**Charge Statute** F
**Domestic Violence** NO

## LINKAGE FACTORS

**Age Range** I - 18-21 YEARS
**Armed With** UNARMED
**Offense** NARC- 0  NARCOTICS VIOLATION  - COMPLETED
**Arrest Date** SEP-30-2021  (THU.)
**Arrest Type** ON VIEW ARREST (LOCAL ARREST NO WARRANT)

## USE OF FORCE DETAILS

**Date Occured** SEP-30-2021  (THU.)
**Location** 21ST ST E / ELLIOT AVE
**Nature Of Contact** INVESTIGATIVE DETENTION
**Subject's Conduct** COMPLIANT
**Weapons Used** FIREARM

### OFFICERS INVOLVED

**Reporting Officer** 1424  - DAOHEUANG, SOUPHAPHONE
**Date Reported** OCT-01-2021  (FRI.)

### FIREARMS

**Type Of Firearm Used?** HAND GUN POINTED

## USE OF FORCE DETAILS

**Date Occured** SEP-30-2021  (THU.)
**Location** 21ST ST E / ELLIOT AVE
**Nature Of Contact** ARREST
**Subject's Conduct** COMPLIANT

CONFIDENTIAL

AGO0000679



**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

**Weapons Used**   HANDCUFFS

### *OFFICERS INVOLVED*

**Reporting Officer**   5355  - OTTNEY, MARCUS
**Date Reported**   OCT-01-2021  (FRI.)

## USE OF FORCE DETAILS

**Date Occured**   SEP-30-2021  (THU.)
**Location**   21 ST E/ELLIOT AV
**Nature Of Contact**   INVESTIGATIVE DETENTION
**Subjects Present**   1
**Subject's Conduct**   COMPLIANT
**Weapons Used**   HANDCUFFS
**Unconscious**   NO
**Injury Photographed**   NO

### *OFFICERS INVOLVED*

**Reporting Officer**   7903  - YANG, JOHN
**Date Reported**   SEP-30-2021  (THU.)
**Responded**   NO

### *FIREARMS*

**Type Of Firearm Used?**   HAND GUN UNHOLSTERED

## 4.  ARRESTEE # 4 - EDWARDS, WILLIAM ERIC

## PERSON PHOTO



MUGSHOT  TAKEN ON 09/30/2021

#

## CASE SPECIFIC INFORMATION

**Sex**   MALE
**Race**   BLACK
**Date Of Birth**   FRCP 5.2 1991
**Address**   9905 55TH AVE N
**Municipality**   MINNEAPOLIS
**State**   MINNESOTA

CONFIDENTIAL                                                      AGO0000680



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

### GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 09/30/2021
#### (FELON POSS-FIREARM)

**ZIP Code** 55442
**HOME** (612) 408-5674

*BCA ECHARGING*

**BCA ECharging ID** 6466837
**HCAO Case Number** 21A10263

## PERSON PARTICULARS

**DL#** S509129937914
**Ethnicity** NON-HISPANIC AND NON-LATINO ORIGIN
**Height** 5'07      **Weight** 130 LBS.
**Build** SLIM      **Complexion** MEDIUM
**Eye Color** BROWN
**Hair Color** BLACK      **Hair Style** SHORT, TWIST
**Facial Hair Color** BLACK      **Facial Hair Type** GOATEE

## MASTER NAME INDEX REFERENCE / MNI

**Name** EDWARDS JR , WILLIAM ERIC
**Sex** MALE
**Race** BLACK
**Date Of Birth** FRCP 5.2 1991
**Ethnicity** NON-HISPANIC AND NON-LATINO ORIGIN
**Address** 9905 55TH AVE N
**Municipality** PLYMOUTH
**State** MINNESOTA
**ZIP Code** 55442

*PHONE NUMBERS*

**HOME** (612) 408-5674

## CHARGE SUMMARY

*CHARGE # 1*

**Offense Date** SEP-30-2021 (THU.) 1614
**Offense** CARRY A WEAPON WITHOUT A PERMI - COMPLETED
**Charge Statute** G
**Domestic Violence** NO

## LINKAGE FACTORS

**Age Range** K - 30-49 YEARS
**Armed With** HANDGUN
**Offense** WEAP- 0 CARRY A WEAPON WITHOUT A PERMI - COMPLETED
**Arrest Date** SEP-30-2021 (THU.)

---

CONFIDENTIAL        AGO0000681



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 09/30/2021
### (FELON POSS-FIREARM)

**Arrest Type**   ON VIEW ARREST (LOCAL ARREST NO WARRANT)

## CASE SPECIFIC CLOTHING DETAILS

**Shirt**   BLACK / T-SHIRT
**Pants**   RED, BLACK / SHORTS, CUT-OFFS
**Shoes**   RED, WHITE / ATHLETIC/SNEAKERS/TENNIS

## USE OF FORCE DETAILS

**Date Occured**   SEP-30-2021  (THU.)
**Location**   21ST ST E / ELLIOT AVE
**Nature Of Contact**   INVESTIGATIVE DETENTION
**Subject's Conduct**   AGGRESSIVE RESISTANCE
**Weapons Used**   HANDCUFFS

### OFFICERS INVOLVED

**Reporting Officer**   1617  - DUBAY, ALEXANDRA NICOLE
**Date Reported**   OCT-01-2021  (FRI.)

### SUPERVISOR INFORMATION

**Supervisor Notified**   6385 - SCHROEDER, ANDREW
**Date Notified**   OCT-01-2021  (FRI.)

### CED

**How Did You Use The CED?**   DISPLAY, RED DOT
**How Many CED Cycles Did You Use?**   0

## 5.  INVOLVED # 1 - JONES, TARSHEIKA QUANICE

## PERSON PHOTO

PHOTO  TAKEN ON 03/05/2019

#

## CASE SPECIFIC INFORMATION

**Sex**   FEMALE

CONFIDENTIAL                                                                           AGO0000682



## MINNEAPOLIS POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

| | |
|---|---|
| **Race** | BLACK |
| **Date Of Birth** | FRCP 5.2 1988 |
| **Address** | 1114 S FRANSISCO AVE |
| **Municipality** | CHICAGO |
| **State** | ILLINOIS |
| **HOME** | (612) 930-0307 |
| **BUSINESS** | (612) 930-0307 |
| **CELLULAR** | (612) 237-6094 |
| **Email** | MO61207@YAHOO.COM |

**Apartment** 1

## PERSON PARTICULARS

| | | | |
|---|---|---|---|
| **DL#** | S969172870724 | | |
| **Ethnicity** | NON-HISPANIC AND NON-LATINO ORIGIN | | |
| **Height** | 5'9 | **Weight** | 140 LBS. |
| **Build** | MEDIUM | **Complexion** | DARK |
| **Eye Color** | BROWN | | |
| **Hair Color** | BLACK | **Hair Style** | BRAIDED |

## MASTER NAME INDEX REFERENCE / MNI

| | | | |
|---|---|---|---|
| **Name** | JONES , TARSHEIKA  QUANICE | | |
| **Sex** | FEMALE | | |
| **Race** | BLACK | | |
| **Date Of Birth** | FRCP 5.2 988 | | |
| **Ethnicity** | NON-HISPANIC AND NON-LATINO ORIGIN | | |
| **Address** | 215 OAK GROVE ST | **Apartment** | 1410 |
| **Municipality** | MINNEAPOLIS | | |
| **State** | MINNESOTA | | |
| **County** | HENNEPIN | | |
| **ZIP Code** | 55403-3356 | | |

*PHONE NUMBERS*

| | |
|---|---|
| **HOME** | |
| **BUSINESS** | |
| **CELLULAR** | |
| **HOME** | (612) 930-0307 |
| **BUSINESS** | (612) 930-0307 |
| **CELLULAR** | (773) 803-4440 |
| **Email** | TARSHEKIAJONES2@GMAIL.COM |

## LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | K - 30-49 YEARS |

CONFIDENTIAL

AGO0000683



GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## USE OF FORCE DETAILS

| | |
|---|---|
| Date Occured | SEP-30-2021 (THU.) |
| Location | 21ST ST E / ELLIOT AVE |
| Nature Of Contact | INVESTIGATIVE DETENTION |
| Subject's Conduct | COMPLIANT |
| Weapons Used | FIREARM, HANDCUFFS |
| Remarks | PLAINCLOTHES OFFICERS AND INVESTIGATORS HAD INFORMATION THAT MULTIPLE INDIVIDUALS ON THE LISTED BLOCK WERE ARMED. I ARRIVED WITH OTHERS, EXITED SQUAD AND ORDERED MULTIPLE PARTIES TO THE GROUND AT GUNPOINT. ONCE ON THE GROUND, I HANDCUFFED TARSHEIKA JONES AND WALKED HER TO MY SQUAD. MOMENTS LATER SHE WAS RELEASED. I BOOKED TANNER HCJ. |

### OFFICERS INVOLVED

| | |
|---|---|
| Reporting Officer | 7011  - SUNDBERG, NATHAN |
| Date Reported | SEP-30-2021 (THU.) |

### FIREARMS

| | |
|---|---|
| Type Of Firearm Used? | HAND GUN POINTED |

## 6.  INVOLVED # 2 - MOORE, DESMIN TYRE

### PERSON PHOTO



**MUGSHOT  TAKEN ON 04/03/2020**

#

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| Sex | MALE |
| Race | BLACK |
| Date Of Birth | FRCP 5.2 1999 |
| Address | 4219 DUPONT AVE N          Apartment  1 |
| Municipality | MINNEAPOLIS |
| State | MINNESOTA |
| ZIP Code | 55412 |
| CELLULAR | (763)  267-5455 |
| BUSINESS | (612)  432-4551 |
| HOME | (651)  423-4523 |
| Email | 6125017462 |

CONFIDENTIAL                                                                AGO0000684



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

CLEARED BY
COMPLAINT

## PERSON PARTICULARS

**DL#** G467091081017
**Employer** OLSON
**Ethnicity** NON-HISPANIC AND NON-LATINO ORIGIN
**Height** 6'00                                           **Weight** 197 LBS.
**Build** STOCKY                                       **Complexion** DARK
**Eye Color** BROWN
**Hair Color** BLACK

## MASTER NAME INDEX REFERENCE / MNI

**Name** MOORE , DESMIN  TYRE
**Sex** MALE
**Race** BLACK
**Date Of Birth** FRCP 5.2 1999
**Ethnicity** NON-HISPANIC AND NON-LATINO ORIGIN
**Address** 2219 6TH ST N
**Municipality** MPLS
**State** MINNESOTA

*PHONE NUMBERS*

**HOME** (651)  423-4523
**CELLULAR** (763)  267-5455
**BUSINESS** (612)  432-4551
**Email** 6125017462

## LINKAGE FACTORS

**Resident Status** RESIDENT
**Age Range** J - 22-29 YEARS

## USE OF FORCE DETAILS

**Date Occured** SEP-30-2021  (THU.)
**Location** 21ST ST E / ELLIOT AVE
**Nature Of Contact** ARREST
**Subject's Conduct** COMPLIANT
**Weapons Used** FIREARM, HANDCUFFS

*OFFICERS INVOLVED*

**Reporting Officer** 1424  - DAOHEUANG, SOUPHAPHONE
**Date Reported** OCT-01-2021  (FRI.)

*FIREARMS*

CONFIDENTIAL                                                                                     AGO0000685



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 129 of 284

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/30/2021
(FELON POSS-FIREARM)

| | |
|---|---|
| **Type Of Firearm Used?** | HAND GUN UNHOLSTERED |

## 7. INVOLVED # 3 - STEWART, DWAYNE JR

### PERSON PHOTO



MUGSHOT  TAKEN ON 10/20/2021

#

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | BLACK |
| **Date Of Birth** | [FRCP 5.2]1990 |
| **Address** | 1119 24TH AVE N |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |
| **ZIP Code** | 55404 |
| **CELLULAR** | (773) 536-4370 |
| **CELLULAR** | (612) 528-1598 |

### PERSON PARTICULARS

| | | | |
|---|---|---|---|
| **DL#** | P000036198200 | | |
| **Place Of Birth** | ILLINOIS | | |
| **Ethnicity** | NON-HISPANIC AND NON-LATINO ORIGIN | | |
| **Height** | 0'00 | **Weight** | 0 LBS. |
| **Build** | MEDIUM | **Complexion** | DARK BROWN |
| **Eye Color** | BROWN | | |
| **Hair Color** | BLACK | **Hair Style** | SHORT |

### MASTER NAME INDEX REFERENCE / MNI

| | |
|---|---|
| **Name** | STEWART , DWAYNE    JR |
| **Sex** | MALE |
| **Race** | BLACK |
| **Date Of Birth** | [FRCP 5.2]1990 |
| **Ethnicity** | UNKNOWN |
| **Address** | 1220 E SAINT GERMAIN ST APT 213 |

CONFIDENTIAL

AGO0000686



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

### GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 09/30/2021
### (FELON POSS-FIREARM)

---

**Municipality** SAINT CLOUD
**State** MINNESOTA
**ZIP Code** 56304-2509

### PHONE NUMBERS

**CELLULAR** (612) 528-1598
**CELLULAR** (612) 261-6213
**Email** DWAYNESTEWART@GMAIL.COM

## LINKAGE FACTORS

**Age Range** K - 30-49 YEARS

## USE OF FORCE DETAILS

**Date Occured** OCT-13-2021 (WED.)
**Location** 21ST ST E / ELLIOT AVE
**Nature Of Contact** ARREST
**Subjects Present** 1
**Subject's Conduct** COMPLIANT, VERBAL NON-COMPLIANCE

### OFFICERS INVOLVED

**Reporting Officer** 2997 - HICKEY, CONAN
**Date Reported** OCT-13-2021 (WED.)

### FIREARMS

**Type Of Firearm Used?** HAND GUN POINTED

## 8. INVOLVED # 4 - WRIGHT, DANIELE NMN

### CASE SPECIFIC INFORMATION

**Sex** MALE
**Race** BLACK
**Date Of Birth** FRCP 5.2 1988
**Address** 970 PICKETT ST N
**Municipality** BAYPORT
**State** MINNESOTA
**ZIP Code** 55003

## PERSON PARTICULARS

**DL#** A561076111512

## MASTER NAME INDEX REFERENCE / MNI

---

CONFIDENTIAL                                                                                    AGO0000687



GO# MP 2021-224635

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

| | |
|---|---|
| **Name** | WRIGHT , DANIELE |
| **Sex** | MALE |
| **Race** | BLACK |
| **Date Of Birth** | FRCP 5.2 1988 |
| **Ethnicity** | NON-HISPANIC AND NON-LATINO ORIGIN |
| **Address** | 970 PICKETT ST N |
| **Municipality** | BAYPORT |
| **State** | MINNESOTA |
| **ZIP Code** | 55003 |

## LINKAGE FACTORS

**Age Range**  K - 30-49 YEARS

## USE OF FORCE DETAILS

| | |
|---|---|
| **Date Occured** | SEP-30-2021  (THU.) |
| **Location** | 21ST ST E / ELLIOT AVE |
| **Nature Of Contact** | INVESTIGATIVE DETENTION |
| **Subject's Conduct** | COMPLIANT |
| **Weapons Used** | FIREARM, HANDCUFFS |

### *OFFICERS INVOLVED*

| | |
|---|---|
| **Reporting Officer** | 7894  - YOUNG, JUSTIN |
| **Date Reported** | SEP-30-2021  (THU.) |

### *FIREARMS*

**Type Of Firearm Used?**  HAND GUN UNHOLSTERED

## 9.  GUN TRACE # 1 - HORTON JR, JEROME FLETCHER

### PERSON PHOTO



PHOTO  TAKEN ON 09/18/2013

CD# MP 226523

## CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | BLACK |

CONFIDENTIAL                                                                 AGO0000688



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

| | |
|---|---|
| **Date Of Birth** | FRCP 5.2 1996 |
| **Address** | 123 59TH ST E | **Apartment** 204 |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |
| **ZIP Code** | 55419 |
| **HOME** | (612) 886-1535 |
| **CELLULAR** | UNK-NOWN |

## PERSON PARTICULARS

| | | | |
|---|---|---|---|
| **DL#** | S769190696122 | | |
| **Height** | 5'8 | | |
| **Build** | MEDIUM | **Complexion** | MEDIUM |
| **Eye Color** | BROWN | | |
| **Hair Color** | BLACK | **Hair Style** | DREADLOCKS, LONG |

## MASTER NAME INDEX REFERENCE / MNI

| | | | |
|---|---|---|---|
| **Name** | HORTON , JEROME  FLETCHER | | |
| **Sex** | MALE | | |
| **Race** | BLACK | | |
| **Date Of Birth** | FRCP 5.2 1996 | | |
| **Address** | 123 59TH ST E | **Apartment** | 204 |
| **Municipality** | MINNEAPOLIS | | |
| **State** | MINNESOTA | | |
| **County** | HENNEPIN | | |
| **ZIP Code** | 55419 | | |

### PHONE NUMBERS

| | |
|---|---|
| **HOME** | (612) 886-1535 |
| **CELLULAR** | UNK-NOWN |

## LINKAGE FACTORS

| | |
|---|---|
| **Age Range** | J - 22-29 YEARS |

## 10.  GUN TRACE # 2 - FRANKLIN, NOLAN MYLIK

## CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | BLACK |
| **Date Of Birth** | FRCP 5.2 1995 |
| **Address** | 2300 PLEASANT AVE |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |

CONFIDENTIAL                                                                          AGO0000689



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

COMPLAINT

ZIP Code  55404

## PERSON PARTICULARS

|  |  |  |  |
|---|---|---|---|
| **DL#** D464073412414 |  |  |  |
| **Occupation** UNKNOWN |  |  |  |
| **Employer** UNKNOWN   UNKNOWN |  |  |  |
| **Ethnicity** NON-HISPANIC AND NON-LATINO ORIGIN |  |  |  |
| **Language(s) Spoken** ENGLISH |  |  |  |
| **Height** 5'11 |  | **Weight** 156 LBS. |  |
| **Build** SLIGHT/VERY THIN |  | **Complexion** DARK |  |
| **Eye Color** BROWN |  |  |  |
| **Hair Color** BLACK |  | **Hair Style** DREADLOCKS |  |

## MASTER NAME INDEX REFERENCE / MNI

**Name**  FRANKLIN , NOLAN  MYLIK
**Sex**  MALE
**Race**  BLACK
**Date Of Birth**  FRCP 5.2 1995
**Ethnicity**  NON-HISPANIC AND NON-LATINO ORIGIN
**Address**  2300 PLEASANT AVE
**Municipality**  MINNEAPOLIS
**State**  MINNESOTA
**County**  HENNEPIN
**ZIP Code**  55404

## LINKAGE FACTORS

**Age Range**  J - 22-29 YEARS

## 11.  OTHER # 1 - STEWART, DWAYNE

## CASE SPECIFIC INFORMATION

**Sex**  MALE
**Race**  BLACK
**State**  MINNESOTA

## PERSON PARTICULARS

**DL#**  H000058230200
**Ethnicity**  UNKNOWN

## LINKAGE FACTORS

**Resident Status**  UNKNOWN

CONFIDENTIAL                                                                      AGO0000690



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Age Range  0 - UNKNOWN

## USE OF FORCE DETAILS

| | |
|---|---|
| **Date Occured** | SEP-30-2021  (THU.) |
| **Location** | 21 ST E/ELLIOT AV |
| **Nature Of Contact** | INVESTIGATIVE DETENTION |
| **Subject's Conduct** | COMPLIANT |
| **Weapons Used** | HANDCUFFS |
| **Unconscious** | NO |
| **Injury Photographed** | NO |

### OFFICERS INVOLVED

| | |
|---|---|
| **Reporting Officer** | 7903  - YANG, JOHN |
| **Date Reported** | SEP-30-2021  (THU.) |
| **Responded** | NO |

### FIREARMS

| | |
|---|---|
| **Type Of Firearm Used?** | HAND GUN UNHOLSTERED |

## Vehicle(s)

### 1.  TOWED # 1 - GMH636, MN VIN# 3FA6P0H75DR175301

## CASE SPECIFIC INFORMATION

| | |
|---|---|
| **License Number** | GMH636 |
| **State Of Issue** | MINNESOTA |
| **VIN** | 3FA6P0H75DR175301 |
| **License Type** | PASSENGER CAR |
| **Year Of Issue** | 2022 |
| **Misc. Information** | BULLET HOLE ON PASS. SIDE FRONT PANEL |
| **Type** | AUTOMOBILES (SUV, MINI VANS) |
| **Make And Model** | FORD  FUSION |
| **Style** | 4DR AUTOMOBILE |
| **Year** | 2013 |
| **Color** | GRAY |

## MASTER VEHICLE INDEX REFERENCE

| | |
|---|---|
| **License Number** | GMH636 |
| **State Of Issue** | MINNESOTA |

### OWNER INFORMATION

| | |
|---|---|
| **Owner Type** | PERSON |

CONFIDENTIAL                                                                            AGO0000691



CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 135 of 284

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

**Owner Role**   TOWED

CONFIDENTIAL

AGO0000692



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** WESTERN PERIMETER, NO CONTACT WITH SUSPECTS
**Author** 6754 - SPIES, JACOB
**Related Date** Sep-30-2021

On 9/30/2021 I was equipped with a BWC assigned to squad 483, P#76856, with my partner Sgt. Bloss. I am currently assigned to the 4th Precinct Community Response Team. We were assigned to participate in a multi agency, federal and state, joint enforcement detail targeting known violent hot spots in the city. We were advised the Gun Investigations Unit was monitoring a group of individuals in the area of Elliot Ave and 22nd St E. Officers had identified multiple people in the group through surveillance. Several were wanted for warrants or PC pickups. Officers also received information that several were armed with illegal guns.

We responded to assist with a stop of these suspects and coordinated with other marked units. We were assigned to cover the alley to the west in the event the suspects fled to the west. When given the signal to move in I drove to the alley west of Elliot, north of 22nd and exited my squad. Due to the information that suspects were armed with illegal firearms I had my handgun in my hand. I heard Officers state over the radio that several individuals were running. I began looking for suspects and ran to Chicago then NB. I heard Officers air that a suspect threw a gun. I did not cross paths with any suspects and heard that everyone was in custody. I holstered my gun and assisted with perimeter. We cleared the scene after everything was secure.

CONFIDENTIAL

AGO0000693



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 7011 - SUNDBERG, NATHAN
**Related Date** Sep-30-2021

On 09/30/2021, I was working as a member of the Gun Investigation Unit, assigned to Squad 610 (P# 76829, a black unmarked SUV with emergency lights and siren). I was wearing blue uniform pants, a blue uniform t-shirt, and a raid vest with "POLICE" across the front and back. I also had a velcro badge on my front.

During the course of my shift, I was assigned as a takedown squad for a large group of males, with information relayed to me that many of them had possession of firearms.

At approximately 1850 hours, I responded to the 2100 block of Elliot Avenue South, along with numerous other squads and unmarked vehicles for the purpose of detaining these individuals (whom were also the subject of numerous 911 calls by neighbors). With my emergency lights activated, I pulled onto Elliot from 22nd Street East and observed a large group on the west side of Elliot.

I pulled up to the group, jumped out of my squad and ordered these individuals to the ground with my handgun pointed at the group. approximately a half dozen laid down prone, with numerous others fleeing northbound as squads arrived from the north.

Officers began handcuffing individuals and I cuffed Tarshekia Jones. Jones was assisted to her feet prior to cuffing and was seated in my squad. Once positively identified, she was released.

Namiri Tanner was placed in my squad by another officer. Sgt. Lepinski authorized PC for Narcotics and he was transported to HCJ for booking.

This ends my involvement.

BWC and MVR activated.

CONFIDENTIAL

AGO0000694



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD    Doc. 205-3    Filed 04/04/25    Page 138 of 284

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** PUBLIC NARRATIVE
**Subject**
**Author** 7894 - YOUNG, JUSTIN
**Related Date** Sep-30-2021

Officers received information regarding several armed males being at the listed location. The was detained and two handguns were recovered as well as suspected narcotics. Four males were booked HCJ for weapons/narcotics offenses. The listed vehicle was towed and a search warrant was executed which resulted in the recovery of three handguns and suspected narcotics.

CONFIDENTIAL

AGO0000695



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** AST W/ GUN STOP - ARREST OF SCOTT, GUN RECOVERY
**Author** 4093 - LEPINSKI, ADAM JOSEPH
**Related Date** Sep-30-2021 22:32

I am currently assigned as a Sergeant with the Minneapolis Police Gun Investigation Unit (GIU). The goal of this unit is to investigate the illegal possession of firearms in an effort to reduce violent crime. These investigations often involve surveillance from unmarked vehicles, working with confidential informants, and collaboration with other investigative units within MPD.

On 09/30/2021, my unit was participating in a multi-agency focused enforcement detail involving numerous MPD officers, HCSO deputies, and ATF Special Agents. The detail was focusing on specific areas in north Minneapolis with recent increases in gun violence, however, we started the detail in south Minneapolis due to officers having a wanted individual in sight in the 2100 block of Elliot Av S. The male was Namiri TANNER and he was wanted in connection with a previous GIU weapons arrest where he fled on foot and a firearm was recovered (see 21-161750).

Surveillance was established by officers in plain clothes and in unmarked police vehicles. TANNER was with a large group of individuals on this block. I was working in a surveillance capacity during the detail. I watched the group from the 2200 block of Elliot, looking northbound. I observed several vehicles associated with the group, to include a gray Ford Fusion (MN - GMH636), which I was familiar with from previous surveillance details. This vehicle had also fled from officers during a previous detail on 08/04/21. GIU Sgt. Lee actually had a signed search warrant for this vehicle at the time of this detail. The plan to was move in to arrest TANNER when enough resources arrived and stop/tow the Ford Fusion.

As the surveillance progressed, Officer YOUNG was in contact with a Confidential Reliable Informant (CRI herein), who was providing real time information to him. Officer YOUNG provided information to the detail about specific individuals who were believed to be armed with firearms. See his report for further details. I continued to monitor the group and observed numerous males gambling/rolling dice on the east sidewalk. I took photographs from a distance using a digital camera. One of the men I saw rolling dice was wearing a white hooded sweatshirt, blue jeans, had a black fanny pack across his chest and blue hat. This male was later identified as Shamar SCOTT.

During the detail, a 911 call came in regarding a citizen complaining about 20+ gang members loitering on this same block.

Once enough resources arrived, to include additional squads and unmarked police vehicles, a plan was made to move officers in to detain TANNER, stop identified PERGUN's that Officer Young had received information about and tow the Ford Fusion. TANNER was wearing a white muscle shirt and had a black ski mask on. When Officers moved in, I exited my unmarked vehicle wearing a black raid style police vest with clear POLICE markings. My BWC was already activated. I ran up to assist and heard that individuals were running on foot. As I passed the Ford Fusion, I opened the driver's door (tinted windows so couldn't see through) and visually cleared the vehicle. There was no one inside.

I then heard officers yelling "right there" or something similar, indicating that a male was in sight that was fleeing from officers on foot. I looked north and saw SCOTT running in a SE direction across

CONFIDENTIAL

AGO0000696

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

the intersection of 21st ST E and Elliot AV S. SCOTT was basically running in my direction and I closed the distance on him moving northbound. My handgun was drawn and pointed at SCOTT. I observed SCOTT holding a black handgun in his hand as he ran towards me. The handgun was black and easily visible in his hand, especially with SCOTT's bright white colored sweatshirt as the backdrop. I pointed my gun directly at SCOTT and told him to "drop the gun!" at least 2-3 times. This situation was tense as SCOTT was holding the handgun, initially refusing to drop it and getting closer to me. There were numerous officers and marked squads with activated lights on at this time. It should have been readily apparent that SCOTT was being pursued by police officers and not someone else. I was in fear at this time as SCOTT was getting closer to me and still had the handgun in his hand. I was preparing to discharge my firearm at SCOTT when he threw the handgun about five feet in front of him next to a tree. This entire interaction was only a matter of seconds. My eyes were focused in on the handgun and I saw the handgun leave his hand. SCOTT was then taken into custody by other officers. I gave SCOTT verbal commands to stop resisting and that he was under arrest. After everything was code 4, I immediately holstered my handgun to de-escalate. There was no one else in the immediate area where SCOTT was arrest or where the gun was recovered.

I then photographed and recovered the handgun using fresh latex gloves. I also collected the black fanny pack that another officer had removed from SCOTT's torso. The handgun was a black Springfield semi-auto S/N: BA456304. It was loaded with a live round in the chamber and several in the handgun. I gave the handgun to Officer Werner for inventory. SCOTT has prior convictions that make him a prohibited person.

I stayed on scene to discuss other officer's arrests/evidentiary findings. I learned there were three other males arrested and a few other handguns recovered. An ATF agent handed me a cell phone in a white/gray case that was recovered somewhere along the path of the foot chase of SCOTT. The phone presumably belongs to him.

Officer Campbell/Ottney had arrested Austin TOY at this scene for PC Weapons. I viewed TOY in the back of their squad and he appeared fine. They told me that when TOY found out he was going to jail he started acting like he was overdosing. EMS was summoned and I asked for them Code 3. There was a large and somewhat hostile crowd growing on the block. People were yelling and swearing at officers. For this reason, I requested that TOY be brought to 18th/Chicago to meet EMS. I went to that location as quickly as possible to ensure TOY was being taken care of by EMS. TOY was transported to HCMC. It is unclear at the time of this report if TOY was being serious or if he was faking it in an attempt to avoid jail.

My BWC video and scene photographs were uploaded to Evidence.com.

CONFIDENTIAL                                                                    AGO0000697



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** ASSIST | SCOTT ARREST | USE OF FORCE | NARC RECOVE
**Author** 5759 - POBUDA, JONATHON
**Related Date** Sep-30-2021 21:55

I, Officer Jonathon Pobuda, am currently assigned to the First Precinct Community Response Team (CRT). As part of this unit, my duties include investigating street level narcotic trafficking, theft crimes, weapons offenses, assaults, burglaries, robberies, problem properties, and conducting directed patrols in the precincts focus zones. Since being on the team, I have attended training on conducting narcotic investigations, trends in the trafficking of narcotics, and open source investigative tools. I have conducted narcotic, weapons, aggravated robbery, assault, and burglary investigations that have led to the recovery of evidence and the arrest of those who were involved.

On 09/30/2021, I was working with SGT Daoheuang on a Focused Enforcement Detail in the area of 21th St E and Elliot Avenue. Information was provided by investigators in the Minneapolis Gun Investigation Unit (GIU), there was a group of known high end gang members in loitering outside of a house on the west side of Elliot Avenue. One male, identified as NAMIRI LOVE LAQUANDAS TANNER, DOB FRCP 5.2 2001, was in the group and was in possession of a firearm. TANNER was known to have a PC Pick Up for his arrest for felon in possession and fled on foot. TANNER is a member of the 10'z gang. This gang operates in south Minneapolis in the area of Chicago Avenue and East Franklin Avenue. Additional information was provided that MAKAI PATTERSON was in the group with TANNER. PATTERSON was wanted for felon in possession, riot, and a shooting. GIU investigators advised they had a search warrant for a Ford Fusion, MN GMH636. This vehicle was observed parked on the east side of Elliot Avenue.

SGT Daoheuang and I were assigned to arrive from the south and to assist with stopping the group to arrest TANNER and PATTERSON. SGT Daoheuang and I were in a city unmarked squad, P#76884, and signed on as squad 180. This squad is equipped with emergency lights and sirens. My uniform consisted of duty pants, duty belt, short sleeved shirt with MPD and CRT on the sleeves, and an outer carrier that displays my name, badge, and department issued BWC.

At approx. 1848 hours, my partner and I arrived from the south. My BWC was activated prior to arriving. As we approached the group with our squad emergency lights activated, I observed several people in the group begin to flee on foot. I exited the squad and approached two males who were laying on the ground in the prone position. I advised there were under arrest.

One of the males who fled north on foot, later identified as SHAMAR JAMEREUS SCOTT, DOB FRCP 5.2 2000, turned around and began to run south on Elliot Avenue to avoid arrestor capture by assisting officers. SCOTT was wearing a white hoodie, white washed jeans, and had a bag slung over his shoulder. I observed SCOTT running south and then turning west on 21st Street. I then went to assist other officers attempting to arrest SCOTT. SCOTT turned south on 21st St, running towards me. I attempted to stop SCOTT by grabbing onto his arm, but I tripped on a short retaining wall and fell against a house injuring my right elbow. SCOTT ran by me turning south on to Elliot Avenue.

I got up and continued to pursue after SCOTT. As SCOTT was crossing to the east side of Elliot Avenue I observed him drop a black pistol on the ground by a tree in the boulevard. SCOTT stopped and turned after he dropped the pistol. Because SCOTT was within arms reach of the pistol, his level of aggravated aggressive resistance, and for the safety of the officers and civilians on foot, I wrapped my arms around his arms and pin them to his side, and used a controlled take down to

CONFIDENTIAL                                                          AGO0000698

CASE 0:22-cv-02694-JRT-JFD    Doc. 205-3    Filed 04/04/25    Page 142 of 284



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

prevent SCOTT from attempting to pick up the pistol. The pistol was recovered by an assisting officer.

,
After SCOTT was on the ground I took control of his arms and used my body weight and joint manipulation to move SCOTT's right arm to his lower back. The bag SCOTT had on him was removed and collect by an assisting officer. I then gave verbal commands for SCOTT to cooperate, he was under arrest, and to move his left arm to his lower back. SCOTT complied. I then placed SCOTT in handcuffs. SCOTT stated he was having trouble breathing. SCOTT was placed in the recovery position for comfort and searched incident to arrest. SCOTT said , "thank you that helped." When he was placed in the recovery position. I then assisted SCOTT to the seating position and then assisted him to his feet. When SCOTT was by our squad I double locked the handcuffs and checked for tightness. SCOTT was placed in the back of our squad with the MVR recording. After SCOTT was secured in the squad, I realized I injured my left thumb during the take down.

I advised SGT Daoheuang on my used of force and injuries.

I identified DESMIN TYRE MOORE, DOB ▓FRCP 5.2▓1999, by name and entered his info into the call. MOORE was clear warrants.

I then identified SCOTT by name. SCOTT had an active felony warrant from Washington County. The warrant was later confirmed through MECC. SCOTT has a criminal history that prohibits him from possessing and concealing firearms and ammunition. SCOTT was booked at HCJ for PC Weapons and his active warrant. My partner and I transported SCOTT to HCJ.

My BWC was deactivated prior to entering intake with SCOTT.

Following SCOTT being processed, I checked the back seat of our squad to see if any contraband or narcotics were discarded by SCOTT. I observed white powder marks on the driver side floor. I confirmed with SGT Daoheuang the powder marks were not there when we did our squad inspection prior to signing on for the focused enforcement detail. I reactivated my BWC. I observed clear plastic baggie that contained small bindles of a white rock like substance wrapped in plastic and tied off with a knot. Based on my training and experience from conducting prior narcotics investigations, I had reason to believe the white rock like substance was crack cocaine and the white powder was crack cocaine SCOTT crushed with his foot. During the transport I did hear SCOTT moving around in the back seat on the driver side. Using my department issued cell phone, I took photos of the suspected narcotics and white powder. The suspect narcotics was collected. I then cleaned the driver side floor with chemical cleaner and paper towels at HCJ prior to leaving. I then added PC Narcotics to SCOTT's HCJ intake form.

After clearing HCJ I went to HCMC to have my left thumb and right elbow evaluated.

My BWC videos and photos were up loaded to evidence.

Use of Force details page was completed.

CONFIDENTIAL                                                      AGO0000699



MINNEAPOLIS POLICE DEPARTMENT
GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** SURVEILLANCE/ ARREST AND SEARCH OF TANNER
**Author** 7894 - YOUNG, JUSTIN
**Related Date** Sep-30-2021 18:50

On the above date/time I was assigned to the Gun Investigations Unit and was working in a plain clothes capacity, driving an unmarked police vehicle not equipped with emergency lights, siren, or MVR.

At approximately 1545 hours I was driving southbound on Elliot from 21st Street East when I observed a male who I know from prior police contacts to be NAMIRI LOVE LAQUANDAS TANNER (DOB [FRCP 5.2] 2001) standing in the middle of the street on the 2100 block of Elliot. I know TANNER to be a known 10z gang member who has a history of carrying firearms. I was also aware that Sgt. Lee also had a PC Pickup issued for TANNER for a previous incident where TANNER fled from GIU officers and a handgun was recovered, MPD case #21-161750. TANNER is prohibited from possessing firearms due to his criminal history.

I observed another male who I know from prior police contacts to be MAKAI ANDREIS PATTERSON (DOB [FRCP 5.2] 1999). I was aware that PATTERSON currently has an active PC Pickup issued for him for RIOT relating to a prior shooting incident in north Minneapolis.

I also observed a large group of males (approximately 10-15) standing on the sidewalk and in the front yard of 2106 Elliot, located on the west side of Elliot approximately two houses south of 21st Street. I recognized several of the males to be known 10z/Crazii Boys/B-Block gang associates. I requested assistance from other GIU officers to assist with surveillance.

PATTERSON eventually left and we were unable to locate him. Myself and other GIU officers continued surveillance on the group on the west side of Elliot, just south of 21st Street. I heard GIU officers air that at least two of the males appeared to possibly be armed.

I spoke with Sgt. Lee who advised me that he was just contacted by a CRI regarding the group on Elliot. Sgt. Lee advised me that the CRI told him that at least 4-5 males in the group were armed with firearms. Sgt. Lee advised that the CRI advised him that DWAYNE STEWART was with the group. I am familiar with STEWART and am aware that he drives a gray Ford Fusion bearing Minnesota license plate GMH-636. I have observed this vehicle on several occasions parked in front of the Minneapolis Market at 814 Franklin. This Ford Fusion fled from GIU officers previously when the tried to stop it back in August.

Sgt. Lee had the CRI call me and I personally spoke with the CRI. The CRI told me that TANNER was on the 2100 block of Elliot and armed with a handgun. The CRI told me TANNER was wearing a white tank top, and stone washed jeans. The CRI also told me that a male in a blue puffy jacket was armed with a handgun. I observed this male and recognized him to be JOVAN LARK. The CRI also told me that a tall black male wearing all grey was armed with a handgun. Surveillance officers advised that they observed all three males standing amongst the group on Elliot. The CRI also advised me that a male wearing a white sweatshirt and blue hat was also armed with a handgun. Surveillance officers confirmed that they observed a male matching this description amongst the group.

Sgt. Lee advised me that he had a signed search warrant for the Ford Fusion. I passed this

CONFIDENTIAL                                                                      AGO0000700



MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

information along to surveillance officers. I observed a gray Ford Fusion parked on the east side of Elliot directly across from the large group. Surveillance officers advised that the plate on the Fusion was GMH-636. Surveillance officers also advised that they observed several males getting in and out of the Fusion. Surveillance officers aired that they observed TANNER walk up to the Fusion, remove something from under his shirt, and then put it into the Fusion.

During surveillance, a 911 call came in which stated that the caller was reporting 20 gang members standing in front of his house on the 2100 block of Elliot. Surveillance was continued and officers aired that the group was shooting dice and appeared to be gambling on the sidewalk.

We requested assistance from 4th Precinct CRT, 1st Precinct CRT, Hennepin County VOTF, and the ATF with attempting to detain the group due to the large number of people and information that there were several people armed with firearms.

After approximately 1850 hours we moved in on the group, specifically focusing on TANNER and securing the Ford Fusion to execute the search warrant for Sgt. Lee.

I put my black raid vest on prior to the stop. My vest is clearly marked "POLICE" in white writing across the front and back. My department issued body camera was mounted on the front of my vest and I activated it as I arrived. I drove my vehicle eastbound on 21st from Chicago behind several marked squads. Information was aired that the male in the white hoodie (SHAMAR SCOTT) was running. I exited my car and un-holstered my handgun. I went south on Elliot on foot where I came across Officer DAUBLE who had DANIELE WRIGHT JR detained on the sidewalk directly in front of 2106 Elliot Av S. I handcuffed WRIGHT and had him continue to lay face down on the ground because there were other males nearby and I was unsure if they needed to be handcuffed. I approached two other males, TANNER, and AUSTIN TOY who were also laying on the sidewalk in front of 2106 Elliot. I assisted TANNER to his feet and walked him to Officer SUNDBERG'S squad.

I searched TANNER because I knew he was going to be booked for his PC PICKUP. I recovered a plastic baggie containing a white powdery substance I suspected to be cocaine from TANNER'S front left pants pocket. I also located $95 U.S. Currency. I recovered a small plastic baggie containing 12 white round pills with the inscription "RP 10", suspected to be Oxycodone Hydrochloride from TANNER'S coin pocket on the right side of his pants. I also recovered a black Iphone and a black ski mask from TANNER. All of these items were later property inventoried as evidence.

I learned that a handgun was recovered from the male in the white sweatshirt, SHAMAR SCOTT. I observed a Glock handgun sticking out from underneath the front passenger seat of the Ford Fusion, GMH-636.

The Ford Fusion was towed to the impound lot and I followed it. Sgt. Lee emailed a copy of the search warrant for the Fusion which Sgt. Schroeder and I executed at the impound lot. I took pictured of the Fusion before searching.

I put on a pair of clean latex gloves and recovered a black Glock .40 Handgun from underneath the front passenger seat. The serial number on the handgun was BTSC787. I removed the magazine and observed an unknown quantity of .40 caliber ammunition. I then pulled the slide back and ejected a live round of .40cal ammunition. All items were secured in clean evidence packaging and later property inventoried.

CONFIDENTIAL                                                    AGO0000701

MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

I continued searching and recovered two more handguns from underneath the driver's seat. I put on a pair of clean latex gloves and recovered a black/army green handgun with no markings. This handgun had a tan magazine which I removed and observed a quantity of 9mm ammunition. I then pulled the slide back and ejected a single live round of 9mm ammunition. All items were secured in clean evidence packaging and later property inventoried.

I put on a pair of clean latex gloves and recovered the other handgun from underneath the driver's seat which was a black Glock .45 caliber handgun, serial number BTEW814. I removed the magazine and observed a quantity of .45 caliber ammunition. I then pulled the slide back and ejected a single live round of .45 caliber ammunition. All items were secured in clean evidence packaging and later property inventoried.

I also recovered approximately 10.8 grams of suspected marijuana from the cup holder in the Fusion. A copy of the search warrant and an inventory receipt were left with the vehicle.

At the property room, I weighed the suspected cocaine recovered from TANNER and it weighed approximately 16 grams with packaging. I then field tested it and received a positive result for the presence of cocaine. It should be noted that I am trained on how to field test narcotics.

The photographs I took and my body camera video will be uploaded to evidence.com.

CONFIDENTIAL

AGO0000702



MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 1617 - DUBAY, ALEXANDRA NICOLE
**Related Date** Oct-01-2021

On 09/30/2021 I was working in my capacity as a Minneapolis Police Officer, for the City of Minneapolis, on the Fourth Precinct Community Response Team. I as wearing an MPD uniform clearly marked "POLICE" and a body worn camera (BWC). I was working as able squad 481 in a fully marked squad car (#76861). I had a probation officer with me.

On this date my unit was working a focused enforcement detail along with several other police agencies. Those agencies were the Hennepin County Sheriffs Office, Minneapolis Police Department, Alcohol Tobacco Firearms (ATF) Special Agents, and Hennepin County Probation. This detail was to pay attention to areas throughout North Minneapolis due to uptick in crimes such as homicides, shootings, and other gun crimes. At the beginning of the detail, the Gun Investigations Unit of MPD aired that there was a male wanted in a previous firearms case at the intersection of 21st St and Elliot Av S. The suspect of this investigation was Namiri Tanner.

Around the time of 1615 hours, I went to an area near 21st St and Elliot Av S. It was aired over the radio that Tanner was within a large group of males on the block.It was also aired that there were several males on the block that were in possession of firearms and standing on the sidewalk.

Around the same time, there was a 911 call to the same area that stated a resident from the block called and stated there were 20+ gang members in front.

A plan of action was in place for squads to arrive in all directions at the same time. I followed 604 and K9 into the call. It should be noted that as we were going east on 21st St, I heard someone over the radio air something similar to "they are running towards Chicago." Right when this was aired I observed two males, one wearing a white shirt and the other wearing a black shirt running west on 21st St. As the male in the black shirt was running, I could see that he was holding the front of his waistband with his left hand. He held his waistband the entire time he was running and did not let go. It should be noted that through my training and experience as a Minneapolis Police Officer, I have found that it is common that people running from the police often times are holding on to weapons and/or contraband that they are trying to conceal from the police. I believed the male running to be holding a firearm due to the fact that I observed a bulge in the front left portion of his waistband and while he was running away from officers he continued to hold his waistband and would not let go. He also had just left a group with 20+ gang members and several within that group were already observed by surveillance officers to be in possession of firearms. I believed he was attempting to escape the police because he was armed with a handgun.

Due to this, I followed the male with my squad car and drove in the direction he was running. Once I felt I was close enough to run, I exited my squad and began to pursue him on foot. I yelled "stop" to him and also said he was under arrest. The male failed to listen to my commands and continued running. It should be noted that he ran north through a parking lot just west of the intersection of 21st St and Elliot Av S. As this was happening, I took my taser out of the holster and turned it on so that the red dot was visible. We were running on the west side of the parking lot where there were several cars parked. I tried to air over the radio that I was chasing one but other officers were airing that. I also heard other officers air "he threw a gun." He continued to the end of the parking lot where there was no where else to run besides east. He turned eastbound, ducked down, and then

CONFIDENTIAL                                                                            AGO0000703

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

stood back up and gave up. It should be noted that he did this near a car. He then put his hands in the air and I told him to get on the ground. I then placed him into custody and handcuffed him. He was placed in the rear of my squad.

Other officers arrived a short time later and I pointed to the area I observed him duck for them to check. A firearm was located on the ground.

The male was positively identified as William Edwards (Date of birth ███ 1991).

I asked if he had a permit to carry and he did not respond. I had channel seven check and there was not one on file.

I then looked into Edwards' MNCIS history. It showed that he was cancelled IPS and has a previous conviction for carrying a pistol while under the influence of alcohol.

Edwards was transported and booked in my squad to the HCJ where he was booked for PC weapons.

BWC footage was uploaded to evidence.com.

CONFIDENTIAL

AGO0000704



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** ARREST OF TOY
**Author** 5355 - OTTNEY, MARCUS
**Related Date** Oct-01-2021  1:22

I, Officer Marcus Ottney, am currently assigned to the First Precinct Community Response Team (CRT). I have been a licensed Police Officer and employed with the Minneapolis Police Department since 2015. As part of this unit, my duties include investigating street level narcotic sales, theft crimes, human trafficking, weapons, problem properties, and conducting directed patrols in the precinct's focus zones. I have attended training on narcotics trafficking, investigation, and concealment. I have been involved in the arrests of parties involved in sales and consumption of illegal narcotics. I am a certified field tester of narcotics and my certificate is on file with the HCAO.

The Community Response Team (CRT) uses two approaches to respond to the concerns of citizens in the precinct.

First, directed patrol uses uniformed CRT officers to respond to high crime areas of a precinct or areas with specific problems. The greater police presence in these areas help to prevent crime and increases the chances of apprehending criminals. With this approach, the precinct commander has more flexibility to respond to precinct crime trends in the precinct without affecting other services to the community.

Second, the expertise of the CRT Team's "plain clothes"/ undercover officers is used to respond to precinct drug problems. The approach can be very effective because officers work closely with the community receiving complaints about drug houses and drug dealing. The CRT Team also investigates street level prostitution, disorderly houses, illegal liquor, and cigarette sales.

On September 30th, 2021, I was working Squad 181 (P# 76887) with my partner Officer Campbell. We were in a fully marked Minneapolis Police Squad car with an overhead emergency lightbar. I was wearing my blue CRT t-shirt, BDU pants, and a navy-blue outer vest with "POLICE" affixed to the front and back with my Minneapolis Police badge also attached to the front of the vest. I was equipped with my department issued BWC.

We were working a focused enforcement detail, which included resources from First Precinct CRT, Fourth Precinct CRT, the MPD Gun Investigations Unit (GIU), the Hennepin County Sheriff's Office (HCSO), and the Bureau of Alcohol, Tobacco, and Firearms (ATF).

We responded to the area of 21st Street East and Elliot Avenue South to assist with apprehending multiple people who were wanted for a multitude of offenses. A short brief was conducted, and the determination was made to move in and make the arrests. As officers moved in, I heard over the radio that multiple people were fleeing on foot and at least one gun had been dropped by one of the suspects. We arrived from the north and I observed a chaotic scene with multiple bystanders yelling at the police. I observed a male, later identified as AUSTIN TOY, lying on the ground in handcuffs.

My partner spoke with TOY. I heard TOY tell my partner that his identification was in his bag that he was wearing. I observed my partner recovered a bag of suspected marijuana from TOY's bag. We got TOY up to his feet and we searched his person after locating the bag of suspected marijuana.

I located a five-dollar bill in TOY's pants pocket that was folded up. Based on my training and

CONFIDENTIAL                                                    AGO0000705

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

experience, I believed there to be illegal narcotics inside the folded-up money. I have previously recovered narcotics wrapped in money that looked very similar to the folded money found on TOY. I unwrapped the five-dollar bill and located two white pills inside.

The pills were a capsule-shape and white in color. They were imprinted with "M523" on one side and "10/325." Using the drugs.com pill identifier, the pills were identified as Acetaminophen and Oxycodone Hydrochloride pills. That substance is listed as a CSA Schedule II and has a high potential for abuse.

I put my own handcuffs on TOY, checked them for proper fit, and double locked them.

TOY was placed into the rear of our squad car. He had been lucid and speaking coherently. I advised TOY that he would be getting booked into jail for probable cause narcotics. His demeanor suddenly changed, and he was acting like he was experiencing a narcotics overdose.

An ambulance was called code three (lights and siren) for TOY and Sergeant Lepinski advised us to meet the ambulance at 18th Street East and Chicago Avenue South due to the hostile crowd near 21st Street East and Elliot Avenue South.

We transported TOY to that area while continuously monitoring his breathing. The ambulance arrived shortly thereafter, and I rode to HCMC in the back of the ambulance with TOY. While at HCMC, I deactivated my BWC to conserve battery power while TOY was restrained in a hospital bed. After the doctors evaluated him and gave TOY a clean bill of health, he was transported to the Hennepin County Jail, where he was booked for probable cause narcotics. I re-handcuffed TOY prior to going to jail, where I checked them for proper fit and double locked them.

The two pills located on TOY weighed approximately 1.1 grams without packaging. The marijuana found in TOY's bag weighed approximately 15.1 grams without packaging and field-tested positive.

Those items were later property inventoried at the Minneapolis Property and Evidence Room.

PC was authorized by Sergeant Lepinski. My BWC footage was later uploaded to evidence.com

I completed a use of force details page on PIMS.


END

CONFIDENTIAL

AGO0000706



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** ARREST
**Author** 0945 - CAMPBELL, BENJAMIN
**Related Date** Oct-01-2021

BWC activated for GO 21-224527

I, Officer Campbell badge 0945, was working for the Minneapolis Police Department as an Officer assigned to the First Precinct Community Response Team (CRT) on 09/30/2021. As an Officer assigned to First Precinct CRT my responsibility is to conduct proactive investigations primarily involving livability issues, the sales of narcotics and or weapons investigations in the City of Minneapolis and surrounding areas. I have received training in conducting narcotic investigations, trends in the trafficking of narcotics, and open source investigative tools My duties allow me to work in a variety of settings, utilizing plain clothes, and driving unmarked vehicles.

Community Response Teams use two approaches to respond to the concerns of citizens in the precinct.

First, directed patrol uses uniformed CRT officers to respond to high crime areas of a precinct or areas with specific problems. The greater police presence in these areas help to prevent crime and increases the chance of catching criminals. With this approach, the commander has more flexibility to respond to crime trends in the precinct without affecting other services to the community.

Second, the expertise of the CRT's undercover (in civilian clothing) officers is used to respond to precinct drug problems. This approach can be very effective because officers work closely with the community receiving complaints about drug houses and drug dealing. The CRT also investigates street level prostitution, disorderly houses and illegal liquor and cigarette sales.

On 09/30/ 2021, I was working Squad 181 with my partner Officer Ottney. We were in a fully marked Minneapolis Police Squad car with an overhead emergency lightbar (P76887). I was wearing my BWC, BDU duty pants, uniform belt, short sleeve "CRT" police shirt, and black outer vest carrier with POLICE markings displayed on the front and rear.

On 09/30/2021 I attended a brief at the Minneapolis Police Department's Special Operations Center. Investigators from the Fourth Precinct Community Response Team briefed participating officers on a Focused Enforcement Detail they had planned to address an increase in violent crime in the City of Minneapolis' Fourth Precinct. The participating agencies included the Hennepin County Sheriffs Office, Minneapolis Police Department, Alcohol Tobacco Firearms (ATF) Special Agents, and Hennepin County Probation. This detail was to pay attention to areas throughout North Minneapolis due to uptick in crimes such as homicides, shootings, and other gun crimes. At the beginning of the detail, the Gun Investigations Unit of MPD aired that there was a male wanted in a previous firearms case at the intersection of 21st St and Elliot Av S. The suspect of this investigation was Namiri Tanner.

At the completion of the brief Officer Ottney and I travelled to the area of 22nd St E and 12 Av S. A plan was developed for marked squads to make contact with a large group of gang members in the area of 21st St E and Elliot Av S. After the plan was developed squads moved in and took several parties into custody. We activated our BWCs and I activated the squads emergency lights and

CONFIDENTIAL

AGO0000707

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

MVR76887 as we traveled to the area. When we arrived Sgt Schroeder request Officer Ottney and I assist with parties on Elliot Av S who were already being detained and in handcuffs. We approached a male who was later identified as AUSTIN JOEVON TOY Date of Birth: [FRCP 5.2] 2001. TOY was sitting on the sidewalk and informed me that he had recently been shot and had rods in his right arm and leg. TOY also informed me he recently had a cast removed from his left arm. I recognized TOY from a previous law enforcement contact and remembered him having a cast.

I noticed that TOY had on a black fanny pack or "gun bag" I asked TOY if there was anything in the bag I needed to worry about and he told me his ID was in the bag. I retrieved the ID and found a bag of marijuana. I asked TOY about his injuries again and what was the best way for me to assist him to his feet. TOY stated that he could bend his left leg and I could help him up using his left arm. There was a large and loud group yelling at officers on scene so Officer Ottney and I decided to lead TOY to a squad car away from the group were we searched him. Officer Ottney stated he located two pills inside a five dollar bill. We lead TOY to our squad and secured him in the rear of the car. I asked TOY if he wanted the window down and he said yes. I lowered the rear windows of our squad and turned on the rear air conditioning.

While in custody and secured in the rear of our squad TOY stated he didn't feel well. Officers opened the rear door and attempted to get him air and comfort him. TOY continued to say he didn't feel well and that he couldn't breath. I called for EMS. Sgt Lepinski suggest we leave the area and meet EMS in the area of 1800 Chicago because of the hectic scene at the arrest location. I updated EMS and Sgt Lepinski stepped up EMS to code 3. When we arrived in the area of 18th and Chicago I pulled our squad into a safe parking area and opened the rear door and spoke with TOY. I felt his chest to be sure he was breathing and asked if he had any breathing conditions like asthma. TOY did not respond and was closing his eyes and spitting. I gave TOY a sternum rub and he verbally requested I stop. Paramedics from HCMC arrived and I assisted TOY out of the squad lifting him from under both arms and getting him onto his feet. TOY was able to back himself onto the gurny and paramedics removed his handcuffs and secured him to the gurney. Officer Ottney rode in the ambulance to HCMC and I followed in our squad. I left my BWC activated until his custody was transferred to the medical staff. I then deactivated my bwc in respect for the patients privacy and to preserve battery power.

I reactivated my BWC after HCMC staff informed us that the patient had been assessed and was going to be discharged from HCMC and back in our custody. We transported TOY to HCJ and while we were waiting for TOY to begin the booking process, I read him the Miranda Warning. TOY confirmed he understood his rights however declined to speak with me. TOY was booked into HCJ for PC Narcotics.

The pills on his person were found to be Percocets and he had 15.1 grams of marijuana without packaging on his person.

BWC footage was saved as evidence under this GO number at Evidence.com.

CONFIDENTIAL                                                                    AGO0000708



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** ASSIST
**Author** 0180 - ARASHIBA, ELIZABETH
**Related Date** Oct-01-2021

I, Officer Elizabeth Arashiba, am a Minneapolis Police Officer currently assigned to the First Precinct Community Response Team (CRT). I have been a Minneapolis Police Officer since 2016 and am currently assigned to First Precinct CRT. My current duties include the enforcement of crimes against persons; robberies, narcotics investigations, gun crimes, property crimes, and the apprehension of wanted suspects.

On 9/30/2021, while working car 182 with Ofc. Hamilton (2611), driving marked squad 182 (P# 76821), we responded to assist the Gun Investigations Unit in their attempt to pick up Namari Love Tanner for weapons violations. Information Officers received prior to the stop was that Tanner was at the corner on 21st St E and Elliot Ave S with a group of other males and was said to be armed with a handgun. Further information was that several of the other males with Tanner were also armed with handguns.

Upon arrival to the intersection, I heard Officers air, "there they go!" and "they're running!" I observed a black male wearing a black t-shirt run northbound from 21st St, through the parking lot between Elliot and Chicago. I exited the squad and ran after the suspect, and saw that Ofc. DuBay was chasing the suspect. I rounded the corner of the last car in the parking lot, and saw that the suspect was proned down on the ground. Ofc. DuBay stated that she saw the suspect throw a gun. A gun was located on the ground, a few feet west of where the suspect was laying.

We recovered the gun and I later entered it into property, along with the loaded magazine and the one 9mm round that was in the chamber. I ran the serial number of the gun through dispatch and it came back 'not on file.'

The suspect was positively identified as William Eric Edwards, Jr (DOB FRCP 5.2 FRCP 5.2 1991).

BWC active.

CONFIDENTIAL    AGO0000709



MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

---

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** ARRESTING OFFICER EDWARDS / FIREARM RECOVERY
**Author** 2611 - HAMILTON, EFREM
**Related Date** Oct-01-2021

ARRESTING OFFICER:
21-224635

Arrestee: William Eric EDWARDS Jr [FRCP 5.2] [FRCP 5.2]1991
Location: 21st St E / Elliot Ave Minneapolis, MN

I am currently assigned to the 1st Pct Community Response Team (CRT). I have been employed by the Minneapolis Police Department since 2007. I have been a part of this unit since 2010. As a part of this unit, my duties include street level narcotics, robbery and theft crimes. I have been involved in the arrests of parties involved in sales and consumption of illegal narcotics. I am a certified field tester of narcotics. My certificate is on file with HCAO.

On Thursday 30 September 2021 while working as CRT-182 as a part of 1st Precinct CRT, we were assisting 4th Precinct CRT focus crime detail in Minneapolis. Officer ARASHIBA, passenger, and I were driving marked squad car 182 (P#76821). We were being assisted by Gun Investigation Unit (GIU), Violent Offenders Task Force (VOTF) and Alcohol Tobacco and Firearms/Explosives (ATF). I was wearing my Police uniform with CRT shirt and had my raid vest with me, which is marked POLICE on the front and back, with a metal Police badge, my Body Worn Camera (BWC) attached and a police radio. It should be noted that my BWC provides a limited general audio / video perspective of an Officer's perspective of events. It is limited from recording or making record of an Officers' senses, education, training, and experience. It has a 30 second buffer that records video without audio only prior to its activation in a design to capture illegal activity that happens suddenly. It can sometimes be obscured by an Officer's or another individual's actions. It is a tool and does not reflect the total scope of the situation.

Control Officers (CO) had information that several individuals were illegally in possession of firearms in the area of above. Some individuals, but not limited to, were on foot, in and out of vehicles, and in/around vehicles in the area. Surveillance Officers were called to the area to assist.

Control Officers and Surveillance Officers gave out several descriptions of individuals in the area who were illegally in possession of firearms.
Upon arrival, I observed several individuals fleeing from the area to include a male wearing a black tee shirt, red plaid colored shorts. This male was later identified after arrest as William Eric EDWARDS Jr.

When I first saw EDWARDS Jr he was fleeing NB on Elliot Ave from 21st St E; he then cut and fled WB just South of Project for Pride in Living (marked Collaborative Village), 2020 Elliot Ave, and just North of 21st St E. EDWARDS Jr fled into a rear (West) parking lot where I observed several females with small children in the area on foot and in/around vehicles. These unidentified females observed EDWARDS Jr fleeing from Officers and became frightened and began screaming and picking up juveniles in the area and/or getting back into vehicles or going for safety.

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

I ran toward the fence line on the West side of the parking lot that run North/South to see if EDWARDS Jr was ducking down. I heard Officers dealing with him toward the North end of the parking lot out of view behind vehicles. I ran toward the area and observed that EDWARDS Jr was being taken into custody. Officer DUBAY and ARASHIBA informed me of an area where EDWARDS Jr may have discarded a firearm. This area was close to the fence line where he fled toward.

I checked the area and discovered a firearm with a magazine inserted on the ground.

I took several photographs of the firearm in place and to show reference. I put on new rubber evidence collection gloves and recovered the firearm which Officer ARASHIBA assisted me in collecting it as well.

I removed the magazine (chrome) observing it appeared to be loaded to capacity and removed a live round of ammunition from the chamber indicating the firearm was ready to be fired. The firearm was secured in the vehicle by Officer ARASHIBA. We drove back to the intersection as the crowd had become hostile to Officers in the area.

I assisted other Officers in the area who had arrested others. I took photographs of EDWARDS Jr and another male who was arrested.

EDWARDS Jr is currently on hennepin county supervision for Carrying a Pistol While Under Influence of Alcohol in what appears to be two misdemeanor cases (27-CR-18-26378 & 27-CR-20-21164). His probation officer is Pamela BENSEN612-543-2193

Photographs and BWC uploaded to evidence.

CONFIDENTIAL                                                                        AGO0000711



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** ARREST/TRANSPORT OF SCOTT
**Author** 1424 - DAOHEUANG, SOUPHAPHONE
**Related Date** Oct-01-2021  2:01

I, Sergeant Daoheuang, am currently assigned as the supervisor of the First Precinct Community Response Team (CRT) and I have been assigned as the supervisor for this unit since August of 2021. I have been employed by the Minneapolis Police Department since 2013. Prior to being assigned as the supervisor of CRT, I was the supervisor of the Strategic Information Center (SIC) after my promotion in January of 2021. At the SIC, I supervised both Officers and civilian employees who are intelligence analysts and manage day to day operations such as assisting Officers and Investigators in ongoing investigations and real time 911 calls.

Before the SIC, I was assigned to the First Precinct (CRT) as an Officer from 2018 to 2021. As a part of CRT, my duties included street level narcotics, prostitution, theft and robbery crimes, human trafficking, apprehending wanted suspects, and utilizing confidential informants and cooperating defendants. I have been involved in the arrests and prosecution of parties involved in sales of/and consumption of illegal narcotics, illegal firearms, robberies, and homicide suspects. It should be noted that I am certified to field test narcotics and my certificate is on file with the Hennepin County Attorney's Office.

Since May of 2020, I have also been a part of Strike Team One; a civil disturbance rapid response team. Our duties have included responding to businesses that were being looted and clearing out and/or arresting looters, rescuing stabbing victims and the National Guard, and coordinated mass arrests and any other duties ordered upon us.

On 09/30/2021, I was working in my capacity as the First Precinct CRT Sergeant. I was signed in as squad 180 with my partner Officer Pobuda in an unmarked squad, MVR #76884. I was dressed in my CRT uniform that included a long sleeve navy-blue t-shirt that says "Minneapolis Police" on the back, my body worn camera (BWC) on the front along with my navy-blue duty pants and full duty belt.

It was determined we would be conducting a focused enforcement detail with the Gun Investigations Unit (GIU), Fourth Precinct CRT, and Hennepin County VOTF. We were advised by GIU that there was a large group on the west side of the 2100 block of Elliot Avenue South, multiple persons had been identified and were wanted.

A coordinated stop was planned, and we were responsible for approaching from the south onto Elliot, at approximately 1848 hours my partner along with several assisting squads arrived on scene; I activated my BWC. With my squad lights activated, my partner and I arrived on scene and I observed multiple people run northbound, one male had a white hooded sweatshirt.

I parked the squad and got of the driver's seat, I unholstered my duty weapon and approached two males on the sidewalk and pointed my gun. They were ordered to get on the ground, they complied. One of the males was later identified as DESMIN TYRE MOORE (03/06/1999); I secured him in handcuffs, and he was later released on scene.

I continued to monitor the north end of the block and observed the male in the white sweatshirt running back onto Elliot. He started to run west on 21st Avenue and as more squads were arriving

CONFIDENTIAL

AGO0000712

GO# MP 2021-224635

MINNEAPOLIS POLICE DEPARTMENT

CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

in the area, he quickly started running south towards me. I pointed my gun at him and told him to get on the ground multiple times, he did not comply and continued to run across the street. As he was standing on the boulevard, I observed him stop running and throw a dark colored handgun on the ground; he was taken into custody shortly after that. He was identified as SHEMAR JAMEREUS SCOTT (████2000).

While on scene, Officer Pobuda advised me the reportable force he use during his arrest of SCOTT. Please see my Use of Force supplement. I completed a details page for my force.

Officer Pobuda advised me that he may have injured his left wrist and /or thumb during the arrest of SCOTT.

My partner and I transported SCOTT to HCJ for PC weapons, I learned that he also had a Washington County warrant; confirmed by channel 7. Once SCOTT was accepted into the sally port of HCJ, I deactivated my body camera.

Officer Pobuda returned to the squad to confirm nothing in the rear seat had been left; he advised that he located some suspected narcotics. I observed a sandwich style baggie and a white rock like substance on the floorboard. Inside of the sandwich style baggie, there was a small tied off baggie containing a light brown colored powder.

Prior to our shift starting, I checked the rear seat, and this was not there. SCOTT was the first person to be in our rear seat. I collected the suspected narcotics.

The white rock like substance weighed a total of 0.5 grams and field tested inconclusive.

The smaller baggie containing the light brown powder weighed 0.2 grams with packaging and weighed 0.0 grams without, this also field tested inconclusive.

The suspected narcotics were property inventoried.

After leaving HCJ, my partner and I went to Hennepin Healthcare so his injury could be examined by Doctors.

CONFIDENTIAL                                                                                    AGO0000713



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 6385 - SCHROEDER, ANDREW
**Related Date** Oct-01-2021

Statement typed by Andrew Schroeder

I am a licensed Police Officer employed by the City of Minneapolis Police Department. I am assigned to the Gun Investigation Unit (GIU) as a Sergeant.

On 09/30/21 I was working in a full MPD Police Uniform and wearing a BWC. I was driving a black unmarked Tahoe that is equipped with emergency lights/siren. The vehicle does NOT have an MVR. The P# is 75846.

During my shift I participated in a large scale Focused Action detail that focused on gun/violent crime. The detail included members from the Hennepin County Sheriff's Office and the Alcohol, Tobacco, Firearms, and Explosives (ATF).

Around 1615 hours I responded to the area of 21st/Elliot as Officer Young aired on the radio that he observed several gang members...one of whom had a PC PICKUP for a weapons violation.

Officers surveilled the area for the next few hours until more resources joined.

Several males were suspected of firearms possession.

Around 1840 hours, the command was given for officers to "move in" and arrest the described males.

When I arrived I observed a male in a white hooded sweatshirt running. He was later ID'd as SCOTT. I observed him run northbound on Elliot, then turn around, and run southbound on Elliot. While he was running I could see him attempting to reach into a black, fanny pack type back around his chest.

I watched as he ran south on Elliot, threw a gun, shortly before being arrested by assisting officers.

I remained on scene and help coordinate transports/bookings, and attempted to help quell an agitated crowed.

I did not use any force during this incident.

BWC UPLOADED.

CONFIDENTIAL

AGO0000714



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 0611 - BLOSS, GRETCHEN
**Related Date** Oct-01-2021   :30

On 09-30-2021 I was working with my partner Officer Spies in squad 483, call sign 480.  We were called to assist the GIU with a stop where several males had guns.  We approached from rear of the residence and when no one ran towards the alley due to the fence we responded to the front and assisted squad with putting suspects into squads.  I also assisted with K9 searching for any possible items or drugs that may have been thrown on the ground.

CONFIDENTIAL

AGO0000715



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NCIC - NO RECORD
**Subject** QG.MN02711V1.SER/AT173138.RSH/N
**Author** 55559 - PADDOCK, THOMAS
**Related Date** Oct-01-2021  7:17

  TO:  MPL070-00003177 20211001 07:15:43 3340000C69
FROM:  NCIC1-06645911 20211001 07:15:43 334000063E
1L01334000063E2QG
MN02711V1

NO RECORD SER/AT173138

CONFIDENTIAL

AGO0000716



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Narrative Text Page(s)

### Narrative Text

**Type** NCIC- RECOVERED FIREARM
**Subject** ERG.MN02711V1.AT173138.SPR.XD 9.9.PI.20210930.2122
**Author** 55559 - PADDOCK, THOMAS
**Related Date** Oct-01-2021  7:19

```
  TO:   MPL070-00003178 20211001 07:18:04 3340000C6A
 FROM:   NCIC1-06646044 20211001 07:18:03 334000063F
1L01334000063F3ERG
MN02711V1
NIC/G685451692 SER/AT173138
OCA/21224635
```
*****YOU MAY SUBMIT A TRACE REQUEST FOR THIS WEAPON THROUGH THE
ATF'S ETRACE APPLICATION AT WWW.ATFONLINE.GOV/ETRACE OR BY CALLING
1-800-788-7133 OR BY FAX TO 1-800-578-7223. AN AGENCY MUST HAVE
AN ETRACE MOU/ACCOUNT IN ORDER TO SUBMIT A TRACE VIA ETRACE. PLEASE
CONTACT THE ETRACE CUSTOMER SERVICE GROUP VIA EMAIL AT ETRACEADMIN@ATF.GOV
FOR ADDITIONAL INFORMATION.*****

CONFIDENTIAL                                                            AGO0000717



**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NCIC - NO RECORD
**Subject** QG.MN02711V1.SER/BA456304.RSH/N
**Author** 55559 - PADDOCK, THOMAS
**Related Date** Oct-01-2021  7:50


  TO:   MPL070-00003179 20211001 07:44:27 3340000C6B
FROM:   NCIC1-06647185 20211001 07:44:26 3340000640
1L0133400006402QG
MN02711V1

NO RECORD SER/BA456304

CONFIDENTIAL                                                                        AGO0000718



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY

COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NCIC- RECOVERED FIREARM
**Subject** ERG.MN02711V1.BA456304.SPR.XDS 9.9.PI.20210930.212
**Author** 55559 - PADDOCK, THOMAS
**Related Date** Oct-01-2021  7:54

```
  TO:   MPL070-00003180 20211001 07:52:42 3340000C6C
 FROM:   NCIC1-06647644 20211001 07:52:42 3340000641
1L0133400006413ERG
MN02711V1
NIC/G465451152 SER/BA456304
OCA/21224635
```
*****YOU MAY SUBMIT A TRACE REQUEST FOR THIS WEAPON THROUGH THE
ATF'S ETRACE APPLICATION AT WWW.ATFONLINE.GOV/ETRACE OR BY CALLING
1-800-788-7133 OR BY FAX TO 1-800-578-7223. AN AGENCY MUST HAVE
AN ETRACE MOU/ACCOUNT IN ORDER TO SUBMIT A TRACE VIA ETRACE. PLEASE
CONTACT THE ETRACE CUSTOMER SERVICE GROUP VIA EMAIL AT ETRACEADMIN@ATF.GOV
FOR ADDITIONAL INFORMATION.*****

CONFIDENTIAL

AGO0000719



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 7903 - YANG, JOHN
**Related Date** Sep-30-2021 19:47

On 9/30/2021, I Minneapolis Police K9 Officer Yang badge #7903 was working marked Minneapolis Police K9 squad 952 P#76804 with my partner K9 Cash when we responded to assist on a suspicious person located at 21 ST E/ELLIOT AV.

Upon arrival, I placed 3 males that were laying on the ground into handcuffs. Males were later identified as DWAYNE STEWART, AUSTIN TOY, and NAMIRI TANNER. All three males were cooperative and custody was transferred to on scene detailed officers. I later deployed K9 CASH for an article search in front of the address where these males were located and did not find any articles.

BWC was activated.

CONFIDENTIAL                                                                  AGO0000720



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

CASE REPORT WITH NARRATIVES

Incident Date 09/30/2021

(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE

**Subject** VEHICLE SEARCH WARRANT

**Author** 6385 - SCHROEDER, ANDREW

**Related Date** Oct-01-2021 10:05

Following the stop location, Officer Young and I followed the vehicle to the impound lot. We did this because a GLOCK handgun was in plain view under the front passenger seat.

I was aware that Sgt. Lee had previously obtained a Search Warrant for the vehicle, signed by the Honorable Hennepin County Judge Bartolomei. Sgt. Lee emailed me the warrant, which listed me as a co-affiant.

Officer Young and I soon searched the vehicle, recovering the GLOCK (45 cal) from under the front passenger seat, a P80 (9mm) from under the driver's seat, a GLOCK (40 cal) from under the driver's seat, suspected marijuana from the center console, and an empty handgun magazine from the driver's door.

I completed a warrant receipt and left it in the vehicle with a copy of the search warrant.

Officer Young later inventoried the items collected.

My BWC was uploaded.

CONFIDENTIAL                                                                AGO0000721



MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** SEARCH WARRANT
**Author** 4063 - LEE, CHAO
**Related Date** Oct-01-2021

I, Sergeant Chao Lee, am a Police Sergeant with the Minneapolis Police Department. I am currently assigned to the Minneapolis Gun Investigations Unit and have been employed by the Minneapolis Police Department since 2007 in numerous assignments to include 911 patrol, 1st Precinct Directed Patrol Unit, 1st Precinct Community Response Team and the FBI Violent Gang Safe Streets Task Force. My duties include investigating narcotics, firearms, and gang crimes in the city of Minneapolis and the surrounding areas. I have attended and completed numerous trainings to include the DEA Basic Drug Enforcement Investigator's school, Undercover Officer Training, Search Warrant Training, Interview and Interrogation Training, Criminal Street Gang Training as well as other trainings pertaining to the law enforcement field. As part of my experience, I have executed hundreds of search warrants to include cellphone trap and trace, cellphone extraction, search warrants for persons, places and vehicles where narcotics, firearms, monies, and other items of evidence of crimes were recovered, resulting in numerous arrests and convictions.

On 09/30/2021 I received information from Officer Young that an individual by the name of Makai Patterson was located on the 2100 block of Elliot Avenue South in South Minneapolis in a group of 10'z gang members. I was familiar with Patterson and knew him to have an Active PC Pickup for PC Riot issued by Sergeant Cragin in the Minneapolis Assualt/Shoot Unit. I monitored the radio as Officer Young aired out that he also observed Namiri Tanner in the group. I had an Active PC Pickup for Tanner for Felon in Possession / Flee on Foot stemming from a stop on July 21st, 2021 when GIU Officers attempted to stop him for a search warrant and he fled on foot from his girlfriend's vehicle. In the vehicle Officers located a loaded Glock .40 caliber handgun. I knew Tanner very well and had CRI information that he was one of the main shooters in this gang and that he always carry's a firearm on him.

I continued to monitor the radio as more Officers arrived in the area to affect the stop of Patterson and Tanner for their PC Pick ups. I then heard as Officers aired out a grey Ford Fusion parked on the block that the group was going in and out of. I recognized this vehicle and verified with officers that the license plate was MN GMH636. I had a signed search warrant for this vehicle and Dwayne Stewart, an individual that is associated with both Tanner and Patterson. I informed Officers that Stewart was known to carry firearms and had CRI information that Stewart always has a gun in this vehicle. Officers also identified Austin Joveon Toy in the group and he was carrying a black fanny pack. I also had CRI information that other 10'z gang members in this group including Austin Joevon Toy DOB: ▮FRCP 5.2▮2001 were in possession of firearms.

I monitored the radio as officers developed a plan and converged on the group. I was informed later that Tanner was stopped and arrested for my PC Pickup and that he had 16 grams of crack cocaine on him. Austin Joevon Toy was stopped and had 2 percocet pills on him. Percocet is a schedule 2 narcotics. Toy also had 15 grams of marijuana on him. Both individuals were booked at Hennepin County Jail for PC Narcotics.

### SEARCH WARRANT MN GMH636
I was informed by Officer Young and Sgt. Schroeder that MN GMH636 was towed to the Minneapolis Impound Lot and the search warrant was executed on this vehicle. In the search of the vehicle Officers located 3 firearms (See Sgt. Schroeder and Officer Young Supplement)

CONFIDENTIAL                                                      AGO0000722



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

COMPLAINT

## DNA SEARCH WARRANT

On 10/0/1/2021 I drafted DNA search warrants for Austin Joevon Toy DOB: ▇▇FRCP 5.2▇▇2001 and Namiri Love Laquandas Tanner DOB: ▇▇FRCP 5.2▇▇2001 and presented them electronically to the Honorable Judge Laura Thomas in Hennepin County. Judge Thomas reviewed my DNA warrants and signed off on them. I then went to the Henenpin County Jail and made contact with Namiri Love Laquandas Tanner.

## SCALES INTERVIEW TANNER

I read Tanner his Miranda rights and asked him if he understood them. Tanner told me yes, I then asked if he wanted to talk to me and he asked me about what? and told him about what happened and he proceeded to tell me that he was at 21st and Elliot but denied knowing anything about any guns. I asked about the grey Ford Fusion and Tanner denied knowing anything about this vehicle.

I told him that I had a signed search warrant for his DNA and showed him a copy of this warrant. I then put on a fresh new pair of gloves and opened a sealed BCA DNA kit. I explained the process to Tanner and opened the two sealed buccal swabs. One at a time I swabbed the inside mouth cheek of Tanner and placed both swabs back into the original plastic wrap. I placed these two swabs into the provided yellow evidence envelope and sealed it with the tamper proof evidence tape. I initialed and dated the evidence tape.

I asked him about the incident on July 21st, 2021 when he fled his girlfriend's car and he denied being there. I showed him a photo of Officer Werner's Body Camera showing him exiting the driver's door of his girlfriend's car and he denied that it was him. I showed him the firearm located in this car and he denied knowing anything about firearms. I then asked him about the crack cocaine that was located on him and asked him where it was on him. Tanner told me in his pocket. He further told me that he had just got it and was going to go do his thang. It was evident to me that Tanner did not want to tell me the truth, I handed him a copy of the warrant and Page 5 and concluded this interview. It should be noted that this is a summary of this interview and not a word for word dictation.

## SCALES INTERVIEW TOY

I then made contact with Austin Joevan Toy and read him his Miranda Rights word for word. I asked him if he understood them and he indicated yes, I asked him if he wanted to talk and he told me No. I ended the interview and executed the search warrant for his DNA. I told him I had a search warrant for his DNA and showed him a copy of the warrant. I put on a fresh new pair of gloves and opened a sealed BCA DNA kit. I explained to him the process and swabbed the inside of his mouth cheeks one at a time with the swabs. I placed the swabs into the original wrap and placed that into the provided yellow evidence envelope. I sealed the envelope with the provided evidence tape and initialed and dated it. I handed Toy a copy of the warrant and the Page 5.

The Interviews were recorded on my BWC as well as a digital recorder and both formats will be uploaded to evidence.com

I will be submitting both Tanner and Toy for PC Narcotics to the Hennepin County Attorney's Office for consideration of charges. Tanner admitted in the Scales interview that the crack cocaine was in his pocket and had just picked it up prior to being stopped an arrested.

The search warrants and Page 5 Inventories will be uploaded to this PIMS report and filed as required.

CONFIDENTIAL                                                      AGO0000723



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** eCHARGING INCIDENT REFERRAL
**Subject** (ARRESTEE #2) TANNER, NAMIRI L  (DOB: FRCP 5.2 2001)
**Author** 4063 - LEE, CHAO
**Related Date** Oct-01-2021
Specify
Case Type        [Adult Drug    ]

_____

Fingerprints Taken?    [No   ]
Custody Status       [In Custody - This Case   ]
Other Custody Text     [                          ]
Not in Custody Type    [      ]
Due Date           [Oct-01-2021  ]   Time  [4PM    ]
_____

[  ]Juvenile Co-defendant      [X ]Gang Member
[  ]Bridge              [  ]Weapon
[  ]Interpreter Needed
_____

[X ]Call Before Charging?
Investigator   [LEE, CHAO                  ]   [4063   ]
Office Phone   [612-290-8526]    Cell Phone   [         ]
_____

CONFIDENTIAL                                                      AGO0000724



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

**CLEARED BY**
**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** eCHARGING INCIDENT REFERRAL
**Subject** (ARRESTEE #3) TOY, AUSTIN J  (DOB: FRCP 5.2 2001)
**Author** 4063 - LEE, CHAO
**Related Date** Oct-01-2021
Specify
Case Type        [Adult Drug    ]

_____

Fingerprints Taken?    [No   ]
Custody Status        [In Custody - This Case   ]
Other Custody Text      [                          ]
Not in Custody Type      [        ]
Due Date            [Oct-01-2021  ]   Time  [4PM     ]

_____

[  ]Juvenile Co-defendant      [X ]Gang Member
[  ]Bridge              [  ]Weapon
[  ]Interpreter Needed

_____

[  ]Call Before Charging?
Investigator   [LEE, CHAO                 ]   [4063    ]
Office Phone   [612-290-8526]    Cell Phone   [        ]

_____

CONFIDENTIAL                                        AGO0000725



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** eCHARGING INCIDENT REFERRAL
**Subject** (ARRESTEE #1) SCOTT, SHAMAR J  (DOB: FRCP 5.2 2000)
**Author** 7894 - YOUNG, JUSTIN
**Related Date** Oct-01-2021 13:28
 Specify
Case Type        [Adult Violent  ]

_____

Fingerprints Taken?    [No   ]
Custody Status        [In Custody - This Case   ]
Other Custody Text     [                              ]
Not in Custody Type     [      ]
Due Date            [Oct-01-2021 ]   Time  [4PM    ]

_____

[  ]Juvenile Co-defendant      [X ]Gang Member
[  ]Bridge               [X ]Weapon
[  ]Interpreter Needed

_____

[  ]Call Before Charging?
Investigator   [YOUNG, JUSTIN CHARLES             ]   [7894   ]
Office Phone  [612-290-8013]    Cell Phone  [        ]

_____

CONFIDENTIAL                                                        AGO0000726



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** eCHARGING INCIDENT REFERRAL
**Subject** (ARRESTEE #4) EDWARDS, WILLIAM E  (DOB: <span style="background:black;color:white">FRCP 5.2</span>199
**Author** 7894 - YOUNG, JUSTIN
**Related Date** Oct-01-2021 13:34
 Specify
Case Type        [Adult Violent  ]

_____

Fingerprints Taken?    [No   ]
Custody Status       [In Custody - This Case   ]
Other Custody Text     [                                    ]
Not in Custody Type     [      ]
Due Date           [Oct-01-2021  ]   Time  [4PM     ]

_____

[  ]Juvenile Co-defendant     [   ]Gang Member
[  ]Bridge               [X ]Weapon
[  ]Interpreter Needed

_____

[  ]Call Before Charging?
Investigator   [YOUNG, JUSTIN CHARLES                ]   [7894   ]
Office Phone   [612-290-8013]    Cell Phone   [          ]

_____

CONFIDENTIAL                                                AGO0000727



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

COMPLAINT

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** PC PICKUP ISSUED FOR DWAYNE STEWART
**Author** 4063 - LEE, CHAO
**Related Date** Oct-01-2021

On 10/01/2021 I, Sergeant Chao Lee submitted a PC Pickup for Dwayne Stewart for Felon in Possession. The vehicle that was towed and searched as part of this investigation was primary used by Stewart. It is believed that Stewart drove this vehicle to the scene and he was present at the arrest. In the followup search of the vehicle, 3 firearms were recovered under the front driver and front passenger seats.

CONFIDENTIAL

AGO0000728



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY

**GENERAL OFFENSE HARDCOPY**

**COMPLAINT**

CASE REPORT WITH NARRATIVES

Incident Date 09/30/2021

(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NCIC - NO RECORD
**Subject** QG.MN02711V1.SER/BTEW814.RSH/N
**Author** 130554 - WHITE, CHRISTOPHER T
**Related Date** Oct-01-2021 16:17

  TO:   MPL348-00007346 20211001 10:37:57 4AE9001CB2
FROM:    NCIC1-06657813 20211001 10:37:56 4AE9000BF6
1L014AE9000BF62QG
MN02711V1

NO RECORD SER/BTEW814


  >>>> ORIGINATING TRANSACTION <<<<

  MKE/QG711V1.SER/BTEW814.RSH/N.

CONFIDENTIAL

AGO0000729



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

CLEARED BY
**COMPLAINT**

## Narrative Text Page(s)

### Narrative Text

**Type** NCIC - NO RECORD
**Subject** QG.MN02711V1.SER/BTSC787.RSH/N
**Author** 130554 - WHITE, CHRISTOPHER T
**Related Date** Oct-01-2021 16:17

  TO:   MPL348-00007348 20211001 10:38:12 4AE9001CB4
FROM:   NCIC1-06657831 20211001 10:38:12 4AE9000BF8
1L014AE9000BF82QG
MN02711V1

NO RECORD SER/BTSC787


  >>>> ORIGINATING TRANSACTION <<<<

  MKE/QG711V1.SER/BTSC787.RSH/N.

CONFIDENTIAL

AGO0000730



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

**GENERAL OFFENSE HARDCOPY**

CLEARED BY
COMPLAINT

CASE REPORT WITH NARRATIVES

Incident Date 09/30/2021

(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** JUDICIAL PROBABLE CAUSE

**Subject** (ARRESTEE #2) TANNER, NAMIRI L  (DOB: ███FRCP 5.2███2001)

**Author** 4063 - LEE, CHAO

**Related Date** Oct-01-2021

The
Complainant, being duly sworn, swears the below facts are true and correct

to the best of Complainant's knowledge and belief and constitute probable
cause

to believe that the below-named Arrestee committed the offense(s) described
herein:
Arrestee:[TANNER, NAMIRI L  (DOB: ███FRCP 5.2███2001)]
Arrest Date: [Sep-30-2021  ]     Time: [19:51]
[TANNER WAS STOPPED FOR A PC PICKUP, DURING THE ARREST OFFICERS LOCATED AN
AMOUNT OF CRACK COCAINE ON HIS PERSONS.  IN SCALES INTERVIEW TANNER ADMITTED
THAT THE DRUGS WERE ON HIM AND THAT HE HAD JUST PICKED IT UP TODAY.]


Complainant's Signature:
_____


Notary Signature and Stamp: _____
Submitted under oath by:[LEE, CHAO                              ]
Signature of Notary: _____

A.B.,Peace Officer License Number:  [19172 ]   , Hennepin County, Minnesota.
My license expires on June 30,[2022]

CONFIDENTIAL                                                                    AGO0000731



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** JUDICIAL PROBABLE CAUSE

**Subject** (ARRESTEE #3) TOY, AUSTIN J  (DOB: <span style="background:black;color:white">FRCP 5.2</span>2001)

**Author** 4063 - LEE, CHAO

**Related Date** Oct-01-2021

The
Complainant, being duly sworn, swears the below facts are true and correct

to the best of Complainant's knowledge and belief and constitute probable
cause

to believe that the below-named Arrestee committed the offense(s) described
herein:
Arrestee:[TOY, AUSTIN J  (DOB: <span style="background:black;color:white">FRCP 5.2</span>2001)]
Arrest Date: [Sep-30-2021  ]    Time: [19:21]
[TOY WAS STOPPED WITH A GROUP OF INDIVIDUALS WERE SEVERAL FIREARMS WERE
RECOVERED.  TOY HAD AN AMOUNT OF SUSPECTED NARCOTICS ON HIM AND WAS BOOKED FOR
PC NARCOTICS.]


Complainant's Signature:
_____


Notary Signature and Stamp: _____
Submitted under oath by:[LEE, CHAO                              ]
Signature of Notary: _____

A.B.,Peace Officer License Number:  [19172 ]   , Hennepin County, Minnesota.
My license expires on June 30,[2022]

CONFIDENTIAL                                                              AGO0000732



MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Narrative Text Page(s)

### Narrative Text

    **Type** NON-PUBLIC NARRATIVE
    **Subject**
    **Author** 0746 - BRANDT, SHAWN HARRIS
**Related Date** Oct-01-2021  8:13

On 09/30/2021 at 1621 hours I was working marked squad 953 with my canine partner Bishop. I was contacted by Sgt. Schroder, from the Minneapolis Gun Unit, who requested my assistance in the area of 21st St  and Elliot Av S. Several under cover officers were in the area watching several individuals who were either in possession of handguns for had PC Pick-Ups out for the arrest. These PC Pick-Ups were for Felon In Possession of a Firearm.

The group at this location seemed to grow in size as surveillance officers continued to watch the group. At one point it was believed that up to five people in the group were actively armed with handguns. Additional resources were requested to the area prior to attempting to stop these individuals.

Once enough resources were in the area the decision was made to stop the group. I along with other officers drove west on 22 St E and then turned northbound onto Elliot Av S, while another set off officers moved in from the north. Once I rounded the corner onto Elliot Av S I observed several individuals on the west side of Elliot Av S, north of 22 St E.

I observed a male, wearing a white sweatshirt, run from this area northbound on Elliot. I exited my squad car, with my handgun out of the holster as several members of this group were believed to be armed. All parties that were on scene were told to lay down, the remaining people seemed to comply with this order. My handgun was at the low ready and I did not point my handgun at anyone in particular.

As I was dealing with the group, I could hear that there was an active foot chase with the male that fled northbound. I began to deploy Bishop when I observed the same black male wearing the white sweatshirt running back towards me southbound on Elliot on the eastside of Elliot. As I was attempting to get Bishop out of the squad, I watched this male, later identified as SCOTT, throw a handgun up over his head as he was suddenly surrounded by officers.

SCOTT was then taken into custody by assisting officers.

CONFIDENTIAL                                                                          AGO0000733

MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

GO# MP 2021-224635
CLEARED BY

COMPLAINT

I was requested to use Bishop to conduct and article search for any evidence that may have been discarded by the suspects when the initial group was stopped. I did not locate any evidence.

CONFIDENTIAL

AGO0000734



**MINNEAPOLIS POLICE DEPARTMENT**
GO# MP 2021-224635
CLEARED BY
COMPLAINT
**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 2997 - HICKEY, CONAN
**Related Date** Oct-13-2021

On 10-13-21 I was assigned to the Minneapolis Police Department Gun Investigation Unit. I was partnered with Officer W. Martin and we were in a black unmarked squad with a working dash camera (P# 76828). I was the driver at the time of this incident and I was wearing a black outer vest carrier with "POLICE" written on the front and back.

At approximately 0900 hours, Sgt Lee requested us to assist him in stopping a suspect in a vehicle that had an active PC pickup for his person. The suspect was later identified as Dwayne Stewart. Sgt Lee was able to locate the car that Stewart was driving and observed Stewart drive the car to the intersection of 9th St E and 22 Ave S. Stewart parked the car at the south west corner of the intersection, facing south.

Sgt Lee wanted Stewart stopped as soon as he went back to his car. After waiting for several minutes, Stewart came back to the parked car. We were parked one block over and quickly pulled in behind the car that Stewart was in. Stewart was sitting in the driver seat of the car as we pulled in behind him. Right before we contacted Stewart, Sgt Lee informed us that Stewart has a history of weapons violations and his PC pickup is for a weapons violation case.

Due to this information, I drew my firearm and pointed it as Stewart as he was given commands to exit the car. Stewart made multiple furtive movements in the car before he exited. I could see his hands moving quickly up and down and I also saw his head moving rapidly back and forth as he was looking all around his car. I was concerned that Stewart was either looking for an escape route or was possibly retrieving a weapon.

Stewart was given multiple commands to exit the car. After several seconds, Stewart opened his car door, and as he did so, he threw a cell phone straight down into the pavement. Stewart complied with commands eventually and was handcuffed by other Officers. He was later secured in my squad.

I assisted in conducting an inventory search of the car that Stewart was in since that car was slated to be towed from the scene at the time. I transported Stewart from the scene of the stop to HCJ where he was booked for his PC pickup order.

CONFIDENTIAL                                                   AGO0000735

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY

**GENERAL OFFENSE HARDCOPY**

COMPLAINT

CASE REPORT WITH NARRATIVES

Incident Date 09/30/2021

(FELON POSS-FIREARM)



## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE

**Subject** EVIDENCE TO BCA

**Author** 7894 - YOUNG, JUSTIN

**Related Date** Oct-13-2021  9:40

On the above date/time I hand delivered the following items to the BCA for analysis:

- 180873-1,2
- 180869-1
- 181279 (1-6)
- 181292 (7-12)
- 180795-1,3

CONFIDENTIAL

AGO0000736



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** ARREST PC PICKUP AND DNA
**Author** 4063 - LEE, CHAO
**Related Date** Oct-20-2021

On 10/13/2021, I Sergeant Chao Lee while working the Minneapolis Gun Investigations Unit 605, located Dwayne Stewart in south Minneapolis driving a white Chevy Impala bearing Mn plate CJY019. A supplement for this arrest was entered into MPD CCN: 21-235873.

The following is a summary of the Scales interview that I conducted with Dwayne Stewart Jr. DOB: FRCP 5.2 1990 at the Hennepin County Jail and is by no means a word for word dictation. I read Stewart his Miranda Rights word for word and asked him if he understood them, Stewart stated "yes", I asked him if he wanted to talk to me and he stated "I want to know what's going on with me." I then asked him about the arrest that happened on Elliot and he told me that he was on the porch, I asked him who was all out there and he told me that there was a lot of people that had jus pulled up. I asked him about several individuals and mentioned Liko (Namiri Love Laquandas Tanner), Ace (Austin Toy), William Edwards, and Stewart confirmed that they were there. I asked him whose porch he was on and he described a tall building and that he was smoking with a female. Stewart told me that the cops made them come down to the sidewalk.

Stewart claimed that he arrived there that night in an Uber and that he was only there 30 mins. I asked him about the grey Ford Fusion and Stewart told me that the car belonged to a crack head and that he was in that car before but not that day. It shoudl be noted that Officers had observed Stewart go into the car while it was parked on Elliot Avenue the night of the stop and arrest. Stewart claimed that he saw one of the boys with dreads drive that car there. I asked him about the apartment on Highway 100 that belonged to his girlfriend Anna and he told me that he hasn't been staying there, I told him he was there last night and he told me that he stopped by there. Stewart told me that he hustles and smokes weed but he is not around guns. I then told him about the what was found in the Ford Fusion and he told me that the only gun he has touched was his god brother's gun and told me his god brother is Nolan Franklin and that Franklin has a conceal and carry. Stewart told me that Franklin was out there that day but not arrested. Stewart told me that Franklin has a Glock 22 handgun. Stewart admitted that he has been in the Ford Fusion in the past. It should be noted that I have observed Stewart driving this exact Ford Fusion on multiple physical surveillances and has observed this vehicle parked at the Highway 100 apartment complex on multiple occasions. Stewart was known to be the primary driver of this vehicle.

I showed him the search warrant and obtained a DNA sample from Stewart. I put on a fresh pair of gloves and opened a sealed BCA DNA Buccal swab kit. I swabbed the inside of his mouth cheeks with the two provided swabs one at a time and placed the swabs back into the plastic wrap. I placed this wrap into the provided yellow evidence envelope and sealed it with tamper proof evidence tape. I initialed it and dated the evidence seal.

A copy of the search warrant and Page 5 was left with Stewart.

This video recorded Scales interview will be uploaded to evidence.com

CONFIDENTIAL

AGO0000737

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** PC PICKUP ISSUED DANIELE WRIGHT
**Author** 4063 - LEE, CHAO
**Related Date** Oct-20-2021

On 10/20/2021, I Sergeant Chao Lee issued a PC Pickup for Daniele Wright Jr DOB: ▆▆▆1988 for Felon in Possession in this case. Wright was observed next to the grey Ford Fusion MN GMH636 on the night of the arrest and Officers had credible information that he was in possession of one of the firearms from the scene. Three handguns were recovered from MN GMH636, If located book for PC Pickup.

CONFIDENTIAL                                                                                                                    AGO0000738



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** ATF E-TRACE REQUEST SUBMITTED
**Author** 124818 - HAMANN, MEHGAN
**Related Date** Nov-29-2021

On 11/29/21 I submitted a trace request for the firearms recovered in this case. The ATF e-Trace submission confirmation numbers are:

1. Springfield XDS Mod2, T20210522272.
2. Springfield XD9, T20210522285.
3. PMF, T20210522307.
4. Glock 22, T20210522313.
5. Glock 30GEN4, T20210522318.

A copy of the e-Trace reports will be attached to this case when they are available.

CONFIDENTIAL

AGO0000739



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**Follow Up Report # 1**

Follow Up Report # 1

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 7894 - YOUNG, JUSTIN | **Rank** | POLICE OFFICER |
| **Capacity** | LEAD INVESTIGATOR | **Org Unit** | GUN INVESTIGATION UNIT |
| **Assigned On** | OCT-01-2021 (FRI.) 0828 | **By** | 4093 - LEPINSKI, ADAM JOSEPH |
| **Report Due On** | NOV-30-2021 (TUE.) | | |

CONFIDENTIAL                                                                    AGO0000740



MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

GO# MP 2021-224635
CLEARED BY
**COMPLAINT**

---

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** CRIMINAL HISTORY SUMMARY SHAMAR SCOTT
**Author** 7894 - YOUNG, JUSTIN
**Related Date** Oct-01-2021

I received a criminal history record for SHAMAR JAMAREUS SCOTT (DOB ▮FRCP 5.2▮2000). Below is a summary of SCOTT'S criminal history felony convictions:

- Adjudicated delinquent for 1st Degree Aggravated Robbery, court file #27-JV-18-1338
- Convicted of Aiding/Abetting 1st Degree Burglary

I will attach a copy of the complete criminal history report to this case.

---

CONFIDENTIAL                                                                     AGO0000741



MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** CRIMINAL HISTORY SUMMARY WILLIAM EDWARDS
**Author** 7894 - YOUNG, JUSTIN
**Related Date** Oct-01-2021

I received a criminal history record for WILLIAM ERIC EDWARDS (DOB FRCP 5.21991). Below is a summary of EDWARDS criminal convictions in MN:

- Convicted of Gross Misdemeanor DWI, court file #27-CR-16-23921
- Convicted of Gross Misdemeanor 3rd Degree DWI, court file #62-CR-16-7597
- Convicted of Gross Misdemeanor 2nd Degree DWI, court file #27-CR-18-26378
- Convicted of Carrying Pistol While Under Influence of Alcohol, court file #27-CR-20-21164.

I also received a criminal history report for EDWARDS for Illinois. This printout did not specify if EDWARDS was convicted of the listed offenses. Below is a summary of his arrests in Illinois:

- Aggravated Assault arrest in 2008
- Battery/Makes physical contact in 2008
- Disorderly Conduct in 2008
- Reckless Conduct in 2009
- Aggravated Battery with a firearm in 2010
- Possession of a controlled substance in 2013
- Aggravated Criminal Sexual Assault with a weapon in 2014

I contacted Hennepin County Sheriff's Officer CISA and they advised me that EDWARDS does not have a permit to carry a handgun on file. I will attach a copy of the criminal history for EDWARDS to this case.

CONFIDENTIAL                                                                 AGO0000742



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** SCALES INTERVIEW WILLIAM EDWARDS
**Author** 7894 - YOUNG, JUSTIN
**Related Date** Oct-01-2021 10:45

On the above date/time I went to the Hennepin County Jail to interview WILLIAM ERIC EDWARDS (DOB FRCP 5.2 1991). I met EDWARDS in a contact visiting room on the 6th floor of the Public Safety Facility. I recorded the interview using the Axon Capture App on my department issued cell phone. I confirmed EDWARD'S identity by looking at his jail bracelet as well as having him provide his name/DOB verbally. I read EDWARDS the Miranda warning per the Scales Decision. EDWARDS stated he understood his rights and agreed to speak with me. Below is a summary of the interview and not verbatim:

- EDWARDS stated his address 9905 55th AV N, MPLS, MN and his phone number is 612-408-5674.
- EDWARDS told me that he arrived on the 2100 block of Elliot about 10 minutes prior to police arriving.
- EDWARDS say he was amongst the large group on the 2100 block of Elliot when police arrived.
- EDWARDS admitted that he ran towards the rear parking lot of the PPL building when officers arrived at 21st/Elliot.
- EDWARDS said a female police officer told him to get down or he would be tased.
- EDWARDS said he only realized the female officer was a police officer after he ran.
- EDWARDS denied possessing the handgun that officers recovered from the area where he was hiding.

I showed EDWARDS a signed search warrant authorizing me to obtain a DNA sample from him using a buccal swab. I collected the DNA sample and sealed it in the presence of EDWARDS. I then gave him a copy of the search warrant along with the inventory receipt. I later property inventoried the DNA sample as evidence.

CONFIDENTIAL

AGO0000743



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** SCALES INTERVIEW SHAMAR SCOTT
**Author** 7894 - YOUNG, JUSTIN
**Related Date** Oct-01-2021 10:26

On the above date/time I went to the Hennepin County Jail to interview SHAMAR JAMAREUS SCOTT (DOB FRCP 5.2 2000). I met SCOTT in a contact visiting room on the 4th floor of the Public Safety Facility. I recorded our conversation using the Axon Capture App on my department issued cell phone. I read SCOTT the Miranda Warning per the Scales Decision. SCOTT said he understood his rights and did not want to speak with me. I ended the interview at this time.

Based on SCOTT's criminal history, he is a convicted felon and prohibited from possessing firearms. Officers observed him observed him running with a handgun in his hand and observed him throw the gun just before he was arrested. I will submitted this case to the Hennepin County Attorney's Office for consideration of charges for being a prohibited person in possession of a firearm.

CONFIDENTIAL

AGO0000744



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 188 of 284

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** CRIMINAL HISTORY SUMMARY TANNER
**Author** 7894 - YOUNG, JUSTIN
**Related Date** Oct-01-2021

I received a criminal history printout for TANNER. Below is a summary:

- Received a stay of adjudication for 5th Degree Possession
- Pending weapons/narcotics case from 9/18/21.

CONFIDENTIAL                                                               AGO0000745



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

**CLEARED BY**

**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** CRIM HISTORY SUMMARY FOR AUSTIN TOY
**Author** 7894 - YOUNG, JUSTIN
**Related Date** Oct-01-2021

I received a criminal history printout for Austin Toy. Below is a summary:

- pled guilty to receiving stolen property.


MNCIS shows two pending narcotics cases court file #27-VB-21-19000 and 86-VB-21-6086. I will attach a copy of the criminal history to this case.

CONFIDENTIAL

AGO0000746



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

| | |
|---|---|
| **Type** | NON-PUBLIC NARRATIVE |
| **Subject** | ITEMS RETURNED FROM BCA |
| **Author** | 7894 - YOUNG, JUSTIN |
| **Related Date** | Mar-02-2022 |

On todays date I went to the BCA to pick up the following items:

- MP180795-1
- MP180795-3
- MP180795-4

I transported these items back to the Minneapolis Police Department Property and Evidence Unit where they were secured.

CONFIDENTIAL

AGO0000747


**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/30/2021
(FELON POSS-FIREARM)

**Narrative Text Page(s)**

Follow Up Report # 1

## Narrative Text

**Type** CRIMINAL COMPLAINT
**Subject** (ARRESTEE #2) TANNER, NAMIRI L  (DOB: FRCP 5.2 2001)
**Author** 7894 - YOUNG, JUSTIN
**Related Date** May-10-2022

_____

Date complaint signed by investigator:[Oct-26-2021  ]     Time:[0216]hrs

_____

Prosecuting agency: [HENNEPIN COUNTY ATTORNEY'S OFFICE           ]
Prosecutor: [HANS LARSON                    ]

Complaint issued:[Yes]

Signing Judge: [LUIS BARTOLOMEI                    ]
Date complaint signed by judge:[Oct-26-2021  ]

_____

Suspect:[TANNER, NAMIRI L  (DOB: FRCP 5.2 2001)   ]

_____

Charge:
[3RD DEGREE - POSSESS 10 GRAMS OR MORE A NARCOTIC DRUG OTHER THAN HEROIN      ]

Severity:[FELONY  ]

Statute/Ordinance:
[152.023.2(A)(1), WITH REFERENCE TO:  609.101.3, 152.023.3(A)            ]

_____

Charge:
[3RD DEGREE - POSSESS 10 GRAMS OR MORE A NARCOTIC DRUG OTHER THAN HEROIN      ]

Severity:[FELONY  ]

Statute/Ordinance:
[152.023.2(A)(1), WITH REFERENCE TO:  609.101.3, 152.023.3(A)            ]

CONFIDENTIAL                                                    AGO0000748



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

Follow Up Report # 1

Charge:
[
]

Severity:[        ]

Statute/Ordinance:
[
]

_____

Charge:
[
]

Severity:[        ]

Statute/Ordinance:
[
]

_____

Charge:
[
]

Severity:[        ]

Statute/Ordinance:
[
]

_____

Charge:

CONFIDENTIAL

AGO0000749



MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**Follow Up Report # 1**

[
]

Severity:[        ]

Statute/Ordinance:
[
]

_____

Case closure recommendation: [CLOSED BY COMPLAINT          ]

_____

CONFIDENTIAL                                                    AGO0000750



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Follow Up Report # 1

## Narrative Text Page(s)

### Narrative Text

**Type** CRIMINAL COMPLAINT
**Subject** (ARRESTEE #1) SCOTT, SHAMAR J  (DOB: FRCP 5.2 2000)
**Author** 7894 - YOUNG, JUSTIN
**Related Date** May-10-2022

_____

Date complaint signed by investigator:[Oct-01-2021  ]    Time:[0358]hrs

_____

Prosecuting agency: [HENNEPIN COUNTY ATTORNEY'S OFFICE          ]
Prosecutor: [DUSTIN THELEN                        ]

Complaint issued:[Yes]

Signing Judge: [LAURA THOMAS                        ]
Date complaint signed by judge:[Oct-01-2021  ]

_____

Suspect:[SCOTT, SHAMAR J  (DOB: FRCP 5.2 2000)    ]

_____

Charge:
[POSSESS AMMO/ANY FIREARM - CONVICTION OR ADJUDICATED DELINQUENT FOR CRIME OF VIOLENCE]

Severity:[FELONY  ]

Statute/Ordinance:
[624.713.1(2), WITH REFERENCE TO:  609.11.5(B), 624.713.2(B)          ]

_____

Charge:
[
]

CONFIDENTIAL

AGO0000751



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Follow Up Report # 1

Severity:[        ]

Statute/Ordinance:
[
]

_____

Charge:
[
]

Severity:[        ]

Statute/Ordinance:
[
]

_____

Charge:
[
]

Severity:[        ]

Statute/Ordinance:
[
]

_____

Charge:
[
]

Severity:[        ]

Statute/Ordinance:
[

CONFIDENTIAL

AGO0000752



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

]                                                                              Follow Up Report #  1

_____


Charge:
[
]


Severity:[          ]

Statute/Ordinance:
[
]


_____


Case closure recommendation: [CLOSED BY COMPLAINT            ]
_____

CONFIDENTIAL                                                              AGO0000753



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

---

## Narrative Text Page(s)

### Narrative Text

**Type** CASE CLOSURE
**Subject** CASE CLOSURE
**Author** 7894 - YOUNG, JUSTIN
**Related Date** May-10-2022

On October 1st, I signed a complaint against Shamar Jamareus Scott which charged him with the following:

**COUNT I**

**Charge: Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for e of Violence**

**Minnesota Statute: 624.713.1(2), with reference to:  609.11.5(b), 624.713.2(b)**          tr
**g >**

**On October 26th, I signed a complaint against Namirilove Laquandas Tanner charging him with the following:**

**COUNT I**

**Charge: Drugs - 3rd Degree - Possess 10 grams or more a narcotic drug other than heroin Minnesota Statute: 152.023.2(a)(1), with reference to:  609.101.3, 152.023.3(a) Maximum Sentence: 5 YEARS AND/OR $3,000-$10,000 Offense Level: Felony Offense Date (on or about): 09/30/2021 Control #(ICR#): 21224635 Charge Description: That on one or more occasions within a 90-day period, 9/30/2021, in Hennepin County, Minnesota, Namirilove Laqundas Tanner unlawfully possessed one or more mixtures of a total weight of 10 grams or more containing a narcotic drug other than heroin, to-wit: Oxycodone Hydrochloride.**

**COUNT II**

**Charge: Drugs - 3rd Degree - Possess 10 grams or more a narcotic drug other than heroin Minnesota Statute: 152.023.2(a)(1), with reference to:  609.101.3, 152.023.3(a) Maximum Sentence: 20 YEARS AND/OR $75,000-$250,000 Offense Level: Felony Offense Date (on or about): 09/30/2021 Control #(ICR#): 21224635.**

**I received DNA analysis results from the BCA for the remainder of the firearms recovered in this case and the results were inconclusive and/or not suitable for comparison or a mixture of several individuals. There are no other leads that I can follow up on in this case. This case will be closed by complaint.**

CONFIDENTIAL                                                           AGO0000754



MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Clearance Information

|  |  |
|---|---|
| **Agency** | MINNEAPOLIS POLICE DEPARTMENT |
| **Cleared Status** | CLEARED BY ARREST  - NOT APPLICABLE |
| **Cleared On** | MAY-10-2022  (TUE.) |
| **Cleared By Officer 1** | 7894 -  YOUNG, JUSTIN |
| **Org Unit** | GIU -  GUN INVESTIGATION UNIT |
| **Approved By** | 7449 -  WAITE, JEFFREY BRIAN |
| **Org Unit** | GIU -  GUN INVESTIGATION UNIT |
| **Complainant/Victim Notified** | NO |

CONFIDENTIAL                                                                                                                          AGO0000755

GO# MP 2021-224635

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

CLEARED BY
COMPLAINT

## Related Property Report(s)

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| **Property Report #** | 180750 | | |
| **Case Status** | EVIDENCE | | |
| **Submitted On** | SEP-30-2021  (THU.) | **By** | ARASHIBA, ELIZABETH |

*RELATED EVENTS*

**Offense** GO  MP  2021 - 224635

**General Remarks** PRINTS AND DNA
**Related Items** 4

### FIREARM - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | EVIDENCE | | |
| **Tag #** | MP180750 - 1 | | |
| **Make** | SPRINGFIELD ARMS CO. | | |
| **Item** | PISTOL | **Type** | SEMI-AUTO |
| **Model** | XD 9 | **Caliber** | 9 |
| **Barrel Length** | 4.0 | **Finish** | BLK |
| **Serial #** | AT173138 | | |
| **Value** | $0.00 | | |
| **Description** | SPRINGFIELD ARMORY 9MM SEMI AUTO PISTOL | | |
| **Value** | $0.00 | | |
| **Flags** | EVIDENCE, ENTERED ON NCIC | | |
| **Current Location** | PW G | | |

### ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180750 - 2 |
| **Article** | YGUNMAG- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | MAGAZINE |
| **Location** | MAGAZINE FROM HANDGUN |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

### ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |

CONFIDENTIAL

AGO0000756



**GO# MP 2021-224635**

**CLEARED BY**

**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

|  |  |
|---|---|
| **Tag #** | MP180750 - 3 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | 1 X LIVE 9MM CARTRIDGE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180750 - 4 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | QUANTITY OF LIVE CARTRIDGES FROM MAGAZINE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

CONFIDENTIAL                                                                                      AGO0000757

# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

CLEARED BY
COMPLAINT

---

## REPORT INFORMATION

**Property Report #**  180743
**Case Status**  EVIDENCE
**Submitted On**  SEP-30-2021  (THU.)          **By**  YOUNG, JUSTIN
**Org Unit**  GUN INVESTIGATION UNIT

### *RELATED EVENTS*

**Offense**  GO  MP  2021 - 224635

**Related Items**  19

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180743 - 1
**Article**  PMASK- PERSONAL ACCESSORIES
**Color**  BLK
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  BLACK SKI MASK
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180743 - 2
**Article**  DCELLPH- DATA PROCESSING EQUIPMENT
**Color**  BLK
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  BLACK IPHONE
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

## SECURITIES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180743 - 3
**Type**  UNITED STATES CURRENCY (NON-NCIC)

---

CONFIDENTIAL                                        AGO0000758



MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

| Denomination | Number | Value |
|---|---|---|
| $1000 | | $0.00 |
| $100 | | $0.00 |
| $50 | | $0.00 |
| $20 | 2 | $40.00 |
| $10 | 1 | $10.00 |
| $5 | 9 | $45.00 |
| $2 | | $0.00 |
| $1 | | $0.00 |
| Half dollars | | $0.00 |
| Quarters | | $0.00 |
| Dimes | | $0.00 |
| Nickels | | $0.00 |
| Pennies | | $0.00 |

**Denomination**  $95.00
**Value**  $95.00
**Country / Issuer**  UNITED STATES
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  B ACCOUNT 5

## DRUGS - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180743 - 4
**Name**  COCAINE - ALL FORMS EXCEPT CRACK
**Form**  POWDER                              **Quantity**  1.000
**Type**  COCAINE - ALL FORMS EXCEPT CRACK
**Unit**  GRAM                                **Value**  $0.00
**Description**  APPROXIMATELY 16 GRAMS SUSPECTED COCAINE WITH PACKAGING
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW N

## DRUGS - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180743 - 5
**Name**  MARIJUANA
**Form**  BUD/LEAF                            **Quantity**  1.000
**Type**  MARIJUANA

CONFIDENTIAL                                                   AGO0000759

**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

| | |
|---|---|
| **Unit** | GRAM |
| **Value** | $0.00 |
| **Description** | APPROX. 10.8 GRAMS SUSPECTED MARIJUANA FROM FUSION GMH-636 |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW N |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180743 - 6 |
| **Article** | YGUNMAG- ALL OTHER PROPERTY |
| **Color** | BLK |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | BLACK HANDGUN MAGAZINE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

## FIREARM - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | EVIDENCE | | |
| **Tag #** | MP180743 - 7 | | |
| **Make** | GLOCK, INC. | | |
| **Item** | PISTOL | **Type** | SEMI-AUTO |
| **Model** | 22 | **Caliber** | 40 |
| **Serial #** | BTSC787 | | |
| **Value** | $0.00 | | |
| **Description** | BLACK GLOCK .40 CAL HANDGUN SERICAL# BTSC787 | | |
| **Value** | $0.00 | | |
| **Flags** | EVIDENCE, ENTERED ON NCIC | | |
| **Current Location** | PW G | | |

## FIREARM - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | EVIDENCE | | |
| **Tag #** | MP180743 - 8 | | |
| **Make** | GLOCK, INC. | | |
| **Item** | PISTOL | **Type** | SEMI-AUTO |
| **Model** | 30 GEN4 | **Caliber** | 45 |
| **Serial #** | BTEW814 | | |
| **Value** | $0.00 | | |
| **Description** | BLACK GLOCK 30 GEN 4 .45 CAL SEMI AUTO HANDGUN | | |
| **Value** | $0.00 | | |
| **Flags** | EVIDENCE, ENTERED ON NCIC | | |

CONFIDENTIAL                                                                     AGO0000760



## MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**Current Location**  PW G

## FIREARM - EVIDENCE

|  |  |  |  |
|---|---|---|---|
| **Status** | EVIDENCE | | |
| **Tag #** | MP180743 - 9 | | |
| **Make** | UNKNOWN OR UNLISTED GUN MAKE | | |
| **Item** | PISTOL | **Type** | SEMI-AUTO |
| **Model** | PF909C | **Caliber** | 9 |
| **Value** | $0.00 | | |
| **Description** | PMF HANDGUN BLACK SLIDE/ARMY GREEN FRAME | | |
| **Value** | $0.00 | | |
| **Flags** | EVIDENCE | | |
| **Current Location** | PW G | | |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180743 - 10 |
| **Article** | YGUNMAG- ALL OTHER PROPERTY |
| **Color** | BLK |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | BLACK HANDGUN MAGAZINE WITH QUANTITY OF .40 CAL AMMUNITION |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180743 - 11 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | .40 CAL LIVE CARTRIDGE FROM CHAMBER |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180743 - 12 |
| **Article** | YAMMO- ALL OTHER PROPERTY |

CONFIDENTIAL                                                    AGO0000761



GO# MP 2021-224635

CLEARED BY

**GENERAL OFFENSE HARDCOPY**

COMPLAINT

CASE REPORT WITH NARRATIVES

Incident Date 09/30/2021

(FELON POSS-FIREARM)

---

**Serial # 1** UNKNOWN

**Value** $0.00

**Description** 45 CALIBER LIVE CARTRIDGE FROM CHAMBER

**Recovered Value** $0.00

**Flags** EVIDENCE

**Current Location** PW G

## ARTICLES - EVIDENCE

**Status** EVIDENCE

**Tag #** MP180743 - 13

**Article** YAMMO- ALL OTHER PROPERTY

**Serial # 1** UNKNOWN

**Value** $0.00

**Description** LIVE CARTRIDGE 9MM FROM CHAMBER

**Recovered Value** $0.00

**Flags** EVIDENCE

**Current Location** PW G

## ARTICLES - EVIDENCE

**Status** EVIDENCE

**Tag #** MP180743 - 14

**Article** YGUNMAG- ALL OTHER PROPERTY

**Color** TAN

**Serial # 1** UNKNOWN

**Value** $0.00

**Description** TAN HANDGUN MAG

**Recovered Value** $0.00

**Flags** EVIDENCE

**Current Location** PW G

## DRUGS - EVIDENCE

**Status** EVIDENCE

**Tag #** MP180743 - 15

**Name** UNKNOWN TYPE DRUG

**Form** PILL/TABLET/CAPSULE                     **Quantity** 1.000

**Type** UNKNOWN TYPE DRUG

**Unit** DOSAGE UNITS/ITEMS                      **Value** $0.00

**Description** PLASTIC BAGGIE CONTAINING 12 WHITE PILLS INSCRIBED "RP 10"

**Recovered Value** $0.00

**Flags** EVIDENCE

**Current Location** PW N

---

CONFIDENTIAL

AGO0000762

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180743 - 16 |
| **Article** | YGUNMAG- ALL OTHER PROPERTY |
| **Color** | BLK |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | .45 BLACK HANDGUN MAG |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180743 - 17 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **# Of Pieces** | 14 |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | .40 CALIBER LIVE CARTRIDGES - (FROM LN#10) |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180743 - 18 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **# Of Pieces** | 11 |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | .45 CALIBER LIVE CARTRIDGES - (FROM LN#16) |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180743 - 19 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **# Of Pieces** | 17 |

CONFIDENTIAL

AGO0000763

 MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

**Serial # 1** UNKNOWN
**Value** $0.00
**Description** 9MM LIVE CARTRIDGES FROM MAGAZINE (LINE #14)
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PW G

CONFIDENTIAL

AGO0000764



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## REPORT INFORMATION

**Property Report #**  180746
**Case Status**  EVIDENCE
**Submitted On**  SEP-30-2021  (THU.)                    **By**  WERNER, JEFFREY

*RELATED EVENTS*

**Offense**  GO  MP  2021 - 224635

**General Remarks**  PRINTS & DNA
**Related Items**  10

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180746 - 1
**Article**  PWALLET- PERSONAL ACCESSORIES
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  WALLET CNTG MN ID/SHAMAR JAMAREUS SCOTT
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW S/339

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180746 - 2
**Article**  EDSCALE- EQUIPMENT, MEASURING DEVICES, AND TOOLS
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DIGITAL GRAM SCALE
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW S/339

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180746 - 3
**Article**  ECHARGE- EQUIPMENT, MEASURING DEVICES, AND TOOLS
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  PHONE CHARGER
**Recovered Value**  $0.00

CONFIDENTIAL                                                              AGO0000765



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/30/2021
(FELON POSS-FIREARM)

CLEARED BY
COMPLAINT

**Flags** EVIDENCE
**Current Location** PW S/339

## ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP180746 - 4
**Article** PPURSE- PERSONAL ACCESSORIES
**Color** BLK
**Serial # 1** UNKNOWN
**Value** $0.00
**Description** FANNY PACK
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PW S/339

## FIREARM - EVIDENCE

**Status** EVIDENCE
**Tag #** MP180746 - 5
**Make** SPRINGFIELD ARMS CO.
**Item** PISTOL                  **Type** SEMI-AUTO
**Model** XDS 9                  **Caliber** 9
**Barrel Length** 3.0            **Finish** BLK
**Serial #** BA456304
**Value** $0.00
**Description** SPRINGFIELD ARMORY 9MM SEMI AUTO PISTOL 3.3 MOD. 2
**Value** $0.00
**Flags** EVIDENCE, ENTERED ON NCIC
**Current Location** PW G

## ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP180746 - 6
**Article** YGUNMAG- ALL OTHER PROPERTY
**Serial # 1** UNKNOWN
**Value** $0.00
**Description** MAGAZINE
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PW G

CONFIDENTIAL                                                                AGO0000766

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180746 - 7 |
| **Article** | DCELLPH- DATA PROCESSING EQUIPMENT |
| **Make** | APPLE |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | IPHONE IN WHITE/GREY CASE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW S/339 |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180746 - 8 |
| **Article** | YCIGARE- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | VAP PEN |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW S/339 |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180746 - 9 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | 1 X LIVE 9MM CARTRIDGE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180746 - 10 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | QUANTITY OF LIVE CARTRIDGES FROM MAGAZINE |

CONFIDENTIAL                                                                      AGO0000767



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD    Doc. 205-3    Filed 04/04/25    Page 211 of 284

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW G

CONFIDENTIAL                                    AGO0000768



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## REPORT INFORMATION

**Property Report #**  180873
**Case Status**  EVIDENCE
**Submitted On**  OCT-01-2021  (FRI.)                    **By**  LEE, CHAO
**Disposal Authority**  LEE, CHAO                    **Org Unit**  GUN INVESTIGATION UNIT

### *RELATED EVENTS*

**Offense**  GO  MP  2021 - 224635

**Related Items**  2

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180873 - 1
**Article**  YSWAB- ALL OTHER PROPERTY
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DNA SWAB FROM NAMIRI LOVE LAQUANDAS TANNER
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180873 - 2
**Article**  YSWAB- ALL OTHER PROPERTY
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DNA SAMPLE AUSTIN JOEVON TOY
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  BCA

CONFIDENTIAL                    AGO0000769



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 09/30/2021
### (FELON POSS-FIREARM)

## REPORT INFORMATION

**Property Report #**  180792
**Case Status**  EVIDENCE
**Submitted On**  OCT-01-2021  (FRI.)          **By**  OTTNEY, MARCUS

*RELATED EVENTS*

**Offense**  GO  MP  2021 - 224635

**Related Items**  8

## DRUGS - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180792 - 1
**Name**  OTHER NARCOTICS
**Form**  PILL/TABLET/CAPSULE          **Quantity**  2.000
**Type**  OTHER NARCOTICS
**Unit**  DOSAGE UNITS/ITEMS          **Value**  $0.00
**Description**  ACETAMINOPHEN AND OXYCODONE 325 MG/10MG PILLS
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW N

## DRUGS - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180792 - 2
**Name**  MARIJUANA
**Form**  BUD/LEAF          **Quantity**  15.100
**Type**  MARIJUANA
**Unit**  GRAM          **Value**  $0.00
**Description**  FTP MJ W/OUT PKGING
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW N

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180792 - 3
**Article**  YDRUGPA- ALL OTHER PROPERTY
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  PKGING THAT CTND MARIJUANA

CONFIDENTIAL          AGO0000770



GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

| | |
|---|---|
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW A |

## SECURITIES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180792 - 4 |
| **Type** | UNITED STATES CURRENCY (NON-NCIC) |

| Denomination | Number | Value |
|---|---|---|
| $1000 | | $0.00 |
| $100 | | $0.00 |
| $50 | | $0.00 |
| $20 | | $0.00 |
| $10 | | $0.00 |
| $5 | 1 | $5.00 |
| $2 | | $0.00 |
| $1 | | $0.00 |
| Half dollars | | $0.00 |
| Quarters | | $0.00 |
| Dimes | | $0.00 |
| Nickels | | $0.00 |
| Pennies | | $0.00 |

| | |
|---|---|
| **Denomination** | $5.00 |
| **Value** | $5.00 |
| **Country / Issuer** | UNITE STATES OF AMERICA |
| **Description** | USED TO HOLD PILLS |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | B ACCOUNT 5 |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180792 - 5 |
| **Article** | PPURSE- PERSONAL ACCESSORIES |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | SATCHEL |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |

CONFIDENTIAL                                                          AGO0000771



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

---

**Current Location**  PW S/398

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180792 - 6 |
| **Article** | DCELLPH- DATA PROCESSING EQUIPMENT |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | WHITE I PHONE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW A |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180792 - 7 |
| **Article** | PHAT- PERSONAL ACCESSORIES |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | BASEBALL HAT |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW S/398 |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP180792 - 8 |
| **Article** | RPOWERP- RADIO, TV, AND SOUND ENTERTAINMENT DEVICES |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | VAPE PEN |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW HAZ |

---

CONFIDENTIAL                    AGO0000772



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## REPORT INFORMATION

**Property Report #** 180795
**Case Status** EVIDENCE
**Submitted On** OCT-01-2021 (FRI.)      **By** DAOHEUANG, SOUPHAPHONE

*RELATED EVENTS*

**Offense** GO MP 2021 - 224635

**Related Items** 4

## DRUGS - EVIDENCE

**Status** EVIDENCE
**Tag #** MP180795 - 1
**Name** CRACK COCAINE
**Form** ROCK      **Quantity** 0.500
**Type** CRACK COCAINE
**Unit** GRAM      **Value** $0.00
**Description** SUSPECTED CRACK COCAINE, FROM SCOTT
**Location** REAR FLOORBOARD OF SQUAD
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PW N

## ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP180795 - 2
**Article** YDRUGPA- ALL OTHER PROPERTY
**Serial # 1** UNKNOWN
**Value** $0.00
**Description** PACAKAGING FOR 0.5 GRAMS
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PW A

## DRUGS - EVIDENCE

**Status** EVIDENCE
**Tag #** MP180795 - 3
**Name** HEROIN
**Form** POWDER      **Quantity** 0.000
**Type** HEROIN
**Unit** GRAM      **Value** $0.00

CONFIDENTIAL    AGO0000773



MINNEAPOLIS POLICE DEPARTMENT

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 217 of 284

GO# MP 2021-224635

CLEARED BY

COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

**Description** SUSPECTED HEROIN FROM SCOTT

**Location** REAR FLOORBOARD OF SQUAD

**Recovered Value** $0.00

**Flags** EVIDENCE

**Current Location** PW N

## ARTICLES - EVIDENCE

**Status** EVIDENCE

**Tag #** MP180795 - 4

**Article** YDRUGPA- ALL OTHER PROPERTY

**Serial # 1** UNKNOWN

**Value** $0.00

**Description** PACKAGING FOR HEROIN

**Recovered Value** $0.00

**Flags** EVIDENCE

**Current Location** PW A

CONFIDENTIAL

AGO0000774



MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## REPORT INFORMATION

**Property Report #**  180869
**Case Status**  EVIDENCE
**Submitted On**  OCT-01-2021  (FRI.)              **By**  YOUNG, JUSTIN
**Org Unit**  GUN INVESTIGATION UNIT

*RELATED EVENTS*

**Offense**  GO  MP  2021 - 224635

**Related Items**  1

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP180869 - 1
**Article**  YSWAB- ALL OTHER PROPERTY
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DNA BUCCAL SWAB FROM WILLIAM EDWARDS
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

CONFIDENTIAL                                                                                  AGO0000775



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## REPORT INFORMATION

**Property Report #**  181279
**Case Status**  EVIDENCE
**Submitted On**  OCT-04-2021  (MON.)               **By**  VONHAUGG, JOSHUA MICHAEL

*RELATED EVENTS*

**Offense**  GO  MP  2021 - 224635

**Location**  NA
**Related Items**  6

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP181279 - 1
**Article**  YSWAB- ALL OTHER PROPERTY
**# Of Pieces**  1
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DNA SWAB(S) FROM TEXTURED AREAS OF SPRINGFIELD ARMORY PISTOL
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP181279 - 2
**Article**  YSWAB- ALL OTHER PROPERTY
**# Of Pieces**  1
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DNA SWAB(S) FROM TEXTURED AREAS OF SPRINGFIELD ARMORY MAGAZI
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP181279 - 3
**Article**  YSWAB- ALL OTHER PROPERTY
**# Of Pieces**  1
**Serial # 1**  UNKNOWN

CONFIDENTIAL                                                          AGO0000776

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

| | |
|---|---|
| Value | $0.00 |
| Description | DNA SWAB(S) FROM (1) 9MM LIVE CARTRIDGE (180746-9) |
| Recovered Value | $0.00 |
| Flags | EVIDENCE |
| Current Location | PW A |

## ARTICLES - EVIDENCE

| | |
|---|---|
| Status | EVIDENCE |
| Tag # | MP181279 - 4 |
| Article | YSWAB- ALL OTHER PROPERTY |
| # Of Pieces | 1 |
| Serial # 1 | UNKNOWN |
| Value | $0.00 |
| Description | DNA SWAB(S) FROM TEXTURED AREAS OF SPRINGFIELD ARMORY PISTOL |
| Recovered Value | $0.00 |
| Flags | EVIDENCE |
| Current Location | PW A |

## ARTICLES - EVIDENCE

| | |
|---|---|
| Status | EVIDENCE |
| Tag # | MP181279 - 5 |
| Article | YSWAB- ALL OTHER PROPERTY |
| # Of Pieces | 1 |
| Serial # 1 | UNKNOWN |
| Value | $0.00 |
| Description | DNA SWAB(S) FROM (1) 9MM LIVE CARTRIDGE (180750-3) |
| Recovered Value | $0.00 |
| Flags | EVIDENCE |
| Current Location | PW A |

## ARTICLES - EVIDENCE

| | |
|---|---|
| Status | EVIDENCE |
| Tag # | MP181279 - 6 |
| Article | YSWAB- ALL OTHER PROPERTY |
| # Of Pieces | 1 |
| Serial # 1 | UNKNOWN |
| Value | $0.00 |
| Description | DNA SWAB(S) FROM (14) 9MM & (1) .40 CALIBER LIVE CARTRIDGES, |
| Recovered Value | $0.00 |
| Flags | EVIDENCE |
| Current Location | PW A |

CONFIDENTIAL

AGO0000777



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## REPORT INFORMATION

**Property Report #**  181292
**Case Status**  EVIDENCE
**Submitted On**  OCT-04-2021  (MON.)                    **By**  LEVACK, JOSEPH

*RELATED EVENTS*

**Offense**  GO  MP  2021 - 224635

**Location**  NA
**Related Items**  6

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP181292 - 7
**Article**  YSWAB- ALL OTHER PROPERTY
**# Of Pieces**  1
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DNA SWAB(S) FROM GRIPS AND TEXTURED AREAS OF PISTOL (180743-
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP181292 - 8
**Article**  YSWAB- ALL OTHER PROPERTY
**# Of Pieces**  1
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DNA SWAB(S) FROM GRIPS AND TEXTURED AREAS OF PISTOL (180743-
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP181292 - 9
**Article**  YSWAB- ALL OTHER PROPERTY
**# Of Pieces**  1
**Serial # 1**  UNKNOWN

CONFIDENTIAL                                                  AGO0000778

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

| | |
|---|---|
| **Value** | $0.00 |
| **Description** | DNA SWAB(S) FROM GRIPS AND TEXTURED AREAS OF PISTOL (180743- |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW A |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP181292 - 10 |
| **Article** | YSWAB- ALL OTHER PROPERTY |
| **# Of Pieces** | 1 |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | DNA SWAB COLLECTIVELY FROM (15) .40 CALIBER LIVE CARTRIDGES |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW A |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP181292 - 11 |
| **Article** | YSWAB- ALL OTHER PROPERTY |
| **# Of Pieces** | 1 |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | DNA SWAB COLLECTIVELY FROM (12) .45 CALIBER LIVE CARTRIDGES |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW A |

## ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP181292 - 12 |
| **Article** | YSWAB- ALL OTHER PROPERTY |
| **# Of Pieces** | 1 |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | DNA SWAB COLLECTIVELY FROM (18) 9MM LIVE CARTRIDGES (180743- |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW A |

CONFIDENTIAL     AGO0000779



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## REPORT INFORMATION

**Property Report #**  182392
**Case Status**  EVIDENCE
**Submitted On**  OCT-13-2021  (WED.)                    **By**  LEE, CHAO

*RELATED EVENTS*

**Offense**  GO  MP  2021 - 224635

**Related Items**  1

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP182392 - 1
**Article**  YSWAB- ALL OTHER PROPERTY
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DNA SWAB DWAYNE STEWART
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

CONFIDENTIAL                                                                AGO0000780



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
**Incident Date 09/30/2021**
**(FELON POSS-FIREARM)**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Related Attachment - CRIME LAB REPORTS

**Description**  EXAMINER REPORT #1 BY FS J. LEVACK

**Reference Number**

CONFIDENTIAL

AGO0000781

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 225 of 284

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)



MPD Crime Lab Unit – Field Operations – Evidence Examination

MPD Case #: 21-224635

Report By: FS J. Levack

Examiner Report: # 1

---

Examination Start Date: 10/4/2021

Requestor: Gun Investigations Unit

Items were obtained from the Property and Evidence Unit under property report (PR) # 180743.

Exhibit(s) Examined:
15 - (180743-6) Magazine (firearm)
16 - (180743-7) Glock semi-automatic pistol, model 22, .40 caliber, S/N BTSC787
17 - (180743-8) Glock semi-automatic pistol, model 30Gen4, .45 caliber, S/N BTEW814
18 - (180743-9) Polymer80 semi-automatic pistol, model PF909C, 9mm, no serial number
19 - (180743-10) Magazine (firearm)
20 - (180743-11) .40 caliber live cartridge
21 - (180743-12) .45 caliber live cartridge
22 - (180743-13) 9mm live cartridge
23 - (180743-14) Magazine (firearm)
24 - (180743-16) Magazine (firearm)
25 - (180743-17) (14) .40 caliber live cartridges (removed from exhibit 19 by FS J. Levack)
26 - (180743-18) (11) .45 caliber live cartridges (removed from exhibit 24 by FS J. Levack)
27 - (180743-19) (17) 9mm live cartridges (removed from exhibit 23 by FS J. Levack)

Exhibit(s) 16-18, 20-22, and 25-27 were swabbed for DNA and the following were collected:
28 - (181292-7) DNA Swab(s) from grips and textured areas of pistol (180743-7)
29 - (181292-8) DNA Swab(s) from grips and textured areas of pistol (180743-8)
30 - (181292-9) DNA Swab(s) from grips and textured areas of pistol (180743-9)
31 - (181292-10) DNA Swab collectively from (15) .40 caliber live cartridges (180743-11 & 180743-17)
32 - (181292-11) DNA Swab collectively from (12) .45 caliber live cartridges (180743-12 & 180743-18)
33 - (181292-12) DNA Swab collectively from (18) 9mm live cartridges (180743-13 & 180743-19)

Exhibit(s) 15-19 and 23-24 were processed for friction ridge impression (FRI) evidence.

No friction ridge impressions of value were developed.

Exhibit(s) 15-27 will be held for the Firearms Section for further examination within the Crime Lab Unit.

Disposition of items included in this report:
Collected Item(s) – To be inventoried in the Property and Evidence Unit
Property Inventory Item(s) – To be returned to the Property and Evidence Unit.

*This report contains the conclusions, opinions, and/or interpretations of the examiner(s) named within the report.*

End of Report for MPD Case # 21-224635

*This report shall not be reproduced except in full without approval of the laboratory*

Signature of:

Page 1 of 2

21-224635

*Address: Minneapolis Police Crime Laboratory, 505 4th Avenue South, Minneapolis, MN 55415*

CONFIDENTIAL

AGO0000782



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CASE 0:22-cv-02694-JRT-JFD    Doc. 205-3    Filed 04/04/25    Page 226 of 284

CLEARED BY

**GENERAL OFFENSE HARDCOPY**

**COMPLAINT**

CASE REPORT WITH NARRATIVES

Incident Date 09/30/2021

(FELON POSS-FIREARM)

Forensic Scientist J. Levack

CONFIDENTIAL

AGO0000783



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD    Doc. 205-3    Filed 04/04/25    Page 227 of 284

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
**Incident Date 09/30/2021**
**(FELON POSS-FIREARM)**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Related Attachment - CRIME LAB REPORTS

**Description**   EXAMINER REPORT #1 BY FS J. VONHAUGG
**Reference Number**

CONFIDENTIAL                                                                                     AGO0000784

MINNEAPOLIS POLICE DEPARTMENT

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 228 of 284

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)



MPD Crime Lab Unit – Field Operations – Evidence Examination

MPD Case #: 21-224635

Report By: FS J. VonHaugg

Examiner Report: # 1

---

Examination Start Date: 10/4/2021
Requestor: Gun Investigations Unit

Items were obtained from the Property and Evidence Unit under property report (PR) #180746.

Exhibit(s) Examined:
1 - (180746-5) Springfield Armory semi-automatic pistol (w/sticker) (Model: XDS-9 | Caliber: 9mm | S/N: BA456304)
2 - (180746-6) Springfield Armory magazine
3 - (180746-9) (1) 9mm live cartridge
4 - (180746-10) (9) 9mm live cartridges (removed from Springfield Armory magazine by FS J. VonHaugg)
5 - (180750-1) Springfield Armory semi-automatic pistol (Model: XD-9 | Caliber: 9mm | S/N: AT173138)
6 - (180750-2) Springfield Armory magazine
7 - (180750-3) (1) 9mm live cartridge
8 - (180750-4) (14) 9mm & (1) .40 caliber live cartridges (removed from Springfield Armory magazine by FS J. VonHaugg)

Photographed by: FS J. VonHaugg

Exhibit(s) 1 – 5 7, & 8 were swabbed for DNA and the following were collected:
9 - (181279-1) DNA Swab(s) from textured areas of Springfield Armory pistol (180746-5)
10 - (181279-2) DNA Swab(s) from textured areas of Springfield Armory magazine & (9) 9mm live cartridges, collectively (180746-6 & 10)
11 - (181279-3) DNA Swab(s) from (1) 9mm live cartridge (180746-9)
12 - (181279-4) DNA Swab(s) from textured areas of Springfield Armory pistol (180750-1)
13 - (181279-5) DNA Swab(s) from (1) 9mm live cartridge (180750-3)
14 - (181279-6) DNA Swab(s) from (14) 9mm & (1) .40 caliber live cartridges, collectively (180750-4)

Exhibit(s) 1, 2, 5 & 6 were processed for friction ridge impression (FRI) evidence.

No friction ridge impressions of value were developed.

Exhibit(s) 1 - 8 will be held for the Firearms Section for further examination within the Crime Lab Unit.

Disposition of items included in this report:
Photographs – To be retained in Evidence.com
Collected Item(s) – To be inventoried in the Property and Evidence Unit
Property Inventory Item(s) – To be returned to the Property and Evidence Unit

*This report contains the conclusions, opinions, and/or interpretations of the examiner(s) named within the report.*

End of Report for MPD Case # 21-224635

*This report shall not be reproduced except in full without approval of the laboratory*

Signature of:
Forensic Scientist J. VonHaugg:

Page 1 of 1

21-224635

*Address: Minneapolis Police Crime Laboratory, 505 4th Avenue South, Minneapolis, MN 55415*

---

CONFIDENTIAL                                                                    AGO0000785



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD    Doc. 205-3    Filed 04/04/25    Page 229 of 284

GO# MP 2021-224635

CLEARED BY

COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Related Attachment - CRIME LAB REPORTS

**Description**   NIBIN REPORT#1 BY FT T. SITTLOW

**Reference Number**

CONFIDENTIAL

AGO0000786



MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Minneapolis Police Department - Forensics Division

505 4th Ave South, room 910
Minneapolis, MN 55415

### Firearms Unit NIBIN Entry Report

**THE INFORMATION IN THIS REPORT IS PRESUMPTIVE ONLY**
*TEST-FIRING FOR NATIONAL INTEGRATED BALLISTIC INFORMATION NETWORK (NIBIN) ENTRY DOES NOT CONSTITUTE A COMPLETE FUNCTION TEST AND/OR FIREARM EXAMINATION OF THESE ITEMS.*
**COMPLETE FIREARMS EXAMINATION WILL REQUIRE A WORK ORDER REQUEST.**

**NOTE:** UNLESS OTHERWISE NOTED, ALL IMAGES ENTERED INTO NIBIN ARE AUTOMATICALLY CORRELATED WITH IMAGES FROM ALL OTHER NIBIN SITES IN MINNESOTA. ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NIBIN NATIONAL CORRELATION TRAINING CENTER (NNCTC). ANY CONFIRMED HITS WILL BE REPORTED IN A SEPARATE REPORT FROM MPD FIREARMS EXAMINER.

MPD Case #: _21- 224 635_

Requested By: ☒ Gun Investigations Unit (proactive)   ☒ Assigned Investigator _J. YOUNG_
Date of Offense: _9-30-21_
Offense: ☐ Weapon ☒ Pfarm ☐ Assault ☐ Domestic ☐ Homicide ☐ Recgun ☐ Recprop ☐ Damprp ☐ Diswea
☐ Other (specify) _____

**TEST FIRE:**
The following firearm was received from the Property and Evidence Unit for NIBIN entry:

Firearm Tag #: _180746 - 5_

Manufacturer: _SPRINGFIELD ARMORY_  Model: _XDS9 3.3 MOD2_

Cal/Gauge: _9mm_   Serial Number: _BA 456304_

Type of Firearm: ☒ Pistol ☐ Other (specify) _____

Rifling: _6_   ☒ Right ☐ Left ☒ Conventional ☐ Polygonal

Safety Functional: ☒ Yes ☐ No ☐ N/A

Safety Type: ☐ Thumb ☒ Trigger ☐ Magazine ☒ Grip ☐ Decock ☐ Other (specify) _____

Test Fired: ☒ Yes ☐ No   Date test fired (if different than NIBIN entry date) _10-4-21_
Functioned Normally: ☒ Yes ☐ No (If no see notes)

NIBIN Entry Date: _10-7-21_
**ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NNCTC.**

**Remarks:**

NIBIN Entry Report Completed by (Technician/Examiner Signature):

End of Report for MPD Case # _21- 224635_
Page _1_ of _2_

FAF-2
Version 2_01

Issuing Authority: FS A. Zirzow
Issue Date: 10/1/2021

*This report shall not be reproduced except in full without approval of the Forensics Division*

*Ethical evidence-based results through leadership, teamwork, accountability & integrity*

CONFIDENTIAL                                                                    AGO0000787



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Minneapolis Police Department - Forensics Division

505 4th Ave South, room 910
Minneapolis, MN 55415

### Firearms Unit NIBIN Entry Report

**THE INFORMATION IN THIS REPORT IS PRESUMPTIVE ONLY**
*TEST-FIRING FOR NATIONAL INTEGRATED BALLISTIC INFORMATION NETWORK (NIBIN) ENTRY DOES NOT CONSTITUTE A COMPLETE FUNCTION TEST AND/OR FIREARM EXAMINATION OF THESE ITEMS.*
**COMPLETE FIREARMS EXAMINATION WILL REQUIRE A WORK ORDER REQUEST.**

**NOTE:** UNLESS OTHERWISE NOTED, ALL IMAGES ENTERED INTO NIBIN ARE AUTOMATICALLY CORRELATED WITH IMAGES FROM ALL OTHER NIBIN SITES IN MINNESOTA. ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NIBIN NATIONAL CORRELATION TRAINING CENTER (NNCTC). ANY CONFIRMED HITS WILL BE REPORTED IN A SEPARATE REPORT FROM MPD FIREARMS EXAMINER.

MPD Case #: _21- 224 635_

Requested By: ☒ Gun Investigations Unit (proactive)  ☒ Assigned Investigator _J. YOUNG_
Date of Offense: _9.30.21_
Offense: ☐ Weapon ☒ Pfarm ☐ Assault ☐ Domestic ☐ Homicide ☐ Recgun ☐ Recprop ☐ Damprp ☐ Diswea
☐ Other (specify) _____

### TEST FIRE:
The following firearm was received from the Property and Evidence Unit for NIBIN entry:

Firearm Tag #: _180750 - 1_

Manufacturer: _SPRINGFIELD ARMORY_   Model: _XD9_

Cal/Gauge: _9mm_   Serial Number: _AT173138_

Type of Firearm: ☒ Pistol ☐ Other (specify) _____

Rifling: _6_   ☒ Right ☐ Left ☒ Conventional ☐ Polygonal

Safety Functional: ☒ Yes ☐ No ☐ N/A

Safety Type: ☐ Thumb ☒ Trigger ☐ Magazine ☒ Grip ☐ Decock ☐ Other (specify) _____

Test Fired: ☒ Yes ☐ No   Date test fired (if different than NIBIN entry date) _10-4-21_
Functioned Normally: ☒ Yes ☐ No   (If no see notes)

NIBIN Entry Date: _10.7.21_
**ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NNCTC.

**Remarks**:

NIBIN Entry Report Completed by (Technician/Examiner Signature):

End of Report for MPD Case # _21- 224 635_
Page _2_ of _5_

FAF-2
Version 2_01

Issuing Authority: FS A. Zirzow
Issue Date: 10/1/2021

*This report shall not be reproduced except in full without approval of the Forensics Division*

*Ethical evidence-based results through leadership, teamwork, accountability & integrity*

CONFIDENTIAL   AGO0000788



MINNEAPOLIS POLICE DEPARTMENT
CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 232 of 284
GO# MP 2021-224635
CLEARED BY
COMPLAINT
GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Minneapolis Police Department - Forensics Division

505 4th Ave South, room 910
Minneapolis, MN 55415

### Firearms Unit NIBIN Entry Report

**THE INFORMATION IN THIS REPORT IS PRESUMPTIVE ONLY**
*TEST-FIRING FOR NATIONAL INTEGRATED BALLISTIC INFORMATION NETWORK (NIBIN) ENTRY DOES NOT CONSTITUTE A COMPLETE FUNCTION TEST AND/OR FIREARM EXAMINATION OF THESE ITEMS.*
**COMPLETE FIREARMS EXAMINATION WILL REQUIRE A WORK ORDER REQUEST.**

**NOTE:** UNLESS OTHERWISE NOTED, ALL IMAGES ENTERED INTO NIBIN ARE AUTOMATICALLY CORRELATED WITH IMAGES FROM ALL OTHER NIBIN SITES IN MINNESOTA. ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NIBIN NATIONAL CORRELATION TRAINING CENTER (NNCTC). ANY CONFIRMED HITS WILL BE REPORTED IN A SEPARATE REPORT FROM MPD FIREARMS EXAMINER.

MPD Case #: **21-224635**

Requested By: ☒ Gun Investigations Unit (proactive)  ☒ Assigned Investigator  **J. Young**
Date of Offense: **9·30·21**
Offense: ☐ Weapon ☒ Pfarm ☐ Assault ☐ Domestic ☐ Homicide ☐ Recgun ☐ Recprop ☐ Damprp ☐ Diswea
☐ Other (specify) _____

**TEST FIRE:**
The following firearm was received from the Property and Evidence Unit for NIBIN entry:

Firearm Tag #: **180743-7**

Manufacturer: **Glock**    Model: **22**

Cal/Gauge: **.40 S+W**  Serial Number: **BTSC787**

Type of Firearm: ☒ Pistol ☐ Other (specify) _____

Rifling: **6**   ☒ Right ☐ Left ☐ Conventional ☒ Polygonal

Safety Functional: ☒ Yes ☐ No ☐ N/A

Safety Type: ☐ Thumb ☒ Trigger ☐ Magazine ☐ Grip ☐ Decock ☐ Other (specify) _____

Test Fired: ☒ Yes ☐ No   Date test fired (if different than NIBIN entry date) **10·6·21**
Functioned Normally: ☒ Yes ☐ No  (If no see notes)

NIBIN Entry Date: **10·7·21**
**ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NNCTC.

**Remarks:**

NIBIN Entry Report Completed by (Technician/Examiner Signature):

End of Report for MPD Case # **21-224635**
Page **3** of **5**

FAF-2
Version 2_01

Issuing Authority: FS A. Zirzow
Issue Date: 10/1/2021

*This report shall not be reproduced except in full without approval of the Forensics Division*

*Ethical evidence-based results through leadership, teamwork, accountability & integrity*

CONFIDENTIAL                                                AGO0000789



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

CLEARED BY
COMPLAINT

## Minneapolis Police Department - Forensics Division

505 4th Ave South, room 910
**Minneapolis, MN 55415**

### Firearms Unit NIBIN Entry Report

**THE INFORMATION IN THIS REPORT IS PRESUMPTIVE ONLY**
*TEST-FIRING FOR NATIONAL INTEGRATED BALLISTIC INFORMATION NETWORK (NIBIN) ENTRY DOES NOT CONSTITUTE A COMPLETE FUNCTION
TEST AND/OR FIREARM EXAMINATION OF THESE ITEMS.*
*COMPLETE FIREARMS EXAMINATION WILL REQUIRE A WORK ORDER REQUEST.*

**NOTE:** UNLESS OTHERWISE NOTED, ALL IMAGES ENTERED INTO NIBIN ARE AUTOMATICALLY CORRELATED WITH IMAGES FROM ALL OTHER NIBIN SITES IN MINNESOTA.
ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NIBIN NATIONAL CORRELATION
TRAINING CENTER (NNCTC). ANY CONFIRMED HITS WILL BE REPORTED IN A SEPARATE REPORT FROM MPD FIREARMS EXAMINER.

MPD Case #: **21-224635**

Requested By: ☒ Gun Investigations Unit (proactive)  ☒ Assigned Investigator  *J. Young*
Date of Offense: *9-30-21*
Offense: ☐ Weapon ☒ Pfarm ☐ Assault ☐ Domestic ☐ Homicide ☐ Recgun ☐ Recprop ☐ Damprp ☐ Diswea
☐ Other (specify) _____

**TEST FIRE:**
The following firearm was received from the Property and Evidence Unit for NIBIN entry:

Firearm Tag #: *180743-8*

Manufacturer: *Glock*          Model: *30 Gen 4*

Cal/Gauge: *.45 auto*  Serial Number: *BTEW814*

Type of Firearm: ☒ Pistol ☐ Other (specify) _____

Rifling: *8*          ☒ Right ☐ Left ☐ Conventional ☒ Polygonal

Safety Functional: ☒ Yes ☐ No ☐ N/A

Safety Type: ☐ Thumb ☒ Trigger ☐ Magazine ☐ Grip ☐ Decock ☐ Other (specify) _____

Test Fired: ☒ Yes ☐ No   Date test fired (if different than NIBIN entry date) *10-6-21*
Functioned Normally: ☒ Yes ☐ No  (If no see notes)

NIBIN Entry Date: *10-7-21*
**\*\*ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NNCTC.**

**Remarks:**

NIBIN Entry Report Completed by (Technician/Examiner Signature):

End of Report for MPD Case # *21-224635*
Page *4* of *5*

FAF-2
Version 2_01

Issuing Authority: FS A. Zirzow
Issue Date: 10/1/2021

*This report shall not be reproduced except in full without approval of the Forensics Division*

*Ethical evidence-based results through leadership, teamwork, accountability & integrity*

CONFIDENTIAL                                                        AGO0000790



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

### GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 09/30/2021
#### (FELON POSS-FIREARM)

## Minneapolis Police Department - Forensics Division

505 4th Ave South, room 910
Minneapolis, MN 55415

### Firearms Unit NIBIN Entry Report

**THE INFORMATION IN THIS REPORT IS PRESUMPTIVE ONLY**
*TEST-FIRING FOR NATIONAL INTEGRATED BALLISTIC INFORMATION NETWORK (NIBIN) ENTRY DOES NOT CONSTITUTE A COMPLETE FUNCTION TEST AND/OR FIREARM EXAMINATION OF THESE ITEMS.*
**COMPLETE FIREARMS EXAMINATION WILL REQUIRE A WORK ORDER REQUEST.**

**NOTE:** UNLESS OTHERWISE NOTED, ALL IMAGES ENTERED INTO NIBIN ARE AUTOMATICALLY CORRELATED WITH IMAGES FROM ALL OTHER NIBIN SITES IN MINNESOTA. ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NIBIN NATIONAL CORRELATION TRAINING CENTER (NNCTC). ANY CONFIRMED HITS WILL BE REPORTED IN A SEPARATE REPORT FROM MPD FIREARMS EXAMINER.

MPD Case #: __21-224635__

Requested By: ☒ Gun Investigations Unit (proactive)  ☒ Assigned Investigator __J. Young__
Date of Offense: __9.30.21__
Offense: ☐ Weapon ☒ Pfarm ☐ Assault ☐ Domestic ☐ Homicide ☐ Recgun ☐ Recprop ☐ Damprp ☐ Diswea
☐ Other (specify) _____

**TEST FIRE:**
The following firearm was received from the Property and Evidence Unit for NIBIN entry:

Firearm Tag #: __180743-9__

Manufacturer: __Polymer 80 Inc__   Model: __PF940SC__

Cal/Gauge: __9mm__   Serial Number: _____

Type of Firearm: ☒ Pistol  ☐ Other (specify) _____

Rifling: __6__   ☒ Right ☐ Left ☒ Conventional ☐ Polygonal

Safety Functional: ☒ Yes ☐ No ☐ N/A

Safety Type: ☐ Thumb ☒ Trigger ☐ Magazine ☐ Grip ☐ Decock ☐ Other (specify) _____

Test Fired: ☒ Yes ☐ No   Date test fired (if different than NIBIN entry date) __10-6-21__
Functioned Normally: ☒ Yes ☐ No  (If no see notes)

NIBIN Entry Date: __10.7.21__
**\*\*ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NNCTC.**

**Remarks:**

NIBIN Entry Report Completed by (Technician/Examiner Signature):

End of Report for MPD Case # __21-224635__
Page __5__ of __5__

FAF-2
Version 2_01

Issuing Authority: FS A. Zirzow
Issue Date: 10/1/2021

*This report shall not be reproduced except in full without approval of the Forensics Division*

*Ethical evidence-based results through leadership, teamwork, accountability & integrity*

CONFIDENTIAL                                                    AGO0000791



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Related Attachment - SEARCH WARRANT

**Description**   SW STEWART AND MN GMH636 AND PAGE 5
**Reference Number**

CONFIDENTIAL                                                                    AGO0000792

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Application Page 1 - 4

STATE OF MINNESOTA, COUNTY OF HENNEPIN          DISTRICT COURT

## APPLICATION FOR SEARCH WARRANT

I, Chao Lee, a licensed peace officer in the State of Minnesota, make an application to this Court for a warrant to search the person(s), and motor vehicle(s) described below, for the property and thing(s) described below.

I know the content of this application and affirm that the statements contained in this application are true based on my own knowledge, or are believed to be true.

I believe that the following described property and thing(s), namely:

- Firearms, ammo, and firearms accessories to include holsters and ammo.

- Controlled substances to include, but not limited to crack cocaine.

- Packaging equipment such as baggies, scales, cutting agents, paraphernalia and/or packaging materials used in the distribution, manufacture and/or use of controlled substances

- Documents, notes, papers, ledgers, pagers, cell phones, to show activities of controlled substance distribution and to indicate names, addresses and phone numbers of possible sources and/or customers of controlled substances.

- Monies to show profit of the sale of controlled substances and recover pre-copied buy monies. Documents, receipts, letters, bills and identification to show constructive possession of the items seized.

is or are on the person(s), and in the motor vehicle(s) described as:

Dwayne Stewart Jr, Date of Birth 07/10/1990
A Grey Ford Fusion Bearing MN GMH636

located in city or township of Minneapolis, County of Hennepin, State of Minnesota.

I apply for a search warrant on the following grounds:

- The property or things above-described was used as means of committing a crime.
- The possession of the property or things above-described constitutes a crime.
- The property or things above-described is in the possession of a person with intent to use

Version 1.0

CONFIDENTIAL                                                                    AGO0000793

MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635

CLEARED BY
COMPLAINT

Application Page 2 - 4

such property as a means of committing a crime, or the property or things so intended to be used are in the possession of another to whom they have been delivered for the purpose of concealing them or preventing their being discovered.

- The property or things above-described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.

The facts establishing the grounds for issuance of a search warrant are as follows:

I, Sergeant Chao Lee, am a Police Sergeant with the Minneapolis Police Department. I am currently assigned to the Minneapolis Gun Investigations Unit and have been employed by the Minneapolis Police Department since 2007 in numerous assignments to include 911 patrol, 1st Precinct Directed Patrol Unit, 1st Precinct Community Response Team and the FBI Violent Gang Safe Streets Task Force. My duties include investigating narcotics, firearms, and gang crimes in the city of Minneapolis and the surrounding areas.  I have attended and completed numerous trainings to include the DEA Basic Drug Enforcement Investigator's school, Undercover Officer Training, Search Warrant Training, Interview and Interrogation Training, Criminal Street Gang Training as well as other trainings pertaining to the law enforcement field. As part of my experience, I have executed hundreds of search warrants to include cellphone trap and trace, cellphone extraction, search warrants for persons, places and vehicles where narcotics, firearms, monies, and other items of evidence of crimes were recovered, resulting in numerous arrests and convictions.

Your affiant within the past 72 hour received information from a confidential reliable informant, hereinafter referred to as CRI, that a male by the name Dwayne Stewart was observed within 72 hours in south Minneapolis driving a grey Ford Fusion with a firearm. Stewart had the firearm in this vehicle and the CRI knew Stewart to be an associate of the 10'z street gang.  The CRI provided information that Stewart was on edge from recent shootings involving the 10'z gang and that he carried this firearm to protect himself and his narcotics.  It should be noted that this CRI has been utilized in past investigations and information from this CRI has been verified and deemed reliable.  Investigations utilizing this CRI have led to felony arrests and convictions for weapons and narcotics cases.

Your affiant was familiar with Dwayne Stewart and knew him to be Dwayne Stewart Jr. with a DOB of 07/10/1990.  Your affiant knew Stewart from past investigations and knew him to be an associate if the 10'z south Minneapolis Street gang.  Your affiant has stopped Stewart before with other 10'z gang members where a firearm was recovered.  Stewart is known to sell illegal narcotics to include crack cocaine with other 10'z gang members and I had previous credible information that Stewart was in possession of firearms.  During physical surveillance of Stewart within the past 2 months, your affiant knows that Stewart drives a grey Ford Fusion bearing MN GMH636 and that he resides at the Courtyard apartments located at 2520 Highway 100 South in St. Louis Park, MN.

Version 1.0

CONFIDENTIAL                                                                AGO0000794

MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

Application Page 3 - 4

Your affiant received information from another confidential reliable informant within the past month that Stewart was a source of supply for firearms and narcotics for the 10'z street gang due to his connects in Chicago, Illinois and that he was known to hold several firearms for the 10'z street gang members. This CRI has observed Stewart in MN GMH636 with a large amount of crack cocaine and knows him to sell crack in the area of Chicago Avenue and Franklin Avenue a centralized location for the 10'z gang members to sell illegal narcotics.

On 09/22/2021, I drove to 2520 Highway 100 South and observed MN GMH636 parked in the apartment parking lot. Your affiant had conducted physical surveillance at this apartment building in the past month and observed Stewart exit the apartment complex and leave in MN GMH636.

Your affiant knows that Stewart has a felony conviction in 2018 for 3rd degree drug sales which makes him prohibited from owning or possessing firearms.

Your affiant is requesting a search warrant for the person of Dwayne Stewart Jr. DOB: 07/10/1990 and his vehicle MN GMH636, a grey Ford Fusion to stop him and search him for firearms as he was recently observed with a firearm in this vehicle.

Your affiant knows that Stewart is selling crack cocaine and that he would transport these illegal narcotics in MN GMH636. Your affiant is requesting that illegal narcotics to include crack cocaine, packaging, and drug paraphernalia be included in this search warrant.

**(End of Page)**

Version 1.0

CONFIDENTIAL                                                                        AGO0000795

MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635

CLEARED BY
COMPLAINT

Application Page 4 - 4

I request a search warrant be issued, commanding Chao Lee, Sgt. Adam Lepinski, Sgt. Andrew Bittell, Officer Jesse Standal, Officer Lindsey Kortus, Officer William Martin, Officer Justin Young, Officer Kristopher Dauble, Sgt. Andrew Schroeder, Officer Jeffrey Werner, Officer Justin Stetson, Officer Gabriel Grout and all officers under his control., peace officers of the State of Minnesota, and any other authorized person, to enter and search between the hours of 7 a.m. and 8 p.m. to search the above described person(s), and motor vehicle(s) for the described property and thing(s), and to seize and keep said property and thing(s) in custody until dealt with according to law, including authorization to have the seized property and thing(s) to be analyzed by a forensic laboratory.

**I declare under penalty of perjury that everything stated in this document is true and correct.**

Applicant: <u>Chao Lee</u>
Minneapolis Police Dept
Electronically Signed
09/22/2021 11:14 AM
Hennepin County, Minnesota

Version 1.0

CONFIDENTIAL                                                    AGO0000796

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 240 of 284

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)



Search Warrant Page 1 - 3

STATE OF MINNESOTA, COUNTY OF HENNEPIN            DISTRICT COURT

## SEARCH WARRANT

TO: CHAO LEE, SGT. ADAM LEPINSKI, SGT. ANDREW BITTELL, OFFICER JESSE STANDAL, OFFICER LINDSEY KORTUS, OFFICER WILLIAM MARTIN, OFFICER JUSTIN YOUNG, OFFICER KRISTOPHER DAUBLE, SGT. ANDREW SCHROEDER, OFFICER JEFFREY WERNER, OFFICER JUSTIN STETSON, OFFICER GABRIEL GROUT AND ALL OFFICERS UNDER HIS CONTROL. PEACE OFFICERS OF THE STATE OF MINNESOTA.

WHEREAS, Chao Lee has this day on oath made an application to this Court for a warrant to search the following described person(s), and motor vehicle(s) :

**Dwayne  Stewart Jr, Date of Birth 07/10/1990**
**A Grey Ford Fusion Bearing MN GMH636**

located in city or township of Minneapolis, State of Minnesota for the following described property and thing(s):

- Firearms, ammo, and firearms accessories to include holsters and ammo.

- Controlled substances to include, but not limited to crack cocaine.

- Packaging equipment such as baggies, scales, cutting agents, paraphernalia and/or packaging materials used in the distribution, manufacture and/or use of controlled substances

- Documents, notes, papers, ledgers, pagers, cell phones, to show activities of controlled substance distribution and to indicate names, addresses and phone numbers of possible sources and/or customers of controlled substances.

- Monies to show profit of the sale of controlled substances and recover pre-copied buy monies. Documents, receipts, letters, bills and identification to show constructive possession of the items seized.

WHEREAS, the application of Chao Lee was duly presented and read by the Court, and being fully advised in the premises.

NOW, THEREFORE, the Court finds that probable cause exists for the issuance of  a search warrant upon the following ground(s):

Version 1.0

CONFIDENTIAL                                                        AGO0000797



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD    Doc. 205-3    Filed 04/04/25    Page 241 of 284

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Search Warrant Page 2 - 3

- The property or things above-described was used as means of committing a crime.

- The possession of the property or things above-described constitutes a crime.

- The property or things above-described is in the possession of a person with intent to use such property as a means of committing a crime, or the property or things so intended to be used are in the possession of another to whom they have been delivered for the purpose of concealing them or preventing their being discovered.

- The property or things above-described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.

The court further finds that probable cause exists to believe that the above-described property and thing(s) is or are in the above-described motor vehicle(s), and on the person of Dwayne Stewart Jr, Date of Birth 07/10/1990.

**(End of Page)**

Version 1.0

CONFIDENTIAL                                                                      AGO0000798



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Search Warrant Page 3 - 3

NOW, THEREFORE, you Chao Lee, Sgt. Adam Lepinski, Sgt. Andrew Bittell, Officer Jesse Standal, Officer Lindsey Kortus, Officer William Martin, Officer Justin Young, Officer Kristopher Dauble, Sgt. Andrew Schroeder, Officer Jeffrey Werner, Officer Justin Stetson, Officer Gabriel Grout and all officers under his control., peace officers of the State of Minnesota, and any other authorized person, are hereby commanded to enter and search between the hours of 7 a.m. and 8 p.m., to search the above-described person(s), and motor vehicle(s), for the described property and thing(s), and to seize and keep said property and thing(s) in custody until dealt with according to law, including authorization to have the seized property and thing(s) analyzed by a forensic laboratory.

BY THE COURT

ISSUED ON: 22 September, 2021

**Judicial Officer:** Luis Bartolomei
Judge of District Court
Electronically Signed
09/22/2021 11:48 AM

Version 1.0

CONFIDENTIAL                                                    AGO0000799



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD Doc. 205-3 Filed 04/04/25 Page 243 of 284

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

MN Lic/GMH 656
21-224635

STATE OF MINNESOTA, COUNTY OF HENNEPIN, DISTRICT COURT
**RECEIPT, INVENTORY AND RETURN**

I, A. Schroeder , received the attached search warrant issued by The
Honorable Judge Bartolomer on 9-22 , 20 21 at 1148 o'clock A m.,
and have executed it as follows:

Pursuant to said warrant, on 9-30 , 20 21 at 1945 o'clock p m., I searched the ☐ premise
☒ motor vehicle ☐ person described in said warrant, and left a true and correct copy of said warrant ☐ with
☒ in ☐ at Vehicle

I took into custody property named in said warrant and listed below:

- Glock handgun 45 cal - from under passenger seat
- Empty GUN magazine - drivers door
- Suspected marijuana - cup holder
- P80 - 9mm - handgun - under drivers seat
- Glock 40 cal handgun - under drivers seat

☒ I left a receipt for the property and things listed with the warrant as set forth above.

☐ None of the items set forth in this search warrant were found.

I shall ☒ retain or ☐ delivery custody of said property as directed by Court Order

I, A. Schroeder declare under penalty of perjury that everything
I have stated in this document is true and correct.

Signature: _____ Date 9-30-21

County Henn State MN

Copy Distribution: **White:** Peace Officer          **Yellow:** Premise/Person

MP-3603 Rev. 8/2016

CONFIDENTIAL                                                    AGO0000800

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 244 of 284

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)



## Related Attachment - SEARCH WARRANT

**Description**   SW DNA TANNER AND PAGE 5
**Reference Number**

CONFIDENTIAL                                                      AGO0000801

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Application Page 1 - 3

STATE OF MINNESOTA, COUNTY OF HENNEPIN               DISTRICT COURT

## APPLICATION FOR SEARCH WARRANT

I, Chao Lee, a licensed peace officer in the State of Minnesota, make an application to this Court for a warrant to search the person(s) described below, for the property and thing(s) described below.

I know the content of this application and affirm that the statements contained in this application are true based on my own knowledge, or are believed to be true.

I believe that the following described property and thing(s), namely:

**a Deoxyribonucleic Acid (DNA) sample; obtained from either Buccal Cells or a blood draw, from Namiri Love Laquandas Tanner DOB:01/19/2001; and that all necessary and reasonable force required to obtain the sample be authorized, within the; County of Hennepin, the Hennepin County Adult Jail (HCJ), or within HCMC Hospital; including transportation by the Hennepin County Sheriff's Department or Minneapolis Police Department staff to and from the aforementioned facilities.**

is or are on the person(s) described as:

**Tanner Namiri Love Laquandas, Date of Birth 01/19/2001**

located in city or township of Minneapolis, County of Hennepin, State of Minnesota.

I apply for a search warrant on the following grounds:

- The possession of the property or things above-described constitutes a crime.
- The property or things above-described is in the possession of a person with intent to use such property as a means of committing a crime, or the property or things so intended to be used are in the possession of another to whom they have been delivered for the purpose of concealing them or preventing their being discovered.
- The property or things above-described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.

The facts establishing the grounds for issuance of a search warrant are as follows:

I, Sergeant Chao Lee, am a Police Sergeant with the Minneapolis Police Department. I am currently assigned to the Minneapolis Gun Investigations Unit and have been employed by the Minneapolis Police Department since 2007 in numerous assignments to include 911

Version 1.0

CONFIDENTIAL                                                    AGO0000802



CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 246 of 284

MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

Application Page 2 - 3

patrol, 1st Precinct Directed Patrol Unit, 1st Precinct Community Response Team and the FBI Violent Gang Safe Streets Task Force. My duties include investigating narcotics, firearms, and gang crimes in the city of Minneapolis and the surrounding areas. I have attended and completed numerous trainings to include the DEA Basic Drug Enforcement Investigator's school, Undercover Officer Training, Search Warrant Training, Interview and Interrogation Training, Criminal Street Gang Training as well as other trainings pertaining to the law enforcement field. As part of my experience, I have executed hundreds of search warrants to include cellphone trap and trace, cellphone extraction, search warrants for persons, places and vehicles where narcotics, firearms, monies, and other items of evidence of crimes were recovered, resulting in numerous arrests and convictions.

On 09/30/2021, Officers of the Minneapolis Gun Investigations Unit located a grey Ford Fusion, MN GMH636 in the area of Elliot Avenue South and 21st Street in Minneapolis surrounded by several 10'z street gang members. Your affiant had a signed search warrant for this vehicle and officers conducted surveillance to execute this warrant. During the surveillance, Officers observed and identified several individual in the group and idented one of these gang members to be Namiri Love Laquandas Tanner DOB: 01/19/2001. Your affiant has an active PC Pick up for Tanner for a firearms case in which Tanner was stopped by your affiant and he fled the scene on foot. In the vehicle was a loaded Glock handgun with an auto searer attachment that converted the firearm to full auto. Officers monitored the group and observed as they would continually go in and out of MN GMH636. Tanner was observed appearing to place something in the vehicle. As Officers approached to stop the vehicle and the occupants, Tanner fled and was apprehended. Officers recovered narcotics from Tanner. In a search of the vehicle, MN GMH636, 3 separate handguns were recovered from under the front passenger and front driver's seat.

Your affiant knows that Tanner is known in the gang to be a shooter and is known to always be carrying a firearm. Tanner has a history with firearms and has been stopped or fled where Officers have recovered firearms.

Your affiant knows that Tanner is prohibited from owning or possessing firearms as he has a felony conviction for 5th degree drug possession in 2020 and has two active firearms cases pending. Your affiant is requesting a search warrant to obtain a Deoxyribonucleic Acid (DNA) sample; obtained from either Buccal Cells or a blood draw, from Namiri Love Laquandas Tanner DOB:01/19/2001; and that all necessary and reasonable force required to obtain the sample be authorized, within the; County of Hennepin, the Hennepin County Adult Jail (HCJ), or within HCMC Hospital; including transportation by the Hennepin County Sheriff's Department or Minneapolis Police Department staff to and from the aforementioned facilities.

Your affiant knows that a positive DNA match from Tanner to one of the firearms in the vehicle would be evidence that Tanner was in possession of these firearms.

Version 1.0

CONFIDENTIAL                                                                      AGO0000803

MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635

CLEARED BY
COMPLAINT

Application Page 3 - 3

I request a search warrant be issued, commanding Chao Lee, Sgt. Adam Lepinski, Sgt. Andrew Bittell, Officer Jesse Standal, Officer Lindsey Kortus, Officer William Martin, Officer Justin Young, Officer Kristopher Dauble, Sgt. Andrew Schroeder, Officer Jeffrey Werner, Officer Justin Stetson, Officer Gabriel Grout and all officers under his control., peace officers of the State of Minnesota, and any other authorized person, to enter and search between the hours of 7 a.m. and 8 p.m. to search the above described person(s) for the described property and thing(s), and to seize and keep said property and thing(s) in custody until dealt with according to law, including authorization to have the seized property and thing(s) to be analyzed by a forensic laboratory.

**I declare under penalty of perjury that everything stated in this document is true and correct.**

Applicant: <u>Chao Lee</u>
Minneapolis Police Dept
Electronically Signed
10/01/2021 9:30 AM
Hennepin County, Minnesota

Version 1.0

CONFIDENTIAL                                                                                     AGO0000804



MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

Search Warrant Page 1 - 3

STATE OF MINNESOTA, COUNTY OF HENNEPIN          **DISTRICT COURT**

## SEARCH WARRANT

TO: CHAO LEE, SGT. ADAM LEPINSKI, SGT. ANDREW BITTELL, OFFICER JESSE STANDAL, OFFICER LINDSEY KORTUS, OFFICER WILLIAM MARTIN, OFFICER JUSTIN YOUNG, OFFICER KRISTOPHER DAUBLE, SGT. ANDREW SCHROEDER, OFFICER JEFFREY WERNER, OFFICER JUSTIN STETSON, OFFICER GABRIEL GROUT AND ALL OFFICERS UNDER HIS CONTROL. PEACE OFFICERS OF THE STATE OF MINNESOTA.

WHEREAS, Chao Lee has this day on oath made an application to this Court for a warrant to search the following described person(s) :

**Tanner Namiri Love Laquandas, Date of Birth 01/19/2001**

located in city or township of Minneapolis, State of Minnesota for the following described property and thing(s):

**a Deoxyribonucleic Acid (DNA) sample; obtained from either Buccal Cells or a blood draw, from Namiri Love Laquandas Tanner DOB:01/19/2001; and that all necessary and reasonable force required to obtain the sample be authorized, within the; County of Hennepin, the Hennepin County Adult Jail (HCJ), or within HCMC Hospital; including transportation by the Hennepin County Sheriff's Department or Minneapolis Police Department staff to and from the aforementioned facilities.**

WHEREAS, the application of Chao Lee was duly presented and read by the Court, and being fully advised in the premises.

NOW, THEREFORE, the Court finds that probable cause exists for the issuance of a search warrant upon the following ground(s):

- The possession of the property or things above-described constitutes a crime.

- The property or things above-described is in the possession of a person with intent to use such property as a means of committing a crime, or the property or things so intended to be used are in the possession of another to whom they have been delivered for the purpose of concealing them or preventing their being discovered.

- The property or things above-described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.

Version 1.0

CONFIDENTIAL                                                                    AGO0000805



MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

Search Warrant Page 2 - 3

The court further finds that probable cause exists to believe that the above-described property and thing(s) is or are on the person of Tanner Namiri Love Laquandas, Date of Birth 01/19/2001.

**(End of Page)**

Version 1.0

CONFIDENTIAL    AGO0000806



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

Search Warrant Page 3 - 3

NOW, THEREFORE, you Chao Lee, Sgt. Adam Lepinski, Sgt. Andrew Bittell, Officer Jesse Standal, Officer Lindsey Kortus, Officer William Martin, Officer Justin Young, Officer Kristopher Dauble, Sgt. Andrew Schroeder, Officer Jeffrey Werner, Officer Justin Stetson, Officer Gabriel Grout and all officers under his control., peace officers of the State of Minnesota, and any other authorized person, are hereby commanded to enter and search  between the hours of 7 a.m. and 8 p.m.,  to search the above-described person(s), for the described property and thing(s), and to seize and keep said property and thing(s) in custody until dealt with according to law, including authorization to have the seized property and thing(s) analyzed by a forensic laboratory.

BY THE COURT

ISSUED ON: 01 October, 2021

**Judicial Officer:** <u>Laura Thomas</u>
Judge of District Court
Electronically Signed
10/01/2021 9:45 AM

Version 1.0

CONFIDENTIAL                                                                        AGO0000807



MINNEAPOLIS POLICE DEPARTMENT

CASE 0:22-cv-02694-JRT-JFD    Doc. 205-3    Filed 04/04/25    Page 251 of 284

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Namin' Yanner

STATE OF MINNESOTA, COUNTY OF HENNEPIN, DISTRICT COURT
**RECEIPT, INVENTORY AND RETURN**

I, _Chao Lee_ , received the attached search warrant issued by The
Honorable _Laura Thomas_ , on _10/1_, 20_21_ at _09_ o'clock _45_ m.,
and have executed it as follows:

Pursuant to said warrant, on _10/1_, 20_21_ at _11_ o'clock _05_ m., I searched the ☐ premise
☐ motor vehicle ☒ person described in said warrant, and left a true and correct copy of said warrant ☐ with
☐ in ☒ at _HCJ_ _____

I took into custody property named in said warrant and listed below:

#  DNA  sample

☒ I left a receipt for the property and things listed with the warrant as set forth above.

☐ None of the items set forth in this search warrant were found.

I shall ☒ retain or ☐ delivery custody of said property as directed by Court Order

I, _Chao Lee_ declare under penalty of perjury that everything
I have stated in this document is true and correct.

Signature: _[signature]_                    Date _10/1/2021_

County _Hennepin_                           State _MN_

Copy Distribution: **White:** Peace Officer               **Yellow:** Premise/Person

MP-3603 Rev. 8/2016

CONFIDENTIAL                                                      AGO0000808



MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Related Attachment - SEARCH WARRANT

**Description**  SW DNA TOY AND PAGE 5
**Reference Number**

CONFIDENTIAL                                                            AGO0000809

MINNEAPOLIS POLICE DEPARTMENT

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 253 of 284

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Application Page 1 - 4

STATE OF MINNESOTA, COUNTY OF HENNEPIN                DISTRICT COURT

### APPLICATION FOR SEARCH WARRANT

I, Chao Lee, a licensed peace officer in the State of Minnesota, make an application to this Court for a warrant to search the person(s) described below, for the property and thing(s) described below.

I know the content of this application and affirm that the statements contained in this application are true based on my own knowledge, or are believed to be true.

I believe that the following described property and thing(s), namely:

**a Deoxyribonucleic Acid (DNA) sample; obtained from either Buccal Cells or a blood draw, from Austin Joevon Toy DOB: 06/27/2001:; and that all necessary and reasonable force required to obtain the sample be authorized, within the; County of Hennepin, the Hennepin County Adult Jail (HCJ), or within HCMC Hospital; including transportation by the Hennepin County Sheriff's Department or Minneapolis Police Department staff to and from the aforementioned facilities.**

is or are on the person(s) described as:

**Austin  Joevon Toy, Date of Birth 06/27/2001**

located in city or township of Minneapolis, County of Hennepin, State of Minnesota.

I apply for a search warrant on the following grounds:

- The possession of the property or things above-described constitutes a crime.

- The property or things above-described is in the possession of a person with intent to use such property as a means of committing a crime, or the property or things so intended to be used are in the possession of another to whom they have been delivered for the purpose of concealing them or preventing their being discovered.

- The property or things above-described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.

The facts establishing the grounds for issuance of a search warrant are as follows:

I, Sergeant Chao Lee, am a Police Sergeant with the Minneapolis Police Department. I am currently assigned to the Minneapolis Gun Investigations Unit and have been employed by the Minneapolis Police Department since 2007 in numerous assignments to include 911

Version 1.0

CONFIDENTIAL                                                              AGO0000810



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Application Page 2 - 4

patrol, 1st Precinct Directed Patrol Unit, 1st Precinct Community Response Team and the FBI Violent Gang Safe Streets Task Force. My duties include investigating narcotics, firearms, and gang crimes in the city of Minneapolis and the surrounding areas.  I have attended and completed numerous trainings to include the DEA Basic Drug Enforcement Investigator's school, Undercover Officer Training, Search Warrant Training, Interview and Interrogation Training, Criminal Street Gang Training as well as other trainings pertaining to the law enforcement field. As part of my experience, I have executed hundreds of search warrants to include cellphone trap and trace, cellphone extraction, search warrants for persons, places and vehicles where narcotics, firearms, monies, and other items of evidence of crimes were recovered, resulting in numerous arrests and convictions.

On 09/30/2021, Officers of the Minneapolis Gun Investigations Unit located a grey Ford Fusion, MN GMH636 in the area of Elliot Avenue South and 21st Street in Minneapolis surrounded by several 10'z street gang members.  Your affiant had a signed search warrant for this vehicle and officers conducted surveillance to execute this warrant.  During the surveillance, Officers observed and identified several individual in the group and idented one of these gang members to be Austin Joevon Toy DOB: 06/27/2001.  Your affiant is familiar with Toy and knows him to be a 10'z gang/ Crazii Boys Gang member.  Toy had been shot before and officers observed him carrying a black fanny pack on his persons, these fanny packs are known on the street to be gun packs as it allows individuals to carry firearms on them without being too suspicious and they are easily tossed and discarded if they have to flee.  Officers observed multiple individuals including Toy go in and out of MN GMH636.

Officers executed a takedown of the vehicle and the group and Toy was apprehended. Narcotics were located on Toy and in a search of MN GMH636, 3 separate handguns were recovered from the front passenger and front driver's seat.  2 other handguns were recovered from the two individuals that ran from the scene.  Your affiant knows that Toy does not have a permit to carry and is known to always carry a firearm in this gang.

Your affiant is requesting a search warrant to obtain a Deoxyribonucleic Acid (DNA) sample; obtained from either Buccal Cells or a blood draw, from Austin Joevon Toy DOB: 06/27/2001; and that all necessary and reasonable force required to obtain the sample be authorized, within the; County of Hennepin, the Hennepin County Adult Jail (HCJ), or within HCMC Hospital; including transportation by the Hennepin County Sheriff's Department or Minneapolis Police Department staff to and from the aforementioned facilities.

Your affiant knows that a positive DNA match from Toy to one of the firearms in the vehicle would be evidence that Toy was in possession of these firearms and can be charged with Carrying a pistol without a permit.  Your affiant also knows that there has been a up tick in violent gang shootings this year and that if these firearms came back to any of those shootings that a DNA match with Toy would link him to the shootings.

Version 1.0

CONFIDENTIAL                                                                     AGO0000811



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Application Page 3 - 4

(End of Page)

Version 1.0

CONFIDENTIAL

AGO0000812



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Application Page 4 - 4

I request a search warrant be issued, commanding Chao Lee,  Sgt. Adam Lepinski, Sgt. Andrew Bittell, Officer Jesse Standal, Officer Lindsey Kortus, Officer William Martin, Officer Justin Young, Officer Kristopher Dauble, Sgt. Andrew Schroeder, Officer Jeffrey Werner, Officer Justin Stetson, Officer Gabriel Grout and all officers under his control., peace officers of the State of Minnesota, and any other authorized person, to enter and search between the hours of 7 a.m. and 8 p.m. to search the above described person(s) for the described property and thing(s), and to seize and keep said property and thing(s) in custody until dealt with according to law, including authorization to have the seized property and thing(s) to be analyzed by a forensic laboratory.

**I declare under penalty of perjury that everything stated in this document is true and correct.**

> **Applicant:** <u>Chao Lee</u> _____
> Minneapolis Police Dept
> Electronically Signed
> 10/01/2021 9:53 AM
> Hennepin County, Minnesota

Version 1.0

CONFIDENTIAL

AGO0000813

MINNEAPOLIS POLICE DEPARTMENT

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 257 of 284

GO# MP 2021-224635

CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)



Search Warrant Page 1 - 3

STATE OF MINNESOTA, COUNTY OF HENNEPIN                    DISTRICT COURT

## SEARCH WARRANT

TO: CHAO LEE,  SGT. ADAM LEPINSKI, SGT. ANDREW BITTELL, OFFICER JESSE STANDAL, OFFICER LINDSEY KORTUS, OFFICER WILLIAM MARTIN, OFFICER JUSTIN YOUNG, OFFICER KRISTOPHER DAUBLE, SGT. ANDREW SCHROEDER, OFFICER JEFFREY WERNER, OFFICER JUSTIN STETSON, OFFICER GABRIEL GROUT AND ALL OFFICERS UNDER HIS CONTROL. PEACE OFFICERS OF THE STATE OF MINNESOTA.

WHEREAS, Chao Lee has this day on oath made an application to this Court for a warrant to search the following described person(s) :

**Austin  Joevon Toy, Date of Birth 06/27/2001**

located in city or township of Minneapolis, State of Minnesota for the following described property and thing(s):

**a Deoxyribonucleic Acid (DNA) sample; obtained from either Buccal Cells or a blood draw, from Austin Joevon Toy DOB: 06/27/2001:; and that all necessary and reasonable force required to obtain the sample be authorized, within the; County of Hennepin, the Hennepin County Adult Jail (HCJ), or within HCMC Hospital; including transportation by the Hennepin County Sheriff's Department or Minneapolis Police Department staff to and from the aforementioned facilities.**

WHEREAS, the application of Chao Lee was duly presented and read by the Court, and being fully advised in the premises.

NOW, THEREFORE, the Court finds that probable cause exists for the issuance of  a search warrant upon the following ground(s):

- The possession of the property or things above-described constitutes a crime.
- The property or things above-described is in the possession of a person with intent to use such property as a means of committing a crime, or the property or things so intended to be used are in the possession of another to whom they have been delivered for the purpose of concealing them or preventing their being discovered.
- The property or things above-described constitutes evidence which tends to show a crime has been committed, or tends to show that a particular person has committed a crime.

Version 1.0

CONFIDENTIAL                                                      AGO0000814


MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

Search Warrant Page 2 - 3

The court further finds that probable cause exists to believe that the above-described property and thing(s) is or are on the person of Austin Joevon Toy, Date of Birth 06/27/2001.

**(End of Page)**

Version 1.0

CONFIDENTIAL

AGO0000815



MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635

CLEARED BY
COMPLAINT

Search Warrant Page 3 - 3

NOW, THEREFORE, you Chao Lee, Sgt. Adam Lepinski, Sgt. Andrew Bittell, Officer Jesse Standal, Officer Lindsey Kortus, Officer William Martin, Officer Justin Young, Officer Kristopher Dauble, Sgt. Andrew Schroeder, Officer Jeffrey Werner, Officer Justin Stetson, Officer Gabriel Grout and all officers under his control., peace officers of the State of Minnesota, and any other authorized person, are hereby commanded to enter and search between the hours of 7 a.m. and 8 p.m., to search the above-described person(s), for the described property and thing(s), and to seize and keep said property and thing(s) in custody until dealt with according to law, including authorization to have the seized property and thing(s) analyzed by a forensic laboratory.

BY THE COURT

ISSUED ON: 01 October, 2021

Judicial Officer: <u>Laura Thomas</u>
Judge of District Court
Electronically Signed
10/01/2021 10:01 AM

Version 1.0

CONFIDENTIAL

AGO0000816


MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 260 of 284

Austin Toy

STATE OF MINNESOTA, COUNTY OF HENNEPIN, DISTRICT COURT
**RECEIPT, INVENTORY AND RETURN**

I, _Chao Lee_, received the attached search warrant issued by The Honorable _Laura Thomas_, on _10/1_, 20 _21_ at _10_ o'clock _01_ m., and have executed it as follows:

Pursuant to said warrant, on _10/1_, 20 _21_ at _11_ o'clock _28_ m., I searched the ☐ premise ☐ motor vehicle ☒ person described in said warrant, and left a true and correct copy of said warrant ☐ with ☐ in ☒ at _HCJ_____

I took into custody property named in said warrant and listed below:

# DNA sample

☒ I left a receipt for the property and things listed with the warrant as set forth above.

☐ None of the items set forth in this search warrant were found.

I shall ☒ retain or ☐ delivery custody of said property as directed by Court Order

I, _Chao Lee_ declare under penalty of perjury that everything I have stated in this document is true and correct.

Signature: _[signature]_          Date _10/1/2021_

County _Hennepin_          State _MN_

Copy Distribution: **White:** Peace Officer          **Yellow:** Premise/Person

MP-3603 Rev. 8/2016

CONFIDENTIAL                                        AGO0000817



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635
CLEARED BY

**GENERAL OFFENSE HARDCOPY**
COMPLAINT
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Related Attachment - CRIME LAB REQUEST FOR SERVICES

**Description**   SQUAD VIDEO WORKSHEET

**Reference Number**

CONFIDENTIAL

AGO0000818



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

| Minneapolis Police Department Crime Lab Unit | Digital Media | Digital MVR Squad Video Copy |
|---|---|---|

MPD Case # 21-224635          Completed by - initials  DB

Date Request Recieved 10/19/21          Copy Date 10/20/21

MVR Digital Squad P# 180/76884          MVR Digital File # 1317991
Video Start Date & Time 9/30/21 18:48          Video Duration in Minutes 49
Video Comments N/A

MVR Digital Squad P# 180/76884          MVR Digital File # 1317990
Video Start Date & Time 9/30/21 19:38          Video Duration in Minutes 3
Video Comments N/A

MVR Digital Squad P# 181/76887          MVR Digital File # 1318025
Video Start Date & Time 9/30/21 18:48          Video Duration in Minutes 34
Video Comments N/A

MVR Digital Squad P# 181/76887          MVR Digital File # 1318029
Video Start Date & Time 9/20/21 21:54          Video Duration in Minutes 37
Video Comments N/A

MVR Digital Squad P# 182/76821          MVR Digital File # 1317984
Video Start Date & Time 9/30/21 18:48          Video Duration in Minutes 33
Video Comments N/A

MVR Digital Squad P# 480/76856          MVR Digital File # 1317960
Video Start Date & Time 9/30/21 18:48          Video Duration in Minutes 3
Video Comments N/A

M.B.          Additional Comments

SQD VIDEO SNT TO HCAO W DRIVE          9/30/21
SUSP PER
21 STR / ELLIOT
16:14 - 22:34

**Changes to original request will be noted on the work order request.

DMF-01
Version 1          Page 1 of 2          Approved: SHJ
Effective: 8/20/2020



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

---

**Minneapolis Police Department**
**Crime Lab Unit**

**Digital Media**

**Digital MVR Squad Video Copy**

MPD Case # 21-224635          Completed by - initials DⓈ

Date Request Recieved          Copy Date 10/20/21

| | |
|---|---|
| MVR Digital Squad P# 481/76861 | MVR Digital File # |
| Video Start Date & Time | Video Duration in Minutes |
| Video Comments NO VIDEO | |

| | |
|---|---|
| MVR Digital Squad P# 483/76856 | MVR Digital File # |
| Video Start Date & Time | Video Duration in Minutes |
| Video Comments SAME AS 480 ON PAGE #1 | |

| | |
|---|---|
| MVR Digital Squad P# 952/76804 | MVR Digital File # |
| Video Start Date & Time | Video Duration in Minutes |
| Video Comments NO VIDEO. | |

| | |
|---|---|
| MVR Digital Squad P# | MVR Digital File # |
| Video Start Date & Time | Video Duration in Minutes |
| Video Comments | |

| | |
|---|---|
| MVR Digital Squad P# | MVR Digital File # |
| Video Start Date & Time | Video Duration in Minutes |
| Video Comments | |

| | |
|---|---|
| MVR Digital Squad P# | MVR Digital File # |
| Video Start Date & Time | Video Duration in Minutes |
| Video Comments | |

M.B.          Additional Comments

**Changes to original request will be noted on the work order request.

DMF-01
Version 1

Page 2 of 2

Approved: SHJ
Effective: 8/20/2020

---

CONFIDENTIAL

AGO0000820



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY

**GENERAL OFFENSE HARDCOPY**

COMPLAINT

CASE REPORT WITH NARRATIVES

Incident Date 09/30/2021

(FELON POSS-FIREARM)

## Related Attachment - OTHER DOCUMENTS

**Description**   TANNER CHARGING COMPLAINT

**Reference Number**

CONFIDENTIAL

AGO0000821



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/30/2021
(FELON POSS-FIREARM)

---

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No.        21A10260
Court File No.        27-CR-21-19812

---

**State of Minnesota,**

           Plaintiff,

     vs.

**NAMIRILOVE LAQUNDAS TANNER    DOB: 01/19/2001**

46 E Wood St 46B
St Paul, MN 55107

           Defendant.

**COMPLAINT**

Warrant

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana**
Minnesota Statute: 152.025.2(1), with reference to:  609.101.3, 152.025.4(b)
Maximum Sentence: 5 YEARS AND/OR $3,000-$10,000
Offense Level: Felony

Offense Date (on or about): 09/30/2021

Control #(ICR#): 21224635

Charge Description: That on or about 9/30/2021,  in Hennepin County, Minnesota, Namirilove Laqundas Tanner unlawfully possessed one or more mixtures containing a Schedule I, II, III, or IV controlled substance, to-wit: cocaine.

### COUNT II

**Charge: Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana**
Minnesota Statute: 152.025.2(1), with reference to:  609.101.3, 152.025.4(b)
Maximum Sentence: 5 YEARS AND/OR $3,000-$10,000
Offense Level: Felony

Offense Date (on or about): 09/30/2021

Control #(ICR#): 21224635

Charge Description: That on or about 9/30/2021,  in Hennepin County, Minnesota, Namirilove Laqundas Tanner unlawfully possessed one or more mixtures containing a Schedule I, II, III, or IV controlled substance, to-wit: Oxycodone hydrochloride.

1

CONFIDENTIAL

AGO0000822



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

**GENERAL OFFENSE HARDCOPY**

CLEARED BY
COMPLAINT

CASE REPORT WITH NARRATIVES

Incident Date 09/30/2021

(FELON POSS-FIREARM)

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On September 30, 2021, officers were on detail and were made aware that a NAMIRILOVE LAQUNDAS TANNER, the defendant herein, was with a large group of people on the 2100 block of Elliot Avenue South in Minneapolis, Hennepin County. Officers knew there was an active PC pickup for the defendant. Multiple officers observed the defendant was present and observed him place something he removed from under his shirt in a vehicle that was the subject of a warrant. When enough officers arrived, officers moved in and arrested the defendant without incident and took possession of a vehicle that officers had been looking for upon which to execute a search warrant.

From the defendant's pocket officers recovered approximately 16 grams of what field tested positive for cocaine and 12 pills labelled "RP 10" identified as Oxycodone hydrocholoride, a schedule II controlled substance. In a post Miranda statement, the defendant admitted possessing the crack cocaine.

Officers recovered three handguns from the vehicle that are being processed.

2

CONFIDENTIAL                                                                  AGO0000823



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

CLEARED BY
COMPLAINT

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Justin Young<br>Officer<br>350 S 5th St<br>Minneapolis, MN 55415-1389<br>Badge: 7894 | Electronically Signed:<br>10/23/2021 07:29 PM<br>Hennepin County,  Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Hans Larson<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>10/21/2021 02:44 PM |

3

CONFIDENTIAL

AGO0000824



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

☐ **SUMMONS**

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

**X** **WARRANT**

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*       **X**  *Execute Nationwide*       ☐ *Execute in Border States*

☐ **ORDER OF DETENTION**

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail:  $10,000.00
Conditions of Release:  No Possession of Weapons

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: October 25, 2021.

**Judicial Officer**       Luis Bartolomei                    Electronically Signed: 10/25/2021 09:33 AM
                           District Court Judge

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

COUNTY OF HENNEPIN
STATE OF MINNESOTA

### State of Minnesota

Plaintiff

vs.

### Namirilove Laqundas Tanner

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Warrant upon the Defendant herein named.*

Signature of Authorized Service Agent:

4

CONFIDENTIAL                                                                            AGO0000825



GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

### DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | Namirilove Laqundas Tanner |
| **DOB:** | 01/19/2001 |
| **Address:** | 46 E Wood St 46B<br>St Paul, MN 55107 |
| **Alias Names/DOB:** | NAMIRI LAQUNDAS TANNER   DOB: 1/19/2001<br>Namiri Love Laquandas Tanner   DOB: 1/19/2001<br>Namarilove Laquandus Tanner   DOB: 1/19/2000<br>Namiri Love Tanner   DOB: 1/19/2001 |
| **SID:** | MN18A49571 |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | Black |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | 847565 |
| **SILS Tracking No.** | 3246745 |
| **Alcohol Concentration:** | |

5

CONFIDENTIAL                                                                    AGO0000826



## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 09/30/2021
### (FELON POSS-FIREARM)

## STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 9/30/2021 | 152.025.2(1) Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana | Felony | DH550 | | MN0271100 | 21224635 |
| | Definition | 9/30/2021 | 609.101.3 Minimum Fines-Controlled Substance Offenses | No-Level | DH550 | | MN0271100 | 21224635 |
| | Penalty | 9/30/2021 | 152.025.4(b) Drugs - 5th Degree Controlled Substance - Sale or possession | Felony | DH550 | | MN0271100 | 21224635 |
| 2 | Charge | 9/30/2021 | 152.025.2(1) Drugs - 5th Degree - Possess Schedule 1,2,3,4 - Not Small Amount Marijuana | Felony | DH520 | | MN0271100 | 21224635 |
| | Definition | 9/30/2021 | 609.101.3 Minimum Fines-Controlled Substance Offenses | No-Level | DH520 | | MN0271100 | 21224635 |
| | Penalty | 9/30/2021 | 152.025.4(b) Drugs - 5th Degree Controlled Substance - Sale or possession | Felony | DH520 | | MN0271100 | 21224635 |

6

CONFIDENTIAL

AGO0000827



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-224635

CLEARED BY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

COMPLAINT

## Related Attachment - OUTSIDE AGENCY REPORTS

**Description**   ATF E-TRACE REPORT FOR SPRINGFIELD XD9 PR 180750-1

**Reference Number**

CONFIDENTIAL                                                                                      AGO0000828



# MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2021-224635**

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 09/30/2021
### (FELON POSS-FIREARM)

---

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: November 29, 2021



## FIREARMS TRACE SUMMARY

Trace Number: T20210522285     Request Date: November 29, 2021     Completion Date: November 29, 2021

**MEHGAN HAMANN**
**MINNEAPOLIS POLICE DEPARTMENT**
**3000 MINNEHAHA AVE SOUTH**
**MINNEAPOLIS, MN 55406**
**PHONE: (612) 673-3502 Ext:**


**Badge No:**          124818
**Investigation No:**  2021-224635

### FIREARM INFORMATION

Manufacturer: HS PRODUKT (IM METAL)
Model: XD9
Caliber: 9
Serial Number: AT173138
Type: PISTOL
Country: CROATIA
Importer: SPRINGFIELD ARMORY INC GEN...

Obliterated:
Identifying Marks:
NIBIN:
Gang Name: 10'S / CRAZII BOYZ

### RECOVERY INFORMATION
**Recovery Date:** 09/30/2021
**Time to Crime:** 638 days

2106 ELLIOT AV
MINNEAPOLIS, MN 55404
**Possessor:** WILLIAM ERIC EDWARDS JR
**DOB:** [FRCP 5.2][FRCP 5.2]1991
**POB:** UNITED STATES

### PURCHASER INFORMATION     Purchase Date: 01/01/2020
WILLIAM ERIC EDWARDS
9905 55TH AVE NORTH APT 3
MINNEAPOLIS, MN 55442
**DOB:** [FRCP 5.2][FRCP 5.2]1991
**POB:** CHICAGO, IL UNITED STATES
**Race:** BLACK                          **Height:** ft  in
**Sex:** Male                             **Weight:** lbs
**ID 1:** MN STATE CARD ID: S509122937914
**ID 2:** :
Contact the local ATF office for additional information.

### DEALER INFORMATION          **FFL:** 34102023
BILLS GUN SHOP & RANGE
4080 W BROADWAY AVE STE 1
ROBBINSDALE, MN 55422
**Phone:**     (763) 533-9594     **Ship-To-Date:**
              Ext:

Controlled Information
Unclassified Information

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**


The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210522285                     Page 1 of  1
**FOR OFFICIAL USE ONLY**

---

CONFIDENTIAL                                                       AGO0000829



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
**(FELON POSS-FIREARM)**

GO# MP 2021-224635
CLEARED BY

COMPLAINT

## Related Attachment - OUTSIDE AGENCY REPORTS

**Description**   ATF E-TRACE REPORT FOR GLOCK 30GEN4 (PR 180743-8)
**Reference Number**

CONFIDENTIAL                                                                                        AGO0000830



# MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2021-224635**

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
**Incident Date 09/30/2021**
**(FELON POSS-FIREARM)**

---

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: November 30, 2021



### ■ FIREARMS TRACE SUMMARY ■

**Trace Number: T20210522318**      **Request Date: November 29, 2021**      **Completion Date: November 30, 2021**

MEHGAN HAMANN
MINNEAPOLIS POLICE DEPARTMENT
3000 MINNEHAHA AVE SOUTH
MINNEAPOLIS, MN 55406
PHONE: (612) 673-3502 Ext:

Badge No:         124818
Investigation No:   2021-224635

**FIREARM INFORMATION**

Manufacturer: GLOCK GMBH
Model: 30GEN4
Caliber: 45
Serial Number: **BTEW814**
Type: PISTOL
Country: AUSTRIA
Importer: GLOCK INC, SMYRNA GA
Obliterated:
Identifying Marks:
NIBIN:
Gang Name: 10'S / CRAZII BOYZ

**RECOVERY INFORMATION**   Recovery Date: 09/30/2021
Time to Crime: 13 days

2100 ELLIOT AV
MINNEAPOLIS, MN 55404
Possessor:   DWAYNE  STEWART JR
DOB: FRCP 5.2 FRCP 5.2 1990
POB:        UNITED STATES

**PURCHASER INFORMATION**   Purchase Date: 09/07/2021

JEROME FLETCHER HORTON JR
2215 BLAISEDELL AV APT 4
MINNEAPOLIS, MN 55404
DOB: FRCP 5.2 FRCP 5.2 1996
POB: MINNEAPOLIS, MN UNITED STATES
Race: BLACK                    Height: 5 ft 9 in
Sex: Male                      Weight: 189 lbs
ID 1: MN STATE CARD ID: S769190696122
ID 2: SOCIAL SECURITY: 482
Contact the local ATF office for additional information.

**DEALER INFORMATION**           FFL: 34103372
DKMAGS INC
443 OLD HWY 8 NW #102
NEW BRIGHTON, MN 55112
Phone:   (651) 633-3624     Ship-To-Date:   09/07/2021
Ext:

**ADMINISTRATIVE INFORMATION**

### ■ SUMMARY OF RESULTS ■

THIS FIREARM WAS TRACED TO A PURCHASER. THE PURCHASER WAS DERIVED FROM THE RECORDS OF A FEDERAL FIREARMS LICENSEE (FFL) WHO WAS REQUIRED TO SUBMIT THEIR ACQUISITION RECORDS FOR USED FIREARMS TO ATF UNDER THE DEMAND 2 PROGRAM. THIS FIREARM WAS PRE-OWNED AND OBTAINED FROM AN UNLICENSED INDIVIDUAL ON THE SECONDARY MARKET BY THIS FFL. THIS RESULT MAY NOT REPRESENT THE ENTIRE CHAIN OF DISTRIBUTION FOR THIS FIREARM. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, TRACING OPERATIONS AND RECORDS MANAGEMENT BRANCH AT 1-800-788-7133.

**Additional Remarks:**
DEMAND RECORDS LISTS FIREARM MODEL AS 30 GEN 4

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210522318
**FOR OFFICIAL USE ONLY**

Page 1 of  1

---

CONFIDENTIAL                                                                                    AGO0000831



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD    Doc. 205-3    Filed 04/04/25    Page 275 of 284

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
**Incident Date 09/30/2021**
**(FELON POSS-FIREARM)**

## Related Attachment - OUTSIDE AGENCY REPORTS

    **Description**  ATF E-TRACE FOR PMF (PR 180743-9)

    **Reference Number**

CONFIDENTIAL

AGO0000832



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 09/30/2021
### (FELON POSS-FIREARM)

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223



Print Date: December 02, 2021

## FIREARMS TRACE SUMMARY

**Trace Number: T20210522307**   **Request Date: November 29, 2021**   **Completion Date: December 01, 2021**

MEHGAN HAMANN
MINNEAPOLIS POLICE DEPARTMENT
3000 MINNEHAHA AVE SOUTH
MINNEAPOLIS, MN 55406
PHONE: (612) 673-3502 Ext:

**Badge No:** 124818
**Investigation No:** 2021-224635

### FIREARM INFORMATION

**Manufacturer:** POLYMER80, INC. (P80 TACTIC...
**Model:**
**Caliber:** 9
**Serial Number:** NONE 11/29/2021
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** 10'S / CRAZII BOYZ

### RECOVERY INFORMATION   **Recovery Date:** 09/30/2021

**Time to Crime:**

2106 ELLIOT AV
MINNEAPOLIS, MN 55404
**Possessor:** DWAYNE STEWART JR
**DOB:** [FRCP 5.2] [FRCP 5.2] 1990
**POB:** UNITED STATES

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THE FIREARM DESCRIBED IN THIS REPORT DOES NOT CONTAIN A MANUFACTURER'S OR IMPORTER'S SERIAL NUMBER ON THE FIREARM FRAME OR RECEIVER AS REQUIRED BY 18 U.S.C. § 923(I) AND 27 C.F.R. § 478.92(A), THEREFORE, THE NATIONAL TRACING CENTER CANNOT CONDUCT A FURTHER TRACE ON THE FIREARM.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210522307

Page 1 of 1

**FOR OFFICIAL USE ONLY**



**MINNEAPOLIS POLICE DEPARTMENT**

**GO# MP 2021-224635**

**CLEARED BY**

**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
**Incident Date 09/30/2021**
**(FELON POSS-FIREARM)**

## Related Attachment - OUTSIDE AGENCY REPORTS

**Description**  ATF E-TRACE REPORT FOR SPRINGF. XDS PR 180746-5
**Reference Number**

CONFIDENTIAL

AGO0000834



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: December 02, 2021



## FIREARMS TRACE SUMMARY

Trace Number: T20210522272      Request Date: November 29, 2021      Completion Date: December 02, 2021

MEHGAN HAMANN
MINNEAPOLIS POLICE DEPARTMENT
3000 MINNEHAHA AVE SOUTH
MINNEAPOLIS, MN 55406
PHONE: (612) 673-3502 Ext:

**FIREARM INFORMATION**

Manufacturer: HS PRODUKT (IM METAL)
Model: XDS MOD. 2
Caliber: 9
Serial Number: BA456304
Type: PISTOL
Country: CROATIA
Importer: SPRINGFIELD ARMORY INC GEN...

Badge No:          124818
Investigation No:  2021-224635

Obliterated:
Identifying Marks:
NIBIN:
Gang Name: 10'S / CRAZII BOYZ

**RECOVERY INFORMATION**   Recovery Date: 09/30/2021
Time to Crime: 68 days

2106 ELLIOT AV
MINNEAPOLIS, MN 55404
Possessor: SHAMAR JAMAREUS SCOTT
DOB:      FRCP 5.2 FRCP 5.2 2000
POB:      UNITED STATES

**PURCHASER INFORMATION**   Purchase Date: 05/24/2021

JEROME FLETCHER HORTON JR
2215 BLAISDELL AVE SOUTH APT 4
MINNEAPOLIS, MN 55404
DOB:  FRCP 5.2 FRCP 5.2/1996
POB:  MINNEAPOLIS, MN UNITED STATES
Race:  BLACK           Height: ft in
Sex:  Male             Weight: lbs
ID 1:  MN DRIVER'S LICENSE: 762190696122
ID 2:   :
Contact the local ATF office for additional information.

**DEALER INFORMATION**         FFL: 34134573
FLEET FARM
5635 HADLEY AVE N
OAKDALE, MN 55128-0000
Phone:     (651) 779-7725     Ship-To-Date:
Ext:

**ADMINISTRATIVE INFORMATION**

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210522272                                            Page 1 of 1
**FOR OFFICIAL USE ONLY**



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

## Related Attachment - OUTSIDE AGENCY REPORTS

**Description**  ATF E-TRACE REPORT FOR GLOCK 22 (PR 180743-7)
**Reference Number**

CONFIDENTIAL     AGO0000836



MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2021-224635**

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

---

### DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: December 22, 2021

**FIREARMS TRACE SUMMARY**

Trace Number: T20210522313      Request Date: November 29, 2021      Completion Date: December 22, 2021

MEHGAN HAMANN
MINNEAPOLIS POLICE DEPARTMENT
3000 MINNEHAHA AVE SOUTH
MINNEAPOLIS, MN 55406
PHONE: (612) 673-3502 Ext:

**FIREARM INFORMATION**

| | |
|---|---|
| Manufacturer: | GLOCK GMBH |
| Model: | 22 |
| Caliber: | 40 |
| Serial Number: | BTSC787 |
| Type: | PISTOL |
| Country: | AUSTRIA |
| Importer: | GLOCK INC, SMYRNA GA |
| Obliterated: | |
| Identifying Marks: | |
| NIBIN: | |
| Gang Name: | 10'S / CRAZII BOYZ |

Badge No:       124818
Investigation No:  2021-224635

**RECOVERY INFORMATION**   Recovery Date: 09/30/2021
Time to Crime: 111 days

2100 ELLIOT AV
MINNEAPOLIS, MN 55404
Possessor:   DWAYNE  STEWART JR
DOB:   [FRCP 5.2][FRCP 5.2]/1990
POB:      UNITED STATES

**PURCHASER INFORMATION**   Purchase Date: 06/01/2021
NOLAN MYLIK FRANKLIN
2300 PLEASANT AVENUE SOUTH
MINNEAPOLIS, MN 55404

| | |
|---|---|
| DOB: | [FRCP 5.2][FRCP 5.2]1995 |
| POB: | MINNEAPOLIS, MN UNITED STATES |
| Race: | BLACK |
| Sex: | Male |
| ID 1: | MN STATE CARD ID: D461072412414 |
| ID 2: | MN WEAPONS PERMIT: 01009239 |

Height: 5 ft 11 in
Weight: 156 lbs

**DEALER INFORMATION**   FFL: 34103372
DKMAGS INC
443 OLD HWY 8 NW #102
NEW BRIGHTON, MN 55112
Phone:   (651) 633-3624   Ship-To-Date:   06/02/2021
Ext:

Contact the local ATF office for additional information.

**ADMINISTRATIVE INFORMATION**

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL
TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210522313            Page 1 of  1
**FOR OFFICIAL USE ONLY**

Controlled Unclassified Information

---

CONFIDENTIAL                                                                AGO0000837



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD   Doc. 205-3   Filed 04/04/25   Page 281 of 284

**GO# MP 2021-224635**

**CLEARED BY**

**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

## Related Attachment - NCIC/BCA DOCUMENTS

**Description**   BCA LAB REPORT FOR DRUGS

**Reference Number**

CONFIDENTIAL

AGO0000838

MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT





## MINNESOTA DEPARTMENT OF PUBLIC SAFETY
Bureau of Criminal Apprehension
Forensic Science Laboratory - St. Paul
1430 Maryland Avenue East
St. Paul, MN 55106
TEL: 651-793-2900   FAX: 651-793-2901

**AN ANAB ACCREDITED TESTING LABORATORY - ISO/IEC 17025**

| | | | |
|---|---|---|---|
| **To:** | Minneapolis Police Department<br>350 S 5th St<br>Room 108<br>Minneapolis, MN 55415 | **Lab No.** | S21-18170 |
| **Attention:** | Justin Young | **Report No.** | 2 |

**REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE**
*Drugs     02/13/2022*

| | | | |
|---|---|---|---|
| **Laboratory Number:** | S21-18170 | **Requesting Agency:** | Minneapolis Police Department |
| **Section Reporting:** | Drugs | **Agency Case Number:** | 21224635 |
| **Case Type:** | Weapons | **County:** | Hennepin |

**Principals:**     Namiri Love Laquandas Tanner;  Austin Joevon Toy;  Shamar Jamareus Scott;  William Eric Edwards

**Description of Submitted Evidence:**

| Item | Type and Packaging | Description/Source |
|---|---|---|
| 1 | One plastic bag containing evidence classified as rock-like material | Agency item MP180795-1 |
| 2 | One plastic bag containing evidence classified as powder | Agency item MP180795-3 |
| 8 | One plastic bag containing evidence classified as rock-like material | Item #MP180743-4 |

**Results of Laboratory Examination:**

| Item | Amount | Contents |
|---|---|---|
| 1 | 0.500 ±0.005 gram | no controlled substances identified |
| 2 | 0.029 ±0.005 gram | containing heroin;  fentanyl |
| 8 | 13.697 ±0.005 grams | containing cocaine |

The uncertainties of all reported numerical measurements are expressed at the 95% confidence level.

118 milliliters = 4 fluid ounces
1000 grams = 1 kilogram

I hereby certify that the above report is true and accurate and represents my opinions and interpretations.

*Seth Randall*

Page **1** of **2**

CONFIDENTIAL                                                                    AGO0000839



MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/30/2021
(FELON POSS-FIREARM)

GO# MP 2021-224635
CLEARED BY
COMPLAINT

| **Lab No.** | S21-18170 |
|---|---|
| **Report No.** | 2 |

Seth Randall
Forensic Scientist

**Disposition Policy:**
Please pick up your evidence.

**Distribution:**
Minneapolis Police Department

Page **2** of **2**

CONFIDENTIAL

AGO0000840



MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-224635

GENERAL OFFENSE HARDCOPY

CLEARED BY

COMPLAINT

CASE REPORT WITH NARRATIVES

Incident Date 09/30/2021

(FELON POSS-FIREARM)

**\*\*\* END OF HARDCOPY \*\*\***

CONFIDENTIAL

AGO0000841