# EXHIBIT M

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-202938
INFO ONLY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

# Table of Contents

Event GO# MP 2021-202938 ............................................................................................ 1

Offense(s) ...................................................................................................................... 1

Related Event(s) ............................................................................................................ 2

Person(s) ........................................................................................................................ 2

    1. REPORTING PARTY # 1 - NORSENG, MICHAEL ...................................................... 2

    2. GUN TRACE # 1 - HORTON, JEROME FLETCHER ................................................ 3

    3. SUBJECT # 1 - FRANKLIN, NOLAN MALIK ............................................................. 4

Unidentified Person(s) .................................................................................................. 5

    1. SUSPECT # 1 ............................................................................................................. 5

Narrative(s) .................................................................................................................... 6

    1. PUBLIC NARRATIVE ................................................................................................. 6

    2. NON-PUBLIC NARRATIVE ........................................................................................ 7

    3. NCIC CONFIRMATION/HIT - QG.MN02711V1.SER/BTNX619.RSH/N ..................... 8

    4. NCIC CONFIRMATION/HIT - ERG.MN02711V1.BTNX619.GLC.19.9.PI.20210906.2120293 ............. 9

    5. NON-PUBLIC NARRATIVE - (SUBJECT #1) FRANKLIN, NOLAN M (DOB: FRCP 5.2 1995) ............... 10

    6. NON-PUBLIC NARRATIVE - REQUEST GUN-DENIED-HELD PENDING FURTHER FORENSICS ... 11

    7. NON-PUBLIC NARRATIVE - ATF E-TRACE REQUEST SUBMITTED ...................... 12

    8. NON-PUBLIC NARRATIVE - SUSPECT CONNECTED TO FEDERAL SUSPECT .......... 13

Clearance Information ................................................................................................... 14

Related Property Report(s) ........................................................................................... 15

    1. PROPERTY REPORT #  177618  (EVIDENCE) ...................................................... 15

        FIREARM (TAG # MP177618 - 1) ..................................................................... 15

        ARTICLE (TAG # MP177618 - 2) ....................................................................... 15

        ARTICLE (TAG # MP177618 - 3) ....................................................................... 15

        ARTICLE (TAG # MP177618 - 4) ....................................................................... 16

    2. PROPERTY REPORT #  177839  (EVIDENCE) ...................................................... 17

        ARTICLE (TAG # MP177839 - 1) ....................................................................... 17

        ARTICLE (TAG # MP177839 - 2) ....................................................................... 17

CONFIDENTIAL



**MINNEAPOLIS POLICE DEPARTMENT**



GO# MP 2021-202938
INFO ONLY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

## General Offense Information

| | |
|---|---|
| **Operational Status** | INFO ONLY |
| **Reported On** | SEP-06-2021  (MON.) 1201 |
| **Occurred On** | SEP-06-2021  (MON.) 1201 |
| **Approved On** | SEP-06-2021  (MON.) |
| **Approved By** | 5150  -  MOHAMMAD, JAMIEL |
| **Report Submitted By** | 3637  -  KARNIK, VICKI |
| **Org Unit** | PCT 3 DAYWATCH |
| **Address** | 4304 11TH AVE S |
| **Municipality** | MINNEAPOLIS |
| **County** | HENNEPIN |
| **Precinct** 3 **Sector** 3 **Neighborhood** 75 | |
| **Felony/ Misdemeanor** | MISDEMEANOR |
| **Family Violence** | NO |
| **Cargo Theft** | NO |

*EVENT VIDEO*

| | |
|---|---|
| **Is There Video Of The Event** | YES |
| **Type Of Video** | BODY WORN CAMERA |
| **Is The Video Attached To The GO** | NO |
| **Witness Owned Video** | |
| **Remarks** | |
| **P Number** | |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1   RCPROP-0   RECOVER PROPERTY  -  COMPLETED |
| **Location** | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| **Suspected Of Using** | N/A |
| **Bias** | NONE (NO BIAS) |

CONFIDENTIAL

AGO0000843



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-202938

INFO ONLY

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Related Event(s)

### 1. CP  MP2021-202938

#### COMPLAINT INFORMATION

**Incident Location**  **Address**  4304 11TH AVE S
**Precinct** 3 **Sector** 3 **Neighborhood** 75

##### GENERAL INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** | RECOVER PROPERTY (P) | **Priority** | 3 |
| **Dispatched Time** | 12:07:06 | **En Route Time** | 12:07:06 |
| **At Scene Time** | 12:19:25 | | |
| **Unit IDs** | 320 | | |

##### COMPLAINANT INFORMATION

**Name** SARA
**Sex**
**DOB**
**Home Telephone**  (608) 239-2261
**Remarks**  COMPLAINANT: SARA

##### CLEARANCE INFORMATION

**Final Case Type**  RECOVER PROPERTY (P)
**Cleared By**  RPT-REPORT

## Person(s)

### 1.  REPORTING PARTY # 1 - NORSENG, MICHAEL

#### CASE SPECIFIC INFORMATION

**Sex**  MALE
**Race**  WHITE
**Address**  4304 11TH AVE S
**Municipality**  MINNEAPOLIS
**State**  MINNESOTA
**ZIP Code**  55408
**CELLULAR**  (347)  564-4977

#### PERSON PARTICULARS

**Ethnicity**  NON-HISPANIC AND NON-LATINO ORIGIN

#### MASTER NAME INDEX REFERENCE / MNI

CONFIDENTIAL                                                                    AGO0000844



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-202938
INFO ONLY

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

| | |
|---|---|
| **Name** | NORSENG , MICHAEL  CHARLES |
| **Sex** | MALE |
| **Race** | WHITE |
| **Date Of Birth** | ■FRCP 5.2■1978 |
| **Ethnicity** | NON-HISPANIC AND NON-LATINO ORIGIN |
| **Address** | 4304 11TH AVE S |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |
| **County** | HENNEPIN |
| **ZIP Code** | 55408 |

*PHONE NUMBERS*

**CELLULAR** (347)  564-4977

## LINKAGE FACTORS

**Resident Status** RESIDENT
**Age Range** 0 - UNKNOWN

### 2.  GUN TRACE # 1 - HORTON, JEROME FLETCHER

## PERSON PHOTO



PHOTO  TAKEN ON 09/18/2013

CD# MP 226523

## CASE SPECIFIC INFORMATION

| | | | |
|---|---|---|---|
| **Sex** | MALE | | |
| **Race** | BLACK | | |
| **Date Of Birth** | ■FRCP 5.2■1996 | | |
| **Address** | 123 59TH ST E | **Apartment** | 204 |
| **Municipality** | MINNEAPOLIS | | |
| **State** | MINNESOTA | | |
| **ZIP Code** | 55419 | | |
| **HOME** | (612)  886-1535 | | |
| **CELLULAR** | UNK-NOWN | | |

## PERSON PARTICULARS

**DL#** S769190696122

CONFIDENTIAL                                                     AGO0000845



**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/06/2021
**(RECOVER PROPERTY)**

|  |  |  |  |
|---|---|---|---|
| **Height** | 5'8 | | |
| **Build** | MEDIUM | **Complexion** | MEDIUM |
| **Eye Color** | BROWN | | |
| **Hair Color** | BLACK | **Hair Style** | DREADLOCKS, LONG |

## MASTER NAME INDEX REFERENCE / MNI

|  |  |  |  |
|---|---|---|---|
| **Name** | HORTON , JEROME  FLETCHER | | |
| **Sex** | MALE | | |
| **Race** | BLACK | | |
| **Date Of Birth** | FRCP 5.2 1996 | | |
| **Address** | 123 59TH ST E | **Apartment** | 204 |
| **Municipality** | MINNEAPOLIS | | |
| **State** | MINNESOTA | | |
| **County** | HENNEPIN | | |
| **ZIP Code** | 55419 | | |

*PHONE NUMBERS*

|  |  |
|---|---|
| **HOME** | (612)  886-1535 |
| **CELLULAR** | UNK-NOWN |

## LINKAGE FACTORS

**Age Range**  J - 22-29 YEARS

## 3.  SUBJECT # 1 - FRANKLIN, NOLAN MALIK

### CASE SPECIFIC INFORMATION

|  |  |  |  |
|---|---|---|---|
| **Sex** | MALE | | |
| **Race** | BLACK | | |
| **Date Of Birth** | FRCP 5.2 1995 | | |
| **Address** | 1414 6TH ST SE | **Apartment** | 304 |
| **Municipality** | MINNEAPOLIS | | |
| **State** | MINNESOTA | | |
| **ZIP Code** | 55414 | | |

### MASTER NAME INDEX REFERENCE / MNI

|  |  |
|---|---|
| **Name** | FRANKLIN , NOLAN  MYLIK |
| **Sex** | MALE |
| **Race** | BLACK |
| **Date Of Birth** | FRCP 5.2 1995 |
| **Ethnicity** | NON-HISPANIC AND NON-LATINO ORIGIN |
| **Address** | 2300 PLEASANT AVE |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |

CONFIDENTIAL                                                                                AGO0000846



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-202938

INFO ONLY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

**County**   HENNEPIN
**ZIP Code**   55404

## LINKAGE FACTORS

**Age Range**   J - 22-29 YEARS

## Unidentified Person(s)

1. SUSPECT # 1

CONFIDENTIAL                                                                                              AGO0000847

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-202938
INFO ONLY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Narrative Text Page(s)

### Narrative Text

**Type** PUBLIC NARRATIVE
**Subject**
**Author** 3637 - KARNIK, VICKI
**Related Date** Sep-06-2021 13:16

Called to above to recover a gun that was found.

CONFIDENTIAL

AGO0000848

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 3637 - KARNIK, VICKI
**Related Date** Sep-06-2021 13:17

I responded to a call at 4304 11th Ave S where a gun had been found laying in the front yard and husband/RP was standing by it.  I arrived and RP said the magazine he covered up with a blue frisbee which I saw next to a flower box near the sidewalk. RP said he covered the handgun up with a basket. It was up in the yard near a small tree and the neighbors fence to the south.

RP said they just got back from vacation today when RP's 6yr old son found the gun and ran and told his dad. The 6yr old boy told his dad it didn't look like a fake one.  RP said the neighbors said something happened after midnight with a car racing through and three squads chasing it.  I checked with dispatch and there was a chase with U of M through this area last night. (Related CCN 21-202687.) I spoke to a U of M supervisor and he said there had been a KOPS alert on this vehicle related to a fight/shoot and that related CCN 21-182918.

I took pictures of the gun and magazines location and uploaded them into Axon.  I unloaded the gun at the scene and there was one round in the chamber. Gun, round and magazine were inventoried at the property room.

CONFIDENTIAL

AGO0000849

**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Narrative Text Page(s)

### Narrative Text

**Type** NCIC CONFIRMATION/HIT
**Subject** QG.MN02711V1.SER/BTNX619.RSH/N
**Author** 55559 - PADDOCK, THOMAS
**Related Date** Sep-07-2021  7:09

  TO:   MPL068-00005502 20210907 07:07:48 333E00157E
FROM:   NCIC1-04449346 20210907 07:07:48 333E0008B4
1L01333E0008B42QG
MN02711V1

NO RECORD SER/BTNX619

CONFIDENTIAL

AGO0000850

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Narrative Text Page(s)

### Narrative Text

**Type** NCIC CONFIRMATION/HIT
**Subject** ERG.MN02711V1.BTNX619.GLC.19.9.PI.20210906.2120293
**Author** 55559 - PADDOCK, THOMAS
**Related Date** Sep-07-2021  7:11

  TO:   MPL068-00005503 20210907 07:09:46 333E00157F
FROM:   NCIC1-04449403 20210907 07:09:46 333E0008B5
1L01333E0008B53ERG
MN02711V1
NIC/G135376227 SER/BTNX619
OCA/21202938
*****YOU MAY SUBMIT A TRACE REQUEST FOR THIS WEAPON THROUGH THE
ATF'S ETRACE APPLICATION AT WWW.ATFONLINE.GOV/ETRACE OR BY CALLING
1-800-788-7133 OR BY FAX TO 1-800-578-7223. AN AGENCY MUST HAVE
AN ETRACE MOU/ACCOUNT IN ORDER TO SUBMIT A TRACE VIA ETRACE. PLEASE
CONTACT THE ETRACE CUSTOMER SERVICE GROUP VIA EMAIL AT ETRACEADMIN@ATF.GOV
FOR ADDITIONAL INFORMATION.*****

CONFIDENTIAL                                                           AGO0000851

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-202938

INFO ONLY

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** (SUBJECT #1) FRANKLIN, NOLAN M  (DOB: ██FRCP 5.2██1995)
**Author** 113501 - ANDERSON, DUSTIN LYLE
**Related Date** Sep-08-2021

Subject identified via FRI ID - see Examiner Report #1 by FS D Anderson

CONFIDENTIAL                                                                      AGO0000852

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** REQUEST GUN-DENIED-HELD PENDING FURTHER FORENSICS
**Author** 2987 - HILDRETH, CHRISTOPHER DAVID
**Related Date** Oct-21-2021

The gun in this case is possibly related to a shots fired case in Mpls 21-182918 and a subsequent Police Pursuit case by UMPD 21-202687, where the gun was probably discarded during the chase.

This current case indicates a fingerprint recovery from the firearm that identifies the requestor of the firearm.

There is video evidence apparently recovered for the shots case, there may potentially be dashcam video from UMPD squads, and in the case of the riot Looting/Burglary case that Nolan Franklin is named in, there is recovered video that should be compared to this subject for potential identification and charging for those other crimes.

There are witnesses to the shots case as well which could view Franklin in a photographic line-up for potential identification as one of the shooters.

Forensic evidence was collected at the scene of the shots (DCC's) call that can be compared to the recovered gun to determine if it was one of the guns fired in that case.

The gun remains held as evidence.

Lt. Hildreth, 2987

Further Investigation

CONFIDENTIAL                                                                          AGO0000853

GO# MP 2021-202938
INFO ONLY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** ATF E-TRACE REQUEST SUBMITTED
**Author** 124818 - HAMANN, MEHGAN
**Related Date** Oct-21-2021

On 10/21/2021, I submitted a trace request for the firearm recovered in this case. The ATF e-Trace submission confirmation number is T20210463715. A copy of the trace report will be attached to this case when it is available.

CONFIDENTIAL

AGO0000854

GO# MP 2021-202938
INFO ONLY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject** SUSPECT CONNECTED TO FEDERAL SUSPECT
**Author** 2987 - HILDRETH, CHRISTOPHER DAVID
**Related Date** Oct-22-2021

In reviewing this case again today in coordination with the University of Minnesota Police Dept Detective Daniel Farrar, I noted the name on the returned trace data, and it stood out to me. I thought I had just read this person's name today in the newspaper and watched a surveillance video of the gun purchaser (Horton) making a straw purchase of a gun at a gun store in SLP jurisdiction that was later used in a murder in the City of St. Paul at the Truck Park Bar, where approximately 15 people are shot.

This present case has a fingerprint tie to a suspect that possessed this firearm from Mpls's shooting case.

I went back to the internet and looked again at the article on KSTP.com and confirmed my memory of the same name. I will capture the article and drop to a word document for this case connection and attach to this report. I called and notified Lt. Waite who is an ATF task force officer for his info and to notify the ATF agent who is investigating this straw buyer case.

Lt. Hildreth, 2987

CONFIDENTIAL                                                                      AGO0000855



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-202938
INFO ONLY

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Clearance Information

|  |  |
|---|---|
| **Agency** | MINNEAPOLIS POLICE DEPARTMENT |
| **Cleared Status** | NOT APPLICABLE  - NOT APPLICABLE |
| **Cleared On** | SEP-07-2021  (TUE.) |
| **Cleared By Officer 1** | 3637 -  KARNIK, VICKI |
| **Org Unit** | P3DW -  PCT 3 DAYWATCH |
| **Approved By** | 7680 -  WESTERMEYER, DARAH |
| **Org Unit** | P3INV -  PCT 3 INVESTIGATIONS |
| **Complainant/Victim Notified** | NO |

CONFIDENTIAL                                                                                                AGO0000856



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-202938

INFO ONLY

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 09/06/2021
(RECOVER PROPERTY)

## Related Property Report(s)

### REPORT INFORMATION

| | |
|---|---|
| **Property Report #** | 177618 |
| **Case Status** | EVIDENCE |
| **Submitted On** | SEP-06-2021  (MON.) |

**By** KARNIK, VICKI

*RELATED EVENTS*

**Offense** GO  MP  2021 - 202938

**General Remarks** PRINTS AND DNA
**Related Items** 4

### FIREARM - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP177618 - 1 |
| **Make** | GLOCK, INC. |
| **Item** | PISTOL |
| **Model** | 19 |
| **Barrel Length** | 4.0 |
| **Serial #** | BTNX619 |
| **Value** | $0.00 |
| **Description** | GLOCK 9MM SEMI AUTO PISTOL |
| **Serial # Obliterated** | NO |
| **Value** | $0.00 |
| **Flags** | EVIDENCE, ENTERED ON NCIC |
| **Current Location** | PW G |

**Type** SEMI-AUTO
**Caliber** 9
**Finish** BLK

### ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP177618 - 2 |
| **Article** | YGUNMAG- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | HIGH CAPACITY MAGAZINE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

### ARTICLES - EVIDENCE

| | |
|---|---|
| **Status** | EVIDENCE |

CONFIDENTIAL    AGO0000857



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**
### CASE REPORT WITH NARRATIVES
### Incident Date 09/06/2021
### (RECOVER PROPERTY)

|  |  |
|---|---|
| **Tag #** | MP177618 - 3 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | 1 X LIVE 9MM CARTRIDGE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP177618 - 4 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | QUANTITY OF LIVE 9MM CARTRIDGES FROM MAGAZINE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | PW G |

CONFIDENTIAL

AGO0000858

# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
**(RECOVER PROPERTY)**

## REPORT INFORMATION

**Property Report #**  177839
**Case Status**  EVIDENCE
**Submitted On**  SEP-08-2021  (WED.)                    **By**  ANDERSON, DUSTIN LYLE

*RELATED EVENTS*

**Offense**  GO  MP  2021 - 202938

**Location**  NA
**Related Items**  2

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP177839 - 1
**Article**  YSWAB- ALL OTHER PROPERTY
**# Of Pieces**  1
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DNA SWAB(S) FROM PISTOL (177618-1)
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

## ARTICLES - EVIDENCE

**Status**  EVIDENCE
**Tag #**  MP177839 - 2
**Article**  YSWAB- ALL OTHER PROPERTY
**# Of Pieces**  1
**Serial # 1**  UNKNOWN
**Value**  $0.00
**Description**  DNA SWAB(S) FROM MAGAZINE (177618-2) & LCS (177618-4)
**Recovered Value**  $0.00
**Flags**  EVIDENCE
**Current Location**  PW A

CONFIDENTIAL                                                                                          AGO0000859



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-202938
INFO ONLY

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 09/06/2021
(RECOVER PROPERTY)

**\*\*\* END OF HARDCOPY \*\*\***

CONFIDENTIAL

AGO0000860

# EXHIBIT N



## MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

GO# MP 2022-170658
CLEARED BY
COMPLAINT

## Table of Contents

Event GO# MP 2022-170658 ............................................................................................ 1

Offense(s) ......................................................................................................................... 1

Related Event(s) .............................................................................................................. 3

Person(s) ........................................................................................................................... 4

   1. ARRESTEE # 1 - **OLIVARES, JORGE** ..................................................................... 4

      USE OF FORCE DETAILS ........................................................................................ 6

   2. INVOLVED # 1 - **GARCIA, JOSE RAUL** ................................................................. 6

      USE OF FORCE DETAILS ........................................................................................ 7

   3. PASSENGER # 1 - **ALLEN, TOMAS BRIONES** ...................................................... 7

   4. PASSENGER # 3 - **HERNANDEZ, ALFREDO** ....................................................... 9

   5. GUN TRACE # 1 - **HORTON, JEROME FLETCHER** .............................................. 9

Unidentified Person(s) ................................................................................................. 10

   1 REPORTING PARTY # 1 ........................................................................................ 10

Vehicle(s) ........................................................................................................................ 11

   1. TOWED # 1 - AJK546, MN VIN# 4S4BRBCC6A3335081 ..................................... 11

      SEIZED/TOWED DETAILS .................................................................................... 11

Narrative(s) .................................................................................................................... 13

   1. JUDICIAL PROBABLE CAUSE - OLIVARES, JORGE DOB: 01-25-2002 ............. 13

   2. PUBLIC NARRATIVE ............................................................................................. 14

   3. NON-PUBLIC NARRATIVE ..................................................................................... 15

   4. NON-PUBLIC NARRATIVE - De-Escalation ........................................................... 17

   5. NCIC - NO RECORD - QG.MN02711V1.SER/1C020445.RSH/N ........................... 18

   6. NCIC- RECOVERED FIREARM - ERG.MN02711V1.1C020445.TAS.G2C.9.PI.20220726.22170 ........ 19

   7. NON-PUBLIC NARRATIVE ..................................................................................... 20

   8. NON-PUBLIC NARRATIVE - ATF E-TRACE REQUEST SUBMITTED ................... 21

Follow Up(s) ................................................................................................................... 22

   1. LEAD INVESTIGATOR DAUBLE, KRISTOPHER ................................................. 22

   - SCALES INTERVIEW - (ARRESTEE #1) OLIVARES, JORGE (DOB: FRCP 5.2 2002 ............ 23

   - eCHARGING INCIDENT REFERRAL - (ARRESTEE #1) OLIVARES, JORGE (DOB: FRCP 5.2 2002 .... 24

   - CRIMINAL COMPLAINT - (ARRESTEE #1) OLIVARES, JORGE (DOB: FRCP 5.2 2002 ......... 25

Clearance Information ................................................................................................... 28

Related Property Report(s) .......................................................................................... 29

   1. PROPERTY REPORT # 213837 (EVIDENCE) ..................................................... 29

      FIREARM (TAG # MP213837 - 1) ......................................................................... 29

AGO0000861

ARTICLE (TAG # MP213837 - 2) .................................................................................................. 29

ARTICLE (TAG # MP213837 - 3) .................................................................................................. 29

ARTICLE (TAG # MP213837 - 4) .................................................................................................. 30

2. PROPERTY REPORT #  215008  (EVIDENCE) ................................................................. 31

ARTICLE (TAG # MP215008 - 1) .................................................................................................. 31

ARTICLE (TAG # MP215008 - 2) .................................................................................................. 31

**Related Arrest(s)** ................................................................................................................ 32

1. Related Arrest Report AB# 2022-2221 .................................................................. 32

**Attachment(s)** ..................................................................................................................... 33

1. COURT DOCUMENTS - CRIMINAL COMPLAINT ............................................. 33

2. CRIME LAB REQUEST FOR SERVICES - SQUAD VIDEO WORKSHEET ...................................... 40

3. CRIME LAB REPORTS - EXAMINER REPORT #1 BY FS G. DREES ................................................ 42

4. CRIME LAB REPORTS - NIBIN REPORT #1 BY FT K. FISHER ........................................ 45

5. OUTSIDE AGENCY REPORTS - ATF E-TRACE REPORT ................................................ 47

CONFIDENTIAL

AGO0000862



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY

### CASE REPORT WITH NARRATIVES

Incident Date 07/26/2022

(FELON POSS-FIREARM)

## General Offense Information

| | |
|---|---|
| **Operational Status** | CLEARED BY COMPLAINT |
| **Reported On** | JUL-26-2022 (TUE.) 0244 |
| **Occurred On** | JUL-26-2022 (TUE.) 0244 |
| **Approved On** | JUL-26-2022 (TUE.) |
| **Approved By** | 7449 - WAITE, JEFFREY BRIAN |
| **Report Submitted By** | 0326 - BARTA, DYLAN |
| **Org Unit** | PCT 3 DOGWATCH |
| **Accompanied By** | 7796 - WILSON, CHAZ     **Downtime** 16 |
| **Address** | 2501 CEDAR AVE S |
| **Municipality** | MINNEAPOLIS |
| **County** | HENNEPIN |
| | **Precinct** 3 **Sector** 1 **Neighborhood** 92 |
| **Felony/ Misdemeanor** | FELONY |
| **Family Violence** | NO |
| **Cargo Theft** | NO |

### EVENT VIDEO

| | |
|---|---|
| **Is There Video Of The Event** | YES |
| **Type Of Video** | BODY WORN CAMERA, IN CAR CAMERA |
| **Is The Video Attached To The GO** | |
| **Witness Owned Video** | |
| **Remarks** | |
| **P Number** | |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1  PFARM-0  FELON POSS-FIREARM - COMPLETED |
| **Location** | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| **Suspected Of Using** | N/A |
| **Criminal Activity** | POSSESSING / CONCEALING |
| **Weapon Type** | HANDGUN |
| **Bias** | NONE (NO BIAS) |

| | |
|---|---|
| **Offense #** | 2  FINFO-1  FALSE INFO - FAKE NAME - COMPLETED |
| **Location** | STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY |
| **Suspected Of Using** | N/A |
| **Bias** | NONE (NO BIAS) |

**Offense #** 3  RECGUN-0  RECOVERED GUN - COMPLETED

CONFIDENTIAL                    AGO0000863

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CLEARED BY

**GENERAL OFFENSE HARDCOPY**

COMPLAINT

CASE REPORT WITH NARRATIVES

Incident Date 07/26/2022

(FELON POSS-FIREARM)

**Location** STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY

**Suspected Of Using** N/A

**Bias** NONE (NO BIAS)


**Offense #** 4   TLE-0   TRAFFIC LAW ENFORCEM - COMPLETED

**Location** STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY

**Suspected Of Using** N/A

**Bias** NONE (NO BIAS)


**Offense #** 5   FORCE-0   USE OF FORCE - COMPLETED

**Location** STREET/SIDEWALK/ALLEY/ROAD/HIGHWAY

**Suspected Of Using** N/A

**Bias** NONE (NO BIAS)

CONFIDENTIAL                                                                                                       AGO0000864



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Related Event(s)

1. CP  MP2022-170658

2. AB  MP2022-2221

3. CP  MP2022-170667

## COMPLAINT INFORMATION

Incident Location     Address  2501 CEDAR AVE S
                      Precinct 3 Sector 1 Neighborhood 92

### GENERAL INFORMATION

Case Type  PERSON WITH A GUN (P)              Priority  4
Dispatched Time  02:47:54              En Route Time  02:47:54
At Scene Time  02:48:24
Unit IDs  311  - 333

### COMPLAINANT INFORMATION

Name  JUSTIN-SEC
Sex
DOB
Home Telephone  (612) 729-0029
Remarks  COMPLAINANT: JUSTIN-SEC

### CLEARANCE INFORMATION

Final Case Type  PERSON WITH A GUN (P)
Cleared By  AST-ASSIST
Incident Location     Address  2600 BLOCK CEDAR AVE S
                      Precinct 3 Sector 1 Neighborhood 92

### GENERAL INFORMATION

Case Type  SUSPICIOUS VEHICLE (P)            Priority  2
Dispatched Time  02:57:17              En Route Time  02:57:17
At Scene Time  02:57:17
Unit IDs  311  - 333
Remarks  COMPLAINANT:

### CLEARANCE INFORMATION

Final Case Type  SUSPICIOUS VEHICLE (P)

CONFIDENTIAL
AGO0000865



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Person(s)

1. **ARRESTEE # 1 - OLIVARES, JORGE**

**PERSON PHOTO**



**PHOTO  TAKEN ON 10/01/2018**

#

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | UNKNOWN |
| **Date Of Birth** | FRCP 5.2 2002 |
| **Address** | 900 2ND AVE S LOT 8 |
| **Municipality** | LESTER PRAIRIE |
| **State** | MINNESOTA |
| **ZIP Code** | 55354-7771 |

*BCA ECHARGING*

**BCA ECharging ID**  6913242
**HCAO Case Number**  22A08260

### PERSON PARTICULARS

| | |
|---|---|
| **DL#** | M000058058900 |
| **Ethnicity** | HISPANIC OR LATINO ORIGIN |
| **Height** | 5'03 |
| **Eye Color** | BROWN |

**Weight**  136 LBS

### MASTER NAME INDEX REFERENCE / MNI

| | |
|---|---|
| **Name** | OLIVARES , JORGE  NMN |
| **Sex** | MALE |
| **Race** | UNKNOWN |
| **Date Of Birth** | FRCP 5.2 2002 |
| **Ethnicity** | HISPANIC OR LATINO ORIGIN |
| **Address** | 900 2ND AVE S LOT 8 |
| **Municipality** | LESTER PRAIRIE |
| **State** | MINNESOTA |

CONFIDENTIAL                                                    AGO0000866



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY

### CASE REPORT WITH NARRATIVES

Incident Date 07/26/2022

(FELON POSS-FIREARM)

ZIP Code  55354-7771

## ALIAS(ES)

| Name | Address | Sex | DOB |
|------|---------|-----|-----|
| OLIVARES, JORGE | 7338 12TH AVE S , RICHFIELD MN | M | JUN-25-2002 |

## CHARGE SUMMARY

### CHARGE # 1

**Offense Date** JUL-26-2022  (TUE.) 0435

**Offense** HOLD FOR OAK PARK HEIGHTS CORRECTIONAL - AGGRAVATED ROBBERY 1ST DEGREE - COMPLETED

**Charge Severity** FELONY

**Warrant #** 22OPHF297

**Domestic Violence** NO

### CHARGE # 2

**Offense Date** JUL-26-2022  (TUE.) 0300

**Offense** FALSE NAME/INFO TO POLICE - FAKE NAME - COMPLETED

**Charge Statute** M 609.506.1

**Domestic Violence** NO

### CHARGE # 3

**Offense Date** JUL-26-2022  (TUE.) 0244

**Offense** FELON IN POSSESSION OF FIREARM  - COMPLETED

**Charge Statute** F 624.713

**Domestic Violence** NO

## LINKAGE FACTORS

**Resident Status** UNKNOWN

**Age Range** I - 18-21 YEARS

**Related Vehicle #** 1 - AJK546, MN

**Person Seat Position** FRONT LEFT

**Person Location** OBSERVED/CONTACTED INSIDE VEHICLE

**Access To Firearm** YES

**Armed Stats** ARMED AT TIME OF ARREST

**Armed With** HANDGUN

**Offense** PFARM- 0  FELON POSS-FIREARM - COMPLETED

**Arrest Date** JUL-26-2022  (TUE.)

**Arrest Type** ON VIEW ARREST (LOCAL ARREST NO WARRANT)

---

CONFIDENTIAL

AGO0000867



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

CLEARED BY
COMPLAINT

### GENERAL OFFENSE HARDCOPY
#### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

---

## USE OF FORCE DETAILS

**Date Occured** JUL-26-2022 (TUE.)
**Location** 2501 CEDAR AVE S
**Nature Of Contact** ARREST
**Subjects Present** 1
**Subject's Conduct** COMPLIANT
**Weapons Used** HANDCUFFS
**Unconscious** NO
**Injury Photographed** NO

### OFFICERS INVOLVED

**Reporting Officer** 0326 - BARTA, DYLAN
**Date Reported** JUL-26-2022 (TUE.)
**Responded** NO

## 2. INVOLVED # 1 - GARCIA, JOSE RAUL

### PERSON PHOTO



### MUGSHOT TAKEN ON 03/26/2020
### GO# MP 2020-79288

### CASE SPECIFIC INFORMATION

**Sex** MALE
**Race** WHITE
**Date Of Birth** FRCP 5.2 1994
**Address** 2473 18TH AVE S
**Municipality** MINNEAPOLIS
**State** MINNESOTA
**ZIP Code** 55404

### PERSON PARTICULARS

**Ethnicity** UNKNOWN

### MASTER NAME INDEX REFERENCE / MNI

**Name** GARCIA , JOSE RAUL
**Sex** MALE

---

CONFIDENTIAL    AGO0000868

# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

CLEARED BY

COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
### (FELON POSS-FIREARM)



| | |
|---|---|
| **Race** | WHITE |
| **Date Of Birth** | FRCP 5.2 994 |
| **Ethnicity** | UNKNOWN |
| **Address** | 2473 18TH AVE S |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |
| **County** | HENNEPIN |
| **ZIP Code** | 55404 |

### *PHONE NUMBERS*

**CELLULAR** (651) 404-8813

## LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | J - 22-29 YEARS |
| **Related Vehicle #** | 1 - AJK546, MN |
| **Person Seat Position** | FRONT RIGHT |

## USE OF FORCE DETAILS

| | |
|---|---|
| **Date Occured** | JUL-26-2022 (TUE.) |
| **Location** | 2600-BLOCK CEDAR AV S |
| **Nature Of Contact** | INVESTIGATIVE DETENTION |
| **Subject's Conduct** | COMPLIANT |
| **Weapons Used** | HANDCUFFS |
| **Unconscious** | NO |
| **Injury Photographed** | NO |

### *OFFICERS INVOLVED*

| | |
|---|---|
| **Reporting Officer** | 7796 - WILSON, CHAZ |
| **Date Reported** | JUL-26-2022 (TUE.) |
| **Responded** | NO |

## 3. PASSENGER # 1 - ALLEN, TOMAS BRIONES

## PERSON PHOTO



PHOTO UNAVAILABLE

### PHOTO TAKEN ON 07/02/2012
### CD# MP 239973

CONFIDENTIAL

AGO0000869



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
**(FELON POSS-FIREARM)**

## CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | UNKNOWN |
| **Date Of Birth** | FRCP 5.2 2001 |
| **Address** | 3141 3RD AVE S |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |
| **ZIP Code** | 55408 |

**Apartment** C

## PERSON PARTICULARS

**Ethnicity** UNKNOWN

## MASTER NAME INDEX REFERENCE / MNI

| | |
|---|---|
| **Name** | ALLEN , TOMAS BRIONES |
| **Sex** | MALE |
| **Race** | AMERICAN INDIAN / ALASKAN NATIVE |
| **Date Of Birth** | FRCP 5.2 2001 |
| **Ethnicity** | UNKNOWN |
| **Address** | 3141 3RD AVE S |
| **Municipality** | MINNEAPOLIS |
| **State** | MINNESOTA |
| **County** | HENNEPIN |
| **ZIP Code** | 55408 |

**Apartment** C

### PHONE NUMBERS

| | |
|---|---|
| **CELLULAR** | (612) 224-1148 |
| **HOME** | (612) 600-3595 |
| **BUSINESS** | (612) 419-1533 |

## LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | I - 18-21 YEARS |
| **Related Vehicle #** | 1 - AJK546, MN |
| **Person Seat Position** | REAR RIGHT |
| **Person Location** | OBSERVED/CONTACTED INSIDE VEHICLE |
| **Access To Firearm** | YES |
| **Armed Stats** | ARMED AT TIME OF INCIDENT |

CONFIDENTIAL    AGO0000870

# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
### (FELON POSS-FIREARM)

CLEARED BY
COMPLAINT

## 4. PASSENGER # 3 - HERNANDEZ, ALFREDO

### CASE SPECIFIC INFORMATION

Sex MALE
Race UNKNOWN
Date Of Birth ▮FRCP 5.2▮977
Address 2408 PORTLAND AVE
Municipality MINNEAPOLIS
State MINNESOTA
ZIP Code 55404

### PERSON PARTICULARS

Ethnicity HISPANIC OR LATINO ORIGIN

### LINKAGE FACTORS

Resident Status RESIDENT
Age Range K - 30-49 YEARS
Related Vehicle # 1 - AJK546, MN
Person Seat Position REAR LEFT
Person Location OBSERVED/CONTACTED INSIDE VEHICLE

## 5. GUN TRACE # 1 - HORTON, JEROME FLETCHER

### PERSON PHOTO



PHOTO TAKEN ON 09/18/2013

CD# MP 226523

### CASE SPECIFIC INFORMATION

Sex MALE
Race BLACK
Date Of Birth ▮FRCP 5.2▮996
Address 123 59TH ST E          Apartment 204
Municipality MINNEAPOLIS
State MINNESOTA
ZIP Code 55419

CONFIDENTIAL                                                    AGO0000871



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

HOME (612) 886-1535

CELLULAR UNK-NOWN

## PERSON PARTICULARS

DL# S769190696122

Height 5'8

Build MEDIUM

Complexion MEDIUM

Eye Color BROWN

Hair Color BLACK

Hair Style DREADLOCKS, LONG

## MASTER NAME INDEX REFERENCE / MNI

Name HORTON , JEROME FLETCHER

Sex MALE

Race BLACK

Date Of Birth FRCP 5.2 996

Address 123 59TH ST E

Apartment 204

Municipality MINNEAPOLIS

State MINNESOTA

County HENNEPIN

ZIP Code 55419

### PHONE NUMBERS

HOME (612) 886-1535

CELLULAR UNK-NOWN

## LINKAGE FACTORS

Age Range J - 22-29 YEARS

# Unidentified Person(s)

## 1. REPORTING PARTY # 1

Sex MALE

Race UNKNOWN

Ethnicity UNKNOWN

Other 612 729 0029

Characteristics

Possible Names JUSTIN

Additional Remarks SECURITY AT 2501 CEDAR AVE S

CONFIDENTIAL

AGO0000872

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

# Vehicle(s)

## 1. TOWED # 1 - AJK546, MN VIN# 4S4BRBCC6A3335081

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| License Number | AJK546 |
| State Of Issue | MINNESOTA |
| VIN | 4S4BRBCC6A3335081 |
| License Type | PASSENGER CAR |
| Year Of Issue | 2023 |
| Type | AUTOMOBILES (SUV, MINI VANS) |
| Make And Model | SUBARU OUTBACK (2008 & NEWER ONLY) |
| Style | 4DR AUTOMOBILE |
| Year | 2010 |
| Color | BLACK |

### MASTER VEHICLE INDEX REFERENCE

| | |
|---|---|
| License Number | AJK546 |
| State Of Issue | MINNESOTA |
| License Type | PASSENGER CAR |
| Year Of Issue | 2023 |
| Towed | NO |

#### INSURANCE INFORMATION

#### OWNER INFORMATION

| | |
|---|---|
| Owner Type | PERSON |
| Owner Role | TOWED |

### SEIZED/TOWED VEHICLE DETAILS

| | |
|---|---|
| Reason | INVESTIGATIVE HOLD |
| License | AJK546  MINNESOTA  2023 |
| VIN | 4S4BRBCC6A3335081 |
| Description | 2010 SUBARU OUTBACK (2008 & NEWER ONLY) BLACK |

#### STORAGE LOCATION

| | |
|---|---|
| Keys | WITH VEHICLE |

#### HOLDING INFORMATION

| | |
|---|---|
| Reason For Holding | OTHER AGENCY |

---

CONFIDENTIAL

AGO0000873



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

*RELEASE INFORMATION*

**Permitted To Release** YES

*TOWING AND STORAGE*

**Towing Co.** NA                                             **Driver** NA

**Tow Request Date** JUL-26-2022 (TUE.) 0320

**Tow Arrive Date** JUL-26-2022 (TUE.) 0320

**Remarks** HOLD FOR WEAPONS

CONFIDENTIAL

AGO0000874

# MINNEAPOLIS POLICE DEPARTMENT



GO# MP 2022-170658

CLEARED BY

COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

Type JUDICIAL PROBABLE CAUSE
Subject OLIVARES, JORGE  DOB: FRCP 5.2 2002
Author 0326 - BARTA, DYLAN

Related Date Jul-26-2022  5:12

The
Complainant, being duly sworn, swears the below facts are true and correct

to the best of Complainant's knowledge and belief and constitute probable
cause

to believe that the below-named Arrestee committed the offense(s) described
herein:
Arrestee:[OLIVARES, JORGE  DOB: FRCP 5.2 2002]
Arrest Date: [07-26-2022   ]      Time: [03:40]
[OFFICERS RESPONDED TO A PERSON WITH A GUN AT THE LISTED LOCATION. CALLER
OBSERVED A MALE WITH A GUN OUTSIDE OF THE LISTED ADDRESS. CALLER DESCRIBED THIS
MALE AS A POSSIBLE ASIAN MALE IN HIS 20'S WEARING A YELLOW SHIRT, BLACK
PANTS

AND A BLACK BASEBALL CAP. CALLER STATED THAT THIS MALE FLASHED THE GUN IN HIS
WAISTBAND. AS OFFICERS ARRIVED THE CALLER STATED THAT THE SUSPECT HAD LEFT IN A
VEHICLE, POSSIBLY A SUBARU SUV OR A HONDA SUV. I CALLED THE CALLER AND
CONFIRMED THIS. MY PARTNER AND I SAW A SUBARU SUV A SHORT WHILE LATER WITH THE
DRIVER MATCHING THIS SUSPECT DESCRIPTION. THERE WERE ALSO THREE OTHER OCCUPANTS
IN THE VEHICLE, WHICH ALSO MATCHED WHAT THE CALLER ORIGINALLY SAID - "4
SUSPMS

OTS IN FRT" - MEANING - FOUR SUSPECT MALES OUTSIDE IN FRONT. THE OCCUPANTS
APPEARED TO BE ALL MALES. MY PARTNER AND I THEN CONDUCTED A SUSPICIOUS VEHICLE
STOP ON THIS VEHICLE AND IDENTIFIED THE OCCUPANTS. A SEARCH WAS THEN DONE ON
THIS VEHICLE DUE TO THE INFORMATION THAT HAS BEEN GATHERED REGARDING THE MALE
WITH THE YELLOW SHIRT FLASHING A GUN. I THEN FOUND A HANDGUN IN THE FRONT GLOVE
COMPARTMENT IN FRONT OF THE FRONT PASSENGER SEAT. THE DRIVER, IDENTIFIED AS A1
/ JORGE OLIVARES WAS THEN ARRESTED AND BOOKED AT HCJ FOR PC WEAPONS, PROBABLE
CAUSE GIVEN BY SERGEANT STEWART. IT SHOULD BE NOTED THAT A1 HAD GIVEN OFFICERS
A FAKE NAME - JONATHAN SERAVILLO.]


Complainant's Signature:
_____


Notary Signature and Stamp:  _____
Submitted under oath by:[OFFICER DYLAN BARTA                          ]
Signature of Notary:  _____

A.B.,Peace Officer License Number:  [25418 ]    , Hennepin County, Minnesota.
My license expires on June 30,[2025]

CONFIDENTIAL

AGO0000875

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

Type PUBLIC NARRATIVE
Subject
Author 0326 - BARTA, DYLAN
Related Date Jul-26-2022  5:25

Officers responded to the listed location on a person with a gun. One suspect was arrested and booked at HCJ. Evidence was inventoried. BWC / MVR activated.

CONFIDENTIAL

AGO0000876



MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

GO# MP 2022-170658
CLEARED BY
COMPLAINT

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 0326 - BARTA, DYLAN
**Related Date** Jul-26-2022  5:27

On 07/26/2022, I, Officer Barta was working squad 311 with my partner Officer Chaz Wilson. At approximately 0244 hours, my partner and I responded to 2501 Cedar Ave S on a person with a gun call. The remarks of the call stated - -

"4 SUSPMS OTS IN FRT.....ONE M FLASHED GUN. PERGUN ASIAN M/20S/YEL TSHIRT/BLK PANTS/BLK BBALL CAP. M FLASHED THE GUN IN WAISTBAND ONLY   .GROUP STILL STANDING OTS   .REQ SQD.CLR CB .PERGUN LEFT IN A BLK HONDA STATION WAGON RIGHT AS OFCRS WERE PULLING INTO PKG LOT.  CLR DISC TO SPEAK TO OFCRS".

Upon arrival, it was noted that the suspect/s and the vehicle had left north bound on Cedar Ave S  . This information was given to me by the caller - Justin, who I called on my cell phone  It should be noted that Justin is the security Officer for Little Earth and has been reliable in previous calls and encounters that I have been involved with in the past. I notified Justin that my partner and I will  check the area for the suspect vehicle  Justin told me that he believes that the suspect vehicle is a black subaru SUV or a honda SUV.

A short while later while checking the area, my partner and I saw a vehicle that appeared to match the suspect vehicle, driving west bound on Lake St E from Bloomington Ave S. I noticed several people in the vehicle  My partner and I then got behind this vehicle - MN license plate - JCH214. It should be noted that this vehicle was a black subaru SUV. My partner and I followed this vehicle for a short while. My partner and I then drove next to the vehicle so that we could look directly into the windows  I then saw the driver who appeared to be wearing a yellow shirt and a black baseball cap  . I also saw three other male occupants in the vehicle  Knowing this information, given that the vehicle and the persons appeared to match what we had from the 911 caller, my partner and I  conducted a suspicious vehicle stop on this vehicle on the 2600 block of Cedar Ave S. After activating the squad's MVR / emergency lights, the vehicle pulled over  I then approached the passenger side of the vehicle and began to get the occupants names  The driver was told to step out of the vehicle immediately, due to the fact that he matched the suspect description of the person with the gun  The driver told my partner that his name was - Jonathan Seravillo  **FRCP 5.2** 999)  The rear passenger gave me his name - PASS1 / Tomas Allen  PASS1 notified me that he is carrying a firearm and has a permit to carry that is valid. I then looked at his MN ID and his permit to carry card and verified this  I then identified the front passenger as PASS2 / Jose Garcia  . After running checks on these two males. assisting Officers and myself went back to the vehicle. I then told the occupants that I will be asking them to step out of the vehicle one by one  I started  with PASS1 and secured his handgun, which was loaded with one in the chamber and in his front  waistband. I unloaded PASS1's handgun and secured it and PASS1 in the squad car. I then  searched PASS2 for weapons, finding a knife, which I left in the vehicle  I then searched PASS3 / Alfredo Hernandez for weapons, finding nothing of note  It should be noted that assisting Officers

CONFIDENTIAL                                                                                    AGO0000877



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
**(FELON POSS-FIREARM)**

and myself could not positively identify the driver (possible suspect in the person with a gun). I called Justin (security) again and asked him if it was in fact the male in the yellow shirt who had the handgun. Justin went as far as telling me the details of the suspects baseball hat, which matched the drivers hat. I then began to searched the vehicle for weapons and found a handgun in the front passenger glove box. PASS2 was then handcuffed and put in the squad car, as he was the one sitting directly next to the handgun when we pulled the vehicle over. PASS2 stated that the handgun was not his. I took pictures of the handgun where it was found before touching it with my blue gloves. I then secured the handgun and unloaded it. It should be noted that there was one 9mm round in the chamber and the magazine inserted in the handgun with several 9mm rounds inside. I then handcuffed the driver's wrists behind his back in the squad car and searched him incident to arrest. I ensured to double lock the handcuffs and check for proper fit and tightness .

It should also be noted that Justin stated that he has video showing the male in the yellow shirt flashing the handgun and having it in his possession. I then called Sergeant Stewart and received probable cause for PC weapons to book the driver. The other passengers were released and PASS1's handgun was given back to him along with the passengers belongings.

Upon arrival to HCJ with the driver, HCJ took his fingerprints which came back with his real name - A1 /Jorge Olivares. It should be noted that A1 had a felony warrant - WNO - 22OPHF297 relating to a first degree aggravated robbery charge through Oak Park Heights Correctional. It should be noted that A1 can be charged with - felon in possession, false info / fake name .

It should be noted that I inventoried the handgun / magazine and the live round as evidence. These were held for prints and DNA. I also uploaded a video and a photo that Justin had sent me of A1, to evidence.com. The auto desk was contacted and the involved vehicle was towed to the Minneapolis Impound Lot and held for weapons.

BWC / MVR activated .

CONFIDENTIAL                                                      AGO0000878



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

Type NON-PUBLIC NARRATIVE
Subject De-Escalation
Author 0326 - BARTA, DYLAN
Related Date Jul-26-2022  6:03
[BARTA,
DYLAN                                                              ]


De-escalation tactics utilized (Expand on tactics used in Narrative)
[   ]Identify yourself as a police officer
[X ]Provide commands and afford the person a reasonable opportunity to comply
[X ]Attempt to slow down or stabilize the situation
[   ]Request additional officers to the scene
[   ]Place barriers between an uncooperative subject and an officer
[   ]Attempt to isolate the subject and contain the sceneofficers to the scene
[X ]Minimizing risk from a potential threat using distance
[   ]Minimizing risk from a potential threat using cover
[X ]Minimizing risk from a potential threat using concealment
[X ]Communicating verbally with a subject
[X ]Communicating non-verbally (eye contact, gestures, body language)
[X ]Command presence
[   ]Use of advisements
[   ]Use of warnings
[X ]Use of verbal persuasion
[X ]Tactical repositioning
[   ]Force de-escalated immediately as resistance decreases or control is
achieved

[   ]Other -add additional text for other de-escalation tactics utilized

CONFIDENTIAL

AGO0000879



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
**(FELON POSS-FIREARM)**

GO# MP 2022-170658
CLEARED BY
COMPLAINT

## Narrative Text Page(s)

## Narrative Text

**Type** NCIC - NO RECORD
**Subject** QG.MN02711V1.SER/1C020445.RSH/N
**Author** 7397 - PATINO, LESLY ITZEL
**Related Date** Jul-26-2022  9:08

```
  TO:    MPL222-00005168 20220726 09:06:37 4A6B001430
FROM:     NCIC1-01484826 20220726 09:06:37 4A6B000928
1L014A6B0009282QG
MN02711V1

NO RECORD SER/1C020445
```

CONFIDENTIAL

AGO0000880



# MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2022-170658**

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

## Narrative Text Page(s)

## Narrative Text

**Type** NCIC- RECOVERED FIREARM

**Subject** ERG.MN02711V1.1C020445.TAS.G2C.9.PI.20220726.22170

**Author** 7397 - PATINO, LESLY ITZEL

**Related Date** Jul-26-2022  9:08

```
  TO:    MPL222-00005169 20220726 09:08:38 4A6B001431
FROM:    NCIC1-01485020 20220726 09:08:38 4A6B000929
1L014A6B0009293ERG
MN02711V1
NIC/G325704426 SER/1C020445
OCA/22170658
*****YOU MAY SUBMIT A TRACE REQUEST FOR THIS WEAPON THROUGH THE
ATF'S ETRACE APPLICATION AT WWW.ATFONLINE.GOV/ETRACE OR BY CALLING
1-800-788-7133 OR BY FAX TO 1-800-578-7223. AN AGENCY MUST HAVE
AN ETRACE MOU/ACCOUNT IN ORDER TO SUBMIT A TRACE VIA ETRACE. PLEASE
CONTACT THE ETRACE CUSTOMER SERVICE GROUP VIA EMAIL AT ETRACEADMIN@ATF.GOV
FOR ADDITIONAL INFORMATION.*****
```

CONFIDENTIAL                                                                      AGO0000881

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

Type NON-PUBLIC NARRATIVE
Subject
Author 7796 - WILSON, CHAZ
Related Date Jul-26-2022 22:47

On 7/26/2022 while assigned as squad 311 in full Minneapolis Police **uniform with** my partner Officer D. Barta, we had responded to a person with a gun call at 2501 Cedar Av, at approximately 0244 hours .

Upon arrival, we were advised by dispatch that the suspect's had left the area in a black Honda station wagon. We then checked the area and at about 0257 hours, we saw a vehicle matching the description in the area of Lake St E/ Bloomington Av. I could then see that there were four occupants inside of the vehicle and the driver was matching the description of the pergun suspect. We then conducted a traffic stop in the 2600-block of Cedar Av S. The suspect vehicle was slow to stop and I could see the driver reaching toward the passenger side of the suspect vehicle. As we approached the suspect vehicle, I told the driver to turn the vehicle off and we gave commands to have the occupants of the vehicle show us their hands. I then had the driver step out of the vehicle and pat frisked him for weapons, due to the pergun call remarks. Minutes later after all of the occupants were out of the vehicle, I heard my partner say that he found a gun in the front passenger side of the vehicle. I then placed the front passenger into handcuffs for mine and my partner's safety. The front passenger was identified as Jose Garcia. We were then advised by our Sergeant to book the driver of PC weapons. We then released all of the other occupants on scene. My partner and I then transported the driver to HCJ where he was booked. BWC and MVR were active .

CONFIDENTIAL

AGO0000882



# MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2022-170658**

**CLEARED BY**

**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

## Narrative Text Page(s)

### Narrative Text

> **Type** NON-PUBLIC NARRATIVE
> **Subject** ATF E-TRACE REQUEST SUBMITTED
> **Author** 7389 - FRANKO RUIZ, MARVYN RUBI
> **Related Date** Aug-08-2022

On 08/08/2022, I submitted a trace request for the firearm recovered in this case. The ATF e-Trace submission confirmation number is T20220388295. A copy of the trace report will be attached to this case when it is available.

CONFIDENTIAL

AGO0000883



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

CLEARED BY

COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

## Follow Up Report # 1

Follow Up Report # 1

## ASSIGNMENT INFORMATION

**Assigned To** 1441 - DAUBLE, KRISTOPHER

**Capacity** LEAD INVESTIGATOR

**Assigned On** JUL-26-2022 (TUE.) 1118

**Report Due On** NOV-23-2022 (WED.)

**Rank** POLICE OFFICER

**Org Unit** GUN INVESTIGATION UNIT

**By** 7449 - WAITE, JEFFREY BRIAN

CONFIDENTIAL

AGO0000884



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

Follow Up Report # 1

## Narrative Text Page(s)

## Narrative Text

**Type** SCALES INTERVIEW
**Subject** (ARRESTEE #1) OLIVARES, JORGE  (DOB FRCP 5.2 FRCP 5.2 2002
**Author** 1441 - DAUBLE, KRISTOPHER
**Related Date** Jul-27-2022

I went to the Hennepin County Jail to interview Olivares in relation to this case .

As soon as Olivares entered the interview room he asked if I was a "detective" to which I stated "yes". He immediately said that he did not want to talk to me. He did have numerous questions for me regarding the process. I answered his questions to the best of my ability .

I did ask Olivares if he would be willing to give me a voluntary sample of his DNA via buccal swab and he denied. He said that he did not want to give me a sample of DNA. When I told him that I may get a warrant and return to come back to get his DNA and he seemed hesitant to give me a sample even with a warrant .

I recorded this interview via the axon capture application and later uploaded to evidence.com.

I have reviewed Olivares criminal history and found that due to past violent felony convictions he is prohibited from possessing firearms and ammunition .

Previous convictions include :

02-JV-18-1179 1st Degree Assault, 2nd Degree Assault, 1st Degree Aggravated Robbery (certified as an adult under 02-CR-18-8389)

CONFIDENTIAL

AGO0000885



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

**Follow Up Report # 1**

## Narrative Text Page(s)

## Narrative Text

    **Type** eCHARGING INCIDENT REFERRAL
    **Subject** (ARRESTEE #1) OLIVARES, JORGE   (DOB: ▮FRCP 5.2▮2002
    **Author** 1441 - DAUBLE, KRISTOPHER
**Related Date** Jul-27-2022
  Specify
Case Type       [Adult Violent  ]

---

```
Fingerprints Taken?      [Yes  ]
Custody Status           [In Custody - This Case   ]
Other Custody Text       [                                          ]
Not in Custody Type      [          ]
Due Date                 [Jul-26-2022  ]   Time  [Noon    ]
```

---

```
[   ]Juvenile Co-defendant       [   ]Gang Member
[   ]Bridge                      [X ]Weapon
[   ]Interpreter Needed
```

---

```
[   ]Call Before Charging?
Investigator   [DAUBLE, KRISTOPHER                    ]    [1441    ]
Office Phone   [612-469-9258]     Cell Phone  [              ]
```

---

CONFIDENTIAL                                 AGO0000886



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

**Follow Up Report # 1**

## Narrative Text Page(s)

## Narrative Text

> **Type** CRIMINAL COMPLAINT
> **Subject** (ARRESTEE #1) OLIVARES, JORGE    (DOB FRCP 5.2 2002
> **Author** 1441 - DAUBLE, KRISTOPHER
**Related Date** Jul-28-2022

```
Date complaint signed by investigator:[Jul-28-2022  ]      Time:[1353]hrs
```

```
Prosecuting agency: [HENNEPIN COUNTY ATTORNEY'S OFFICE              ]
Prosecutor: [COURTNEY NUSSBAUMER                      ]

Complaint issued:[Yes]

Signing Judge: [COLETTE ROUTEL                              ]
Date complaint signed by judge:[Jul-28-2022  ]
```

```
Suspect:[OLIVARES, JORGE     (DOB: Jan-25-2002)    ]
```

```
Charge:
[ POSSESS AMMO/ANY FIREARM - CONVICTION OR ADJUDICATED DELINQUENT FOR CRIME OF
VIOLENCE]
```

```
Severity:[FELONY  ]

Statute/Ordinance:
[624.713.1(2)                                                               ]
```

```
Charge:
[
]
```

CONFIDENTIAL

AGO0000887



# MINNEAPOLIS POLICE DEPARTMENT

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

**Follow Up Report # 1**

Severity:[          ]

Statute/Ordinance:
[
]

Charge:
[
]

Severity:[          ]

Statute/Ordinance:
[
]

Charge:
[
]

Severity:[          ]

Statute/Ordinance:
[
]

Charge:
[
]

Severity:[          ]

Statute/Ordinance:
[

CONFIDENTIAL                                                                    AGO0000888



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

**Follow Up Report # 1**

]

Charge:
[
]

Severity:[            ]

Statute/Ordinance:
[
]

Case closure recommendation: [CLOSED BY COMPLAINT              ]

CONFIDENTIAL                                                    AGO0000889

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Clearance Information

|  |  |
|---|---|
| **Agency** | MINNEAPOLIS POLICE DEPARTMENT |
| **Cleared Status** | CLEARED BY ARREST - NOT APPLICABLE |
| **Cleared On** | AUG-25-2022 (THU.) |
| **Cleared By Officer 1** | 1441 - DAUBLE, KRISTOPHER |
| **Org Unit** | GIU - GUN INVESTIGATION UNIT |
| **Complainant/Victim Notified** | NO |

CONFIDENTIAL    AGO0000890



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Related Property Report(s)

## REPORT INFORMATION

**Property Report #** 213837
**Case Status** EVIDENCE
**Submitted On** JUL-26-2022 (TUE.)                    **By** BARTA, DYLAN

### RELATED EVENTS

**Offense** GO MP 2022 - 170658

**Related Items** 4

## FIREARM - EVIDENCE

**Status** EVIDENCE
**Tag #** MP213837 - 1
**Make** TAURUS/FALCON/FORJAS TAURUS/TAURUS INTL.
**Item** PISTOL                                 **Type** SEMI-AUTO
**Model** G2C                                   **Caliber** 9
**Barrel Length** 3.2                           **Finish** BLK
**Serial #** 1C020445
**Value** $0.00
**Description** TAURUS G2C 9MM, MFG/BRAZIL IMP/BAINBRIDGE,GA
**Serial # Obliterated** NO
**Location** 2600 BLOCK CEDAR AVE S
**Value** $0.00
**Flags** EVIDENCE, ENTERED ON NCIC
**Current Location** PW G

## ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP213837 - 2
**Article** YAMMO- ALL OTHER PROPERTY
**Serial # 1** UNKNOWN
**Value** $0.00
**Description** 1 X 9MM LIVE CARTRIDGE FROM CHAMBER
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PW G

## ARTICLES - EVIDENCE

**Status** EVIDENCE

CONFIDENTIAL                                                AGO0000891

# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

Tag # MP213837 - 3
Article YGUNMAG- ALL OTHER PROPERTY
Color BLK/
Serial # 1 UNKNOWN
Value $0.00
Description MAGAZINE
Recovered Value $0.00
Flags EVIDENCE
Current Location PW G

## ARTICLES - EVIDENCE

Status EVIDENCE
Tag # MP213837 - 4
Article YAMMO- ALL OTHER PROPERTY
# Of Pieces 11
Serial # 1 UNKNOWN
Value $0.00
Description QUANTITY OF LIVE CARTRIDGES FROM MAGAZINE
Recovered Value $0.00
Flags EVIDENCE
Current Location PW G

CONFIDENTIAL                                                      AGO0000892



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

CASE REPORT WITH NARRATIVES

Incident Date 07/26/2022

(FELON POSS-FIREARM)

## REPORT INFORMATION

**Property Report #** 215008

**Case Status** EVIDENCE

**Submitted On** AUG-02-2022 (TUE.)　　　　　　　　**By** DREES, GABRIEL LYNN

*RELATED EVENTS*

**Offense** GO MP 2022 - 170658

**Location** NA

**Related Items** 2

## ARTICLES - EVIDENCE

**Status** EVIDENCE

**Tag #** MP215008 - 1

**Article** YSWAB- ALL OTHER PROPERTY

**# Of Pieces** 1

**Serial # 1** UNKNOWN

**Value** $0.00

**Description** DNA SWABS FROM PISTOL (213837-1)

**Recovered Value** $0.00

**Flags** EVIDENCE

**Current Location** BCA

## ARTICLES - EVIDENCE

**Status** EVIDENCE

**Tag #** MP215008 - 2

**Article** YSWAB- ALL OTHER PROPERTY

**# Of Pieces** 1

**Serial # 1** UNKNOWN

**Value** $0.00

**Description** DNA SWAB FROM MAGAZINE & (11) 9MM LIVE CARTRIDGES, COLLECTIV

**Recovered Value** $0.00

**Flags** EVIDENCE

**Current Location** BCA

CONFIDENTIAL

AGO0000893



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

CLEARED BY
COMPLAINT

### GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Related Arrest Report AB# 2022-2221

**Arrestee** OLIVARES, JORGE NMN
**Date Of Birth** FRCP 5.2 2002
**Related CD#** 308404

## Arrest Information

| | |
|---|---|
| **Status** | NOT CHARGED |
| **Type Of Arrest** | ON VIEW ARREST (LOCAL ARREST NO WARRANT) |
| **Reason For Arrest** | PROBABLE CAUSE (PETTY, MISDEMEANOR, GROSS, FELONY) |
| **Arrest Date** | JUL-26-2022 (TUE.) 0340 |
| **Approved By** | 6824 - STEWART, JOSHUA |
| **Approval Date** | JUL-26-2022 (TUE.) |
| **Rush File Required** | NO |
| **Booked Into Cell** | NO |
| **Arresting Officer(s)** | 0326 - BARTA, DYLAN, 7796 - WILSON, CHAZ |
| **Summary Of Facts** | PROBABLE CAUSE WEAPONS |

### ARREST LOCATION

| | |
|---|---|
| **Address** | 2501 CEDAR AVE S |
| **Municipality** | MINNEAPOLIS |
| **County** | HENNEPIN |
| | **Precinct** 3 **Sector** 1 **Neighborhood** 92 |
| **SODA Zone** NO | **Drug Free Zone** NO |



**MINNEAPOLIS POLICE DEPARTMENT**
GO# MP 2022-170658
CLEARED BY
COMPLAINT
**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Related Attachment - COURT DOCUMENTS

**Description** CRIMINAL COMPLAINT

**Reference Number**

CONFIDENTIAL    AGO0000895



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**

CASE REPORT WITH NARRATIVES

Incident Date 07/26/2022

(FELON POSS-FIREARM)

---

State of Minnesota
County of Hennepin

District Court
4th Judicial District

Prosecutor File No.    22A08260
Court File No.    27-CR-22-14776

**State of Minnesota,**

Plaintiff,

vs.

**JORGE OLIVARES JR** FRCP 5.2 2002

Oakpark Heights DOC - 5329 N Osgood Ave
Oakpark Heights, MN 55082

Defendant

**COMPLAINT**

Warrant

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of Violence**
Minnesota Statute: 624.713.1(2), with reference to: 609.11.5(b), 624.713.2(b)
Maximum Sentence: 15 YEARS AND/OR $30,000
Offense Level: Felony

Offense Date (on or about): 07/26/2022

Control #(ICR#): 22170658

Charge Description  That on or about 7/26/2022, in Minneapolis, in Hennepin County, Minnesota, Jorge Olivares Jr possessed ammunition or a firearm and Jorge Olivares Jr has been convicted or adjudicated delinquent in this state or elsewhere of a crime of violence, First Degree Assault and First Degree Aggravated Robbery on 3/6/2019, for which the sentence or court supervision expired on or after August 1, 1993.
 Minimum Sentence: 5 YEARS

1

---

For 125035    Printed On Sep-20-2022  (Tue.)

Page 34 of 49

CONFIDENTIAL

AGO0000896

# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### CASE REPORT WITH NARRATIVES

Incident Date 07/26/2022

(FELON POSS-FIREARM)

## STATEMENT OF PROBABLE CAUSE

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On July 26, 2022, officers responded to a person with a gun call at the 2500 block of Cedar Avenue South in Minneapolis, Hennepin County, Minnesota. Caller reported seeing a male in a yellow shirt, black pants, and a baseball cap, flash a gun in his waistband. Caller reported the male left with three other males in a SUV, possibly a Subaru or a Honda SUV. Caller had a video showing the male in the yellow shirt flash a handgun to the other three males. A short while later, officers observed a Subaru SUV with the driver matching the description of the male given by caller.

Officer conducted a traffic stop and observed four occupants in the vehicle. The vehicle was slow to stop, and one officer observed the driver, later identified as Defendant, JORGE JR OLIVARES (DOB: FRCP 5.2 2002), reach toward the passenger side of the vehicle. The driver in the yellow shirt, gave a fake name. Officers located a handgun in the glove compartment.

A review of Defendant's criminal history shows convictions for the following crimes of violence, prohibiting Defendant from possessing a firearm:

• Assault in the First Degree-Great Bodily Harm on 3/6/2019 under Case No. 02-CR-18-8389 (certified as an adult)
• Aggravated Robbery-1st Degree on 3/6/2019 under Case No 02-CR-18-8389 (certified as an adult)

Defendant is in custody on an unrelated matter.

Due to the severity of these charges, a warrant is respectfully requested.

2

CONFIDENTIAL

AGO0000897



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

**CLEARED BY**

## GENERAL OFFENSE HARDCOPY

**COMPLAINT**

### CASE REPORT WITH NARRATIVES

Incident Date 07/26/2022

(FELON POSS-FIREARM)

---

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Kristopher A Dauble | Electronically Signed: |
|---|---|---|
| | Police Officer | 07/28/2022 01:53 PM |
| | 350 S 5th St | Hennepin County, Minnesota |
| | Minneapolis, MN 55415-1389 | |
| | Badge: 1441 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Courtney Nussbaumer | Electronically Signed: |
|---|---|---|
| | 300 S 6th St | 07/28/2022 01:31 PM |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |

3

---

CONFIDENTIAL

AGO0000898



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

---

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☒ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*        ☒ *Execute Nationwide*        ☐ *Execute in Border States*

## ☐ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $100,000.00
Conditions of Release:  Make All Appearances; Remain Law Abiding; No Possession of Weapons

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: July 28, 2022.

| Judicial Officer | Colette Routel | Electronically Signed: 07/28/2022 01:54 PM |
| --- | --- | --- |
| | Judge | |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

### State of Minnesota

Plaintiff

vs.

### Jorge Olivares Jr

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Warrant upon the Defendant herein named.*

Signature of Authorized Service Agent:

4

---

CONFIDENTIAL

AGO0000899



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

## DEFENDANT FACT SHEET

| | |
|---|---|
| **Name:** | Jorge Olivares Jr |
| **DOB:** | FRCP 5.2 |
| **Address:** | Oakpark Heights DOC - 5329 N Osgood Ave<br>Oakpark Heights, MN 55082 |
| **Alias Names/DOB:** | |
| **SID:** | |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | White |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | No |
| **Driver's License #:** | |
| **SILS Person ID #:** | 844231 |
| **SILS Tracking No.** | 3289091 |
| **Case Scheduling Information:** | MN DOC Hold. Rush Warrant requested |
| **Alcohol Concentration:** | |

5

CONFIDENTIAL

AGO0000900



# MINNEAPOLIS POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

## STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 7/26/2022 | 624.713.1(2) Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of Violence | Fe only | W1643 | | MN0271100 | 22170658 |
| | Penalty | 7/26/2022 | 609.11.5(b) Minimum Sentences of Imprisonment-Firearm-Felon Convicted Crime of Violence | Fe only | W1643 | | MN0271100 | 22170658 |
| | Penalty | 7/26/2022 | 624 713 2(b) Possesses any type of firearm/ammo - Crime of Violence Ineligible under 624 713 1(2) | Fe only | W1643 | | MN0271100 | 22170658 |

6

CONFIDENTIAL                                                      AGO0000901



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Related Attachment - CRIME LAB REQUEST FOR SERVICES

**Description** SQUAD VIDEO WORKSHEET

**Reference Number**

CONFIDENTIAL                                                              AGO0000902



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

**CLEARED BY**
**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
**CASE REPORT WITH NARRATIVES**
Incident Date 07/26/2022
**(FELON POSS-FIREARM)**

## Minneapolis Police Department – Forensics Division

### Digital MVR Squad Video Copy

| | | | | | |
|---|---|---|---|---|---|
| **MPD Case:** | 22-170658 | **Call Date:** | 7/26/2022 | | |
| **Requester:** | Y.X. | **Call Type:** | Person with a Gun | **Agency/Unit:** | HCAO |
| **Request Date:** | 7/28/2022 | **Call Location:** | 2501 Cedar Av S | **Visinet Time:** | 02:43-06:15 |

*Note: Changes to the original request will be noted on the service request form*

| MVR Digital Squad P# | 311/76928 | MVR Digital File # | 1374898 |
|---|---|---|---|
| Video Start Date/Time | 07/26/22 02:54 | Video Duration (min) | 50 |
| Comments: N/A | | ☐ No squad video located | |

| MVR Digital Squad P# | 311/76928 | MVR Digital File # | 1374897 |
|---|---|---|---|
| Video Start Date/Time | 07/26/22 03:45 | Video Duration (min) | 4 |
| Comments: N/A | | ☐ No squad video located | |

| MVR Digital Squad P# | 333/76991 | MVR Digital File # | 1374920 |
|---|---|---|---|
| Video Start Date/Time | 07/26/22 03:16 | Video Duration (min) | 23 |
| Comments: N/A | | ☐ No squad video located | |

☐ No squad video located for case     ☐ No PIMS Case Located     ☐ Disc Video Created

Completed by: *MRF*     Date: 8/2/2022

DMF-01
Version 2_00

**Page 1 of 1**

Issuing Authority: Director S. Johnson
Issue Date: 4/5/2022

*Ethical evidence-based results through leadership, teamwork, accountability & integrity*

CONFIDENTIAL    AGO0000903



**MINNEAPOLIS POLICE DEPARTMENT**

CASE 0:22-cv-02694-JRT-JFD   Doc. 206-4   Filed 04/04/25   Page 65 of 179

GO# MP 2022-170658

**CLEARED BY**

**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**

**CASE REPORT WITH NARRATIVES**

Incident Date 07/26/2022

**(FELON POSS-FIREARM)**

## Related Attachment - CRIME LAB REPORTS

**Description** EXAMINER REPORT #1 BY FS G. DREES

**Reference Number**

CONFIDENTIAL

AGO0000904



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

**CLEARED BY
COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
### (FELON POSS-FIREARM)

---

MPD Forensics Division – Field Operations – Evidence Examination

MPD Case #: 22-170658

Report By: FS G. Drees

Examiner Report #:  1

---

Examination Start Date: 8/2/2022
Requestor: Gun Investigations Unit

Items were obtained from the Property and Evidence Unit under property report (PR) #213837.

Exhibits Examined:
1 - (213837-1) Taurus semi-automatic pistol, model: PT111 G2 A, caliber: 9mm, S/N: 1C020445
3 - (213837-3) Magazine
4 - (213837-4) (11) 9mm live cartridges from magazine (213837-3) (removed by FS G. Drees)

Photographed by FS G. Drees.

2 - (213837-2) said to contain "1 X 9MM LIVE CARTRIDGE FROM CHAMBER" was not examined.

Exhibits 1, & 3-4 were swabbed for DNA and the following were collected:
5 - (215008-1) DNA Swabs from pistol (213837-1)
6 - (215008-2) DNA Swab from magazine & (11) 9mm live cartridges, collectively (213837-3 & 4)

Exhibits 1 & 3 were processed for friction ridge impression (FRI) evidence.

No friction ridge impressions of value were developed.

Exhibits 1-4 will be held for the Firearms section for further examination within the Forensics Division.

Disposition of items included in this report:
Photographs – To be retained in Evidence.com
Collected Item(s) – To be inventoried in the Property and Evidence Unit
Property Inventory Item(s) – To be returned to the Property and Evidence Unit

*This report contains the conclusions, opinions, and/or interpretations of the examiner(s) named within the report.*

### End of Report for MPD Case # 22-170658
*This report shall not be reproduced except in full without approval of the laboratory*

Signature of:

Page 1 of 2

22-170658

*Address: Minneapolis Police Department Forensics Division, 505 4th Avenue South, Minneapolis, MN 55415*

*Ethical evidence-based results through leadership, teamwork, accountability & integrity*

---

CONFIDENTIAL

AGO0000905



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

Forensic Scientist G. Drees:

*[signature: Gabriel Drees]*

Page 2 of 2                                                                22-170658

Address: Minneapolis Police Department Forensics Division, 505 4th Avenue South, Minneapolis, MN 554 15

*Ethical evidence-based results through leadership, teamwork, accountability & integrity*

CONFIDENTIAL                                                                AGO0000906



# MINNEAPOLIS POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Related Attachment - CRIME LAB REPORTS

**Description** NIBIN REPORT #1 BY FT K. FISHER

**Reference Number**

CONFIDENTIAL

AGO0000907



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2022-170658

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/26/2022
#### (FELON POSS-FIREARM)

## Minneapolis Police Department - Forensics Division

505 4th Ave South, room 910
Minneapolis, MN 55415

## Firearms Unit NIBIN Entry Report

**THE INFORMATION IN THIS REPORT IS PRESUMPTIVE ONLY**
*TEST-FIRING FOR NATIONAL INTEGRATED BALLISTIC INFORMATION NETWORK (NIBIN) ENTRY DOES NOT CONSTITUTE A COMPLETE FUNCTION TEST AND/OR FIREARM EXAMINATION OF THESE ITEMS.*
*COMPLETE FIREARMS EXAMINATION WILL REQUIRE A WORK ORDER REQUEST.*

**NOTE:** UNLESS OTHERWISE NOTED, ALL IMAGES ENTERED INTO NIBIN ARE AUTOMATICALLY CORRELATED WITH IMAGES FROM ALL OTHER NIBIN SITES IN MINNESOTA. ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NIBIN NATIONAL CORRELATION TRAINING CENTER (NNCTC). ANY CONFIRMED HITS WILL BE REPORTED IN A SEPARATE REPORT FROM MPD FIREARMS EXAMINER.

MPD Case #: _22-170658_

Requested By: ☒ Gun Investigations Unit (proactive) ☒ Assigned Investigator: _K. DAUBLE_
Date of Offense: _7·26·22_
Offense: ☐ Weapon ☒ Pfarm ☐ Assault ☐ Domestic ☐ Homicide ☐ Recgun ☐ Recprop ☐ Damprp ☐ Diswea
☐ Other (specify) _____

**TEST FIRE:**
The following firearm was received from the Property and Evidence Unit for NIBIN entry:

Firearm Tag #: _213837- 1_

Manufacturer: _TAURUS_    Model: _PT111 G2A  G2C_

Cal/Gauge: _9mm_    Serial Number: _1C020445_

Type of Firearm: ☒ Pistol  ☐ Other (specify) _____

Rifling: _6_    ☒ Right ☐ Left ☒ Conventional ☐ Polygonal

Safety Functional: ☒ Yes ☐ No ☐ N/A

Safety Type: ☒ Thumb ☒ Trigger ☐ Magazine ☐ Grip ☐ Decock ☐ Other (specify) _____

Test Fired: ☒ Yes ☐ No   Date test fired (if different than NIBIN entry date) _____
Functioned Normally: ☒ Yes ☐ No (If no see notes)

NIBIN Entry Date: _8·4·22_
**ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NNCTC.

**Remarks:**

NIBIN Entry report completed by Forensic Firearms Technician:

End of Report for MPD Case #: _22-170658_

FAF-2
Version 2_02

Page _1_ of _1_

Issuing Authority: FS A. Zirzow
Issue Date: 11/10/2021

*This report shall not be reproduced except in full without approval of the Forensics Division*
*Ethical evidence-based results through leadership, teamwork, accountability & integrity*

CONFIDENTIAL                                                    AGO0000908



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2022-170658

CASE 0:22-cv-02694-JRT-JFD Doc. 205-4 Filed 04/04/25 Page 70 of 179

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

## Related Attachment - OUTSIDE AGENCY REPORTS

**Description** ATF E-TRACE REPORT

**Reference Number**

CONFIDENTIAL

AGO0000909



# MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2022-170658**

**CLEARED BY COMPLAINT**

## GENERAL OFFENSE HARDCOPY

### CASE REPORT WITH NARRATIVES

Incident Date 07/26/2022

**(FELON POSS-FIREARM)**

## DEPARTMENT OF JUSTICE

### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

### NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: August 12, 2022

## FIREARMS TRACE SUMMARY

Trace Number: T20220388295     Request Date: August 08, 2022     Completion Date: August 10, 2022

MARVYN  FRANKO
MINNEAPOLIS POLICE DEPARTMENT
505 S 4TH AVE
MINNEAPOLIS, MN 55415
PHONE: (612) 673-3194 Ext:


Badge No:          7389
Investigation No:  22-170658

### FIREARM INFORMATION

Manufacturer: TAURUS INTERNATIONAL
Model: G2C
Caliber: 9
Serial Number: 1C020445
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Mark: G2C MARKED ON SLIDE
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 07/26/2022
Time to Crime: 406 days

2501 S CEDAR AVE
MINNEAPOLIS, MN 55404
Possessor: JORGE  OLIVARES
DOB: FRCP 5.2 2002
POB:

### PURCHASER INFORMATION

Purchase Date: 06/15/2021

JEROME FLETCHER HORTON JR
2215 BLAISDELL AVE APT 4
MINNEAPOLIS, MN 55404
DOB: FRCP 5.2 996
POB: MINNEAPOLIS, MN UNITED  STATES
Race: BLACK        Height: ft 9 in
Sex: Male          Weight: 98lbs
ID 1: MN DRIVER'S LICENS E: S7690696122
ID 2:  SOCIAL SECUR ITY: 4827
Contact the local ATF office  for additional information.

### DEALER INFORMATION

FFL: 34120315

FLEET FARM-BRP
8400 LAKELAND AVE N
BROOKLYN PARK, MN 55443-0000
Phone:     (763) 424-9668     Ship-To-Date:
Ext:

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM  WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

PER TAURUS SERIALIZATION, UPDATING THE MODEL FROM PT111 G2A TO G2C.

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20220388295                                    Page 1 of  1

**FOR OFFICIAL USE ONLY**

CONFIDENTIAL

AGO0000910



GO# MP 2022-170658

# MINNEAPOLIS POLICE DEPARTMENT

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/26/2022
(FELON POSS-FIREARM)

**\*\*\* END OF HARDCOPY \*\*\***

CONFIDENTIAL

AGO0000911

# EXHIBIT O



**MINNEAPOLIS POLICE DEPARTMENT**

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

GO# MP 2021-149754
CLEARED BY
COMPLAINT

## Table of Contents

Event GO# MP 2021-149754 ............................................................................................... 1

Offense(s) ....................................................................................................................... 1

Related Event(s) ............................................................................................................. 2

Person(s) ........................................................................................................................ 2

    1. VICTIM # 1 - MATTHEWS, TYRECE CURTIS LAVELL ...................................................... 2

    2. ARRESTEE # 1 - HOLDEN, ORLANDO LANELL JR ........................................................ 3

        USE OF FORCE DETAILS ................................................................................................ 5

    3. INVOLVED # 1 - PALMER, KAVANIAN LADURIUS DANTE ............................................. 6

    4. INVOLVED # 2 - LIKUWA, BORIS LUSAMBO ............................................................. 7

    5. INVOLVED # 3 - PALMER, KAMILAH NICOLE ............................................................ 8

    6. GUN TRACE # 1 - ELWOOD, SARAH JEAN ................................................................ 9

Narrative(s) .................................................................................................................... 11

    1. NON-PUBLIC NARRATIVE .......................................................................................... 11

    2. NON-PUBLIC NARRATIVE .......................................................................................... 12

    3. NON-PUBLIC NARRATIVE .......................................................................................... 14

    4. NCIC CONFIRMATION/HIT - QG.MN02711V1.SER/1F033220.RSH/N ............................. 16

    5. NCIC CONFIRMATION/HIT - ERG.MN02711V1.1F033220.TAS.SPECTRUM.380.PI.2021070 .......... 17

    6. JUDICIAL PROBABLE CAUSE - Judicial Probable Cause .............................................. 18

    7. NON-PUBLIC NARRATIVE - ATF E-TRACE REQUEST SUBMITTED ............................... 19

Follow Up(s) .................................................................................................................. 20

    1. LEAD INVESTIGATOR  PARTYKA, TONY .................................................................. 20

    - NON-PUBLIC NARRATIVE ......................................................................................... 21

    - NON-PUBLIC NARRATIVE ......................................................................................... 22

    - NON-PUBLIC NARRATIVE ......................................................................................... 23

    - VICTIM STATEMENT - MATTHEWS STATEMENT ....................................................... 24

    - NON-PUBLIC NARRATIVE ......................................................................................... 26

    - eCHARGING INCIDENT REFERRAL - (ARRESTEE #1) HOLDEN, ORLANDO L (DOB: 994 .......... 27

    - NON-PUBLIC NARRATIVE ......................................................................................... 28

    - CRIMINAL COMPLAINT - CHARGING TEXT ............................................................. 29

Clearance Information .................................................................................................... 32

Related Property Report(s) ............................................................................................ 33

    1. PROPERTY REPORT #  169983  (EVIDENCE) .............................................................. 33

        FIREARM (TAG # MP169983 - 1) ............................................................................ 33

        ARTICLE (TAG # MP169983 - 2) ............................................................................ 33

(FRCP 5.2 redaction over part of eCHARGING entry)

        ARTICLE (TAG # MP169983 - 3) ................................................................................. 33
        ARTICLE (TAG # MP169983 - 4) ................................................................................. 34
  2. PROPERTY REPORT #  170559  (EVIDENCE) ...................................................... 35
        ARTICLE (TAG # MP170559 - 1) ................................................................................. 35
        ARTICLE (TAG # MP170559 - 2) ................................................................................. 35
        ARTICLE (TAG # MP170559 - 3) ................................................................................. 35
        ARTICLE (TAG # MP170559 - 4) ................................................................................. 36

Attachment(s) ....................................................................................................... 37
  1. CRIME LAB REPORTS - NIBIN REPORT #1 BY FT T. SITTLOW ...................................... 37
  2. CRIME LAB REPORTS - EXAMINER REPORT #1 BY FS L. BJERKE ............................... 39
  3. OUTSIDE AGENCY REPORTS - ATF E-TRACE REPORT ............................................... 41
  4. CRIME LAB REQUEST FOR SERVICES - SQUAD VIDEO WORKSHEET .......................... 43

CONFIDENTIAL

AGO0000913



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
#### (ORLANDO HOLDEN 2300 DUPONT)

# General Offense Information

| | |
|---|---|
| **Operational Status** | CLEARED BY COMPLAINT |
| **Reported On** | JUL-07-2021 (WED.) 1343 |
| **Occurred On** | JUL-07-2021 (WED.) 1343 |
| **Approved On** | NOV-15-2021 (MON.) |
| **Approved By** | 0611 - BLOSS, GRETCHEN |
| **Report Submitted By** | 5442 - PARTYKA, TONY |
| **Org Unit** | PCT 4 CRT |
| **Address** | 2300 DUPONT AVE N |
| **Municipality** | MINNEAPOLIS |
| **County** | HENNEPIN |
| | **Precinct** 4 **Sector** 2 **Neighborhood** 25 |
| **Felony/ Misdemeanor** | FELONY |
| **Family Violence** | NO |
| **Cargo Theft** | NO |

### *EVENT VIDEO*

| | |
|---|---|
| **Is There Video Of The Event** | YES |
| **Type Of Video** | BODY WORN CAMERA, IN CAR CAMERA |

# Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1 ASLT2-0 ASSLT W/DNGRS WEAPON - COMPLETED |
| **Location** | RESIDENCE / HOME / APARTMENT |
| **Suspected Of Using** | N/A |
| **Weapon Type** | FIREARM (TYPE NOT STATED) |
| **Bias** | NONE (NO BIAS) |

| | |
|---|---|
| **Offense #** | 2 WEAP-0 CARRY A WEAPON WITHOUT A PERMI - COMPLETED |
| **Location** | RESIDENCE / HOME / APARTMENT |
| **Suspected Of Using** | N/A |
| **Criminal Activity** | POSSESSING / CONCEALING |
| **Weapon Type** | FIREARM (TYPE NOT STATED) |
| **Bias** | NONE (NO BIAS) |

| | |
|---|---|
| **Offense #** | 3 FORCE-0 USE OF FORCE - COMPLETED |
| **Location** | RESIDENCE / HOME / APARTMENT |
| **Suspected Of Using** | N/A |
| **Bias** | NONE (NO BIAS) |

CONFIDENTIAL

AGO0000914



# MINNEAPOLIS POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

## Related Event(s)

1. CP  MP2021-149754

### COMPLAINT INFORMATION

**Incident Location**  **Address**  2300 DUPONT AVE N
**Precinct** 4 **Sector** 2 **Neighborhood** 25

#### GENERAL INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** | RETRIEVE PROP/DOM SITUATION(P) | **Priority** | 3 |
| **Dispatched Time** | 15:01:10 | **En Route Time** | 15:01:10 |
| **At Scene Time** | 15:31:08 | | |
| **Unit IDs** | 424  - 430  - 483 | | |

#### COMPLAINANT INFORMATION

**Name** TERRECE
**Sex**
**DOB**
**Home Telephone**  (612) 601-6433
**Remarks**  COMPLAINANT: TERRECE

#### CLEARANCE INFORMATION

**Final Case Type**  RETRIEVE PROP/DOM SITUATION(P)
**Cleared By**  BKG-BOOKING

## Person(s)

1. **VICTIM # 1 - MATTHEWS, TYRECE CURTIS LAVELL**

### CASE SPECIFIC INFORMATION

**Sex** MALE
**Race** BLACK
**Date Of Birth** FRCP 5.2 981
**Address** 1305 UNIVERSITY AVE W APT 103
**Municipality** SAINT PAUL
**State** MINNESOTA
**ZIP Code** 55104-4185
**CELLULAR** (870) 751-5574

### PERSON PARTICULARS

**DL#** K921169754412
**Ethnicity** NON-HISPANIC AND NON-LATINO ORIGIN

CONFIDENTIAL   AGO0000915



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

Height  60                                         Weight  230 LBS
Eye Color  BROWN

## MASTER NAME INDEX REFERENCE / MNI

**Name**  MATTHEWS , TYRECE  CURTIS  LAVELL
**Sex**  MALE
**Race**  BLACK
**Date Of Birth**  FRCP 5.2 1981
**Ethnicity**  NON-HISPANIC AND NON-LATINO ORIGIN
**Address**  1305 UNIVERSITY AVE W APT 103
**Municipality**  SAINT PAUL
**State**  MINNESOTA
**ZIP Code**  55104-4185

*PHONE NUMBERS*

**CELLULAR**  (870)  751-5574

## LINKAGE FACTORS

**Resident Status**  NONRESIDENT
**Age Range**  K - 30-49 YEARS
**Aggravated Assault/ Homicide**  UNKNOWN CIRCUMSTANCES
**Type Of Injury**  NO INJURY
**Victim Of**  ASLT2- 0  ASSLT W/DNGRS WEAPON -  COMPLETED

*RELATIONSHIP(S) BETWEEN VICTIM TO OFFENDER(S)*

**Relationship**  VICTIM WAS ACQUAINTANCE
**Offender's Name**  HOLDEN, ORLANDO L (DOB: AUG-11-1994)     **Offender's Role**  ARRESTEE #1

## 2.  ARRESTEE # 1 - HOLDEN, ORLANDO LANELL JR

### PERSON PHOTO

MUGSHOT  TAKEN ON 10/02/2019

#

## CASE SPECIFIC INFORMATION

---

CONFIDENTIAL                                                                      AGO0000916



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
#### (ORLANDO HOLDEN 2300 DUPONT)

Sex MALE
Race BLACK
Date Of Birth FRCP 5.2 994
Address 2829 JAMES AVE N
Municipality MINNEAPOLIS
State MINNESOTA
ZIP Code 55411-1238
HOME (612) 205-5335
CELLULAR (612) 545-6094
Email ORLANDOHOLDEN4@GMAIL.COM

### *BCA ECHARGING*

BCA ECharging ID 6354529
HCAO Case Number 21A07537

## PERSON PARTICULARS

DL# B502067536407
Occupation STUDENT
Employer MTC
Ethnicity NON-HISPANIC AND NON-LATINO ORIGIN
Height 5'10                          Weight 165 LBS
Build SLIM                          Complexion DARK BROWN
Eye Color BROWN
Hair Color BLACK
Additional Remarks GANG- LOWS

## MASTER NAME INDEX REFERENCE / MNI

Name HOLDEN , ORLANDO LANELL JR
Sex MALE
Race BLACK
Date Of Birth FRCP 5.2 994
Ethnicity NON-HISPANIC AND NON-LATINO ORIGIN
Address 2829 JAMES AVE N
Municipality MINNEAPOLIS
State MINNESOTA
County HENNEPIN
ZIP Code 55411-1238

### *PHONE NUMBERS*

OTHER/UNKNOWN (612) 812-7013
CELLULAR (612) 545-6094
HOME (612) 205-5335
Email ORLANDOHOLDEN4@GMAIL.COM

CONFIDENTIAL                                                    AGO0000917



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

## ALIAS(ES)

| Name | Address | Sex | DOB |
|------|---------|-----|-----|
| HOLDEN, ORLANDO LANELL | | | |

## LINKAGE FACTORS

**Resident Status** RESIDENT

**Age Range** J - 22-29 YEARS

**Access To Firearm** YES

**Armed Stats** ARMED AT TIME OF ARREST

**Armed With** HANDGUN

**Offense** ASLT2- 0  ASSLT W/DNGRS WEAPON  - ASSLT W/DNGRS WEAPON

**Arrest Date** JUL-08-2021  (THU.)

**Arrest Type** ON VIEW ARREST (LOCAL ARREST NO WARRANT)

## USE OF FORCE DETAILS

**Date Occured** JUL-07-2021  (WED.)

**Location** 2300 DUPONT AVE N

**Nature Of Contact** ARREST

**Subjects Present** 1

**Subject's Conduct** COMPLIANT

**Unconscious** NO

**Injury Photographed** NO

### OFFICERS INVOLVED

**Reporting Officer** 5793  - POWELL, RASHAD

**Date Reported** JUL-08-2021  (THU.)

**Responded** NO

### BODILY FORCE

**What Kind Of Force Did You Use?** CONTROL PRESSURE WHILE HANDCUFFING, ESCORT HOLD

**Where Was Force Directd**

CONFIDENTIAL

AGO0000918



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

## 3. INVOLVED # 1 - PALMER, KAVANIAN LADURIUS DANTE

### PERSON PHOTO



### MUGSHOT TAKEN ON 06/10/2021

\#

### CASE SPECIFIC INFORMATION

|  |  |
|---|---|
| Sex | MALE |
| Race | BLACK |
| Date Of Birth | FRCP 5.2 2000 |
| Address | 2300 DUPONT AVE N |
| Municipality | MINNEAPOLIS |
| State | MINNESOTA |
| ZIP Code | 55411-2034 |
| CELLULAR | (512) 356-4644 |

### PERSON PARTICULARS

|  |  |  |  |
|---|---|---|---|
| DL# | Q000020029100 | | |
| Ethnicity | NON-HISPANIC AND NON-LATINO ORIGIN | | |
| Height | 5'10 | Weight | 160 LBS |
| Build | MEDIUM | Complexion | MEDIUM BROWN |
| Eye Color | BROWN | | |
| Hair Color | BLACK | | |

### MASTER NAME INDEX REFERENCE / MNI

|  |  |
|---|---|
| Name | PALMER , KAVANIAN LADURIUS DANTE |
| Sex | MALE |
| Race | BLACK |
| Date Of Birth | FEB-22-2000 |
| Ethnicity | NON-HISPANIC AND NON-LATINO ORIGIN |
| Address | 2300 DUPONT AVE N |
| Municipality | MINNEAPOLIS |
| State | MINNESOTA |
| County | HENNEPIN |
| ZIP Code | 55411-2034 |

### PHONE NUMBERS

| For 125035    Printed On Sep-20-2022  (Tue.) | Page 6 of 45 |
|---|---|

CONFIDENTIAL



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

CELLULAR  (512)  356-4644
OTHER/UNKNOWN  (612)  444-7872

## ALIAS(ES)

| Name | Address | Sex | DOB |
|------|---------|-----|-----|
| SOLO POLO, | | | |
| PAULMEN, KAVANIAN LADURIUS | | M | FRCP 5.2 2000 |

## LINKAGE FACTORS

**Resident Status**  RESIDENT
**Age Range**  I - 18-21 YEARS

## 4.  INVOLVED # 2 - LIKUWA, BORIS LUSAMBO

### PERSON PHOTO



PHOTO  TAKEN ON 01/08/2020

#

## CASE SPECIFIC INFORMATION

**Sex**  MALE
**Race**  BLACK
**Date Of Birth**  FRCP 5.2 1999
**Address**  1010 CURRIE AVE
**Municipality**  MINNEAPOLIS
**State**  MINNESOTA
**CELLULAR**  (612)  220-0674

## PERSON PARTICULARS

**DL#**  L200072994110
**Place Of Birth**  FLORIDA
**Occupation**  RENTAL SALES
**Ethnicity**  NON-HISPANIC AND NON-LATINO ORIGIN
**Height**  5'10  **Weight**  143 LBS
**Build**  SLIM  **Complexion**  BLACK

---

For 125035    Printed On Sep-20-2022  (Tue.)    Page 7 of 45

CONFIDENTIAL

AGO0000920



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**

CASE REPORT WITH NARRATIVES

Incident Date 07/07/2021

(ORLANDO HOLDEN 2300 DUPONT)

GO# MP 2021-149754

CLEARED BY

COMPLAINT

---

Eye Color  BROWN

Hair Color  BLACK                                    Hair Style  BRAIDED

Facial Hair Type  UNSHAVEN/STUBBLE

## MASTER NAME INDEX REFERENCE / MNI

Name  LIKUWA , BORIS  LUSAMBO

Sex  MALE

Race  BLACK

Date Of Birth  FRCP 5.2 1999

Ethnicity  HISPANIC OR LATINO ORIGIN

Address  2615 36TH AVE N

Municipality  MINNEAPOLIS

State  MINNESOTA

County  HENNEPIN

ZIP Code  55412

*PHONE NUMBERS*

CELLULAR  (612) 220-0674

## ALIAS(ES)

| Name | Address | Sex | DOB |
| --- | --- | --- | --- |
| GOLDMOUTH, | | M | |

## LINKAGE FACTORS

Resident Status  UNKNOWN

Age Range  I - 18-21 YEARS

5.  INVOLVED # 3 - PALMER, KAMILAH NICOLE

## CASE SPECIFIC INFORMATION

Sex  FEMALE

Race  BLACK

Date Of Birth  FRCP 5.2 1979

Address  2300 DUPONT AVE N

Municipality  MINNEAPOLIS

State  MINNESOTA

CELLULAR  (763) 415-6010

## PERSON PARTICULARS

DL#  N644164886514

---

CONFIDENTIAL                                    AGO0000921



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
### (ORLANDO HOLDEN 2300 DUPONT)

CLEARED BY
COMPLAINT

Ethnicity  UNKNOWN

## MASTER NAME INDEX REFERENCE / MNI

Name  PALMER , KAMILAH  NICOLE
Sex  FEMALE
Race  BLACK
Date Of Birth  ███FRCP 5.2███1979
Ethnicity  UNKNOWN
Address  2300 DUPONT AVE N
Municipality  MINNEAPOLIS
State  MINNESOTA
County  HENNEPIN

### PHONE NUMBERS

CELLULAR  (763)  415-6010

## LINKAGE FACTORS

Resident Status  RESIDENT
Age Range  K - 30-49 YEARS

## 6.  GUN TRACE # 1 - ELWOOD, SARAH JEAN

## CASE SPECIFIC INFORMATION

Sex  FEMALE
Race  WHITE
Date Of Birth  ███FRCP 5.2███987
Address  5725 ELMHURST AV N
Municipality  CRYSTAL
State  MINNESOTA
ZIP Code  55428

## PERSON PARTICULARS

Place Of Birth  MINNESOTA

## MASTER NAME INDEX REFERENCE / MNI

Name  ELWOOD , SARAH  JEAN
Sex  FEMALE
Race  WHITE
Date Of Birth  ███FRCP 5.2███987
Ethnicity  NON-HISPANIC AND NON-LATINO ORIGIN
Address  5725 ELMHURST AV N
Municipality  CRYSTAL

---

CONFIDENTIAL

AGO0000922



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

**State** MINNESOTA

**ZIP Code** 55428

## LINKAGE FACTORS

**Age Range** K - 30-49 YEARS

CONFIDENTIAL

AGO0000923

# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754
CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 5442 - PARTYKA, TONY
**Related Date** Jul-07-2021

On 07/07/2021 I, Tony Partyka, was working in my capacity as a Minneapolis Police Officer assigned to the 4th Precinct Community Response Team (CRT). I have been a licensed peace officer with the City of Minneapolis since 2017 and have been assigned to the 4th Precinct Community Response Team since August of 2020. I have attended numerous training's in narcotics, investigative work, and received on the job training in the CRT Team  My primary responsibilities include proactively investigating crimes that occur in the City of Minneapolis  A part of our current duties are to assist 911 patrol officers with calls involving violent acts to the public and property. I am assisting as a member of a team of officers in patrol cars actively patrol the city and attempting to deter any violent and in progress crime occurring in the City of Minneapolis .

At approximately 1530 hours I responded to assist squad 424 at 2300 Dupont Avenue North, as they aired over the radio that they had a male that was located in the house and he was in possession of a firearm. When I arrived, I went into the front door and Officer Bauer stated that they located a male in the living room area that had a gun next to him on the couch. I observed there to be a black handgun on a ledge area  I recovered the firearm with gloved hands and brought it to my squad car. I ejected the magazine and observed multiple live rounds in the magazine. I then moved the slide fo the firearm to the rear ejecting a live round from the chamber. I then secured these items in manila envelopes and then secured them in the locked squad car.

I returned to the house where I waited to find out from other officers on what needed to be completed. After the scene was code 4 I was informed by squad 424 that the male that they had in their squad car was under arrest for PC WEAPONS and was going to be booked into Hennepin County Jail and PC was authorized by an on duty supervisor.

I went to squad 424 and I spoke to the male that they had under arrest. He identified himself as ORLANDO HOLDEN DOB: FRCP 5.2 994  I asked him if he had ever been arrested before and he said that he had. I asked him if he had ever been read his Miranda warning and he said he did. In a post Miranda statement, I asked HOLDEN if he wanted to speak to me and he said he didn't want to he just wanted to know what was going on  I asked him if he had a permit to carry a firearm and he said he had a drivers license  I then asked if he had a permit to purchase a firearm and he said he did not .

I was then informed that squad 424 would be transporting the male to HCJ  I later learned that the male was a possible suspect in a 2nd degree assault case .

I did not question HOLDEN about any alleged assault that occurred .

I photographed the property and delivered it to the property and evidence warehouse .

My BWC and Photographs were later uploaded .

CONFIDENTIAL

AGO0000924



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 0345 - BAUER, NATHAN
**Related Date** Jul-07-2021 16:34

On 07/07/21, while working Squad 424 (P#76955) with my partner, OFC R POWELL, we responded to a recover property call at 701 West Broadway. Remarks of the call prior to arrival were :

CLR IN RED KIA SUV NOT FAR FROM MAIN ENTRANCE ISLE. NEEDS TO RETPRP FROM GIRLF AT 2300 DUPONT AV N. WENT THERE YESTERDAY AND SOMEONE PULLED A GUN ON HIM. HE SAID HE MADE RPT AND WAS TOLD OFCR WOULD CALL HIM BACK BUT NO ONE DID. WANTS TO GET INFO ON SUSP SO HE CAN FILE FOR RESTRAINING ORDER.

Upon arrival, we met with the caller, ID'd as TYRECE and his girlfriend, KAMILAH. Tyrece said he wanted an escort to 2300 Dupont AV N in order to get some belongings from inside. Tyrece said he made a report with Minneapolis PD yesterday but never received report information. Kamilah advised us that she lives at 2300 Dupont and the only person inside should be her son, ID'd as PALMER.

We drove to 2300 Dupont AV N in order to let Kamilah and Tyrece inside to get some belongings. As we arrived, I spoke with Tyrece again who stated that he had been assaulted by a male who was an acquaintance of Palmer. He stated it occurred last night when he was standing near the corner of the above location when a male drove up to him in a dark Chevrolet Tahoe and point a pistol at him . Tyrece described the pistol as small and black .

Tyrece further explained that the Tahoe the suspect was driving was parked on the west side of the street just outside of 2300 Dupont AV N. He also said another male, involved with the assault, was driving a blue van that was also parked outside of the above location.

My partner and I approached on foot and I observed him knock on the door very loudly as I stood cover. No answer was at the door. After several other loud knocks at the door, we allowed Kamilah to unlock the front door for us. We announced ourselves as we entered and I observed my partner starting to interact with someone apparently inside of the home. I looked and observed the male, later ID'd as A1/HOLDEN, ORLANDO, who was sitting on a love seat in the living room area, approximately 10 feet away from the front door .

I observed A1, and noted his left hand was moving slightly as it was near the arm rest and cushion seat. I immediately felt uncomfortable and told A1 to show me his hands. A1 showed me his hands but then brought his hand back to where it was. I then told A1 to stand up and away from the love

CONFIDENTIAL                                                                AGO0000925



CASE 0:22-cv-02694-JRT-JFD    Doc. 206-4    Filed 04/04/25    Page 88 of 179

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021

(ORLANDO HOLDEN 2300 DUPONT)

seat. At that time, my partner patted A1 down and searched the immediate area of where A1 was sitting. He then said "gun", and grabbed a firearm from where A1 was sitting. The firearm was small and black .

A1 was then placed in handcuffs and escorted to the rear of our squad. Kamilah was still inside and then went upstairs I told her to come downstairs As I was speaking to her on the stairs, her son, PALMER, also came downstairs Palmer stated he did not know who was inside of the house as he had just gotten back from school. I patted Palmer down and had him stand in a nearby room. I took digital photographs of the firearm and love seat A1 was sitting in and later uploaded them to evidence.com .

Additional officers arrived and a more thorough search was conducted. A male, ID'd as BORIS, was later found inside the home .

I later spoke to Tyrece and asked if he would be able to ID the male who had pointed a firearm at him last night. Tyrece said he saw the same male, A1, being taken out of the house in handcuffs and being escorted by police, and later saw the same firearm that was involved .

A1 was later booked for PC weapons and charges for Assault in 2nd degree should be considered for him as well .

CONFIDENTIAL                                                    AGO0000926

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

## Narrative Text Page(s)

### Narrative Text

    Type NON-PUBLIC NARRATIVE
   Subject
   Author 5793 - POWELL, RASHAD
Related Date Jul-07-2021 17:40

On 07/07/2021 at approximately 1501 hours, I was working squad 424 with my partner Officer Bauer when we were dispatched to 701 West Broadway for a retrieve property call .

Dispatch updated officer that CLR IN RED KIA SUV NOT FAR FROM MAIN ENTRANCE ISLE. NEEDS TO RETPRP FROM GIRLF AT 2300 DUPONT AV N. WENT THERE YESTERDAY AND SOMEONE PULLED A GUN ON HIM. HE SAID HE MADE RPT AND WAS TOLD OFCR WOULD CALL HIM BACK BUT NO ONE DID. WANTS TO GET INFO ON SUSP SO HE CAN FILE FOR RESTRAINING ORDER.

Upon arrival Victim/ Caller MATTHEWS, TYRECE CURTIS LAVELL told me that he called police a day prior due to an assault, he was calling back today because he wanted to go retrieve some belongs and was nervous that the parties that assaulted him was still at the residence .

I then assisted with escorting him and his girlfriend the current tenant of the residence PALMER, KAMILAH NICOLE to 2300 Dupont Ave N. Upon arrival Matthews informed us that the reason why he was afraid to go to the residence is because a person named O later identified as the arrested party HOLDEN, ORLANDO LANELL JR pointed a firearm at him the day prior and told him something along the lines of you're not safe over here Matthews gave a description of the gun as all black and small .

Matthews then pointed out the vehicle of the AP that was parked across the street from the residence .

I then got permission from KAMILAH saying that we could enter the house The only person that had permission to be inside of the house at the time was her son PALMER, KAVANIAN LADARIUS DANTE. I walked up to the house and knocked on the front door multiple times and received no answer .At this time KAMILAH used her key to unlock the door and let us in Once I entered the house I announced myself as police loudly. I then observed the arrested party sitting on the couch in the living room slouched down on the couch and he told me his cousin lived at the house .

He was asked what his name was and he told us Orlando. He was fidgeting around by his pockets and around the side cushions of the couch. He was then asked to stand up and I conducted a pat frisk of him for any weapons I then conducted a search of his immediate area of were he was sitting I flipped the cushions on the couch and a small all black handgun was observed. I then yelled gun and removed it from the immediate area of the AP and placed it on the ledge The AP was then told he was under arrest and I then placed him in hand cuffs and escorted him to my squad car. A search incident to arrest was conducted and he was placed in the back of our squad car with the MVR activated .

I then assisted with clearing the rest of the home Once the home was cleared I Spoke with the victim MATTHEWS who identified the AP as the one that pointed the gun at him while I walked him

CONFIDENTIAL

AGO0000927



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
### (ORLANDO HOLDEN 2300 DUPONT)

to the car and he also identified the firearm. MATTHEWS began to cry and was visibly shaking.

SGT White was then contacted and gave arrest approval for pc weapon.

AP was then transported to HCJ and booked for PC weapon. AP could also be formally charged with assault 2 due to the gun pointing incident.

BWC was activated.

CONFIDENTIAL

AGO0000928

# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

---

## Narrative Text Page(s)

### Narrative Text

    **Type** NCIC CONFIRMATION/HIT
    **Subject** QG.MN02711V1.SER/1F033220.RSH/N
    **Author** 55559 - PADDOCK, THOMAS
**Related Date** Jul-08-2021  7:17

```
  TO:    MPL249-00003207  20210708  07:15:49  4A86000C87
FROM:     NCIC1-15590705  20210708  07:15:48  4A86000530
1L014A860005302QG
MN02711V1


NO RECORD SER/1F033220
```

---

CONFIDENTIAL

AGO0000929



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
### (ORLANDO HOLDEN 2300 DUPONT)

## Narrative Text Page(s)

## Narrative Text

**Type** NCIC CONFIRMATION/HIT
**Subject** ERG.MN02711V1.1F033220.TAS.SPECTRUM.380.PI.2021070
**Author** 55559 - PADDOCK, THOMAS
**Related Date** Jul-08-2021  7:19


```
  TO:   MPL249-00003208 20210708 07:18:08 4A86000C88
FROM:    NCIC1-15590806 20210708 07:18:08 4A86000531
1L014A860005313ERG
MN02711V1
NIC/G175328649 SER/1F033220
OCA/21149754
*****YOU MAY SUBMIT A TRACE REQUEST FOR THIS WEAPON THROUGH THE
ATF'S ETRACE APPLICATION AT WWW.ATFONLINE.GOV/ETRACE OR BY CALLING
1-800-788-7133 OR BY FAX TO 1-800-578-7223. AN AGENCY MUST HAVE
AN ETRACE MOU/ACCOUNT IN ORDER TO SUBMIT A TRACE VIA ETRACE. PLEASE
CONTACT THE ETRACE CUSTOMER SERVICE GROUP VIA EMAIL AT ETRACEADMIN@ATF.GOV
FOR ADDITIONAL INFORMATION.*****
```

CONFIDENTIAL

AGO0000930



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
#### (ORLANDO HOLDEN 2300 DUPONT)

## Narrative Text Page(s)

### Narrative Text

Type JUDICIAL PROBABLE CAUSE

Subject Judicial Probable Cause

Author 5793 - POWELL, RASHAD

Related Date Jul-08-2021  7:28

The
Complainant, being duly sworn, swears the below facts are true and correct

to the best of Complainant's knowledge and belief and constitute probable cause

to believe that the below-named Arrestee committed the offense(s) described herein:
Arrestee:[HOLDEN, ORLANDO LANELL DOB: FRCP 5.211]
Arrest Date: [07-07-2021    ]      Time: [15:47]
[ON THE ABOVE DATE AND TIME OFFICERS RESPONDED TO THE ABOVE ADDRESS FOR A
RETRIEVE PROPERTY. UPON ARRIVAL OFFICERS WERE INFORMED THAT THE AP LISTED ABOVE
HAD PULLED A FIRE ARM ON THE VICTIM THE DAY PRIOR ON 07/06/2021 CAUSING FEAR TO
THE VICTIM. OFFICERS WERE THEN LET INTO THE RESIDENCE BY THE RESIDENT OF THE
ADDRESS WHERE OFFICERS FOUND THE AP INSIDE THE ADDRESS. OFFICERS DID A PAT
FRISK OF THE AP, THEN A SEARCH OF THE IMMEDIATE AREA OF THE AP WHERE OFFICERS
LOCATED A SMALL BLACK HAND GUN THAT WAS DESCRIBED TO OFFICERS BY THE VICTIM.
THE AP WAS THEN TAKEN INTO CUSTODY AND BOOKED AT HCJ FOR POSSESSION OF A FIRE
ARM. THE SUBJECT CAN ALSO BE CHARGED WITH 2ND DEGREE ASSAULT.

BWC WAS ACTIVATED.]

Complainant's Signature:

_____

Notary Signature and Stamp: _____
Submitted under oath by:[POWELL, RASHAD                                      ]
Signature of Notary: _____

A.B.,Peace Officer License Number:  [        ]    , Hennepin County, Minnesota.
My license expires on June 30,[      ]

CONFIDENTIAL                                                                AGO0000931



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

CASE 0:22-cv-02694-JRT-JFD    Doc. 206-4    Filed 04/04/25    Page 94 of 179

CLEARED BY

**GENERAL OFFENSE HARDCOPY**

COMPLAINT

CASE REPORT WITH NARRATIVES

Incident Date 07/07/2021

(ORLANDO HOLDEN 2300 DUPONT)

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE

**Subject** ATF E-TRACE REQUEST SUBMITTED

**Author** 124818 - HAMANN, MEHGAN

**Related Date** Sep-01-2021

On 09/01/2021, I submitted a trace request for the firearm recovered in this case. The ATF e-Trace submission confirmation number is T20210380425. A copy of the trace report will be attached to this case when it is available .

CONFIDENTIAL

AGO0000932



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY

COMPLAINT

### GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
**Incident Date 07/07/2021**
**(ORLANDO HOLDEN 2300 DUPONT)**

## Follow Up Report # 1

Follow Up Report # 1

### ASSIGNMENT INFORMATION

**Assigned To** 5442 - PARTYKA, TONY        **Rank** POLICE OFFICER

**Capacity** LEAD INVESTIGATOR        **Org Unit** PCT 4 CRT

**Assigned On** JUL-08-2021 (THU.) 0715        **By** 7449 - WAITE, JEFFREY BRIAN

**Report Due On** NOV-05-2021 (FRI.)

CONFIDENTIAL          AGO0000933



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021

### (ORLANDO HOLDEN 2300 DUPONT)

Follow Up Report # 1

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE

**Subject**

**Author** 5442 - PARTYKA, TONY

**Related Date** Jul-08-2021

On 07/08/2021 I attempted contact with the victim in this case  I left voicemail at the phone number 612-601-6433 .

I will make another attempt to reach the victim if I do not receive a call back ..

CONFIDENTIAL

AGO0000934

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**

CASE REPORT WITH NARRATIVES

Incident Date 07/07/2021

(ORLANDO HOLDEN 2300 DUPONT)

## Narrative Text Page(s)

Follow Up Report # 1

### Narrative Text

Type NON-PUBLIC NARRATIVE

Subject

Author 5442 - PARTYKA, TONY

Related Date Jul-12-2021

On 07/12/2021 I received a phone call from the victim Matthews **and he stated** he would come to the 4th Precinct to give a statement in regards to this case.

CONFIDENTIAL                                                    AGO0000935



# MINNEAPOLIS POLICE DEPARTMENT

**GENERAL OFFENSE HARDCOPY**

CASE REPORT WITH NARRATIVES

Incident Date 07/07/2021

(ORLANDO HOLDEN 2300 DUPONT)

GO# MP 2021-149754

CLEARED BY
COMPLAINT

Follow Up Report # 1

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE

**Subject**

**Author** 5442 - PARTYKA, TONY

**Related Date** Jul-13-2021

I spoke with the victim MATTHEWS in regard to this incident. The statement will be added shortly.

CONFIDENTIAL

AGO0000936



MINNEAPOLIS POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

GO# MP 2021-149754
CLEARED BY
COMPLAINT

**Follow Up Report # 1**

## Narrative Text Page(s)

### Narrative Text

> **Type** VICTIM STATEMENT
> **Subject** MATTHEWS STATEMENT
> **Author** 5442 - PARTYKA, TONY
**Related Date** Jul-19-2021

On 07/13/2021 I met with TYRECE MATTHEWS at the 4th Precinct in the Community Response Team Interview room .

I had my Body Worn Camera active and his girl friend KAMILAH PALMER was present. The following is non-verbatim interview with MATTHEWS .

I first started the interview by explaining to MATTHEWS that I was unable to find a report of an assault that occurred at 2300 Dupont Avenue North .

I wanted MATTHEWS to explain what occurred prior to officers arriving to the address of 2300 Dupont Avenue North on 07/07/2021.

MATTHEWS stated that on the night two days prior to 07/07/2021 there was an argument that occurred in the house of 2300 Dupont Avenue North. MATTHEWS stated that a male that was allowed to live at the house that he knew as "GOLD MOUTH" was a lifelong friend of his girlfriend's son KAVANIAN PALMER.

The argument had something to do with a female that "GOLDMOUTH" had had a relationship with and another unidentified male. At some point this argument resulted in MATTHEWS being punched in the mouth by "GOLDMOUTH."

MATTHEWS stated that his girlfriend, KAMILAH PALMER, got in between MATTHEWS and "GOLDMOUTH" and KAMILAH PALMER's son KAVANIAN PALMER grabbed "GOLDMOUTH" to stop them from fighting further. "GOLDMOUTH" then left out of the residence .

MATTHEWS stated that the police and EMS responded to the address. He stated the day after that incident "GOLDMOUTH" was taken into custody by officer (21-149149). He was identified as BORIS LIKUWA.

The next morning at some point MATTHEWS stated he was going to go grocery shopping and his daughter "HEAVEN" was walking out to his car in front of the 2300 Dupont Avenue North address . MATTHEWS stated that a male known as "O" drove up in a Chevrolet Tahoe and parked across the street and got out yelling at "HEAVEN" and "O" told heaven to go back up to the house .

MATTHEW said that he told "HEAVEN" "No, you stay right there." MATTHEWS stated that he felt something was going to happen if "HEAVEN" would have gone back to the house. MATTHEWS stated that he was sitting in the driver's seat and "HEAVEN" was in the area of the passenger seat . "HEAVEN" was going to get in the back-passenger seat and "O" stopped "HEAVEN" from getting into the vehicle and "O" pointed a handgun at MATTHEWS head and said "its straight up from here, you cant be here no more, what ever happen to GOLDMOUTH its going to have to happen to you too ".

MATTHEWS then stated that "O" then puts the gun back in his pocket and tells KAMILAH PALMER

CONFIDENTIAL

AGO0000937



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY

**GENERAL OFFENSE HARDCOPY**

COMPLAINT

CASE REPORT WITH NARRATIVES

Incident Date 07/07/2021

(ORLANDO HOLDEN 2300 DUPONT)

CASE 0:22-cv-02694-JRT-JFD    Doc. 205-4    Filed 04/04/23    Page 100 of 179

Follow Up Report # 1

that MATTHEWS cant be at her house any more and KAMILAH PALMER told "O" that he cant be at her house that MATTHEWS can because he lives there .

MATTHEWS then stated that "O" got back into his Chevrolet Tahoe and turned around in the intersection of 23rd Avenue North and Dupont Avenue North and then drives northbound. He then saw "O" turn around again and drive southbound towards where MATTHEWS was parked .

MATTHEWS stated that he was thinking at that point that he felt that "O" was going to shoot him.

MATTHEWS stated that he had is girlfriend get into his car and they all left for the night.

I asked MATTHEWS if he could the describe the gun and he stated that it was a "little short black gun ".

MATTHEWS stated that he felt threatened and in fear for his and his child "HEAVENS" life  He stated he felt vengeance, he felt hurt, and he felt confused. I then asked him if he was going to be shot by "O", and he stated he thought he was "GONE ". He stated he felt that he was scared  .

It should be known that "O" was later determined to be ORLANDO HOLDEN. ORLANDO HOLDEN was later found in the residence and a small black firearm that was located underneath a couch cushion .

I also found that HOLDEN had a 2004 Chevrolet Tahoe that listed him as the registered owner, bearing Minnesota plate 054VPT. .

CONFIDENTIAL

AGO0000938

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

Follow Up Report # 1

## Narrative Text Page(s)

### Narrative Text

**Type** NON-PUBLIC NARRATIVE
**Subject**
**Author** 5442 - PARTYKA, TONY
**Related Date** Jul-23-2021

With the additional information from the victim in this case, I will be sending this to the Hennepin County Attorneys office for consideration for charging of 2nd Degree Assault.

CONFIDENTIAL

AGO0000939



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
**(ORLANDO HOLDEN 2300 DUPONT)**

Follow Up Report # 1

## Narrative Text Page(s)

## Narrative Text

      **Type** eCHARGING INCIDENT REFERRAL
      **Subject** (ARRESTEE #1) HOLDEN, ORLANDO L  (DOB: FRCP 5.2994
      **Author** 5442 - PARTYKA, TONY
**Related Date** Jul-23-2021
  Specify
Case Type        [Adult Violent  ]

```
    Fingerprints Taken?      [Yes  ]
    Custody Status           [Not in Custody            ]
    Other Custody Text       [                                          ]
    Not in Custody Type      [Summons ]
    Due Date                 [                 ]   Time  [          ]
```

```
    [   ]Juvenile Co-defendant        [   ]Gang Member
    [   ]Bridge                       [X ]Weapon
    [   ]Interpreter Needed
```

```
    [   ]Call Before Charging?
    Investigator   [PARTYKA, TONY                       ]   [5442    ]
    Office Phone   [612-512-7104]     Cell Phone   [612-512-7104]
```

CONFIDENTIAL

AGO0000940

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

Follow Up Report # 1

## Narrative Text Page(s)

### Narrative Text

Type NON-PUBLIC NARRATIVE
Subject
Author 5442 - PARTYKA, TONY
Related Date Aug-18-2021

I am still awaiting response from HCAO for charging consideration .

---

CONFIDENTIAL    AGO0000941



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

**CLEARED BY**
**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

Follow Up Report # 1

## Narrative Text Page(s)

### Narrative Text

Type CRIMINAL COMPLAINT
Subject CHARGING TEXT
Author 5442 - PARTYKA, TONY
Related Date Nov-11-2021

Date complaint signed by investigator:[Sep-08-2021   ]      Time:[1059]hrs

Prosecuting agency: [HENNEPIN COUNTY ATTORNEY'S OFFICE                    ]
Prosecutor: [JOSEPH R. PAQUETTE                        ]

Complaint issued:[Yes]

Signing Judge: [LUIS BARTOLOMEI                              ]
Date complaint signed by judge:[Sep-08-2021   ]

Suspect:[HOLDEN, ORLANDO L   (DOB: FRCP 5.2 1994)    ]

Charge:
[ASSAULT-2ND DEGREE-DANGEROUS WEAPON                                          ]

Severity:[FELONY  ]

Statute/Ordinance:
[609.222.1, WITH REFERENCE TO:  609.222.1, 609.11.5(A), 609.101.2, 609.11.9    ]

Charge:
[POSSESS AMMO/ANY FIREARM - CONVICTION OR ADJUDICATED DELINQUENT FOR CRIME OF
VIOLENCE]

Severity:[FELONY  ]

Statute/Ordinance:

CONFIDENTIAL                                                              AGO0000942



**MINNEAPOLIS POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**CASE REPORT WITH NARRATIVES**

**Incident Date 07/07/2021**

**(ORLANDO HOLDEN 2300 DUPONT)**

GO# MP 2021-149754

**CLEARED BY**
**COMPLAINT**

[624.713.1(2), WITH REFERENCE TO:  609.11.5(B), 624.713.2(B)                Follow Up Report # 1

---

Charge:
[
]


Severity:[          ]

Statute/Ordinance:
[
]

---

Charge:
[
]


Severity:[          ]

Statute/Ordinance:
[
]

---

Charge:
[
]


Severity:[          ]

Statute/Ordinance:
[
]

---

CONFIDENTIAL

AGO0000943



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

Follow Up Report # 1

Charge:
[
]


Severity:[          ]

Statute/Ordinance:
[
]

Case closure recommendation: [CLOSED BY COMPLAINT          ]

CONFIDENTIAL                                                                AGO0000944



# MINNEAPOLIS POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
**(ORLANDO HOLDEN 2300 DUPONT)**

## Clearance Information

|  |  |
|---|---|
| **Agency** | MINNEAPOLIS POLICE DEPARTMENT |
| **Cleared Status** | CLEARED BY ARREST - NOT APPLICABLE |
| **Cleared On** | NOV-11-2021 (THU.) |
| **Cleared By Officer 1** | 5442 - PARTYKA, TONY |
| **Org Unit** | P4CRT - PCT 4 CRT |
| **Complainant/Victim Notified** | NO |

CONFIDENTIAL



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

**CLEARED BY**
**COMPLAINT**

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

## Related Property Report(s)

### REPORT INFORMATION

**Property Report #** 169983
**Case Status** EVIDENCE
**Submitted On** JUL-07-2021 (WED.)                    **By** PARTYKA, TONY

*RELATED EVENTS*

**Offense** GO MP 2021 - 149754

**General Remarks** PRINTS AND DNA
**Related Items** 4

### FIREARM - EVIDENCE

**Status** EVIDENCE
**Tag #** MP169983 - 1
**Make** TAURUS/FALCON/FORJAS TAURUS/TAURUS INTL.
**Item** PISTOL                                         **Type** SEMI-AUTO
**Model** SPECTRUM                                      **Caliber** 380
**Barrel Length** 2.5                                   **Finish** BLK
**Serial #** 1F033220
**Value** $0.00
**Description** TAURUS 380 CAL SEMI AUTO PISTOL
**Value** $0.00
**Flags** EVIDENCE, ENTERED ON NCIC
**Current Location** HCAO

### ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP169983 - 2
**Article** YGUNMAG- ALL OTHER PROPERTY
**Serial # 1** UNKNOWN
**Value** $0.00
**Description** MAGAZINE
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** HCAO

### ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP169983 - 3

CONFIDENTIAL                                                AGO0000946

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

|  |  |
|---|---|
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | 1 X LIVE .380 CAL CARTRIDGE FROM CHAMBER |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | HCAO |

## ARTICLES - EVIDENCE

|  |  |
|---|---|
| **Status** | EVIDENCE |
| **Tag #** | MP169983 - 4 |
| **Article** | YAMMO- ALL OTHER PROPERTY |
| **Serial # 1** | UNKNOWN |
| **Value** | $0.00 |
| **Description** | QUANTITY OF LIVE .380 CAL CARTRIDGES FROM MAGAZINE |
| **Recovered Value** | $0.00 |
| **Flags** | EVIDENCE |
| **Current Location** | HCAO |

CONFIDENTIAL

AGO0000947



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 07/07/2021
### (ORLANDO HOLDEN 2300 DUPONT)

## REPORT INFORMATION

**Property Report #** 170559
**Case Status** EVIDENCE
**Submitted On** JUL-13-2021 (TUE.)    **By** BJERKE, LAUREN ANTONIA

### RELATED EVENTS

**Offense** GO MP 2021 - 149754

**Location** NA
**Related Items** 4

## ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP170559 - 1
**Article** YSWAB- ALL OTHER PROPERTY
**# Of Pieces** 1
**Serial # 1** UNKNOWN
**Value** $0.00
**Description** DNA SWABS FROM PISTOL (169983-1)
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PW A

## ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP170559 - 2
**Article** YSWAB- ALL OTHER PROPERTY
**# Of Pieces** 1
**Serial # 1** UNKNOWN
**Value** $0.00
**Description** DNA SWABS FROM MAGAZINE (169983-2)
**Recovered Value** $0.00
**Flags** EVIDENCE
**Current Location** PW A

## ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** MP170559 - 3
**Article** YSWAB- ALL OTHER PROPERTY
**# Of Pieces** 1
**Serial # 1** UNKNOWN

CONFIDENTIAL    AGO0000948



**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

Value  $0.00
Description  DNA SWAB FROM (1) .380 CALIBER LIVE CARTRIDGE (169983-3)
Recovered Value  $0.00
Flags  EVIDENCE
Current Location  PW A

## ARTICLES - EVIDENCE

Status  EVIDENCE
Tag #  MP170559 - 4
Article  YSWAB- ALL OTHER PROPERTY
# Of Pieces  1
Serial # 1  UNKNOWN
Value  $0.00
Description  DNA SWAB FROM (4) .380 CALIBER LIVE CARTRIDGES (169983-4), C
Recovered Value  $0.00
Flags  EVIDENCE
Current Location  PW A

CONFIDENTIAL

AGO0000949



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

## Related Attachment - CRIME LAB REPORTS

**Description**  NIBIN REPORT #1 BY FT T. SITTLOW

**Reference Number**

CONFIDENTIAL                                                                         AGO0000950

# MINNEAPOLIS POLICE DEPARTMENT

**CLEARED BY**
**COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
### Incident Date 07/07/2021
### (ORLANDO HOLDEN 2300 DUPONT)

| | |
|---|---|
| **Minneapolis Police Department Crime Laboratory** | **424 South 4th Street, Room 201** |
| **Firearms Unit NIBIN Entry Report** | **Minneapolis, MN 55415** |

THE INFORMATION IN THIS REPORT IS PRESUMPTIVE ONLY
*TEST-FIRING FOR NATIONAL INTEGRATED BALLISTIC INFORMATION NETWORK (NIBIN) ENTRY DOES NOT CONSTITUTE A COMPLETE FUNCTION TEST AND/OR FIREARM EXAMINATION OF THESE ITEMS.*
**COMPLETE FIREARMS EXAMINATION WILL REQUIRE A WORK ORDER REQUEST.**

**NOTE:** UNLESS OTHERWISE NOTED, ALL IMAGES ENTERED INTO NIBIN ARE AUTOMATICALLY CORRELATED WITH IMAGES FROM ALL OTHER NIBIN SITES IN MINNESOTA. ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NIBIN NATIONAL CORRELATION TRAINING CENTER (NNCTC). ANY CONFIRMED HITS WILL BE REPORTED IN A SEPARATE REPORT FROM MPD FIREARMS EXAMINER.

MPD Case #: **21·149754**

Requested By: ☒ Gun Investigations Unit (proactive)  ☒ Assigned Investigator *Ti Partyka*
Date of Offense: **7·7·21**
Offense: ☐ Weapon ☐ Pfarm ☒ Assault ☐ Domestic ☐ Homicide ☐ Recgun ☐ Recprop ☐ Damprp ☐ Diswea
☐ Other (specify) _____

**TEST FIRE:**
The following firearm was received from the Property and Evidence Unit for NIBIN entry:

Firearm Tag #: **169983 - 1**

Manufacturer: **Taurus**     Model: **Spectrum**

Cal/Gauge: **.380**     Serial Number: **1 F 033220**

Type of Firearm: ☒ Pistol  ☐ Other (specify) **l**_____

Rifling: **6**     ☒ Right ☐ Left ☒ Conventional ☐ Polygonal

Safety Functional: ☐ Yes ☐ No ☒ N/A

Safety Type: ☐ Thumb ☐ Trigger ☐ Magazine ☐ Grip ☐ Decock ☐ Other (specify) _____

Test Fired: ☒ Yes ☐ No   Date test fired (if different than NIBIN entry date) **8·31·21**_____
Functioned Normally: ☒ Yes ☐ No (If no see notes)

NIBIN Entry Date: **9·2·21**_____
**ANY INVESTIGATIVE LEADS RESULTING FROM THE NIBIN ENTRY(IES) DETAILED BELOW WILL BE REPORTED FROM THE NNCTC.
Remarks:** _

NIBIN Entry Report Completed by:   *Technician/Examiner Title and Name:* **Forensic Firearms Technician T. Sittlow**
*Technician/Examiner Signature:*

End of Report for MPD Case # **21·149754**

| | | |
|---|---|---|
| FAF-2 | Page 1 of 1 | Issuing Authority: AZ |
| Rev. 2 | | Issue Date: 6/1/2021 |

This report shall not be reproduced except in full without approval of the laboratory

CONFIDENTIAL                                                                           AGO0000951



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

## Related Attachment - CRIME LAB REPORTS

**Description** EXAMINER REPORT #1 BY FS L. BJERKE

**Reference Number**

CONFIDENTIAL

AGO0000952



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
#### (ORLANDO HOLDEN 2300 DUPONT)



MPD Crime Lab Unit – Field Operations – Evidence Examination

MPD Case #: 21-149754

Report By: FS L. Bjerke

Examiner Report: # 1

---

Examination Start Date: 7/13/2021
Requestor: Gun Investigations Unit

Items were obtained from the Property and Evidence Unit under property report (PR) #169983.

Exhibit(s) Examined:
1 - (169983-1)  Taurus semi-automatic pistol, Model - Spectrum 380, Caliber - 380 Auto, S/N -  1F033220
2 - (169983-2)  Magazine
3 - (169983-3)  (1) .380 caliber live cartridge
4 - (169983-4)  (4) .380 caliber live cartridges (removed from magazine in CLU)

Photographed by: FS L. Bjerke

Exhibit(s) 1-4 were swabbed for DNA and the following were collected:
5 - (170559-1)  DNA swabs from pistol (169983-1)
6 - (170559-2)  DNA swabs from magazine (169983-2)
7 - (170559-3)  DNA swab from (1) .380 caliber live cartridge (169983-3)
8 - (170559-4)  DNA swab from (4) .380 caliber live cartridges (169983-4), collectively

Exhibit(s) 1-2 were processed for friction ridge impression (FRI) evidence.

No friction ridge impressions of value were developed.

Exhibit(s) 1-4 will be held for the Firearms section for further examination within the Crime Lab Unit.

Disposition of items included in this report:
Photographs – To be retained in Evidence.com
Collected Item(s) – To be inventoried in the Property and Evidence Unit
Property Inventory Item(s) – To be returned to the Property and Evidence Unit

*This report contains the conclusions, opinions, and/or interpretations of the examiner(s) named within the report.*

### End of Report for MPD Case # 21-149754
*This report shall not be reproduced except in full without approval of the laboratory*

Signature of:

Forensic Scientist Lauren A. Bjerke

*Lauren A. Bjerke*

CONFIDENTIAL



# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2021-149754

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

## Related Attachment - OUTSIDE AGENCY REPORTS

**Description** ATF E-TRACE REPORT

**Reference Number**

CONFIDENTIAL

AGO0000954



# MINNEAPOLIS POLICE DEPARTMENT

**GO# MP 2021-149754**

**CLEARED BY COMPLAINT**

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
#### Incident Date 07/07/2021
#### (ORLANDO HOLDEN 2300 DUPONT)

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: September 08, 2021

### FIREARMS TRACE SUMMARY

Trace Number: T20210380425     Request Date: September 01, 2021     Completion Date: September 08, 2021

MEHGAN HAMANN
MINNEAPOLIS POLICE DEPARTMENT
3000 MINNEHAHA AVE SOUTH
MINNEAPOLIS, MN 55406
PHONE: (612) 673-3502 Ext:

Badge No:          124818
Investigation No:  2021-149754

**FIREARM INFORMATION**

Manufacturer: TAURUS INTERNATIONAL
Model: SPECTRUM
Caliber: 380
Serial Number: 1F033220
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated
Identifying Marks:
NIBIN:
Gang Name: LOWS

**RECOVERY INFORMATION**  Recovery Date: 07/07/2021
Time to Crime: 184 days

2300 N DUPON AV
MINNEAPOLIS, MN 55411
Possessor: ORLANDO LANELL HOLDEN JR
DOB:  FRCP 5.2 1994
POB:       UNITED STATES

**PURCHASER INFORMATION**   Purchase Date: 01/04/2021

SARAH JEAN ELWOOD
5725 ELMHURST AV
CRYSTAL, MN 55428
DOB: FRCP 5.2 1987
POB: ROBBINSDALE, MN UNITED STATES
Race: WHITE
Sex: Female
Height: ft 7 in
Weight: 260 lbs
ID 1: MN DRIVER'S LICENS E: N444 5903512
ID 2: SOCIAL SECUR ITY: 4787
Contact the local ATF office for additional information.

**DEALER INFORMATION**     FFL: 34120315
FLEET FARM-BRP
8400 LAKELAND AVE N
BROOKLYN PARK, MN 55443-0000
Phone:     (763) 424-9668     Ship-To-Date:     11/24/2020
Ext:

**ADMINISTRATIVE INFORMATION**

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
**Additional Remarks:**

**The information in this report must be validated prior to use in any criminal proceedings.**

Trace: T20210380425
**FOR OFFICIAL USE ONLY**
Page 1 of 1

CONFIDENTIAL                                                      AGO0000955



# MINNEAPOLIS POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021

(ORLANDO HOLDEN 2300 DUPONT)

## Related Attachment - CRIME LAB REQUEST FOR SERVICES

**Description** SQUAD VIDEO WORKSHEET

**Reference Number**

CONFIDENTIAL                                                        AGO0000956


# MINNEAPOLIS POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
### (ORLANDO HOLDEN 2300 DUPONT)

| Minneapolis Police Department Crime Lab Unit | Digital Media | Digital MVR Squad Video Copy |
| --- | --- | --- |

MPD Case # 21-149754          Completed by - initials DB

Date Request Recieved 9/23/21          Copy Date 9/24/21

| MVR Digital Squad P# 424/76955 | MVR Digital File # 1300756 |
| --- | --- |
| Video Start Date & Time 7/7/21  15:39 | Video Duration in Minutes 50 |

Video Comments NA

| MVR Digital Squad P# 424/769 55 | MVR Digital File # 1300757 |
| --- | --- |
| Video Start Date & Time 7/7/21  16:30 | Video Duration in Minutes 9 |

Video Comments N/A

| MVR Digital Squad P# 430/76941 | MVR Digital File # |
| --- | --- |
| Video Start Date & Time | Video Duration in Minutes |

Video Comments NO VIDEO

| MVR Digital Squad P# 483/76891 | MVR Digital File # 1300729 |
| --- | --- |
| Video Start Date & Time 7/7/21  15:39 | Video Duration in Minutes 37 |

Video Comments N/A

| MVR Digital Squad P# 952/76804 | MVR Digital File # |
| --- | --- |
| Video Start Date & Time | Video Duration in Minutes |

Video Comments NO VIDEO

| MVR Digital Squad P# 961/76848 | MVR Digital File # |
| --- | --- |
| Video Start Date & Time | Video Duration in Minutes |

Video Comments NO VIDEO

M.B.          Additional Comments

SQD VIDEO SNT TO HCAO W DRIVE          7/7/21
RES PROP/-bu SIT.
2300 DUPONT N
13:38 - 17:01

**Changes to original request will be noted on the work order request.

DMF-01
Version 1

Page 1 of 1

Approved: SHJ
Effective: 8/20/2020

**MINNEAPOLIS POLICE DEPARTMENT**

GO# MP 2021-149754

CLEARED BY
COMPLAINT

**GENERAL OFFENSE HARDCOPY**
CASE REPORT WITH NARRATIVES
Incident Date 07/07/2021
(ORLANDO HOLDEN 2300 DUPONT)

**\*\*\* END OF HARDCOPY \*\*\***

CONFIDENTIAL

AGO0000958

# EXHIBIT P

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota by its        )
Attorney General, Keith          )
Ellison,                         )
                                 )
                Plaintiff,       )
                                 )
vs.                              )No. 0:22-cv-02694-JRT-JFD
                                 )
Fleet Farm LLC, Fleet Farm       )
Group LLC, and Fleet Farm        )
Wholesale Supply Co. LLC,        )
                                 )
                Defendants.      )
_____

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

JOSEPH BISBEE

_____

8:53 A.M.
THURSDAY, FEBRUARY 6, 2025
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON

Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR
WA CCR #2157; OR CSR #20-0477; CA CSR #14435
Job Number 7109667

Page 7

interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

Counsel and all present will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MR. NOTEBOOM:  Todd Noteboom with the Stinson law firm on behalf of the Fleet Farm defendants.

MR. LEIENDECKER:  Andrew Leiendecker from Stinson, also on behalf of Fleet Farm.

MR. MALONEY:  Eric Maloney, assistant attorney general for the Minnesota Attorney General's Office, on behalf of the State of Minnesota, by and through its attorney general, Keith Ellison.

MS. MOERKE:  Katherine Moerke, also on behalf on -- behalf of the State of Minnesota.

THE COURT REPORTER:  With that, I'll swear in the witness.

JOSEPH BISBEE,
sworn as a witness by the Certified Court Reporter, testified as follows:

THE COURT REPORTER:  Thank you.
Please proceed.

Do I have that right?

A.   Yes.

Q.   Agent Williamson does not make that observation regarding any of Horton's other transactions at Fleet Farm stores; correct?

MR. MALONEY:  Objection.  Assumes facts not in evidence.  Foundation.

A.   Agent Williamson does not delineate that in this criminal complaint.

Q.   (BY MR. NOTEBOOM)  Right.

She only refers to that transaction and does not make that observation about any others; correct?

MR. MALONEY:  Same objection.

A.   In this criminal complaint, yes.

Q.   (BY MR. NOTEBOOM)  Well, are you aware of somewhere else where she does that?

A.   I don't know.  She may.

Q.   Are you aware of any?

A.   No.

Q.   Okay.  In your opinion, sir, was it wrong for Fleet Farm to sell Jerome Horton a firearm on October 17, 2021?

MR. MALONEY:  Objection.  Improper hypothetical.

A.   It's my understanding that they were working

Page 205

with ATF on that date.

Q.    (BY MR. NOTEBOOM)  It's not an answer to my question.

A.    Well, if they were -- if they were selling that firearm at the request of ATF in furtherance of an investigation, then -- then the sale was -- how do I put it?  They weren't -- they weren't engaging in knowing a straw purchase was happening.  They were doing it at the request of law enforcement.

And my understanding is, is they were doing that at the request of law enforcement.

Q.    And so, in your opinion, it was not wrong or improper for Fleet Farm to sell Mr. Horton a firearm on October 17, 2021, for the reasons you've just said; correct?

A.    If they --

MR. MALONEY:  Object to form.

A.    If they were doing it at the request of law enforcement.

Q.    (BY MR. NOTEBOOM)  Which is your understanding?

MR. MALONEY:  Same objection.

A.    That's my understanding.

Q.    (BY MR. NOTEBOOM)  You've seen documents that reflect that that's true, haven't you?

Page 206

A.    Yes.

Q.    You've testified earlier that you've looked at some of the CCTV footage, and I think you said all of the CCTV footage that was made available to you relating to the transactions at issue in your report; correct?

A.    Yes, all of those that are in the attachment to my report.

Q.    And in any of those, I gather you did not observe Mr. Horton using the camera feature on his video to either take photographs or videos, did you, sir?

MR. MALONEY:  Objection.  Mischaracterizes his report.  Assumes facts not in evidence.

A.    I saw Mr. Horton utilize his phone, but I don't know what exactly he was doing.

Q.    (BY MR. NOTEBOOM)  You didn't observe Mr. Horton, from any of the video footage you reviewed, using his phone to send any photographs or videos during any of the transactions, did you?

MR. MALONEY:  Same objection.

A.    I saw him utilizing his phone during the transaction.  I don't know what he was doing.

Q.    (BY MR. NOTEBOOM)  In any of the video footage you observed, did you observe any of the persons that were with Mr. Horton attempting to make sure that Horton was purchasing the correct firearm?

Page 208

A.   Yes.

Q.   (BY MR. NOTEBOOM)  What are those?

A.   An employee made -- I can't remember if it was Mr. Radl or Ms. Granato -- aware of a straw purchase that was conducted by one of their employees.  It was after Mr. Horton came to light.

Q.   Do you know whether that was in the state of Minnesota, sir?

A.   I don't recall.

Q.   Okay.  I'll represent to you that it wasn't, and -- at least that report.

Focusing my question on -- let's go back to my question, but I'll limit it just to Minnesota, sir. Okay?

Are you aware of -- strike that.

How many improper firearm sales are you aware of that Fleet Farm made in 2020 and 2021 in Minnesota?

MR. MALONEY:  Objection. Vague. Ambiguous.

A.   Again, are we talking about Mr. Horton and Ms. Elwood, or are we talking about overall?

Q.   (BY MR. NOTEBOOM)  Well, let's start with Mr. Horton and Ms. Elwood.

A.   Okay.  So with -- if I can refer back to my report.

Q.   Of course.

A.    So in relation to Mr. Horton, I'd say the -- at the very latest, the July 31st, 2021, transaction should not have been completed.  And by reviewing Mr. Radl's comments, you could even say no later than July 27th.

But I would say that there was indicators present prior to that where they -- there was indicators present that could have stopped sales earlier than that. They also could have, and probably should have, not sold the first firearm to Mr. Horton because his pistol purchase permit didn't match his identification.  And, according to Mr. Horton, he had to go to Fleet Farm because other FFLs wouldn't accept that because the addresses did not match.

So you could say that they should have not consummated the first sale.

Q.    I'm not asking about what other people could say.  I'm asking about what you say and what your opinion is.

Do you believe the first sale on June 15, 2021, was improper?

A.    If the addresses did not match, then that sale should not have been consummated.

Q.    And if the addresses were the same, but one specified an apartment number and one did not, in your

A.   That's not what I said.

Q.   I'm asking an open-ended question, sir.  I'm just asking you --

A.   See, you're asking two different questions.  You're asking which ones should have been stopped and which -- and then which ones were improper.

They were all improper.  They were all straw purchases.

Q.   And I -- you know what, I appreciate that clarification.  So let's use different terminology just to make sure you and I aren't talking past each other.

My question is:  In your opinion, how many transactions, from your review of the record here involving sales to Mr. Horton, should have been stopped?

And am I correct to understand your testimony to be that, at the very latest, the July 31st transaction and those that followed should have been stopped?

MR. MALONEY:  Objection.  Compound.  Misstates prior testimony.

A.   Based on -- so I say July 31st at the very latest.  However, Mr. -- according to Mr. Radl's comments, I would even say July 27th and thereafter at the latest.

I would also just include, again, that there

Page 215

A.    No -- sorry.

MR. MALONEY:  Objection.  Misstates prior testimony.

A.    No.  There's multiple indicators present. Combined with Mr. Radl's statement, I will say July 27th and thereafter should not have happened.

Q.    (BY MR. NOTEBOOM)  Based on your understanding that Mr. Radl believed that mistakes were made in connection with the July 27th, 2021, sale; correct?

A.    Taken in a whole, his comments with the indicators and the history of the sales, yes.

Q.    Let's turn, just quickly, to Ms. Elwood's transactions.  And by that, I mean the sales of firearms to Ms. Elwood.

How many improper sales -- strike that.

Which sales to Ms. Elwood do you believe Fleet Farm should have stopped?

MR. MALONEY:  Object to form.

A.    I believe the May 12th, 2021, transaction should not have been allowed to proceed.  Again, information -- or indicators were present prior to that, and it's possible that prior sales should have been denied.

And if -- I believe there's information that was available at the corporate level that could provide

Page 216

information where prior sales should have been stopped. But based on what the clerks knew at the time, May 12th should not have happened.

Q.    (BY MR. NOTEBOOM)  Okay.

MR. NOTEBOOM:  Can we go off the record, please.

MR. MALONEY:  Sure.

MR. NOTEBOOM:  I'd just like to just take a five-minute break.  I'm going to see if we can expedite some things here.

THE VIDEOGRAPHER:  We'll go off the record at 3:04.

(Brief break taken.)

THE VIDEOGRAPHER:  We are back on the record at 3:18.

Q.    (BY MR. NOTEBOOM)  Mr. Bisbee, are you aware that in the course of this litigation that Fleet Farm was ordered to produce to the State of Minnesota filtered acquisition and disposition logs reflecting all handgun -- I'm sorry, reflecting all handgun purchases for customers who purchased four or more handguns within any 14-day period between October of 2016 and October of 2023?  You're aware of that?

MR. MALONEY:  Objection.  Foundation.

A.    I'm aware of some purchase records that were

Page 307

seen any documents or evidence suggesting that Fleet Farm had actual knowledge?

MR. MALONEY:  Objection.  Asked and answered. Calls for a legal conclusion.

A.   At the time?

Q.   (BY MR. NOTEBOOM)  Yes.

A.   Again, so the way I understand the question -- and, again, we spoke earlier about I'm supposed to understand your questions.

The way I understand that question is:  Did they willfully participate in a straw purchase?  Am I misunderstanding?

Q.   You are.

I'm asking whether you have any documents or evidence that suggests that Fleet Farm had actual knowledge, that they actually knew that Mr. Horton or Ms. Elwood, at the time of the sales, were straw purchasing?

MR. MALONEY:  Same objection.

A.   But if they had actual knowledge and the purchase went through, then they would willfully participate in a straw purchase.

Q.   (BY MR. NOTEBOOM)  Well, we can agree to disagree about that.

But do you have any knowledge that any of the

Page 308

sales, according to your interpretation of my question, were willful?

MR. MALONEY:  Same objection.

A.   I don't believe that they willfully and knowingly allowed a straw purchase.

MR. MALONEY:  I'll just note for the record, Counsel, I think you may be out of time, or very close to the buzzer.

MR. NOTEBOOM:  Let's take a break.  Go off the record.

THE VIDEOGRAPHER:  Going off the record at 5:39.

(Brief break taken.)

THE VIDEOGRAPHER:  We are back on the record at 5:47.

MR. NOTEBOOM:  Sorry.  I don't have any further questions -- thank you -- because we're at time.

MR. MALONEY:  Thank you, Mr. Noteboom.  That's what I was waiting for.

And I have just a few on behalf of the State to you, Mr. Bisbee.  So thank you for hanging around for a few additional questions.  I know it's late in the day.

# EXHIBIT Q

**Expert Report of Gary Kleck**

*State of Minnesota v. Fleet Farm LLC, et al.*, **Case No. 0:22-cv-02694-JRT-JFD**

**Personal Background and Qualifications**

1.      I am Dr. Gary Kleck, Emeritus Professor of Criminology & Criminal Justice at Florida State University. This report sets forth my qualifications, opinions, and scholarly foundation for those opinions.

**Background & Qualifications**

2.      I am an emeritus Professor of Criminology and Criminal Justice at Florida State University. I received my doctorate in Sociology from the University of Illinois in 1979, where I received the University of Illinois Foundation Fellowship in Sociology. I was, at the time of my retirement in May 2016, the David J. Bordua Professor of Criminology at Florida State University, where I served on the faculty from 1978 to 2016. My research has focused on the impact of firearms and gun control on violence, and I have been called "the dominant social scientist in the field of guns and crime." (William J. Vizzard, Shots in the Dark: The Policy, Politics, and Symbolism of Gun Control, 2003, p. 183).

3.      I have published the most comprehensive reviews of evidence concerning guns and violence in the scholarly literature, which informs and serves as part of the basis of my opinions. I am the author of Point Blank: Guns and Violence in America, which won the 1993 Michael J. Hindelang Award of the American Society of Criminology, awarded to the book of the previous several years which "made the most outstanding contribution to criminology." I also authored Targeting Guns (1997) and, with Don B. Kates, Jr., The Great American Gun Debate (1997) and Armed (2001) - books that likewise addressed the topic of guns and violence.

4.       I have also published scholarly research articles in virtually all the leading professional journals in my field. Specifically, my articles have been published in the American Sociological Review, American Journal of Sociology, Social Forces, Social Problems, Criminology, Journal of Criminal Law and Criminology, Law & Society Review, Journal of Research in Crime and Delinquency, Journal of Quantitative Criminology, Law & Contemporary Problems, Law and Human Behavior, Law & Policy Quarterly, Violence and Victims, Journal of the American Medical Association, and other scholarly journals.

5.      I have testified before Congress and state legislatures on gun control issues and worked as a consultant to the National Research Council, National Academy of Sciences Panel on the Understanding and

Prevention of Violence, as a member of the U.S. Sentencing Commission's Drugs-Violence Task Force, and as a member of the Institute of Medicine and National Research Council Committee on Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-Related Violence. I am a referee for over a dozen professional journals and serve as a grant's consultant to the National Science Foundation.

6. Finally, I have taught doctoral students how to do research and evaluate the quality of research evidence and have taught graduate courses on research design and causal inference, statistical techniques, and survey research methodology.

7. My current curriculum vitae, which includes a full list of my qualifications and publications, is attached hereto as Appendix A.

**Legal Cases in Which I Have Served as an Expert Witness**

8. In the past ten years, I have been deposed and/or testified at trial in the following matters:

*Heller v. District of Columbia, D.D.C.* (deposed July 2, 2013).

*Cook et al. v. Hickenlooper, D. Colo.* (deposed and testified Mar. or April 2013).

*Wilson v. Cook County* (deposed Sept. 16, 2013).

*Kolbe v. O'Malley, D. Md.* (deposed Jan. 2, 2014).

*Barbra Schlifer Commemorative Clinic v. HMQ Canada* ("Crossexamined" [Canadian term for deposed] Feb. 24, 2014).

*Friedman v. City of Highland Park* (deposed May or June 2014).

*Tracy Rifle and Pistol v. Harris, E.D. Cal.* (deposed Nov. 2, 2016).

*Flanagan v. Becerra, U.S. District Court, Central District of California.* Deposed July 25, 2017.

*Worman v. Baker, U.S. District Court for the District of Massachusetts.* Deposed October 25, 2017.

*Duncan v. Becerra, U.S. District Court, Southern District of California.* Deposed January 3, 2018.

*MSI v. Hogan, U.S. District Court, District of Maryland.* Deposed May 18, 2018.

*Association Of New Jersey Rifle & Pistol Clubs, Inc., et al. v. Grewel et al., United States District Court District Of New Jersey.* Deposed 8-2-18. Trial testimony 8-17-18.

*Rupp v. Becerra., U. S. District Court, Central District of California. Deposed 12-12-18.*

3

*NRA v. Swearingen, United States District Court for the Northern District of Florida,* Deposed via Zoom 8-13-20.

*Maryland Shall Issue v. Anne Arundel County. United States District Court for Maryland.* Deposed via Zoom on 9-29-22.

*Oregon Firearms Federation v. Brown. United States District Court for the District of Oregon Portland Division.* Deposed via Zoom 1-27-23.

**Compensation**

9.      I am being compensated for my time in this case at an hourly rate of $500 per hour. My compensation is not contingent on the results of my analysis or the substance of my testimony.

**Summary of Opinions**

1.  Straw purchases of handguns from FFLs contribute no more than a negligible share of guns used to commit crimes. There is no reliable and relevant evidence showing that straw purchases are a significant source of guns used to commit crimes.

2.  The straw purchases of Jerome Horton and Sarah Elwood cannot be shown to be a significant cause of the alleged increase in gun trafficking or gun crime in Minnesota.  Further, there is no evidence that any of the ultimate recipients of these guns could not have obtained guns from other sources or by other means that did not involve straw purchasing.

3.  Sales of multiple guns at the same time are not suspect and rarely involve guns later used to commit crimes. Rather, multiple gun sales are routine and commonplace, and guns sold in multiples are no more likely to later be used in crimes than guns sold one at a time.


**Detailed Opinions and Supportive Evidence**

1.      *Straw purchases of handguns from FFLs are at best a negligible source of guns used to commit crimes. There is no reliable and relevant evidence showing that straw purchases provide a significant source of guns used to commit crimes.*

4

The Plaintiff asserts that straw purchasing is "one of the most prevalent ways that firearms can get into the hands of criminals," even claiming that ATF has identified it as "*the* most common channel for the diversion of firearms into the black market" (State of Minnesota 2024, paragraph 62, emphasis added).  Support for this assertion relies entirely on a single source (see their footnote 7), an ATF report titled <u>Following the Gun: Enforcing Federal Laws Against Firearms Traffickers.</u>  This report simply does not address the relative prevalence of different modes of criminal gun acquisition, nor was it intended to do so.  Instead, it addresses ATF enforcement priorities.  It describes – as its title indicates – ATF efforts in enforcing federal gun laws.  It reports the share of ATF *investigations* of gun trafficking that somehow involved straw purchasing, and the share of firearms linked with *ATF-investigations* that involved straw purchasing – *not* the share of all guns acquired or used by criminals that somehow involved straw purchasing.

This distinction is critical since it would be perfectly feasible that, for example, 90% of firearms *linked with ATF investigations* had been straw-purchased, even if only 1 or 2% of all guns acquired by criminals involved straw purchasing.  ATF does not analyze representative samples of crime guns, or the channels used to move guns from legal sources to criminals.  They do not randomly select either crime guns to investigate or do anything else that would ensure that they were analyzing a representative sample of crime guns or the channels through which they move on the way to criminals.  ATF publications even include a specific disclaimer stating that their reports do *not* concern representative samples of crime guns (ATF 2021). The text of this disclaimer is worth quoting in full:

> Firearms selected for tracing are not chosen for purposes of determining which types, makes or models of firearms are used for illicit purposes. The firearms selected do not constitute a random sample and should not be considered representative of the larger universe of all firearms used by criminals, or any subset of that universe. Firearms are normally traced to the first retail seller, and *sources reported for firearms traced do not necessarily represent the sources or methods by which firearms in general are acquired for use in crime* (ATF 2021, emphasis added).

ATF investigates potential sources of crime guns partly on the basis of how feasible it is for them to investigate the sources.  Some sources of crime guns are more easily discovered than others.  For example, ATF would not normally know about firearms stolen in residential burglaries, no matter how common they might

actually be as sources of crime guns (Wright and Rossi 1986, Chapter 10).  Local law enforcement agencies would normally be the agencies responsible for investigating the typical burglary of a private residence, and even those agencies would not normally be able to investigate burglaries that were not reported to the police.  Likewise, if a convicted felon bought a gun from a friend or relative who had not engaged in straw purchasing[1] or done anything else illegal to acquire the gun, the sale might well involve a violation of federal firearms law, but ATF would not normally have any way of knowing about the sale.

In sharp contrast, sales of firearms by FFLs and by sellers at public events like gun shows and flea markets are eminently "discoverable" by ATF.  ATF has comprehensive lists of FFLs and is legally authorized to examine their records of acquisitions and sales and to inventory their stock.  ATF is also informed of each legal multiple gun sale because FFLs are required to file a special form with ATF for each such sale (the ATF Form 3310.4).  Likewise, firearms sold at gun shows and flea markets are highly discoverable by ATF given that these are public, advertised events and any of them could easily be investigated by ATF agents if the agency chose to do so.  As a result, if any straw purchasing went on at gun stores, gun shows or flea markets, such activity would be far more "discoverable" by ATF than thefts from gun owners or single transfers of firearms between friends or family members.

In sum, data on ATF investigations necessarily reflect how "discoverable" potential channels or sources of crime guns are, and consequently cannot be legitimately used to assess the prevalence of a given channel or source of crime guns.  Therefore, there is no legitimate foundation for the Plaintiff's assertion that straw purchasing of guns from FFLs is one of "the most prevalent ways that firearms can get into the hands of criminals."  It is particularly misleading to cite Following the Gun or other ATF descriptions of their investigative activities as if they can reveal anything about the share of all crime guns that reached criminals'

---

[1] This example would not meet the generally understood definition of a straw purchase, which is defined as "an illegal firearm purchase where the actual buyer of the gun, being unable to pass the required federal background check or desiring to not have his or her name associated with the transaction, uses a proxy buyer who can pass the required background check to purchase the firearm for him/her."  See NSSF, Don't Lie for the Other Guy, at
https://www.dontlie.org/faq.cfm#:~:text=A%20straw%20purchase%20is%20an,the%20firearm%20for%20him%2Fher..

possession via a given channel.  The same criticism would apply to more recent ATF reports on their investigative activities (e.g., ATF 2022).

Leaving aside this irrelevant source of information, what share of guns acquired by criminals are known to have been acquired as a result, direct or indirect,[2] of straw purchasing?  Answering this question requires an estimate of the total number of firearms acquired by criminals via *all* channels.  This figure can be estimated by using known numbers of firearms stolen (100% of which go directly to criminals, by definition) and extrapolating this number to the total acquired by criminals by all methods based on estimates (derived from surveys of criminals) of the proportion of guns acquired by criminals by stealing.

The most recent national estimates of the annual volume of firearms thefts come from the National Crime Victimization Survey (NCVS) and pertain to 2014-2018.  These data indicate that there were an average of 249,000 firearms stolen per year, of which about 55% were handguns (Bureau of Justice Statistics 2022, p. 9) or 137,170 handguns stolen per year.

What share of firearms acquired by criminals were acquired via theft?  A national survey of incarcerated criminals, conducted by university researchers, found that 32% of the felons' most recently acquired guns were acquired by the criminal personally stealing the gun (Wright and Rossi 1986, p. 105).  This would imply that the total number acquired by all methods would be 3.125 times the number stolen (100%/32%=3.125).  A more recent national survey of inmates conducted by the U.S. Census Bureau found that just 10% of guns acquired by criminals were acquired in this way, implying that the total number acquired would be 10 times the number stolen (100%/10% = 10).  This very wide range of estimates of the stolen share of guns implies that the total number of guns acquired by criminals per year by all methods is anywhere from 779,375 to 2,494,000 (428,656 to 1,371,700 of them handguns).

What share of this huge number of guns going to criminals got to them as a result of straw purchasing?  Surveys of criminals have not addressed this issue.  The only numbers of straw-purchased guns we know of for

---

[2] A person might acquire a gun directly by purchasing it themselves from a straw purchaser, or indirectly by getting it from another person who bought the gun from a straw purchaser.

sure are those uncovered in investigations by ATF or other law enforcement agencies. ATF data covering the nation for 2017-2021 indicate that 230,000 firearms were trafficked via all channels over those five years, or about 46,000 firearms per year. In 2018 (the most recent year for which we have gun theft data), 37.9% of trafficked guns uncovered in ATF investigations involved straw purchasing (ATF 2022, p. 3), implying about 17,434 guns trafficked per year via straw purchasing. Even using the more conservative estimate of the total volume of guns acquired by criminals per year (779,375), the number of guns known to have been straw-purchased would claim just **2.2%** of all guns acquired by criminals. Using the higher estimate of total gun acquired by criminals per year (2,494,000), the known straw-purchased share would be just 0.699% (approximately 7/10ths of one percent) of all guns acquired by criminals – a miniscule share by any standard.

It is very likely that some straw purchases went undiscovered by ATF, but any idea as to their number would have to be based on sheer speculation. We only know that known instances of straw purchasing account for hardly any of the guns that get into criminals' possession each year.

Some people have claimed that many FFLs have stated a *willingness* to sell guns to straw purchasers (e.g. Wintemute 2013). The studies in question, however, appear to have established nothing more than the willingness of some FFLs to make perfectly lawful sales to people buying a gun to give as a gift to another person.

One indication of how unimportant straw purchasing firearms from FFLs is as a source of criminal firearms is the rarity of ATF revocation of dealer licenses for this kind of violation. For a dealer to knowingly or negligently cooperate with straw purchasers working with gun traffickers would be a serious offense and would certainly warrant revocation, yet ATF data indicate that *any* kind of FFL misconduct, including knowing or negligent cooperation with straw purchasing, that was serious enough to warrant revocation or its equivalent is extremely rare. Even after the Biden administration initiated an enhanced regulatory enforcement policy in 2021, just 250 FFLs were revoked, along with another 173 FFLs who voluntarily ceased operations after compliance inspections – at a time when there were 133,955 active firearms licenses (ATF 2023). That is, even after ATF intensified their enforcement activities, only 3/10ths of one percent of FFLs lost their license for *any*

8

kind of violation, not just involvement in straw purchasing. Notably, Fleet Farm has not had any of its Minnesota licenses revoked for any reason during the period from October 2016 through October 2023, which I understand to be the relevant time period for this matter.

*Conclusion: In sum, guns known to have been straw purchased claim a negligible share of the firearms acquired by criminals – the exact opposite of the position promoted by the Plaintiff. Further, the source used to support the contrary claim concerns only where ATF chose to focus their investigative efforts, not the relative prevalence of different channels used to move guns into criminals' hands. Straw purchasing is thus a negligible source of crime guns.*

*Opinion 2. The straw purchases of Horton and Elwood cannot be shown to be a significant cause of the alleged increase in gun trafficking or gun crime in Minnesota. Further, there is no evidence that any of the ultimate recipients of these guns could not have obtained guns from other sources or by other means that did not involve straw purchasing.*

Only a small share of all the guns acquired by criminals, regardless of the method of acquisition, are used to commit violent crimes. As previously established, the total volume of firearms acquired by criminals each year is enormous – 779,375 to 2,494,000 each year. What share of these are used in violent crimes? The highest estimates of the number of violent crimes involving the use of firearms come from the National Crime Victimization Survey (NCVS), which estimates the total number of crimes, both those reported to law enforcement and those not reported. In 2022, the most recent year for which NCVS data are available, there were an estimated 6,230,150 violent crime incidents, of which 10% involved firearms in some way, implying about 623,015 violent crime incidents with firearms (BJS 2022). It should be noted that many of these only involved the offender possessing a firearm, without any affirmative evidence that the offender actually used the gun, either to attack or threaten the victim (Kleck 1997, pp. 6-7), but for present purposes we will generously assume all involved actual use of the gun in a threat or an attack. We will also generously assume that a different gun was used in each of these 623,015 gun-involved crimes, thereby maximizing the number of crime-

9

involved guns.  Given that some crime guns are used in multiple violent crimes, such as robberies, the true number of different crime-involved guns would actually be smaller.

Many of the guns used to commit violent crimes in 2022 were acquired in some year prior to 2022 – many long before 2022. We will assume, however, that all guns used to commit violent crimes in 2022 had been acquired just in the 10 years before 2022.  Our more conservative estimate of the total number of guns acquired by criminals via all methods was 779,375 per year.  Assuming this annual average applied to the 10 years preceding 2022, criminals acquired 7,793,750 guns in that period.  Assuming all firearms used to commit violent crimes in 2022 were acquired in the preceding 10 years, the upper-limit estimate of 623,015 guns used to commit violent crimes represents just 8% of the guns acquired by criminals in the previous 10 years.  Of course, this number would be an even smaller share of guns acquired over a longer span of the past. On the other hand, if we use the higher estimate of 2,494,000 guns acquired annually by criminals, the number acquired in the previous 10 years would be 24,940,000; so 623,015 guns used to commit violent crimes would constitute just 2.5% of all the guns acquired by criminals.  Put another way, this latter estimate implies that 97.5% or more of the guns acquired by criminals would *not* be used to commit a violent crime.

What do crime data specifically pertaining to Minnesota indicate regarding the share of violent crime that firearms straw-purchased from Fleet Farm might have been involved in?  According to the Minnesota Department of Public Safety, for 2021-2023 (the most recent data available), there were 412 firearm homicides, 87 firearm rapes, 4,623 firearm robberies, and 10,718 firearm aggravated assaults known to police, for a total of 15,840 violent crimes committed with firearms in Minnesota (Minnesota Department of Public Safety 2024). There were 24 firearms sold by Fleet Farm to Jerome Horton and 13 sold to Sarah Elwood, for a total of 37. Even if we ignore the Plaintiff's own evidence suggesting the vast majority of the firearms purchased by Horton or Elwood were not used in violent crime, and instead assume that every single one of these 37 guns was used to commit a violent crime, all of them in Minnesota, these guns would have claimed, at most, 0.234% – *just 1 in 428* –  of the violent crimes committed with firearms in Minnesota.  This is far too small a share of the state's violent firearm crime problem to have had any detectable impact on the violent crime rate.

10

Furthermore, there is no reason to believe that any of the persons who purchased these 37 guns could not have acquired firearms from other sources other than a straw purchaser.  Quite the contrary. Interviews with criminals have revealed that most of those who had acquired guns had multiple sources that they could have used to acquire guns (Wright and Rossi 1986; Sheley and Wright 1995; May and Jarjoura 2006).  This implies that criminals who acquired firearms straw-purchased from Fleet Farm also could have acquired guns by other means. Put another way, it is possible that *none* of those who acquired these guns became armed with firearms only because of the actions of straw purchasers.  In sum, it is highly unlikely that the tiny volume of straw purchasing that occurred in Fleet Farm stores could have had any detectable effect on the share of Minnesota criminals who possessed guns and were thereby in a position to commit crimes with guns.

*Conclusion: Data for the U.S. as a whole indicate that only a miniscule share of the guns acquired by criminals are used to commit a violent crime. Guns acquired as a result of straw purchases from FFLs must therefore claim an even smaller share of the guns used to commit violent crimes.  Regarding the handful of guns straw-purchased by Horton and Elwood, those straw purchases cannot be shown to be a significant cause of the alleged increase in gun trafficking or gun crime in Minnesota.*

*Opinion 3: Sales of multiple guns at the same time are not suspect and rarely involve guns later used to commit crimes. Rather, multiple gun sales are routine and commonplace, and guns sold in multiples are no more likely to later be used in crimes than guns sold one at a time.*

The Plaintiff suggests that Fleet Farm employees should have been suspicious of attempts to buy multiple firearms at the same time (State of Minnesota 2024, pp. 9-10, 12-15).  This might seem plausible if one were referring to purchases of, say, dozens of guns in one transaction, but the Fleet Farm sales in question did not involve numbers of guns even remotely that large.  Indeed, all but one of the multiple gun sales cited in the Complaint involved just *two* guns sold at a store on the same day – the minimum number that would qualify as multiple firearms.  And the single exception involved just three guns (State of Minnesota 2024, pp. 13-14, 20).

11

Persons unfamiliar with the lawful firearms business might think that even sales of just two or three guns at the same time are suspect, and would stand out as unusual to gun store employees.  In fact, multiple sales of guns are commonplace.  Koper (2005) studied 180,246 handguns sold by licensed gun dealers in Maryland in 1990-1996, and found that 49,361, or 27% of them were sold as part of a multiple-gun sale (p. 758).  In short, it is commonplace for guns to be sold in multiples and there is therefore no reason for gun store employees to perceive attempts to buy multiple guns at the same time as noteworthy or for such attempts to stand out as suspicious, absent other suspicious indicators.  Rather, multiple-gun sales are a routine part of the activities of retail gun stores like the Fleet Farm stores involved in the present case. Indeed, Minnesota law does not limit the number of firearms or handguns that can be purchased at one time, even though some other states have enacted such restrictions.

One might nevertheless argue that even if multiple gun sales are commonplace, they should be suspect because guns sold in multiples are especially likely to later be used in crimes.  One way to detect later use of a firearm in crime is to note whether it had been recovered by law enforcement in connection with a crime. Although not all guns used in crimes will be recovered by law enforcement, the best information we have on whether guns were used in crimes is whether they were recovered by law enforcement in connection with a crime.  An ATF trace can be conducted on guns so recovered, to identify the business that first sold the gun at retail, the identity of the first retail purchaser, and other details such as how many guns were sold at the same time.   If guns purchased in multiples really were more likely to later be used in crimes, the percent of guns sold in multiple-gun sales that were later recovered by law enforcement should be larger than the percent of guns sold in single-gun sales that were later recovered by law enforcement.

Koper (2005) tested this proposition by measuring the percent of guns later recovered by law enforcement for these two sets of guns.  He found that as of March 2000, of the 180,246 handguns sold in Maryland in 1990-1996, 3.7% of single-sale handguns had been recovered by law enforcement, while just 3.3% of multiple-sale handguns had been recovered.  That is, handguns sold in batches were actually slightly *less* likely to be later used in crime than handguns sold one at a time (p. 758).  Thus, there is no factual basis for

12

Fleet Farm employees or other gun store employees to believe that guns sold in multiples are more likely to later be used in crime and to be suspect for that reason.

*Conclusion: The sales referenced in the Complaint do not indicate a suspicious purchasing pattern. In fact, data shows that sales of multiple guns at the same time are commonplace. Data also shows that guns sold in multiple-gun sales are no more likely to later be used in crime than guns sold one at a time. This indicates that there is no basis for Fleet Farm employees to be suspicious of firearm customers solely because customers may purchase more than one gun in a single transaction.*

13

In the event that additional information is made available to me, I reserve the right to supplement or amend my opinions.

Dated: October 4, 2024        *Gary Kleck*

Gary Kleck

14

**Appendix A**

CURRICULUM VITAE

GARY KLECK

(Updated November 27, 2023)

PERSONAL

Place of Birth:          Lombard, Illinois

Date of Birth:           March 2, 1951

Address:                 College of Criminology and Criminal Justice
                         The Florida State University
                         112 S. Copeland Street
                         Tallahassee, FL 32306-1273

                         Tallahassee, Florida 32306-1127

Telephone Number:        Home: (850) 559-0922

e-mail Address:          gkleck@fsu.edu

website:                 http://criminology.fsu.edu/faculty-and-staff/college-faculty/gary-kleck/

CURRENT POSITION

   David J. Bordua Emeritus Professor of Criminology, Florida State University

COURTESY APPOINTMENT

   Courtesy Professor, College of Law, Florida State University

PROFESSIONAL MEMBERSHIPS

   American Society of Criminology

   Academy of Criminal Justice Sciences

EDUCATION

   A.B.          1973 - University of Illinois, with High Honors and with Distinction in
                 Sociology

A.M.         1975 - University of Illinois at Urbana, in Sociology

Ph.D.        1979 - University of Illinois at Urbana, in Sociology

## ACADEMIC HONORS

National Merit Scholar, 1969

Freshman James Scholar, University of Illinois, 1969

Graduated from University of Illinois with High Honors and with Distinction in Sociology, 1973

University of Illinois Foundation Fellowship in Sociology, 1975-76

1993 Winner of the Michael J. Hindelang Award of the American Society of Criminology, for the book that made "the most outstanding contribution to criminology"   (for Point Blank: Guns and Violence in America).

Awarded Named Professorship, Florida State University, 2012.

Nominated for University Teaching Award, Florida State University, 2014.

Paper of the Year awarded by Criminal Justice Review for "Does Gun Control Reduce Crime?," Volume 4, pp. 488-513 (2016).

## TEACHING POSITIONS

Fall, 1991 to May 2016      Professor, College of Criminology and Criminal Justice, Florida State University

Fall, 1984 to Spring, 1991      Associate Professor, School of Criminology, Florida State University.

Fall, 1979 to Spring, 1984      Assistant Professor, School of  Criminology, Florida State University.

Fall, 1978 to Spring, 1979      Instructor, School of Criminology, Florida State University.

## COURSES TAUGHT

4

Criminology, Applied Statistics, Regression, Introduction to Research Methods, Law Enforcement, Research Methods in Criminology, Guns and Violence, Violence Theory Seminar, Crime Control, Assessing Evidence, Survey Research, Research Design and Causal Inference.

DISSERTATION

Homicide, Capital Punishment, and Gun Ownership:  An Aggregate Analysis of U.S. Homicide Trends from 1947 to 1976.  Department of Sociology, University of Illinois, Urbana.  1979.

PUBLICATIONS (sole author unless otherwise noted)

 BOOKS

1991, Point Blank: Guns and Violence in America.  Hawthorne, N.Y.: Aldine de
2005  Gruyter.  Winner of the 1993 Michael J. Hindelang award of the American Society of Criminology.  Republished in 2005 in paperback by Transaction Publishers.

Reviewed in Contemporary Sociology, American Journal of Sociology, Social Forces, Journal of Criminal Law and Criminology, The Criminologist, The Public Interest, Criminal Law Forum, Social Science Review, Criminal Justice Abstracts, Crime, Criminal Justice and Law Enforcement, Newsletter of Public Policy Currents, Commonweal, Choice, and others.

1997  Targeting Guns: Firearms and their Control. Hawthorne, N.Y.: Aldine de Gruyter.

1997  The Great American Gun Debate: Essays on Firearms and Violence (with Don B. Kates, Jr.).  San Francisco: Pacific Research Institute for Public Policy.

2001  (with Don B. Kates) Armed: New Perspectives on Gun Control.  N.Y.: Prometheus Books.

Selected to Choice: Current Reviews for Academic Libraries' 39th annual "Outstanding Academic Title List," awarded for "excellence in scholarship and presentation, the significance of their contribution to their field, and their value as an important treatment of their topic."  Awarded to less than one percent of books.

2017  (with Brion Sever) Punishment and Crime: The Limits of Punitive Crime Control. NY: Routledge.

5

RESEARCH MONOGRAPH

1979    Bordua, David J., Alan J. Lizotte, and Gary Kleck. <u>Patterns of Firearms Ownership, Use and Regulation in Illinois</u>.  A Report to the Illinois Law Enforcement Commission, Springfield, Illinois.

ARTICLES IN PEER-REVIEWED JOURNALS

1979    "Capital punishment, gun ownership, and homicide." <u>American Journal of Sociology</u> 84(4):882-910.

1981    "Racial discrimination in criminal sentencing: A critical evaluation of the evidence with additional evidence on the death penalty." <u>American Sociological Review</u> 46(6):783-804.

1982    "On the use of self-report data to determine the class distribution of criminal behavior." <u>American Sociological Review</u> 47(3):427-33.

1983    (with David Bordua) "The factual foundation for certain key assumptions of gun control."  <u>Law and Policy Quarterly</u> 5(3):271-298.

1985    "Life support for ailing hypotheses:  modes of summarizing the evidence on racial discrimination in criminal sentencing."  <u>Law and Human Behavior</u> 9(3):271-285.

1986    "Evidence that 'Saturday Night Specials' not very important for crime." <u>Sociology and Social Research</u> 70(4):303-307.

1987    "American's foreign wars and the legitimation of domestic violence." <u>Sociological Inquiry</u> 57(3):237-250.

1988    "Crime control through the private use of armed force."  <u>Social Problems</u> 35(1):1-21.

1988    "Miscounting suicides."  <u>Suicide and Life-Threatening Behavior</u> 18(3):219-236.

1990    (with Susan Sayles) "Rape and resistance."  <u>Social Problems</u> 37(2):149-162.

1991    (with Karen McElrath) "The effects of weaponry on human violence."  <u>Social Forces</u> 69(3):669-92.

1993    (with Miriam DeLone) "Victim resistance and offender weapon effects in robbery." <u>Journal of Quantitative Criminology</u> 9(1):55-82.

1993    (with E. Britt Patterson)  "The impact of gun control and gun ownership levels on violence rates." Journal of Quantitative Criminology 9(3):249-287.

1993    "Bad data and the 'Evil Empire': interpreting poll data on gun control."  Violence and Victims 8(4):367-376.

1995    "Guns and violence: an interpretive review of the field."  Social Pathology 1(1):12-47.

1995    "Using speculation to meet evidence."  Journal of Quantitative Criminology 11(4):411-424.

1995    (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun."  Journal of Criminal Law & Criminology 86(1):150-187.

1996    "Crime, culture conflict and sources of support for gun control: a multi-level application of the General Social Surveys."  American Behavioral Scientist 39(4):387-404.

1996    (with Chester Britt III and David J. Bordua) "A reassessment of the D.C. gun law: some cautionary notes on the use of interrupted time series designs for policy impact assessment." Law & Society Review 30(2):361-380.

1996    (with Chester Britt III and David J. Bordua) "Avoidance and misunderstanding." Law & Society Review 30(2):393-397.

1997    (with Marc Gertz) "The illegitimacy of one-sided speculation: getting the defensive gun use estimate down."  Journal of Criminal Law and Criminology 87(4):1446-1461.

1997    (with Tomislav Kovandzic and Marc Gertz) "Defensive gun use: vengeful vigilante imagery vs. reality: results from the National Self-Defense Survey." Journal of Criminal Justice 26(3):251-258.

1998    (with Marc Gertz) "Carrying guns for protection: results from the National Self-Defense Survey." Journal of Research in Crime and Delinquency 35(2):193-224.

1998    "What are the risks and benefits of keeping a gun in the home?"  Journal of the American Medical Association 280(5):473-475.

1998    (with Charles Crawford and Ted Chiricos) "Race, racial threat, and sentencing of habitual offenders."  Criminology 36(3):481-511.

1999    (with Michael Hogan) "A national case-control study of homicide offending and

gun ownership." Social Problems 46(2):275-293.

1999    "BATF gun trace data and the role of organized gun trafficking in supplying guns to criminals."  St. Louis University Public Law Review 18(1):23-45.

2001    "Can owning a gun really triple the owner's chances of being murdered?" Homicide Studies 5:64-77.

2002    (with Theodore Chiricos) "Unemployment and property crime: a target-specific assessment of  opportunity and motivation as mediating factors." Criminology 40(3):649-680.

2004    "Measures of gun ownership levels for macro-level crime and violence research." Journal of Research in Crime and Delinquency 41(1):3-36.

2004    (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crimes." Criminology 42(4):861-909.

2005    (with Brion Sever, Spencer Li, and Marc Gertz) "The missing link in general deterrence research." Criminology 43(3):623-660.

2006    (with Jongyeon Tark and Jon J. Bellows) "What methods are most frequently used in research in criminology and criminal justice?" Journal of Criminal Justice 34(2):147-152.

2007    "Are police officers more likely to kill African-American suspects?" Psychological Reports 100(1):31-34.

2007    (with Shun-Yung Wang and Jongyeon Tark) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2000-2005." Journal of Criminal Justice Education 18(3):385-405.

2008    (with Jongyeon Tark, Laura Bedard, and Dominique Roe-Sepowitz) "Crime victimization and divorce." International Review of Victimology 15(1):1-17.

2009    "Mass shootings in schools: the worst possible case for gun control."  American  Behavioral Scientist 52:1447-1464.

2009    (with Shun-Yung Wang) "The myth of big-time gun trafficking and the  overinterpretation of gun tracing data." UCLA Law Review 56(5):1233-1294.

2009    (with Tomislav Kovandzic)  "City-level characteristics and individual handgun ownership: effects of collective security and homicide." Journal of Contemporary Criminal Justice 25(1):45-66.

8

2009   (with Marc Gertz and Jason Bratton)  "Why do people support gun control?"
       Journal of Criminal Justice 37(5):496-504.

2011   (with James C. Barnes)  "Article productivity among the faculty of criminology
       and criminal justice doctoral programs, 2005-2009."  Journal of Criminal Justice
       Education 22(1):43-66.

2011   (with Tomislav Kovandzic, Mark Saber, and Will Hauser).  "The effect of
       perceived risk and victimization on plans to purchase a gun for self-protection."
       Journal of  Criminal Justice 39(4):312-319.

2013   (with Will Hauser)  "Guns and fear: a one-way street?"  Crime and Delinquency
       59:271-291.

2013   "Gun control after Heller and McDonald: what cannot be done and what ought to
       be done."  Fordham Urban Law Journal 39(5):1383-1420.

2013   (with J. C. Barnes)  "Deterrence and macro-level perceptions of punishment
       risks: is there a "collective wisdom?"  Crime and Delinquency 59(7):1006-1035.

2013   (with Tomislav Kovandzic and Mark Schaffer) "Estimating the causal effect of
       gun prevalence on homicide rates: A local average treatment effect
       approach."  Journal of Quantitative Criminology 28(4):477-541.

2014   (with Jongyeon Tark) "Resisting rape: the effects of victim self-protection on
       rape completion and injury."  Violence Against Women 23(3): 270-292.

2014   (with J. C. Barnes) "Do more police generate more crime deterrence?"
       Crime and Delinquency 60(5):716-738.

2015   "The impact of gun ownership rates on crime rates:  a methodological review
       of the evidence."  Journal of  Criminal Justice 43(1):40-48.

2016   (with Tomislav Kovandzic and Jon Bellows)  "Does gun control reduce violent
       crime?"  Criminal Justice Review 41:488-513.

2016   "Objective risks and individual perceptions of those risks."  Criminology &
       Public Policy 15:767-775.

2016   (with Dylan Jackson)  "What kind of joblessness affects crime?  A national
       case-control study of serious property crime."  Journal of Quantitative
       Criminology 32:489-513.

2016    "Large-capacity magazines and the casualty counts in mass shootings: the plausibility of linkages." Justice Research and Policy 17:28-47.

2017    (with Will Hauser)  "The impact of police strength and arrest productivity on fear of crime and subjective assessments of the police." American Journal of Criminal Justice 42:86-111.

2017    (with Dylan Jackson)  "Does crime cause punitiveness?" Crime & Delinquency. 63(12):1572-1599.

2017    (with Bethany Mims)  "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2010-2014." Journal of Criminal Justice Education 28(4):467-487.

2018    (with Moonki Hong) "The short-term deterrent effect of executions: an analysis of daily homicide counts."  Crime & Delinquency 64(7):939-970.

2018    "Response errors in survey estimates of defensive gun use." Crime & Delinquency 64(9):1119-1142.

2019    "Macro-level research on the effect of firearms prevalence on suicide rates: a systematic review and new evidence." Social Science Quarterly 100(3):936-950.

2019    "Regulating guns among young adults."  American Journal of Criminal Justice 44:689-704.

2021    "What do CDC's surveys say about the prevalence of defensive gun use?" American Journal of Criminal Justice 46:401-421.

2021    "The continuing vitality of bad research on guns and violence: a comment on Fridel." Justice Quarterly 38(5):916-924.

2021    "Compliance with universal background check gun laws." Journal of Crime and Justice 44(4):414-418.

2021    Tomislav Kovandzic and Kleck.  "The impact of firearm levels on homicide rates: the effects of controlling for cultural differences in cross-national research." American Journal of Criminal Justice 47(1):41-55.

2021    "The futility of nonresponse responses: a reply to Fridel." Justice Quarterly 38(5):943-954.

2022    "The cross-national association of gun ownership rates and suicide rates: an analysis of 192 nations."  Archives of Suicide Research 26(3):1478-1486.

10

.

## OTHER PUBLISHED ARTICLES

1985    "Policy lessons from recent gun control research." Law and Contemporary
Problems 49(1):35-62.

1992    "Assault weapons aren't the problem." New York Times September 1, 1992, p.
A15.  Invited Op-Ed page article.

1993    "The incidence of violence among young people." The Public Perspective 4:3-6.
Invited article.

1994    "Guns and self-protection." Journal of the Medical Association of Georgia 83:42.
Invited editorial.

1998    "Using speculation to meet evidence: reply to Alba and Messner." Journal on
Firearms and Public Policy 9:13-49.

1998    "Has the gun deterrence hypothesis been discredited?" Journal on Firearms and
Public Policy 10:65-75.

1999    "There are no lessons to be learned from Littleton." Criminal Justice Ethics
18(1):2, 61-63.  Invited commentary.

1999    "Risks and benefits of gun ownership - reply." Journal of the American Medical
Association 282(2):136-136.

1999    "The misfire that wounded Colt's." New York Times October 23, 1999.  Invited
Op-Ed page article.

1999    "Degrading scientific standards to get the defensive gun use estimate down."
Journal on Firearms and Public Policy 11:77-137.

2000    "Guns aren't ready to be smart." New York Times March 11, 2000.  Invited Op-
Ed page article.

2000    (with Chester Britt III and David J. Bordua) "The emperor has no clothes: using
interrupted time series designs to evaluate social policy impact." Journal on
Firearms and Public Policy 12:197-247.

2001    "School lesson: armed self-defense works." Wall Street Journal March 27, 2001.
Invited opinion article.

11

2001    "Impossible policy evaluations and impossible conclusions: a comment on Koper and Roth."  Journal of Quantitative Criminology 17:75-80.

2001    "Absolutist politics in a moderate package: prohibitionist intentions of the gun control movement."  Journal on Firearms and Public Policy 13:1-43.

2002    "Research agenda on guns, violence, and gun control."  Journal on Firearms and Public Policy 14:51-72.

2006    "Off target."  New York Sun January 5, 2006.  Invited opinion article.

2009    "How not to study the effect of gun levels on violence rates."  Journal on Firearms and Public Policy 21:65-93.

2011    "Mass killings aren't the real gun problem --- how to tailor gun-control measures to common crimes, not aberrant catastrophes."  Wall Street Journal January 15, 2011.  Invited opinion article.

2011    "The myth of big-time gun trafficking."  Wall Street Journal May 21, 2011. Invited opinion article.

2015    "Defensive gun ownership is not a myth: why my critics still have it wrong." Politico Magazine, February 17, 2015.  Online at Politico.Com.


BOOK CHAPTERS

1984    (with David Bordua)  "The assumptions of gun control."  Pp. 23-48 in Don B. Kates, Jr. (ed.) Firearms and Violence: Issues of Regulation. Cambridge, Mass.: Ballinger.

        (Also appeared in Federal Regulation of Firearms, report prepared by the Congressional Research Service, Library of Congress, for the Committee on the Judiciary, United States Senate, 1982).

1984    "The relationship between gun ownership levels and rates of violence in the U.S." Pp. 99-135 in Kates, above.

1984    "Handgun-only gun control: a policy disaster in the making."  Pp. 167-199 in Kates, above.

1996    "Racial discrimination in criminal sentencing."  Pp. 339-344 in Crime and Society, Volume III – Readings: Criminal Justice, edited by George Bridges, Robert D. Crutchfield, and Joseph G. Weis.  Thousand Oaks, Calif.: Pine

12

Forge Press.

1996    "Gun buy-back programs: nothing succeeds like failure."  Pp. 29-53 in
Under Fire: Gun Buy-Backs, Exchanges and Amnesty Programs, edited by
Martha R. Plotkin.  Washington, D.C.: Police Executive Research Forum.

2000    "Firearms and crime."  Pp. 230-234 in the Encyclopedia of Criminology and
Deviant Behavior, edited by Clifton D. Bryant.  Philadelphia: Taylor
& Francis, Inc.

2001    (with Leroy Gould and Marc Gertz) "Crime as social interaction."  Pp. 101-114 in
What is Crime?: Controversy over the Nature of Crime and What to Do About It,
edited by Stuart Henry and Mark M. Lanier.  Lanham, Md.: Rowman and
Littlefield.

2003    "Constricted rationality and the limits of general deterrence."  Chapter 13 in
Punishment and Social Control: Enlarged Second Edition, edited by Thomas G.
Blomberg.  New York: Aldine de Gruyter.

2004    "The great American gun debate: what research has to say."  Pp. 470-487 in The
Criminal Justice System: Politics and Policies, 9th edition, edited by George F.
Cole, Marc Gertz, and Amy Bunger.  Belmont, CA: Wadsworth-Thomson.

2008    "Gun control." Article in The Encyclopedia of Social Problems, edited by
Vincent N. Parrillo. Thousand Oaks, CA: Sage.

2009    "Guns and crime." Invited chapter.  Pp. 85-92 in 21st Century Criminology: A
Reference Handbook, edited by J. Mitchell Miller. Thousand Oaks, CA: Sage.

2012    Kovandzic, Tomislav, Mark E. Schaffer, and Gary Kleck. "Gun prevalence,
homicide rates and causality: A GMM approach to endogeneity bias."  Chapter
6, pp. 76-92 in The Sage Handbook of Criminological Research Methods, edited
by David Gadd, Susanne Karstedt, and  Steven F. Messner.  Thousand Oaks, CA:
Sage.

2012    (with Kelly Roberts) "What survey modes are most effective in eliciting
self-reports of criminal or delinquent behavior?"  Pp. 415-439 in Handbook of
Survey Methodology for the Social Sciences, edited by Lior Gideon.  NY:
Springer.

2013    "An overview of gun control policy in the United States."  Pp. 562-579 in The
Criminal Justice System, 10th edition. Edited by George F. Cole and Marc G.
Gertz. Wadsworth.

13

2014   "Deterrence: actual vs. perceived risk of punishment.  Article in Encyclopedia of Criminology and Criminal Justice.  Berlin: Springer Verlag.

2019   "The effect of firearms on suicide."  Pp. 309-329 in Gun Studies: Interdisciplinary Approaches to Politics, Policy, and Practice, edited by Jennifer Carlson, Kristin Goss, and Harel Shapira. NY: Routledge.

2019   "Gun control."  Pp. 153-166 in The Handbook of Social Control, edited by Mattieu Deflem.  Hoboken, NJ: Wiley-Blackwell.

2021   "Research on guns and crime."  Chapter in The Encyclopedia of Research Methods and Statistical Techniques in Criminology and Criminal Justice, edited by J. C. Barnes and David R. Forde for Wiley Blackwell.

BOOK REVIEWS

1978   Review of Murder in Space City: A Cultural Analysis of Houston Homicide Patterns, by Henry Lundsgaarde.  Contemporary Sociology 7:291-293.

1984   Review of Under the Gun, by James Wright et al. Contemporary Sociology 13:294-296.

1984   Review of Social Control, ed. by Jack Gibbs.  Social Forces 63: 579-581.

1985    Review of Armed and Considered Dangerous, by James Wright and Peter Rossi, Social Forces 66:1139-1140.

1988   Review of The Citizen's Guide to Gun Control, by Franklin Zimring and Gordon Hawkins, Contemporary Sociology 17:363-364.

1989   Review of Sociological Justice, by Donald Black, Contemporary Sociology 19:261-3.

1991   Review of Equal Justice and the Death Penalty, by David C. Baldus, George G. Woodworth, and Charles A. Pulaski, Jr.  Contemporary Sociology 20:598-9.

1999    Review of Crime is Not the Problem, by Franklin E. Zimring and Gordon Hawkins.  American Journal of Sociology 104(5):1543-1544.

2001   Review of Gun Violence: the Real Costs, by Philip J. Cook and Jens Ludwig. Criminal Law Bulletin 37(5):544-547.

2010   Review of  Homicide and Gun Control: The Brady Handgun Violence Prevention

14

Act and Homicide Rates, by J. D. Monroe. Criminal Justice Review 35(1):118-120.

## LETTERS PUBLISHED IN SCHOLARLY JOURNALS

1987    "Accidental firearm fatalities."  American Journal of Public Health 77:513.

1992    "Suicide in the home in relation to gun ownership." The New England Journal of Medicine 327:1878.

1993    "Gun ownership and crime."  Canadian Medical Association Journal 149:1773-1774.

1999    "Risks and benefits of gun ownership."  Journal of the American Medical Association 282:136.

2000    (with Thomas Marvell) "Impact of the Brady Act on homicide and suicide rates." Journal of the American Medical Association 284:2718-2719.

2001    "Violence, drugs, guns (and Switzerland)."  Scientific American 284(2):12.

2002    "Doubts about undercounts of gun accident deaths." Injury Prevention Online (September 19, 2002). Published online at http://ip.bmjjournals.com/cgi/eletters /8/3/252.

2005    "Firearms, violence, and self-protection."  Science 309:1674. September 9, 2005.

## UNPUBLISHED REPORT

1987    Violence, Fear, and Guns at Florida State University: A Report to the President's Committee on Student Safety and Welfare. Reports results of campus crime victimization survey and review of campus police statistics on gun violence (32 pages).

## RESEARCH FUNDING

1994    "The Impact of Drug Enforcement on Urban Drug Use Levels and Crime Rates." $9,500 awarded by the U.S. Sentencing Commission.

1997    "Testing a Fundamental Assumption of Deterrence-Based Crime Control Policy." $80,590 awarded by the Charles E. Culpeper Foundation to study the link between actual and perceived punishment levels.

15

PRESENTED PAPERS

1976   "Firearms, homicide, and the death penalty:  a simultaneous equations analysis." Presented at the annual meetings of the Illinois Sociological Association, Chicago.

1979   "The assumptions of gun control."  Presented at the annual meetings of the American Sociological Association, New York City.

1981   "Lethality comparisons between handguns and weapons which might be substituted in assault if handguns were prohibited."  Presented at the annual meetings of the American Society of Criminology, Washington, D.C.

1982   "Life support for ailing hypotheses:  Modes of summarizing the evidence on racial discrimination."  Presented at the annual meetings of the American Society of Criminology, Toronto.

1984   "Policy lessons from recent gun control research."  Presented at the Duke University Law School Conference on Gun Control.

1985   "Policy lessons from recent gun control research." Presented at the annual meetings of the American Society of Criminology, San Diego.

1986   "Miscounting suicides."  Presented at the annual meetings of the American Sociological Association, Chicago.

1987   (with Theodore G. Chiricos, Michael Hays, and Laura Myers) "Unemployment and crime: a comparison of motivation and opportunity effects."  Presented at the annual meetings of the American Society of Criminology, Montreal.

1988   "Suicide, guns and gun control."  Presented at the annual meetings of the Popular Culture Association, New Orleans.

1988   (with Susan Sayles)  "Rape and resistance."  Presented at the annual meetings of the American Society of Criminology, Chicago.

1989   (with Karen McElrath)  "The impact of weaponry on human violence." Presented at the annual meetings of the American Sociological Association, San Francisco.

1989   (with Britt Patterson)  "The impact of gun control and gun ownership levels on city violence rates."  Presented at the annual meetings of the American Society of Criminology, Reno.

1990    "Guns and violence: a summary of the field."  Presented at the annual meetings of the American Political Science Association, Washington, D.C.

1991    "Victim resistance and weapons effects in robbery."  Presented at the annual meetings of the American Society of Criminology, San Francisco.

1991    "News media bias in covering gun control issues."  Presented at the annual meetings of the American Society of Criminology, San Francisco.

1992    "Interrupted time series designs: time for a re-evaluation."  Presented at the annual meetings of the American Society of Criminology, New Orleans.

1993    (with Chester Britt III and David J. Bordua) "The emperor has no clothes: Using interrupted time series designs to evaluate social policy impact." Presented at the annual meetings of the American Society of Criminology, Phoenix.

1993    "Crime, culture conflict and support for gun laws: a multi-level application of the General Social Surveys."  Presented at the annual meetings of the American Society of Criminology, Phoenix.

1994    (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun."   Presented at the annual meetings of the American Society of Criminology, Miami.

1995    (with Tom Jordan) "The impact of drug enforcement and penalty levels on urban drug use levels and crime rates."  Presented at the annual meetings of the American Society of Criminology, Boston.

1996    (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." Presented at the annual meetings of the American Society of Criminology, Chicago.

1997    "Evaluating the Brady Act and increasing the utility of BATF tracing data."  Presented at the annual meetings of the Homicide Research Working Group, Shepherdstown, West Virginia.

1997    "Crime, collective security, and gun ownership: a multi-level application of the General Social Surveys."  Presented at the annual meetings of the American Society of Criminology, San Diego.

1998    (with Brion Sever and Marc Gertz) "Testing a fundamental assumption of deterrence-based crime control policy."  Presented at the annual meetings of the American Society of Criminology, Washington, D.C.

17

1998    "Measuring macro-level gun ownership levels." Presented at the annual meetings of the American Society of Criminology, Washington, D.C.

1999    "Can owning a gun really triple the owner's chances of being murdered?" Presented at the annual meetings of the American Society of Criminology, Toronto.

2000    "Absolutist politics in a moderate package: prohibitionist intentions of the gun control movement."  Presented at the annual meetings of the American Society of Criminology, San Francisco.

2001    (with Tomislav V. Kovandzic) "The impact of gun laws and gun levels on crime rates."  Presented at the annual meetings of the American Society of Criminology, Atlanta.

2001    "Measures of gun ownership levels for macro-level violence research."  Presented at the annual meetings of the American Society of Criminology, Atlanta.

2002    "The effects of gun ownership levels and gun control laws on urban crime rates." Presented at the annual meetings of the American Society of Criminology, Chicago.

2003    (with Tomislav V. Kovandzic) "The effect of gun levels on violence rates depends on who has them." Presented at the annual meetings of the American Society of Criminology, Denver.

2003    (with KyuBeom Choi) "Filling in the gap in the causal link of deterrence." Presented at the annual meetings of the American Society of Criminology, Denver.

2004    (with Tomislav Kovandzic) "Do violent crime rates and police strength levels in the community influence whether individuals own guns?"  Presented at the annual meetings of the American Society of Criminology, Nashville.

2004    (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crime."  Presented at the annual meetings of the American Society of Criminology, Nashville.

2004    (with Jongyeon Tark) "The impact of self-protection on rape completion and injury."  Presented at the annual meetings of the American Society of Criminology, Nashville.

2004    (with Kyubeom Choi) "The perceptual gap phenomenon and deterrence as psychological coercion." Presented at the annual meetings of the American

Society of Criminology, Nashville.

2005    (with Jongyeon Tark) "Who resists crime?" Presented at the annual meetings of the American Society of Criminology, Toronto.

2005    (with Jongyeon Tark and Laura Bedard) "Crime and marriage." Presented at the annual meetings of the American Society of Criminology, Toronto.

2006    (with Shun-Yang Kevin Wang) "Organized gun trafficking, 'crime guns,' and crime rates." Presented at the annual meetings of the American Society of Criminology, Los Angeles.

2006    "Are police officers more likely to kill black suspects?" Presented at the annual meetings of the American Society of Criminology, Los Angeles.

2007    (with Shun-Yang Kevin Wang) "The myth of big-time gun trafficking. "Presented at the annual meetings of the American Society of Criminology, Atlanta.

2007    (with Marc Gertz and Jason Bratton) "Why do people support gun control?" Presented at the annual meetings of the American Society of Criminology, Atlanta.

2010    (with J. C. Barnes) "Deterrence and macro-level perceptions of punishment risks: Is there a "collective wisdom?" Presented at the annual meetings of the American Society of Criminology, St. Louis.

2011    "The myth of big-time gun trafficking." Presented at UCLA Law Review Symposium, "The Second Amendment and the Right to Bear Arms After DC v. Heller." January 23, 2009, Los Angeles.

2009    (with Shun-Yung Wang) "Employment and crime and delinquency of working youth: A longitudinal study of youth employment." Presented at the annual meetings of the American Society of Criminology, November 6, 2009, Philadelphia, PA.

2009    (with J. C. Barnes) "Do more police generate more deterrence?" Presented at the annual meetings of the American Society of Criminology, November 4, 2009, Philadelphia, PA.

2010    (with J. C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Presented at the annual meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

19

2012    (with Will Hauser) "Fear of crime and gun ownership."  Presented at the annual meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010    "Errors in survey estimates of defensive gun use frequency: results from national Internet survey experiments."  Presented at the annual meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2010    (with Mark Faber and Tomislav Kovandzic)  "Perceived risk, criminal victimization, and prospective gun ownership."  Presented at the annual meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2013    (with Shun-young Wang) "The impact of job quality and career commitment on delinquency: conditional or universal?"  Presented at the annual meetings of the American Society of Criminology, November 17, 2011, Washington, D.C.

2011    (with Moonki Hong) "The short-term deterrent effect of executions on homicides in the United States, 1984-1998."  Presented at the annual meetings of the American Society of Criminology, November 16, 2011, Washington, D.C.

2011    (with Kelly Roberts)  "Which survey modes are most effective in getting people to admit illegal behaviors?"  Presented at the annual meetings of the American Society of Criminology, November 17, 2011, Washington, D.C.

2011    (with Will Hauser)  "Pick on someone your own size: do health, fitness, and size influence victim selection?" Presented at the annual meetings of the American Society of Criminology, November 18, 2011, Washington, D.C.

2011    (with Tomislav Kovandzic) "Is the macro-level crime/punishment association spurious?"  Presented at the annual meetings of the American Society of Criminology, November 18, 2011, Washington, D.C.

2012     (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study."  Presented at the annual meetings of the American Society of Criminology, November 15, 2012, Chicago, IL.

2013    (with Will Hauser) "Confidence in the Police and Fear of Crime: Do Police Force Size and Productivity Matter?"  Presented at the annual meetings of the American Society of Criminology, November 22, 2013, Atlanta, GA.

2013.    (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study."  Presented at the annual meetings of the American Society of Criminology, November 22, 2013, Atlanta, GA.

20

2014    (with Dylan Jackson) "Does Crime Cause Punitiveness?"  Presented at the annual meetings of the American Society of Criminology, November 20, 2014, San Francisco, CA.

2015    "The effect of large capacity magazines on the casualty counts in mass shootings."  Presented at the annual meetings of the American Society of Criminology, November 18, 2015, Washington, D.C.

2015    (with Bethany Mims) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2010-2014."  Presented at the annual meetings of the American Society of Criminology, November 20, 2015, Washington, D.C.

2016    "Firearms and the lethality of suicide methods."  Presented at the annual meetings of the American Society of Criminology, November 16, 2016, New Orleans, L.A.

2017    "Macro-level research on the effect of firearms prevalence on suicide rates: a systematic review and new evidence."  Presented at the annual meetings of the American Society of Criminology, November 15, 2017, Philadelphia, PA.

2018    "Interstate gun movement is almost entirely due to migration, not gun trafficking." Presented at the annual meetings of the American Society of Criminology, November 16,  2018, Atlanta, GA.

2019    "What do CDC's surveys say about the prevalence of defensive gun use?" Presented at the annual meetings of the American Society of Criminology, November 13, 2019, San Francisco, CA.

2020   "Compliance with universal background check requirements."  Accepted to be presented at the annual meetings of the American Society of Criminology that were to be held in Washington, D.C., November 18-21, 2020, but were cancelled due to Covid-19 issues.

2021   "Do mass shooters favor using large-capacity magazines?"  Presented at the annual meetings of the American Society of Criminology, November 18, 2021, Chicago IL.

2022   "Is the relationship between gun control and violence spurious?"  Presented at the annual meetings of the American Society of Criminology, November 18, 2022, Atlanta, GA.

CHAIR

1983    Chair, session on Race and Crime.  annual meetings of the American Society of Criminology, Denver.

1989    Co-chair (with Merry Morash), roundtable session on problems in analyzing the National Crime Surveys.  annual meetings of the American Society of Criminology, Reno.

1994    Chair, session on Interrupted Time Series Designs. annual meetings of the American Society of Criminology, New Orleans.

1993    Chair, session on Guns, Gun Control, and Violence. annual meetings of the American Society of Criminology, Phoenix.

1995    Chair, session on International Drug Enforcement. annual meetings of the American Society of Criminology, Boston.

1999    Chair, Author-Meets-Critics session, More Guns, Less Crime.  annual meetings of the American Society of Criminology, Toronto.

2000    Chair, session on Defensive Weapon and Gun Use.  annual meetings of the American Society of Criminology, San Francisco.

2002    Chair, session on the Causes of Gun Crime. annual  meetings of the American Society of Criminology, Chicago.

2004    Chair, session on Protecting the Victim.  annual meetings of the American Society of Criminology, Nashville.

DISCUSSANT

1981    Session on Gun Control Legislation, annual meetings of the American Society of Criminology, Washington, D.C.

1984    Session on Criminal Sentencing, annual meetings of the American Society of Criminology, Cincinnati.

1986    Session on Sentencing, annual meetings of the American Society of Criminology, Atlanta.

1988    Session on Gun Ownership and Self-protection, annual meetings of the Popular Culture Association, Montreal.

1991    Session on Gun Control, annual meetings of the American Statistical Association, Atlanta, Ga.

22

1995    Session on International Drug Enforcement, annual meetings of the American Society of Criminology, Boston.

2000    Session on Defensive Weapon and Gun Use, annual meetings of the American Society of Criminology, San Francisco.

2004    Author-Meets-Critic session on Guns, Violence, and Identity Among African-American and Latino Youth, by Deanna Wilkinson.  annual meetings of the American Society of Criminology, Nashville.

2007    Session on Deterrence and Perceptions, University of Maryland 2007 Crime & Population Dynamics Summer Workshop, Aspen Wye River Center, Queenstown MD, June 4, 2007.

2009    Session on Guns and Crime, at the DeVoe Moore Center Symposium On The Economics of Crime, March 26-28, 2009**.**

2014    Panel discussion of news media coverage of high profile crimes Held at the Florida Supreme Court On September 24-25, 2012, sponsored by the Florida Bar Association as part of their 2012 Reporters' Workshop.

## PROFESSIONAL SERVICE

Editorial consultant -
American Sociological Review
American Journal of Sociology
Social Forces
Social Problems
Law and Society Review
Journal of Research in Crime and Delinquency
Social Science Research
Criminology
Journal of Quantitative Criminology
Justice Quarterly
Journal of Criminal Justice
Violence and Victims
Violence Against Women
Journal of the American Medical Association
New England Journal of Medicine
American Journal of Public Health
Journal of Homicide Studies

Grants consultant, National Science Foundation, Sociology Program.

23

Member, Gene Carte Student Paper Committee, American Society of Criminology, 1990.

Area Chair, Methods Area, American Society of Criminology, annual meetings in Miami, November, 1994.

Division Chair, Guns Division, American Society of Criminology, annual meetings in Washington, D.C., November, 1998.

Dissertation evaluator, University of Capetown, Union of South Africa, 1998.

Division Chair, Guns Division, American Society of Criminology, annual meetings in Washington, D.C., November, 1999.

Member of Academy of Criminal Justice Sciences selection committee for Editor of Justice Quarterly, 2007.

Outside reviewer of Dr. J. Pete Blair for promotion to Full Professor in the School of Criminal Justice at Texas State University, San Marcos, 2014.

UNIVERSITY SERVICE

Member, Master's Comprehensive Examination Committee, School of Criminology, 1979-1982.

Faculty Advisor, Lambda Alpha Epsilon (FSU chapter of American Criminal Justice Association), 1980-1988.

Faculty Senate Member, 1984-1992.

Carried out campus crime survey for President's Committee on Student Safety and Welfare, 1986.

Member, Strategic Planning and Budgeting Review Committee for Institute for Science and Public Affairs, and Departments of Physics and Economics, 1986.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology, Summer, 1986.

Member, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology, Summer, 1986 to 2016.

Chair, Committee on Graduate Assistantships, School of Criminology, Spring, 1987.

24

Chair, Ad Hoc Committee on Computers, School of Criminology,  Fall, 1987.

Member, Recruitment Committee, School of Criminology,  Spring, 1988; Spring, 1989; and 1989-90 academic year.

Member, Faculty Senate Committee on Computer-Related Curriculum, Spring, 1988 to Fall, 1989.

Chair, Ad Hoc Committee on Merit Salary Distribution, School of Criminology, Spring, 1988.

Chair, Ad Hoc Committee on Enrollment Strains, Spring, 1989.

Member, Graduate Handbook Committee, School of Criminology,  Spring, 1990.

Member, Internal Advisement Committee, School of Criminology Spring, 1990.

University Commencement Marshall, 1990 to 1993.

Member, School of Criminology and Criminal Justice Teaching Incentive Program award committee.

Chair, Faculty Recruitment Committee, School of Criminology and Criminal Justice, 1994-1995.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 1994-1995.

Member, University Computer and Information Resources  Committee, 1995-1998.

Member, University Fellowship Committee, 1995 to 2000.

Member, University Library Committee, 1996 to 1999.

Chair, Electronic Access Subcommittee, University Library Committee, 1998 to 1999.

Member, Ad Hoc Committee on Merit Salary Increase Allocation, School of Criminology and Criminal Justice, 1998-1999.

Member, Academic Committee, School of Criminology and Criminal Justice, 2000-2008t.

Member, Recruiting Committee, School of Criminology and Criminal Justice, 2000-2001.

Member, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2000-2008.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 2000-2002.

Chair, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2001-2002.

Faculty Adviser, School of Criminology and Criminal Justice Graduate Student Association, 2001-2010.

Member, ad hoc committee on survey research, School of Criminology and Criminal Justice, 2002.

Coordinator of Parts 2 and 4 of the School of Criminology and Criminal Justice Unit Review, 2002.

Chair, Academic Committee, School of Criminology and Criminal Justice, 2002-2003.

Director, Honors Programs, School of Criminology and Criminal Justice, 2002-?.

Member, University Promotion and Tenure Committee, Fall, 2003 to ?.

Member of University Graduate Policy Committee, Fall 2003 to 2011.

Director of Graduate Studies, School (later College) of Criminology and Criminal Justice, April 2004 to May 2015.

Chair, Promotion and Tenure Committee, College of Criminology and Criminal Justice, 2005-2006

Served as major professor on Area Paper by Christopher Rosbough, completed in 2012.

Served as member of dissertation committee of Kristen Lavin, dissertation completed in 2012.

Served as member of dissertation committee of Elizabeth Stupi, dissertation completed in 2013.

Served as outside member on two dissertation committees in 2014-2015: Brian Meehan in the Department of Economics and Adam Weinstein in the English Department. Both dissertations were completed.

Served as major professor on Area Paper on legalization of marijuana for Pedro Juan Matos Silva, Spring 2015.  Paper completed.

Served as major professor for doctoral students, Moonki Hong who defended his dissertation on April 14, 2016.

PUBLIC SERVICE

Television, radio, newspaper, magazine, and Internet interviews concerning gun control, racial bias in sentencing, crime statistics, and the death penalty.  Interviews and other kinds of news media contacts include Newsweek, Time, U.S. News and World Report, New York Times, Washington Post, Chicago Tribune, Los Angeles Times, USA Today, Boston Globe, Wall Street Journal, Kansas City Star, Philadelphia Inquirer, Philadelphia News, Atlanta Constitution, Atlanta Journal, Arizona Republican, San Antonio Express-News, Dallas Morning News, Miami Herald, Tampa Tribune, Jacksonville Times-Union, Womens' Day,    Harper's Bazaar, Playboy, CBS-TV (60 Minutes; Street Stories) ABC-TV (World News Tonight; Nightline), NBC-TV (Nightly News), Cable News Network, Canadian Broadcasting Company, National Public Radio, Huffington Post, PolitiFact.com, and many others.

Resource person, Subcommittee on Crime and Justice, (Florida House) Speaker's Advisory Committee on the Future,  February 6-7, 1986, Florida State Capitol.

Testimony before the U.S. Congress, House Select Committee on Children, Youth and Families, June 15, 1989.

Discussant, National Research Council/National Academy of Sciences Symposium on the Understanding and Control of Violent Behavior, April 1-4, 1990, Destin, Florida.

Colloquium on manipulation of statistics relevant to public policy, Statistics Department, Florida State University, October, 1992.

Speech to faculty, students, and alumni at Silver Anniversary of Northeastern University College of  Criminal Justice, May 15, 1993.

Speech to faculty and students at Department of Sociology, University of New Mexico, October, 1993.

Speech on the impact of gun control laws, annual meetings of the Justice Research and Statistics Association, October, 1993, Albuquerque, New Mexico.

Testimony before the Hawaii House Judiciary Committee, Honolulu, Hawaii, March 12, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, March 18, 1994.

Delivered the annual Nettler Lecture at the University of Alberta, Edmonton, Canada, March 21, 1994.

Member, Drugs-Violence Task Force, U.S. Sentencing  Commission, 1994-1996.

Testimony before the Pennsylvania Senate Select Committee to Investigate the Use of Automatic and Semiautomatic Firearms, Pittsburgh, Pennsylvania, August 16, 1994.

Delivered lectures in the annual Provost's Lecture Series, Bloomsburg University, Bloomsburg, Pa., September 19, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, June 29, 1995.

Speech to personnel in research branches of crime-related State of Florida agencies, Research and Statistics Conference, sponsored by the Office of the State Courts Administrator, October 19, 1995.

Speech to the Third Annual Legislative Workshop, sponsored by the James Madison Institute and the Foundation for Florida's Future, February 5, 1998.

Speech at the Florida Department of Law Enforcement on the state's criminal justice research agenda, December, 1998.

Briefing on news media coverage of guns and violence issues, to the Criminal Justice Journalists organization, at the American Society of Criminology annual meetings in Washington, D.C., November 12, 1998.

Briefing on gun control strategies to the Rand Corporation conference on "Effective Strategies for Reducing Gun Violence,"  Santa Monica, Calif., January 21, 2000.

Speech on deterrence to the faculty of the Florida State University School of Law, February 10, 2000.

Invited address on links between guns and violence to the National Research Council Committee on Improving Research Information and Data on Firearms, November 15-16, 2001, Irvine, California.

Invited address on research on guns and self-defense to the National Research Council Committee on Improving Research Information and Data on Firearms, January 16-17,

28

2002, Washington, D.C.

Invited address on gun control, Northern Illinois University, April 19, 2002.

Invited address to the faculty of the School of Public Health, University of Alabama, Birmingham, 2004.

Invited address to the faculty of the School of Public Health, University of Pennsylvania, March 5, 2004.

Member of Justice Quarterly Editor Selection Committee, Academy of Criminal Justice Sciences, Spring 2007

Testified before the Gubernatorial Task Force for University Campus Safety, Tallahassee, Florida, May 3, 2007.

Gave public address, "Guns & Violence: Good Guys vs. Bad Guys," Western Carolina University, Cullowhee, North Carolina, March 5, 2012.

Invited panelist, Fordham Law School Symposium, "Gun Control and the Second Amendment," New York City, March 9, 2012.

Invited panelist, community forum on "Students, Safety & the Second Amendment," sponsored by the Tallahassee Democrat.

Invited address at University of West Florida, Department of Justice Studies, titled "Guns, Self-Defense, and the Public Interest," April 12, 2013.

Member, National Research Council Committee on Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-related Violence, May 2013.

Invited address at Davidson College, Davidson, NC, April 18, 2014. Invited by the Department of Philosophy.

Public lecture, "Do Guns Cause Homicide?," Center for the Study of Liberal Democracy, University of Wisconsin-Madison, December 5, 2018.

OTHER ITEMS
> Listed in:
>> Marquis Who's Who
>> Marquis Who's Who in the South and Southwest
>> Who's Who of Emerging Leaders in America
>> Contemporary Authors
>> Directory of American Scholars

29

Writer's Directory

Participant in First National Workshop on the National Crime Survey, College Park, Maryland, July, 1987, co-sponsored by the Bureau of Justice Statistics and the American Statistical Association.

Participant in Second National Workshop on the National Crime Survey, Washington, D.C., July, 1988.

Participant, Seton Hall Law School Conference on Gun Control, March 3, 1989.

Debater in Intelligence Squared program, on the proposition "Guns Reduce Crime." Rockefeller University, New York City, October 28, 2008.  Podcast distributed through National Public Radio.  Further details are available at http://www.intelligencesquaredus.org/Event.aspx?Event=36.

Subject of cover story, "America Armed," in Florida State University Research in Review, Winter/Spring 2009.

Grants reviewer, Social Sciences and Humanities Research Council of Canada, 2010.

Named one of "25 Top Criminal Justice Professors" in the U.S. by Forensics Colleges website (http://www.forensicscolleges.com/), 2014.

**Appendix B**

Bureau of Alcohol, Tobacco and Firearms (ATF). 2000. Following the Gun: Enforcing Federal Laws Against Firearms Traffickers.

Bureau of Alcohol, Tobacco and Firearms (ATF). 2021. Firearms Trace Data: Minnesota – 2021. Available at https://www.atf.gov/resource-center/firearms-trace-data-minnesota-2021#disclaimer.

Bureau of Alcohol, Tobacco and Firearms (ATF). 2022.  National Firearms Commerce and Trafficking Assessment: Part III: Firearm Trafficking Channels and Methods Used.  Available at https://www.atf.gov/firearms/docs/report/nfcta-volume-iii-part-iii/download.

Bureau of Alcohol, Tobacco and Firearms (ATF). 2023.  Report of Active Firearms Licenses - License Type by State Statistics.  Available at https://www.atf.gov/sites/default/files/ffl_pdf/0323-ffl-list-type-by-state.pdf.

Bureau of Alcohol, Tobacco and Firearms (ATF). 2024.  Enhanced Regulatory Enforcement Policy.  Available at https://www.atf.gov/rules-and-regulations/enhanced-regulatory-enforcement-policy.

Bureau of Justice Statistics (BJS) 2022. Trends and Patterns in Firearm Violence, 1993–2018. Available at https://bjs.ojp.gov/content/pub/pdf/tpfv9318.pdf.

Gove, Walter R., Michael Hughes, and Michael Geerken 1985.  "Are Uniform Crime Reports a valid indicator of Index crimes?"  Criminology 23(3):451-501.

Kleck, Gary. 1997.  Targeting Guns: Firearms and their Control.  NY: Aldine.

Koper, Christopher S. 2005.  "Purchase of multiple firearms as a risk factor for criminal gun use."  Criminology and Public Policy 4(4):749-778.

May, David C., and G. Roger Jarjoura.  Illegal Guns in the Wrong Hands. Lanham: University Press of American.

Minnesota Department of Public Safety. 2024.  Uniform Crime Report.  Available online at dps.mn.gov/divisions/bca/bca-divisions/mnjis/Pages/uniform-crime-reports.aspx.

Sheley, Joseph F. and James D. Wright.  1995.  In the Line of Fire.  NY: Aldine.

State of Minnesota. 2024.  First Amended Complaint. United States District Court, District of Minnesota

Wintemute, Garen. 2010. "Firearm retailers' willingness to participate in illegal gun purchase." Journal of Urban Health 87(5):865-878.

Wright, James D. and Peter H. Rossi. 1986.  Armed and Considered Dangerous: A Survey of Felons and their Firearms.  NY: Aldine.