**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>    Plaintiff,<br><br>    v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>    Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**DECLARATION OF ANDREW W. DAVIS IN SUPPORT OF FLEET FARM'S OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF GARY KLECK** |

I, Andrew W. Davis, state that the following are true and correct factual statements of which I have personal knowledge:

1.      I am a partner at Stinson LLP and am licensed to practice law in the State of Minnesota.

2.      I am one of the attorneys representing Defendants Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC (together, "Fleet Farm") in the above-captioned matter.

3.      I submit this declaration in support of Fleet Farm's Opposition to Motion to Exclude Expert Testimony of Gary Kleck.

4.      Attached as **Exhibit A** is at true and correct copy of the October 4, 2024 Initial Expert Report of William B. Napier.

5.      Attached as **Exhibit B** is a true and correct copy of the October 4, 2024 Initial Expert Report of Andrew Graham.

- 2 -

6.      Attached as **Exhibit C** is at true and correct copy of the November 1, 2024 Rebuttal Expert Report of William B. Napier.

7.      Attached as **Exhibit D** is at true and correct copy of the November 1, 2024 Rebuttal Expert Report of Andrew Graham.

8.      Attached as **Exhibit E** is a true and correct copy of excerpts from the February 6, 2025 deposition of Joseph Bisbee.

9.      Attached as **Exhibit F** is a true and correct copy of Plaintiff's Deposition Exhibit 215, which was used during the deposition of Gary Kleck, and has not been produced in this case.

This declaration is made pursuant to 28 U.S.C. § 1746, and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 25, 2025, in Minneapolis, Minnesota.

*/s/ Andrew W. Davis*
Andrew W. Davis

- 2 -