**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>　　　　Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**DECLARATION OF ERIC J. MALONEY IN OPPOSITION TO FLEET FARM'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF JOSEPH BISBEE** |

I, Eric J. Maloney, Assistant Attorney General for the State of Minnesota, declare as follows:

1.　I am an Assistant Attorney General licensed to practice law in the State of Minnesota. I am one of the attorneys representing the State of Minnesota in the above-captioned matter and am familiar with the facts underlying this action.

2.　Attached as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Joseph Bisbee on February 6, 2025 (filed under seal).

3.　Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Andrew Graham on January 16, 2025 (filed under seal).

4.　Attached as Exhibit 3 is a true and correct copy of excerpts from the Deposition of William Napier on January 30, 2025 (filed under seal).

5.　Attached as Exhibit 4 is a true and correct copy of the Expert Report of Andrew Graham dated October 4, 2024 (filed under seal).

6.      Attached as Exhibit 5 is a true and correct copy of the Expert Report of William B. Napier, LPC dated October 3, 2024 (filed under seal).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2025, in St. Paul, Minnesota.

/s/ **Eric J. Maloney**
Eric J. Maloney