UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Plaintiff's Exhibit

2

- - - - - - - - - - - - - - - - x

STATE OF MINNESOTA, BY ITS      :

ATTORNEY GENERAL, KEITH         :

ELLISON,                        :

     Plaintiff,              :Case No.

  vs.                           :0:22-cv-02694-JRT-JFD

FLEET FARM LLC, FLEET FARM       :

GROUP LLC, ET AL., and FLEET   :

FARM WHOLESALE SUPPLY CO. LLC,:

     Defendants.             :

- - - - - - - - - - - - - - - - x

DEPOSITION OF ANDREW GRAHAM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Washington, DC

Thursday, January 16, 2025

REPORTED BY:

  CARMEN SMITH

P R O C E E D I N G S

Whereupon,

ANDREW GRAHAM

was called as a witness and, having first been duly sworn, was examined and testified as follows:

MR. DAVIS:  Ms. Moerke, before we begin, as we just discussed before going on the record, we will designate this deposition transcript as confidential pursuant to the protective order in this case.

MS. MOERKE:  That's just fine, thank you.

EXAMINATION

BY MS. MOERKE:

Q    Good morning, Mr. Graham.  We met very briefly right before we began.  I am Katie Moerke. I am an attorney representing the State of Minnesota in the lawsuit against Fleet Farm.

A    Okay.

Q    Is this your first deposition?

A    Yes.

Q    We're going to go over some ground rules. First of all, we need to speak one at a time so that our court reporter can make a clear record.

Do you understand?

A    Yes.

Q    And we looked at NSSF training materials that also correspond with the warning signs identified by Mr. Bisbee; right?

A    Yes.

Q    Is there any warning sign that Mr. Bisbee identified that -- you list them all in your report here, can you point to any right now that we did not see reflected in materials we reviewed today?

A    When you include information cultivated in, I believe, Chicago and Indianapolis and the NSSF, that's a wide swath of indicators.

Q    So I think that means the answer is no?

A    That's correct.

Q    And certainly it's not your opinion that Fleet Farm is only responsible for watching for warning signs -- only responsible for watching for warning signs in that particular PowerPoint presentation you cited; right?

A    That's correct.

MS. MOERKE:  Can we go off the record?

MR. DAVIS:  Yes.

(Discussion off the record.)

(Recess.)

BY MS. MOERKE:

Q    Mr. Graham, would you look at Exhibit 210,

CERTIFICATE OF NOTARY PUBLIC & REPORTER

I, CARMEN SMITH, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn; that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

                    CARMEN SMITH
               Notary Public in and for the
               District of Columbia

My Commission Expires:  MARCH 31, 2028

CERTIFICATE OF NOTARY PUBLIC & REPORTER

I, CARMEN SMITH, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn, that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction, that said deposition is a true record of the testimony given by said witness, that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action



------------------------------

Notary Public in and for the
District of Columbia


My Commission Expires    MARCH 31, 2028