# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>    Plaintiff,<br><br>  v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>    Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**LOCAL RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

    I, Todd A. Noteboom, certify that Fleet Farm's Opposition to Motion for Summary Judgment on Fleet Farm Affirmative Defenses ("Opposition") complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h) because: (1) it contains 5,784 words, excluding the parts of the Opposition exempted by Local Rule 7.1(f)(1)(C); and (2) it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in a 13-point Times New Roman font in the text and footnotes.

Dated: April 25, 2025

                                                          */s/ Todd A. Noteboom*
                                                          Todd A. Noteboom

                                                         **ATTORNEY FOR DEFENDANTS**