**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>        Plaintiff,<br><br>    v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>        Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br><br>**STATEMENT REGARDING CONFIDENTIAL EXHIBITS FILED UNDER SEAL** |

Plaintiff filed Exhibits 1 through 5 (ECF Nos. 214, 214-1, 214-2, 214-3, 214-4) under seal pursuant to confidential designation and the Court's protective order (ECF No. 49). The entire documents are designated as confidential.

Dated: April 25, 2025

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY (#030234X)
Deputy Attorney General

**/s/ Eric J. Maloney**
ERIC J. MALONEY (#0396326)
Assistant Attorney General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
eric.maloney@ag.state.mn.us
Telephone: (651) 757-1021