**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>      Plaintiff,<br><br>   v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>      Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**DECLARATION OF KATHERINE A. MOERKE IN OPPOSITION TO FLEET FARM'S MOTION FOR SUMMARY JUDGMENT** |

I, Katherine A. Moerke, Assistant Attorney General for the State of Minnesota, declare as follows:

1.     Attached as Exhibit 1 is a true and correct copy of a document produced by Fleet Farm as FF_0075711-12, which is a Blaine Store Incident Report with Journal Notes dated February 25, 2022 (filed under seal).

2.     Attached as Exhibit 2 is a true and correct copy of a document Fleet Farm produced as FF_0076301-8, which is an email dated July 31, 2021, along with attachments (filed under seal).

3.     Attached as Exhibit 3 is a true and correct copy of a document Fleet Farm produced as FF_0000012, which is a PowerPoint presentation dated November 9 and 10, 2021 (filed under seal).

4.     Attached as Exhibit 4 is a true and correct copy of ATF Form 3310.4, Report of Multiple Sale or Other Disposition of Pistols and Revolvers, produced by the State of Minnesota as AGO0001870-71.

1

5.      Attached as Exhibit 5 is a true and correct copy of a webpage from the ATF titled "Don't Lie for the Other Guy," produced by the State of Minnesota as AGO0003019-22.

6.      Attached as Exhibit 6 is a true and correct copy of ATF Form 4473, Firearms Transaction Record, Revised May 2020.

7.      Attached as Exhibit 7 is a true and correct copy of a document produced by the State of Minnesota as AGO0002940-52, which are materials from an ATF Firearms Dealer Seminar held in Saint John, Indiana on February 25, 2020.

8.      Attached as Exhibit 8 is a true and correct copy of a document produced by the Minnesota Attorney General as AGO0002752-2893, which are slides from an ATF Federal Firearms Licensee Seminar held in South Bend, Indiana on March 30, 2023.

9.      Attached as Exhibit 9 is a document produced by the ATF as ATF000004-75, which are slides from a Federal Firearms Licensee Educational Seminar by the ATF Saint Paul Field Division held on August 8, 2017.

10.     Attached as Exhibit 10 is a true and correct copy of a document produced by the State of Minnesota as AGO0003027-55, which are slides by the NSSF (National Shooting Sports Foundation) titled "Straw Purchases: Tactics to Help Avoid Them and What to Do If You Think You Made One."

11.     Attached as Exhibit 11 is a true and correct copy of excerpts from the transcript of the deposition of Michelle Granato on September 6, 2024 (filed under seal).

12.     Attached as Exhibit 12 is a true and correct copy of excerpts from the transcript of the deposition of Michelle Granato on June 19, 2024 (filed under seal).

2

13.    Attached as Exhibit 13 is a true and correct copy of excerpts from the transcript of the deposition of Michael P. Radl on June 20, 2024 (filed under seal).

14.    Attached as Exhibit 14 is a true and correct copy of a document produced by Fleet Farm as FF_0002715-21, which is an email and attachments dated October 29, 2021 (filed under seal).

15.    Attached as Exhibit 15 is a true and correct copy of excerpts from the transcript of the deposition of Joseph Bisbee on February 6, 2025 (filed under seal).

16.    Attached as Exhibit 16 is a true and correct copy of a document produced by Fleet Farm as FF_0075733-40, which is an ATF Form 3310.4 dated October 21, 2021 (filed under seal).

17.    Attached as Exhibit 17 is a true and correct copy of excerpts from the transcript of the deposition of Andrew Graham on January 16, 2025 (filed under seal).

18.    Attached as Exhibit 18 is a true and correct copy of excerpts from the transcript of the deposition of William Napier on January 30, 2025 (filed under seal).

19.    Attached as Exhibit 19 is a true and correct copy of an Affidavit of ATF Special Agent Kylie Williamson dated October 18, 2021, filed as ECF No. 1-1 in *U.S. v. Horton*, Case No. 22-CR-00006.

20.    Attached as Exhibit 20 is a true and correct copy of the Amended Complaint filed in 62-CR-21-5805, *State of Minnesota v. Devondre Trevon Phillips*, produced by the State of Minnesota as AGO0000322-334.

21.     Attached as Exhibit 21 is a true and correct copy of the Complaint filed in 27-CR-21-15530, *State of Minnesota v. Douglas Jerome Sutton*, produced by the State of Minnesota as AGO0000424-429.

22.     Attached as Exhibit 22 is a true and correct copy of the Complaint filed in *State of Minnesota v. Charles Curtis Toy III*, produced by the State of Minnesota as AGO0000186-189.

23.     Attached as Exhibit 23 is a true and correct copy of the Complaint filed in 27-CR-21-18321, *State of Minnesota vs. Shamar Jamareus Scott*, produced by the State of Minnesota as AGO0000365-370.

24.     Attached as Exhibit 24 is a true and correct copy of the Complaint filed in 27-CR-21-16811, *State of Minnesota v. Orlando Lanell Holden Jr.*, produced as AGO0000290-295.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2025, in St. Paul, Minnesota.

*s/ Katherine A. Moerke*
Katherine A. Moerke

4