| From: | Cory D. Klebs [/O=MILLS FLEET FARM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=705A28E9E5904BE484ACCA1385F7E639-CORY D.] |
|---|---|
| Sent: | 7/31/2021 7:25:20 PM |
| To: | Michelle Granato [/o=Mills Fleet Farm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=83d7176f64a64ddcb97465598d108558-Michell] |
| CC: | Hunter T. Coil [/o=Mills Fleet Farm/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0abd4b73219748a8a51abc03b47ec81b-Hunter] |
| Subject: | Multiple Pistol Sales |
| Attachments: | 3310 sale 7-27-21.pdf; 3310 sale 7-31-21.pdf |

Michelle,

Wanted to bring you in the loop on an individual that had bought at least 6 pistols from our location from 7/23/21 to 7/31/21. Attached are the 2 different sales that triggered the 3310 prompt. I wanted to bring you in on this to get your input if we should stop any future sales from this customer?

Thank you,

Cory D. Klebs
Operations Manager
Fleet Farm – BLN
10250 Lexington Ave. NE
Blaine MN, 55014
(763)785-4647 Ext. 343
Cory.klebs@fleetfarm.com



Plaintiff's Exhibit
2

CONFIDENTIAL

FF_0076301

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

# Firearms Transaction Record

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.

Transferor's/Seller's Transaction Serial Number (if any)

### Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| | 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|---|
| 1. | Glock/Glock Inc | G43X | BTTU078 | Pistol | 9x19 |
| 2. | Stoeger/Stoeger Industries | STR-9C | T6429-21S02199 | Pistol | 9x19 Para |
| 3. | | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

Two

7. Check if any part of this transaction is a pawn redemption. Record Line Number(s) From Question 1: ☐

8. Check if this transaction is to facilitate a private party transfer. ☐

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| HORTON JR | JEROME | FLETCHER |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| ██████████ | ██████ | MN | 55404 | ████████ |

| 11. Place of Birth | 12. Height | 13. Weight | 14. Sex | 15. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country: MINNEAPOLIS MN | Ft. 5 In. 9 | (lbs.) 189 | ☑ Male ☐ Female ☐ Non-Binary | Month ███ | Day ███ | Year 1996 |

16. Social Security Number (optional, but will help prevent misidentification) ██████████

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☐ Hispanic or Latino
☑ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native    ☑ Black or African American    ☐ White
☐ Asian    ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A)    ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b.** | ☑ | ☐ |
| b. Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| c. Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| d. Are you a fugitive from justice? | ☐ | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | ☑ |

Previous Editions Are Obsolete
Page 1 of 6

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

CONFIDENTIAL

FF_0076302

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? | ☐ | ☑ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally or unlawfully in the United States? | ☐ | ☑ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☑ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| *Jerome Hutson Jr* | Month 07 | Day 27 | Year 2021 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

| 24. Category of firearm(s) to be transferred (check or mark all that apply): | 25. If sale or transfer is at a qualifying gun show or event: |
|---|---|
| ☑ Handgun  ☐ Long Gun (rifle or shotgun)  ☐ Other Firearm (frame, receiver, etc.) | Name of Function: _____ <br> City, State: _____ |

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| MN DL | ▮▮▮▮▮▮ | Month | Day | Year |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):

PCS Base/City and State:          PCS Effective Date:          PCS Order Number (if any):

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.1.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 07  Day 27  Year 2021 | 10244FKZR |

| 27.c. The response initially provided by NICS or the appropriate State agency was: | 27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency: |
|---|---|
| ☒ Proceed  ☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]  ☐ Denied  ☐ Cancelled | ☐ Proceed _____ (date)  ☐ Overturned <br> ☐ Denied _____ (date) <br> ☐ Cancelled _____ (date) <br> ☐ No response was provided within 3 business days. |

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date).   ☐ Proceed   ☐ Denied   ☐ Cancelled

| 27.f. Name and Brady identification number of the NICS examiner. (optional) | 27.g. Name of FFL Employee Completing NICS check. (optional) |
|---|---|
| _____ (name)   _____ (number) | |

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

Page 2 of 6          **STAPLE IF PAGES BECOME SEPARATED**          ATF Form 4473 (5300.9)<br>Revised May 2020

CONFIDENTIAL                                    FF_0076303

29. ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

### Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

I certify that all of my responses in Section B of this form are still true, correct, and complete.

| 30. Transferee's/Buyer's Signature | 31. Recertification Date |||
|---|---|---|---|
| | Month | Day | Year |
| | | | |

### Section E - Must Be Completed By Transferor/Seller

32. For Use by Licensee

*[signature]* 7/28/21

*[signature]* Dave Caron

Minneapolis PD, Acquire Permit, 6/4/22

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used)

Fleet Farm
10250 Lexington Avenue NE
Blaine, MN, 55014. FFL: 341003013G02607

The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred |||
|---|---|---|---|---|
| Branden Sierakowski | *[signature]* | Month 07 | Day 27 | Year 2021 |

REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

**Section A**

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

CONFIDENTIAL     FF_0076304

Types of firearms include, but are not limited to: pistol, revolver, rifle, shotgun, receiver, frame, and firearms that are neither handguns nor long guns (rifles or shotguns), such as firearms having a pistol grip that expel a shotgun shell (pistol grip firearm) or NFA firearms (machinegun, silencer, short-barreled shotgun, short-barreled rifle, destructive device, or "any other weapon").

Additional firearms purchases by the same transferee/buyer may not be added to the form after the transferor/seller has signed and dated it. A transferee/buyer who wishes to acquire additional firearms after the transferor/seller has signed and dated the form must complete a new ATF Form 4473 and undergo a new NICS check.

**Question 8. Private Party Transfer:** Check this box if the licensee is facilitating the sale or transfer of a firearm between private unlicensed individuals in accordance with ATF Procedure 2017-1. This will assist the licensee by documenting which transaction records correspond with private party transfers, and why there may be no corresponding A&D entries when the transfer did not proceed because it was denied, delayed, or cancelled.

### Section B

The transferee/buyer must personally complete Section B of this form and certify (sign and date) that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the transferor/seller. Two persons (other than the transferor/seller) must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 22.

When the transferee/buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section B of the form with his/her personal information, sign Section B, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity; and (B) the name and address of that business entity.

**Question 9. Transferee's/Buyers Full Name:** If the transferee's/buyer's name is illegible, the transferor/seller must print the transferee's/buyer's name above the name written by the transferee/buyer.

**Question 10. Current Residence Address:** A rural route (RR) may be accepted provided the transferee/buyer lives in a State or locality where it is considered a legal residence address.

If the transferee/buyer is a member of the Armed Forces on active duty, his/her State of residence is the State in which his/her permanent duty station is located. If the service member is acquiring a firearm in a State where his/her permanent duty station is located, but resides in a different State, the transferee/buyer must list both his/her permanent duty station address and residence address. If the transferee/buyer has two States of residence, the transferee/buyer should list his/her current residence address (e.g., if the transferee/buyer is purchasing a firearm while staying at his/her weekend home in State X, list the address in State X).

**Question 14. Sex:** Individuals with neither male nor female on their identification document(s) should check Non-Binary.

**Question 17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID):** For transferees/buyers approved to have information maintained about them in the FBI NICS Voluntary Appeal File, NICS will provide them with a UPIN, which the transferee/buyer should record in question 17. The AMD ID is a number that will be provided to an appellant on certain types of overturned appeals and should also be recorded in question 17. The transferor/seller should provide the UPIN/AMD ID when conducting background checks through the NICS or the State POC.

**Questions 18.a. and 18.b. Ethnicity and Race:** Federal regulations (27 CFR 478.124(c)(1)) require licensees to obtain the race of the transferee/buyer. This information helps the FBI and/or State POC make or rule out potential matches during the background check process and can assist with criminal investigations.

Ethnicity refers to a person's heritage. Persons of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race, are considered Hispanic or Latino.

Race - one or more of the following responses must be selected: (1) American Indian or Alaska Native - A person having origins in any of the original peoples of North and South America (including Central America), and who maintains a tribal

affiliation or community attachment; (2) Asian - A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam; (3) Black or African American - A person having origins in any of the Black racial groups of Africa; (4) Native Hawaiian or Other Pacific Islander - A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands; and/or (5) White - A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. Select the closest representation for any other race or ethnicity that does not fall within those indicated.

**Question 20. U.S.-issued Alien Number or Admission Number:** U.S.-issued alien and admission numbers may be found on the following U.S. Department of Homeland Security documents: Legal Resident Card or Employment Authorization Card (A#R or USCIS#); Arrival/Departure Record, Form 194, or Form 797A (194#). Additional information can be obtained from www.cbp.gov. If you are a U.S. citizen or U.S. national, the response to this question should be left blank.

**Question 21.a. Actual Transferee/Buyer:** For purposes of this form, a person is the actual transferee/buyer if he/she is purchasing the firearm for him/herself or otherwise acquiring the firearm for him/herself. (e.g., redeeming the firearm from pawn, retrieving it from consignment, firearm raffle winner). A person is also the actual transferee/buyer if he/she is legitimately purchasing the firearm as a bona fide gift for a third party. A gift is not bona fide if another person offered or gave the person completing this form money, service(s), or item(s) of value to acquire the firearm for him/her, or if the other person is prohibited by law from receiving or possessing the firearm.

EXAMPLES: Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith (who may or may not be prohibited). Mr. Smith gives Mr. Jones the money for the firearm. Mr. Jones is NOT THE ACTUAL TRANSFEREE/BUYER of the firearm and must answer "no" to question 21.a. The licensee may not transfer the firearm to Mr. Jones. However, if Mr. Brown buys the firearm with his own money to give to Mr. Black as a gift (with no service or tangible thing of value provided by Mr. Black), Mr. Brown is the actual transferee/buyer of the firearm and should answer "yes" to question 21.a. However, the transferor/seller may not transfer a firearm to any person he/she knows or has reasonable cause to believe is prohibited under 18 U.S.C. 922(g), (h), (n), or (x).

**Questions 21.b. - 21.l. Prohibited Persons:** Generally, 18 U.S.C. 922(g) prohibits the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who: has been convicted of a felony in any Federal, including a general court-martial, State or local court, or any other crime, punishable by imprisonment for a term exceeding one year; is a fugitive from justice; is an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance; has been adjudicated as a mental defective or has been committed to a mental institution; has been discharged from the Armed Forces under dishonorable conditions; is subject to certain restraining orders; convicted of a misdemeanor crime of domestic violence under Federal, including a general court-martial, State or Tribal law; has renounced his/her U.S. citizenship; is an alien illegally in the United States or an alien admitted to the United States under a nonimmigrant visa. Furthermore, section 922(n) prohibits the shipment, transportation, or receipt in or affecting interstate commerce of a firearm by one who is under indictment or information for a felony in any Federal, including a general court-martial, State or local court, or any other crime, punishable by imprisonment for a term exceeding one year. An information is a formal accusation of a crime verified by a prosecutor.

A member of the Armed Forces must answer "yes" to 21.b. if charged with an offense that is referred to a general court-martial. A current or former member of the Armed Forces must answer "yes" to 21.c. if convicted under a general court-martial.

Discharged "under dishonorable conditions" means separation from the Armed Forces resulting from a dishonorable discharge or dismissal adjudged by a general court-martial. That term does not include any other discharge or separation.

EXCEPTION: A person is not prohibited from receiving or possessing a firearm if that person: (1) has been convicted of any Federal or State offense pertaining to antitrust violations, unfair trade practices, restraints of trade, or other similar offenses relating to the regulation of business practices; (2) has been convicted of a State misdemeanor punishable by imprisonment of two years or less; or (3) following conviction of a felony or other crime for which the judge could have imprisoned the person for more than one year, or a misdemeanor crime of domestic violence, has received a pardon, an expungement or set aside of the conviction, or has lost and regained civil

Page 4 of 6

ATF Form 4473 (5300.9)
Revised May 2020

CONFIDENTIAL

FF_0076305

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0003 (09/30/2021)

## Report of Multiple Sale or Other Disposition of Pistols and Revolvers

*(Please complete all information)*

| 1. Date of Report | 2a. Federal Firearms Licensee (FFL) Number |
|---|---|
| 07/27/2021 | 341003013G02607 |

2b. Trade/Coporate Name and Address *(If you have complete information available on a rubber stamp, please place information here.)*

Fleet Farm
10250 Lexington Avenue NE
Blaine MN 55014

2c. Are any of the firearm(s) connected to another multiple sale? *(If yes, specify date)* See instruction 2.   ☐ Yes  ☑ No  Date

2d. If you sold these firearms at a gun show or other qualifying event, identify the event and provide a complete address of the event.

3. Any Combination of Pistols and Revolvers Disposed of to the Same Unlicensed Person at One Time or During Any Five Consecutive Business Days *(See Instruction 3.)*

| Type *(Pistol or revolver)* | Serial Number | Manufacturer | Model | Importer | Caliber | Transfer Date |
|---|---|---|---|---|---|---|
| Pistol | A152030X | Beretta | APX | Beretta USA Corp | 9x19 | 07/23/2021 |
| Pistol | BTTU078 | Glock | G43X | Glock Inc | 9x19 | 07/27/2021 |
| Pistol | T6429-21S02199 | Stoeger | STR-9C | Stoeger Industries | 9x19 Parabe | 07/27/2021 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4. Transferee's Name *(Last, first, middle)*

HORTON JR, JEROME, FLETCHER

5. Residence Address *(Number, street, city, county, state, zip code)*

█████████████████████████  MN 55404

| 6. Sex | 7a. Ethnicity | 7b. Race *(Check one or more boxes.) (See instruction 5.)* | |
|---|---|---|---|
| Male | ☐ Hispanic or Latino<br>☑ Not Hispanic or Latino | ☐ American Indian or Alaska Native  ☑ African American or Black<br>☐ Asian                 ☐ Native Hawaiian or Other Pacific Islander | ☐ White |

| 8. Identification Number | 9. Type of Identification *(ID)* | 10. ID State | 11. Date of Birth | 12. Place of Birth *(City, state, country)* |
|---|---|---|---|---|
| ██████████ | DL | MN | ████ 1996 | MINNEAPOLIS, MN, USA |

13. If the buyer of the firearms listed in item 4 is a person authorized to act on behalf of a corporation, company, association, partnership or other such business entity, you must complete the following, if applicable: *(See instruction 6.)*

Name and Address of Business Entity

14a. Identify the official designated by the State or local authorities where you, the FFL, will be forwarding Copy 2.

| Minnesota BCA Curios and Relics | 1430 Maryland Ave E. St. Paul, MN  55106 |
|---|---|
| Name of Agency | Street Address, City, and State |

14b. Date Copy 2 was forwarded to Agency  07/27/2021

15. Additional Information Relating to the Transfer of the Firearms *(if applicable)*

| 16. Name of Employee Filling Out This Form | Date |
|---|---|
| Branden Sierakowski | 07/27/2021 |

Email form to multiplehandgunsalesforms@atf.gov.

ATF E-Form 3310.4
Revised April 2019

CONFIDENTIAL

FF_0076306

## Instructions

1. Federal Firearms Licensees *(FFLs)* must use this form to report all transactions in which an unlicensed person acquired any combination of two or more pistols or revolvers totaling two or more at one time or during five consecutive business days. This form is not required when the pistols or revolvers are returned to the same person from whom they are received.

2. If this transaction is an additional firearm*(s)* to a multiple sale*(s)* previously submitted, check "Yes" and enter the date of the previous Multiple Sale form. *(For example a multiple sale for purchases made on a Monday and Friday must be submitted by the close of business Friday. If an additional purchase is made within the five days from the Friday purchase, this purchase is part of the previous multiple sale and must be reported as part of that multiple sale under 2c).*

3. A separate form is to be submitted for each unlicensed person. If more than six pistols and/or revolvers are involved in a transaction, the information required by Item 3 must be provided for additional Pistols and Revolvers on a separate sheet of paper and shall be attached to the ATF Form 3310.4 covering the transaction.

4. Licensees must complete Items 1 through 12, 14, and 16 entirely. Items 13 and 15 must be completed, if applicable.

5. Refer to the Race and Ethnicity information provided on the ATF Form 4473 associated with this transaction when filling out the Race and Ethnicity information on this form.

6. Business Entities - Information identifying the business entity must be recorded in Item 13. The authorized person receiving the firearms must be identified in Items 4 through 12 of this form.

7. The report is to be submitted to:

   a. **Copy 1 - Email to multiplehandgunsalesforms@atf.gov**, fax to 1-877-283-0288 or mail to the ATF National Tracing Center no later than the close of business on the day that the multiple sale or other disposition occurs.

      Mailing address:
      U.S. Department of Justice
      NTC
      244 Needy Road
      Martinsburg, WV 25405

   b. **Copy 2 - To Chief Local Law Enforcement Official (CLEO).** The CLEO is a local or State official designated to receive this form. If you do not know your CLEO, contact your local ATF Office to find out. Provide Copy 2 to your CLEO.

      Instructions to CLEOs receiving Copy 2 of this form: 18 U.S.C. 923(g)(3)(B) provides in part that you certify in writing every six months that no disclosures have been made and that the multiple sales forms on non-prohibited persons have been destroyed by the CLEO as required by law. The following statement can be used for this purpose: "I hereby certify on behalf of (your specific agency name) that for the period of six months (give specific dates) there have been no disclosures of Multiple Sales Forms contrary to the provisions of the Brady Handgun Violence Protection Act, and that all forms and any record of the contents thereof have been destroyed as provided by that law." This statement is to be dated and on your agency letterhead, signed by the proper official and forwarded by the CLEO to: U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, National Tracing Center, 244 Needy Road, Martinsburg, WV 25405.

   c. Copy 3 - Regulation 478.126a requires the licensee to retain one copy of Form 3310.4 and attach it to the firearms transaction record, ATF Form 4473, executed upon delivery of the pistols or revolvers.

8. Additional forms may be obtained online at **www.atf.gov** or through the ATF Distribution Center by calling (703)870-7526 or (703) 870-7528.

## Privacy Act Information

Solicitation of this information is authorized under 18 U.S.C. § 923 (g). The information is used to determine if the buyer (transferee) is involved in an unlawful activity. The information is stored and retrieved in accordance with Justice/ATF-008 Regulatory Enforcement Record System 68 FR 3558 dated January 24, 2003.

## Paperwork Reduction Act Notice

This request is in accordance with the Paperwork Reduction Act of 1995. The information collection documents certain sales or other dispositions of handguns for law enforcement purposes. The information is used to determine if the buyer *(transferee)* is involved in an unlawful activity. The information requested is mandatory and required by statute (18 U.S.C. 923(g)).

The estimate average burden associated with this collection is 15 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF E-Form 3310.4
Revised April 2019

CONFIDENTIAL

FF_0076307

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

## Firearms Transaction Record

| WARNING: The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment. | Transferor's/Seller's Transaction Serial Number (if any) |
|---|---|

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.

### Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Mossberg | MC2C | 017520MC | Pistol | 9x19mm |
| 2. Ruger | EC9S | 459-55269 | Pistol | 9mm Luge |
| 3. Glock/Glock Inc | G45 | BSTE309 | Pistol | 9x19 |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

Three

7. Check if any part of this transaction is a pawn redemption. ☐
Record Line Number(s) From Question 1:

8. Check if this transaction is to facilitate a private party transfer. ☐

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| HORTON JR | JEROME | FLETCHER |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| ██████ | ██████ | MN | 55404 | ██████ |

| 11. Place of Birth | | | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date | | |
|---|---|---|---|---|---|---|---|---|
| U.S. City and State | -OR- | Foreign Country | Ft. 5 | | ☑ Male | Month | Day | Year |
| MINNEAPOLIS MN | | | In. 9 | 189 | ☐ Female ☐ Non-Binary | ██████ | | 1996 |

16. Social Security Number (optional, but will help prevent misidentification)
██████

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

| 18.a. Ethnicity | 18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.) | | |
|---|---|---|---|
| ☐ Hispanic or Latino | ☐ American Indian or Alaska Native | ☑ Black or African American | ☐ White |
| ☑ Not Hispanic or Latino | ☐ Asian | ☐ Native Hawaiian or Other Pacific Islander | |

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A)   ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b.** | ☑ | ☐ |
| b. Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| c. Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| d. Are you a fugitive from justice? | ☐ | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | ☑ |

Previous Editions Are Obsolete

Page 1 of 6

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

CONFIDENTIAL

FF_0076308

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? | ☐ | ☑ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally or unlawfully in the United States? | ☐ | ☑ |
| 21.1.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☑ |
| 21.1.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.1.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.1.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.1.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| *[signature]* | Month 07 | Day 31 | Year 2021 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

| 24. Category of firearm(s) to be transferred (check or mark all that apply): | 25. If sale or transfer is at a qualifying gun show or event: |
|---|---|
| ☑ Handgun    ☐ Long Gun (rifle or shotgun)    ☐ Other Firearm (frame, receiver, etc.) | Name of Function: _____ City, State: _____ |

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| MN DL | ████████ | Month ████ | Day | Year |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name):

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):

| PCS Base/City and State: | PCS Effective Date: | PCS Order Number (if any): |
|---|---|---|

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.1.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 07    Day 31    Year 2021 | 10248 X YCD |

| 27.c. The response initially provided by NICS or the appropriate State agency was: | 27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency: |
|---|---|
| ☑ Proceed    ☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]    ☐ Denied    ☐ Cancelled | ☐ Proceed _____ (date)    ☐ Overturned<br>☐ Denied _____ (date)<br>☐ Cancelled _____ (date)<br>☐ No response was provided within 3 business days. |

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date).    ☐ Proceed    ☐ Denied    ☐ Cancelled

| 27.f. Name and Brady identification number of the NICS examiner. (optional) | 27.g. Name of FFL Employee Completing NICS check. (optional) |
|---|---|
| _____ (name)    _____ (number) | |

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

| Page 2 of 6 | STAPLE IF PAGES BECOME SEPARATED | ATF Form 4473 (5300.9) Revised May 2020 |
|---|---|---|

CONFIDENTIAL

FF_0076309

29. ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

## Section D – Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

I certify that all of my responses in Section B of this form are still true, correct, and complete.

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |
| | | | |

## Section E – Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| MN Permit to Acquire Minneapolis P.D. EX: 6/4/2022 | Fleet Farm 10250 Lexington Avenue NE Blaine, MN, 55014. FFL: 341003013G02607 |

The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| Bret Nordquist | | 07 | 31 | 2021 |

REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED**
If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

STAPLE IF PAGES BECOME SEPARATED     ATF Form 4473 (5300.9) Revised May 2020

CONFIDENTIAL

FF_0076310

Types of firearms include, but are not limited to: pistol, revolver, rifle, shotgun, receiver, frame, and firearms that are neither handguns nor long guns (rifles or shotguns), such as firearms having a pistol grip that expel a shotgun shell (pistol grip firearm) or NFA firearms (machinegun, silencer, short-barreled shotgun, short-barreled rifle, destructive device, or "any other weapon").

Additional firearms purchases by the same transferee/buyer may not be added to the form after the transferor/seller has signed and dated it. A transferee/buyer who wishes to acquire additional firearms after the transferor/seller has signed and dated the form must complete a new ATF Form 4473 and undergo a new NICS check.

**Question 8. Private Party Transfer:** Check this box if the licensee is facilitating the sale or transfer of a firearm between private unlicensed individuals in accordance with ATF Procedure 2017-1. This will assist the licensee by documenting which transaction records correspond with private party transfers, and why there may be no corresponding A&D entries when the transfer did not proceed because it was denied, delayed, or cancelled.

### Section B

The transferee/buyer must personally complete Section B of this form and certify (sign and date) that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the transferor/seller. Two persons (other than the transferor/seller) must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 22.

When the transferee/buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section B of the form with his/her personal information, sign Section B, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity; and (B) the name and address of that business entity.

**Question 9. Transferee's/Buyers Full Name:** If the transferee's/buyer's name is illegible, the transferor/seller must print the transferee's/buyer's name above the name written by the transferee/buyer.

**Question 10. Current Residence Address:** A rural route (RR) may be accepted provided the transferee/buyer lives in a State or locality where it is considered a legal residence address.

If the transferee/buyer is a member of the Armed Forces on active duty, his/her State of residence is the State in which his/her permanent duty station is located. If the service member is acquiring a firearm in a State where his/her permanent duty station is located, but resides in a different State, the transferee/buyer must list both his/her permanent duty station address and residence address. If the transferee/buyer has two States of residence, the transferee/buyer should list his/her current residence address (e.g., if the transferee/buyer is purchasing a firearm while staying at his/her weekend home in State X, list the address in State X).

**Question 14. Sex:** Individuals with neither male nor female on their identification document(s) should check Non-Binary.

**Question 17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID):** For transferees/buyers approved to have information maintained about them in the FBI NICS Voluntary Appeal File, NICS will provide them with a UPIN, which the transferee/buyer should record in question 17. The AMD ID is a number that will be provided to an appellant on certain types of overturned appeals and should also be recorded in question 17. The transferor/seller should provide the UPIN/AMD ID when conducting background checks through the NICS or the State POC.

**Questions 18.a. and 18.b. Ethnicity and Race:** Federal regulations (27 CFR 478.124(c)(1)) require licensees to obtain the race of the transferee/buyer. This information helps the FBI and/or State POC make or rule out potential matches during the background check process and can assist with criminal investigations.

Ethnicity refers to a person's heritage. Persons of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race, are considered Hispanic or Latino.

Race - one or more of the following responses must be selected: (1) American Indian or Alaska Native - A person having origins in any of the original peoples of North and South America (including Central America), and who maintains a tribal affiliation or community attachment; (2) Asian - A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam; (3) Black or African American - A person having origins in any of the Black racial groups of Africa; (4) Native Hawaiian or Other Pacific Islander - A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands; and/or (5) White - A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. Select the closest representation for any other race or ethnicity that does not fall within those indicated.

**Question 20. U.S.-issued Alien Number or Admission Number:** U.S.-issued alien and admission numbers may be found on the following U.S. Department of Homeland Security documents: Legal Resident Card or Employment Authorization Card (AR# or USCIS#); Arrival/Departure Record, Form I94, or Form 797A (I94#). Additional information can be obtained from www.cbp.gov. If you are a U.S. citizen or U.S. national, the response to this question should be left blank.

**Question 21.a. Actual Transferee/Buyer:** For purposes of this form, a person is the actual transferee/buyer if he/she is purchasing the firearm for him/herself or otherwise acquiring the firearm for him/herself. (e.g., redeeming the firearm from pawn, retrieving it from consignment, firearm raffle winner). A person is also the actual transferee/buyer if he/she is legitimately purchasing the firearm as a bona fide gift for a third party. A gift is not bona fide if another person offered or gave the person completing this form money, service(s), or item(s) of value to acquire the firearm for him/her, or if the other person is prohibited by law from receiving or possessing the firearm.

EXAMPLES: Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith (who may or may not be prohibited). Mr. Smith gives Mr. Jones the money for the firearm. Mr. Jones is NOT THE ACTUAL TRANSFEREE/BUYER of the firearm and must answer "no" to question 21.a. The licensee may not transfer the firearm to Mr. Jones. However, if Mr. Brown buys the firearm with his own money to give to Mr. Black as a gift (with no service or tangible thing of value provided by Mr. Black), Mr. Brown is the actual transferee/buyer of the firearm and should answer "yes" to question 21.a. However, the transferor/seller may not transfer a firearm to any person he/she knows or has reasonable cause to believe is prohibited under 18 U.S.C. 922(g), (h), (n), or (x).

**Questions 21.b. - 21.l. Prohibited Persons:** Generally, 18 U.S.C. 922(g) prohibits the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who: has been convicted of a felony in any Federal, including a general court-martial, State or local court, or any other crime, punishable by imprisonment for a term exceeding one year; is a fugitive from justice; is an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance; has been adjudicated as a mental defective or has been committed to a mental institution; has been discharged from the Armed Forces under dishonorable conditions; is subject to certain restraining orders; convicted of a misdemeanor crime of domestic violence under Federal, including a general court-martial, State or Tribal law; has renounced his/her U.S. citizenship; is an alien illegally in the United States or an alien admitted to the United States under a nonimmigrant visa. Furthermore, section 922(n) prohibits the shipment, transportation, or receipt in or affecting interstate commerce of a firearm by one who is under indictment or information for a felony in any Federal, including a general court-martial, State or local court, or any other crime, punishable by imprisonment for a term exceeding one year. An information is a formal accusation of a crime verified by a prosecutor.

A member of the Armed Forces must answer "yes" to 21.b. if charged with an offense that is referred to a general court-martial. A current or former member of the Armed Forces must answer "yes" to 21.c. if convicted under a general court-martial.

Discharged "under dishonorable conditions" means separation from the Armed Forces resulting from a dishonorable discharge or dismissal adjudged by a general court-martial. That term does not include any other discharge or separation.

EXCEPTION: A person is not prohibited from receiving or possessing a firearm if that person: (1) has been convicted of any Federal or State offense pertaining to antitrust violations, unfair trade practices, restraints of trade, or other similar offenses relating to the regulation of business practices; (2) has been convicted of a State misdemeanor punishable by imprisonment of two years or less; or (3) following conviction of a felony or other crime for which the judge could have imprisoned the person for more than one year, or a misdemeanor crime of domestic violence, has received a pardon, an expungement or set aside of the conviction, or has lost and regained civil

Page 4 of 6

ATF Form 4473 (5300.9)
Revised May 2020

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0003 (09/30/2021)

**Report of Multiple Sale or Other Disposition of Pistols and Revolvers**

*(Please complete all information)*

| 1. Date of Report | 2a. Federal Firearms Licensee (FFL) Number |
|---|---|
| 07/31/2021 | 341003013G02607 |

2b. Trade/Coporate Name and Address *(If you have complete information available on a rubber stamp, please place information here.)*

Fleet Farm
10250 Lexington Avenue NE
Blaine MN 55014

2c. Are any of the firearm(s) connected to another multiple sale? *(If yes, specify date)* See instruction 2. ☑ Yes ☐ No Date 07/27/2021

2d. If you sold these firearms at a gun show or other qualifying event, identify the event and provide a complete address of the event.

3. Any Combination of Pistols and Revolvers Disposed of to the Same Unlicensed Person at One Time or During Any Five Consecutive Business Days *(See Instruction 3.)*

| Type *(Pistol or revolver)* | Serial Number | Manufacturer | Model | Importer | Caliber | Transfer Date |
|---|---|---|---|---|---|---|
| Pistol | BTTU078 | Glock | G43X | Glock Inc | 9x19 | 07/27/2021 |
| Pistol | T6429-21S02199 | Stoeger | STR-9C | Stoeger Industries | 9x19 Parabe | 07/27/2021 |
| Pistol | 017520MC | Mossberg | MC2C | | 9x19mm | 07/31/2021 |
| Pistol | 459-55269 | Ruger | EC9S | | 9mm Luger | 07/31/2021 |
| Pistol | BSTE309 | Glock | G45 | Glock Inc | 9x19 | 07/31/2021 |

4. Transferee's Name *(Last, first, middle)*

HORTON JR, JEROME, FLETCHER

5. Residence Address *(Number, street, city, county, state, zip code)*

███████████████████  MN 55404

| 6. Sex | 7a. Ethnicity | 7b. Race *(Check one or more boxes.)* *(See instruction 5.)* |
|---|---|---|
| Male | ☐ Hispanic or Latino<br>☑ Not Hispanic or Latino | ☐ American Indian or Alaska Native  ☑ African American or Black  ☐ White<br>☐ Asian  ☐ Native Hawaiian or Other Pacific Islander |

| 8. Identification Number | 9. Type of Identification *(ID)* | 10. ID State | 11. Date of Birth | 12. Place of Birth *(City, state, country)* |
|---|---|---|---|---|
| ████████ | DL | MN | ████ 996 | MINNEAPOLIS, MN, USA |

13. If the buyer of the firearms listed in item 4 is a person authorized to act on behalf of a corporation, company, association, partnership or other such business entity, you must complete the following, if applicable: *(See instruction 6.)*

Name and Address of Business Entity

14a. Identify the official designated by the State or local authorities where you, the FFL, will be forwarding Copy 2.

Minnesota BCA Curios and Relics

Name of Agency

1430 Maryland Ave E. St. Paul, MN 55106

Street Address, City, and State

14b. Date Copy 2 was forwarded to Agency 07/31/2021

15. Additional Information Relating to the Transfer of the Firearms *(if applicable)*

| 16. Name of Employee Filling Out This Form | Date |
|---|---|
| Bret Nordquist | 07/31/2021 |

Email form to multiplehandgunsalesforms@atf.gov.

ATF E-Form 3310.4
Revised April 2019

CONFIDENTIAL

FF_0076312

CASE 0:22-cv-02694-JRT-JFD    Doc. 222-1    Filed 04/25/25    Page 13 of 13

### Instructions

1. Federal Firearms Licensees *(FFLs)* must use this form to report all transactions in which an unlicensed person acquired any combination of two or more pistols or revolvers totaling two or more at one time or during five consecutive business days. This form is not required when the pistols or revolvers are returned to the same person from whom they are received.

2. If this transaction is an additional firearm*(s)* to a multiple sale*(s)* previously submitted, check "Yes" and enter the date of the previous Multiple Sale form. *(For example a multiple sale for purchases made on a Monday and Friday must be submitted by the close of business Friday. If an additional purchase is made within the five days from the Friday purchase, this purchase is part of the previous multiple sale and must be reported as part of that multiple sale under 2c).*

3. A separate form is to be submitted for each unlicensed person. If more than six pistols and/or revolvers are involved in a transaction, the information required by Item 3 must be provided for additional Pistols and Revolvers on a separate sheet of paper and shall be attached to the ATF Form 3310.4 covering the transaction.

4. Licensees must complete Items 1 through 12, 14, and 16 entirely. Items 13 and 15 must be completed, if applicable.

5. Refer to the Race and Ethnicity information provided on the ATF Form 4473 associated with this transaction when filling out the Race and Ethnicity information on this form.

6. Business Entities - Information identifying the business entity must be recorded in Item 13. The authorized person receiving the firearms must be identified in Items 4 through 12 of this form.

7. The report is to be submitted to:

    a. **Copy 1 - Email to <u>multiplehandgunsalesforms@atf.gov</u>**, fax to 1-877-283-0288 or mail to the ATF National Tracing Center no later than the close of business on the day that the multiple sale or other disposition occurs.

    Mailing address:
    U.S. Department of Justice
    NTC
    244 Needy Road
    Martinsburg, WV 25405

    b. **Copy 2 - To Chief Local Law Enforcement Official (CLEO).** The CLEO is a local or State official designated to receive this form. If you do not know your CLEO, contact your local ATF Office to find out. Provide Copy 2 to your CLEO.

    Instructions to CLEOs receiving Copy 2 of this form: 18 U.S.C. 923(g)(3)(B) provides in part that you certify in writing every six months that no disclosures have been made and that the multiple sales forms on non-prohibited persons have been destroyed by the CLEO as required by law. The following statement can be used for this purpose: "I hereby certify on behalf of (your specific agency name) that for the period of six months (give specific dates) there have been no disclosures of Multiple Sales Forms contrary to the provisions of the Brady Handgun Violence Protection Act, and that all forms and any record of the contents thereof have been destroyed as provided by that law." This statement is to be dated and on your agency letterhead, signed by the proper official and forwarded by the CLEO to: U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, National Tracing Center, 244 Needy Road, Martinsburg, WV 25405.

    c. **Copy 3** - Regulation 478.126a requires the licensee to retain one copy of Form 3310.4 and attach it to the firearms transaction record, ATF Form 4473, executed upon delivery of the pistols or revolvers.

8. Additional forms may be obtained online at <u>www.atf.gov</u> or through the ATF Distribution Center by calling (703)870-7526 or (703) 870-7528.

### Privacy Act Information

Solicitation of this information is authorized under 18 U.S.C. § 923 (g). The information is used to determine if the buyer (transferee) is involved in an unlawful activity. The information is stored and retrieved in accordance with Justice/ATF-008 Regulatory Enforcement Record System 68 FR 3558 dated January 24, 2003.

### Paperwork Reduction Act Notice

This request is in accordance with the Paperwork Reduction Act of 1995. The information collection documents certain sales or other dispositions of handguns for law enforcement purposes. The information is used to determine if the buyer *(transferee)* is involved in an unlawful activity. The information requested is mandatory and required by statute (18 U.S.C. 923(g)).

The estimate average burden associated with this collection is 15 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF E-Form 3310.4
Revised April 2019

CONFIDENTIAL

FF_0076313

**From:**      Jackie Walz [/O=MILLS FLEET FARM/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D841CB6AE5FD43E29CC1793525952754-JACKIE]
**Sent:**      10/29/2021 12:07:09 PM
**To:**        Mike Radl [/o=Mills Fleet Farm/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=2e99008966d449838732dab1f38436d7-Mike Ra]
**Subject:**   Re: Straw Purchase


I will when I get back
Jackie Walz
Fleet Farm
Senior HR Manager



On Oct 29, 2021, at 11:52 AM, Mike Radl <Mike.Radl@fleetfarm.com> wrote:



Mike Radl
Safety & Firearms Compliance Manager
Fleet Farm Store Support Center
2401 S. Memorial Drive
Appleton, WI   54915
920/731-8121 x 2620
Mike.Radl@fleetfarm.com
www.fleetfarm.com



**From:** Jackie Walz
**Sent:** Friday, October 29, 2021 11:50 AM
**To:** Brad Hansen <Brad.Hansen@fleetfarm.com>

Plaintiff's Exhibit
**14**

CONFIDENTIAL

FF_0002715

**Cc:** Mike Radl <Mike.Radl@fleetfarm.com>
**Subject:** Re: Straw Purchase

Yes, give me a call on Monday.

Jackie Walz
Fleet Farm
Senior HR Manager

On Oct 29, 2021, at 11:44 AM, Brad Hansen <Brad.Hansen@fleetfarm.com> wrote:

Mike and Jackie,

Ankeny reached out regarding a possible straw purchase situation at their store.  This straw purchase also involves a Team Member possible assisting with the straw purchase.  I have spoken with Mike regarding this and he is planning on contacting the ATF regarding it.  Jackie, can we touch base next week on this to see how we want to address the Team Members involvement in the Straw Purchase?

Below is the information from the Ankeny store along with copies of the 4473 forms.

**Brad Hansen**

Today a Sporting Goods employee, who requested to remain anonymous, reported to Sales Manager Bri that Mark Jewell, the Sporting Goods Team Lead, had a friend of his come into the store and try to purchase a firearm. Mark's friend was denied by NICS so Mark told him to have his wife come in and buy it for him (which is a straw purchase). Mark ensured he was not part of the sale so it would not be linked back to him. The employees who sold the firearm to the wife had no idea what was going on. The employee provided Bri with a last name of ▮▮▮▮▮ for the customer.

Upon hearing this Bri came to me to help investigate the claim. I looked up Mark on Facebook and searched his Facebook friends for someone with the last name of ▮▮▮▮▮▮▮▮▮▮ was one of his friends on there. Bri recognized her and her husband as customers that have shopped her before and Mark was friends with. I then searched SOM/Report Server for a firearm sale with that name- two pistols were sold to ▮▮▮▮▮▮ on 9/2/2021. Then we looked for dead forms for the denied sale- ▮▮▮▮▮ who has the same address listed as ▮▮▮▮, had filled out a 4473 form on 8/29/2021. We received a response from NICS on 9/1/2021 saying he was denied. A search of his name on Iowa Courts showed that he has several assault and domestic charges on his record which is most likely why he was denied. Video of the denied sale is gone, however, video of ▮▮▮▮▮▮ sale was still there so I reviewed and saved it. ▮▮▮▮▮ was accompanying ▮▮▮▮▮▮▮ during the sale (identified based on the Facebook photos). ▮▮▮ bought the exact same gun (serial numbers matched) that ▮ had been denied for the day prior. Below are the 4473 forms.

Please let us know how you would like us to handle this situation (notify PD of straw purchase, discipline Mark, etc.). I was also informed today that Mark had recently let a gun go out the door without receiving a response from NICS- he called the customer back in saying there was a recall on the gun to get the customer/gun back in the store (not sure when this happened, but it was recent- just shows that he is not responsibly selling firearms).

CONFIDENTIAL

FF_0002716

CASE 0:22-cv-02694-JRT-JFD   Doc. 222-6   Filed 04/25/25   Page 16 of 20

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record**

OMB No. 1140-0020

Transferee's/Seller's Transaction Serial Number (if any)

WARNING: The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 923 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(t). All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.

**Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B**

| Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | Model (if designated) | Serial Number | Type | Caliber or Gauge |
|---|---|---|---|---|
| 1. HK/Heckler & Koch GMBH | VP9 | 224-326596 | Pistol | 9x19mm |
| 2. Heckler and Koch | HK45 | HKU-055230 | Pistol | 45 Auto |
| 3. | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

Two

7. Check if any part of this transaction is a pawn redemption. Record Line Number(s) From Question 1: ☐

8. Check if this transaction is to facilitate a private party transfer. ☐

**Section B - Must Be Completed Personally By Transferee/Buyer**

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| | | IA | 50317 | |

| 11. Place of Birth | | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State  -OR-  Foreign Country | | Ft 5 | | ☐ Male | Month | Day | Year |
| DES MOINES IA | | In 4 | 190 | ☑ Female | | | 1964 |
| | | | | ☐ Non-Binary | | | |

16. Social Security Number (optional - but will help prevent misidentification)

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

| 18.a. Ethnicity | 18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.) |
|---|---|
| ☐ Hispanic or Latino | ☐ American Indian or Alaska Native   ☐ Black or African American   ☑ White |
| ☑ Not Hispanic or Latino | ☐ Asian   ☐ Native Hawaiian or Other Pacific Islander |

19. Country of Citizenship (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A.)   ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S. issued alien or admission number (AR#, USCIS#, or I94#):

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b.** | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| c. | Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | ☑ |

Previous Editions Are Obsolete

Page 1 of 6

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

CONFIDENTIAL

FF_0002717

CONFIDENTIAL

FF_0002718

CONFIDENTIAL

FF_0002719

Dead

OMB No. 1140-0025

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record**

WARNING: The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Transferor's/Seller's Transaction Serial Number (if any)

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink unless completed under ATF Ref. 2016-2. PLEASE PRINT.

**Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B**

| Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | Model (if designated) | Serial Number | Type | Caliber or Gauge |
|---|---|---|---|---|
| 1. Heckler and Koch | HK45 | HKU-055230 | Pistol | 45 Auto |
| 2. | | | | |
| 3. | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

One

7. Check if any part of this transaction is a pawn redemption. Record Line Number(s) From Question 1. ☐

8. Check if this transaction is to facilitate a private party transfer. ☐

**Section B - Must Be Completed Personally By Transferee/Buyer**

9. Transferee's/Buyer's Full Name (if legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| | | IA | 50317 | |

| 11. Place of Birth | 12. Height | 13. Weight | 14. Sex | 15. Birth Date |
|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country | Ft. 6 | (lbs.) | ☑ Male | Month / Day / Year |
| DES MOINES IA | In. 2 | 275 | ☐ Female ☐ Non-Binary | 1965 |

16. Social Security Number (optional. Use will help prevent misidentification.)

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

| 18.a Ethnicity | 18.b Race (Select one or more race in 18.b. Both 18.a and 18.b must be answered.) |
|---|---|
| ☐ Hispanic or Latino | ☐ American Indian or Alaska Native   ☐ Black or African American   ☑ White |
| ☑ Not Hispanic or Latino | ☐ Asian   ☐ Native Hawaiian or Other Pacific Islander |

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A.)   ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#).

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the question. | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |
| b. Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| c. Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| d. Are you a fugitive from justice? | ☐ | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | ☑ |

Previous Editions Are Obsolete

Page 1 of 6

STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9) Revised May 2020

CONFIDENTIAL

FF_0002720

Aubrey Hastings
Loss Prevention
Fleet Farm – AKY
3875 SE Delaware Ave
Ankeny, IA  50021
(515) 964-3150
LPaky@fleetfarm.com

CONFIDENTIAL

FF_0002721