

# All Store Quarterly Firearm Compliance Webinar

November 9, 2021 and November 10, 2021



Plaintiff's Exhibit

**3**



Confidential

FF_0000012

# Agenda

- Recap of Annual Corporate Firearm Compliance Audits
- Straw Purchases
  - Suspicious Activity
  - Customer Look Up
  - Manual Sales
  - Submitting 3310 form
  - COMING SOON
- SOM Sales Maintenance
- Store Transfers

Fleet Farm
**Built for real life**

2

# Annual Corporate Firearm Compliance Audits

- 80 audits completed to date

- 87% average score

- Common errors

  - 3310 email confirmation page not printed and retained

  - SOM edits for manual corrections to address

  - Corrections not being done on photocopy

  - Lack of error tracking log/Management follow-up

- Future audits will be unannounced and start in Spring 2022

**Fleet Farm.**
**Built for real life**

3

# Straw Purchases

 A straw purchase is an illegal firearm purchase where the actual buyer of the gun, being unable to pass the required federal background check or desiring to not have his or her name associated with the transaction, uses a proxy buyer who can pass the required background check to purchase the firearm for him or her.

Evidence of a possible Straw Purchase includes:

- The customer is observed receiving money from another customer before, during or after the firearm purchasing process
- Conversation is overheard that indicates that the customer is purchasing the firearm for someone else
- A friend is observed helping the customer complete the ATF Form 4473
- One person is asking the questions regarding the firearm but the other person completes the 4473 form
- The transactions feels wrong and deceitful – trust your "gut"



4

FF_0000015

# Straw Purchase

What if nothing suspicious was observed or heard, can it still be a straw purchase?



Maybe the straw purchaser has received payment prior to arriving at the store. Straw purchases can come to light in other ways.

- Team Member recognizes the customer as being a frequent purchaser.

- 3310.4 Multiple Handgun form alerts you to large or multiple handgun transfers with in 5 consecutive days.

Fleet Farm
Built for real life

5

FF_0000016

# Suspicious Sales Activity – 3310 Form

**3. Any Combination of Pistols and Revolvers Disposed of to the Same Unlicensed Person at One Time or During Any Five Consecutive Business Days (See Instruction 3.)**

| Type (Pistol or revolver) | Serial Number | Manufacturer | Model | Importer | Caliber | Transfer Date |
|---|---|---|---|---|---|---|
| Pistol | A152030X | Beretta | APX | Beretta USA Corp | 9x19 | 07/23/2021 |
| Pistol | BTTU078 | Glock | G43X | Glock Inc | 9x19 | 07/27/2021 |
| Pistol | T6429-21S02199 | Stoeger | STR-9C | Stoeger Industries | 9x19 Parabe | 07/27/2021 |

**3. Any Combination of Pistols and Revolvers Disposed of to the Same Unlicensed Person at One Time or During Any Five Consecutive Business Days (See Instruction 3.)**

| Type (Pistol or revolver) | Serial Number | Manufacturer | Model | Importer | Caliber | Transfer Date |
|---|---|---|---|---|---|---|
| Pistol | BTTU078 | Glock | G43X | Glock Inc | 9x19 | 07/27/2021 |
| Pistol | T6429-21S02199 | Stoeger | STR-9C | Stoeger Industries | 9x19 Parabe | 07/27/2021 |
| Pistol | 017520MC | Mossberg | MC2C | | 9x19mm | 07/31/2021 |
| Pistol | 459-55269 | Ruger | EC9S | | 9mm Luger | 07/31/2021 |
| Pistol | BSTE309 | Glock | G45 | Glock Inc | 9x19 | 07/31/2021 |

Does anyone else find this suspicious?



Confidential

6

FF_0000017

# Suspicious Activity

- Be observant – don't ignore or put the blinders on!
- Get to know your customers – customers who are "regulars" are usually good – but ask questions
- Multiple handgun form (3310) can provide information on potential handgun straw purchases.



Fleet FF Farm.
Built for real life

7

Confidential

# Using Report Server for RMS 11g (BI Publisher)



- Learn how to use this!  Ask for help if you don't know how to use this!
- Use to look up past sales to a particular customer



- Highlighted fields are used to search by customer's name
- This is REQUIRED to be done for EVERY manual sale involving a handgun

Fleet Farm
Built for real life

8

Confidential

FF_0000019

# Straw Purchase

The following are examples that should NOT be considered a Straw Purchase:

- – Customer purchasing a firearm as a gift

- – Spouses openly making payment

- – Address incorrect on ID

- – Disqualifying question answered incorrectly



Confidential

Fleet Farm
Built for real life

9

# Reporting a possible Straw Purchase



In-Progress Transactions

- Do not submit background check
- <u>Print 4473 and have customer sign</u>
- Step away from counter with forms and proceed to back room
- Inform Loss Prevention of situation and ask them to monitor customers
- Contact Management to meet you in back room to provide details
- Form should remain in back room while Management pulls customer aside to <u>refuse</u> sale in a polite and professional manner – do not give Denied/Delayed Card
- Request LP or Management to generate a Straw Purchase Alert via Lotus Notes
- Close sale and file form in current month's No Sale file – don't forget to print/sign form

Post Transactions

- Email [firearmhelp@fleetfarm.com](mailto:firearmhelp@fleetfarm.com) with details
- SSC Firearm Compliance team will research sales company-wide and will contact ATF when needed

Fleet Farm

**Built for real life**

10

# 3310 Submissions

- A 3310 form is required to be submitted to the ATF and your CLEO anytime two or more handguns are purchased within a 5 day period

- For electronics sales, SOM will automatically search for past sales and then create a 3310 if needed

- TM must right-click on the sale and select "Email  ATF3310"

- TM must then go into Outlook and search for and print the "confirmation" email

- Attach the 3310 and printed email confirmation to the 4473
  - No need to have a separate file for 3310s



**Fleet AF Farm**
Built for real life

11

Confidential

# 3310 Submissions

| | | |
|---|---|---|
| **Wisconsin Stores**<br>WI Crime Information Bureau<br>PO Box 2718<br>Madison, WI 53701-2718<br>Attn: Handgun Hotline<br>Email: wihotline@doj.state.wi.us | **Mason City,IA Store**<br>Mason City Police Department<br>78 S. Georgia Ave<br>Mason City, IA 50401<br>Email: jsimon@masoncity.net<br>& kbecker@masoncity.net | **Sioux Falls, SD Store**<br>Minnehaha County Sheriff's Dept<br>320 W. 4thSt<br>Sioux Falls, SD 57104<br>FAX# 605-367-7319 |
| **North Dakota Stores**<br>North Dakota BCI<br>600 E. Boulevard Ave<br>Dept. 125<br>Bismark, ND 58505<br>FAX#: 701-328-5510 | **Ankeny,IA Store**<br>Polk County Sheriff's Office<br>6023 NE 14thSt.<br>Des Moines, IA 50313<br>FAX #: 515-286-3399 | **Cedar Falls, IA Store**<br>Black Hawk County Sheriff<br>225 East 6th Street<br>Waterloo IA 50703 |
| **Minnesota Stores**<br>MN BCA<br>Attn:Curios and Relics<br>1430 Maryland Ave E<br>St. Paul, MN 55106 | **Sioux City,IA Store**<br>Woodbury County Sheriff's Office<br>407 7thSt.<br>Sioux City, IA 51101<br>Email:<br>twingert@woodburycountyiowa.gov | **Cedar Rapids, IA Store**<br>Linn County Sheriff's Office<br>310 2ndAve SW<br>Cedar Rapids, IA52404<br>Email:<br>Gerald.Hansel@LinnCounty.org |
| **Waukee, IA Store**<br>Waukee Police Department<br>1300 SE L.A. Grant Parkway<br>Waukee, IA 50263<br>Email: jquinn@waukee.org | **Rapid City, SD Store**<br>Pennington County Sheriff DEPT<br>300 Kansas City Street<br>Rapid City, SD 57701<br>Email: schulz@pennco.org | |

- TM must know how their CLEO receives their copy
  - Email
  - Fax
  - US Mail
- Stores in which the CLEO accepts emails, SOM will email the 3310 at the same time the ATF copy is emailed via SOM
- Stores that have to use fax must attach the confirmation page that prints from the eCopier

**Fleet Farm**
**Built for real life**

12

FF_0000023

# 3310 Submissions – Mailing – NEW PROCEDURE



- Stores that have to mail a copy to their CLEO must order stamper from Staples
- TM will stamp our copy of the 3310 and initial confirming a copy was mailed to the CLEO

Fleet Farm.
Built for real life

13

Confidential

FF_0000024

# Coming Soon....

- IT is currently working on the following:
  - Add a search option in BI Publisher to conduct searches for customers with multiple firearm purchases
  - Automated report sent to SSC Firearm Compliance Team to identify customers who have purchased multiple firearms from different store locations
  - Automated multiple sale check during manual sales



Fleet **F** Farm.
**Built for real life**

14

FF_0000025

# SOM Sales Maintenance

Sales are valid for 30 days once the background check is submitted. Overnight, SOM will automatically close the sale if the following criteria is met:

- 4473 Form is printed
- NICS status is "Denied" or "Proceed"
- "Proceed" firearms have been disposed

After 3 days, the closed sale will be deleted from SOM Firearm Sales



**Fleet F Farm.**
**Built for real life**

15

FF_0000026

# SOM Sales – Manual Close

Sales that didn't meet the criteria for the automatic close process must be manually closed in SOM so they can be purged.

Manual Sale Close Criteria

- Sale is stopped before background check is submitted, close the sale right away.

- Customer is contacted concerning the NICS proceed response and no longer wants the firearm.

- Sale is older then 30 days and the background check is no longer valid.



16

FF_0000027

# SOM Sales Purge

- Sales are purged to maintain the integrity of SOM. At no time should there be sales that are older than 35 days.

- SOM sales should be reviewed weekly and expired sales closed *after you have verified the printed copy is filed*. A good time to review these are when the weekly scan audits are completed.

- Before SOM will purge, the sale must have the ATF 4473 form printed and the sale must be marked closed.

- SOM will purge the sale three days after it is marked closed.



Confidential

![Fleet Farm - Built for real life]

FF_0000028

# Store Transfers

- Should be rare and approved by Management
- Shipped using FedEx only
  - 2nd Day Air – Handguns
  - Ground – Rifles



Confidential

FF_0000029

# Store Transfers





- Email IM at [replenishmentrequests@fleetfarm.com](mailto:replenishmentrequests@fleetfarm.com) Include the following in your email request
  - To and from stores
  - SKU/UPC and Qty needed
  - Name of who was contacted at the sending store (who verified the inv and set aside)
  - Name of customer waiting for unit
  - Any special instructions
- Do not send out until after a SIM Transfer has been created for you
- Dispatch Transfer and include a copy of the Transfer Report when unit leaves the store **AND** dispose the firearm in SOM using the "Transfer" option
- Receiving store, Receive into SIM as soon as it arrives **AND** acquire firearm using TC51

Confidential

FF_0000030

# Need Help?

- **Workplace**
  - Procedure Updates
  - Urgent Messages/Posts
  - Procedure Clarification
  - Fellow TM Questions
- **FLC**
  - All procedures and policies
- **Quarterly Webinars**
  - Review recent issues
  - Reminders
  - Q&A
- **Neighboring Stores**
- **Mike & Michelle**
  - Available anytime!
  - Mike (x2620), Michelle (x2286)
  - firearmhelp@fleetfarm.com

**Fleet Farm.**
Built for real life

20

Confidential

FF_0000031

# Q&A



Confidential

FF_0000032

# We appreciate all of you....



Confidential

FF_0000033