**CONFIDENTIAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

STATE OF MINNESOTA by its
Attorney General, Keith Ellison,

      Plaintiff,

                Case No. 0:22-cv-02694-JRT-JFD

vs.

FLEET FARM LLC, FLEET FARM GROUP
LLC, and FLEET FARM WHOLESALE
SUPPLY CO. LLC,

      Defendants.

_____

**DEPOSITION OF MICHAEL P. RADL**

_____

      Deposition of MICHAEL P. RADL, taken before me at Henes & Associates Reporting Service, Inc., Appleton, Outagamie County, Wisconsin, on the 20th day of June, 2024, A.D., otherwise than as a witness on the trial, in a certain action now pending in United States District Court, District of Minnesota, wherein the parties thereto are as set forth above.

- - - - - -

Plaintiff's Exhibit

**13**

*1*

CONFIDENTIAL

APPEARANCES

MS. KATHERINE MOERKE and MR. ERIC MALONEY, Assistant Attorneys General, State of Minnesota, of St. Paul, Minnesota, appeared on behalf of the Plaintiff.

STINSON LLP of Minneapolis, Minnesota; MR. ANDREW DAVIS of that firm appeared on behalf of the Defendants.

PRESENT:  A.J. Peterman
- - - - - - -

INDEX TO EXAMINATION

|                              | PAGE |
|------------------------------|------|
| Examination by Ms. Moerke    | 3    |

- - - - - - -

INDEX TO EXHIBITS

| EXHIBIT NUMBER |                                          | PAGE MARKED |
|------|-------------------------------------------------|-------------|
| 52   | Messaging exchange                              | 3 |
| 63   | Email, 11/30/21, to GER Sporting Goods from Mr. Radl | 3 |
| 66   | String of emails                                | 3 |
| 70   | String of emails                                | 3 |
| 71   | String of emails                                | 3 |
| 74   | String of emails                                | 3 |
| 75   | Email, 10/25/21, to Ms. Blaser from Mr. Radl    | 3 |
| 78   | Messaging exchange                              | 3 |
| 83   | Email, 9/20/22, to Mr. Ruiz from Mr. Radl       | 3 |
| 84   | String of emails                                | 3 |
| 86   | String of emails                                | 3 |
| 87   | Messaging exchange                              | 3 |
| 89   | String of emails                                | 3 |
| 90   | Email, 10/3/22, to Mr. Ruiz from Mr. Radl       | 3 |
| 93   | Messaging exchange                              | 3 |
| 94   | Messaging exchange                              | 3 |
| 95   | Corporate Firearms Compliance Audit             | 3 |
| 96   | Corporate Firearms Compliance Audit             | 3 |
| 97   | Email, 3/22/22, to Ms. Walz from Mr. Radl       | 3 |
| 98   | String of emails                                | 3 |
| 101  | Video place holder                              | 3 |

(Original exhibits retained by Attorney Maloney.)

2

CONFIDENTIAL

Said MICHAEL P. RADL, having been first duly sworn by me to testify the truth, the whole truth, and nothing but the truth relative to said cause, in answer to oral interrogatories, deposed and made answer as follows:

- - - - - - -

(The examination began at 8:53 a.m. on June 20, 2024.)

(Exhibits were premarked.)

- - - - - - -

EXAMINATION

BY MS. MOERKE:

Q    Good morning.

A    Good morning.

Q    My name is Katherine Moerke.  I'm an attorney for the State of Minnesota.

A    Okay.

Q    Would you please state your name for the record?

A    Michael Patrick Radl, R A D L.

Q    Where do you work, Mr. Radl?

A    Fleet Farm.

Q    When you say you work for Fleet Farm, is there a specific entity that you work for?

*3*

CONFIDENTIAL

A    Correct, I could see where a customer has purchased firearms within our organization, yes.

Q    Because a 3310 form is specific to one location of a store; right?

A    Correct.

Q    And then you were talking on Slide 7, but then you flipped back to Slide 6; right?

A    Yes.

Q    Which is the actual -- two actual 3310s for Jerome Horton; right?

A    Correct.

Q    And you said the employee helping with the third sale should go, wow, something is up here; right?

A    It should have been a flag of looking for additional red flags within that transaction.

Q    You said the employee's radar should be up; right?

A    Correct.

Q    And that the employee should tell someone?

A    It's not our procedure they have to, I suggested that they should call us so we can look further into it.  And that usually

*120*

CONFIDENTIAL

occurs when they see additional red flags but not just solely based on somebody buying multiple guns, because it's legal to do that.  So they look for more than a red flag and give us a call if they feel that there could be something up with the transaction.

MS. MOERKE:  Time Stamp 1924 please -- pardon me -- yes, yes.

(Video played.)

Q  So this is Slide 8 about the BI publisher; right?

A  Yes.

Q  And you were explaining that a lot of people were afraid of using that; right?

A  Yes.

Q  And you referred to a "deer in the headlights" look?

A  Yes.

Q  Meaning that some employees did not even know what it was; right?

A  I don't think I was referring to that.  I think it was just how to use it properly.

Q  So the "deer in the headlights" might have meant, not I don't know what it is, but I don't know how to use it?

*121*

CONFIDENTIAL

STATE OF WISCONSIN      )
                        )  ss.
COUNTY OF OUTAGAMIE     )

        I, Karla J. Willeford, Court Reporter and Notary Public in and for the State of Wisconsin, do hereby certify that the attached and foregoing deposition was taken before me at Henes & Associates Reporting Service, Inc., Appleton, Outagamie County, Wisconsin, on the 20th day of June, 2024, A.D., at 8:53 a.m.; that it was taken at the request of the adverse parties, upon oral interrogatories; that said MICHAEL P. RADL was sworn by me to tell the truth, the whole truth, and nothing but the truth relative to said cause.

        Dated this 26th day of June, 2024.


                  HENES & ASSOCIATES
                  COURT REPORTING SERVICE



                  _____
                  Karla J. Willeford
                  Court Reporter


My commission expires November 13, 2026.

249

HENES & ASSOCIATES REPORTING SERVICE, INC.
www.henesreporting.com  920-733-1835  henes@henesreporting.com

CONFIDENTIAL

SIGNATURE PAGE

I, MICHAEL RADL, do hereby certify that I have read the foregoing transcript of my testimony in the above-mentioned matter, and it is true and correct as transcribed except for changes noted on the errata sheet.
Dated this 22nd day of July, 2024.

_____
MICHAEL RADL

*    *    *    *    *    *    *

Subscribed and sworn to before me:

this 22nd day of July, 2024.

_____
Notary Public

My commission expires Aug 23, 2025.

*250*

CONFIDENTIAL

ERRATA SHEET

The witness, MICHAEL RADL, states he wishes to make the following changes in testimony as originally given:

| PAGE | LINE | SHOULD READ | REASON |
|---|---|---|---|
| 11 | 1 | two years of college | Reflect Actual Answer |
| 12 | 18-19 | At the corporate level | Reflect Actual Answer |
| 15 | 6 | during An | Reflect Actual Answer |
| 16 | 23 | reference | Typo |
| 46 | 24 | Firearm Procedures | Reflect Actual title of doc. |
| 55 | 7 | be Any | Reflect actual Answer |
| 98-99 | 98:25-99:1 | I would SAY | Reflect actual Answer |
| 107 | 17 | I open Power Point | Reflect Actual Answer |
| 139 | 8 | the ATF | Reflect Actual Answer |
| 192 | 5 | Truck Stop | Reflect Actual Answer |
| 245 | 21 | SPIF | Reflect Actual Answer |
| 245 | 13 | SPIF | Reflect Actual Answer |

_____
MICHAEL RADL

Subscribed and sworn to before me this 22nd day of July 22nd, 2024.

_____
Notary Public

My commission expires

Aug 23, 2025

251