Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

State of Minnesota by its )
Attorney General, Keith )
Ellison, )
)
            Plaintiff, )
)
vs. )No. 0:22-cv-02694-JRT-JFD
)
Fleet Farm LLC, Fleet Farm )
Group LLC, and Fleet Farm )
Wholesale Supply Co. LLC, )
)
            Defendants. )
_____

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF

JOSEPH BISBEE

_____

8:53 A.M.

THURSDAY, FEBRUARY 6, 2025

1111 THIRD AVENUE, SUITE 3000

SEATTLE, WASHINGTON

Reported by:  Tami Lynn Vondran, CRR, RMR, CCR/CSR
WA CCR #2157; OR CSR #20-0477; CA CSR #14435
Job Number 7109667

Plaintiff's Exhibit
15

Page 6

WITNESS LOCATION:  SEATTLE, WASHINGTON; THURSDAY,
FEBRUARY 6, 2025

8:53 A.M.

--oOo--

THE VIDEOGRAPHER:  We are now on the record.
Good morning.  It is currently 8:53 a.m. on
February 6th, 2025.

Please note that the microphones are sensitive
and may pick up whispering and private conversations.

Please mute your phones at this time.  Audio
and video recording will continue to take place unless
all parties agree to go off the record.

This is Media Unit 1 of the video-recorded
deposition of Joseph Bisbee taken by counsel for
Defendant in the matter of State of Minnesota versus
Fleet Farm LLC, et al., filed in the United States
District Court, District of Minnesota.  Case
Number 0:22-cv-02694-JRT-JFD.

The location of the deposition is
1111 Third Avenue, Suite 3000 in Seattle, Washington
98101.

My name is Sarah Kleinschmidt, representing
Veritext, and I am the videographer.  I am not related
to any party in this action, nor am I financially

Page 7

interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

Counsel and all present will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MR. NOTEBOOM:  Todd Noteboom with the Stinson law firm on behalf of the Fleet Farm defendants.

MR. LEIENDECKER:  Andrew Leiendecker from Stinson, also on behalf of Fleet Farm.

MR. MALONEY:  Eric Maloney, assistant attorney general for the Minnesota Attorney General's Office, on behalf of the State of Minnesota, by and through its attorney general, Keith Ellison.

MS. MOERKE:  Katherine Moerke, also on behalf on -- behalf of the State of Minnesota.

THE COURT REPORTER:  With that, I'll swear in the witness.

JOSEPH BISBEE,
sworn as a witness by the Certified Court Reporter, testified as follows:

THE COURT REPORTER:  Thank you.

Please proceed.

testimony.

A.   That's not what I said.  I believe his statements were intended to deceive Fleet Farm.  I don't believe that they likely deceived Fleet Farm at least on the occasions we previously spoke about.

Q.   (BY MR. NOTEBOOM)  So you disagree with the case report that likely was provided to the U.S. Attorney's Office in connection with preparing this plea agreement?

MR. MALONEY:  Objection.  Foundation.  Assumes facts not in evidence.

A.   I have not seen the case report.

Q.   (BY MR. NOTEBOOM)  Right.

So as between the opinions of the case agents who would have been responsible for preparing that report, and your opinions now, aren't those case agents likely to have a better sense of what actually happened here?

MR. MALONEY:  Same objection.

A.   I don't know what the case agents provided to the U.S. Attorney's Office.

Q.   (BY MR. NOTEBOOM)  Okay.  You haven't seen any documents or evidence, sir, have you, indicating that Fleet Farm had actual knowledge that Mr. Horton or Ms. Elwood were straw purchasing at the time of their

Page 306

sales; correct?

MR. MALONEY:  Objection.  Vague.  Calls for a legal conclusion.

A.    Can you -- I'm sorry, can you repeat the question.

MR. NOTEBOOM:  Can you read it back.

(Last question read back.)

A.    I would refer back to the webinar in which they used Mr. Horton's multiple purchases that they should have known, again, based on a lot of factors, but using that and the comments that were made and the presentation that was made indicates that Fleet Farm should have known that those sales were illegal.

Q.    (BY MR. NOTEBOOM)  And that wasn't my question.  My question was actual knowledge.

MR. MALONEY:  Object to form.

Q.    (BY MR. NOTEBOOM)  Are you aware of any -- are you aware of any documents or evidence that suggest Fleet Farm had actual knowledge, not that they should have known but they actually knew any of the sales to Mr. Horton or Ms. Elwood were straw purchases?

MR. MALONEY:  Objection.  Asked and answered.

A.    So you're asking me if they willingly participated in a straw purchase?

Q.    (BY MR. NOTEBOOM)  My question is:  Have you

seen any documents or evidence suggesting that Fleet Farm had actual knowledge?

MR. MALONEY:  Objection.  Asked and answered. Calls for a legal conclusion.

A.    At the time?

Q.    (BY MR. NOTEBOOM)  Yes.

A.    Again, so the way I understand the question -- and, again, we spoke earlier about I'm supposed to understand your questions.

The way I understand that question is:  Did they willfully participate in a straw purchase?  Am I misunderstanding?

Q.    You are.

I'm asking whether you have any documents or evidence that suggests that Fleet Farm had actual knowledge, that they actually knew that Mr. Horton or Ms. Elwood, at the time of the sales, were straw purchasing?

MR. MALONEY:  Same objection.

A.    But if they had actual knowledge and the purchase went through, then they would willfully participate in a straw purchase.

Q.    (BY MR. NOTEBOOM)  Well, we can agree to disagree about that.

But do you have any knowledge that any of the

Page 308

sales, according to your interpretation of my question, were willful?

MR. MALONEY:  Same objection.

A.    I don't believe that they willfully and knowingly allowed a straw purchase.

MR. MALONEY:  I'll just note for the record, Counsel, I think you may be out of time, or very close to the buzzer.

MR. NOTEBOOM:  Let's take a break.  Go off the record.

THE VIDEOGRAPHER:  Going off the record at 5:39.

(Brief break taken.)

THE VIDEOGRAPHER:  We are back on the record at 5:47.

MR. NOTEBOOM:  Sorry.  I don't have any further questions -- thank you -- because we're at time.

MR. MALONEY:  Thank you, Mr. Noteboom.  That's what I was waiting for.

And I have just a few on behalf of the State to you, Mr. Bisbee.  So thank you for hanging around for a few additional questions.  I know it's late in the day.

Page 320

REPORTER'S CERTIFICATE

I, TAMI LYNN VONDRAN, CCR, CSR, RMR, CRR, the undersigned Certified Court Reporter authorized to administer oaths and affirmations in and for the states of Washington (2157), Oregon (20-0477), and California (14435) do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision.  That the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 13th day of February, 2025.

TAMI LYNN VONDRAN, CRR, RMR

Washington CCR #2157, Expires 10/6/2025

Oregon CSR #20-0477, Expires 9/30/2027

California CSR #14435, Expires 10/31/2025

Page 321

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

February 13, 2025

To: ERIC J. MALONEY

Case Name: State Of Minnesota v. Fleet Farm LLC

Veritext Reference Number: 7109667

Witness:  Joseph Bisbee      Deposition Date:  2/6/2025

Dear Sir/Madam:

Enclosed please find a deposition transcript.  Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change.  Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department

NO NOTARY REQUIRED IN CA

Page 323

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 7109667
CASE NAME: State Of Minnesota v. Fleet Farm LLC
DATE OF DEPOSITION: 2/6/2025
WITNESS' NAME: Joseph Bisbee

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

___3/18/25___          _____
Date                    Joseph Bisbee

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

        They have read the transcript;
        They have listed all of their corrections
            in the appended Errata Sheet;
        They signed the foregoing Sworn
            Statement; and
        Their execution of this Statement is of
            their free act and deed.

I have affixed my name and official seal this __18th__ day of __March__, 20__25__.

_____
Notary Public

__08/23/2028__
Commission Expiration Date

Page 324

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 7109667

PAGE/LINE(S) /        CHANGE        /REASON

· THROUGHOUT DEPOSITION CHANGE ".9 MILLIMETER" TO "9 MILLIMETER" / CORRECTION

· P112, LINE 7 CHANGE "NOBODY" TO "SOMEBODY" / TRANSCRIPTION ERROR

P112, LINE 8 CHANGE "THAN" TO "WHEN" / TRANSCRIPTION ERROR

P171, LINE 9 CHANGE "THEN PUTS" TO "INPUTS" / TRANSCRIPTION ERROR



3/18/25

Date                    Joseph Bisbee

SUBSCRIBED AND SWORN TO BEFORE ME THIS 18th

DAY OF March_____, 20 25 .

Notary Public

05/23/2028

Commission Expiration Date

ARIELLE KAGARABI
MY COMM. EXP. 05-23-28
NOTARY
PUBLIC
STATE OF WASHINGTON
COMM. NO. 24021817