UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - x

STATE OF MINNESOTA, BY ITS      :

ATTORNEY GENERAL, KEITH         :

ELLISON,                        :

      Plaintiff,              :Case No.

  vs.                           :0:22-cv-02694-JRT-JFD

FLEET FARM LLC, FLEET FARM      :

GROUP LLC, ET AL., and FLEET    :

FARM WHOLESALE SUPPLY CO. LLC,:

      Defendants.             :

- - - - - - - - - - - - - - - - x

DEPOSITION OF ANDREW GRAHAM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Washington, DC

Thursday, January 16, 2025

REPORTED BY:

  CARMEN SMITH

Confidential

Plaintiff's Exhibit

**17**

**Shaddix & Associates - Stenographic Court Reporters**
**(952)888-7687 - reporters@janetshaddix.com**

                    P R O C E E D I N G S

Whereupon,

                    ANDREW GRAHAM

was called as a witness and, having first been duly

sworn, was examined and testified as follows:

          MR. DAVIS:  Ms. Moerke, before we begin,

as we just discussed before going on the record, we

will designate this deposition transcript as

confidential pursuant to the protective order in

this case.

          MS. MOERKE:  That's just fine, thank you.

                    EXAMINATION

          BY MS. MOERKE:

     Q    Good morning, Mr. Graham.  We met very

briefly right before we began.  I am Katie Moerke.

I am an attorney representing the State of Minnesota

in the lawsuit against Fleet Farm.

     A    Okay.

     Q    Is this your first deposition?

     A    Yes.

     Q    We're going to go over some ground rules.

First of all, we need to speak one at a time so that

our court reporter can make a clear record.

          Do you understand?

     A    Yes.

A     Yes.

Q     And then the last point is that FFLs should shut down potential straw purchases when they recognize they are occurring.

Do you see that?

A     Yes.

Q     And do you agree with that?

A     Yes, I do.

Q     This may seem like an obvious question, Mr. Graham, but do you agree that straw purchasing is a problem?

A     Yes.

Q     I mean, it's against the law?

A     Correct.

Q     And it leads to real harm; right?

A     If a bad guy gets the guns through straw purchasing, yes.

Q     Yeah.  And bad guys do get guns through straw purchasing; right?

A     One of many methods that ATF has identified of them acquiring firearms, yes, that is one of them.

Q     Your point is bad guys get guns in other ways too; right?

A     Yes.

A    Yes.

Q    What standards are established by ATF regulations?

A    The entire part 124, subchapters on recordkeeping, conduct of business.

Q    Your opinion 6 on page 5 says "The renewal of Fleet Farm store licenses indicates those stores have complied with the Gun Control Act and ATF regulations."

Is that still your opinion today?

A    Yes.

Q    Do you mean that the -- is it your opinion that the renewal of those licenses means that they have complied fully?

A    Yes.

Q    Are you aware that Fleet Farm did not submit a 3310 when required for Jerome Horton?

A    Yes.

Q    Doesn't that mean Fleet Farm did not comply fully with the Gun Control Act and ATF regulations?

A    Renewals are based on ATF inspection findings.  I did come across a transaction to where one was late filed.  That is a violation of Code of Federal Regulation.

Q    So isn't it true, then, that renewing a license does not indicate that there have been no violations?

A    That's correct.

Q    If you look at your opinion 7, it's actually a clause that is at the top of page 6, it says, "there is no indication that any Fleet Farm employees knew or should have known that Horton or Elwood were straw purchasers at the time they purchased firearms from Fleet Farm."

Do you see that?

A    Yes.

Q    When you formed that opinion, did you know about Cory Klebs's concerns and e-mail about this July 31, 2021, sale to Jerome Horton?

MR. DAVIS:  Objection; mischaracterizes the record, incomplete description of the record.

THE WITNESS:  My conclusion was based on reviewing everything associated with Horton, including video footage, depositions, to draw the conclusion that Fleet Farms employees did not know that they were dealing with straw purchasers.

BY MS. MOERKE:

Q    Do you remember the name Cory Klebs?

A    Yes.

explored it further.  I hate to speculate what they didn't do or could have done because I don't know what they did.

Q    Sorry, Mr. Graham.  You don't have to speculate here, unfortunately.

Are you saying you don't think Ms. Granato was able to look at the records for all the Fleet Farm stores and see what sales had been made to Jerome Horton?

A    Whether she did or not, I don't know why, and I don't know what she did.

Q    And what I'm asking you is not did she but did someone at the corporate level have the ability, unlike a store employee, to look at sales across all of the Fleet Farm stores?

A    I understand the question, and yes, she did.

Q    And that information would have been helpful in detecting a possible straw purchase, wouldn't it?

A    I'm certain it would have helped, yes.

Q    Are you aware of what happened to the firearms that Fleet Farm sold to Jerome Horton on July 31, 2021?

A    I'm aware that one firearm was used in a

CERTIFICATE OF NOTARY PUBLIC & REPORTER


I, CARMEN SMITH, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn; that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.


                    CARMEN SMITH

                Notary Public in and for the

                District of Columbia


My Commission Expires:  MARCH 31, 2028

CERTIFICATE OF NOTARY PUBLIC & REPORTER

I, CARMEN SMITH, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn, that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction, that said deposition is a true record of the testimony given by said witness, that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action



------------------------------

Notary Public in and for the
District of Columbia

My Commission Expires    MARCH 31, 2028

CASE 0:22-cv-02694-JRT-JFD    Doc. 222-9    Filed 04/25/25    Page 9 of 9
State of Minnesota by its AG Keith Ellison vs.    Andrew Graham    ANDREW GRAHAM
Fleet Farm LLC, et al    1-16-25    January 16, 2025

Page 277

I HEREBY CERTIFY that I have read this transcript of my deposition and that this transcript accurately states the testimony given by me, with the changes or corrections, if any, as noted.

X

Subscribed and sworn to before me this      day of      , 20      .

X

Notary Public

My commission expires:                    .

Page 278

CERTIFICATE OF NOTARY PUBLIC & REPORTER

I, CARMEN SMITH, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn; that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

CARMEN SMITH
Notary Public in and for the
District of Columbia

My Commission Expires:  MARCH 31, 2028

Confidential