IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Case No.: 0:22-CV-02694-JRT-JFD
_____

DEPOSITION OF WILLIAM NAPIER
January 30, 2025
**CONFIDENTIAL**
_____

STATE OF MINNESOTA BY ITS ATTORNEY GENERAL, KEITH
ELLISON,

Plaintiff,

v.

FLEET FARM LLC;  FLEET FARM GROUP LLC; and FLEET FARM
WHOLESALE SUPPLY CO. LLC,

Defendants.
_____

                    A P P E A R A N C E S

For the Plaintiff:        KATHERINE A. MOERKE, ESQ.
                          ERIC J. MALONEY, ESQ.
                          Office of the Attorney General
                          445 Minnesota Street
                          Suite 1200
                          St. Paul, Minnesota  55101
                          katherine.moerke@ag.state.mn.us
                          eric.maloney@ag.state.mn.us

For the Defendants:       ANDREW DAVIS, ESQ.
                          ANDREW LEIENDECKER, ESQ. (remote)
                          Stinson LLP
                          50 South Sixth Street
                          Suite 2600
                          Minneapolis, Minnesota  55402
                          andrew.davis@stinson.com
                          andrew.leiendecker@stinson.com


Also Present:             Will Roberts

**Plaintiff's Exhibit 18**

P R O C E E D I N G S

WILLIAM NAPIER,

the Witness herein, having been first duly sworn, was examined and testified on his oath as follows:

MR. DAVIS:  Before we begin, we will be designating this deposition transcript as confidential pursuant to the protective order in this case.

MS. MOERKE:  That's fine, thank you.

EXAMINATION

BY MS. MOERKE:

Q    Good morning, Mr. Napier.  My name is Katherine Moerke.  I'm an attorney representing the State of Minnesota in the lawsuit against Fleet Farm.

A    Okay.

Q    Before I start asking you more questions, we're going to go over some ground rules for the deposition.  I believe you've been deposed once before; is that right?

A    Two times, ma'am.

Q    We have a court reporter in the room who's taking down everything we say, so we need to be careful to speak one at a time so that there's a clear record. Does that make sense?

A    Yes, ma'am.

Q    You're -- are you represented by an attorney

employees based on guidance from the ATF, NSSF and some other FFL policies, right?

MR. DAVIS:  Object to form.

THE WITNESS:  Yes.

Q    (By Ms. Moerke)  So the standards are really focused on training to prevent straw buying, right?

A    I'm not sure I agree with that.

Q    Well, why might you disagree?

A    It would be the totality of your program.

Q    How would any particular specific sales of firearms violate or not violate industry standards?

A    Perhaps there's lots of warnings from the ATF, perhaps there's unlawful purchases that the FFL has allowed.

Q    The industry standards are not requirements, correct?

A    No, ma'am.

Q    You agree they're not requirements; is that right?

A    Yes.

Q    The second sentence of your Opinion 3 on page 39 says -- well, I guess let's read both.  The first one says you reviewed all the ATF forms for Elwood and Horton, right?

A    Yes.

Q    And then the second sentence says, "In my expert opinion, each of these forms was completed properly," right?

A    Yes.

Q    Is it your opinion that the untimely 3310 form was completed properly?

A    They made a mistake.

Q    So is it fair to say that in your expert opinion, each of these forms, except for that one 3310, was completed properly?

A    I think they were completed properly.  It just wasn't sent to the necessary destination in one case.

Q    Because the requirement, as you said, was to submit it by the close of business the same day, right?

A    Yes, ma'am.

Q    You also say it appears that NICS instructed Fleet Farm to proceed with each of the sales to Horton and Elwood, right?

A    Yes.

Q    In general, straw purchasers pass background checks, right?

A    They can.

Q    Straw purchasers often purchase firearms for people who cannot pass background checks, right?

A    That does happen, yes.

DEPOSITION OF
WILLIAM NAPIER

REPORTER'S CERTIFICATE

I, Laurie Heckman, Registered Professional Reporter, do hereby certify that prior to the commencement of the examination, the Witness was by me first duly sworn to testify the truth; that said deposition was taken in shorthand by me at the time and place hereinabove set forth and was thereafter reduced to typewritten form under my supervision, as per the foregoing transcript; that the same is a full, true and correct transcription of my shorthand notes then and there taken.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the event of the within action.

I have hereunto set my hand February 5, 2025.

_____

Registered Professional Reporter

Shaddix & Associates - Stenographic Court Reporters
(952)888-7687 - reporters@janetshaddix.com