


# FIREARMS DEALER SEMINAR
## February 25, 2020 - Saint John, Indiana

| FLL Name | FFL City | Name of Attendee | Phone Number | Email Address |
|---|---|---|---|---|
| ███ | Fair Oaks | ███ | ███ | |
| ███ | Fair Oaks | ███ | ███ | |
| ███ | ST. JOHN | ███ | ███ | |
| ███ | LAPORTE | ███ | ███ | |
| ███ | Dyer, Indiana | ███ | ███ | |
| ███ | HOBART | ███ | ███ | |
| ███ | HOBART | ███ | ███ | |
| ███ | RENSSELAER | ███ | ███ | |
| ███ | Cedar Lake | ███ | ███ | |
| ███ | Rolling Prairie | ███ | ███ | |
| ███ | LaPorte | ███ | ███ | |
| ███ | Schererville | ███ | ███ | |

12

Case No. 21-CH-01987

**Plaintiff's Exhibit 7**

FILED DATE: 9/26/2022 6:20 PM   2021CH01987

# FIREARMS DEALER SEMINAR
## February 25, 2020 - Saint John, Indiana




| FLL Name | FFL City | Name of Attendee | Phone Number | Email Address |
|---|---|---|---|---|
| ▮ | MERRILLVILLE IN | ▮ | ▮ | ▮ |
| | MOROCCO IN | | | |
| | Cedar Lake, In. | | | |
| | East Chicago | | | |
| | Rensselaer | | | |
| | Lowac, In | | | |
| | Valparaiso | | | |
| Westforth Sports | Gary | Sheila M Lewis | 219 980 0680 | Sales @ westforth sports. com |
| WESTFORTH SPORTS | GARY | EARL WESTFORTH | 219-980-0680 | Sales e WESTFORTH SPORTS.COM |
| ▮ | Merrillville | ▮ | ▮ | ▮ |
| | DYER | | | |
| | Merrillville | | | |

13

FILED DATE: 9/26/2022 6:20 PM   2021CH01987

Case No. 21-CH-01987




# FIREARMS DEALER SEMINAR
## February 25, 2020 - Saint John, Indiana

| FLL Name | FFL City | Name of Attendee | Phone Number | Email Address |
|---|---|---|---|---|
| ███████ | Gary, IN | ███████ | ███████ | ███████ |
| ███████ | SCHERERVILLE. IN | ███████ | ███████ | ███████ |
| ███████ | Highland, IN | ███████ | ███████ | ███████ |
| ███████ | Rensselaer, IN | ███████ | ███████ | ███████ |
| ███████ | Crown Point | ███████ | ███████ | ███████ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

6

③

Case No. 21-CH-01987

FILED DATE: 9/26/2022 6:20 PM   2021CH01987

AGO0002942

**ATF** PROTECTING THE PUBLIC
SERVING OUR NATION

# Bureau of Alcohol, Tobacco, Firearms and Explosives

## FFL Seminar
## February 25, 2020

1

Case No. 21-CH-01987

FILED DATE: 9/26/2022 6:2...

AGO0002943



AGO0002944



# What Is A "Straw Purchase?"

- The illegal purchase of a firearm by one person on behalf of another.

- Actual buyer may or may not be prohibited.

- "Actual buyer" selects firearm, pays for firearm, takes custody of firearm, etc.

- "Straw Purchaser" completes paperwork.

- May be firearm trafficking or single purchase.

- Gifts are **NOT** straw purchases.

FILED DATE: 9/26/2022 6:2

Case No. 21-CH-01987

AGO0002945

# What Is A "Straw Purchase?" (Cont'd)



**Straw Purchaser**



**Actual Buyer**

## It's not just a "paperwork" crime!

AGO0002946



# Common Indicators

- Bulk purchases or repetitive purchases of same or similar firearms especially "non-collectibles."

- Structuring purchases to avoid MS-reporting.

- Purchase made with new identification.

- No previous purchases but now frequent buying.

- No haggling or questions on price.

- Paying with large amount of cash.

- Apparent drug-abuser.



Case No. 21-CH-01987

FILED DATE: 9/26/2022 6:

AGO0002947



# Common Indicators (Cont'd)

- Arriving in car with out-of-state license plate.

- Attempts to conceal conversation from FFL.

- "Scouting" of firearm by person with purchaser.

- Taking/sending cell phone photos of firearms.

- Talking on telephone while looking at firearms.

- Avoids engaging in conversation with FFL or is evasive when asked questions.

- Travels an illogical distance to purchase.

Case No. 21-CH-01987

FILED DATE: 9/26/2022 6:Z...

AGO0002948



# And even more Common Indicators

- Reluctance of apparent buyer to complete paperwork.

- Attempted purchase of firearm from recent denial.

- Purchaser has little or no knowledge about firearms.

- Purpose inconsistent with firearm purchased
  – Deer hunting with .22-caliber.

- Customer inconsistent with firearm purchased
  – Small-framed person buys large pistol.
  – Person with no apparent income buys expensive firearm.

Case No. 21-CH-01987

FILED DATE: 9/26/2022 6:2...

AGO0002949



# What Can You Do?

- ## Ask Questions,

- ## Ask More Questions,

- ## Ask Even More Questions!!!

Case No. 21-CH-01987

FILED DATE: 9/26/2022 6:2...

AGO0002950



# What Can You Do (Cont'd)?

- Educate your employees on recognition and prevention.
- Get to know your customers.
  - Engage with your customers.
  - Ask questions.
- Trust your instincts.
- Maintain complete records
  - 4473.
  - Multiple Sale Reports.
- Report suspected straw purchasers.

Case No. 21-CH-01987

FILED DATE: 9/26/2022 6:7...

AGO0002951



# What Can You Do (Cont'd)?

## Decline the Sale

- There is no legal obligation to complete a sale.
- If you feel the transaction may not be legitimate, you may decline the sale.
- If you have **reasonable cause to believe** it is not legitimate, you **must decline** the sale.

FILED DATE: 9/26/2022 6:1...

Case No. 21-CH-01987

AGO0002952