

PROTECTING THE PUBLIC
SERVING OUR NATION

www.atf.gov

# Bureau of Alcohol, Tobacco, Firearms and Explosives

## Federal Firearms Licensee Seminar

## South Bend Police Department
## South Bend, IN
### March 30, 2023



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

ATF FOIA Release: 2023-00128-000001

**Plaintiff's Exhibit**

**8**

AGO0002752



# Opening Remarks

## United States Attorney's Office
### Northern District of Indiana
First Assistant United States Attorney **(b)(6)/(b)(7)(C)**

## Chicago Field Division
Special Agent in Charge Chris Amon

AGO0002753



# Introductions

## ATF Industry Operations

Director of Industry Operations – Kyle Lallensack

Area Supervisor – **(b)(6)/(b)(7)(C)**

Industry Operations Investigators – **(b)(6)/(b)(7)(C)**

**(b)(6)/(b)(7)(C)**

## ATF Criminal Enforcement

Assistant Special Agent in Charge – Will Panoke

Special Agent – **(b)(6)/(b)(7)(C)**

ATF FOIA Release: 2023-00128-000003

AGO0002754



# Introductions

## ATF HQ
NFA Division Industry Liaison – **(b)(6)/(b)(7)(C)**

## FBI NICS
ATF/FFL Liaison Specialist – **(b)(6)/(b)(7)(C)**

### Indiana State Police
**(b)(6)/(b)(7)(C)**

ATF FOIA Release: 2023-00128-000004

AGO0002755



Kyle Lallensack

Director of Industry Operations

Chicago Field Division

ATF FOIA Release: 2023-00128-000005

AGO0002756



# ATF's Mission

Protect our communities from violent criminals, criminal organizations, the illegal use and trafficking of firearms, the illegal use and storage of explosives, acts of arson and bombings, acts of terrorism, and the illegal diversion of alcohol and tobacco products. We **partner** with communities, **industries**, law enforcement, and public safety agencies to safeguard the public we serve through information sharing, training, research, and use of technology.

ATF FOIA Release: 2023-00128-000006

AGO0002757



# Violations That Impact Public Safety

ATF FOIA Release: 2023-00128-000007

AGO0002758



# Violations that Impact Public Safety

(a) Transfer of a firearm to a prohibited person while knowing or having reasonable cause to believe that the transferee is a prohibited person.

(b) Failure to conduct a NICS check or fail to retrieve a NICS response prior to the transfer of a firearm. This includes:

   (1) Return of consignment firearms,

   (2) Pawn redemption of firearms,

   (3) Acceptance of an invalid alternate permit or nonqualifying alternative permit in lieu of NICS,

   (4) Transfer of a firearm after an initial NICS check 30-day expiration, without conducting a new NICS check,

   (5) Transfer of a firearm prior to receiving a final NICS response or applicable State POC background response where three days have not elapsed since the FFL contacted the system,

ATF FOIA Release: 2023-00128-000008

AGO0002759



# Violations that Impact Public Safety (Cont'd)

(c) Failure to respond to a firearm trace request within 24 hours after receipt of the request.

(d) Falsification of records required under the GCA or making a false or fictitious written statement in the FFL's required records or in applying for a firearms license. Withholding or misrepresenting material information in applying for a license.

(e) Refuse ATF right of entry and inspection during hours of operation at the licensed premises.

ATF FOIA Release: 2023-00128-000009

AGO0002760



# Violations that Impact Public Safety (Cont'd)

(f) Allow an employee who is a prohibited person to have actual or constructive possession of a firearm while knowing or having reasonable cause to believe that the employee is a prohibited person.

(g) The FFL transfers a firearm knowing or having reasonable cause to believe that the transferee of record is not the actual buyer (i.e. a straw purchase).

(h) Failure by the FFL to create a required record, or discontinued use of required records.

(i) Failure to execute an ATF Form 4473.

(j) Failure to account for firearms in required records (missing firearms).

ATF FOIA Release: 2023-00128-000010

AGO0002761



# Violations that Impact Public Safety (Cont'd)

(k) Possession of a firearm with an obliterated serial number.

(l) Transfer of a firearm to an underage person.

(m) Failure to obtain appropriate identification documents prior to transfer of a firearm.

(n) Failure to record complete and accurate acquisition and disposition information.

(o) Failure to report the sale of multiple handguns, if required.

(p) Failure to report lost or stolen firearms.

ATF FOIA Release: 2023-00128-000011

AGO0002762



PROTECTING THE PUBLIC
SERVING OUR NATION

**(b)(6)/(b)(7)(C)**

Industry Operations Investigator

Merrillville Field Office

Chicago Field Division

ATF FOIA Release: 2023-00128-000012

AGO0002763



# Overview of ATF Industry Operations

- Conduct in person qualifications for all new Firearm and Explosive licensees

- Inspect every Explosives licensee and permittee at least once every three years (mandated by Congress)

- Conduct compliance inspections of Federal Firearm Licensees

- Partner with Federal, State, local Law Enforcement and Public Safety Agencies

- Work directly with the Industry and local communities to enhance public safety and reduce violent crime

ATF FOIA Release: 2023-00128-000013

AGO0002764



# Inspection Process

- Introduction and Opening Interview
- Firearms Inventory Verification/Reconciliation
- Required Records Examination
  - A&D Record, 4473s, theft/loss, multiple sale forms
- Closing Conference
  - Review of any violation discovered

ATF FOIA Release: 2023-00128-000014

AGO0002765



# What You Can Do

- Have a second person review the Form 4473 prior to the actual transfer to ensure correctness and completeness

- Verify multiple sales are being reported

- Report thefts/losses as required and ensure entries are properly recorded in A&D

- Respond to trace requests timely

- **Ensure employees are well informed and trained**

- **When you are not sure, REACH OUT**

ATF FOIA Release: 2023-00128-000015

AGO0002766



# Firearm Inventories

When conducting a firearms inventory:

- Verify every firearm, by serial number, to the acquisition and disposition record.

- Open every box and verify the serial number on the firearm.

For additional guidance, see ATF Publication 5380.2, How to Conduct a Firearms Inventory



AGO0002767



PROTECTING THE PUBLIC
SERVING OUR NATION

# ATF Form 4473
# Firearms Transaction Record

ATF FOIA Release: 2023-00128-000017

AGO0002768



# ATF FORM 4473

- Purpose of the ATF Form 4473 is to help you determine if a person may lawfully purchase and possess firearms.

\*\* If a purchaser is unable to read and/or write the answers (other than signature) may be completed by another person, excluding the seller **AND** two (2) persons (other than the seller) must sign as witnesses to purchaser's answers and signature.\*\*

ATF FOIA Release: 2023-00128-000018

AGO0002769



# ATF Form 4473 - IMPORTANCE

- An ATF Form 4473 may later be used during an investigation as **evidence of a crime** and is an important part of the tracing process.

- An ATF Form 4473 completed properly documents an FFL followed necessary steps required to lawfully transfer a firearm.

- ATF Form 4473 is admissible as evidence in court as a business record that has been maintained in the regular course of an FFL's operations.

- To be admissible in court under the business record exception, an FFL may be asked to testify concerning the particular transaction.

ATF FOIA Release: 2023-00128-000019

AGO0002770

**⊞ ATF**  PROTECTING THE PUBLIC
SERVING OUR NATION

# ATF Form 4473 – December 2022

OMB No. 1140-0020

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record**

---

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State Law from receiving a firearm, or whether Federal or State Law prohibits the sale or disposition of a firearm to you. Certain violations of the Gun Control Act, 18 U.S.C. § 921 et seq., are punishable by up to 15 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. § 922(c). All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.

Transferor's/Seller's Transaction Number (if any)

**Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B**

| | 1. Manufacturer and Importer (if any), or Privately Made Firearm (PMF) (If the Manufacturer and Importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

7. Check if any part of this transaction is a pawn redemption. ☐
Record Line Number(s) From Question 1:

8. Check if any part of this transaction is to facilitate a private party transfer. ☐

**Section B – Must Be Completed Personally By Transferee/Buyer**

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)
Last Name (including suffix, e.g., Jr., Sr., II, III) | First Name | Middle Name

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)
Number and Street Address | City | Reside in City Limits? ☐ Yes ☐ No ☐ Unknown | State | ZIP Code | County/Parish/Borough

11. Place of Birth
U.S. City and State -OR- Foreign Country
12. Height Ft. ___ In. ___
13. Weight (lbs.)
14. Sex ☐ Male ☐ Female ☐ Non-Binary
15. Birth Date Month | Day | Year

16. Social Security Number (optional, but will help prevent misidentification)

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☐ Hispanic or Latino
☐ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native ☐ Black or African American ☐ White
☐ Asian ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship. (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☐ United States of America (U.S.A.) ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#).

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions. | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☐ | ☐ |
| b. Do you intend to purchase or acquire any firearm listed on this form and any continuation sheet(s), or ammunition, for sale or other disposition to any person described in questions 21(c)-(m), or to a person described in question 21.n.1 who does not fall within a nonimmigrant alien exception? | ☐ | ☐ |
| c. Do you intend to sell or otherwise dispose of any firearm listed on this form and any continuation sheet(s) or ammunition in furtherance of any felony or other offense punishable by imprisonment for a term of more than one year, a Federal crime of terrorism, or a drug trafficking offense? | ☐ | ☐ |
| d. Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☐ |
| e. Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☐ |

Previous Editions Are Obsolete
Page 1 of 7
**STAPLE IF PAGES BECOME SEPARATED**
ATF Form 4473 (5300.9)
Revised December 2022

ATF FOIA Release: 2023-00128-000020

AGO0002771

**☒ATF** PROTECTING THE PUBLIC
SERVING OUR NATION

# ATF Form 4473 – December 2022

| | | Yes | No |
|---|---|---|---|
| f. | Are you a fugitive from justice? | ☐ | ☐ |
| g. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☐ |
| h. | Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? | ☐ | ☐ |
| i. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☐ |
| j. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☐ |
| k. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☐ |
| l. | Have you ever renounced your United States citizenship? | ☐ | ☐ |
| m. | Are you an alien illegally or unlawfully in the United States? | ☐ | ☐ |
| 21.n.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☐ |
| 21.n.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.n.1 and 21.n.2 blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.m. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.n.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.n.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale to predominantly earn a profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| | Month | Day | Year |

**Section C – Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)**

24. Category of firearm(s) to be transferred (check or mark all that apply):

☐ Handgun  ☐ Long Gun (rifle or shotgun)  ☐ Other Firearm (frame, receiver, etc.)

25. If sale or transfer is at a qualifying gun show or event:

Name of Function: _____ County: _____

Address: _____

City, State, ZIP Code: _____

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or legal name)

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):

| PCS Base, City and State: | PCS Effective Date: | PCS Order Number (if any): |
|---|---|---|

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.n.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**Notice:** If transferee/buyer is under 21, a waiting period of up to 10 days may apply where notification from NICS is received within 3 business days to further investigate a possible disqualifying juvenile record. A NICS check is only valid for 30 calendar days from the date recorded in question 27.a.

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month | Day | Year | |

27.c. The response initially provided by NICS or the appropriate State agency was:

☐ Proceed       ☐ Denied       ☐ Cancelled

☐ Delayed
The firearm(s) may be transferred on _____ if time period is not extended by NICS or the appropriate State agency, and State law allows (optional).

| Page 2 of 7 | STAPLE IF PAGES BECOME SEPARATED | ATF Form 4473 (5300.9) Revised December 2022 |
|---|---|---|

ATF FOIA Release: 2023-00128-000021

AGO0002772

# ATF Form 4473 – December 2022

**ATF** PROTECTING THE PUBLIC
SERVING OUR NATION

27.d.  Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:

☐ Proceed _____ (date)    ☐ Denied _____ (date)    ☐ Cancelled _____ (date)

☐ Overturned _____ (date)    ☐ No response was provided within 3 business days.

☐ Notice of additional delay of transferee under 21 years of age received on _____ (date), and may be transferred on _____ (date).

☐ No response was provided within 10 business days after additional delay for transferee/buyer under 21 years of age.

27.e.  After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on _____ (date).    ☐ Proceed    ☐ Denied    ☐ Cancelled

28.  ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

29.  ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

**Section D - Must Be Completed Personally By Transferee/Buyer**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30.  Transferee's/Buyer's Signature | 31.  Recertification Date |||
|---|---|---|---|
| | Month | Day | Year |
| | | | |

**Section E - Must Be Completed By Transferor/Seller**

| 32.  For Use by Licensee | 33.  Trade/corporate name and address of transferor/seller and Federal Firearms License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| | |

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that:  (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. § 923(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.  If this transaction required a NICS check, I further certify that this firearm(s) transfer is within 30 days from the date of the initial contact with NICS.

| 34.  Transferor's/Seller's Name (please print) | 35.  Transferor's/Seller's Signature | 36.  Date Transferred |||
|---|---|---|---|---|
| | | Month | Day | Year |
| | | | | |

REMINDER. - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

## NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:**  The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction.  Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. § 921-931 and the regulations in 27 CFR Parts 478 and 479.  In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/ seller's State and the transferee's/buyer's State.  (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter.  Federal law, 18 U.S.C. § 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements.  These requirements are set forth in 18 U.S.C. § 922(c), 27 CFR 478.96(b), and ATF Procedure 2020-1 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records.  Such Forms 4473 must be retained until discontinuance of business or licensed activity.  Paper forms over 20 years of age may be stored at a separate warehouse, which is considered part of the business premises subject to inspection.  Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

Page 3 of 7    STAPLE IF PAGES BECOME SEPARATED    ATF Form 4473 (5300.9)
Revised December 2022

ATF FOIA Release: 2023-00128-000022

AGO0002773



# Key Changes to Form 4473, 2022 edition

## Section A – Completed by Seller

| Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B | | | | |
|---|---|---|---|---|
| 1. Manufacturer and Importer (if any), or Privately Made Firearm (PMF) (If the Manufacturer and Importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

| 6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.) | 7. Check if any part of this transaction is a pawn redemption. ☐ |
|---|---|
| | Record Line Number(s) From Question 1: |
| | 8. Check if any part of this transaction is to facilitate a private party transfer. ☐ |

Must be completed by Transferor/Seller **BEFORE** Transferee/Buyer completes Section B and buyer certifies Boxes 22 & 23.

AGO0002774

# Section B – Completed by Buyer



**PROTECTING THE PUBLIC SERVING OUR NATION**

**Section B - Must Be Completed Personally By Transferee/Buyer**

9.  Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN")

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| | | |

10.  Current State of Residence and Address  (U.S. postal abbreviations are acceptable.  Cannot be a post office box.)

| Number and Street Address | City | Reside in City Limits? ☐ Yes ☐ No ☐ Unknown | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|---|
| | | | | | |

| 11. Place of Birth | | | 12. Height | 13. Weight (lbs.) | 14. Sex ☐ Male ☐ Female ☐ Non-Binary | 15. Birth Date | | |
|---|---|---|---|---|---|---|---|---|
| U.S. City **and** State | -OR- | Foreign Country | Ft. _____ In. _____ | | | Month | Day | Year |

16.  Social Security Number (optional, but will help prevent misidentification) | 17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a.  Ethnicity
☐ Hispanic or Latino
☐ Not Hispanic or Latino

18.b.  Race (Select one or more race in 18.b.  Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native    ☐ Black or African American    ☐ White
☐ Asian    ☐ Native Hawaiian or Other Pacific Islander

19.  Country of Citizenship:  (Check/List more than one, if applicable.  Nationals of the United States may check U.S.A.)
☐ United States of America (U.S.A)    ☐ Other Country/Countries (Specify):

20.  If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a.  Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning:  You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person.  If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you.**  Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☐ | ☐ |
| b.  Do you intend to purchase or acquire any firearm listed on this form and any continuation sheet(s), or ammunition, for sale or other disposition to any person described in questions 21(c)-(m), or to a person described in question 21.n.1 who does not fall within a nonimmigrant alien exception? | ☐ | ☐ |
| c.  Do you intend to sell or otherwise dispose of any firearm listed on this form and any continuation sheet(s) or ammunition in furtherance of any felony or other offense punishable by imprisonment for a term of more than one year, a Federal crime of terrorism, or a drug trafficking offense? | ☐ | ☐ |

ATF FOIA Release: 2023-00128-000024

AGO0002775



# Section B – Completed by Buyer

| | | | |
|---|---|---|---|
| i. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☐ |
| j. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☐ |
| k. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☐ |
| l. | Have you ever renounced your United States citizenship? | ☐ | ☐ |
| m. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☐ |
| 21.n.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☐ |
| 21.n.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.n.1 and 21.n.2 blank) | ☐ | ☐ |

**Included military charges** →

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.m. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.n.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.n.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale to predominantly earn a profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| | Month | Day | Year |

ATF FOIA Release: 2023-00128-000025

AGO0002776

# Section C – Completed by Seller



**PROTECTING THE PUBLIC
SERVING OUR NATION**

**Notice**: If transferee/buyer is under 21, a waiting period of up to 10 days may apply where notification from NICS is received within 3 business days to further investigate a possible disqualifying juvenile record.  A NICS check is only valid for 30 calendar days from the date recorded in question 27.a.

27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency:

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

27.b. The NICS or State transaction number (if provided) was:

27.c.  The response initially provided by NICS or the appropriate State agency was:

☐ Proceed    ☐ Denied    ☐ Cancelled

☐ Delayed
The firearm(s) may be transferred on _____ if time period is not extended by NICS or the appropriate State agency, and State law allows (optional).

Page 2 of 7    **STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised December 2022

27.d.  Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:

☐ Proceed _____ (date)    ☐ Denied _____ (date)    ☐ Cancelled _____ (date)

☐ Overturned _____ (date)    ☐ No response was provided within 3 business days.

☐ Notice of additional delay of transferee under 21 years of age received on _____ (date), and may be transferred on _____ (date).

☐ No response was provided within 10 business days after additional delay for transferee/buyer under 21 years of age.

ATF FOIA Release: 2023-00128-000026

AGO0002777

# Section E – Completed by Seller





**Section E - Must Be Completed By Transferor/Seller**

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. § 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B. If this transaction required a NICS check, I further certify that this firearm(s) transfer is within 30 days from the date of the initial contact with NICS.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days**

ATF FOIA Release: 2023-00128-000027

AGO0002778

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record**
**Continuation Sheet**



This form is a continuation of Section A of the attached ATF Form 4473 and is completed by the transferor/seller. When completed, this attachment is incorporated into and made part of the ATF Form 4473. **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2.** PLEASE PRINT

| Transferor's/Seller's Transaction Serial Number (if any) | Date Transferred (if any) | | |
|---|---|---|---|
| | Month | Day | Year |

**Transferee's/Buyer's**

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

**Section A - Must Be Completed By Transferor /Seller Before Transferee/Buyer Completes Section B**

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |

REMINDER- By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

ATF Form 4473 (5300.9A)
Revised May 2020

# New Continuation Sheet

- Used when more than three firearms are transferred on the same ATF Form 4473.

- Attachment is incorporated into and made part of the ATF Form 4473.

ATF FOIA Release: 2023-00128-000028

AGO0002779



# Correcting ATF Form 4473

- Corrections to the original 4473 may only be made **before** the firearm transfer is completed.

- After the firearm is transferred, **no changes** may be made to the original 4473. A copy must be used to document the change.

- Draw a single line through the error, make the correction, and initial and date the change.

The purchaser and FFL may only make corrections to the portions of the form they are responsible for completing.

- FFL – Sections **A**, **C**, and **E**.
- Transferee – Sections **B** and **D**.

ATF FOIA Release: 2023-00128-000029

AGO0002780



# ATF Form 4473 – Retention Requirements

If transfer occurs these forms must be separately retained in order:

1. Alphabetically (name of transferee)
2. Chronologically (date of transferee's certification)
3. Numerically (transaction number assigned by licensee)

ATF FOIA Release: 2023-00128-000030

AGO0002781



# Exceptions to 4473 Requirement

- Transfer of a firearm to another FFL

- Return of a repaired firearm to the person from whom it was received.

- Sale of a firearm to Law Enforcement Agency or Officer for official duties if it meets requirements of 27 CFR 478.134

- Transfer of a replacement firearm of the same kind and type to the same person from whom the firearm was received.

ATF FOIA Release: 2023-00128-000031

AGO0002782



**(b)(6)/(b)(7)(C)**

Industry Operations Investigator

Chicago Field Division

ATF FOIA Release: 2023-00128-000032

AGO0002783



# A&D Record



ATF FOIA Release: 2023-00128-000033

AGO0002784



# Dealer Acquisition and Disposition Record

The **purchase or other acquisition** of a firearm shall be recorded not later than the close of the **next business day** following the date of such purchase or acquisition.

The acquisition record shall include:

- Date of receipt
- Name and address or the name and license number of the person from whom received
- Manufacturer and/or Importer (if any)
- Model
- Serial number
- Type
- Caliber or gauge

ATF FOIA Release: 2023-00128-000034

AGO0002785



# Dealer Acquisition and Disposition Record

The **sale or other disposition** of a firearm shall be recorded by the licensed dealer not later than 7 days following the date of such transaction.

The disposition record shall include:

- The date of sale or other disposition or each firearm

- Name and address or ATF F4473 serial number (if non-licensee)

- Name and license number (if licensee)

If a firearm is lost or stolen:

- Theft or loss, ATF-issued incident number, and the incident number provided by the local law enforcement agency

ATF FOIA Release: 2023-00128-000035

AGO0002786



**PROTECTING THE PUBLIC**
**SERVING OUR NATION**

# A&D Record

Sample Entries for Acquisition and Disposition Book for Federal Firearms licensee Brian Smith for Brian's Sport Shop

Licensee No. is FFL lic. (not Driver's license #)

| Description of Firearm | | | | | Receipt | | Disposition | | |
|---|---|---|---|---|---|---|---|---|---|
| Manufacturer and Importer (if any) | Model | Serial Number | Type | Caliber or Gauge | Date | Name and Address or Name and Licensee No. | Date | Name | Address or Licensee No. if licensee, or Form 4473 Serial Number if Forms 4473 filed numerically |
| 1. Ithaca | 1021004 | 660138 | Shotgun | 20 | 8/2/01 | John's Fine Guns FFL 4-42-98777 | 1/29/02 | James House | Form 4473 #2 |
| 2. Smith & Wesson | 10 | M60512 | Revolver | .38 | 8/4/01 | Sinap Shop FFL 7-86-34989 | | | |
| 3. Western Field | 10504 | G91467 | Shotgun | 20 | 8/4/01 | John's Fine Guns FFL 4-42-98777 | 11/2/02 | Jim Michaels | Form 4473 #68 *Rod & Gun Show Springfield, Il.* |
| 4. Winchester | 94 | 382906 | Rifle | 30-30 | 11/4/01 | Al Green 928 Bob Hill Oak Hill, Il 60651 | 9/1/02 | William Bounce | Form 4473 #50 |
| 5. Remington | 870 | 4932 | Shotgun | 16 | 6/9/02 | Thomas Problem 605 E. Colonial Bluff, Il 60651 | 6/20/02 | Fit It or Melt It, Inc. | FFL 5-46-39988 |
| 6. Remington | 540X | 312698V | Revolver | .22 | 7/2/02 | Joan Realtor FFL 2-91-34487 | 7/14/02 | Brian Smith | 605 E. Colonial Blues, Il 60651 *(Personal Collection)* |
| 7. Browning | 1200 | 38679 | Pistol | .45 | 8/24/02 | Jon Doe 631 Pine Street Elkton, Il 60605 | 7/1/03 | Jon Doe | Form 4473 #56 |
| 8. Western Field | 10504 | G91467 | Shotgun | 20 | 11/24/02 | Jim Michaels 829 Columbia Springfield, Il 60685 | 12/2/02 | Stolen Reported | ATF Issued Incident Number F2019-001579 |
| 9. Smith & Wesson | 43-1 | M60562 | Pistol | .22 | 12/1/02 | Brian Smith (owner) 84 Winsor Cambridge, Il 60731 | 12/12/02 | Tom Jones- Metro Police | 305 Wilkins Road Atchison, Kansas 70519 *Certification Letter on File* |
| 10. Remington | MFG 870 | 4932 | Shotgun | 16 | 12/12/02 | Fit It or Melt It, Inc. FFL 5-46-39988 | 12/2/02 | Thomas Problem | 605 E. Colonial Bluff, Il 60651 |
| 11. ABC International Arms/ West Coast Importers, LLC | WASR-3HI | 7117 | Rifle | .223 | 12/7/02 | West Coast Importers, LLC FFL 3-68-87102 | 12/9/02 | Matthew Johnson | Form 4473 #86 |

FFL name & FFL #

Recommendation only, but helpful

Non-licensee -- name and full address

Recommendation only, but helpful

If you file the 4473 by transaction serial number, you can put that rather than full address

For "Police Officer Duty Carry" Purchases

Importer

NOTE-Highlighted notations are optional.

Acquisition -- NLT close of next business day, after receipt.
Disposition -- NLT 7 days after transfer.

Type: "Pistol", "Revolver", "Frame", "Rifle", "Shotgun", "Receiver", "PGF" or "Pistol Grip Firearm" (i.e. Mossberg Shockwave)

ATF FOIA Release: 2023-00128-000036

AGO0002787



# Inventory Strategy



ATF FOIA Release: 2023-00128-000037

AGO0002788



# Inventory Strategy (Cont'd)

| DESCRIPTION OF FIREARM | | | | | RECEIPT | | DISPOSITION | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Manufacturer and/or Importer | Model | Serial Number | Type | Caliber, Gauge | Date | Name & Address or Name & | Date | Name | Address or Lic. No. if Licensee, or Form 4473 SN. if Form 4473 Filed |
| Glock | 17 | 1234 | pistol | 9mm | 1/1/12 | John Doe, 123 Elm St. Dublin , CA | | | |
| | | | | | | | | | |

Example: Book 1; Page 1; Line 1

ATF FOIA Release: 2023-00128-000038

AGO0002789



# Age and Residency Requirements (FFL sales)

Rifles or Shotguns

- Must be 18 years of age
- Can be a resident of any state and the sale must be in compliance with the state laws of both the seller and purchaser

Handguns or firearms other than rifles or shotguns – frames, receivers, and other firearms that are neither handguns nor rifles or shotguns, such as firearms having a pistol grip that expels a shotgun shell, or NFA firearms

- Must be 21 years of age
- Must be a resident of IN

Ammunition sales must comply with age requirements for the firearm it will be used in

If an individual is prohibited from purchasing a firearm, they are also prohibited from purchasing ammunition

ATF FOIA Release: 2023-00128-000039

AGO0002790



# Sales to Law Enforcement

- Firearms sales to Law Enforcement are exempt from the Gun Control Act when firearms are to be used for the official business of the agency.

- An individual law enforcement officer's receipt and possession of firearms for use in carrying out official duties on behalf of an agency is also exempt, unless the officer has been convicted of a misdemeanor crime of domestic violence.

- Background check is not required, and a LEO is not required to complete ATF F 4473, when the following is submitted:

ATF FOIA Release: 2023-00128-000040

AGO0002791



# Sales to Law Enforcement

- A certification on agency letterhead

- Signed by person in authority (Chief/Sheriff)

- Statement that officer will use the firearm for official duties

- Statement that records check reveals that the purchasing officer has no convictions for misdemeanor crimes of domestic violence.

ATF FOIA Release: 2023-00128-000041

AGO0002792



PROTECTING THE PUBLIC
SERVING OUR NATION

# Return of Repair Firearms

When the transfer is to a licensee for the sole purpose of repair or customization and such firearm or a replacement firearm is returned to the person from whom it was received, NO FORM 4473 IS REQUIRED.

ATF FOIA Release: 2023-00128-000042

AGO0002793



# Consignment Sales

Firearms received for sale on consignment must be entered in the A&D record.  The sale of a consignment firearm is handled in the same manner as other firearm sales.

Return of any consigned firearm by the licensee to the consignor must be entered as a disposition in the A&D record. ATF Form 4473 and background check are required.

ATF FOIA Release: 2023-00128-000043

AGO0002794



# ATF Form 3310.4 – Report of Multiple Sale

ATF FOIA Release: 2023-00128-000044

AGO0002795



# Multiple Sales of Pistols and Revolvers

A multiple sale is the sale or other disposition of two or more pistols or revolvers to a non-licensee at one time or within any five consecutive business days. Multiple sales are reported on ATF Form 3310.4.

- Copy 1 to the National Tracing Center by e-mail, fax or mail

- Copy 2 to the State or local law enforcement authority designated to receive the form (Indiana State Police)

- Copy 3 is retained in the licensee's records and attached to the corresponding ATF Form 4473

**No multiple sale report is necessary for the return of multiple handguns to the same person from whom they were received – such as the return of multiple consignment, pawned, or repaired handguns.

45

ATF FOIA Release: 2023-00128-000045

AGO0002796



# Submission Requirements

**Copy 1** is to be submitted to either:

## multiplehandgunsalesforms@atf.gov

877-283-0288 (Fax)

U.S. Department of Justice
NTC
244 Needy Road
Martinsburg, WV 25405

ATF FOIA Release: 2023-00128-000046

AGO0002797



# Submission Requirements

**Copy 2** is to be submitted to:

317-233-9730 (Fax)

Indiana State Police

Firearms Section

100 North Senate Ave.

Indianapolis, IN 46204

ATF FOIA Release: 2023-00128-000047

AGO0002798



PROTECTING THE PUBLIC
SERVING OUR NATION

| | ☐ Hispanic or Latino | ☐ American Indian or Alaska Native | ☐ African American or Black | ☐ White |
|---|---|---|---|---|
| | ☐ Not Hispanic or Latino | ☐ Asian | ☐ Native Hawaiian or Other Pacific Islander | |

| 8. Identification Number | 9. Type of Identification *(ID)* | 10. ID State | 11. Date of Birth | 12. Place of Birth *(City, state, country)* |
|---|---|---|---|---|
| | | | | |

13. If the buyer of the firearms listed in item 4 is a person authorized to act on behalf of a corporation, company, association, partnership or other such business entity, you must complete the following, if applicable: *(See instruction 6.)*

**Name and Address of Business Entity**

14a. Identify the official designated by the State or local authorities where you, the FFL, will be forwarding Copy 2.

Name of Agency                    Street Address, City, and State

14b. Date Copy 2 was forwarded to Agency

15. Additional Information Relating to the Transfer of the Firearms *(if applicable)*

| 16. Name of Employee Filling Out This Form | Date |
|---|---|
| | |

**Email form to multiplehandgunsalesforms@atf.gov.**

ATF E-Form 3310.4
Revised April 2019

ATF FOIA Release: 2023-00128-000048

AGO0002799



PROTECTING THE PUBLIC
SERVING OUR NATION

# ATF Form 3310.11
# Federal Firearms Licensee Theft/Loss Report

ATF FOIA Release: 2023-00128-000049

AGO0002800



# Reporting Theft/Loss of Firearms

- Complete and submit the ATF Form 3310.11, Federal Firearms Licensee Firearms Inventory/Firearms in Transit Theft/Loss Report **within 48 hours of discovery**

- Transferor must report Theft/Loss of firearms in transit

- Report theft or loss to ATF and local law enforcement

- In the disposition entry of the A&D record, record theft or loss, the ATF issued incident number, and the incident number provided by the local law enforcement agency

- If reported firearms are later discovered, notify ATF Tracing Center and re-enter firearm into A&D record

- Retain Theft/Loss Form <u>Indefinitely</u>

- ATF Form 3310.11a Continuation Form is available

ATF FOIA Release: 2023-00128-000050

AGO0002801



ATF FOIA Release: 2023-00128-000051

AGO0002802



# Prevention of Theft/Loss

- Security cameras inside and Alarm systems

- Barricades

- Bars on windows and doors

- Place firearms in safes for the night

- Cable locks on long gun displays

- Restrict access – lock cabinets during the day

- Be aware of your customers

- Establish a relationship with local law enforcement

For additional guidance see ATF P 5380.1, Loss Prevention for Firearms Retailers



ATF FOIA Release: 2023-00128-000052

AGO0002803





ATF P 3317.2

ATF Safety and Security Information for Federal Firearms Retailers

ATF FOIA Release: 2023-00128-000053

AGO0002804



# FFL ALERT

# (304) xxx-xxxx

ATF FOIA Release: 2023-00128-000054

AGO0002805



# ATF FFL Alert System

There have been an increase in burglaries at gun stores nationwide. In response to this threat to public safety, ATF has created *fflAlert*, an automated call system that will alert other FFLs when a licensee in their geographic area has had a theft or burglary.

- Calls will be made to the business telephone number on record with the Federal Firearms Licensing Center and e-mails will go out to all responsible persons who have provided an e-mail address.

- The automated notifications will be made between 7am-7pm, 7 days a week. **The fflAlert comes from a 304 area code.**

- The victimized FFL will not be identified in the notification.

- No action is required, but FFLs are encouraged to increase their vigilance and awareness of suspicious persons and take extra precautions to secure their property and firearms inventory.

AGO0002806



# Break

## Questions?

ATF FOIA Release: 2023-00128-000056

AGO0002807



# Final Rule 2021R-05F

- Amends ATF's regulations by removing and replacing the regulatory definitions of "firearm frame or receiver" and "frame or receiver" using examples and diagrams to clearly convey what is a "frame or receiver," amending the definitions of "firearm" and "gunsmith," providing definitions of terms such as "complete weapon," "complete muffler or silencer device," "privately made firearm" and "readily," and amending regulations on marking and recordkeeping.

ATF FOIA Release: 2023-00128-000057

AGO0002808



# Final Rule 2021R-05F

## Definition of "Frame or Receiver"

- Identifies only one part of a firearm to be the "frame" or "receiver" that requires a serial number.

- Definition of a "frame or receiver" includes a partially complete, disassembled, or nonfunctional frame or receiver that has reached a stage in manufacture where it may quickly and easily ("readily") be made to function as a "frame or receiver

- Grandfathers in existing classifications of frames or receivers (to include split frames or receivers) and allows them to be marked in accordance with the existing requirements.

- Partially complete, disassembled, or nonfunctional frames or receivers, including parts kits, that ATF did not classify as "frames or receivers" prior to the rule will not be grandfathered in under the final rule and will need to be re-evaluated.

- Licensed manufacturers or importers are required to abide by the new marking requirements only for new firearm designs.

ATF FOIA Release: 2023-00128-000058

AGO0002809



# Final Rule 2021R-05F

## Privately Made Firearms (PMFs)

- Federal firearms licensees (FFLs) that choose to take into inventory PMFs are required to mark and record PMFs within 7 days of the firearm being acquired by a licensee, or before disposition, whichever first occurs.

- If FFLs had PMFs in their inventory when the final rule was effectiove they had until 60 days to mark them.

- There is no requirement in the rule for FFLs to accept a PMF into inventory

## Record Retention

- FFLs must retain their <u>Firearms Transaction Records, Forms 4473</u>, and acquisition and disposition records until they discontinue their business or licensed activity

**https://www.atf.gov/rules-and-regulations/definition-frame-or-receiver/summary**

ATF FOIA Release: 2023-00128-000059

AGO0002810



# ATF 2021R-08F
# Stabilizing Brace Rule

- The final rule's definition of "rifle" states clearly that the term "designed, redesigned, made or remade, and intended to be fired from the shoulder" includes a weapon that is equipped with an accessory, component, or other rearward attachment (e.g., a "stabilizing brace"), that provides surface area that allows the weapon to be fired from the shoulder, provided other factors (as described in the rule) indicate the weapon is designed, made, and intended to be fired from the shoulder.

ATF FOIA Release: 2023-00128-000060

AGO0002811



# Effective Date of Final Rule

- The final rule was signed by the Attorney General on January 13,2023 and was subsequently published in the Federal Register on January 31, 2023.

- The Final Rule is effective on **January 31, 2023**.

- The compliance date is 120 days from the date of publication, which is **May 31, 2023**.

ATF FOIA Release: 2023-00128-000061

AGO0002812



# Options Available to All Possessors

1.  Remove the short barrel and attach a 16-inch or longer rifled barrel to the firearm.

2.  Permanently remove and dispose of, or alter, the "stabilizing brace" such that it cannot be reattached.

3.  Turn the firearm into your local ATF office.

4.  Destroy the firearm.

5.  Register the weapon as set forth below depending on your category of possessor

ATF FOIA Release: 2023-00128-000062

AGO0002813



# Tax Forebearance

- The Department is forbearing the NFA taxes on persons in current possession of firearms equipped with "stabilizing brace" as described:  Individuals, FFLs, and FFL/SOT Dealers will not be subject to the $200 making tax for SBR's in their possession , so long as they timely submit an E-Form 1 by **May 31, 2023** as of **January 31, 2023**

- FFLs that are Class 1 Importer or Class 2 Manufacturer SOT holders in possession of unregistered firearms equipped with a "stabilizing brace" that are subject to the provisions of the NFA as of **January 31, 2023** must timely register their affected firearms on an E-Form 2 by **May 31, 2023**.

    – Because the E-Form 2 does not require an accompanying tax payment, ATF will not collect any taxes for registration of these weapons.

    – Once registered on E-Form 2, FFLs-SOT holders are liable for the applicable transfer taxes when the firearm is subsequently transferred.

ATF FOIA Release: 2023-00128-000063

AGO0002814



# Registration Options
# Non-Licensee Possessors

- Submit through the eForms system an Application to Make and Register a Firearm, ATF Form 1 ("e-Form 1") by **May 31, 2023**.

- Must have had possession of affected firearm before **January 31, 2023**.

- Not required to pay the $200 making tax upon registration

- May adopt markings on the firearm for purposes of the e-Form 1 if the firearm is marked in accordance with 27 CFR 478.92 and 479.102. If the firearm is not so marked, then the individual must mark the firearm as required by federal law.

ATF FOIA Release: 2023-00128-000064

AGO0002815



# Registration Options - FFLs

- FFLs that are NOT a Class 1 Importer or Class 2 Manufacturer SOT holder (includes FFL/SOT dealers)
  - Submit through the eForms system an Application to Make and Register a Firearm, ATF Form 1 ("e-Form 1") by **May 31, 2023**. Must have had possession of affected firearm before **January 31, 2023**.
    - Not required to pay the $200 making tax upon registration
    - May adopt markings on the firearm for purposes of the e-Form 1 if the firearm is marked in accordance with 27 CFR 478.92 and 479.102. If the firearm is not so marked, then the individual must mark the firearm as required.

ATF FOIA Release: 2023-00128-000065

AGO0002816



# Registration Options - FFLs

FFLs that are NOT a Class 1 Importer or Class 2 Manufacturer SOT holder (includes FFL/SOT dealers)

- If the FFL wishes to continue to engage in the business of dealing SBRs equipped with a "brace" device, the FFL will need to become a Class 3 SOT in accordance with the NFA.

- If the FFL wishes to continue to engage in business of manufacturing SBRs equipped with a "brace" device, the FFL will need to become a Class 2 SOT in accordance with the NFA.

ATF FOIA Release: 2023-00128-000066

AGO0002817



# Registration Options – FFLs/Class 1 OR Class 2 SOT

FFLs that are Class 1 Importer or Class 2 Manufacturer SOT under NFA

- Register all affected firearms currently in inventory tax free on e-Form 2

- Have until **May 31, 2023** to register current inventory

- To transfer affected firearms after **January 31, 2023**, the SBRs must be registered in the NFRTR and a Form 4 or Form 3 must be submitted to ATF.

ATF FOIA Release: 2023-00128-000067

AGO0002818



# Registration Options – Government Entities

Certain Governmental Entities

- Register on e-Form 10, meaning future transfers are limited to other government entities.

- Register on e-Form 1, meaning the SBR may later be transferred to non-government entities.

- Have until **May 31, 2023** to register SBRs with "stabilizing brace" that are in their possession as of **January 31, 2023**.

- Not required to pay $200 making tax.

AGO0002819



# Transfers and New Acquisitions

- To transfer after **January 31, 2023**, the SBR must first be registered in the NFRTR, and then a Form 4 must be submitted and approved.

- Any SBR with a "stabilizing brace" that is newly made or acquired after **January 31, 2023** will be subject to the regular NFA Form 1 (or Form 2 for qualified SOT holders) application process and making tax.

ATF FOIA Release: 2023-00128-000069

AGO0002820



# Helpful Contacts

- For questions regarding the application of the final rule, contact the Firearms Industry Programs Branch: FIPB@atf.gov.

- For technical questions regarding firearms, contact the Firearms and Ammunition Technology Division at: Fire_Tech@atf.gov.

- For questions regarding the rulemaking process, contact the Office of Regulatory Affairs at ORA@atf.gov.

- For questions about the eForm process, utilize the "Ask the Experts" tab within the eForms application.

- https://www.atf.gov/rules-and-regulations/factoring-criteria-firearms-attached-stabilizing-braces

ATF FOIA Release: 2023-00128-000070

AGO0002821



**(b)(6)/(b)(7)(C)**

Section Chief

National Firearms Act Branch

ATF FOIA Release: 2023-00128-000071

AGO0002822



PROTECTING THE PUBLIC
SERVING OUR NATION

www.atf.gov



# NFA Division
# Overview Briefing



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

ATF FOIA Release: 2023-00128-000072

AGO0002823



## Total NFA Tax-Paid and Tax-Exempt Forms
## Received vs. Processed with Backlog Measured by Fiscal Year

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 TYD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Received | 114,32 | 152,07 | 199,92 | 221,26 | 307,52 | 548,23 | 259,14 | 339,27 | 370,34 | 487,74 | 689,82 | 764,81 | 409408 |
| Processed | 105,37 | 137,64 | 163,69 | 236,29 | 308,56 | 379,41 | 386,21 | 322,69 | 342,86 | 512,31 | 546,22 | 709,50 | 352231 |
| Backlog | | | 57,143 | 43,187 | 47,876 | 134,77 | 83,307 | 94,567 | 135,13 | 82,580 | 214,11 | 317,37 | |

ATF FOIA Release: 2023-00128-000073

AGO0002824



# NFA Forms

- Form 1 (5320.1) – Application to Make and Register a Firearm
- Form 2 (5320.2) – Notice of Firearms Manufactured or Imported
- Form 3 (5320.3) - Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer
- Form 4 (5320.4) – Application for Tax Paid Transfer and Registration of Firearms
- Form 5 (5320.5) – Application for Tax Exempt Transfer and Registration of Firearms
- Form 9 (5320.9) – Application and Permit for Permanent Exportation of Firearms
- Form 10 (5320.10) – Application for Registration of Firearms Acquired by Certain Governmental Entities
- Form 23 (5320.23) – NFA Responsible Persons Questionnaire (2023 edition)
- ATF Form 5320.20 – Application to Transport Firearms Interstate or Temporarily Export Certain Firearms

ATF FOIA Release: 2023-00128-000074

AGO0002825



# NFA eForms

- What is eForms
  - Allows users to file certain ATF Forms electronically

- How to Apply
  - Access the eForms Registration/Log in screen at <u>www.atfonline.gov</u> by selecting the eForms option

- Benefits in using eForms

- SOT available to be renewed via Pay.GOV now

ATF FOIA Release: 2023-00128-000075

AGO0002826



# Access

- Register an eForm profile account

- Active FFL/SOT can request inventory access



ATF FOIA Release: 2023-00128-000076

AGO0002827



My Forms

- ABANDONED
- APPROVED
- CONDITIONALLY APPROVED
- DISAPPROVED
- NO PERMIT REQUIRED
- PARTIALLY APPROVED
- PENDING RESEARCH
- RETURNED WITHOUT ACTION
- REVOKED
- SUBMITTER/IN PROCESS
- WITHDRAWN
- VOID

No current alerts.

ATF Form 6 Part I (5330.3A)   ATF Form 6A (5330.3C)   ATF Form 1 (5320.1)   ATF Form 2 (5320.2)   ATF Form 3 (5320.3)   ATF Form 4 (5320.4)   ATF Form 5 (5320.5)   ATF Form 9 (5320.9)   ATF Form 10 (5320.10)   ATF Form 5300.11

***To begin a new application, click on an ATF Form icon.***

ATF FOIA Release: 2023-00128-000077

AGO0002828



# eForms Updates

- eForms 1 and 4 are accepting electronic FPC

- New eForm 1

- FFL can now see available inventory and active inventory in account

- Withdraw available for eForm 1 and 4

- ATF 5320.9 Export multiple ports of export

- Updates to FAQ and Ask the Expert

ATF FOIA Release: 2023-00128-000078

AGO0002829



# Coming Soon to eForms

- eFrom 5 : GOV to GOV, Destruction, and SOT inventory reallocation
- Updated Form 2, 4, and 5
- VOID option in eForms (items never transferred)
- ATF 5320.23 RPQ generate within eForms
- Correspondence to eForms
- Folder for Transferees to see Finalized eForms to them in eForms account
- Importers will be able to upload from excel

ATF FOIA Release: 2023-00128-000079

AGO0002830



# Common errors

- Incorrect DOB
- Uploading the wrong photo (file or size)
- Non-Immigrant exemptions
  - Missing, expired
- Incomplete or inaccurate information between the form and FPC
- Failure to upload complete documents
  - Trust / RPQ (F1/ F4)
  - Approved Variance (F2)
  - Tribal documents (F5)
  - Law Letters (F3)
  - Out of Business statements (F3)
- Failure to "sign" with personal name

80

ATF FOIA Release: 2023-00128-000080

AGO0002831



# FFL/SOT change of address

- ATF Form 5300.38 to FFLC

- ATF Form 5630.7 to SOT

- Must complete and submit BOTH Forms

ATF FOIA Release: 2023-00128-000081

AGO0002832



# Estate Transfers (minimum requirements)

- Requires Death Certificate

- Status of Probate

- Last Will and Testament

- Letter of Administration

- Trust (if applicable)

ATF FOIA Release: 2023-00128-000082

AGO0002833



# Where can I get support?

- Help Desk – log in issues
- Ask the Expert eMail – access/submission issues
- FAQ
- Youtube (ATFHQ)
- <u>NFAFAX@atf.gov</u> - All general questions
- <u>SOT@atf.gov</u> – SOT questions
- 304-616-4500 – Status checks (forms & fingerprint cards)

ATF FOIA Release: 2023-00128-000083

AGO0002834



PROTECTING THE PUBLIC
SERVING OUR NATION

# Detecting & Avoiding Straw Purchases

**(b)(6)/(b)(7)(C)**

Special Agent

Chicago Field Division

ATF FOIA Release: 2023-00128-000084

AGO0002835



# What Is A "Straw Purchase?"

- The illegal purchase of a firearm by one person on behalf of another.

- Actual buyer may or may not be prohibited.

- "Actual buyer" selects firearm, pays for firearm, takes custody of firearm, etc.

- "Straw Purchaser" completes paperwork.

- May be firearm trafficking or single purchase.

- Gifts are <u>NOT</u> straw purchases.

ATF FOIA Release: 2023-00128-000085

AGO0002836

# What Is A "Straw Purchase?" (Cont'd)



**Straw Purchaser**





**Actual Buyer**

## It's not just a "paperwork" crime!

ATF FOIA Release: 2023-00128-000086

AGO0002837



# Common Indicators

- Bulk purchases or repetitive purchases of same or similar firearms especially "non-collectibles".

- Structuring purchases to avoid MS reporting.

- Purchase made with new identification.

- No previous purchases but now frequent buying.

- No haggling or questions on price.

- Paying with large amount of cash.

- Apparent drug-abuser.



ATF FOIA Release: 2023-00128-000087

AGO0002838

**ATF** PROTECTING THE PUBLIC
SERVING OUR NATION

# Common Indicators (Cont'd)

- Arriving in car with out-of-state license plate.

- Attempts to conceal conversation from FFL.

- "Scouting" of firearm by person with purchaser.

- Taking/sending cell phone photos of firearms.

- Talking on telephone while looking at firearms.

- Avoids engaging in conversation with FFL or is evasive when asked questions.

- Travels an illogical distance to purchase.

ATF FOIA Release: 2023-00128-000088

AGO0002839



# Common Indicators (cont'd)

- Reluctance of apparent buyer to complete paperwork.

- Attempted purchase of firearm from recent denial.

- Purchaser has little or no knowledge about firearms.

- Purpose inconsistent with firearm purchased
    - Deer hunting with .22-caliber.

- Customer inconsistent with firearm purchased

    - Small-framed person buys large pistol.
    - Person with no apparent income buys expensive firearm.

ATF FOIA Release: 2023-00128-000089

AGO0002840



# What Can You Do?

- Ask Questions,
- Ask More Questions,
- Ask Even More Questions!!!



ATF FOIA Release: 2023-00128-000090

AGO0002841



# What Can You Do (Cont'd)?

- Educate your employees on recognition and prevention.

- Get to know your customers
  - Engage with your customers.
  - Ask questions.

- Trust your instincts.

- Maintain complete records
  - 4473.
  - Multiple Sale Reports.

- Report suspected straw purchasers.

ATF FOIA Release: 2023-00128-000091

AGO0002842



# What Can You Do (Cont'd)?

Decline the Sale

- There is no legal obligation to complete a sale.

- If you feel the transaction may not be legitimate, you may decline the sale.

- If you have <u>reasonable cause to believe</u> it is not legitimate, you must decline the sale.

ATF FOIA Release: 2023-00128-000092

AGO0002843



# FFL Quick Reference and Best Practices Guide – Revised December 2021



U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## ATF
### Federal Firearms Licensee Quick Reference and Best Practices Guide

ATF FOIA Release: 2023-00128-000093

AGO0002844



**(b)(6)/(b)(7)(C)**

ATF/FFL Liaison Specialist

FBI/CJIS Division

NICS Business and Liaison Unit

ATF FOIA Release: 2023-00128-000094

AGO0002845

UNCLASSIFIED





# NICS 101

# NICS E-Check

# NICS Federal Firearms Licensee (FFL) Resources

## Presented by:

**(b)(6)/(b)(7)(C)**

NICS Liaison Specialists

| Federal Bureau of Investigation | National Instant Criminal Background |
|---|---|
| Criminal Justice Information Services Division | Check System (NICS) Section |

UNCLASSIFIED  ATF FOIA Release: 2023-00128-000095

AGO0002846

UNCLASSIFIED

# NICS Participation Map



**37 Non Point-of-Contact (POC)**

Federal Firearms Licensees (FFL) contact FBI for all firearm background checks

**4 Partial POC States**

FFLs contact state for handguns, and contact FBI for long gun background checks

**13 Full POC States**

FFLs contact state for all firearm background checks

**2 Partial POC States**

State-issued handgun permit is used for handguns, and FFLs contact FBI for long gun background checks

**25 Bureau of Alcohol, Tobacco, Firearms and Explosives Qualified Alternate Permits issued by**

Please refer to the latest Permanent Brady Permit Chart for specific permit details.
www.atf.gov/rules-and-regulations/permanent-brady-permit-chart

UNCLASSIFIED    ATF FOIA Release: 2023-00128-000096    07/01/202

AGO0002847

UNCLASSIFIED



# NICS Process



PROTECTING THE PUBLIC
SERVING OUR NATION

- Indiana FFLs contact the NICS Section for all firearm background checks.

- Exceptions: If the purchaser has a valid ATF approved permit, the FFL may choose not to contact the NICS Section.

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000097

AGO0002848

UNCLASSIFIED

# NICS Process



PROTECTING THE PUBLIC
SERVING OUR NATION

## NICS E-Check
## www.nicsezcheckfbi.gov



www.nicsezcheckfbi.gov



(b)(6)/(b)(7)(C)

## NICS Contracted
## Call Center
## 1-877-324-6427
## (FBI-NICS)

98

ATF FOIA Release: 2023-00128-000098

UNCLASSIFIED

AGO0002849

UNCLASSIFIED



# NICS Process



PROTECTING THE PUBLIC
SERVING OUR NATION

# At the NICS Contracted Call Centers



- **No Hits–INSTANT PROCEED**

- **Disqualifying Record-INSTANT DENY**

- **Hit in any database**

- **NICS Transaction Number (NTN) and the Brady Transfer Date provided.**

UNCLASSIFIED    ATF FOIA Release: 2023-00128-000099

AGO0002850

UNCLASSIFIED

# NICS Process
# Using NICS E-Check

 

PROTECTING THE PUBLIC
SERVING OUR NATION



www.nicsezcheckfbi.gov

- **No Hits–INSTANT PROCEED**
- **Disqualifying Record–INSTANT DENY**
- **Hit in any Database–Researching**

| NTN | Subject Name | Created Date | Submit User | Brady Transfer Date | Expiration Date | Status | Print? | Status Retrieval |
|---|---|---|---|---|---|---|---|---|
| 1HPRJCBXK | MICKEY MOUSE | Jun 18, 2019 9:55:34 AM | nics.liaison | 6/22/2019 | 7/18/19 9:55 AM | Denied | | |
| 1HPRJCBX6 | DARTH VADER | Jun 18, 2019 9:52:39 AM | nics.liaison | 6/22/2019 | 7/18/19 9:52 AM | Delayed | | |
| 1HPRJCBWV | EUGENE QTEST | Jun 18, 2019 9:51:07 AM | nics.liaison | 6/22/2019 | 7/18/19 9:51 AM | Denied | | |
| 1HPRJCBW2 | CHARLIE BUCKET | Jun 18, 2019 9:49:51 AM | nics.liaison | 6/22/2019 | 7/18/19 9:49 AM | Proceed | | |
| 1HPRJCB5N | TONY TIGER | Jun 13, 2019 8:32:13 AM | NICS INITIATED | 6/19/2019 | 7/13/19 8:32 AM | Cancelled | | |
| 1HPRJB1KH | For Ron Test | May 22, 2019 10:11:16 AM | NICS INITIATED | 5/28/2019 | 6/21/19 10:11 AM | New | | |
| 1HPRJB1K4 | Ron for test | May 22, 2019 10:05:04 AM | NICS INITIATED | 5/28/2019 | 6/21/19 10:05 AM | New | | |
| 1HPRJ8BBC | Eugene C Qtest | Apr 29, 2019 7:03:02 AM | NICS INITIATED | 5/3/2019 | 5/29/19 7:03 AM | Expired | | |
| 1HPRJ7BMP | mickey mouse | Apr 11, 2019 4:02:02 PM | NICS INITIATED | 4/17/2019 | 5/11/19 4:02 PM | Open | | |
| 1HPRJ774C | Eugene C Qtest | Apr 11, 2019 8:49:22 AM | NICS INITIATED | 4/17/2019 | 5/11/19 8:49 AM | Open | | |

100

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000100

AGO0002851

UNCLASSIFIED

# NICS Process
# Using NICS E-Check




PROTECTING THE PUBLIC
SERVING OUR NATION



www.nicsezcheckfbi.gov

- **No Hits–INSTANT PROCEED**
- **Disqualifying Record–INSTANT DENY**
- **Hit in any Database–Researching**

**E-Check Transactions**



| NTN | Subject Name | Created Date | Submit User | Brady Transfer Date | Expiration Date | Status | Print? | Status Retrieval |
|-----|-------------|--------------|-------------|---------------------|-----------------|--------|--------|------------------|
| FPPJHFC | test, test | Feb 28, 2023 12:14:22 PM | scrumbledore.single | 3/4/2023 | 3/30/23 1:14 PM | Denied | Print Details | Retrieve Status |

101

ATF FOIA Release: 2023-00128-000101

UNCLASSIFIED

AGO0002852

UNCLASSIFIED

PROTECTING THE PUBLIC
SERVING OUR NATION

# Types of Records Searched by NICS

## Interstate Identification Index (III)

### Criminal Records
**85,642,745**
As of 2/28/23

## National Crime Information Center (NCIC)

-Wanted Persons
-Protection Orders
-Immigration Violators
-Protective Interest File
-Foreign Fugitive
-Supervised Release
-National Sex Offender Registry
-Gang File
-Threat Screening Center File
-Violent Person File

**7,356,816 Records**
As of 2/28/23

## NICS Indices

-Convictions punishable by imprisonment for a term exceeding one year
-Indictments for crimes punishable by imprisonment for a term exceeding one year
-Fugitives from justice
-Unlawful controlled substance users/addicts
-Mental health adjudications/involuntary commitments
-Illegal or unlawful aliens or aliens admitted to the United States under nonimmigrant visas
-Dishonorable discharges
-U.S. citizen renunciant
-Protection orders restraining harassing, stalking, or threatening an intimate partner or child of such intimate partner
-Convictions of misdemeanor crimes of domestic violence
-State firearm prohibitions
-State firearm permit prohibitions

**28,870,508 Records**
As of 2/28/23

## Department of Homeland Security's U.S. Immigration and Customs Enforcement (ICE)

ICE databases are searched to obtain the current immigration status with all transactions initiated for non-U.S. citizens.

102

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000102

AGO0002853

UNCLASSIFIED





# NICS Metrics

### As of February 28, 2023

| | Calendar Year (CY) 2023 | Program to Date (PTD) |
|---|---|---|
| State Permit Transactions | 2,503,292 | 166,659,131 |
| State Firearm Transactions | 1,131,875 | 109,184,263 |
| Federal Transactions--NICS Section | 1,604,361 | 172,568,834 |
| Total NICS Transactions | 5,239,528 | 448,412,228 |
| NICS E-Check | 1,442,016 | 74,814,311 |
| Federal Immediate Proceeds | 1,409,679 | 150,794,514 |
| Federal Denials | 19,185 | 2,190,557 |

103

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000103

AGO0002854



UNCLASSIFIED

# A Sampling of NICS Transactions

PROTECTING THE PUBLIC
SERVING OUR NATION

**100 TRANSACTIONS**

**70 INSTANT DETERMINATIONS**

**30 TRANSFERRED TO THE FBI NICS SECTION**

**20 IMMEDIATELY GIVEN A PROCEED OR A DENY**

**10 DELAYED FOR ADDITIONAL RESEARCH**

Program-to-date

104

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000104

AGO0002855

UNCLASSIFIED

# A Sampling of NICS Transactions



PROTECTING THE PUBLIC
SERVING OUR NATION

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000105

AGO0002856

UNCLASSIFIED



# Federal Prohibitions
# Gun Control Act of 1968;
# Title 18, United States Code (U.S.C.), Section 922

**ATF** PROTECTING THE PUBLIC SERVING OUR NATION

The federal firearm prohibitions apply to any person who:

(g)(1) Has been convicted of a crime punishable by imprisonment for a term exceeding one year (or a misdemeanor crime punishable by imprisonment over two years)

(g)(2) Is a fugitive from justice

(g)(3) Is an unlawful user of or addicted to any controlled substance

(g)(4) Has been adjudicated as a mental defective or committed to a mental institution

(g)(5) Is an alien and is illegally or unlawfully in the United States

(g)(6) Has been discharged from the Armed Forces under dishonorable conditions

(g)(7) Has renounced their U.S. citizenship

(g)(8) Is subject to a qualifying protection/restraining order

(g)(9) Has been convicted in any court of a misdemeanor crime of domestic violence

(n)    Is under indictment/information for a crime punishable by imprisonment for a term exceeding one year

UNCLASSIFIED   ATF FOIA Release: 2023-00128-000106

AGO0002857

UNCLASSIFIED



# Voluntary Appeal File (VAF)

PROTECTING THE PUBLIC
SERVING OUR NATION

# Successful Applicants

- Potential purchaser receives a Unique Personal Identification Number (UPIN)

- UPIN is a six- or eight-digit alphanumeric number (V01ABC) given to successful VAF applicants

- UPIN is used on all future firearm purchases (Box 17 of the ATF Form 4473)

- Questions:  Biometric Customer Service Group at (304) 625-5590 or Identity@fbi.gov

107

UNCLASSIFIED
ATF FOIA Release: 2023-00128-000107

AGO0002858

UNCLASSIFIED

# NICS Resolution Card

PROTECTING THE PUBLIC
SERVING OUR NATION

U.S. Department of Justice
Federal Bureau of Investigation
Criminal Justice Information Services Division



## Deny

The National Instant Criminal Background Check System (NICS) is a descriptor-based name search. If you believe you have been **erroneously denied** you may submit a request to challenge the deny decision.

The agency which processed your NICS transaction is required to have a challenge process. You may challenge through the *denying agency*, the state or local agency that processed your transaction, or, you may submit your challenge to the FBI Criminal Justice Information Services (CJIS) Division.

**You may:**

1) Request the reason for your firearm-related denial
2) Challenge the reason for your firearm-related denial

**Please Visit:**

## https://www.edo.cjis.gov

**For customers without Internet access, you may mail a request to the address listed below:**

FBI CJIS Division
Attention: CHAT 1
BTC3
1000 Custer Hollow Road
Clarksburg, WV 26306

The challenge submission **must** include:
- ✓ NICS Transaction Number (NTN)
- ✓ Your full name
- ✓ Your complete mailing address

**Providing a set of your rolled fingerprints prepared by law enforcement, or authorized fingerprinting agency, is highly recommended to help expedite your challenge.**

**The CJIS Division cannot release the reason for a deny over the phone.**

NICS Transaction Number (NTN):

(NTN Required to Challenge)            August 2019

---

U.S. Department of Justice
Federal Bureau of Investigation
Criminal Justice Information Services Division



## Delay

The National Instant Criminal Background Check System (NICS) is a descriptor-based name search. If you are experiencing an **extended delay**, you may explore the options below.

**Resolution options include:**

1) Identity History Summary Check:
   Visit www.fbi.gov/checks.

2) Identity History Summary Challenge:
   Visit www.fbi.gov/checks.

3) Voluntary Appeal File: Visit the NICS website at https://www.fbi.gov/file-repository/vaf-form-25.pdf/view.

**Please Visit:**

## https://www.edo.cjis.gov

**PLEASE NOTE:** The CJIS Division will not process challenges for delay decisions.

**The CJIS Division cannot release the reason for a delay over the phone.**

NICS Transaction Number (NTN):

(NTN Required to Challenge)            August 2019



fbi.gov/nics-ffl

fbi.gov/nics-ffl

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000108

AGO0002859

UNCLASSIFIED

# NICS FFL Web site  ◾ATF  PROTECTING THE PUBLIC
SERVING OUR NATION

# https://www.fbi.gov/nics-ffl

## What to do as a New FFL

### Enroll and Learn Your Responsibilities

- FFL Enrollment Instructions
- FFL/NICS E-Check Enrollment Form
- NICS FFL Quick Reference Guide

### Get NICS Resolution Cards

- NICS Resolution Card
- NICS Resolution Card Online Order Form

### Subscribe to NICS Updates

- Subscribe to NICS Updates
- Unsubscribe to NICS Updates
- Change an E-Mail Address Already on File

### Update Your Contact Information

- Update your FFL contact information (telephone, hours, e-mail, fax)

### Use NICS E-Check

- NICS E-Check
- NICS E-Check Video Tutorials

## FFL Reference Materials

### FFL Manual and Help

- Ask the NICS Section for Assistance
- Country Abbreviations for NICS E-Check Searches
- NICS Federal Firearms Licensee Manual
- NICS Participation Map

### Firearm-Related Challenges/Voluntary Appeal File

- Appeals (Firearm-Related Challenges)
- Voluntary Appeal File Process

### Non-U.S. Citizens Purchasing a Firearm

- Guide to Selected U.S. Travel and Identity Documents
- Tip Sheet for Non-U.S. Citizens Purchasing a Firearm
- Where to Locate Alien Numbers for ATF Form 4473

### ATF Resources

- ATF Website
- ATF Form 4473 Effective Nov. 1, 2020
- ATF Federal Firearms Regulation Reference Guide
- State Laws and Published Ordinances
- Firearm Permit Information
- Procedures

109

AGO0002860

UNCLASSIFIED



# Ask the NICS Section for Assistance

PROTECTING THE PUBLIC SERVING LAW ENFORCEMENT

**Assistance Issues**

Federal Firearms Licensees: In an effort to avoid lengthy hold times or
After completing the form below, your quest

*Please Note. T

**(b)(6)/(b)(7)(C)**

**Processing issues the NICS Section will address include:**

Unlocking E-Check Accounts

Obtaining or Resetting E-Check Passwords

Issues with E-Check Enrollment

General E-Check Customer Servic

Cancelling a NICS Transaction Number

Receiving a Status on a Disconnected Call

Verifying the Transfer of a Firearm

FFL Code Word Issues

Appeal Re-Checks

Initial NICS Enrollment Inquiries

Answering Non-U.S. Citizen Inquiries

*Please Note: The NICS Section will not respond to submissions falling outside the inquiry types listed above.

# (b)(6)/(b)(7)(C)

AGO0002861



ATF FOIA Release: 2023-00128-000111

AGO0002862

UNCLASSIFIED

 

# New E-Check users

# www.nicsezcheckfbi.gov

1. Register to use the NICS E-Check

2. Complete the NICS E-Check Enrollment Form and return it to the NICS Section

~access with your username and passphrase

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000112

AGO0002863



UNCLASSIFIED

# FBI NICS E-Check

## FBI NICS E-Check Welcome Page

Log on to the FBI NICS E-Check

Reset FFL Password/Challenge Questions

Register to use the FBI NICS E-Check

Access the FBI NICS E-Check Help Pages

Get the FBI NICS E-Check Enrollment Form

Ask the FBI NICS for Assistance

Contact Information for the FBI NICS E-Check

---

NICS Statistical and Program Information

ATF - Bureau of Alcohol, Tobacco, Firearms and Explosives

113

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000113

AGO0002864

UNCLASSIFIED



**⊞ATF** PROTECTING THE PUBLIC
SERVING OUR NATION

# Register to Use to FBI NICS E-Check

## FBI NICS E-Check - Registration

### E-Check Registration

1. Select Enrollment Type    2. Enter FFL Info    3. Enter Contact Info    4. Review Enrollment    5. Sign Request

**Useful Links**

E-Check User Guide
Terms and Conditions
Privacy Policy
FFL Enrollment / NICS E-Check Enrollment Form

**Select Enrollment Type**

Select Enrollment Type

Enrollment Type »
- ○ FFL Only
- ○ FFL and ECheck

[ Cancel ]                                              [ Continue ]

Registration                                           Vetting

For more information see the Useful Links above

114

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000114

AGO0002865

UNCLASSIFIED



# Mobile Friendly NICS E-Check



UNCLASSIFIED
ATF FOIA Release: 2023-00128-000115

AGO0002866

UNCLASSIFIED



# Select Your Process

UNCLASSIFIED    ATF FOIA Release: 2023-00128-000116

116

AGO0002867

UNCLASSIFIED



# Internet and Mobile Friendly NICS E-Check



**NICS ECheck on Cosmos 18.02.01**

Last login 02/28/2023 at 11:43:24 EST
Your password will expire in unknown days

**FFL Information**

FFL ID
367111019B17130

License
WV PAWN FFL

Address Line 2
.....

State
West Virginia

FFL RDS Key
36717130

Contact Hours
.....

Phone number
2707266686

Zip
422760000

( Check NTN Status )

| NICS 18.03.01 |
| NICS ECheck 18.03.01 |
| NICS ECheck on Cosmos 01.01.01 (Dev) |
| ⊚ NICS ECheck on Cosmos 18.02.01 |

Switch Apps  >
Log off

117

UNCLASSIFIED    ATF FOIA Release: 2023-00128-000117

AGO0002868

UNCLASSIFIED

 

PROTECTING THE PUBLIC
SERVING OUR NATION

# Select Your Process

**NICS ECheck on Cosmos 18.02.01**

| Processes | ⌄ |

Check NTN Status

FFL User - Create

NTN History Query

Submit a Search Request - E.C.

User Accounts - Maintain

Home

Links

01

4 EST
known days

FFL RDS Key
36717130

Contact Hours
—

118

UNCLASSIFIED
ATF FOIA Release: 2023-00128-000118

AGO0002869

UNCLASSIFIED



# Submit a Search Request

Subject Information

### 9. Transferee's/Buyer's Full Name

Last Name *

First Name *

Middle Name *

Cadency (Ex: Jr., Sr., and III)
Select... ▾

☐ Initial Only (IO)

☐ No Middle Name (NMN)

### 10. State of Residence

### 11. Place of Birth

### 12. Height
Example: 506

### 13. Weight
Example: 104

### 14. Sex
Select...    ▾

### 15. Birth Date
No slashes necessary when using yyyy

### 16. Social Security Number
Example: xxx-xx-xxx

### 17. UPIN / AMD ID

[Cancel]                                                                [Continue]

Enter Race and Ethnicity

### 18.a. Ethnicity
○ Is Hispanic or Latino
   Is Not Hispanic or Latino
⚠ Value cannot be blank

### 18.b. Race
Asian ☐
Black or African American ☐
American Indian or Alaskan Native ☐
Native Hawaiian or Other Pacific Islander ☐
White ☐

### 19. Country of Citizenship
Citizenship Status *
Select...    ▾

Country of Citizenship *

Country of Citizenship 2

Country of Citizenship 3

### 21.I.2. Non-Immigrant With Visa Exception
Select...    ▾

[Back]                                                                [Continue]

119

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000119

AGO0002870

UNCLASSIFIED



# Submit a Search Request

Additional Information

**20/26.a. Miscellaneous Number(s)**

| Type | Number |
| --- | --- |
| Select... | |
| Select... | |

**24. Transaction Purpose(s)**

13 - Test

Miscellaneous Information (For E-Check User Notes – Not monitored by the FBI's NICS Section)

**Contact Information**

Contact Name

Contact Phone

Callback Hours

## Verify Search Information

Please verify the search information provided.

Last Name *

First Name *

Middle Name *

Cadence (Ex: Jr., Sr., and III)
Select...

☐ No Middle Name (NMN)

UNCLASSIFIED

120

ATF FOIA Release: 2023-00128-000120

AGO0002871



UNCLASSIFIED

**ATF** PROTECTING THE PUBLIC SERVING OUR NATION

# Submit a Search Request
## Verify Search Information

---

**Verify Search Information**

Subject Data — Race and Ethnicity — Additional Info — Verify

9. Transferee's/Buyer's Full Name

| Last Name | First Name | Middle Name | Cadence (Ex: Jr., Sr., and III) |
|---|---|---|---|
| test | test | NMN | ... |
| | | False Initial Only (IO) | |
| | | True No Middle Name (NMN) | |

| 10. State of Residence | 11. Place of Birth | 12. Height | 13. Weight |
|---|---|---|---|
| WV | WV | ... | ... |

| 14. Sex | 15. Birth Date | 16. Social Security Number | 17. UPIN / AMD ID |
|---|---|---|---|
| Female | 1/1/1901 | ... | ... |

| 18.a. Ethnicity | 18.b. Race * | 19. Country of Citizenship | 21.n.2. Non-Immigrant With Visa Exception |
|---|---|---|---|
| Is Not Hispanic or Latino | True White | Citizenship Status | ... |
| | | Citizen | |

---

20/26 a. Miscellaneous Number(s)

| Miscellaneous Number Type | Miscellaneous Number Field | | 24. Transaction Purpose(s) * |
|---|---|---|---|
| Air Force Serial Number | 12345678 | | 1 - Sale of hand gun |

Miscellaneous Information (For E-Check User Notes - Not monitored by the FBI's NICS Section)  Contact Name    Contact Phone
...                                                                                            ...             ...

Callback Hours
...

**Verify Search Information**

Please verify the search information provided.

| Last Name * | First Name * | Middle Name * | Cadence (Ex: Jr., Sr., and III) |
|---|---|---|---|
| [ ] | [ ] | [ ] | Select... ▾ |
| | | ☐ Initial Only (IO) | |
| | | ☐ No Middle Name (NMN) | |

( Back )                                                                 ( Next )

121

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000121

AGO0002872

UNCLASSIFIED



# Change Password



PROTECTING THE PUBLIC
SERVING OUR NATION



UNCLASSIFIED

ATF FOIA Release: 2023-00128-000122

122

AGO0002873

UNCLASSIFIED

# Change Password



PROTECTING THE PUBLIC
SERVING OUR NATION

Last login 11/29/2018 at 12:22:15 EST
Your password will expire in 180 days

echeck test

ECHECK.TEST4

User Accounts - Maintain

Reopen/Edit

Review

Comments    Information

Account Information | Access Numbers | Change Password

External User ID
echeck.test4

Locked
False

Suspended
False

First Name
echeck

Middle Name
------

Last Name
test

Cadence
------

Date of Birth
8/21/1961

Email
NOTREAL@NOTREAL

Phone Number
------

Time Zone

## Processes

Check NTN Status

FFL User - Create

NTN History Query

Submit a Search Request - E.C.

User Accounts - Maintain

123

ATF FOIA Release: 2023-00128-000123

AGO0002874

UNCLASSIFIED



# Change Password



PROTECTING THE PUBLIC
SERVING OUR NATION

Last login 11/29/2018 at 12:22:15 EST
Your password will expire in 180 days

echeck test ▼

User Accounts    User Accounts    ECHECK.TEST4

User Accounts - Maintain

Account Information    Access Numbers    Change Password ◀ **2**

## Password Requirements:

1. You may not reuse your previous ten passwords
2. No more than two (2) consecutive identical characters
3. Must be at least 12 characters in length
4. Must be composed of at least three of the following character classes
   - Upper case letters
   - Lower case letters
   - Numbers
   - Any of the following Special Characters: ! # $ % ? (To help ensure a successful password change you must not use special characters other than the five listed)

Old Password

New Password ◀ **3**

Confirm Password

**4** ◀

**5** ◀

AGO0002875

UNCLASSIFIED



# Federal Prohibitions
# Gun Control Act of 1968;
# Title 18, United States Code (U.S.C.), Section 922

**ATF** PROTECTING THE PUBLIC SERVING OUR NATION

The federal firearm prohibitions apply to any person who:

(g)(1) Has been convicted of a crime punishable by imprisonment for a term exceeding one year (or a misdemeanor crime punishable by imprisonment over two years)

(g)(2) Is a fugitive from justice

(g)(3) Is an unlawful user of or addicted to any controlled substance

(g)(4) Has been adjudicated as a mental defective or committed to a mental institution

**(g)(5) Is an alien and is illegally or unlawfully in the United States**

(g)(6) Has been discharged from the Armed Forces under dishonorable conditions

(g)(7) Has renounced their U.S. citizenship

(g)(8) Is subject to a qualifying protection/restraining order

(g)(9) Has been convicted in any court of a misdemeanor crime of domestic violence

(n)　Is under indictment/information for a crime punishable by imprisonment for a term exceeding one year

125

UNCLASSIFIED    ATF FOIA Release: 2023-00128-000125

AGO0002876



UNCLASSIFIED

# Checks on Non-U.S. Citizens

ATF
PROTECTING THE PUBLIC
SERVING OUR NATION

## For NICS purposes, there are three classifications of aliens:

1. Illegal/Unlawful Alien

2. Immigrant Alien

3. Nonimmigrant Alien

126

UNCLASSIFIED    ATF FOIA Release: 2023-00128-000126

AGO0002877

UNCLASSIFIED



# ICE Identification Card
# For Immigrant Aliens

PROTECTING THE PUBLIC
SERVING OUR NATION







127

ATF FOIA Release: 2023-00128-000127

AGO0002878



UNCLASSIFIED

# CBP Web site
# www.CBP.gov



PROTECTING THE PUBLIC
SERVING OUR NATION

CBP.gov - home page    ✕

## U.S. Customs and Border Protection
*Securing America's Borders*

**About CBP**    **Newsroom**    **Border Security**    **Trad**

NEED YOUR I-94 NUMBER?

ACCESS ARRIVAL/DEPARTURE RECORD

128

UNCLASSIFIED

ATF FOIA Release: 2023-00128-000128

UNCLASSIFIED



# Checks on Non-U.S. Citizens

PROTECTING THE PUBLIC
SERVING OUR NATION

# NONIMMIGRANT <u>VISA</u> REQUIREMENTS FOR A NICS CHECK

- If the subject is a nonimmigrant alien admitted to the United States under a nonimmigrant Visa (Yes to Question 21.n.1 on the ATF Form 4473), a valid nonimmigrant exception <u>MUST</u> be provided.

  ✓ Questions 21.n.2 and 26d on the ATF Form 4473

129

UNCLASSIFIED   ATF FOIA Release: 2023-00128-000129

AGO0002880

UNCLASSIFIED



# Checks on Non-U.S. Citizens

ATF
PROTECTING THE PUBLIC
SERVING OUR NATION

# IMPORTANT THINGS TO REMEMBER

- All non-U.S. citizens have an alien number for Question 20. There are no exceptions for firearm purchases.

- All nonimmigrants admitted to the United States under a Visa are required to have an exception, i.e., valid hunting license.

- Verify the alien number when possible—an incorrect number will result in a deny.

- When providing an alien number to the NICS operator, indicate "AR/USCIS" (9 numerical digits) or "I-94" (11 numerical digits).

UNCLASSIFIED    ATF FOIA Release: 2023-00128-000130

AGO0002881

UNCLASSIFIED



# The NICS E-Check  PROTECTING THE PUBLIC SERVING OUR NATION

# Benefits

- Added customer protection against identity theft

- Added protection of FFL license number and code word

- No hold times waiting for the call center

- Ability to check the status of an NTN 24/7

- Notification of a change in status

131

UNCLASSIFIED    ATF FOIA Release: 2023-00128-000131

AGO0002882

UNCLASSIFIED

# Select Access Number

# (FFL RDS Key–"first 3, last 5")



ATF FOIA Release: 2023-00128-000132

UNCLASSIFIED

AGO0002883



UNCLASSIFIED

# Select Access Number **ATF**
PROTECTING THE PUBLIC
SERVING OUR NATION

# (FFL RDS Key–"first 3, last 5")

**Please select your Access Number**    ✕

Instructions

Please select your Access Number. Double-Click a row in order to view more details

⏮ ◀  Page [1]  of 4  ▶ ⏭

| | RDS Key ▽ | License Name ▽ | Business Name ▽ | Store ID ▽ | |
|---|---|---|---|---|---|
| › | 36702000 | LT SEVEN | LT SEVEN | ...... | Select |
| › | 31131120 | merging again | ...... | ...... | Select |
| › | 36703322 | LT 98 | LT 98 | ...... | Select |
| › | 45521496 | OLD DOG | NEW TRICKS | ...... | Select |
| › | 12312396 | test | ...... | ...... | Select |

133

UNCLASSIFIED    ATF FOIA Release: 2023-00128-000133

UNCLASSIFIED

# The NICS E-Check



- Google Chrome/Microsoft Edge

- Internet Explorer/Mozilla Firefox

- Password Autofill

- Bookmark
  - www.nicsezcheckfbi.gov

UNCLASSIFIED    ATF FOIA Release: 2023-00128-000134

AGO0002885

UNCLASSIFIED





# The NICS E-Check Enhancements

- Safer Communities Act
  - Under 21 enhanced checks
  - Dating Relationship
- NICS Denial Notification Act
- State age limit banner notification
- Self-reset and unlock for personal passphrase or challenge questions
- E-mail notification for status changes
- Mobile Device mode

135

UNCLASSIFIED

AGO0002886

UNCLASSIFIED



# The NICS E-Check
# Future Enhancements



- Safer Communities Act
  - Firearm Handler Checks
  - Gun File access

- Elimination of challenge questions for E-Check users

136

UNCLASSIFIED   ATF FOIA Release: 2023-00128-000136

AGO0002887

UNCLASSIFIED



# Important Dos and Don'ts to Improve Your NICS Experience

- Do check your NTN statuses daily on NICS E-Check.

- Do not initiate a check on the NICS E-Check if you have already called in a check to the call center.

- Do provide as much descriptive information as possible during your searches.

- Do remember your FFL number and code word.

- Change FFL code word periodically.

- If you change your contact phone number, notify the ATF at <FFLC@atf.gov>.

- Do record the status on the ATF form 4473 even if you printed the results of the transaction from the NICS E-Check.

137

UNCLASSIFIED   ATF FOIA Release: 2023-00128-000137

AGO0002888

UNCLASSIFIED



# NICS Section Contact Information

(b)(6)/(b)(7)(C)  Liaison Specialist

(b)(6)/(b)(7)(C)



(b)(6)/(b)(7)(C)  Liaison Specialist

(b)(6)/(b)(7)(C)



Liaison Specialist

(b)(6)/(b)(7)(C)

**NICS Business Relations Team**
NICSLiaison@fbi.gov

UNCLASSIFIED  ATF FOIA Release: 2023-00128-000138

AGO0002889



Lieutenant **(b)(6)/(b)(7)(C)**

Lieutenant **(b)(6)/(b)(7)(C)**

Indiana State Police

ATF FOIA Release: 2023-00128-000139

AGO0002890



# www.atf.gov

- Download forms

- FAQs

- Publications

- Industry Updates

- State Laws and Published Ordinances

## Email Updates

Subscribe to receive news and update from the Bureau of Alcohol, Tobacco, Firearms and Explosives

*Enter Email Address*

Submit

ATF FOIA Release: 2023-00128-000140

AGO0002891



Chicago Field Division
Merrillville Field Office

**(b)(6)/(b)(7)(C)**

ATF FOIA Release: 2023-00128-000141

AGO0002892



# THANK YOU!

ATF FOIA Release: 2023-00128-000142