

www.atf.gov

# Federal Firearms Licensee Educational Seminar

## August 8th, 2017



U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

ATF-000003-000001

Plaintiff's Exhibit

9

ATF0000004



# ATF
# Saint Paul Field Division

## 414-727-6200

Joel Lee - Assistant
Special Agent in Charge

Hans Hummel - Director,
Industry Operations

[Interference w/ Enforcement] - Milwaukee II
Area Supervisor



U.S. Department of Justice

ATF-000003-000002

ATF0000005



# ATF Industry Operations

## 414-727-6200

| Interference w/ Enforcement | Interference w/ Enforcement |

## Industry Operations Investigator

## Industry Operations Investigator



U.S. Department of Justice

ATF-000003-000003

ATF0000006

 

# FFL Educational Seminar Topics

- The ATF inspection process

- Commonly found violations

- Conduct of Business/Record Keeping

- FFL Burglary Trends/FFL Scam Advisory

- Corporate Liability

- State of Wisconsin DOJ representatives

ATF-000003-000004

ATF0000007




# Overview of ATF Industry Operations

- Conduct in person qualifications for all new Firearm and Explosive licensees

- Conduct compliance inspections of Federal Firearm Licensees.

- Partner with Federal, State, local Law Enforcement and Public Safety Agencies.

- Work directly with the Industry and local communities to enhance public safety and reduce violent crime.

ATF-000003-000005



The ATF Inspection Process

ATF-000003-000006

ATF0000009




# Purpose of Inspections

➢ Evaluate the level of compliance and educate the Licensee regarding regulatory compliance

➢ Promote voluntary internal controls beyond the regulations to prevent diversion

➢ Detect diversion if present

ATF-000003-000007

ATF0000010

 

# ATF Inspection Process

- ➢ What can be expected?
  - Advanced notice is not routinely given
  - Opening Conference
  - IOI will request A&D Record, ATF Forms 4473, Multiple Sales Reports, Theft/Loss Reports, etc.
  - A 100% comparison of the physical inventory to the A&D record will be conducted.
  - At minimum, a review of the last 12 months of ATF F 4473s will be conducted looking for completeness, timeliness and unlawful transactions.

ATF-000003-000008

ATF0000011

 

# ATF Inspection Process – Cont.

- The investigator will examine NICS background check information.
- The investigator will examine the Acquisition and Disposition record and ATF Forms 4473 for completeness and accuracy.
- Verification that all required reporting has been completed and retained correctly (multiple sales, theft / loss reports etc).
- The investigator will provide the licensee an overview of the Federal Firearm Laws and Regulations.
- Closing Conference (Regulations Review and Report of Violations if necessary)

ATF-000003-000009

ATF0000012

 

# Acquisition and Disposition Record

- Acquisitions must be entered by the close of the next business day.
- All sales or dispositions must be recorded within seven days.
- If commercial records containing all the required information is available for inspection. The licensee has up to seven days to enter an acquisition.
- If a firearm spends the night for repair, it goes in a book.
- The rental of a firearm that remains on the licensed premise does not equate to a disposition and does not require an entry or ATF F 4473.

ATF-000003-000010

ATF0000013

 

A&D Record Example

| DESCRIPTION OF FIREARM | | | | | RECEIPT | | DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|---|
| Manufacturer and/or Importer | Model | Serial Number | Type | Caliber, Gauge | Date | Name & Address or Name & | Date | Name | Address or Lic. No. if Licensee, or Form 4473 SN. if Form 4473 Filed |
| | | | | | | | | | |
| | | | | | | | | | |

ATF-000003-000011

ATF0000014

 

# A&D Record

- Description of Firearm
  - Manufacturer and/or Importer
  - Model
  - Serial Number
  - Type
  - Caliber or Gauge
- Receipt
  - Date
  - Name and address or name and license number
- Disposition
  - Date
  - Name
  - Address, license number (if FFL), or ATF F 4473 # if filed numerically

ATF-000003-000012



ATF-000003-000013

ATF0000016




# Record of Acquisition and Disposition

- The *acquisition* or receipt of a firearm must be recorded by the dealer <u>no later than the close of the next business day</u> following the date of acquisition or receipt

  - except when the dealer has commercial invoices available which contain required information, the dealer has 7 days to enter acquisition

ATF-000003-000014

ATF0000017





# Record of Acquisition and Disposition

➢ The *disposition* or sale of a firearm must be recorded by the dealer no later than 7 days following the date of such transaction

ATF-000003-000015

ATF0000018

 

# Record of Acquisition and Disposition

➢ ATF Ruling 2016-1 Requirements to Keep Firearms Records Electronically

- ATF authorizes licensed importers, licensed manufacturers, licensed dealers, and licensed collectors to maintain their firearms acquisition and disposition records electronically instead of in paper format provided all 14 requirements set forth in the ruling are met.

ATF-000003-000016

ATF0000019

 

# Recommended Best Practices

➢ Conduct full inventory at least once per year (gun to book, book to gun)

➢ Log firearms in and out of A&D immediately

➢ Record firearm information directly from firearm

➢ Educate your employees

ATF-000003-000017

ATF0000020

 

# Conducting an Inventory

> 1.  Identify Open dispositions in A&D record
> 2.  List firearms in physical inventory
> 3.  Compare
> 4.  Reconcile
>> ✓ If the firearm is on inventory list, but not in A&D, log firearm in A&D
>>
>> ✓ Open entry in A&D and no corresponding firearm in inventory, disposition information must be located

ATF-000003-000018




# Inventory Security – Best Practices

➢ Conduct regular inventories

➢ Require multi-party inventories

➢ Protect your inventory records

➢ Keep timely and accurate A&D Records,  make entries as soon as possible

➢ Examine each shipment of firearms both incoming and outgoing

ATF-000003-000019

ATF0000022

 

# Retention of Records

- ATF Forms 4473 – 20 years
- 5 years for denied/non- transactions

- Acquisition and Disposition Record – 20 years

- ATF Forms 3310.4, Report of Multiple Sale or Other Disposition of Pistols and Revolvers – 5 years

- ATF Forms 3310.11, Federal Firearms Licensee Firearms Inventory Theft/Loss Report – 5 years

ATF-000003-000020

ATF0000023



ATF F 4473 2016 Edition

ATF-000003-000021



ATF-000003-000022

ATF0000025



ATF-000003-000023

ATF0000026



ATF-000003-000024

ATF0000027



**ATF Form 4473 October 2016 edition**
**Notable Changes (Military Sales)**

ATF-000003-000025

ATF0000028



ATF Form 4473 October 2016 edition
Notable Changes (Military Sales)

ATF-000003-000026

ATF0000029

 

# 4473 Completion – Best Practices

➢ Review ATF Forms 4473 prior to transferring the firearm

➢ If possible, have a second person review the Form

➢ Complete the Form in order, don't skip ahead or wait until later to complete Form

ATF-000003-000027

ATF0000030

 

# ATF F3310.4, Report of Multiple Sale or Other Disposition Of Pistols and Revolvers

- EMAIL: **MultipleHandgunSalesForms@atf.gov (link sends e-mail)** or

- FAX: 1-877-283-0288; or

- Mail:

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
National Tracing Center
P.O. Box 0279
Kearneysville, WV 25430-0279

ATF-000003-000028

ATF0000031

 

# Multiple Sales of Handguns

➢ ATF Form 3310.4 - Report of Multiple Sale or Other Disposition of Pistols and Revolvers is required to be completed when a non-licensee has acquired two or more handguns at one time or during 5 consecutive business days.

➢ These forms are required to be maintained for 5 years from the date of sale or disposition

ATF-000003-000029

ATF0000032

 

# What's Next?

➢ A closing conference will be held between the Investigator and the Responsible Person for the license.

➢ A review of all findings will take place and all questions will be answered.

➢ An ATF F 5030.5 Report of Violations will be provided to the licensee if violations are found.

ATF-000003-000030

ATF0000033

 

# Going Forward

- A recall inspection approximately 12 months from previous inspection.
- A warning letter sent to the licensee addressing the findings of the inspection.
- A warning conference held with the Area Supervisor or Director of Industry Operations at an ATF Office.
- Notice of Revocation sent out.

ATF-000003-000031

ATF0000034



Most Common Inspection Results

No Violations

ATF-000003-000032

 

# Nationwide Compliance Inspection Recommendations FY 2016

| Result | Number | Percent |
|---|---|---|
| No Violations | 4,481 | 45.8% |
| Report of Violations | 1,283 | 13.1% |
| Warning Letter | 1,277 | 13% |
| Warning Conference | 512 | 5.2% |
| Revoked/Deny Renewal | 42 | 0.4% |
| Surrender of License | 22 | 0.2% |
| Out of Business/Other | 2,173 | 22.2% |
| | | |
| **Number of Compliance Inspections** | **9,970** | **100.00** |

ATF-000003-000033

ATF0000036



ATF-000003-000034

ATF0000037




# #10

## 27 CFR 478.102(a)

- Licensee failed to properly conduct a NICS background check prior to the transfer of a firearm

ATF-000003-000035





# #9

# 27 CFR 478.99(c)

- Licensee disposed of a firearm to a person having reasonable cause to believe was prohibited

ATF-000003-000036




# #8

# 27 CFR 478.124(c)(4)

- Licensee failed to properly identify the firearm on the ATF Form 4473

ATF-000003-000037

ATF0000040



# #7

# 27 CFR 478.126a

- Licensee failed to report multiple handgun sales

ATF-000003-000038

ATF0000041



# #6

# 27 CFR 478.124(c)(5)

- Licensee did not sign and date the ATF Form 4473

ATF-000003-000039

ATF0000042




# #5

# 27 CFR 478.124(c)(3)(i)

- Licensee failed to obtain and/or document the purchaser's ID

ATF-000003-000040

 

# #4

# 27 CFR 478.124(c)(3)(iv)

- Licensee did not record on the ATF Form 4473 the date on which NICS was contacted

ATF-000003-000041




# #3

# 27 CFR 478.125(e)

- Failure to timely and/or accurately record information in the A&D record

ATF-000003-000042




# #2

# 27 CFR 478.124(c)(1)

- Transferee did not properly complete Section A of the ATF Form 4473

ATF-000003-000043

ATF0000046





# #1

# 27 CFR 478.21(a)

- Failure to complete forms as indicated in the instructions

ATF-000003-000044

ATF0000047





# How do you avoid this?

- Stay current on ATF laws, regulations and rulings using www.ATF.gov
- Communicate with your ATF area office when questions or problems occur-do not wait for an inspection to address problems.
- Implement internal controls to eliminate avoidable mistakes.

ATF-000003-000045

ATF0000048




# Helpful Suggestions

1. Tag all firearms with an inventory control number that directly corresponds to the A&D record.

- Helps licensee find open entries to log firearms out or conduct internal inventories quickly and efficiently by cross referencing.
- Example of Book 1-Page 1- Line 1

ATF-000003-000046

ATF0000049




# Helpful Suggestions

## 2. Conduct Duplicate reviews of the ATF F 4473

- Read the customer responses with the customer to verify accuracy.
- Conduct review while the customer is still present so that corrections can be made on the spot.
- Have a second (or third) employee review the completed ATF F 4473 for errors and omissions.

ATF-000003-000047

ATF0000050

 

# Helpful Suggestions

## 3. Designate roles and accountability within your organization.

- Do not expect something to be done correctly if nobody is being held accountable.
- Monitor your employees' actions. "My employee did it, not me" is not a valid exemption.

ATF-000003-000048

ATF0000051

 

# Helpful Suggestions

## 4. Implement additional security.

- Missing or stolen firearms = lost $$
- Alarm, video surveillance, window bars, barriers, and overnight safes / vaults. Do not provide an opportunity.
- Keep all firearms in locked display cases or secured with cable locks at all times. Never leave customers alone with firearms.
- Locate firearm counter away from quick access to easy exits.
- Notify law enforcement of any suspicious activity at your storefront.

ATF-000003-000049

ATF0000052





# What if I have questions?

- ➢ Milwaukee II (IOI)
- • Main Number: (414) 727-6200

- ➢ ATF Federal Regulations Guide (Q&A in the back) dated 2014

- ➢ ATF Quick Reference and Best Practice Guide (ATF Pub 5300.15, Aug 2010)

- ➢ WWW.ATF.GOV – FFL Newsletter

ATF-000003-000050



New Developments

ATF-000003-000051

ATF0000054



# Burglary Videos

https://www.youtube.com/watch?v=gm2X
SINrOXg#

https://www.youtube.com/watch?v=G6kb
278dXA4

ATF-000003-000052





During calendar year 2016, there have been over 500 burglaries at gun stores nationwide, with more than 7,000 firearms reported stolen.

ATF-000003-000053



ATF-000003-000054



ATF-000003-000055





# FFL Theft/Loss Reports by State/Territory and Theft/Loss Type (Continued)

| STATE / TERRITORY NAME | All Reports | All Reports Firearm Count | Burglary Reports | Burglary Firearm Count | Larceny Reports | Larceny Firearm Count | Robbery Reports | Robbery Firearm Count | Loss Reports | Loss Firearm Count |
|---|---|---|---|---|---|---|---|---|---|---|
| OKLAHOMA | 40 | 187 | 6 | 57 | 14 | 20 | 0 | 0 | 20 | 110 |
| OREGON | 34 | 445 | 4 | 17 | 7 | 8 | 0 | 0 | 23 | 420 |
| PENNSYLVANIA | 68 | 276 | 14 | 166 | 24 | 25 | 2 | 2 | 28 | 83 |
| PUERTO RICO | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 8 |
| RHODE ISLAND | 2 | 7 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 6 |
| SOUTH CAROLINA | 60 | 775 | 23 | 561 | 13 | 57 | 0 | 0 | 24 | 157 |
| SOUTH DAKOTA | 11 | 67 | 2 | 34 | 2 | 2 | 0 | 0 | 7 | 31 |
| TENNESSEE | 81 | 616 | 14 | 177 | 24 | 60 | 0 | 0 | 43 | 379 |
| TEXAS | 248 | 1,247 | 48 | 639 | 85 | 140 | 10 | 151 | 105 | 317 |
| US VIRGIN ISLANDS | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| UTAH | 46 | 511 | 6 | 67 | 8 | 15 | 0 | 0 | 32 | 429 |
| VERMONT | 6 | 12 | 0 | 0 | 2 | 4 | 0 | 0 | 4 | 8 |
| VIRGINIA | 94 | 424 | 23 | 203 | 33 | 78 | 0 | 0 | 38 | 143 |
| WASHINGTON | 36 | 290 | 7 | 28 | 11 | 40 | 0 | 0 | 18 | 222 |
| WASHINGTON, D.C. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WEST VIRGINIA | 30 | 115 | 8 | 70 | 7 | 11 | 0 | 0 | 15 | 34 |
| WISCONSIN | 34 | 178 | 8 | 44 | 4 | 17 | 0 | 0 | 22 | 117 |
| WYOMING | 7 | 26 | 2 | 17 | 1 | 2 | 0 | 0 | 4 | 7 |
| TOTAL | 2,555 | 18,394 | 558 | 7,488 | 679 | 1,423 | 33 | 370 | 1,285 | 9,113 |

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information

ATF-000003-000056

ATF0000059

 

# 2016 FFL Thefts and Losses

A total of 18,394 firearms were reported lost or stolen nationwide from FFLs~

- ➢ 9,113 were reported as lost
- ➢ 9,281 were reported as stolen

ATF-000003-000057





# Reporting Thefts/Loss Firearms

- Each licensee shall report the theft or loss of a firearm from their inventory within 48 hours after the theft or loss is discovered. The clock begins to run when you are reasonably certain that the firearm is missing.

- Licensees shall report thefts or losses by telephoning 1-888-930-9275 and by preparing ATF Form 3310.11, Federal Firearms Licensee Theft/Loss Report. The Form 3310.11 must be retained for 5 years from the date the theft or loss is reported to ATF.

- Theft or loss of any firearm shall also be reported to the appropriate local authorities.

- Licensees must make a corresponding entry in the A&D records whenever a theft/loss report is made.

ATF-000003-000058

ATF0000061

 

# Thefts/Loss Firearms Cont.

- A firearm would be considered lost if:
- it is determined to be missing from the licensee's inventory – such as when taking a physical inventory;
- in cases involving burglary, larceny, or robbery.
- FFLs who report a firearm as missing and later discover its whereabouts should advise ATF that the firearm has been located.
- Licensees reporting theft/loss of firearms registered under the National Firearms Act (NFA) must provide written notification to the NFA Branch.

ATF-000003-000059

ATF0000062





# Reporting Theft/ Loss Firearms
## ATF Form 3310.11

Report to ATF
1-888-930-9275
And
Local Law
Enforcement
Authorities

ATF-000003-000060

ATF0000063




# Reporting Theft/ Loss in Transit

➢ The shipping FFL shall report thefts or losses by telephoning 1-888-930-9275 and by preparing ATF Form 3310.6, Interstate Firearms Shipment Theft/Loss Report

- The report must be filed by the transferor/sender FFL regardless of whether a transferee/receiver FFL and/or the carrier indicate that they have filed a theft/loss report with ATF

➢ The reporting requirement also applies because the disposition records of the transferor/sender FFL must be corrected to reflect the theft or loss

ATF-000003-000061




# Reporting Theft/ Loss in Transit
## ATF Form 3310.6

- EMAIL:
  stolenfirearms@atf.gov

  or

- FAX:

  1-304-260-3676

  or

- Mail:

  ATF Stolen Firearms Program

  244 Needy Road

  Martinsburg, WV 25405

ATF-000003-000062

ATF0000065

 

# Steps for Reducing Vulnerability

- ➤ Inventory Security

- ➤ Internal and External Structural Integrity

- ➤ Employee Screening

- ➤ Safe Business Practices

ATF-000003-000063

ATF0000066

 PROTECTING THE PUBLIC
SERVING OUR NATION

 PROTECTING THE PUBLIC
SERVING OUR NATION

# ATF Publication 3312.8

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
National Tracing Center

 ## Lost/Stolen Firearms Investigations

Each year, thousands of firearms are reported lost or stolen. The owners' ability to adequately identify these firearms is central to law enforcement's ability to investigate these crimes and losses. Insurance claims and reacquisition of recovered firearms will also hinge on the ability to correctly identify these firearms.

By completing this record and maintaining it in a safe location, separate from your firearms, you will be taking an important first step in the effort to prevent thefts and to keep firearms out of the hands of criminals.

Remember:

"A stolen gun threatens everyone."

# Personal Firearms Record

Keep this list separate from your firearms to assist police in the event your firearms are ever lost or stolen.

 

P 3312.8 (12-03)

## Personal Firearms Record

| Serial Number | Type and Action | Caliber or Gauge | Date Acquired | Cost | Purchase Location (Name and Address) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Firearm Description and Origin

A complete description of each firearm is vitally important to law enforcement in the investigation and recovery of your firearms and to your ability to prove ownership. Immediately report any theft or loss of firearms to your local police.

ATF-000003-000064



ATF Advisory – Fraudulent FFL's

ATF-000003-000065

ATF0000068




# ATF Advisory – Fraudulent FFL's

When reviewing an online firearm advertisement, be wary of:

• Drastically reduced prices, relative to the common market value of the firearm advertised.

• Displayed copies of the seller's federal firearms license as an attempted show of legitimacy. Federal firearms license information should be verified at www.atf.gov under **FFL EZ Check (or https://www.atfonline.gov/fflezcheck/).**

• Limiting payment options to money order, wire transfer, or cashier's check. **Stringent limitations on payment type is a key feature of this scam.**

ATF-000003-000066




PROTECTING THE PUBLIC
SERVING OUR NATION

# ATF Advisory - Fraudulent FFL's – Cont.

- If you have reason to question the legitimacy of an online posting, verify through FFL EZ Check and contact your local police/sheriff's office to report a possible fraud.

- If you have fallen victim to one of these internet scams, your best recourse is to contact the Federal Bureau of Investigation's Internet Crime Complaint Center (IC3) at https://www.ic3.gov/complaint/default.aspx

ATF-000003-000067

ATF0000070



# Straw Purchases

- The individual completing the ATF F 4473 must be the actual purchaser.
- You should never have a "NO" answer to box 11a
- Willful participation in a straw purchase may lead to the loss of your license and felony convictions
- Prohibited individuals with firearms puts YOUR community at risk.
- Think about the possible consequences as a business owner and member of the community you work and live in.

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

ATF-000003-000068



# Straw Purchases – Cont.

**Indicators:**

- Attempted purchase after a denial is issued, usually by family member or friend.

- Two customers, one looks at gun and asks the questions- the other wants to complete the paperwork.

- Exchanges of cash in or near storefront.

- The customer acts uncomfortable or seems unfamiliar with the product.

- Conversations of customers while shopping, with you, with their friends or on their cell phones.

ATF-000003-000069

ATF0000072



# Straw Purchases – Cont.

**What can you do?**

- Ask customer questions such as why are you buying this gun, what are you going to use it for etc.

- Keep a log of recent denials and attempted purchases to compare with new sales.

- If it does not feel right, do not make the sale. Do not risk your reputation and business over one sale.

- Contact your local ATF office immediately if you have a questionable transaction or detect a straw sale that you may have missed.

ATF-000003-000070



Corporate Liability

Interference w/ Enforcement

ATF Division Counsel

ATF-000003-000071

ATF0000074



ATF-000003-000072

ATF0000075