| STATE OF MINNESOTA | **Filed in District Court** | DISTRICT COURT |
|---|---|---|
| COUNTY OF RAMSEY | **State of Minnesota**<br>Date & Time: Jun 7 2022 10:53 AM | SECOND JUDICIAL DISTRICT |

COURT FILE NO.: 62-CR-21-5805
PROSECUTOR FILE NO.:0620444842

**State of Minnesota,**

      **Plaintiff,**

v

**Devondre Trevon Phillips**
**(DOB:** ▮▮▮▮▮
**12865 Mojave Rd.**
**Las Vegas, NV 89104**

      **Defendant.**

**FELONY**
**CRIMINAL COMPLAINT**
☐ **Summons**  ☐ **Warrant**
☐ **Order of Detention**

☒ **Amended**
☐ **Certified Juvenile**
☐ **EJJ**

The Complainant, being duly sworn, makes complaint to the above-named Court and states that there is probable cause to believe that the Defendant committed the following offense(s):

## COUNT I

**Charge: Murder - 2nd Degree - Without Intent - While Committing a Felony**
Minnesota Statute: 609.19.2(1)
Maximum Sentence: 40 years
Offense Level: Felony

Offense Date (on or about): 10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, caused the death of MW without intent to effect the death, while committing or attempting to commit a felony.

Plaintiff's Exhibit
**20**

AGO0000322

## COUNT II

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of JH with intent to effect the death of JH.

## COUNT III

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of MT with intent to effect the death of MT or another.

## COUNT IV

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about):10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of NG with intent to effect the death of NG or another.

AGO0000323

## COUNT V

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to:  609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about):10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of IW with intent to effect the death of IW or another.

## COUNT VI

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to:  609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about):10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of EW with intent to effect the death of EW or another.

## COUNT VII

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to:  609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about):10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of AW with intent to effect the death of AW or another.

AGO0000324

## COUNT VIII

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of KP with intent to effect the death of KP or another.

## COUNT IX

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of CA with intent to effect the death of CA or another.

## COUNT X

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of CK with intent to effect the death of CK or another.

AGO0000325

## COUNT XI

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of WR with intent to effect the death of WR or another.

## COUNT XII

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of TC with intent to effect the death of TC or another.

## COUNT XIII

**Charge: Attempted Murder - 2nd Degree - With Intent-Not Premeditated**
Minnesota Statute: 609.19.1(1), with reference to: 609.17.1
Maximum Sentence: 20 years
Offense Level: Felony

Offense Date (on or about): 10/10/2021

Control #(ICR#): 21212281

Charge Description: On or about October 10, 2021, in the County of Ramsey, Minnesota, the defendant, Devondre Trevon Phillips, did attempt to cause the death of SB with intent to effect the death of SB or another.

## STATEMENT OF PROBABLE CAUSE

The Complainant states that the following facts establish probable cause:

At around 12:15 AM on October 10, 2021, officers were sent to the Truck Park located at 214 Seventh Street, St. Paul, Ramsey County on a shooting.

Officers arrived to a chaotic scene – multiple people with gunshot wounds were being tended to by others. Spent shell casings and bullet fragments were all over the bar floor. Twelve gunshot victims were either taken to or driven to different hospitals once the scene was secure

Officers found a man carrying MW (DOB:          over his shoulder. MW had a gunshot wound to her back. MW was limp and not moving. Officers convinced the man to lay MW on the ground so they could attempt to provide medical attention to her. Officers located a faint pulse that disappeared after a few seconds. Medics loaded MW in an ambulance where she was pronounced dead by medics at 12:26 AM.

Witnesses described seeing three separate shooters to police. Officers realized that two of the people receiving medical attention for gunshot wounds matched descriptions of the shooters: **DEVONDRE TREVON PHILLIPS (DOB:          and TERRY LORENZO BROWN (DOB:          **

Several witnesses told police that they disarmed Brown as he lay on the bar's floor. One witness told police he repeatedly punched Brown's face. Brown asked the witness why he was hitting him. The witness replied, "Drop the fucking gun." A different witness grabbed the handgun from Brown, ran outside with it, and put it on the ground. A security guard stood over the KAHR Arms 9mm handgun Brown had fired until a police officer collected it. Brown told a security guard, "Don't let the police get the gun…the light-skinned guy shot me first."

Phillips was taken to Regions Hospital and was identified by a Nevada identification. By the time Phillips came out of surgery officers had reviewed surveillance video from the bar and determined that he was one of the shooters.

Brown was taken to Hennepin County Medical Center.

Surveillance video caught the incident. Phillips was in the bar talking to two women when JH (DOB:          approached. JH appeared to be upset, and he directed one of the women to walk with him towards the end of the bar. Phillips stopped talking to the other woman and walked towards the rest of his group.

Brown entered the bar. JH and a Black male with long dreadlocks reentered the bar. JH, Brown, and the man with the long dreadlocks spoke to one another while looking in Phillips' direction. Phillips moved to a part of the bar and had his back to the wall. JH walked directly up to Phillips. The man with the long dreadlocks tried to catch up to JH. Brown remained about 15 feet away watching the interaction between JH and Phillips. Phillips shot JH in the abdominal area. Phillips walked towards the door as JH clutched his stomach. The man with the long dreadlocks worked his way to a corner of the bar. Phillips raised the gun and fired at Brown while moving towards the door. Phillips was in between Brown and MW when he fired. Brown fired back at Phillips.

MW and people with her fell to the ground and tried to cover each other up. MW's back was exposed in the direction from which Brown fired at Phillips while on his back. An apparent defect on her shirt appeared near MW's left shoulder area. Phillips crouched and returned fire. Phillips fell. Phillips and Brown continued to shoot at one another. Brown tried to stand but he immediately fell due to his broken right leg. Phillips scurried out of the

AGO0000327

door. A bar patron jumped on and repeatedly punched Brown. Another bar patron ran up, grabbed Brown's gun, and ran outside with it.

Once outside the bar, Phillips hobbled down the street to a Honda Civic and got inside it. Phillips exited the Civic, fell into the street, and remained there until people and an officer rendered aid to him. The man with the long dreadlocks produced a firearm and fired it once. The man with the long dreadlocks helped JH out of the bar and disappeared.

A search warrant was executed on the Honda Civic Phillips entered. A handgun was recovered from the Civic.

JH was admitted at Regions Hospital with two gunshot wounds to his stomach. JH told investigators he went to the bar with Brown. He said he messes with the woman Phillips was talking to at the bar, but he denied he was upset over it. JH claimed he only said, "What's up?" to Phillips.

MT (DOB: ⬛ was treated and discharged from Regions Hospital with a gunshot wound to his ankle area. Doctors elected to leave the bullet in his foot.

NG (DOB: ⬛ was treated and discharged from Regions Hospital with a gunshot wound to his forearm.

IW (DOB: ⬛ was admitted to HCMC with a gunshot wound to his ankle.

EW (DOB: ⬛ was admitted to HCMC with a gunshot wound to his arm.

AW (DOB: ⬛ was admitted to HCMC with a gunshot wound to her foot.

KP (DOB: ⬛ was admitted to HCMC with a gunshot wound to her hand.

CA (DOB: ⬛ was admitted to HCMC with a gunshot wound that grazed her stomach area.

CK (DOB: ⬛ was admitted to HCMC with a gunshot wound to her arm.

WR (DOB: ⬛ was treated and discharged from United Hospital with a gunshot wound to his foot.

TC (DOB: ⬛ was treated and discharged from United Hospital with a gunshot wound to her lower leg.

SB (DOB: ⬛ was treated and discharged from United Hospital with a gunshot wound to her leg.

Brown was advised of his constitutional rights and agreed to speak to investigators. Brown said he saw a man who is a relative of the woman he is dating. Brown and the other man are in a beef due to allegations of domestic abuse between Brown and his girlfriend. The other man, Phillips, walked up and shot at Brown. Brown pulled out the gun he carried and returned fire. Both Brown and Phillips were hit and fell to the floor. Brown and Phillips continued to fire at each other while on the floor. Brown said Phillips shot at him first. Brown admitted he is ineligible to possess a firearm.

Phillips was advised of his constitutional rights and agreed to speak to investigators. Phillips said he just got back to Minnesota from Las Vegas. His nephew picked him up from the airport and they went to the Truck Park. Phillips said he was in the bar between 30-60 minutes when the shooting started. Phillips crawled out of the bar and passed out. Philips said he was not part of the shooting and didn't know who was involved.

Phillips was told investigators knew he was involved in the shooting as it was captured on surveillance cameras. Phillips said he felt he was targeted but he didn't know by whom or why. Investigators told Phillips that it appeared people were coming after him. Phillips agreed. Phillips was told he had a gun and fired it. When asked if he was defending himself, Phillips said he had no memory of that. Phillips said he remembered a lot of shots, pain, and lights. Phillips did not remember having a gun. Phillips said he had been shot five times – his femur was broken and an artery in his leg was severed.

Phillips has a prior adjudication for aggravated robbery in the first degree that makes him ineligible to possess firearms or ammunition.

Brown has 5 prior felony convictions: aggravated robbery in the first degree, simple robbery, VOCSL 5, and 2 DANCO violations. The robbery and drug convictions make Brown ineligible to possess firearms or ammunition.

Aggravated robbery in the first degree and simple robbery are violent crimes pursuant to Minnesota Statute 609.1095, subd. 1(d).

On October 10, 2021, the Ramsey County Medical Examiner's Office conducted an autopsy on MW. MW had a gunshot wound to her back that penetrated her left lung and heart. The cause of MW's death is a gunshot wound to the back. The manner of MW's death is homicide.

Brown and Phillips both remain hospitalized.

**NOTICE:**  Pursuant to Minnesota Statute 609.49, subd. 1 (a) A person charged with or convicted of a felony and released from custody, with or without bail or recognizance, who intentionally fails to appear when required after having been notified that a failure to appear for a court appearance is a criminal offense, or after having been released on an order or condition that the release personally appear when required with respect to the charge or conviction, is guilty of a crime for failure to appear and may be sentenced to not more than one-half of the maximum term of imprisonment or fine, or both, provided for the underlying crime for which the person failed to appear, but this maximum sentence shall, in no case, be less than a term of imprisonment of one year and one day or a fine of $1,500, or both.

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

**COMPLAINANT'S NAME:**          **COMPLAINANT'S SIGNATURE:**

Nelson Rhodus                              /s/ Nelson Rhodus

Subscribed and sworn to before the undersigned this 26th day of May, 2022.

**NAME/TITLE:**                        **SIGNATURE:**

  Ka Ying Yang                                /s/  Ka Ying Yang
  Notary Public, State of Minnesota
  My Commission Expires January 31, 2025.

Being authorized to prosecute the offenses charged, I approve this complaint.

Date: May 26, 2022                     **PROSECUTING ATTORNEY'S SIGNATURE:**

                                              /s/ Nelson Rhodus
                                       Name: Nelson Rhodus

                                       Assistant Ramsey County Attorney
                                       345 Wabasha Street North, Suite 120
                                       St. Paul, MN 55102
                                       651-266-3222/KY
                                       Attorney Registration #0391897

AGO0000330

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense.

## ☐SUMMONS

THEREFORE YOU, THE ABOVE-NAMED DEFENDANT, ARE HEREBY SUMMONED to appear on the ____ day of _____, 20___ at _____ before the above-named court at _____ to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT
### ☐ *Execute in MN Only*    ☐ *Execute Nationwide*    ☐ *Execute in Border States*

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I hereby order, in the name of the State of Minnesota, that the above-named Defendant be apprehended and arrested without delay and brought promptly before the above-named court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

## ☒ ORDER OF DETENTION

Since the above-named Defendant is already in custody, I hereby order, subject to bail or conditions of release, that the above-named Defendant continue to be detained pending further proceedings.

**Bail:**
**Conditions of Release:**

This complaint, duly subscribed and sworn to, is issued by the undersigned Judicial Officer this _____ day of _____, 20_____.

**JUDICIAL OFFICER:**          **SIGNATURE:**
**NAME:**
**TITLE:**                                              Lamas, Carolina
                                                         2022.05.26 14:20:16 -05'00'

Sworn testimony has been given before the Judicial Officer by the following witnesses:

| COUNTY OF RAMSEY<br>STATE OF MINNESOTA | *Clerk's Signature or File Stamp:* |
|---|---|
| **STATE OF MINNESOTA**<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>**DEVONDRE TREVON PHILLIPS**<br>　　　　　　　Defendant. | *RETURN OF SERVICE*<br>*I hereby Certify and Return that I have served a copy of this* **AMENDED** *COMPLAINT upon the Defendant herein named.*<br><br>Signature of Authorized Service Agent:<br><br>_____ |

AGO0000331

**RESPONDENT DATA / CHARGE SHEET – ATTACHMENT A**

| | |
|---|---|
| **DEFENDANT NAME:**      **DEVONDRE TREVON PHILLIPS** | **DOB:** ▉ |
| Defendant alias name(s): | Alias DOB(s): |

Defendant last known address:
**12865 Mojave Rd.**
**Las Vegas, NV 89104**

State ID: ▉
Fingerprint ID:
FBI ID: ▉
St. Paul PD ID: ▉
Offender ID:

---

**OTHER DEFENDANT / CASE IDENTIFIERS:**

Fingerprinted?    ☐ No    ☐ Yes

Handgun permit?    ☐ No    ☐ Yes  (Issuing Agency:      )

Location of violation:

**IF DRIVING OFFENSE:**

Driver's License                         Issuing State: :

License Plate    Number:                  Issuing State:

Accident Type: *check all that apply*    ☐ No injury/no damage      ☐ Property Damage

                           ☐ Personal Injury           ☐ Fatality

Blood Alcohol Concentration (BAC):

## STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 10/10/2021 | 609.19.2(1) Murder-2nd Degree-Without Intent-While Committing a Felony | Felony | H2813 | | MN0620900 | 21212281 |
| 2 | Charge | 10/10/2021 | 609.19.1(1) Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |
| 3 | Charge | 10/10/2021 | 609.19.1(1) Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |
| 4 | Charge | 10/10/2021 | 609.19.1(1) Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |
| 5 | Charge | 10/10/2021 | 609.19.1(1) Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |
| 6 | Charge | 10/10/2021 | 609.19.1(1) Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |
| 7 | Charge | 10/10/2021 | 609.19.1(1) Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |
| 8 | Charge | 10/10/2021 | 609.19.1(1) Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |
| 9 | Charge | 10/10/2021 | 609.19.1(1) Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |
| 10 | Charge | 10/10/2021 | 609.19.1(1) Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1 Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |

AGO0000333

| 11 | Charge | 10/10/2021 | 609.19.1(1)<br>Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1<br>Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |
| 12 | Charge | 10/10/2021 | 609.19.1(1)<br>Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1<br>Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |
| 13 | Charge | 10/10/2021 | 609.19.1(1)<br>Murder - 2nd Degree - With Intent-Not Premeditated | Felony | H2813 | A | MN0620900 | 21212281 |
| | Modifier | 10/10/2021 | 609.17.1<br>Anticipatory Crimes-Attempts | No-Level | H2813 | A | MN0620900 | 21212281 |



AGO0000334