| | |
|---|---|
| State of Minnesota<br>County of Hennepin | District Court<br>4th Judicial District |

| | |
|---|---|
| | Prosecutor File No.    21A08441 |
| | Court File No.    27-CR-21-15330 |

| | |
|---|---|
| **State of Minnesota,** | **COMPLAINT** |
| Plaintiff, | Order of Detention |
| vs. | |
| **DOUGLAS JEROME SUTTON**    **DOB:** ▮▮▮▮ | |
| 3554 Girard Ave N<br>Minneapolis, MN 55412 | |
| Defendant. | |

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Dangerous Weapons-Reckless Discharge of Firearm Within a Municipality**
Minnesota Statute: 609.66.1a(a)(3)
Maximum Sentence: 2 years and/or$5000
Offense Level: Felony

Offense Date (on or about): 08/13/2021

Control #(ICR#): 21181642

Charge Description: That on or about August 13, 2021, in Minneapolis, Hennepin County, Minnesota, Defendant Douglas Jerome Sutton, recklessly discharged a firearm within a municipality.

### COUNT II

**Charge: Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor; Second or Subsequent - Felony**
Minnesota Statute: 624.714.1a, with reference to:  609.03.2, 624.714.1a
Maximum Sentence: 1 YEAR AND/OR $3,000
Offense Level: Gross Misdemeanor

Offense Date (on or about): 08/13/2021

Control #(ICR#): 21181642

Charge Description: That on or about August 13, 2021, in Minneapolis, Hennepin County, Minnesota, Defendant Douglas Jerome Sutton, held or possessed on or about his clothes or person, or otherwise possessed or controlled in a public place or area, a pistol, without first having obtained a permit to carry a pistol.

1

**Plaintiff's Exhibit**
**21**

AGO0000424

CASE 0:22-cv-02694-JRT-JED    Doc. 223-9    Filed 04/25/25    Page 2 of 6

**STATEMENT OF PROBABLE CAUSE**

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On about August 13, 2021, at about 12:32 a.m., Minneapolis police were at the intersection of 37th Avenue and North Fremont Avenue, in Minneapolis, Hennepin County, Minnesota, when they heard a gunshot fired very close by. Then, officers saw a person, identified as Defendant Douglas Jerome Sutton (DOB: ▮▮▮▮▮▮ walking at a fast pace which drew the officer's attention given that a gun shot was just heard. The officers told Defendant to stop which he did. Defendant admitted to having a gun on him. Defendant said he fired the gun once in the alley about one block away from where officers stopped him. Defendant said he fired the gun in the air. Officers placed Defendant under arrest. After Defendant was placed under arrest, officers searched Defendant and a gun was recovered from Defendant's pocket. The gun had a partially loaded magazine with one round in the chamber.

After Defendant was placed under arrest, he was read his Miranda Rights. Defendant understood his rights and agreed to talk with officers. Defendant, in addition reiterating the information that he told the officers on scene, said he did not have a permit to carry.

Defendant is currently in custody.

2

AGO0000425

**SIGNATURES AND APPROVALS**

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Adam Lepinski | Electronically Signed: |
| | Police Officer | 08/16/2021 10:41 AM |
| | 350 S 5th St | Hennepin County,  MN |
| | Minneapolis, MN 55415-1389 | |
| | Badge: 4093 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Dominic Joseph Haik | Electronically Signed: |
| | 300 S 6th St | 08/16/2021 10:04 AM |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |



3

AGO0000426

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

### ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

### ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*          ☐ *Execute Nationwide*          ☐ *Execute in Border States*

### ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail:  $20,000.00
Conditions of Release:  No Possession of Weapons; Make All Appearances; Remain Law Abiding

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: August 16, 2021.

**Judicial Officer**          Luis Bartolomei                    Electronically Signed: 08/16/2021 10:59 AM
                              District Court Judge

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

**State of Minnesota**

Plaintiff

vs.

**Douglas Jerome Sutton**

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*

Signature of Authorized Service Agent:

**4**

AGO0000427

# DEFENDANT FACT SHEET

**Name:** Douglas Jerome Sutton

**DOB:** █████████

**Address:** 3554 Girard Ave N
Minneapolis, MN 55412

**Alias Names/DOB:** Douglas Sutton    DOB: ██████████

**SID:** ██████████████

**Height:**

**Weight:**

**Eye Color:**

**Hair Color:**

**Gender:** MALE

**Race:** Black

**Fingerprints Required per Statute:** Yes

**Fingerprint match to Criminal History Record:** Yes

**Driver's License #:**

**SILS Person ID #:** ████████

**SILS Tracking No.** 3239707

**Alcohol Concentration:**

**5**

AGO0000428

CASE 0:22-cv-02694-JRT-JFD    Doc. 223-9    Filed 04/25/25    Page 6 of 6

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 8/13/2021 | 609.66.1a(a)(3)<br>Dangerous Weapons-Reckless Discharge of Firearm Within a Municipality | Felony | W1149 | | MN0271100 | 21181642 |
| 2 | Charge | 8/13/2021 | 624.714.1a<br>Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor; Second or Subsequent - Felony | Gross Misdemeanor | W2628 | | MN0271100 | 21181642 |
| | Penalty | 8/13/2021 | 624.714.1a<br>Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor; Second or Subsequent - Felony | Gross Misdemeanor | W2628 | | MN0271100 | 21181642 |
| | Penalty | 8/13/2021 | 609.03.2<br>Punishment When Not Otherwise Fixed-Gross Misdemeanor | Gross Misdemeanor | W2628 | | MN0271100 | 21181642 |

AGO0000429