# State of Minnesota
# County of Hennepin

# District Court
# 4th Judicial District

Prosecutor File No.    CCS0008203
Court File No.

---

**State of Minnesota,**

        Plaintiff,

    vs.

**CHARLES CURTIS TOY III**   **DOB:** ▮▮▮▮▮

1245 EAST ST. GERMAINE ST
#1
SAINT CLOUD, MN 56304

        Defendant.

**COMPLAINT**

Summons

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Carry/Possess Pistol w/out Permit - Public Place - Gross Misdemeanor**
Minnesota Statute: 624.714.1a
Maximum Sentence: 1 year or $3,000 fine or both
Offense Level: Gross Misdemeanor

Offense Date (on or about): 09/26/2021

Control #(ICR#): 21003408

Charge Description: On or about September 26, 2021, in the County of Hennepin, State of Minnesota, CHARLES CURTIS TOY III held or possessed a pistol in a motor vehicle, or on or about the person's clothes, or was otherwise in possession or control in a public place or public area without first having obtained a permit to carry the pistol.

**Plaintiff's Exhibit**
**22**

1

CONFIDENTIAL

AGO0000186

## STATEMENT OF PROBABLE CAUSE

On 09/26/21 at approximately 4:52PM, Officer Gauldin observed a vehicle, Minnesota license 715-TYH traveling Westbound on Freeway Boulevard, in the City of Brooklyn Center, County of Hennepin, State of Minnesota. A records check revealed that the registered owner of the suspect vehicle had a suspended driver's license. Officer Gauldin observed a vehicle pulling into the Country Inns and Suites and parked in the parking lot. Officer Gauldin determined that the male driver matched the description of the registered owner of the vehicle. Officer Gauldin then initiated a traffic stop and approached the driver, confirming that he was the registered owner, Charles Curtis Toy III, DOB: ███████, the defendant herein.

In speaking with the defendant, Officer Gauldin detected a very strong odor of Marijuana coming from the vehicle. The defendant admitted that someone had smoked Marijuana in the vehicle but he was not sure who it was. The defendant was removed from the vehicle and Officer Gauldin could still smell a very strong odor of Marijuana coming from the defendant. Officer Gauldin observed a black handgun on the floor of the vehicle under the driver's seat. The handgun was a Glock 26 with an extended magazine, containing 28 bullets. Officer Gauldin asked the defendant if he had a permit to carry and the defendant stated that he did not. The defendant was then placed under arrest.

During a search of the vehicle, Officers located multiple small baggies throughout the vehicle containing what appeared to be Marijuana. The handgun was also removed from the vehicle and was discovered to have one round in the chamber as well as the 28 bullets in the magazine.

2

CONFIDENTIAL

AGO0000187

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Charles Valleau<br>Detective<br>6645 Humboldt Avenue N<br>Brooklyn Center, MN 55430<br>Badge: 141 | Electronically Signed:<br>06/24/2022 11:40 AM<br>Hennepin County,  Minnesota |
|---|---|---|

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | David K Ross<br>City Attorney<br>6300 Shingle Creek Parkway<br>Suite 305<br>Brooklyn Center, MN 55430<br>(763) 561-2800 | Electronically Signed:<br>06/24/2022 11:25 AM |
|---|---|---|

3

CONFIDENTIAL                                                                                         AGO0000188

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☒ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*          ☐ *Execute Nationwide*          ☐ *Execute in Border States*

## ☐ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail:  $
Conditions of Release:


This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: June 24, 2022.

| Judicial Officer | Lois R. Conroy | Electronically Signed: 06/24/2022 04:39 PM |
| | District Court Judge | |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

## State of Minnesota

Plaintiff

vs.

## CHARLES CURTIS TOY III

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Summons upon the Defendant herein named.*

Signature of Authorized Service Agent:

4

CONFIDENTIAL                                                                    AGO0000189