Filed in District Court
State of Minnesota
10/1/2021

| | |
|---|---|
| State of Minnesota<br>County of Hennepin | District Court<br>4th Judicial District |

Prosecutor File No.        21A10262
Court File No.        27-CR-21-18321

---

**State of Minnesota,**

                Plaintiff,

     vs.

**SHAMAR JAMAREUS SCOTT**    **DOB:** ▇▇▇▇▇▇

2229 Brookview Dr
Brooklyn Center, MN 55430

              Defendant.

**COMPLAINT**

Order of Detention

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of Violence**
Minnesota Statute: 624.713.1(2), with reference to:  609.11.5(b), 624.713.2(b)
Maximum Sentence: 15 YEARS AND/OR $30,000
Offense Level: Felony

Offense Date (on or about): 09/30/2021

Control #(ICR#): 21224635

Charge Description: That on or about September 30, 2021, in Minneapolis, Hennepin County, Minnesota, SHAMAR JAMAREUS SCOTT possessed ammunition or a firearm and SHAMAR JAMAREUS SCOTT has been convicted or adjudicated delinquent in this state or elsewhere of a crime of violence, for which the sentence or court supervision expired on or after August 1, 1993.
 Minimum Sentence: 5 YEARS

1

Plaintiff's Exhibit
23

AGO0000365

CASE 0:22-cv-02694-JRT-JFD    Doc. 223-11    Filed 04/25/25    Page 2 of 6

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On or about September 30, 2021, Minneapolis Police Officers attempted to arrest suspects in the area of 21st Street East and Elliott Avenue South, Minneapolis, Hennepin County, Minnesota. One suspect, later identified as SHAMAR JAMAREUS SCOTT, hereinafter Defendant, was seen by officers throwing a firearm as he ran from the scene. Officers took Defendant into custody. Officers recovered a Springfield semi-automatic handgun with a round of ammunition in the chamber.

Defendant is prohibited from possessing firearms due to a conviction for aiding and abetting First Degree Burglary (82-CR-18-2593).

Defendant is currently in custody.



2

AGO0000366

CASE 0:22-cv-02694-JRT-JFD    Doc. 223-11    Filed 04/25/25    Page 3 of 6

**SIGNATURES AND APPROVALS**

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Justin Young | Electronically Signed: |
| --- | --- | --- |
| | Officer | 10/01/2021 03:58 PM |
| | 350 S 5th St | Hennepin County,  Minnesota |
| | Minneapolis, MN 55415-1389 | |
| | Badge: 7894 | |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Dustin M Thelen | Electronically Signed: |
| --- | --- | --- |
| | Assistant County Attorney | 10/01/2021 03:56 PM |
| | 300 S 6th St | |
| | Minneapolis, MN 55487 | |
| | (612) 348-5550 | |



3

AGO0000367

# FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*          ☐ *Execute Nationwide*          ☐ *Execute in Border States*

## ☒ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail:  $100,000.00
Conditions of Release:  No Possession of Weapons; Make All Appearances; Remain Law Abiding

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: October 1, 2021.

| | | |
|---|---|---|
| **Judicial Officer** | Laura Thomas<br>Judge of District Court | Electronically Signed: 10/01/2021 04:00 PM |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

**State of Minnesota**

Plaintiff

vs.

**Shamar Jamareus Scott**

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Order of Detention upon the Defendant herein named.*

Signature of Authorized Service Agent:

**4**

AGO0000368

**DEFENDANT FACT SHEET**

| | |
|---|---|
| **Name:** | Shamar Jamareus Scott |
| **DOB:** | ███████ |
| **Address:** | 2229 Brookview Dr<br>Brooklyn Center, MN 55430 |
| **Alias Names/DOB:** | Shamar J Carpenter    DOB:<br>Shamar Jamareus Carpenter    DOB: ██████<br>Shamar J. Carpenter    DOB: ██████ |
| **SID:** | ████████ |
| **Height:** | |
| **Weight:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Gender:** | MALE |
| **Race:** | Black |
| **Fingerprints Required per Statute:** | Yes |
| **Fingerprint match to Criminal History Record:** | Yes |
| **Driver's License #:** | |
| **SILS Person ID #:** | ██████ |
| **SILS Tracking No.** | 3246737 |
| **Alcohol Concentration:** | |

MINNESOTA JUDICIAL BRANCH

**5**

AGO0000369

CASE 0:22-cv-02694-JRT-JFD    Doc. 223-11    Filed 04/25/25    Page 6 of 6

# STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 9/30/2021 | 624.713.1(2) Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of Violence | Felony | W1620 | | MN0271100 | 21224635 |
| | Penalty | 9/30/2021 | 624.713.2(b) Possesses any type of firearm/ammo - Crime of Violence - ineligible under 624.713.1(2) | Felony | W1620 | | MN0271100 | 21224635 |
| | Penalty | 9/30/2021 | 609.11.5(b) Minimum Sentences of Imprisonment-Firearm-Felon Convicted Crime of Violence | Felony | W1620 | | MN0271100 | 21224635 |

AGO0000370