| State of Minnesota | District Court |
| County of Hennepin | 4th Judicial District |

| | Prosecutor File No. | 21A07537 |
| | Court File No. | 27-CR-21-16811 |

---

**State of Minnesota,**

               Plaintiff,

     vs.

**ORLANDO LANELL HOLDEN JR   DOB:** ▇▇▇▇▇▇

2829 James Ave N
Minneapolis, MN 55411

           Defendant.

**COMPLAINT**

Warrant

---

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Assault-2nd Degree-Dangerous Weapon**
Minnesota Statute: 609.222.1, with reference to: 609.222.1, 609.11.5(a), 609.101.2, 609.11.9
Maximum Sentence: 7 YEARS AND/OR $4,200-$14,000
Offense Level: Felony

Offense Date (on or about): 07/06/2021

Control #(ICR#): 21149754

Charge Description: That on or about 7/6/2021 in Minneapolis, Hennepin County, Minnesota, Orlando Lanell Holden Jr, assaulted Victim, while using a firearm.
 Minimum Sentence: 3 YEARS

### COUNT II

**Charge: Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of Violence**
Minnesota Statute: 624.713.1(2), with reference to: 609.11.5(b), 624.713.2(b)
Maximum Sentence: 15 YEARS AND/OR $30,000
Offense Level: Felony

Offense Date (on or about): 07/07/2021

Control #(ICR#): 21149754

Charge Description: That on or about 7/7/2021, in Minneapolis, Hennepin County, Minnesota, Orlando Lanell Holden Jr possessed ammunition or a firearm and Orlando Lanell Holden Jr has been convicted or adjudicated delinquent in this state or elsewhere of a crime of violence for which the sentence or court supervision expired on or after August 1, 1993.
 Minimum Sentence: 5 YEARS

**Plaintiff's Exhibit
24**

1

AGO0000290

**STATEMENT OF PROBABLE CAUSE**

Complainant has investigated the facts and circumstances of this offense and believes the following establishes probable cause:

On July 7, 2021, officers with the Minneapolis Police Department responded to the area of 700 West Broadway Avenue in Minneapolis, Hennepin County, Minnesota in response to a follow-up call regarding a gun pointing incident.

Officers met with the caller identified as T.M. who stated that he wanted an escort to a residence in the area of 2300 Dupont Avenue North in Minneapolis because he had personal belongings inside the residence but the vehicle of a person that had pointed a gun at him was parked outside. T.M. told officers that the previous night he was standing near the corner of the street close to the residence when a dark colored Chevrolet Tahoe pulled up and the driver of the vehicle pointed a small black pistol at him.

Officers approached the front door with T.M. and although no one responded to his loud knocking the homeowner did eventually let officers into the residence where they immediately encountered her son who was thereafter identified as ORLANDO LANELL HOLDEN (DOB: ▮▮▮▮▮▮ (herein "Defendant"). Defendant was seated on a love seat in the living room area approximately 10 feet away from the front door and officers observed Defendant moving his hands in the vicinity of the armrest and cushions of the love seat. Officers demanded that Defendant show his hands at which time he held them up briefly before putting them back where they had been and subsequently being ordered by officers to stand so they could take Defendant into custody. Officers searched Defendant who TM. identified as the person that pointed the gun at him the night before and while looking through the cushions of the love seat where Defendant had been sitting officers located a small black pistol.

Defendant is prohibited from possessing firearms due to a prior juvenile adjudication for First Degree Aggravated Robbery on June 12, 2012 in court file 27-JV-12-1232. Defendant also has an open and pending case in which he was charged with Prohibited Person in Possession of a Firearm on August 10,2021 in court file 27-CR-21-14925.

Defendant is not currently in custody. Complainant is requesting a warrant due to Defendant's violent behavior towards T.M. and Defendant's repeated possession of firearms.

2

AGO0000291

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

| **Complainant** | Tony Partyka<br>Police Officer<br>350 S 5th St<br>Minneapolis, MN 55415-1389<br>Badge: 5442 | Electronically Signed:<br>09/08/2021 10:59 AM<br>Hennepin County,  Minnesota |

Being authorized to prosecute the offenses charged, I approve this complaint.

| **Prosecuting Attorney** | Joseph R. Paquette<br>300 S 6th St<br>Minneapolis, MN 55487<br>(612) 348-5550 | Electronically Signed:<br>09/08/2021 10:22 AM |



**3**

AGO0000292

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

### ☐ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

### ☒ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*          ☒ *Execute Nationwide*          ☐ *Execute in Border States*

### ☐ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail:  $100,000.00
Conditions of Release:  No Contact with Victim; No Possession of Weapons; Make All Appearances; Remain Law Abiding

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: September 8, 2021.

**Judicial Officer**          Luis Bartolomei          Electronically Signed: 09/08/2021 11:26 AM
District Court Judge

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF HENNEPIN**
**STATE OF MINNESOTA**

**State of Minnesota**

Plaintiff

vs.

**Orlando Lanell Holden Jr**

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Warrant upon the Defendant herein named.*

Signature of Authorized Service Agent:

**4**

AGO0000293

**DEFENDANT FACT SHEET**

**Name:** Orlando Lanell Holden Jr

**DOB:** █████████

**Address:** 2829 James Ave N
Minneapolis, MN 55411

**Alias Names/DOB:** Orlando Lanell Holden    DOB: █████████

**SID:** █████████

**Height:**

**Weight:**

**Eye Color:**

**Hair Color:**

**Gender:** MALE

**Race:** Black

**Fingerprints Required per Statute:** Yes

**Fingerprint match to Criminal History Record:** Yes

**Driver's License #:**

**SILS Person ID #:** █████

**SILS Tracking No.** █████

**Alcohol Concentration:**

**5**

CASE 0:22-cv-02694-JRT-JFD    Doc. 223-12    Filed 04/25/25

**STATUTE AND OFFENSE GRID**

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---------|--------------|-----------------|-------------------------------|---------------|-----|-----|----------------------|--------------|
| 1 | Charge | 7/6/2021 | 609.222.1 Assault-2nd Degree-Dangerous Weapon | Felony | A2422 | | MN0271100 | 21149754 |
| | Definition | 7/6/2021 | 609.101.2 Minimum Fines – Victim Assistance Programs | No-Level | A2422 | | MN0271100 | 21149754 |
| | Modifier | 7/6/2021 | 609.11.9 Minimum Sentences of Imprisonment - Applicable Offenses | No-Level | A2422 | | MN0271100 | 21149754 |
| | Penalty | 7/6/2021 | 609.222.1 Assault-2nd Degree-Dangerous Weapon | Felony | A2422 | | MN0271100 | 21149754 |
| | Penalty | 7/6/2021 | 609.11.5(a) Minimum Sentences of Imprisonment-Firearm Use or Possession | Felony | A2422 | | MN0271100 | 21149754 |
| 2 | Charge | 7/7/2021 | 624.713.1(2) Possess Ammo/Any Firearm - Conviction or Adjudicated Delinquent for Crime of Violence | Felony | W1643 | | MN0271100 | 21149754 |
| | Penalty | 7/7/2021 | 624.713.2(b) Possesses any type of firearm/ammo - Crime of Violence - ineligible under 624.713.1(2) | Felony | W1643 | | MN0271100 | 21149754 |
| | Penalty | 7/7/2021 | 609.11.5(b) Minimum Sentences of Imprisonment-Firearm-Felon Convicted Crime of Violence | Felony | W1643 | | MN0271100 | 21149754 |

AGO0000295