# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>        Plaintiff,<br><br>    v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>        Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(f)(2) FOR THE STATE OF MINNESOTA'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON FLEET FARM AFFIRMATIVE DEFENSES** |

      I affirm that the State of Minnesota's Reply Memorandum in Support of Motion for Summary Judgment on Fleet Farm Affirmative Defenses complies with the limits in District of Minnesota Local Rule 7.1(f)(1) and with the type-size limit of Local Rule 7.1(h). The Memorandum contains 2,877 words. I am relying on the word-count function of Microsoft Word for Office 365 and certify that the function was applied specifically to include all text, including headings, footnotes, and quotations, and excluding the parts of the Memorandum exempted by Local Rule 7.1(f)(1)(C).

Dated: May 9, 2025

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY (#030234X)
Deputy Attorney General

*/s/ Katherine Moerke*
ERIC J. MALONEY (#0396326)
JASON PLEGGENKUHLE (#0391772)
KATHERINE MOERKE (#0312277)
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2130
james.canaday@ag.state.mn.us
Telephone: (651) 757-1421
eric.maloney@ag.state.mn.us
Telephone: (651) 757-1021
jason.pleggenkuhle@ag.state.mn.us
Telephone: (651) 757-1147
katherine.moerke@ag.state.mn.us
Telephone: (651) 757-1288

**UNIVERSITY OF MINNESOTA GUN VIOLENCE PREVENTION CLINIC**

MEGAN WALSH (#0394837)
Special Assistant Attorney General

CALLAN SHOWERS
ARIELLE HUGEL
WILLIAM ROBERTS
Certified Student Attorneys

University of Minnesota Law School
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
Phone: 612-625-5515
wals0270@umn.edu

*Attorneys for State of Minnesota*