UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota by its Attorney General, Keith Ellison,<br><br>    Plaintiff,<br><br>    v.<br><br>Fleet Farm LLC, Fleet Farm Group LLC, and Fleet Farm Wholesale Supply Co. LLC,<br><br>    Defendants. | Case No.: 0:22-cv-02694-JRT-JFD<br><br>**DECLARATION OF KATHERINE A. MOERKE IN OPPOSITION TO FLEET FARM'S MOTION FOR SUMMARY JUDGMENT** |

    I, Katherine A. Moerke, Assistant Attorney General for the State of Minnesota, declare as follows:

    Attached as Exhibit 25 is a true and correct copy of excerpts from the State of Minnesota's July 10, 2025 Supplemental Responses to Defendants' Second Set of Interrogatories, in which the State identifies another straw purchaser to whom Fleet Farm sold firearms in the State's Supplemental Response to Interrogatory No. 16.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 14, 2025, in St. Paul, Minnesota.

*s/ Katherine A. Moerke*
Katherine A. Moerke

1