**The Office of**
# Minnesota Attorney General Keith Ellison
helping people afford their lives and live with dignity, safety, and respect  •  *www.ag.state.mn.us*

May 12, 2026

**Via CM/ECF**

The Honorable John R. Tunheim
United States District Judge
United States District Court for the District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415
tunheim_chambers@mnd.uscourts.gov

> **Re:**   ***State of Minnesota v. Fleet Farm LLC, et al.***
>           **Case No.: 0:22-cv-02694-JRT-JFD**

Dear Judge Tunheim:

The parties submit this letter regarding document unsealing and redaction in accordance with the Consent Judgment (ECF 256) in this matter.

Paragraph 5.a of the Consent Judgment provides for the unsealing of most documents on the Court's docket, as follows:

> The Parties agree to the unsealing of all documents (briefing and exhibits) they previously filed under seal in the above-captioned case, including unredacted versions of documents that were previously publicly filed with redactions, with the exception of: (1) the following documents shall remain under seal: ECF Doc. 203 (Exhibits 1, 3–19); and (2) the following documents may be filed publicly only after completion of the redaction process described in paragraph 5.c below: ECF Doc. 148 (Exhibits A and B), ECF Doc. 203 (Exhibit 2), and ECF Doc. 222 (Exhibits 2, 14).

The Consent Judgment further provides that "these documents will be unsealed and available on the public docket within sixty (60) days of the entry of an order approving this Consent Judgment by the Court." ECF 256, paragraph 5.a. Given the Court's March 13, 2026, order approving the Consent Judgment, this date is May 12, 2026.

The parties have completed the redaction process detailed in the Consent Judgment. Accordingly, attached to this letter are the redacted versions of ECF 148 (Exhibits A and B), ECF 203 (Exhibit 2), and ECF 222 (Exhibits 2, 14), that may be filed publicly. The parties agree that the remaining documents filed under seal, with the exception of ECF 203 (Exhibits 1, 3–19), may be unsealed by the Court.

The Honorable John R. Tunheim
United States District Judge
May 12, 2026
Page 2


       Please let the parties know if there are any additional actions or information the Court requires in order to accomplish the document unsealing in accordance with the Consent Judgment.

Sincerely,                                                                 Sincerely,

**/s/ Eric J. Maloney**                                   **/s/ Andrew W. Davis**
ERIC J. MALONEY                                      Andrew W. Davis
Assistant Attorney General                         STINSON LLP
(651) 757-1021                                            (612) 335-1500
eric.maloney@ag.state.mn.us                    Andrew.davis@stinson.com
Counsel for State of Minnesota               Counsel for Fleet Farm LLC, et al.


Enclosures:    ECF 148 (Exhibits A and B)
                 ECF 203 (Exhibit 2)
                 ECF 222 (Exhibits 2, 14)